|1
|2
|3
|4
|5
|6
|7
|8
|9
|10
|11
|12
|13

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

PENNY QUINTEROS,

        Plaintiff,

   v.

INNOGAMES, *et al.*,

        Defendants.

Case No. C19-1402 RSM

REPORT AND RECOMMENDATION

This matter comes before the Court upon Plaintiff's application to proceed *in forma pauperis* ("IFP") in the above-entitled action. (Dkt. # 1.) Specifically, Plaintiff's IFP application indicates that within the past twelve months, her spouse's net monthly salary is $4,800.00. (*Id.* at 1.) The IFP application also states she and her spouse own a house worth $350,000 and a condominium. (*Id.* at 2.)

After careful consideration of Plaintiff's IFP application, the governing law and the balance of the record, the Court recommends Plaintiff's IFP application (dkt. # 1) be denied because it appears she has sufficient funds to afford the filing fee. The Court further recommends that Plaintiff be directed to pay the applicable filing fee within thirty (30) days of the Court's Order adopting this Report and Recommendation. If no filing fee is paid within thirty days of the

REPORT AND RECOMMENDATION - 1

1   Court's Order, the Court recommends that Plaintiff's action be dismissed. The Clerk is directed

2   to send copies of this order to the parties and to the Honorable Ricardo S. Martinez.

3       Dated this 5th day of September, 2019.

                                            MICHELLE L. PETERSON
                                            United States Magistrate Judge

REPORT AND RECOMMENDATION - 2