**EXHIBIT 10**

**FORGE OF EMPIRES SUPPORT TICKETS:**

**TwoCents**

**This is a true and exact duplication of the original document held on a computer server to the best of Plaintiff's ability to copy it.**

**Tickets are in reverse chronological order from when they were closed**

**Table of Contents Appears at the end**

**Submitted by Plaintiff**

**/s/ Penny Quinteros**

# View ticket

# How to stop Plundering

**You 2013-06-23 13:54:38**

Hello,
I am a mom and I play together with my 5 and 7 year old children. We don't like how one particular player keeps "plundering" our city over and over. Is there any way to "opt out" of this kind of game play?

**Forge of Empires - Customer Support 2013-06-23 14:15:57**

Hello twocents,

While plundering is an integral part of the game, there are some tactics that you can use to minimize its effect. The best solution is to schedule your pick up time about 10 to 15 minutes after you normally log on. Another tactic is to change your schedule. Some players switch to "daily" production for a while. As a last resort, use short term production only while you are online.
Just like you, the other player probably also has a schedule. If you can break the cycle, it may be possible to stop any major losses. Review when he attacks and when he plunders in the event log.
An alternative to this, contact the player and see if you can find a solution that is mutually beneficial. Offer to regularly polish or motivate a building of his choice in exchange for not plundering. Tell him you know that battle points are important, but if there was an alternative to plundering you would be willing to compromise. "Paying tribute" was a reality in early times.

Unfortunately, there is no way to surgically remove anyone from a neighborhood.


Respectfully,

Gimccla
Sentinel (Ingame Moderator)

---

This ticket has been closed and can no longer be replied to.

## Attachments

This ticket currently has no attachments.

# View ticket

# My kids and I play from the same account

**You 2016-06-03 04:54:53**

Hello,
I play FoE under the name TwoCents and my son plays under Dark McFly. My daughter plays under Princess Sparkle. We've never had problems before, except today because of a problem with my browser I logged in on the kids' computer. Now it says we can't donate FP's between us. I understand this rule is to prevent abuse, but they were donating to me to get blueprints, and I was going to help them in return when their Great Buildings got put in. Now I can't return their help. They are heartbroken...
Please help!

**You 2016-06-03 04:55:32**

Sorry, title says "same account" that's a typo. We play from the same CONNECTION.

**Forge of Empires - Customer Support 2016-06-03 09:40:26**

Hello TwoCents,

The rules regarding multiple players in households were put in place due to a series of incidents and issues in an effort to reduce incidents of single player multi-accounts, and to discourage those who attempt such, and to penalize for instances where someone may be tempted to log into another household member's account. It was, as well, difficult in the past for us to determine whether it is one person or more than one person. Our monitoring tools have since been significantly improved, but it is still considered important to maintain this rule for having measured the beneficial impact it has had on decreasing instances of multi or shared accounts.

In short, the rules are in place to ensure fair disposition for all players, single household or otherwise.

The member of your household will all be allowed to play with a few caveats:
1. No logging in for each other, under any circumstance, even if the other asks.
2. No password sharing.
3. No routine transfer of goods to one account from another.
4. You will be unable to exchange forge points each others GB's, or some special events such as Easter Eggs.
5. You may trade between accounts. (Keeping mind that they should be fair.)
6. You may polish/motivate each other's accounts but may not polish or motivate FOR the other account.
7. No collecting or fighting for each other.

Exhibit 10 – Forge of Empires Support Tickets: TwoCents Submitted by Plaintiff Penny Quinteros
Case: 19-CV-1402 RSM - 3

8. No introductory diamond package may be paid to anyone sharing an internet connection.

Good luck and I hope you and your family have a good game.

Respectfully,

Seriak
Sentinel Ingame Moderator

**You 2016-06-03 09:52:09**

Sure, but the game rule as listed on the website don't say any such thing. There is nothing listed about not giving forge points to Great Buildings. They say you may not access another person's account. We have 3 people with 3 accounts. You are denying my kids equal access to the game.

**Forge of Empires - Customer Support 2016-06-03 09:59:09**

When you and the other players share an internet connection, the system places a block. The block is automatic and cannot be altered by the support personnel. While it may seem strict, there are literally thousands of other players willing to trade with you.This was instituted as an automatic feature during the Beta phase of the game and will remain in effect in order to discourage multi account abuse.

Respectfully,

Seriak
Sentinel Ingame Moderator

**You 2016-06-03 10:03:51**

That isn't true. First off, the block isn't automatic as I've spoken with people who have had it removed. Secondly, the only reason the block was put in place in the first place was because I had to access my kids' computer when my FoE stopped working properly. I had to go there to double check if it was my browser or FoE itself that was glitchy.

**Forge of Empires - Customer Support 2016-06-03 10:21:15**

The block is automatic and can not be altered by the in game mods in any way. If, after a fair amount of time, the accounts do not again share the same internet connection, the block may be lifted. A fair amount of time differs, it could be as little as three days or up to a week.

I want to stress that the block cannot be removed by support personnel, so I am not sure where you received your information from.

Respectfully,

Seriak
Sentinel Ingame Moderator

**You 2016-06-03 10:33:30**

Well, the thing is. I find this highly unfair. As you can see from my account, I've been playing for a long time. My daughter has been playing for a long time in a different world. Neither of us were making much progress, so when my son decided to join we thought we would like the game better if we all joined the same world. We would make more progress as a family/team. Now you're telling us that we can't do that. It's outrageous.

**Forge of Empires - Customer Support 2016-06-03 10:37:37**

Thank you for sending us your feedback, we appreciate your interest in further improving the game. In the main public forums, you will find a section called **Proposals** where you can propose your idea for public discussion.

Respectfully,

Seriak
Sentinel Ingame Moderator

**You 2016-06-03 10:45:47**

That wasn't a proposal or feedback. I was simply stating that I find your position to be outrageous and intolerable. I will keep the kids on their computer, and stay on mine, but this has made me really regret ever picking up Forge of Empires to begin with 4 years ago.

**You 2016-06-03 10:46:31**

I don't think you are taking my concern seriously. You are brushing me aside as if this isn't a big problem. It is a big problem to me.

**Forge of Empires - Customer Support 2016-06-03 10:56:28**

I understand it concerns you, there is just NOTHING support can do to change this.  I apologize for any inconvenience.

Respectfully,

Seriak
Sentinel Ingame Moderator

**You 2016-06-03 11:06:09**

In that case, I hope that you enjoy receiving messages every few minutes until a "fair" amount of time has passed. That may be anywhere from 3 days up to a week.

---

This ticket has been closed and can no longer be replied to.

## Attachments

This ticket currently has no attachments.

# View ticket

# Font has significantly changed

**You 2016-06-03 02:24:43**

I've been playing FoE for a long time. All of a sudden in the middle of a session today my flash player reset itself and the font on my browser window changed (I'm using google chrome). If I log in using window's Edge I can see the font the same as always, but on the Chrome browser it keeps showing up differently Typically the font is solid (similar to the font I'm typing with) Now it is thin and almost invisible (possibly Ariel?). Could you please help explain how to change this setting back again?
Thank You

**Forge of Empires - Customer Support 2016-06-03 09:50:23**

Hello TwoCents,

Thank you for contacting Support. There are several things we can try but the most probable is Chrome itself. Chrome lets the user set up the zoom for every tab. Please look on the right side of your search bar for three horizontal bars. This opens your Settings. Look for Zoom and make sure EACH tab is set for 100%. Chrome remembers the last time you were on a page and reverts back to the last settings you had. So if a certain page was inadvertently set on 88%, it'll be on 88% each time you open that site page.

Respectfully,

Seriak
Sentinel Ingame Moderator

**You 2016-06-03 10:02:10**

Thank you, but the zoom is at 100% like usual. I did have a message come up shortly before the problem that said flash player wasn't working properly. I don't know what could be the problem. I will try to reinstall chrome to see if it doesn't fix the problem. Oddly enough the messages when I'm typing have one font, and when they post they have the new font. Plus, when I went on to my kids' computer to check mine (to see if it was chrome), it locked down their accounts as if they were just forge-point sinks. This is very frustrating.

**Forge of Empires - Customer Support 2016-06-03 10:19:34**

I am not aware of any font changes recently.  Let me know how the browser reinstall goes.

I did see one page suggesting that you can change fonts in Chrome by going to settings > Show advanced settings > Under web content select Customize fonts.

Respectfully,

Seriak
Sentinel Ingame Moderator

**You 2016-06-03 10:48:07**

I have since updated the browser, no changes. Thanks a lot for getting my kids' accounts blocked and having absolutely no impact on fixing the problem. If I hadn't gone over to the other computer to get a screenshot for your "support" this never would have happened.

**You 2016-06-03 13:29:22**

I was able to determine the font settings are incorrect. Even resetting the defaults does not help. Do you happen to know what settings are standard for the game?

**Forge of Empires - Customer Support 2016-06-03 14:16:37**

My Chrome has the following fonts setup

http://prntscr.com/bbyto1

Respectfully,

Seriak
Sentinel Ingame Moderator

---

This ticket has been closed and can no longer be replied to.

## Attachments

This ticket currently has no attachments.

# View ticket

# Visa Gift Cards

**You 2016-06-08 12:36:06**

Hello,
I purchased two $50 Visa gift cards that I was planning to use to purchase diamonds with. I tried to purchase a $49.99 diamond pack, but the gift card was refused. Do you have any idea why? I purchased these cards for the specific purpose of spending them here. (And if we can get them working I'd rather use both cards to buy the larger 11000 diamond pack).

**Forge of Empires - Customer Support 2016-06-08 20:06:50**

Hello TwoCents,

We do accept payment via VISA gift cards. If you are encountering a problem you need to contact the issuing bank and ask them for clarification. They should be able to provide you with all the information you need to process the payment.

*Note:* Many (but not all) issuers often do not support overseas transactions from these gift cards.

**You 2016-06-08 20:24:49**

Thank you, that is helpful. Maybe I can use together to buy a $100 one that does support overseas transactions. :)

This ticket has been closed and can no longer be replied to.

## Attachments

This ticket currently has no attachments.

# View ticket

# Appeal TwoCents

**You 2016-07-15 22:07:08**

I don't have multiple accounts. I have an account, my son has an account, my daughter has an account. Let me call you and you can talk to them. I TOLD you they had accounts in one of my previous tickets.

**You 2016-07-15 22:15:09**

Listen, look at the file. I played for a long time. I have tickets going back to 2013. My daughter played for a long time, not even the same world as me. When my son started playing, we decided we would all join the same world, so we all made new accounts in "Jaims".

**You 2016-07-16 01:29:20**

My kids wanted to send you a video. I don't know why you're doing this to our family. Lots of people have other accounts. I see them posting about it openly in global. These aren't even MY accounts. You're just doing this because of a concerted effort to keep me out of GvG. I hope the url works:
https://www.icloud.com/attachment/?u=https%3A%2F%2Fcvws.icloud-content.com%2FB%2FAYijKN_pSwpNaA8GiE2___W32VYMAcbYTm1Hz7qaVUhXFh9VyTdbBF3m%2F%24%7Bf%7D%3Fo%3DAkxr7g1GHBcyk04MIkWcoQlPLsfxf78IXvQZiNnD23ep%26v%3D1%26x%3D3%26a%3DBYD8ex4IfslTA3siNQEA_wHIAP9sMl_t%26e%3D1471238052%26k%3D%24%7Buk%7D%26fl%3D%26r%3D9F204F91-3B68-4907-B0D0-31FB0EEF2F7A-1%26ckc%3Dcom.apple.largeattachment%26ckz%3DEFAE4851-56F0-4E6B-A5A6-840372DBB4F2%26p%3D48%26s%3D6O3sV7ppwpZRWzTSmM8z79zIMQ0&uk=4t_YOS9TVjo-K5x9XnUVRg&f=IMG_0833.MOV&sz=545375502

**You 2016-07-16 02:07:18**

You didn't answer my previous ticket? How do I register complaints against moderators for showing favoritism and interfering with gameplay?

**Forge of Empires - Customer Support 2016-07-16 06:52:50**

Hello TwoCents,

Your ticket has been reviewed thoroughly. We are unbanning your Account with the understanding that you are to follow all game rules including those related to pushing forge points. Please ensure that you comply with the following Rules:

The member of your household will all be allowed to play with a few caveats:
1. No logging in for each other, under any circumstance, even if the other asks.

2. No password sharing.
3. No routine transfer of goods to one account from another.
4. You will be unable to exchange forge points each others GB's, or some special events such as Easter Eggs.
5. You may trade between accounts. (Keeping mind that they should be fair.)
6. You may polish/motivate each other's accounts but may not polish or motivate FOR the other account.
7. No collecting or fighting for each other.
8. No introductory diamond package may be paid to anyone sharing an internet connection.

Good luck and I hope you and your family have a good game..

Respectfully,

Medicus
Sentinel ingame Moderator

_____

This ticket has been closed and can no longer be replied to.

## Attachments

This ticket currently has no attachments.

# View ticket

# I received a systems admin warning but don't know why

**You 2016-07-13 17:47:20**

I received a message saying my in game behavior was offensive, but I don't know why. Could you please explain it to me?

**Forge of Empires - Customer Support 2016-07-13 18:20:30**

Hello TwoCents,

When you receive a report about being punished it means one or more messages were reported as being in violation of the Communications Rules. Usually this is because **you have sent profanity, personal insults or otherwise offensive content through either the message or**

**chat system.**

Please review the GAME RULES to ensure you do not violate them again.

Respectfully,

Menace
Sentinel Ingame Moderator

**You 2016-07-13 18:39:43**

Ok, I've reviewed the rules and still don't understand how I've broken them. At no time that I recall did I use profanity. I an only assume you're talking about my communications with "Seven Deadly Sins." I do remember taunting the guild in general, but I made sure to use words that were not profane based upon your profanity censors. I also made sure to direct my comments to the "guild" in general and not one particular person. This is in-game behavior. I am taunting a guild we are at war with so they will make mistakes. That's not insulting a person directly. I have no personal issues with any of the players.

I DO know that "Seven Deadly Sins" is using the Inno Admin system as a tool in the war. They joke about how they will get me "banned" to keep me from fighting them. I suspect you will receive dozens of messages from their various members as I like to play "tough and sassy" as a game character. I think that is clear manipulation of the rules and I'm saddened that Inno doesn't protect against this better. I insist the warning is withdrawn unless a better explanation can be provided.
Sincerely,
Penny Quinteros.

**Forge of Empires - Customer Support 2016-07-14 07:28:39**

Thank you for contacting the Support team at Forge Of Empires.

You broke Rule 3, which states that:

**InnoGames does not accept any publications that the Forge of Empires Team considers illegal, insulting, offensive, threatening, abusive, real-life-aggressive, sexually explicit, pornographic (including, but not limited to drawings and animations), politically extreme, religiously fanatic, endangering youth, racist, playing down the use of illegal drugs or alcohol, or promoting the use of said substances or in any way inappropriate. Posting links to such content is also not allowed.**
**Spamming other players with in-game mails or chat messages is abusive and will not be tolerated.**
**It is against the rules to impersonate any staff member or suggest acquaintances with them in order to force any kind of behavior.**

Furthermore, your message was directed to two named players, whether you meant to aim the content at a whole Guild or not. The timeban will stand.

Respectfully,

Menace
Sentinel Ingame Moderator

**You 2016-07-15 19:01:32**

How do I make a complaint against an Ingame Moderator?

**Forge of Empires - Customer Support 2016-07-16 07:03:55**

Hello TwoCents,

Thank you for contacting the Support team at Forge Of Empires.

I will pass this up to the community managers, and they will get in touch with you to discuss this.

Respectfully,

Menace
Sentinel Ingame Moderator

---

This ticket has been closed and can no longer be replied to.

**Attachments**

**This ticket currently has no attachments.**

# View ticket

# How Do I Report Game Moderators for Inappropriate Bias?

**You 2016-07-16 02:23:22**

How Do I Report Game Moderators for Inappropriate Bias?

**Forge of Empires - Customer Support 2016-07-16 02:31:06**

Hello TwoCents,

My name is Panacea and I am the Co-Community Manager for the U.S. server. I am the moderator's supervisor and you can report any moderator and their actions to me.

Respectfully,

Panacea
Co-Community Manager

**You 2016-07-16 04:22:42**

Hi Panacea,

I am supposing that you have read my previous support tickets and are aware of my ban. My concern is threefold first:

1.) I have been targeted by a particular guild for "reporting" in a manner that I feel rises to harassment. Their sole purpose is to keep me from participating in guild warfare against them. Even though I have brought this up to the moderator(s) they continue to interfere with in-game behavior. I believe they are showing inappropriate favoritism to the other guild leader.

2.) I suspect that information was leaked to this other guild by a moderator. Even if information wasn't leaked, the moderator(s) confirmed their suspicions about my son's account. Inserting a character into another guild as a "spy" isn't disallowed by your rules, only having multiple accounts. By "excluding" me from the guild you seemed to confirm that this was a "multiple-account" situation without allowing me to respond. My son is just 8 years old and partly due to me and partly due to Inno's actions he will be subject to harassment in the game by this very same guild. This is in violation of your data privacy policy about releasing information to third parties and is actually in violation of the law.

3.) It was only once I started complaining about this inappropriate scrutiny by the moderators that I was "banned" for an offense which is frequently committed by players, none of whom were subject to the same "permanent" ban that my kids and I were subjected to.

**Forge of Empires - Customer Support 2016-07-17 23:21:49**

Hello TwoCents,

Thank you for your comments.  Let me see if I can address your concerns:

1. No matter if you were reported 100 times a day, if you have not violated a game rule, there will be no impact on your game. I apologize if a guild is using this as a game tactic.
2. I'm not certain I understand what you meant in this #. Could you provide me a little more detail about what occurred?

3. The game rules are there for everyone. There was no inappropriate scrutiny. If a game rule was violated, then action was taken. If everyone is going 65 in a 55mph zone and you get pulled over, just because everyone else is doing it doesn't relieve your responsibility to abide by the law.

I do appreciate your comments and will investigate to make certain that the moderators who handled your tickets did so professionally and within the game rules.


Respectfully,


Panacea
Co-Community Manager

---

This ticket has been closed and can no longer be replied to.

**Attachments**

# This ticket currently has no attachments.

# View ticket

# Missing Medals

**You 2016-07-20 01:17:49**

Hi,
at 21:47 tonight I had 5996 medals. At 22:16 I had 5701. I didn't donate them, so I can only assume it was a glitch.

**Forge of Empires - Customer Support 2016-07-20 01:49:59**

Hello TwoCents,

Thank you for contacting US Forge of Empires Support.  I have investigated your Ticket and can see that beginning on 2016-07-19 @ 1:34 pm, you had 5,696 medals.  This seems very similar to your count of 5,996.

Then on 2016-07-20@ 12:32 am, you accrued an additional +5 Medals, bringing your total to 5,701 medals.  I trust that this helps and Enjoy the Game! :-)

Respectfully,

Medicus
Sentinel ingame Moderator

**You 2016-07-20 01:55:49**

not really.

---

This ticket has been closed and can no longer be replied to.

**Attachments**

# This ticket currently has no attachments.

# View ticket

# Message system not working properly

**You 2016-08-03 17:26:48**

I have some sort of a glitch in my messages. When I'm trying to type a message, if another messages comes in on the same thread it erases what I'm typing.

**Forge of Empires - Customer Support 2016-08-03 22:23:19**

Hello TwoCents,

Thank you for reporting this potential issue to us, TwoCents. I apologize for any inconvenience this issue may have caused. This issue is presently being worked on by the developers and will be repaired in an upcoming update.

Respectfully,

Snowbelle
Sentinel Ingame Moderator

**You 2016-08-03 23:00:16**

Thank you, I appreciate your quick response.

**Forge of Empires - Customer Support 2016-08-03 23:25:39**

You are very welcome.

Enjoy the summer games.

Respectfully,

Snowbelle
Sentinel Ingame Moderator

---

This ticket has been closed and can no longer be replied to.

**Attachments**

This ticket currently has no attachments.

# View ticket

# Diamond refund possiiblity?

**You 2016-08-08 12:06:40**

Hello,
I'm playing on a tiny laptop today, and when my guild was sieging another guild I accidentally hit the "pay with diamonds" buttons for the goods without meaning too. I thought I was donating the goods. The buttons were just too small and I couldn't see them properly. We never used the goods. I accidentally spent like 7k diamonds on this. Can I please please please have a refund?
Thank You

**Forge of Empires - Customer Support 2016-08-09 10:27:54**

Hello TwoCents,

We are sorry but we cannot do anything in this case. Mistakes like that do happen, but we cannot make corrections that come from the user's end. We can only compensate and fix errors that come from our end (bugs or similar). Please do understand our position, this could be viewed as the moderator's potential cheating or favoritism if we have to apply corrections for user mistakes and not just fix game errors.

Respectfully,

Selaznog93
Co-Community Manager

### You 2016-08-09 12:10:26

Everyone in the guild is aware it was a mistake to begin with. How do you think they will feel when Inno fails to correct a mistake that cost me $60? Already it looks like bias against me and our guild. You are just reinforcing that belief.

### You 2016-08-09 12:21:19

Besides, what I'm alleging is a game glitch/bug. I'm saying that your system didn't display the buttons properly. They were too small to read.

### Forge of Empires - Customer Support 2016-08-10 09:06:02

As I said we can not compensate for the error.

Respectfully,

Selaznog93
Co-Community Manager

### You 2016-08-10 10:19:28

And I respectfully am asking for a reconsideration.

### Forge of Empires - Customer Support 2016-08-10 14:09:33

I apologize but the decision is final.

Respectfully,

Selaznog93
Co-Community Manager

Exhibit 10 – Forge of Empires Support Tickets: TwoCents Submitted by Plaintiff Penny Quinteros
Case: 19-CV-1402 RSM - 17

This ticket has been closed and can no longer be replied to.

**Attachments**

# This ticket currently has no attachments.

# View ticket

# My GE map shows a hidden relic icon, but none is visible

**You 2016-08-14 11:14:03**

I reached the third level of GE, to the very end but I haven't opened the last treasure chest yet. There has been a hidden relic icon on my screen for the last three or four fights, but there is no hidden relic visible. Can you please help me find my hidden relic.

**Forge of Empires - Customer Support 2016-08-14 12:27:06**

Hello TwoCents,

Thank you for contacting the Support Team.

The Icon is basically staying lit when it shouldnt after all available Relics have already been collected. This is a known issue which the Developers are working, but we do not have a definite date on when this will be included in an update. We understand it is a priority for many players and we will have news posted in the Forum as soon as we hear anything.

Best Regards

BANSHEE
Senior Ingame Moderator

**You 2016-08-14 23:09:47**

Do you guys think you could ever answer a request of mine with anything other than "we're sorry, but..." Thousands of dollars spent on this game and you act like I'm supposed to be satisfied with your

sorry explanations and clear biases. If you spent this kind of $$ on something, I'm pretty sure you'd want it to work and be expecting accomodating customer service reps.

### Forge of Empires - Customer Support 2016-08-14 23:19:12

I have just given you the only answer I can give ; the Icon staying lit is a bug,  it is being worked on and we dont have a definitive date for a fix.  What more can I say ?

Best Regards

BANSHEE
Senior Ingame Moderator

### You 2016-08-14 23:27:00

Apologize for the inconvienece and offer compensation to satisfy your customer.... Customer Satisfaction 101

### Forge of Empires - Customer Support 2016-08-14 23:34:05

I do apologise for the inconvenience.  I have checked the Logs and they show that you have received and collected all the Relics that were available to you.  There is therefore no compensation due to you so none will be forthcoming.  I cannot give you any further information about this Display issue until there is some given to us by the Developers.

Best Regards

BANSHEE
Senior Ingame Moderator

### You 2016-08-15 03:03:58

And how about the $70 in diamonds I wasted? Do you really feel like that should be eaten by a greedy Inno? It's not like giving me those diamonds back takes money out of their pockets. I can't really take those diamonds and pay my electricity bill. All refunding them would do would be restore my faith in your corrupt system.

### Forge of Empires - Customer Support 2016-08-15 07:30:42

As I have already said, " I have checked the Logs and they show that you have received and collected all the Relics that were available to you.  There is therefore no compensation due to you so none will be forthcoming "

Exhibit 10 – Forge of Empires Support Tickets: TwoCents Submitted by Plaintiff Penny Quinteros
Case: 19-CV-1402 RSM - 19

You can however, if you so wish, ask for me to pass this matter to be reviewed at a higher level.

Best Regards

BANSHEE
Senior Ingame Moderator

---

This ticket has been closed and can no longer be replied to.

**Attachments**

# This ticket currently has no attachments.

# View ticket

# Diamonds disappeared

**You 2016-08-17 17:02:50**

I just bought 11000 diamonds. They appeared on my screen, then disappeared a few seconds later. This also was with the 25 ticket deal.

**You 2016-08-17 17:04:23**

Paypal transaction ID is: 0MB95487PY2380032

**You 2016-08-17 17:29:27**

nevermind, issue resolved itself.

**Forge of Empires - Customer Support 2016-08-18 21:53:48**

Hello TwoCents,

Glad it resolved.

Respectfully,

Selaznog93
Co-Community Manager

---

This ticket has been closed and can no longer be replied to.

**Attachments**

# This ticket currently has no attachments.

# View ticket

# Appeal TwoCents

**You 2016-11-26 22:19:24**

Please give me a detailed explanation of my "offensive" behavior?

**You 2016-11-26 22:20:02**

I would like to have screenshots and a detailed explanation.

**You 2016-11-26 22:21:13**

I don't really understand how behavior can be considered "offensive" with a censorship screening on it that turns all inappropriate words into asteriks

**You 2016-11-26 22:21:55**

furthermore, there isn't a requirement to engage in "friendly" behavior in the rules as listed on the website. Just non-"offensive" behavior. These are two major differences.

**You 2016-11-26 22:31:09**

From my standpoint, I was being very friendly. The other party and I engage in that sort of talk with each other all the time... on the phone, on text messages, on this game. It's just part of our friendship

**You 2016-11-26 22:31:45**

Unless you are actually that other party... which I highly suspect you are. I'm documenting all instances of bias on the behalf of Inno games against me. FYI

**Forge of Empires - Customer Support 2016-11-26 23:41:19**

Please do not create more than one ticket per issue. As this is a duplicate, we are closing this ticket. If you wish to pose additional information, please post in the pre-existing ticket. Thank you for your cooperation and enjoy the game.

Respectfully,

Tuscany
Ingame Moderator
U.S. Forge of Empires

This ticket has been closed and can no longer be replied to.

**Attachments**

# This ticket currently has no attachments.

# View ticket

# Appeal TwoCents

**You 2016-11-26 22:26:14**

I am aware that your team has TARGETED me on numerous occasions, so I believe ONE of you is a member of the parties involved in my dispute which is patently UNFAIR and BIGOTED.

**You 2016-11-26 22:26:36**

So please... tell me, exactly how was my behavior "offensive" to you?

**You 2016-11-26 22:26:57**

obviously you are there, since you made such a quick review of the situation to begin with.

Case 2:19-cv-01402-RSM    Document 54    Filed 07/30/20    Page 23 of 1495

**You 2016-11-26 22:29:45**

Under the theory of Roland Barthes essay "The Death of the Author" it is impossible to read a written statement and gain the gist of connotation of the author's meaning. I would think this is tripley true when there aren't actually any WORDS associated with what I said. How do you know I didn't type **** (asterisk, asterisk, asterisk, asterisk??)

**Forge of Empires - Customer Support 2016-11-26 23:41:57**

Please do not create more than one ticket per issue. As this is a duplicate, we are closing this ticket. If you wish to pose additional information, please post in the pre-existing ticket. Thank you for your cooperation and enjoy the game.

Respectfully,

Tuscany
Ingame Moderator
U.S. Forge of Empires

---

This ticket has been closed and can no longer be replied to.

## Attachments

This ticket currently has no attachments.

# View ticket

# Formal complaint against game moderators

**You 2016-11-26 22:38:28**

Yes, I would like to register a formal written complaint against the game moderators working tonight. Please provide me with their names (aliases) and times they are working so that I can use this information in my letter. Also please provide me with a mailing address so that I can send my letter into Inno.

**Forge of Empires - Customer Support 2016-11-26 23:42:33**

Exhibit 10 – Forge of Empires Support Tickets: TwoCents Submitted by Plaintiff Penny Quinteros
Case: 19-CV-1402 RSM - 23

Please do not create more than one ticket per issue. As this is a duplicate, we are closing this ticket. If you wish to pose additional information, please post in the pre-existing ticket. Thank you for your cooperation and enjoy the game.

Respectfully,

Tuscany
Ingame Moderator
U.S. Forge of Empires

---

This ticket has been closed and can no longer be replied to.

## Attachments

This ticket currently has no attachments.

# View ticket

# I haven't received a response to my initial complaints

**You 2016-11-26 23:15:44**

Hello, I haven't received a response to my initial complaints. Could you please follow-up and see what is taking so long when obviously moderators are available to review in-game issues since they banned me so very very rapidly.

**Forge of Empires - Customer Support 2016-11-26 23:43:29**

Please do not create more than one ticket per issue. As this is a duplicate, we are closing this ticket. If you wish to pose additional information, please post in the pre-existing ticket. Thank you for your cooperation and enjoy the game.

Respectfully,

Tuscany

Ingame Moderator
U.S. Forge of Empires

---

This ticket has been closed and can no longer be replied to.

**Attachments**

# This ticket currently has no attachments.

# View ticket

# Appeal TwoCents

**You 2016-11-27 01:09:32**

Still have not received a response.. just sitting here... waiting for your answer...

**Forge of Empires - Customer Support 2016-11-27 01:13:39**

Please do not create more than one ticket per issue. As this is a duplicate, we are closing this ticket. If you wish to pose additional information, please post in the pre-existing ticket. Thank you for your cooperation and enjoy the game.

Respectfully,

Tuscany
Ingame Moderator
U.S. Forge of Empires

---

This ticket has been closed and can no longer be replied to.

**Attachments**

This ticket currently has no attachments.

# View ticket

# Still haven't received any answers to my complaints

**You 2016-11-26 23:45:31**

Hello,
just checking in to see if you've come back from your union break or whatever it is you're doing to waste my time. I'm sitting here waiting for a response.

**Forge of Empires - Customer Support 2016-11-27 01:36:59**

Hello TwoCents,

I have asked you not to spam support. You have several outstanding tickets. Please cease.

Respectfully,

Sgt. Bothari
Senior Ingame Moderator, Lead
U.S. Forge of Empires

---

This ticket has been closed and can no longer be replied to.

## Attachments

This ticket currently has no attachments.

# View ticket

# Game moderators not responding to tickets

**You 2016-11-26 23:51:00**

I'm sorry, but is there a rule listed on your website that says I cannot make multiple complaints? Or is that just your preference, because... I thought we all had to play by the rules... EVEN the biased/slanted/ dogmatic/ narrow-minded/ twisted/ unfair/ partisan/ sectarian moderators...

As a point of order, you actually haven't responded to my first ticket, asking for a detailed breakdown of why I was banned.

### You 2016-11-27 01:28:43

I'm confused, you're saying "please don't make more than one ticket" which sounds like a request. Which means that you aren't "ordering" me not to make one ticket. That means I can deny your request and submit as many tickets as I want right?

### Forge of Empires - Customer Support 2016-11-27 01:30:06

Hello TwoCents,

Spam is spam, duplicate tickets are spamming support.

As to the first response that is delegated to the moderator who banned you. They will respond to you as soon as they are able to do so.

Respectfully,

Sgt. Bothari
Senior Ingame Moderator, Lead
U.S. Forge of Empires

### You 2016-11-27 01:30:52

So is spamming support against the game rules? I don't remember reading anywhere that I had to be nice and/or polite to game support personnel.

### You 2016-11-27 01:31:48

I'm not content to wait until that person whoever he/she may be "gets around to it".

### Forge of Empires - Customer Support 2016-11-27 01:36:03

Availability to use support is a privilege. It can be revoked.

Respectfully,

Sgt. Bothari
Senior Ingame Moderator, Lead
U.S. Forge of Empires

**You 2016-11-27 01:48:38**

Exactly where is that detailed out in the terms of service? Because I just read them and didn't see that in the understanding of our "contract"

**You 2016-11-27 02:02:00**

So you're saying you would ban me, and then make is so I couldn't even appeal? How is that "impartial" and supporting fair game play. Like I said... there is no rule that says I have to be nice to moderators.

Why don't you inform me how much complaining is "too" much. Can I message you every 10 seconds, 15 seconds, 30 seconds, 45 seconds, 1 minute, 1 minute 15 seconds, 1 minute 30 seconds, 1 minute 45 seconds, 2 minutes, 2 minutes 15 seconds, 2 minutes 30 seconds, 2 minutes 45 seconds, 3 minutes, 4, minutes, 5 minutes, 6 minutes, 7 minutes, 8 minutes, 9 minutes, 10 minutes.

If I said "pretty please" and planted a fake smile :) in this chat... would it make you treat me more fairly?

**You 2016-11-27 02:09:56**

As far as I can see, our games are shuffled through to people who 1.) have no training in resolving customer contacts 2.) no consistency in application of the rules 3.) have clear biases 4.) freely break or abuse game rules as it suits them 5.) break the law when it comes to disclosing information about minor children. 6.) have no interest in resolving 1-5.

Then when complaints against me are entered, these people jump to accuse me of being vaguely "offensive" in some manner. Exactly how do you KNOW it was offensive? Can you read my mind? Understand my if my intention was to offend? Sometimes I might offend people simply by existing, am I to be banned if someone just simply doesn't like me?

I want to know why I was banned, and I want to know now. You cannot simply deny me a service guaranteed in your contract to be available "98% of the time" without a reasonable explanation.

**Forge of Empires - Customer Support 2016-11-27 02:17:44**

I am sorry, you have been forwarded to The Community manager. I will cease interactions now.

Respectfully,

Sgt. Bothari
Senior Ingame Moderator, Lead
U.S. Forge of Empires

---

This ticket has been closed and can no longer be replied to.

**Attachments**

# This ticket currently has no attachments.

# View ticket

# Appeal TwoCents

**You 2016-11-27 02:35:41**

So, I just tried to log into my account again. The ban is STILL not lifted. This is 5 hours of service you have denied me without explanation of the reason.

**Forge of Empires - Customer Support 2016-11-27 02:37:57**

Hello TwoCents,

Please do not create more than one ticket per issue. As this is a duplicate, we are closing this ticket. If you wish to pose additional information, please post in the pre-existing ticket. Thank you for your cooperation and enjoy the game.

Respectfully,

Sgt. Bothari
Senior Ingame Moderator, Lead
U.S. Forge of Empires

---

This ticket has been closed and can no longer be replied to.

**Attachments**

# This ticket currently has no attachments.

# View ticket

# Appeal TwoCents

**You 2016-11-26 22:33:01**

Could you please tell me how I make a formal complaint about game moderators?

**Forge of Empires - Customer Support 2016-11-27 01:27:42**

Hello TwoCents,

What seems to be the issue?

Respectfully,

Sgt. Bothari
Senior Ingame Moderator, Lead
U.S. Forge of Empires

**You 2016-11-27 01:30:01**

I am upset because the game moderators (yourself included) aren't responding to my account ban appeal in a timely manner. Mostly because I feel they are biased and slanted against me. I suspect one of your moderator team also plays in Jaims and is one of the people who dislike me.

**Forge of Empires - Customer Support 2016-11-27 01:34:43**

Any Moderator who plays on J cannot moderate there. So anyone you interact with in moderation will be totally free of any J world drama.

As to timely manner, Mods are volunteers. I just sat down to do some tickets prior to going to bed. I saw your spam tickets and acted upon it. When the mod who enacted your ban becomes available they will reply to you. It is policy for the mod who set the ban to deal with the player in question as they know the particulars (where as I, for example, do not).

Respectfully,

Sgt. Bothari

Senior Ingame Moderator, Lead
U.S. Forge of Empires

**You 2016-11-27 01:47:47**

drama? could you please provide a definition of the word "drama" for me? I find that word to be demeaning and sexists. Please don't violate your own game rules.

**You 2016-11-27 01:49:47**

If Inno doesn't bother to pay you, that's not my problem. Perhaps you should strike to get fair working conditions as opposed to letting them use you as free customer service.

**You 2016-11-27 01:52:05**

Bottom line... I'd like to make formal written complaints against everyone involved in this issue. Give me the names (pseudonyms) and the address of where I can send my complaint please. Inno and it's representatives (you all, paid or not) cannot fail to comply with their own terms of service and expect people to just accept it.

**Forge of Empires - Customer Support 2016-11-27 02:15:37**

Every world has its own group(s) and drama. Each and every one I play on does.

I shall bump this to the Community Manager. She is in charge of all moderators.

Respectfully,

Sgt. Bothari
Senior Ingame Moderator, Lead
U.S. Forge of Empires

**You 2016-11-27 02:19:09**

Language is a powerful medium that both reflects a person's opinions but also shapes opinions. Sexist language is that language which prevents a disadvantage to one sex over the other. The term "drama" as you use it implies an "extreme emotional reaction," which, going back to the time of Ancient Greece has been associated with only females. Your use of the term "drama" implies that you already have a bias towards me as exhibiting "drama". It is simply a sneakier way of saying "hysterical." Which is both patently false and is sexist to its core.

So, now that you've offended and insulted me maybe you should be banned.

**You 2016-11-27 02:21:13**

"I am sorry, you have been forwarded to The Community manager. I will cease interactions now.

Respectfully,

Sgt. Bothari
Senior Ingame Moderator, Lead
U.S. Forge of Empires"

So wake up the "Community Manager" because I am not gonna sit here all night. Since you did not advise me how often is "too much" complaining, I will reserve myself to every 10 minutes. If you would prefer a different timeframe, please let me know so I can be "consistent" with your rules.

**You 2016-11-27 02:22:22**

presents a disadvantage*

**You 2016-11-27 02:33:24**

So, 10 minute complaint: could you please explain to me why I was banned?

**You 2016-11-27 02:47:16**

Hello TwoCents,

Please do not create more than one ticket per issue. As this is a duplicate, we are closing this ticket. If you wish to pose additional information, please post in the pre-existing ticket. Thank you for your cooperation and enjoy.

Please don't close my tickets without informing me. I believe that was a NEW issue... the fact that you've denied me service for 5 hours is different than the fact of the ban itself.

**You 2016-11-27 03:08:04**

Still no answer... Still locked out of my account without rhyme or reason...

**You 2016-11-27 03:33:20**

Just checking in to see if your community manager is awake yet.

**You 2016-11-27 05:01:11**

So I just checked and it has now been 7 hours since you all have denied me account service without reason. What is going on!!!!!!!!!!!!!!

**You 2016-11-27 05:04:52**

I imagine you might be getting pretty pissed if you were sitting here for 7 hours checking every ten minutes to see if you have an answer to your response that you requested. I've got to work in the morning. Please provide me an answer to my inquiry!

**You 2016-11-27 05:19:08**

still sitting here, waiting for a response. It's only 2:18am local time... how much of my time do you expect to wait? How long should I stay awake waiting for you?

**You 2016-11-27 05:35:35**

ahh man, I almost nodded off there for a minute... couldn't let THAT happen!

**You 2016-11-27 05:46:45**

When I try to log in it says "Sorry, your account has been banned!" Are you really sorry? Or do you just make it a habit to lie to people?

**You 2016-11-27 05:56:25**

I find that very offensive, routinely lying to people every day.

**You 2016-11-27 05:56:58**

oops... sorry I missed my 10 minute mark by 20 seconds.... my bad.

**You 2016-11-27 06:07:54**

Still here... still waiting for an answer as to how exactly my behavior was considered "offensive" who exactly makes these decisions? What rules and/or guidelines do they use? Can I please review that policy? I'm sure it's QUITE extensive to cover every possible variation of the American English language and it's intentions....

**You 2016-11-27 06:19:49**

waiting and waiting for an answer to my inquiry. Did you all forget I was here? It's been past 8 hours now.

**You 2016-11-27 06:31:45**

I can only assume you all have forgotten about this Ticket. Should I place in a new one?

**You 2016-11-27 06:42:25**

God, Geesh, I'm glad at least SOME people got to get some sleep tonight...

**You 2016-11-27 06:53:22**

10 minute check in

**You 2016-11-27 07:05:07**

Wow, I'm so glad you guys are so responsive!

**You 2016-11-27 07:10:29**

alright well, it's been like 9 hours with no response from you all. It's frankly insulting.

**You 2016-11-27 11:26:58**

14 hours and counting partners.

**Forge of Empires - Customer Support 2016-11-27 20:39:48**

Hello TwoCents,

Insults and/or profanity is a violation of the rules. I strongly urge you to reread the GAME RULES to ensure you do not violate them again. Your ban is not subject to appeal and will remain in effect until the ban expires.

Respectfully,

Panacea
Community Manager
U.S. Forge of Empires

**You 2016-11-27 21:08:49**

I have FREQUENTLY read the game rules, and I don't believe any of my language was insulting OR profane. Which is why I'm asking for a detailed breakdown of the reasoning behind why your moderators saw it as offensive.

**You 2016-11-27 21:11:38**

InnoGames does not accept any publications that the Forge of Empires Team considers illegal, insulting, offensive, threatening, abusive, real-life-aggressive, sexually explicit, pornographic (including, but not limited to drawings and animations), politically extreme, religiously fanatic, endangering youth, racist, playing down the use of illegal drugs or alcohol, or promoting the use of said substances or in any way inappropriate. Posting links to such content is also not allowed.

It doesn't state that insults or profanity is against the rules. Just language that is "insulting,

offensive, threatening, abusive, etc" Which is why I want to know who found my language "offensive" and why.

**You 2016-11-27 21:12:16**

Maybe YOU should reread the game rules. https://us.forgeofempires.com/page/the_game/rules/

**You 2016-11-27 21:36:49**

Matter of fact that doesn't put any positive burden on me at ALL. It just says that YOU ALL will not accept it, not that I must REFRAIN from it.

**You 2016-11-27 21:45:16**

It's been close to 24 hours now, and I still don't have an answer to my original question. WHAT language did the moderator(s) find offensive and in what way?

**Forge of Empires - Customer Support 2016-11-27 22:43:58**

Hello TwoCents,

When you receive a report about being punished it means one or more messages were reported as being in violation of the Communications Rules. Usually this is because you have sent profanity, personal insults or otherwise offensive content through either the message or chat system. This was your fourth notification over the past six months.
GAME RULE VIOLATIONS (these are not all of the items used in the decision to ban):

- 03:10: TwoCents: sounds like a gay thing to me iceman
- 3:11: TwoCents: you scamming bother **** **** ****
- 03:12: TwoCents: you're just somebodies ****
- 03:12: TwoCents: you got no land you **** two-bit ****
- 03:21: TwoCents: afraid I might yell at you for being such a scamming bitch?
- 03:26: TwoCents: DD, I have a question... does your tongue get tired from licking ice's @sshole all day?

Please review the GAME RULES to ensure you do not violate them again. Your ban is not subject to appeal and will remain in effect until the ban expires.

Respectfully,

Panacea
Community Manager
U.S. Forge of Empires

**You 2016-11-28 00:14:08**

so what word was offensive there? I don't see anything offensive.

**You 2016-11-28 00:18:22**

Every single one of those notifications were false. Which is why I am disputing them. Like I said, profanity isn't expressly against the game rules, nor was any words there profane. "Ass" isn't actually censored by your system any more and people use it all the time. You don't know what I "intended" when the asterisks come up. All that you can say is that I vaguely "offended" someone or someone's whom you refuse to name. I refuse to be subjected to such arbitrary interpretation of such vague rules.

**You 2016-11-28 00:58:28**

Do you have a response? because I really cannot wait up till 5am again tonight.

**You 2016-11-28 00:59:56**

so who is the co-community manager?

**You 2016-11-28 01:01:43**

Could you please advise me how to file a written complaint with your bosses?

**Forge of Empires - Customer Support 2016-11-28 08:03:52**

Hello TwoCents,

You violated the game rules and as such were awarded points. These points were added to points you had already accrued and been awarded on three other occasions where you were warned but not banned so you had ample opportunities to change your behavior in chat but did not do so. The rules also tell you that the moderators are the final arbiters.
9. Miscellaneous
Please treat other Forge of Empires Community members with respect. Following the rules helps to create a fun and fair environment for everyone.
**The Community Management of the US version of Forge of Empires are the final arbiters of any rules dispute. Their interpretation of these rules is final.**

You can write to Innogames at https://www.innogames.com/company/contact/ however you will be directed back to me as I am the Community Manager for the U.S. server and responsible for the game on this server.

Respectfully,

Panacea
Community Manager
U.S. Forge of Empires

**You 2016-11-29 00:59:00**

I was "awarded" points for violating game rules? You make it sound like a contest? Maybe I was penalized with points... I was sanctioned via a point system... Exactly how does one get issued these points? How does one remove them?

Listen, bottom line here Panacea and all messing around aside... I'm not a detriment to this game. I'm an asset. People generally flock to me when I'm in global chat because I have a vivacious and lively personality. I'm not the same boring "stuff" that normally floats around in this game. There is a reason that people watch dramas on TV even if they don't want to be in them.

IF certain people are taunting me by doing things such as... displaying and distributing photos of my breasts, without my consent then OF COURSE I'm going to be angry with them, and stay angry with them for a long time. I don't generally run to big brother every time I have a problem. But now that we're on the topic...why don't you do something about that? I'm sure it's not a secret to the people who've been paying attention to Jaims. Heck, boobs are probably exposed to half the worlds right now.

At the same time, people use your arbitrary and vague system of "justice" to harass me. You use barely trained volunteer labor to "moderate" the situation, but clearly no one knows what is really going on. You don't define what is "offensive" what is "insulting" etc. Profanity isn't even against the rules as you have them written.

Would it surprise you that the person I was talking to in those comments I talk to on the phone every day with? He wasn't insulted. Would it surprise you that I do practice fights with my friends in the game just for fun?

Your rules are designed so that everyone has a fair and enjoyable experience, but in the end you are allowing yourself to be used as a tool to harass me. And frankly, you don't care, nor have you ever cared about that. It isn't any skin off of your back if I get banned or not. You have no impetus to change the rules or make them more fair.

So please, in all your grandeur, rack up "points" against me. It's not gonna change who I am. I'm terribly insulted by "civil behavior" I see it as nothing more than a lie we tell each other instead of telling each other the truth. What kind of person would I be if I let some silly video-game affect my deeply held ethics and beliefs?

**You 2016-11-29 01:08:35**

Would it also surprise you to know that I have a Master of Fine Arts in Creative Writing and Poetics and that as part of my thesis I talked about how "civility" is used as a weapon to attack people, prevent individuality, depth of expression, and independent thought? Yet you rudely ask me to play in a "friendly" manner. (You can't see me, but I'm rolling my eyes).

**Forge of Empires - Customer Support 2016-11-29 08:20:55**

Hello TwoCents,

Yet I do ask you to play in a friendly manner and follow the game rules.  Enjoy the game.

Respectfully,

Panacea
Community Manager
U.S. Forge of Empires

**You 2016-11-29 12:25:58**

And I would ask you to remember that not everyone is a vapid paper-doll cutout. Thank goodness for personality right?

This ticket has been closed and can no longer be replied to.

**Attachments**

This ticket currently has no attachments.

# View ticket

# transmitting a photography of me without my permission

**You 2016-11-27 03:02:19**

Under article 12.3 of your terms of service it states a breach of the rules has occurred when: duplicating or making publicly accessible an image of another person without the relevant person's written approval.

I would like to report the two above parties for making available via a screenshot link a picture of my breasts to numerous other parties without my consent or permission. The incident occurred on July 25, 2016 or July 26, 2016. I would have reported it earlier, but I was unaware it was a game rule until researching them now.

**You 2016-11-27 03:03:03**

me38mag and Drowsey Dragon

**You 2016-11-27 05:58:44**

What... you respond to other people's requests in a matter of minutes? but mine has been sitting here for 3 hours without anything?

**Forge of Empires - Customer Support 2016-11-27 12:02:54**

Hello TwoCents,

Thank you for bringing this matter to our attention, we appreciate all players that help the Forge team to keep our game running without rule breakers. I will investigate and take the appropriate action(s) if I find rule breaking.

If this conversation is taking place in chat, please take two steps-
1. Press your right button on your mouse and 'Report' the player. This takes a screenshot of the conversation and reports it directly to a group of moderators who handle these promptly.
2. Right click and press'ignore'. This will take him from your chat screen.

If this conversation is taking place via the messaging system, due to our Privacy Rules we can not look in your Messages.
1. Please left click on the player's name. This will bring up a menu that has 'Report'. Press the 'Report' button. It brings up a window for your report. This will capture the message and send it directly to the moderators.

No matter which, please do not engage this person in the future. Ignore all messages, ignore in chat. Be sure to report.

Respectfully,

Seriak
Co-Community Manager
U.S. Forge of Empires

**You 2016-11-27 21:16:11**

And when are you going to ban the two people involved?

**You 2016-11-27 21:32:21**

OR... do you just punish me for being violated in this way? I'm not gonna ignore anybody. I'm going to call them out for breaking the law each and every day I play. Why? Because I can.

**Forge of Empires - Customer Support 2016-11-27 22:31:02**

Did you report them using the procedure I provided?  I do not see any reports currently in the system?

Respectfully,

Seriak
Co-Community Manager
U.S. Forge of Empires

**You 2016-11-28 00:14:55**

how am I supposed to PROVE they transmitted my photos to others? People have contacted me and TOLD me that they've received the photo and described it including the note that was in it.

**Forge of Empires - Customer Support 2016-11-28 09:06:16**

I apologize but we are not able to act on anything that is not reported through our report feature.  We are not able to take action solely on the claim of one player without supporting documentation.  This would be considered Hearsay.  Please ask the other player who received the message to report the message for you.

Respectfully,

Seriak
Co-Community Manager
U.S. Forge of Empires

**You 2016-11-29 00:39:41**

Hearsay would be if I told you something that someone else said to me. This is direct witness testimony as I SAW them admit that they had done this. Matter of fact I did report someone the night that they did admit this, but it was by accident when I was trying to send her a friend request. Maybe you could look through my previous reports and see if a log of that evening was made?

**Forge of Empires - Customer Support 2016-11-29 10:07:56**

We are not permitted to view any messages or chat that have not been reported to us through the report feature due to privacy laws.  I apologize for any inconvenience.

Respectfully,

Seriak
Co-Community Manager
U.S. Forge of Empires

### You 2016-11-29 12:26:43

like I said... I reported a person that night using the report feature. And that was in global chat which was publicly displayed, so no privacy laws apply.

### Forge of Empires - Customer Support 2016-11-29 15:55:42

I still am not seeing any reports made by you using the report system.  If this happens again, please do use the procedures I listed above to report them.

Respectfully,

Seriak
Co-Community Manager
U.S. Forge of Empires

### You 2016-11-29 20:21:39

Did you check in August? That's when I reported that other person by accident at the same time they admitted tranmitting my photo.

### Forge of Empires - Customer Support 2016-11-29 20:28:40

If you reported the event back in August then the report would have been reviewed then and action taken if it broke our rules.  If you have any new reports, please do continue to report them.

Respectfully,

Seriak
Co-Community Manager
U.S. Forge of Empires

### You 2016-11-29 22:01:56

I'm saying I reported rhe wrong person, so it doesn't matter if you reviewed it then. I want to know if you can re-review it.

Exhibit 10 – Forge of Empires Support Tickets: TwoCents Submitted by Plaintiff Penny Quinteros
Case: 19-CV-1402 RSM - 41

**Forge of Empires - Customer Support 2016-11-29 22:07:42**

Too much time has past since the original report.  I apologize for any inconvenience.

Respectfully,

Seriak
Co-Community Manager
U.S. Forge of Empires

---

This ticket has been closed and can no longer be replied to.

**Attachments**

# This ticket currently has no attachments.

# View ticket

# Appeal TwoCents

**You 2016-11-27 00:07:18**

Pardon, but it's been about an hour since I've been banned, and it only took you about 20 minutes to institute the ban in the first place. Please provide me a detailed breakdown of the language that was found to be offensive, and how you interpreted that language since you actually DON'T know my thoughts or intentions. Particularly you don't know my thoughts or intentions since most of the "language" used was just asterisks. Could you explain the game function that allows you to know whether I typed a bad word and the censor changed it to asterisks, or if I just typed the asterisks in the first place.
Also please explain to me why your "BAN" window says to interact with people in a "friendly" manner since that isn't actually part of the rules. And maybe you could also point out the inconsistencies of asking people to be "friendly" when allowing them to plunder and/or attack each other...

**Forge of Empires - Customer Support 2016-11-27 13:31:37**

Hello TwoCents,

When you receive a report about being punished it means one or more messages were reported as

being in violation of the Communications Rules. Usually this is because you have sent profanity, personal insults or otherwise offensive content through either the message or chat system.

Please review the GAME RULES to ensure you do not violate them again. Your ban is not subject to appeal and will remain in effect until the ban expires.

Respectfully,

Snowbelle
Senior Ingame Moderator
U.S. Forge of Empires

**You 2016-11-27 21:15:50**

Thank you, WHICH message(s) were reported? and WHY did you find them offensive?

**Forge of Empires - Customer Support 2016-11-27 21:19:34**

Hello,
Due to privacy we are unable to share any of this information with you.  If you find a player is breaking the rules or being offensive in wither chat or the message center you may hit the report button.

Your ban is not subject to appeal and will remain in effect until the ban expires.

Respectfully,

Snowbelle
Senior Ingame Moderator
U.S. Forge of Empires

**You 2016-11-27 21:24:06**

I don't care who reported them to me. I'm asking why YOU found them offensive and what particular language was used that was offensive.

**You 2016-11-27 21:26:35**

It doesn't matter if the ban expires. I STILL want an answer. I don't think it's fair that the rules are applied so inequitably and I want you to answer for your offensive and inappropriate behavior.

**You 2016-11-27 21:28:24**

Exactly how does restating to me my own words violate "privacy?" Or do you guys just make this stuff up as you go along?

**Forge of Empires - Customer Support 2016-11-28 20:37:42**

Usually this is because you have sent profanity, personal insults or otherwise offensive content through either the message or chat system.

Please review the GAME RULES to ensure you do not violate them again. Your ban is not subject to appeal and will remain in effect until the ban expires.

Please review the rules. We do understand that you want an exact reason, however we are unable to give that information out.

Respectfully,

Snowbelle
Senior Ingame Moderator
U.S. Forge of Empires

**You 2016-11-29 00:40:23**

profanity isn't against the game rules. I have read them.

**Forge of Empires - Customer Support 2016-11-29 01:57:46**

Hello,
This is a family friendly game. Here are the possible reasons you would have been ban.
Usually this is because you have **sent profanity, personal insults or otherwise offensive content** through either the message or chat system.

Respectfully,

Snowbelle
Senior Ingame Moderator
U.S. Forge of Empires

**You 2016-11-29 02:05:17**

that's what I'm trying to say. Profanity isn't against the game rules... look through them and tell me if you see "profanity" listed in any instance anywhere there. And I would like an explanation of how you judge "personal insults" or "offensive content" because those are very subjective terms.

**Forge of Empires - Customer Support 2016-11-29 02:53:40**

InnoGames does not accept any publications that the Forge of Empires Team considers **illegal, insulting, *offensive*, threatening, abusive, real-life-aggressive, sexually explicit, pornographic (including, but not limited to drawings and animations), politically extreme, religiously fanatic, endangering youth, racist, playing down the use of illegal drugs or alcohol, or promoting the use of said substances or in any way inappropriate**. Posting links to such content is also not allowed.

Spamming other players with in-game mails or chat messages is abusive and will not be tolerated.

 It is against the rules to impersonate any staff member or suggest acquaintances with them in order to force any kind of behavior.

- Examples:
- **It is forbidden to use inappropriate names,**
- It is forbidden to advertise competitors' games, post inappropriate content or links to such, post links to moneymaking sites or links to competitors' games.
- It is allowed to refer to a player as a noob or to criticize their way of playing **using appropriate language.**
- Threats are only allowed when they relate to the game and not real life. For example, saying that you will attack someone with your units if he does not give you Forge Points is allowed. However, it is not allowed to say that you will find someone and beat him up if he does not give you Forge Points.
- Using only capital letters, or spamming the same message repeatedly in the chat room is not permitted as it is poor chat etiquette.
- We ask players to not use account names that include whole e-mail addresses, full names or telephone numbers, for player safety and safety of personal data.
- Encouraging other players to break rules is forbidden.

Respectfully,

Snowbelle
Senior Ingame Moderator
U.S. Forge of Empires

**You 2016-11-29 02:57:05**

exactly what makes a name inappropriate? And who decides appropriateness? I don't actually believe in any arbitrary moral authority... so, is that you deciding appropriateness?

**You 2016-11-29 02:58:15**

and on top of which, it says that you will not "accept" those things, NOT that I am PROHIBITED from doing them. Saying it in that manner implies it is your obligation to screen them. If you failed to do so... not my problem.

**You 2016-11-29 03:19:27**

in order to be a name, a noun needs to be used in the nominative case or the genitive case. To my recollection I only used words in the oblique case. Like I said. I didn't violate any of those rules on that list.

**Forge of Empires - Customer Support 2016-11-30 01:03:03**

Hello TwoCents,

Please do not create more than one ticket per issue. As this is a duplicate, we are closing this ticket. If you wish to pose additional information, please post in the pre-existing ticket. Thank you for your cooperation and enjoy the game.

Respectfully,

Panacea
Community Manager
U.S. Forge of Empires

This ticket has been closed and can no longer be replied to.

**Attachments**

This ticket currently has no attachments.

# View ticket

# Your game doesn't work

**You 2016-12-03 01:28:34**

Hi, When I try to move an item on my screen I initially get the grey "move" plus-sign pointer... but once I click on the item it immediately switches to a golden "scroll" plus-sign pointer. I have tried reloading several times. I've tried moving different items, having it on different zooms. Nothing works. At this point I cannot move items in my city.

**Forge of Empires - Customer Support 2016-12-03 12:00:32**

Hello TwoCents,

Google released version 55 of Chrome today - please update your browser and try again.

Respectfully,

AgentFox
Senior Ingame Moderator
U.S. Forge of Empires

---

This ticket has been closed and can no longer be replied to.

**Attachments**

# This ticket currently has no attachments.

# View ticket

# Blueprint swap error

**You 2016-12-10 16:11:03**

Hi,
I had some sort of ridiculous glitch occur when I was trying to trade blueprints 2:1 on my Tower of Babel. I was only missing 1 piece. I was hitting the 2:1 swap and it kept not doing anything... then it told me an "internal error" occurred and when it reloaded the bottom right piece (the only 1 I had been missing) had 2, and the upper right piece was suddenly missing now! I lost a lot of blueprints due to this error it looks like!

**Forge of Empires - Customer Support 2016-12-11 05:15:19**

Hello TwoCents,

Thank you for contacting Forge of Empires Support. Our logs are showing that you did trade the upper right corner piece away however the game should only have allowed you to trade it when you had a duplicate. Could you please take a screenshot of your blueprints in the inventory and attach it here thanks.

Exhibit 10 – Forge of Empires Support Tickets: TwoCents Submitted by Plaintiff Penny Quinteros
Case: 19-CV-1402 RSM - 47

Respectfully,

Salior
Senior Ingame Moderator
U.S. Forge of Empires

**You 2016-12-11 11:27:15**

Ok, I attached it.

**Forge of Empires - Customer Support 2016-12-11 11:43:12**

Thanks, our logs do confirm that you somehow managed to trade your last top right corner away. I will pass this onto the bug team in the mean time I have placed the blueprint into your town as a one time courtesy.

Respectfully,

Salior
Senior Ingame Moderator
U.S. Forge of Empires

---

This ticket has been closed and can no longer be replied to.

**Attachments**

# This ticket currently has no attachments.

# View ticket

# Appeal TwoCents

**You 2017-01-12 14:09:30**

Hello! I'm waiting! Why was I banned? I didn't violate any game rules! You can't just discriminate against me because you don't like me! It's against the law!

**Forge of Empires - Customer Support 2017-01-12 14:34:43**

Hello TwoCents,

Please do not create more than one ticket per issue. As this is a duplicate, we are closing this ticket. If you wish to pose additional information, please post in the pre-existing ticket. Creating more than one ticket slows the appeal process. You must wait until your original ticket has been reviewed and replied to.

Thank you for your cooperation

Respectfully,

Mimir
Ingame Moderator
U.S. Forge of Empires

This ticket has been closed and can no longer be replied to.

**Attachments**

# This ticket currently has no attachments.

# View ticket

# Appeal TwoCents

**You 2017-01-12 14:04:24**

Excuse me! Why was I banned? I'm waiting for an answer!

**Forge of Empires - Customer Support 2017-01-12 14:35:10**

Hello TwoCents,

Please do not create more than one ticket per issue. As this is a duplicate, we are closing this ticket. If you wish to pose additional information, please post in the pre-existing ticket. Creating more than one ticket slows the appeal process. You must wait until your original ticket has been reviewed and replied to.

Thank you for your cooperation

Respectfully,

Mimir
Ingame Moderator
U.S. Forge of Empires

---

This ticket has been closed and can no longer be replied to.

**Attachments**

# This ticket currently has no attachments.

# View ticket

# Appeal TwoCents

**You 2017-01-12 14:34:55**

Hello! excuse me! I'm waiting for an answer! Why have I been denied service?

**Forge of Empires - Customer Support 2017-01-12 14:40:50**

Hello TwoCents,

Please do not create more than one ticket per issue. As this is a duplicate, we are closing this ticket. If you wish to pose additional information, please post in the pre-existing ticket. Creating more than one ticket slows the appeal process. You must wait until your original ticket has been reviewed and replied to.

Thank you for your cooperation

Respectfully,

Mimir
Ingame Moderator
U.S. Forge of Empires

Exhibit 10 – Forge of Empires Support Tickets: TwoCents Submitted by Plaintiff Penny Quinteros
Case: 19-CV-1402 RSM - 50

This ticket has been closed and can no longer be replied to.

**Attachments**

# This ticket currently has no attachments.

# View ticket

# Appeal TwoCents

**You 2017-01-12 14:53:35**

"Please do not create more than one ticket per issue. As this is a duplicate, we are closing this ticket. If you wish to pose additional information, please post in the pre-existing ticket. Creating more than one ticket slows the appeal process. You must wait until your original ticket has been reviewed and replied to."

Where does it say this in the posted rules or terms of service? That I am only allowed to use one ticket? Do you folks just make up rules as you go along? I MUST wait must I? According to whom? I see myself under no obligation to wait. Perhaps you should respond more expeditiously then.

**Forge of Empires - Customer Support 2017-01-12 15:04:46**

Hello TwoCents,

Please do not create more than one ticket per issue. As this is a duplicate, we are closing this ticket. If you wish to pose additional information, please post in the pre-existing ticket. Thank you for your cooperation and enjoy the game.

Respectfully,

Maestro
Ingame Moderator
U.S. Forge of Empires

This ticket has been closed and can no longer be replied to.

**Attachments**

# This ticket currently has no attachments.

# View ticket

# Appeal TwoCents

**You 2017-01-12 14:48:34**

Hello, thank you for taking the time to close my previous inquiries... but you actually didn't respond to them. I'm sure this was just something you overlooked, but I want an ACTUAL answer!

**You 2017-01-12 14:49:23**

Oh, and by the way, those inquiries weren't duplicates. I'm providing you a new issue with every one of them. Please respond accordingly.

**Forge of Empires - Customer Support 2017-01-12 14:52:41**

Hello TwoCents,

Please do not create more than one ticket per issue. As this is a duplicate, we are closing this ticket. If you wish to pose additional information, please post in the pre-existing ticket. Thank you for your cooperation and enjoy the game.

Respectfully,

Tuscany
Ingame Moderator
U.S. Forge of Empires

**You 2017-01-12 14:54:26**

Like I said, it wasn't a duplicate. Please elaborate on exactly how it was a "duplicate" as I used different words in all of them. Doesn't duplicate mean, "exactly the same"

**Forge of Empires - Customer Support 2017-01-12 15:05:25**

Exhibit 10 – Forge of Empires Support Tickets: TwoCents Submitted by Plaintiff Penny Quinteros
Case: 19-CV-1402 RSM - 52

Hello TwoCents,

Please do not create more than one ticket per issue. As this is a duplicate, we are closing this ticket. If you wish to pose additional information, please post in the pre-existing ticket. Thank you for your cooperation and enjoy the game.

Respectfully,

Maestro
Ingame Moderator
U.S. Forge of Empires

This ticket has been closed and can no longer be replied to.

**Attachments**

# This ticket currently has no attachments.

# View ticket

# I'm being denied service without an explanation

**You 2017-01-17 02:46:15**

I would like to know the exact moment that I was banned and for what reason. I'm being denied service because the moderators for Jaims have a clear bias against me fueled by players who have combined to report me because they dislike me. How do you see that as NOT discriminatory? Seriously... Players yesterday were talking about how they enjoyed rough *** in global... spelling out the word s*x. And I'm banned because why? How is that even FAIR?!

**Forge of Empires - Customer Support 2017-01-17 02:58:16**

Hello TwoCents,

Please do not create more than one ticket per issue. As this is a duplicate, we are closing this ticket. If you wish to pose additional information, please post in the pre-existing ticket. Thank you for your

cooperation and enjoy the game.

Respectfully,

Maestro
Senior Ingame Moderator
U.S. Forge of Empires

**You 2017-01-17 03:00:41**

This isn't a duplicate. I'm asking about your measure of equality, not appealing the ban.

---

This ticket has been closed and can no longer be replied to.

**Attachments**

# This ticket currently has no attachments.

# View ticket

# I need the name of the moderator who banned me

**You 2017-01-17 02:40:11**

I need the name of the moderator who banned me please.

**Forge of Empires - Customer Support 2017-01-17 02:57:56**

Hello TwoCents,

Please do not create more than one ticket per issue. As this is a duplicate, we are closing this ticket. If you wish to pose additional information, please post in the pre-existing ticket. Thank you for your cooperation and enjoy the game.

Respectfully,

Maestro
Senior Ingame Moderator
U.S. Forge of Empires

**You 2017-01-17 03:02:04**

This isn't a duplicate. I'm requesting the name for my own personal purposes. Not appealing the ban here.

---

This ticket has been closed and can no longer be replied to.

**Attachments**

# This ticket currently has no attachments.

# View ticket

# Please wake up the Community Moderator

**You 2017-01-17 03:07:30**

Please wake up the community moderator and explain this is what I'm talking about when I mean bias.

**Forge of Empires - Customer Support 2017-01-17 03:14:14**

Hello TwoCents,

Please do not create more than one ticket per issue. As this is a duplicate, we are closing this ticket. If you wish to pose additional information, please post in the pre-existing ticket. Thank you for your cooperation and enjoy the game.

Respectfully,

Maestro
Senior Ingame Moderator
U.S. Forge of Empires

---

This ticket has been closed and can no longer be replied to.

**Attachments**

# This ticket currently has no attachments.

# View ticket

# Ban Appeal

**You 2017-01-17 03:24:38**

Excuse me, I would like to appeal the 12 hour ban on my account. It's not fair of you to ban me for no reason. I did nothing wrong. NOTHING! Maybe you should put a banner on global chat saying "only discuss sex and cookies here".

**Forge of Empires - Customer Support 2017-01-17 03:31:40**

Hello TwoCents,

You have been given a clear cut explanation of the ban.   If you have additional information please include it on the original ticket.

Please review the GAME RULES to ensure you do not violate them again. Your ban is not subject to appeal and will remain in effect until the ban expires.

Respectfully,

Maestro
Senior Ingame Moderator
U.S. Forge of Empires

---

This ticket has been closed and can no longer be replied to.

**Attachments**

# This ticket currently has no attachments.

# View ticket

# I can't log in and I did nothing wrong.

**You 2017-01-17 03:38:38**

I can't log in and I did nothing wrong. I didn't violate any rules. YOU violated rules. You jumped to conclusions about my intentions when you don't even KNOW what my intentions are. You didn't even read what I had written. You keep closing my legitimate complaints. Like I have tried to explain to you. These are different issues. I want to report you for violating the game rules! That is a different issue than Appealing a Ban. Appealing a ban of a day and a half is a DIFFERENT issue than appealing a 12 hour ban.

**Forge of Empires - Customer Support 2017-01-17 03:42:41**

Hello TwoCents,

Again if you have other issues relating to the original ticket please place the information in that ticket.

Please do not create more than one ticket per issue. As this is a duplicate, we are closing this ticket. If you wish to pose additional information, please post in the pre-existing ticket. Thank you for your cooperation and enjoy the game.

Respectfully,

Maestro
Senior Ingame Moderator
U.S. Forge of Empires

---

This ticket has been closed and can no longer be replied to.

## Attachments

This ticket currently has no attachments.

# View ticket

# Appeal TwoCents

**You 2017-01-12 13:59:24**

Excuse me why was I banned? I was very careful not to use any profane language as you have previously stated was reason for banning. Please provide me an exact detailed description of why I was banned.

**Forge of Empires - Customer Support 2017-01-12 14:59:52**

Hello TwoCents,

When you receive a report about being punished it means one or more messages were reported as being in violation of the Communications Rules. Usually this is because you have sent profanity, personal insults or otherwise offensive content through either the message or chat system.

Please review the GAME RULES to ensure you do not violate them again. Your ban is not subject to appeal and will remain in effect until the ban expires.

You continue to type things in chat hat the system has to edit (profanity).  Please review the game rules again.

Respectfully,

Maestro
Ingame Moderator
U.S. Forge of Empires

**You 2017-01-12 17:07:15**

Absolutely ridiculous. You stated: "You continue to type things in chat hat the system has to edit (profanity). Please review the game rules again."
I did NOT do that. I typed in 4 asterisks individually as ****. You are making an assumption about something that doesn't appear in the chat window. Would it help if I typed 5 asterisks instead?

**You 2017-01-12 17:08:57**

As I intentionally did NOT use profanity. Could you please lift the game ban?

**Forge of Empires - Customer Support 2017-01-12 17:15:51**

I have reduced your ban it will end 1 hour from now, please refrain from using profanity, personally attacking other players or saying things in chat that violate our communications rules.

We realize this is a war game, and at times tensions can run high...however please keep in mind we advertise this as a game anyone can play and as a result many children play this game...we try to keep the chat to a PG rating to protect players and we ask that you abide by those rules.

Thank you!

Respectfully,

Maestro
Ingame Moderator
U.S. Forge of Empires

**You 2017-01-12 17:18:43**

Having a PG rating isn't in the rules of this game. And it's also advertised on adult websites enticing men who message me practically every day for sex-ting. Maybe you should reconsider your policies. And please don't imply that my actions were the result of "tension". That implies my emotions were driving my choices and is insulting.

**You 2017-01-12 17:20:49**

However, I do appreciate the reduction of the ban, even though I don't think it should ever have been implemented to begin with.

**Forge of Empires - Customer Support 2017-01-12 20:00:23**

Have a good evening!

Respectfully,

Maestro
Ingame Moderator
U.S. Forge of Empires

**You 2017-01-17 05:20:06**

Excuse me, I'm no longer satisfied with this ban ever having been implemented. I thought it was wrong at the time and I still think it is wrong. Please remove it.

This ticket has been closed and can no longer be replied to.

**Attachments**

# This ticket currently has no attachments.

# View ticket

# Appeal TwoCents

**You 2017-01-12 14:43:33**

*whistles*
Still hanging out here... you obviously are on since you took the time out of your busy schedules to ban me. You think you could also find time to tell me why?

**Forge of Empires - Customer Support 2017-01-12 15:04:28**

Hello TwoCents,

Please do not create more than one ticket per issue. As this is a duplicate, we are closing this ticket. If you wish to pose additional information, please post in the pre-existing ticket. Thank you for your cooperation and enjoy the game.

Respectfully,

Maestro
Ingame Moderator
U.S. Forge of Empires

**You 2017-01-17 05:20:50**

I'm sorry, I don't believe this was a duplicate issue from before. I believe this was a new issue. Could you please address why you take the time out of your schedule to ban me but not respond to me?

This ticket has been closed and can no longer be replied to.

**Attachments**

# This ticket currently has no attachments.

# View ticket

# Appeal TwoCents

**You 2017-01-12 14:17:30**

The things that I said today, get said in global chat ALL the time. And I've NEVER heard of anyone else getting banned for it. I want an explanation of EXACTLY what I said. I also want an EXACT explanation for WHY you ASSUMED it was offensive. WHO did it offend. WHO reported me. I have a right to face my accusers.

**Forge of Empires - Customer Support 2017-01-12 15:04:10**

Hello TwoCents,

Please do not create more than one ticket per issue. As this is a duplicate, we are closing this ticket. If you wish to pose additional information, please post in the pre-existing ticket. Thank you for your cooperation and enjoy the game.

Respectfully,

Maestro
Ingame Moderator
U.S. Forge of Empires

**You 2017-01-17 05:21:47**

I'm sorry, I don't believe this was a duplicate ticket. I'm specifically requesting here for you to address the hypocrisy of the moderators who ban some people for doing nothing, and don't ban other people for doing egregious things.

This ticket has been closed and can no longer be replied to.

**Attachments**

Exhibit 10 – Forge of Empires Support Tickets: TwoCents Submitted by Plaintiff Penny Quinteros
Case: 19-CV-1402 RSM - 61

# This ticket currently has no attachments.

# View ticket

# Violation of game rule Communication section

**You 2017-01-17 04:33:15**

Per your own rules Section 3: Communication, bottom bullet:

*Encouraging other players to break rules is forbidden.

I now realize that other player (I believe his name was Edward 2), intentionally and purposefully baited me into reading the Heidegger purposefully because he thought it would get me banned. He encouraged me to break the rules. I suggest you level the same penalty again him as you've given me.

**Forge of Empires - Customer Support 2017-01-17 09:17:38**

Hello TwoCents,

Thank you for bringing this matter to our attention. We appreciate all players that help the Forge team to keep our game running without rule breakers. TwoCents, I will investigate and take the appropriate action(s) if I find rule breaking.

Respectfully,

Maestro
Senior Ingame Moderator
U.S. Forge of Empires

---

This ticket has been closed and can no longer be replied to.

## Attachments

# This ticket currently has no attachments.

# View ticket

# Please allow me to log back in, so I can report players maki

**You 2017-01-17 05:03:55**

Please allow me to log back in, so I can report players making rules violations.

**Forge of Empires - Customer Support 2017-01-17 09:18:43**

Hello TwoCents,

Please do not create more than one ticket per issue. As this is a duplicate, we are closing this ticket. If you wish to pose additional information, please post in the pre-existing ticket. Thank you for your cooperation and enjoy the game.

Respectfully,

Maestro
Senior Ingame Moderator
U.S. Forge of Empires

---

This ticket has been closed and can no longer be replied to.

**Attachments**

# This ticket currently has no attachments.

# View ticket

# Preventing me from doing GE!

**You 2017-01-17 05:08:56**

Seriously... GE starts in less than one hour! if you keep me banned for no reason, you will be preventing me from doing GE for the entire week as I'm not in my home guild!

**Forge of Empires - Customer Support 2017-01-17 09:22:49**

Hello TwoCents,

Please do not create more than one ticket per issue. As this is a duplicate, we are closing this ticket. If you wish to pose additional information, please post in the pre-existing ticket. Thank you for your cooperation and enjoy the game.

Respectfully,

Maestro
Senior Ingame Moderator
U.S. Forge of Empires

---

This ticket has been closed and can no longer be replied to.

**Attachments**

# This ticket currently has no attachments.

# View ticket

# Could you please describe how to put in an appeal of a ban f

**You 2017-01-17 05:46:46**

So when I try to log in from my phone it tells me "account ban." Obviously this is in error since I've done nothing wrong, So I'm trying to appeal the ban, but every time I click on the button it takes me to the App Store as if I were downloading the game again. I don't see anywhere that I can click to make a new support ticket. Could you please advise me how I would do so from the mobile app? Specifically when I don't have access to my account?

**Forge of Empires - Customer Support 2017-01-17 09:25:24**

Hello TwoCents,

You have already filed a number of appeals...

Please do not create more than one ticket per issue. As this is a duplicate, we are closing this ticket. If you wish to pose additional information, please post in the pre-existing ticket. Thank you for your cooperation and enjoy the game.

Respectfully,

Maestro
Senior Ingame Moderator
U.S. Forge of Empires

---

This ticket has been closed and can no longer be replied to.

**Attachments**

# This ticket currently has no attachments.

# View ticket

# Violation of game rule section 3: offensive behavior

**You 2017-01-17 07:05:08**

This player committed offensive behavior when he intimated a burp.

**Forge of Empires - Customer Support 2017-01-17 07:51:34**

Hello TwoCents,

Thank you for bringing this matter to our attention. We appreciate all players that help the Forge team to keep our game running without rule breakers. TwoCents, I will investigate and take the appropriate

action(s) if I find rule breaking.

Respectfully,

Salior
Senior Ingame Moderator
U.S. Forge of Empires

**You 2017-01-17 07:52:03**

do you find burping in public offensive? It seems quite rude to me.

**You 2017-01-17 12:02:11**

I'm sorry, this ticket says answered, but I see no answer.

---

This ticket has been closed and can no longer be replied to.

**Attachments**

# This ticket currently has no attachments.

# View ticket

# Violation of game rule section 3: Illegal activity

**You 2017-01-17 06:42:49**

I just want to clarify why I reported this player. He uploaded a link: https://www.youtube.com/watch?v=5XDGIT-djGo which was to music that is is plainly pirated, thus it is clearly posting a link for communication that is illegal behavior (copyright infringement).

**Forge of Empires - Customer Support 2017-01-17 07:37:46**

Hello TwoCents,

Thank you for bringing this matter to our attention. We appreciate all players that help the Forge team to keep our game running without rule breakers. TwoCents, I will investigate and take the appropriate action(s) if I find rule breaking.

Respectfully,

Salior
Senior Ingame Moderator
U.S. Forge of Empires

### You 2017-01-17 07:38:41

how could you not find rule breaking? it's pretty clearly laid out.

### You 2017-01-17 07:41:19

This message says it's been answered, but I cannot see an answer.

### Forge of Empires - Customer Support 2017-01-17 08:01:34

Due to our strict privacy rules we are unable to disclose any information regarding our investigation. Enjoy the game

Respectfully,

Salior
Senior Ingame Moderator
U.S. Forge of Empires

### You 2017-01-17 08:02:12

I didn't ask about the investigation. I asked about generally, would you find that to be offensive?

### Forge of Empires - Customer Support 2017-01-17 08:04:52

I will not be disclosing what I find offensive and what I do not find offensive. The game rules are available for each and everyone to see and abide by.

Respectfully,

Salior
Senior Ingame Moderator
U.S. Forge of Empires

**You 2017-01-17 08:06:14**

well the thing is, there is so much discrepancy in what is enforced and what is in the rules, I'm just wondering why I get banned for doing nothing wrong, when clearly there is a rampant problem of offensive behavior and game rule violations.

**You 2017-01-17 08:07:26**

I don't see a reason why I can get banned for doing nothing wrong, and 16 other people don't get banned for their violations. It indicates a clear bias.

**You 2017-01-17 08:09:26**

I mean surely you have a set of guidelines and best practices you abide by. You don't just leave it to what mood you're in do you?

**Forge of Empires - Customer Support 2017-01-17 09:49:43**

There is a policy in place you are correct and it does not depend on the mood of the day. Unfortunately I am unable to comment on your circumstances of the ban you would need to discuss this in an appeal. Each and every individual report is looked at and investigated fully with any action required taken. The rules are the same for each and every player and due to strict privacy rules no player will be given any information as to any investigation on any player they report. Whilst we appreciate you reporting other players creating so many messages will not get any issue dealt with faster. Hitting the report button via the chat methods will send the conversation to us for investigation.

Respectfully,

Salior
Senior Ingame Moderator
U.S. Forge of Empires

**You 2017-01-17 12:17:12**

I'm sorry... but that is a bald faced lie. The rules aren't the same for everyone. I was banned for nothing and other players don't get banned for clear violations. I certainly will hit the report button, but I don't have faith that the moderators have a clear understanding of the game rules. I don't actually think you know the game rules AT ALL, so I will continue to send a clear explanation of the violation.

---

This ticket has been closed and can no longer be replied to.

**Attachments**

# This ticket currently has no attachments.

# View ticket

# Support Center is Broken

**You 2017-01-17 06:06:28**

Hello, I believe my Support Center is broken. I'm not getting an answer back to my tickets. Could you please check that you are receiving them?

**Forge of Empires - Customer Support 2017-01-17 07:35:41**

Hello TwoCents,

Thank you for contacting Forge of Empires Support. We are receiving multiple tickets from yourself. Please ensure you are not creating multiple tickets on the same subject and that each ticket is only on 1 subject. Enjoy the game

Respectfully,

Salior
Senior Ingame Moderator
U.S. Forge of Empires

**You 2017-01-17 07:39:19**

Yes, I'm only creating tickets for new subjects.

**You 2017-01-17 07:40:48**

Yes, this ticket is because my support center appears to be broken. I don't believe I addressed that issue in any other ticket.

**Forge of Empires - Customer Support 2017-01-17 07:45:57**

It clearly is working as you have had my reply and replied back to it. If there is an issue you would like to report please let us know otherwise this issue is closed.

Respectfully,

Salior
Senior Ingame Moderator
U.S. Forge of Empires

### You 2017-01-17 07:49:25

But it's not working for the earlier messages. I have these replies, but none from the ones I created hours ago.

### You 2017-01-17 07:50:42

See, I just saw this pop to "answered" but I didn't receive an answer.

### You 2017-01-17 07:52:54

So clearly, this is broken. It's not working the way it's supposed to. I'm missing messages from earlier, and I'm not getting messages now.

### Forge of Empires - Customer Support 2017-01-17 09:39:56

Messages that require an answer are answered as quickly and accurately as possible. Messages that are player comments after a reply may not require an answer. Enjoy the game

Respectfully,

Salior
Senior Ingame Moderator
U.S. Forge of Empires

### You 2017-01-17 12:05:57

But, I am requesting a reply to all my messages. Otherwise I wouldn't type them.

### You 2017-01-17 12:21:41

See... it is showing as "answered" again... but it wasn't!

This ticket has been closed and can no longer be replied to.

**Attachments**

# This ticket currently has no attachments.

# View ticket

# Violation of game rule section 3: spamming

**You 2017-01-17 07:48:17**

I believe this player is in violation of the rules against spamming. They repeatedly used the same character (comma) in a message. ",,,,,"

**Forge of Empires - Customer Support 2017-01-17 09:43:41**

Hello TwoCents,

Thank you for bringing this matter to our attention. We appreciate all players that help the Forge team to keep our game running without rule breakers. TwoCents, I will investigate and take the appropriate action(s) if I find rule breaking.

Respectfully,

Chippdogg
Ingame Moderator
U.S. Forge of Empires

**You 2017-01-17 12:17:49**

How could that NOT be spam? I was banned for something much less....

**Forge of Empires - Customer Support 2017-01-17 12:23:11**

Thank you for bringing this matter to our attention, we appreciate all players that help the Forge team to keep our game running without rule breakers. I will investigate and take the appropriate action(s) if I find rule breaking.

If this conversation is taking place in chat, please take two steps-
1. Press your right button on your mouse and 'Report' the player. This takes a screenshot of the conversation and reports it directly to a group of moderators who handle these promptly.

Exhibit 10 – Forge of Empires Support Tickets: TwoCents Submitted by Plaintiff Penny Quinteros
Case: 19-CV-1402 RSM - 71

2. Right click and press'ignore'. This will take him from your chat screen.

If this conversation is taking place via the messaging system, due to our Privacy Rules we can not look in your Messages.
1. Please left click on the player's name. This will bring up a menu that has 'Report'. Press the 'Report' button. It brings up a window for your report. This will capture the message and send it directly to the moderators.

No matter which, please do not engage this person in the future. Ignore all messages, ignore in chat. Be sure to report.

Respectfully,

Chippdogg
Ingame Moderator
U.S. Forge of Empires

**You 2017-01-17 12:27:01**

If I ignored everyone breaking the rules... everyone in the game would be on ignore, because your team never actually enforces the rules.

---

This ticket has been closed and can no longer be replied to.

**Attachments**

# This ticket currently has no attachments.

# View ticket

# Theory of Poetics

**You 2017-01-17 12:26:17**

How many lines of poetry can I 'read' before you find it "offensive" and ban me? Does it matter who the poet is? Does it matter if it's a modernist versus a post-modernist? Maybe a sonnet versus an ode? Will you please explain to me exactly what it is you find offensive? I want to ENSURE I don't VIOLATE your game rules again, considering they are so vague.

**Forge of Empires - Customer Support 2017-01-17 12:27:28**

Hello TwoCents,

Please do not create more than one ticket per issue. As this is a duplicate, we are closing this ticket. If you wish to pose additional information, please post in the pre-existing ticket. Thank you for your cooperation and enjoy the game.

Respectfully,

Chippdogg
Ingame Moderator
U.S. Forge of Empires

---

This ticket has been closed and can no longer be replied to.

**Attachments**

# This ticket currently has no attachments.

# View ticket

# Violation of game rule section 3: spamming

**You 2017-01-17 07:42:52**

I believe this player was engaging in spam. He used the same letter repeatedly in a message. zzzzz

**Forge of Empires - Customer Support 2017-01-17 09:43:27**

Hello TwoCents,

Thank you for bringing this matter to our attention. We appreciate all players that help the Forge team to keep our game running without rule breakers. TwoCents, I will investigate and take the appropriate action(s) if I find rule breaking.

Respectfully,

Chippdogg
Ingame Moderator
U.S. Forge of Empires

**You 2017-01-17 12:11:21**

and did you ban this player for the clear violation of the rules?

**Forge of Empires - Customer Support 2017-01-17 12:22:51**

Thank you for bringing this matter to our attention, we appreciate all players that help the Forge team to keep our game running without rule breakers. I will investigate and take the appropriate action(s) if I find rule breaking.

If this conversation is taking place in chat, please take two steps-
1. Press your right button on your mouse and 'Report' the player. This takes a screenshot of the conversation and reports it directly to a group of moderators who handle these promptly.
2. Right click and press'ignore'. This will take him from your chat screen.

If this conversation is taking place via the messaging system, due to our Privacy Rules we can not look in your Messages.
1. Please left click on the player's name. This will bring up a menu that has 'Report'. Press the 'Report' button. It brings up a window for your report. This will capture the message and send it directly to the moderators.

No matter which, please do not engage this person in the future. Ignore all messages, ignore in chat. Be sure to report.

Respectfully,

Chippdogg
Ingame Moderator
U.S. Forge of Empires

**You 2017-01-17 12:27:32**

Yes, but how many lines can a person write before it rises to the level of "spamming?"

This ticket has been closed and can no longer be replied to.

## Attachments

# This ticket currently has no attachments.

# View ticket

# Violation of game rules section 3: Profanity and offensive b

**You 2017-01-17 07:24:50**

This player used the term "crap," and also said "give the other hand" which may be a euphemism for masturbation.

**Forge of Empires - Customer Support 2017-01-17 09:43:14**

Hello TwoCents,

Thank you for bringing this matter to our attention. We appreciate all players that help the Forge team to keep our game running without rule breakers. TwoCents, I will investigate and take the appropriate action(s) if I find rule breaking.

Respectfully,

Chippdogg
Ingame Moderator
U.S. Forge of Empires

**You 2017-01-17 12:10:44**

As I stated before. Your system is unfair. I am requesting a clear understanding of what is offensive and what is not offensive.

**Forge of Empires - Customer Support 2017-01-17 12:22:32**

Thank you for bringing this matter to our attention, we appreciate all players that help the Forge team to keep our game running without rule breakers. I will investigate and take the appropriate action(s) if I find rule breaking.

If this conversation is taking place in chat, please take two steps-
1. Press your right button on your mouse and 'Report' the player. This takes a screenshot of the

conversation and reports it directly to a group of moderators who handle these promptly.
2. Right click and press'ignore'. This will take him from your chat screen.

If this conversation is taking place via the messaging system, due to our Privacy Rules we can not look in your Messages.
1. Please left click on the player's name. This will bring up a menu that has 'Report'. Press the 'Report' button. It brings up a window for your report. This will capture the message and send it directly to the moderators.

No matter which, please do not engage this person in the future. Ignore all messages, ignore in chat. Be sure to report.

Respectfully,

Chippdogg
Ingame Moderator
U.S. Forge of Empires

**You 2017-01-17 12:28:10**

WOW! You're a fast typist. Thank you for posting a canned response to my questions. Clearly you have given them a ton of thought and consideration.

---

This ticket has been closed and can no longer be replied to.

## Attachments

This ticket currently has no attachments.

# View ticket

# Breach of Game Rules Section 3: Profanity

**You 2017-01-17 07:37:49**

This player used the term "crap" in global chat which is offensive.

**Forge of Empires - Customer Support 2017-01-17 09:42:59**

Hello TwoCents,

Thank you for bringing this matter to our attention. We appreciate all players that help the Forge team to keep our game running without rule breakers. TwoCents, I will investigate and take the appropriate action(s) if I find rule breaking.

Respectfully,

Chippdogg
Ingame Moderator
U.S. Forge of Empires

**You 2017-01-17 12:09:59**

How could you NOT find rule breaking!? I insist on a better explanation of how you use your "judgement." Your system is corrupt and biased. It is based upon your "feelings." Totally inappropriate and unfair.

**Forge of Empires - Customer Support 2017-01-17 12:22:21**

Thank you for bringing this matter to our attention, we appreciate all players that help the Forge team to keep our game running without rule breakers. I will investigate and take the appropriate action(s) if I find rule breaking.

If this conversation is taking place in chat, please take two steps-
1. Press your right button on your mouse and 'Report' the player. This takes a screenshot of the conversation and reports it directly to a group of moderators who handle these promptly.
2. Right click and press'ignore'. This will take him from your chat screen.

If this conversation is taking place via the messaging system, due to our Privacy Rules we can not look in your Messages.
1. Please left click on the player's name. This will bring up a menu that has 'Report'. Press the 'Report' button. It brings up a window for your report. This will capture the message and send it directly to the moderators.

No matter which, please do not engage this person in the future. Ignore all messages, ignore in chat. Be sure to report.

Respectfully,

Exhibit 10 – Forge of Empires Support Tickets: TwoCents Submitted by Plaintiff Penny Quinteros
Case: 19-CV-1402 RSM - 77

Chippdogg
Ingame Moderator
U.S. Forge of Empires

**You 2017-01-17 12:28:37**

I doubt your sincerity in answering these breach of rules questions.

---

This ticket has been closed and can no longer be replied to.

**Attachments**

# This ticket currently has no attachments.

# View ticket

# Violation of game rule section 3: Racism

**You 2017-01-17 06:53:02**

I want to clarify why I reported this player. This player violated section 3 of the game rules when he used the term "Redskins". This is a racist and offensive term.

**Forge of Empires - Customer Support 2017-01-17 09:42:37**

Hello TwoCents,

Thank you for bringing this matter to our attention. We appreciate all players that help the Forge team to keep our game running without rule breakers. TwoCents, I will investigate and take the appropriate action(s) if I find rule breaking.

Respectfully,

Chippdogg
Ingame Moderator
U.S. Forge of Empires

**You 2017-01-17 12:08:45**

Exhibit 10 – Forge of Empires Support Tickets: TwoCents Submitted by Plaintiff Penny Quinteros
Case: 19-CV-1402 RSM - 78

Again, I'd like to know if you find the term "redskins" to be a racist phrase. It appears clearly racist to me. A direct violation of your rules.... and yet 2 people were able to say it with impunity on your game chats. I guess you guys don't actually have any standards when it comes to enforcing the rules. You do what you want, when you want.

**Forge of Empires - Customer Support 2017-01-17 12:22:12**

Thank you for bringing this matter to our attention, we appreciate all players that help the Forge team to keep our game running without rule breakers. I will investigate and take the appropriate action(s) if I find rule breaking.

If this conversation is taking place in chat, please take two steps-
1. Press your right button on your mouse and 'Report' the player. This takes a screenshot of the conversation and reports it directly to a group of moderators who handle these promptly.
2. Right click and press'ignore'. This will take him from your chat screen.

If this conversation is taking place via the messaging system, due to our Privacy Rules we can not look in your Messages.
1. Please left click on the player's name. This will bring up a menu that has 'Report'. Press the 'Report' button. It brings up a window for your report. This will capture the message and send it directly to the moderators.

No matter which, please do not engage this person in the future. Ignore all messages, ignore in chat. Be sure to report.

Respectfully,

Chippdogg
Ingame Moderator
U.S. Forge of Empires

**You 2017-01-17 12:29:11**

Your answer is meaningless and has nothing to do with what I asked.

---

This ticket has been closed and can no longer be replied to.

## Attachments

Exhibit 10 – Forge of Empires Support Tickets: TwoCents Submitted by Plaintiff Penny Quinteros
Case: 19-CV-1402 RSM - 79

# This ticket currently has no attachments.

# View ticket

# Breach of Game Rules Section 3: promoting the use of alcohol

**You 2017-01-17 06:47:52**

I want to clarify why I reported this player. She stated have a "seat at my tavern and get a drink" promoting the consumption of alcohol In violation of "playing down the use of illegal drugs or alcohol or promoting the use of said substances..." As she didn't specify the age of the person she is "inviting" she could also be endangering youth.

**Forge of Empires - Customer Support 2017-01-17 09:42:27**

Hello TwoCents,

Thank you for bringing this matter to our attention. We appreciate all players that help the Forge team to keep our game running without rule breakers. TwoCents, I will investigate and take the appropriate action(s) if I find rule breaking.

Respectfully,

Chippdogg
Ingame Moderator
U.S. Forge of Empires

**You 2017-01-17 12:07:32**

Clearly this is promotion of alcohol. That is in direct stated violation of the rules, I don't understand how you could say "if" I find rule breaking.

**Forge of Empires - Customer Support 2017-01-17 12:22:00**

Thank you for bringing this matter to our attention, we appreciate all players that help the Forge team to keep our game running without rule breakers. I will investigate and take the appropriate action(s) if I find rule breaking.

If this conversation is taking place in chat, please take two steps-
1. Press your right button on your mouse and 'Report' the player. This takes a screenshot of the conversation and reports it directly to a group of moderators who handle these promptly.
2. Right click and press'ignore'. This will take him from your chat screen.

If this conversation is taking place via the messaging system, due to our Privacy Rules we can not look in your Messages.
1. Please left click on the player's name. This will bring up a menu that has 'Report'. Press the 'Report' button. It brings up a window for your report. This will capture the message and send it directly to the moderators.

No matter which, please do not engage this person in the future. Ignore all messages, ignore in chat. Be sure to report.

Respectfully,

Chippdogg
Ingame Moderator
U.S. Forge of Empires

### You 2017-01-17 12:29:32

Again, this has nothing to do with what I asked. Could you please try and answer the question?

### Forge of Empires - Customer Support 2017-01-17 12:30:21

You need to report people in game, doing here we cannot do anything. I am closing this ticket and all other tickets that you have opened for reporting. Please see my last message on how to properly report someone in chat.

Respectfully,

Chippdogg
Ingame Moderator
U.S. Forge of Empires

This ticket has been closed and can no longer be replied to.

## Attachments

Exhibit 10 – Forge of Empires Support Tickets: TwoCents Submitted by Plaintiff Penny Quinteros
Case: 19-CV-1402 RSM - 81

# This ticket currently has no attachments.

# View ticket

# Breach of Game Rules Section 3: Profanity, promoting the use

**You 2017-01-17 06:37:01**

I want to clarify why I reported this player. He used the term "socks" instead of "sucks" as I belief an innuendo of profanity. He also promoted the use of alcohol by referring to "beer".

**Forge of Empires - Customer Support 2017-01-17 09:42:16**

Hello TwoCents,

Thank you for bringing this matter to our attention. We appreciate all players that help the Forge team to keep our game running without rule breakers. TwoCents, I will investigate and take the appropriate action(s) if I find rule breaking.

Respectfully,

Chippdogg
Ingame Moderator
U.S. Forge of Empires

**You 2017-01-17 12:06:51**

And do you find the term "sucks" to be offensive? In addition, clearly the player in question is promoting the use of alcohol. A clear no-no.

**Forge of Empires - Customer Support 2017-01-17 12:21:46**

Thank you for bringing this matter to our attention, we appreciate all players that help the Forge team to keep our game running without rule breakers. I will investigate and take the appropriate action(s) if I find rule breaking.

If this conversation is taking place in chat, please take two steps-
1. Press your right button on your mouse and 'Report' the player. This takes a screenshot of the

Exhibit 10 – Forge of Empires Support Tickets: TwoCents Submitted by Plaintiff Penny Quinteros
Case: 19-CV-1402 RSM - 82

conversation and reports it directly to a group of moderators who handle these promptly.
2. Right click and press'ignore'. This will take him from your chat screen.

If this conversation is taking place via the messaging system, due to our Privacy Rules we can not look in your Messages.
1. Please left click on the player's name. This will bring up a menu that has 'Report'. Press the 'Report' button. It brings up a window for your report. This will capture the message and send it directly to the moderators.

No matter which, please do not engage this person in the future. Ignore all messages, ignore in chat. Be sure to report.

Respectfully,

Chippdogg
Ingame Moderator
U.S. Forge of Empires

**You 2017-01-17 12:30:23**

Ok, but I want to know why people can freely promote the use of alcohol. (Inno put in a TAVERN for crying-out-loud), but it's considered "fair play." It's a clear violation of your game rules and it happens all the time.

---

This ticket has been closed and can no longer be replied to.

## Attachments

This ticket currently has no attachments.

# View ticket

# Violation of game rule section three, second bullet

**You 2017-01-17 07:11:18**

The players and another by the name of Toorace (I'm not sure I spelled that properly) were posting comments advertising "Settlers of Catan, and Oregon Trail" which are competitor's games.

### Forge of Empires - Customer Support 2017-01-17 08:29:58

Hello TwoCents,

Thank you for bringing this matter to our attention. We appreciate all players that help the Forge team to keep our game running without rule breakers. TwoCents, I will investigate and take the appropriate action(s) if I find rule breaking.

Respectfully,

Salior
Senior Ingame Moderator
U.S. Forge of Empires

### You 2017-01-17 12:02:58

And do you think advertising for other games is rule breaking?

### Forge of Empires - Customer Support 2017-01-17 12:46:11

Please do not create more than one ticket per issue. As this is a duplicate, we are closing this ticket. If you wish to pose additional information, please post in the pre-existing ticket. Thank you for your cooperation and enjoy the game.

Respectfully,

Salior
Senior Ingame Moderator
U.S. Forge of Empires

---

This ticket has been closed and can no longer be replied to.

## Attachments

This ticket currently has no attachments.

Exhibit 10 – Forge of Empires Support Tickets: TwoCents Submitted by Plaintiff Penny Quinteros
Case: 19-CV-1402 RSM - 84

# View ticket

# Violation of game rule section 3: Racism

**You 2017-01-17 06:58:56**

I want to clarify why I reported this player. This player violated section 3 of the game rules when he used the racist term "Redskins"

**Forge of Empires - Customer Support 2017-01-17 07:47:29**

Hello TwoCents,

Thank you for bringing this matter to our attention. We appreciate all players that help the Forge team to keep our game running without rule breakers. TwoCents, I will investigate and take the appropriate action(s) if I find rule breaking.

Respectfully,

Salior
Senior Ingame Moderator
U.S. Forge of Empires

**You 2017-01-17 07:48:40**

And is the term "redskins" racist?

**You 2017-01-17 07:52:20**

again, I haven't received a response.

**You 2017-01-17 12:02:26**

I still haven't received a response.

**You 2017-01-17 12:41:13**

Exhibit 10 – Forge of Empires Support Tickets: TwoCents Submitted by Plaintiff Penny Quinteros
Case: 19-CV-1402 RSM - 85

Is there a reason you're (moderators in general) are closing my tickets without having responded to them?

**Forge of Empires - Customer Support 2017-01-17 12:45:42**

A single word does not always mean it is offensive. Your tickets are being closed and answered as your questions have been answered. We are unable to give you details on investigations and as such after reporting the issue replies are often not needed.

Respectfully,

Salior
Senior Ingame Moderator
U.S. Forge of Empires

**You 2017-01-17 12:49:48**

You haven't answered my question. A single word can be offensive to me. Why isn't it offensive to you?

___

This ticket has been closed and can no longer be replied to.

**Attachments**

# This ticket currently has no attachments.

# View ticket

# Tickets being closed without answers

**You 2017-01-17 12:42:47**

Why are you closing my tickets without answering them?

**Forge of Empires - Customer Support 2017-01-17 13:00:04**

Hello TwoCents,

To report a player you need to use the report player tool in game. Support cannot do anything about it

when you write in a ticket of said person. Closing this ticket

Respectfully,

Chippdogg
Ingame Moderator
U.S. Forge of Empires

---

This ticket has been closed and can no longer be replied to.

**Attachments**

# This ticket currently has no attachments.

# View ticket

# How do I Report a Game Moderator for Intentionally Failing t

**You 2017-01-17 03:58:01**

How do I Report a Game Moderator for Intentionally Failing to Respond to Tickets?

**Forge of Empires - Customer Support 2017-01-17 09:04:55**

Hello TwoCents,

Tickets are responded to in the order in which they are received.  The US servers have over a million players at this time, and the in-game moderators respond to tickets as quickly as possible, but that response time is not always going to be instantaneous or even within a few hours.

We strive to provide good customer service and keep our wait times low, but due to the volume of tickets we receive, replies can at times take a while.

Respectfully,

Maestro

Senior Ingame Moderator
U.S. Forge of Empires

**You 2017-01-17 11:56:32**

I disagree. You intentionally failed to respond to these tickets.

**Forge of Empires - Customer Support 2017-01-17 13:23:04**

You have received replies within a timely manner (if not faster than most) our average wait time for response is much higher than we have returned replies to you for all the tickets you have been flooding the system with.

Respectfully,

Maestro
Senior Ingame Moderator
U.S. Forge of Empires

---

This ticket has been closed and can no longer be replied to.

**Attachments**

# This ticket currently has no attachments.

# View ticket

# Violation of game rule section 3: Profanity

**You 2017-01-17 13:03:00**

I'm trying to report Dux Belli for violating the game rules. He/She has used the term "chit" to get around the profanity filter. Everytime I click to do a report in game- it says I have an error and reloads.

**Forge of Empires - Customer Support 2017-01-17 13:06:37**

Hello TwoCents,

Thank you for bringing this matter to our attention, we appreciate all players that help the Forge team to keep our game running without rule breakers. I will investigate and take the appropriate action(s) if I find rule breaking.

If this conversation is taking place in chat, please take two steps-
1. Press your right button on your mouse and 'Report' the player. This takes a screenshot of the conversation and reports it directly to a group of moderators who handle these promptly.
2. Right click and press 'ignore'. This will take him from your chat screen.

If this conversation is taking place via the messaging system, due to our Privacy Rules we can not look in your Messages.
1. Please left click on the player's name. This will bring up a menu that has 'Report'. Press the 'Report' button. It brings up a window for your report. This will capture the message and send it directly to the moderators.

No matter which, please do not engage this person in the future. Ignore all messages, ignore in chat. Be sure to report.

Respectfully,

Chippdogg
Ingame Moderator
U.S. Forge of Empires

### You 2017-01-17 13:10:28

Ok, but you just told me you can't do anything when reports come in in this manner. So are you lying now or were you lying then?

### Forge of Empires - Customer Support 2017-01-17 13:27:36

Please do not create more than one ticket per issue. As this is a duplicate, we are closing this ticket. If you wish to pose additional information, please post in the pre-existing ticket. Thank you for your cooperation and enjoy the game.

Respectfully,

Chippdogg
Ingame Moderator
U.S. Forge of Empires

---

Exhibit 10 – Forge of Empires Support Tickets: TwoCents Submitted by Plaintiff Penny Quinteros
Case: 19-CV-1402 RSM - 89

This ticket has been closed and can no longer be replied to.

**Attachments**

# This ticket currently has no attachments.

# View ticket

# Compensation request for biased moderators

**You 2017-01-17 13:20:54**

I'm still banned in J word where I have done nothing wrong. This has caused me to be up all night appealing the ban. In addition I missed the opportunity to do GE for the week, and several hundred forge points I could have made. I am requesting 1,000 forge points as compensation for the harassment I have suffered because your moderators are unfair and biased. They ban me for what they deem to be the slightest and vaguest interpretation of the game rules, and let others in clear violation of the gaming policy have no punishment at all.

**Forge of Empires - Customer Support 2017-01-17 13:29:08**

Hello TwoCents,

It was your responsibility to read and understand the rules of the game. You failed to follow the rules and you were subsequently banned for a infraction. This is our policy and it is in place to ensure fair disposition to all players.

Respectfully,

Maestro
Senior Ingame Moderator
U.S. Forge of Empires

---

This ticket has been closed and can no longer be replied to.

**Attachments**

# This ticket currently has no attachments.

# View ticket

# TwoCents Ban Appeal

**You 2017-01-17 12:21:17**

I would like to appeal my bans of 1/12/17 and 1/17/17. I did nothing wrong in these two instances. Speaking poetry in global is not spamming. You continue to quote the rule book to me. Have you read it? At no time did I violate those rules, and yet I continually receive punishment. You have caused me to have to call off of work today. You also have caused me to miss out on a weeks worth of GE as well as several hundreds forge points. I insist on compensation for your egregious behavior. You are denying me service for doing nothing wrong.

**Forge of Empires - Customer Support 2017-01-17 13:34:18**

Hello TwoCents,

Can I remind you first that this is a game...you should never allow a game to impact your real life.

To ensure a high standard of quality and fair disposition of gameplay, rules are enforced, violators punished or removed altogether. A ban is imposed either temporarily or permanently, usually as punishment or pending deletion, due to evidence of published rules being violated *(in very rare cases, bans may be imposed to protect the account, or for other reasons)*.

 Be assured that bans are always legitimate and are neither arbitrary nor accidental. Thank you for your concerns.

We were gracious and reduced your ban from 42 hours (which is what it was supposed to be to a 12 hour ban).   The fact that you consumed most of those 12 hours fighting about a game ban is your choice.   No compensation will be given at any time to a player who misses time in the game a a result of violation of rules.

Respectfully,

Maestro
Senior Ingame Moderator
U.S. Forge of Empires

This ticket has been closed and can no longer be replied to.

**Attachments**

# This ticket currently has no attachments.

# View ticket

# You keep closing my tickets without giving me the chance to

**You 2017-01-17 13:53:32**

You stated:
Hello TwoCents,

Can I remind you first that this is a game...you should never allow a game to impact your real life.

To ensure a high standard of quality and fair disposition of gameplay, rules are enforced, violators punished or removed altogether. A ban is imposed either temporarily or permanently, usually as punishment or pending deletion, due to evidence of published rules being violated (in very rare cases, bans may be imposed to protect the account, or for other reasons).

Be assured that bans are always legitimate and are neither arbitrary nor accidental. Thank you for your concerns.

We were gracious and reduced your ban from 42 hours (which is what it was supposed to be to a 12 hour ban). The fact that you consumed most of those 12 hours fighting about a game ban is your choice. No compensation will be given at any time to a player who misses time in the game a a result of violation of rules.

Respectfully,

Maestro
Senior Ingame Moderator
U.S. Forge of Empires

Then you closed my recent request for compensation.

May I remind you're being terribly offensive by saying "Can I remind you first that this is a game...you should never allow a game to impact your real life." Of course it's a game, which is why I'm bringing so much passion and dedication to it. I don't allow people to walk on me in real life, so I should allow them to do so in a game where the stakes are less? That makes no sense.

This isn't about being angry. This is about fighting for justice.

Second, you weren't being "gracious" by imposing a 12 hour ban on me. You were being used as a tool to harass me. That's not being gracious. Why don't you hand out bans to the people that actually are causing this trouble. You have the means to do so. They have purposefully stated their intention is to encourage me to break the game rules so as to get me banned. They are intentionally and repeatedly violating the game rules. Have you done anything to them? Why do you think these reports continue to be made when they could just ignore me instead? How's this for a solution... Advise them to ignore me. If they keep belittling me and calling me names, ban them. Maybe then this "tension" as you've referred to it in the past will stop.

As such, I didn't actually violate any game rules. If people didn't like the topic of my conversation, they could ignore me. It wasn't spam. That was never my intention. And because you banned me unnecessarily and in violation of your own game rules, I'm requesting compensation.

---

This ticket has been closed and can no longer be replied to.

**Attachments**

# This ticket currently has no attachments.

# View ticket

# Breach of Game Rules Section 4

**You 2017-01-17 07:18:10**

I would like to report this player for not speaking English.

Exhibit 10 – Forge of Empires Support Tickets: TwoCents Submitted by Plaintiff Penny Quinteros
Case: 19-CV-1402 RSM - 93

**Forge of Empires - Customer Support 2017-01-17 08:36:58**

Hello TwoCents,

Thank you for bringing this matter to our attention. We appreciate all players that help the Forge team to keep our game running without rule breakers. TwoCents, I will investigate and take the appropriate action(s) if I find rule breaking.

Respectfully,

Salior
Senior Ingame Moderator
U.S. Forge of Empires

**You 2017-01-17 12:03:50**

We appreciate all players that help the Forge team to keep our game running without rule breakers. - This obviously does not include moderators.

**You 2017-01-17 12:48:27**

I have no faith you are trying to keep the game fair or enforce the rules fairly. Please explain to me the process of you determine if something is "offensive" or not.

**Forge of Empires - Customer Support 2017-01-17 13:26:30**

Unfortunately as I have said in previous messages we are unable to disclose what is involved in our investigation process.

Respectfully,

Salior
Senior Ingame Moderator
U.S. Forge of Empires

**You 2017-01-17 13:54:01**

Why? I see no reason why you can't discuss that with me.

This ticket has been closed and can no longer be replied to.

Exhibit 10 – Forge of Empires Support Tickets: TwoCents Submitted by Plaintiff Penny Quinteros
Case: 19-CV-1402 RSM - 94

**Attachments**

# This ticket currently has no attachments.

# View ticket

# How do I file a mobile appeal?

**You 2017-01-17 12:47:47**

I cannot seem to find a way to file a mobile appeal. Could you please explain the process? Every time I try to do so, it takes me back to the App pages of my phone.

**Forge of Empires - Customer Support 2017-01-17 13:37:50**

Hello TwoCents,

Thank you for contacting the Forge of Empires Support Team.

https://forum.en.forgeofempires.com/index.php?threads/guide-how-to-contact-support.31480/

Respectfully,

Maestro
Senior Ingame Moderator
U.S. Forge of Empires

**You 2017-01-17 13:54:48**

So what you're saying is, I can't do it from the mobile app. I have to put it in the browser?

---

This ticket has been closed and can no longer be replied to.

**Attachments**

# This ticket currently has no attachments.

# View ticket

# Violation of game rule section 3: Racism

**You 2017-01-17 06:31:00**

I hit the "report" button on this player in global chat, but I would like to clarify. I am reporting this player for racist comments. He/she used the term "damn russians".

**Forge of Empires - Customer Support 2017-01-17 07:03:23**

Hello TwoCents,

Thank you for bringing this matter to our attention, we appreciate all players that help the Forge team to keep our game running without rule breakers. I will investigate and take the appropriate action(s) if I find rule breaking.

If this conversation is taking place in chat, please take two steps-
1. Press your right button on your mouse and 'Report' the player. This takes a screenshot of the conversation and reports it directly to a group of moderators who handle these promptly.
2. Right click and press 'ignore'. This will take him from your chat screen.

If this conversation is taking place via the messaging system, due to our Privacy Rules we can not look in your Messages.
1. Please left click on the player's name. This will bring up a menu that has 'Report'. Press the 'Report' button. It brings up a window for your report. This will capture the message and send it directly to the moderators.

No matter which, please do not engage this person in the future. Ignore all messages, ignore in chat. Be sure to press report, no need to send a message here too.

Respectfully,

Salior
Senior Ingame Moderator
U.S. Forge of Empires

**You 2017-01-17 07:06:30**

So do you find this behavior to be racist?

**Forge of Empires - Customer Support 2017-01-17 07:15:47**

I am unable to disclose any findings of my investigation. Enjoy the game

Respectfully,

Salior
Senior Ingame Moderator
U.S. Forge of Empires

**You 2017-01-17 07:18:47**

I just meant in general, do you find the term... damn Russians to be racist?

**Forge of Empires - Customer Support 2017-01-17 07:26:58**

I will not be able to answer that question.

Respectfully,

Salior
Senior Ingame Moderator
U.S. Forge of Empires

**You 2017-01-17 07:31:50**

why not? It's your responsibility to clarify the game rules. Since the decision is in your hands, I'd like to know if you find the term "damn russians" to be racist.

**You 2017-01-17 07:39:56**

This message says it's been answered, but I cannot see an answer.

**You 2017-01-17 07:41:35**

I'm still not seeing an answer, but it happened again.

**You 2017-01-17 07:53:09**

Still not answered.

**Forge of Empires - Customer Support 2017-01-17 09:35:09**

The game rules are the same for each and every player, if you think a word of phrase in question you can report it to us and we will investigate. No details of this investigation will be shared with you.

Respectfully,

Salior
Senior Ingame Moderator
U.S. Forge of Empires

**You 2017-01-17 12:05:24**

I'm not asking you to share details of the investigation. I'm asking for your opinion on what you consider offensive. I want to balance that with what the other moderators feel is "offensive" because there is a clear distinction.

**Forge of Empires - Customer Support 2017-01-17 12:32:00**

Each report of a breach of rules is investigated fully before any action is taken if needed.

Respectfully,

Salior
Senior Ingame Moderator
U.S. Forge of Empires

**You 2017-01-17 12:41:40**

"full investigated" exactly what is involved in that process?

**Forge of Empires - Customer Support 2017-01-17 12:43:50**

I am not able to disclose what is involved in our investigation process.

Respectfully,

Salior
Senior Ingame Moderator
U.S. Forge of Empires

**You 2017-01-17 12:49:09**

really? why not? secrecy is the enemy of freedom. You stated you want a "fair" game, but won't disclose how we are investigated?

**Forge of Empires - Customer Support 2017-01-17 13:46:35**

Our policy are for internal use only to help catch players breaking the rules. If you are in any doubt if whatever you are doing or saying is against the rules then it is best to avoid that action or phrase/word.

Respectfully,

Salior
Senior Ingame Moderator
U.S. Forge of Empires

**You 2017-01-17 13:55:50**

Well I can't exactly avoid breathing, and that seems to be what everyone finds offensive, so I would like clarification on a few points. Could you please tell me exactly how many lines of poetry I can post into global chat before it is considered offensive?

This ticket has been closed and can no longer be replied to.

**Attachments**

# This ticket currently has no attachments.

# View ticket

# Conflicting Answers

**You 2017-01-17 13:09:46**

You closed my "tickets being closed without answers" ticket saying that you couldn't do anything when a report was filed via the support center, but on numerous other occasions you told me:
"Thank you for bringing this matter to our attention, we appreciate all players that help the Forge team to keep our game running without rule breakers. I will investigate and take the appropriate action(s) if I find rule breaking."

So what is correct? You can't do anything? Or you are investigating?

**Forge of Empires - Customer Support 2017-01-17 13:36:26**

Hello TwoCents,

Can you give us specific information about which ticket you are referring to?   You have filed so many tickets today that I am unsure which moderator handled the specific ticket you are asking about?

Respectfully,

Maestro
Senior Ingame Moderator
U.S. Forge of Empires

**You 2017-01-17 13:57:01**

I'm sorry if you're unable to keep up. This is the ticket I'm referring to:
Tickets being closed without answers Walstrand 2017-01-17 13:00

**You 2017-01-17 13:59:10**

The other one is here:
Breach of Game Rules Section 3: promoting the use of alcohol Cirgard 2017-01-17 12:30 Closed
Moderator is ChippDog (sorry if that is misspelled.)

---

This ticket has been closed and can no longer be replied to.

**Attachments**

# This ticket currently has no attachments.

# View ticket

# Violation of game rule section 3: Profanity

**You 2017-01-17 07:31:07**

I am reporting this player for profanity because they used the term jusy which could be a euphemism for vagina.

**Forge of Empires - Customer Support 2017-01-17 09:17:56**

Hello TwoCents,

Thank you for bringing this matter to our attention. We appreciate all players that help the Forge team to keep our game running without rule breakers. TwoCents, I will investigate and take the appropriate action(s) if I find rule breaking.

Respectfully,

Salior
Senior Ingame Moderator
U.S. Forge of Empires

**You 2017-01-17 12:04:28**

IF. Under what circumstances would you NOT find rule breaking?

**Forge of Empires - Customer Support 2017-01-17 12:48:50**

If the game rules were not broken then I would find no rule breaking

Respectfully,

Salior
Senior Ingame Moderator
U.S. Forge of Empires

**You 2017-01-17 12:50:40**

but these ARE violations of the game rules. The game rules are pretty specific. When is it that you give people "passes" and when is it you grind their nose into the dirt?

**Forge of Empires - Customer Support 2017-01-17 14:00:13**

The game rules are the same for each and every player

Respectfully,

Salior

Senior Ingame Moderator
U.S. Forge of Empires

**You 2017-01-17 14:04:40**

sorry, but no they aren't. clearly I have been targeted for repercussions.

---

This ticket has been closed and can no longer be replied to.

**Attachments**

# This ticket currently has no attachments.

# View ticket

# Question regarding ticket

**You 2017-01-17 14:08:34**

You stated:
Hello TwoCents,

It was your responsibility to read and understand the rules of the game. You failed to follow the rules and you were subsequently banned for a infraction. This is our policy and it is in place to ensure fair disposition to all players.

Respectfully,

Maestro
Senior Ingame Moderator
U.S. Forge of Empires

I have read and understand the game rules. I didn't violate the game rules. I am, however, unable to see into your mind to see what arbitrary bs you're gonna pull out of there. Which is why I believe that you were at fault for this problem.

You stated in a different ticket: Bans are always legitimate - uhh... why even have an appeal process at all then?

**You 2017-01-17 14:11:56**

You also stated: To ensure a high standard of quality and fair disposition of gameplay - how exactly do you think it is fair to ban me for reading poetry, when you don't ban people for sending around pictures of my breasts? Or harassing me for months, or calling me bad names EVERY DAY!

---

This ticket has been closed and can no longer be replied to.

**Attachments**

# This ticket currently has no attachments.

# View ticket

# How do I Report a Game Moderator for Intentionally Failing t

**You 2017-01-17 14:21:45**

You stated:
You have received replies within a timely manner (if not faster than most) our average wait time for response is much higher than we have returned replies to you for all the tickets you have been flooding the system with.

Respectfully,

Maestro
Senior Ingame Moderator
U.S. Forge of Empires

"Flooding the system with" Implies I have done something wrong. I haven't. I have been filing legitimate complaints in an effort to highlight the hypocrisy of your answers and to stringently defend myself from false accusations and bias. Your moderators on the other hand fail to respond to the questions I ask and suddenly and spontaneously close tickets for no reason.

---

Exhibit 10 – Forge of Empires Support Tickets: TwoCents Submitted by Plaintiff Penny Quinteros
Case: 19-CV-1402 RSM - 103

This ticket has been closed and can no longer be replied to.

**Attachments**

This ticket currently has no attachments.

# View ticket

# Appeal TwoCents

**You 2017-01-17 02:29:47**

Excuse me, could you please tell me why I was banned?

**You 2017-01-17 02:32:05**

Hello! could you please tell me why I was banned!?

**You 2017-01-17 02:37:23**

HELLO! apparently you are on?! You just had cause to BAN me! I want to know WHY?!

**Forge of Empires - Customer Support 2017-01-17 02:57:32**

Hello TwoCents,

Thank you for contacting the Forge of Empires Support Team.


When you receive a report about being punished it means one or more messages were reported as being in violation of the Communications Rules. Usually this is because you have sent profanity, personal insults or otherwise offensive content through either the message or chat system.


Please review the GAME RULES to ensure you do not violate them again. Your ban is not subject to appeal and will remain in effect until the ban expires.

Respectfully,

Maestro
Senior Ingame Moderator
U.S. Forge of Empires

Exhibit 10 – Forge of Empires Support Tickets: TwoCents Submitted by Plaintiff Penny Quinteros
Case: 19-CV-1402 RSM - 104

**You 2017-01-17 03:01:38**

Ok, that's absolutely RIDICULOUS!!!!! DID YOU EVEN READ WHAT I WROTE?! I didn't realize T.S. Elliot was PROFANE. Someone should tell my high-school English teacher.

**You 2017-01-17 03:03:13**

Actually, I did realize he was profane... I should fess up to that, but I specifically was reading a non-profane poem.

**You 2017-01-17 03:04:48**

I need to know the exact reason I was banned. The moment I was banned and the name of the person who banned me so I can document it for proof of your (moderators in general) bias.

**You 2017-01-17 03:06:21**

Seriously? Do you just jump on this stuff and read later!? You see the name TwoCents and that's that?

**Forge of Empires - Customer Support 2017-01-17 03:13:25**

3. Communication
InnoGames does not accept any publications that the Forge of Empires Team considers illegal, insulting, offensive, threatening, abusive, real-life-aggressive, sexually explicit, pornographic (including, but not limited to drawings and animations), profanity, politically extreme, religiously fanatic, endangering youth, racist, playing down the use of illegal drugs or alcohol, or promoting the use of said substances or in any way inappropriate. Posting links to such content is also not allowed.
Spamming other players with in-game mails or chat messages is abusive and will not be tolerated.
It is against the rules to impersonate any staff member or suggest acquaintances with them in order to force any kind of behavior.

- Examples:
- It is forbidden to use inappropriate names,
- It is forbidden to advertise competitors' games, post inappropriate content or links to such, post links to moneymaking sites or links to competitors' games.
- It is allowed to refer to a player as a noob or to criticize their way of playing using appropriate language.
- Threats are only allowed when they relate to the game and not real life. For example, saying that you will attack someone with your units if he does not give you Forge Points is allowed. However, it is not allowed to say that you will find someone and beat him up if he does not give you Forge Points.
- Using only capital letters, or spamming the same message repeatedly in the chat room is not permitted as it is poor chat etiquette.

- We ask players to not use account names that include whole e-mail addresses, full names or telephone numbers, for player safety and safety of personal data.
- Encouraging other players to break rules is forbidden.

Please re-read the rules....again to ensure you understand the guidelines....points are cumulative...each time we have a situation were you are awarded points it lengthens the amount of time you will be banned...while it is rare severe violations of the rules can result in permanent bans.

The moderator who banned you is me, Maestro, and it is my responsibility to enforce the rules of the game.   No personal bias, I deal with hundreds of players each day and know none of them...or moderators are not allowed to play the game on servers where they moderator to maintain impartiality.   We simply enforce the rules and investigate situations as they are reported to us by other players.

I will reduce you ban to 12 hours....please take care to abide by the rules in the future.   Thank you!

Respectfully,

Maestro
Senior Ingame Moderator
U.S. Forge of Empires

**You 2017-01-17 03:14:54**

Ok, but what I did is NOT spam. I specifically waited to see if anyone else wanted to use the chat window. No one was using it, so I was discussing Poetry with my friend NeverALegend and was trying to get an intellectual discussion going. That dude Edward 2 ASKED for the Heidegger!!!!!!

**You 2017-01-17 03:16:15**

I mean... the fact that it worked and an intellectual discussion was started should tell you it wasn't Spam. I typed everything there individually, it wasn't repetative or advertising. I didn't copy and paste anything. Is it my fault I type fast?

**You 2017-01-17 03:16:58**

You asked me to engage in a higher-level of conversation!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!

**You 2017-01-17 03:18:04**

ALSO I paused several times to see if anyone else wanted to discuss anything. I wasn't "shouting down" any players. It is just NOT SPAM!

Exhibit 10 – Forge of Empires Support Tickets: TwoCents Submitted by Plaintiff Penny Quinteros
Case: 19-CV-1402 RSM - 106

**You 2017-01-17 03:20:15**

ABSOLUTELY NOT. I refuse to accept the reduction of the "ban" I didn't do anything wrong and I shouldn't be punished for doing nothing.

**You 2017-01-17 03:22:55**

Just because you state it isn't bias, doesn't mean it's not. Are you aware of the conspiracy of players trying to get me banned from this world? I was told that is their stated goal.... Get me permanently banned. Yesterday (or maybe the day before) people were discussing how they enjoyed rough se*... and exactly how deep they liked the "stroke" and they weren't banned, but because I was reading poetry to my friend in a dead global chat you're gonna ban me? it's the height of hypocrisy.

**Forge of Empires - Customer Support 2017-01-17 03:25:38**

Spamming can occur in chat where a player dominates a conversation and does not allow others to interact.   It also can occur when a player mass sends out e-mail to a group of players who did not invite the e-mail and continues to flood the players with unwarranted e-mails or information.

The current dictionary definition is -

spam
spam/verb
gerund or present participle: spamming

1.  send the same message indiscriminately to (large numbers of recipients) on the Internet.

Respectfully,

Maestro
Senior Ingame Moderator
U.S. Forge of Empires

**You 2017-01-17 03:26:20**

ok, each message was different. There wasn't ONE message that was the same.

**You 2017-01-17 03:27:28**

and I didn't do it to be crass or "flood" chat. Chat was dead anyway. I did it because my friend Never ASKED me what I was doing. I told him I was reading poetry! Edward 2 ASKED me to read the Heidegger. I actually CONVERSED with players about the theory of the essence of technology versus technology itself.

**You 2017-01-17 03:28:28**

I paused several times to see if anyone else wanted to use the chat window and no one did. I asked... does anyone want to discuss anything more interesting?!

**You 2017-01-17 03:29:08**

So is yours the name you want me to put in the FCC complaint?

**You 2017-01-17 03:34:33**

Explain how what I did... is "sending the same message indiscriminately"

**You 2017-01-17 03:36:15**

STOP CLOSING MY TICKETS! These are legitimate complaints with requests for action on different things. You violated the game rules. YOU ARE giving me "cumulative" bans when I did nothing WRONG! Take them OFF!

**Forge of Empires - Customer Support 2017-01-17 03:40:42**

As has been previously addressed, you were banned for a violation of our game rules.

We are discussing your actions only, not those of any other player.   If you actions were not in violation of our game rules, then we would not have had this discussion tonight.

We have been very gracious and tried to help you understand the rules so that in the future, you can have a great gaming experience.

Please review again the game rules, and specifically section 3 which I copied and pasted for you in this ticket.

Respectfully,

Maestro
Senior Ingame Moderator
U.S. Forge of Empires

**You 2017-01-17 03:43:46**

My actions weren't in violation of the game rules. I was bored because no one was talking in chat. I wanted to bring some philosophical discussion to the table. It wasn't intended to be Spam because it wasn't spam. Furthermore, I have the right to,
"Bans can be appealed via the Support System."
"If you believe someone is breaking the rules, you can contact the Support Team."

You are breaking your rules and I have the right to contact "support" about it.
In addition you aren't allowing me to appeal my ban(s) because you have already decided the issue in advance.

**You 2017-01-17 03:46:40**

"If you actions were not in violation of our game rules, then we would not have had this discussion tonight."

This is circular reasoning. My actions WEREN'T in violation of the game rules, but you banned me anyway, I suspect because you didn't read what I wrote or what the other players wrote.

"We have been very gracious and tried to help you understand the rules so that in the future, you can have a great gaming experience." You've got to be kidding me. You've allowed yourself to be used as an instrument of oppression against me. Here is a pointer, just because people are reporting me doesn't mean that I actually did anything wrong!!!

**You 2017-01-17 03:50:40**

seriously, I did nothing wrong. It wasn't spam. I KNEW it wasn't spam. I KNOW it wasn't spam. Nothing you say can convince me it WAS spam because it WASN'T.

**You 2017-01-17 03:52:01**

Obviously you're intentionally NOT responding to this message. It's part of your rules that I can appeal my ban and report misconduct.

**You 2017-01-17 03:53:56**

PLEASE. WHY ARE YOU DOING THIS TO ME!!!

I did nothing wrong. I did NOTHING wrong!

**You 2017-01-17 03:57:10**

We realize that in your job as a moderator, at times tensions can run high...however please keep in mind your position and respond professionally to me.

**You 2017-01-17 04:08:00**

Listen, let me ask you a "fair" question. I play in 7 other worlds in addition to Jaims. Why do you think I don't have issues in those other worlds? Because my personality suddenly changed? It's because I don't have a group of players intentionally trying to get me banned in those other worlds.

Even if you don't play in this world, you obviously knwo what is going on.

These players have 1.) manipulated me into sending them a picture of my breasts to "prove" I was female. Then they took said picture and transmitted it across Inno servers without my permission (a violation of Inno Terms and conditions). You all did NOTHING to them. THEN they went on a campaign of harassment, belittling me, making up lies about me, calling me terrible names. All the while I had them on IGNORE. I still have them on Ignore!! Then they gang up with other players to spread lies about me and go on a "report craze". Meanwhile the Inno moderators do NOTHING. Absolutely NOTHING to punish them. And I'm getting banned because I wanted to discuss poetry!? like honestly and legitimately discuss it!?

It's NOT FAIR, and it shows that whether you consider yourself as "biased" or not. You are. You are banning me for nothing.

**You 2017-01-17 04:29:09**

Since I apparently can't discuss "The Question Concerning Technology" in game chat. Would you like to discuss it here? I think it has certain relevance to Forge of Empires and computer based gaming in general. Like no joke. It applies to this situation. Heidegger says: Everything depends on our manipulating technology in the proper manner as a means... We will master it The will to mastery becomes all the more urgent the more technology threatens to slip from human control."

Don't you think that applies here? Technology is mastering us, not us it. You are misguided about my actions and even your own. You are banning me because you think the intentions behind my actions were to "dominate" chat, when in reality nothing could have been further from the truth. The technology has failed to transmit my legitimate concern for this issue. It's not just "spam". I wasn't reading something randomly. I was reading something close to my heart that I thought actually applies to the gaming community.

I said as much to that guy, and I guess I realize now that he was baiting me into "breaking the rules," because I thought I was legitimately reading something that people might have an interest in....

**You 2017-01-17 04:42:30**

I'm going to have to sit here all night sending you messages, and I'm going to have to call off of work tomorrow, because I'm not giving up on this issue. I didn't do anything wrong. I'm allowed to discuss anything I want in global chat. I didn't repeat messages, I didn't capitalize everything. I didn't press the same letter over and over. I didn't advertise anything. I didn't do any spam.

**Forge of Empires - Customer Support 2017-01-17 09:09:24**

Exhibit 10 – Forge of Empires Support Tickets: TwoCents Submitted by Plaintiff Penny Quinteros
Case: 19-CV-1402 RSM - 110

3. CommunicationInnoGames does not accept any publications that the Forge of Empires Team considers illegal, insulting, offensive, threatening, abusive, real-life-aggressive, sexually explicit, pornographic (including, but not limited to drawings and animations), profanity, politically extreme, religiously fanatic, endangering youth, racist, playing down the use of illegal drugs or alcohol, or promoting the use of said substances or in any way inappropriate. Posting links to such content is also not allowed.Spamming other players with in-game mails or chat messages is abusive and will not be tolerated.

It is against the rules to impersonate any staff member or suggest acquaintances with them in order to force any kind of behavior.

- Examples:
- It is forbidden to use inappropriate names,
- It is forbidden to advertise competitors' games, post inappropriate content or links to such, post links to moneymaking sites or links to competitors' games.
- It is allowed to refer to a player as a noob or to criticize their way of playing using appropriate language.
- Threats are only allowed when they relate to the game and not real life. For example, saying that you will attack someone with your units if he does not give you Forge Points is allowed. However, it is not allowed to say that you will find someone and beat him up if he does not give you Forge Points.
- Using only capital letters, or spamming the same message repeatedly in the chat room is not permitted as it is poor chat etiquette.
- We ask players to not use account names that include whole e-mail addresses, full names or telephone numbers, for player safety and safety of personal data.
- Encouraging other players to break rules is forbidden.

Please re-read the rules....again to ensure you understand the guidelines.  Thank you!

Respectfully,

Maestro
Senior Ingame Moderator
U.S. Forge of Empires

**You 2017-01-17 11:55:47**

Yes. I have read those rules. I didn't violate any of them. You told me I was spamming. I stated I wasn't spamming. I detailed out to you how my actions specifically WEREN'T spam. Could you please respond to that? In what way did you find my actions TO BE spam? It wasn't repetitive, it wasn't intended to "flood" global, etc.

**Forge of Empires - Customer Support 2017-01-17 13:25:19**

Spamming can occur in chat where a player dominates a conversation and does not allow others to interact.   It also can occur when a player mass sends out e-mail to a group of players who did not invite the e-mail and continues to flood the players with unwarranted e-mails or information.

The current dictionary definition is -

spam
spam/verb
gerund or present participle: spamming

1. send the same message indiscriminately to (large numbers of recipients) on the Internet.

Respectfully,

Maestro
Senior Ingame Moderator
U.S. Forge of Empires

**You 2017-01-17 13:45:41**

Ok, but I didn't dominate a conversation and not allow others to interact. I paused several times asking if anyone wanted to interact. No one did. I specifically and purposefully was trying to be nice to any players that might have been on at that time. There wasn't ONE player who spoke during my conversation with NeverALegend, and my attempt to elevate global chat. I didn't send out mass emails to a group of players. I didn't flood players with unwarranted information.

**Forge of Empires - Customer Support 2017-01-17 15:22:33**

Your ban has ended, enjoy the game!

Respectfully,

Maestro
Senior Ingame Moderator
U.S. Forge of Empires

This ticket has been closed and can no longer be replied to.

**Attachments**

This ticket currently has no attachments.

# View ticket

# Report Moderator for Inappropriate Activity

**You 2017-01-17 05:14:01**

Could you please advise me how to report a moderator for inappropriate activities?

**Forge of Empires - Customer Support 2017-01-17 07:10:26**

Hello TwoCents,

Thank you for contacting Forge of Empires Support. We have received your message and I will pass it onto the community managers for further assistance.

Respectfully,

Salior
Senior Ingame Moderator
U.S. Forge of Empires

**You 2017-01-17 07:12:57**

Is there anyway to bypass the Community Manager? As I would like to report her for inappropriate activity as well.

**Forge of Empires - Customer Support 2017-01-17 10:59:11**

Hello TwoCents,

I would first like to ask that you refrain from spamming the support system with multiple tickets. Please keep your comments contained to one ticket so that we can better handle your issue.


Our Community Manager handles all matters as it relates to the US server. If you are already talking with her, then you have reached the highest level support for US server for FOE.

Enjoy the game.

Respectfully,

Seriak
Co-Community Manager
U.S. Forge of Empires

**You 2017-01-17 12:15:24**

Then I'd like to speak with someone in Germany. Sprichst du Deutsch?

**Forge of Empires - Customer Support 2017-01-17 14:28:53**

Hello TwoCents,

I am the Community Manager. I am responsible for all issues related to the game, players, and moderators.

We must ask you to cease spamming the Support Center with multiple tickets (over 30 in the past 24 hours). We have already told you that your ban appeal has been reviewed and will be required to serve the entire ban. It is over at 2017-01-17  15:16:05.

Respectfully,

Panacea
Community Manager
U.S. Forge of Empires

**You 2017-01-17 14:31:00**

They are legitimate tickets Panacea. In an effort to highlight the hypocrisy of your moderators giving me a ban for reading poetry in global and not banning other players who have ACTUALLY violated game rules.

I don't care if it's been reviewed. Review it again. I didn't do anything wrong and it's wrong of you to ask me to serve a ban just because people want to harass me. Even when the ban is over, I will continue to vigorously defend myself, because what you're doing is unjust and violates the spirit of free play you claim to enforce.

**You 2017-01-17 14:37:56**

Hello? I'm waiting for an answer. How long should I wait before I file a new ticket? How many tickets can I file in a day? I don't actually see this addressed in the game rules.

**You 2017-01-17 14:40:18**

I'm going to allow 1 hour for you to respond. I think that's fair and you should have an answer to all of my inquiries by then. If you don't respond within that time I will know that you are purposefully ignoring my inquiries and I will file a new ticket of complaint regarding your behavior. If that's not the appropriate action... you have plenty of time to respond and let me know.

**Forge of Empires - Customer Support 2017-01-17 14:47:03**

Exhibit 10 – Forge of Empires Support Tickets: TwoCents Submitted by Plaintiff Penny Quinteros
Case: 19-CV-1402 RSM - 114

Hello TwoCents,

We answer the tickets as quickly as we can.  You are welcome to question your ban on your ban appeal ticket. Opening 30 tickets is not the way to a fast solution nor benefits your cause as it slows us down from actually being able to review your case.

I have unbanned your account. The account is now unbanned and will be monitored for compliance. Abide by the rules and enjoy the game. CLICK HERE to review the Game Rules

Respectfully,

Panacea
Community Manager
U.S. Forge of Empires

**You 2017-01-17 14:48:13**

As far as I can see Panacea... I filed 40 tickets, 38 of which weren't answered satisfactorily. Look at that from my position. How do you feel when you are shuffled off and stonewalled?

**Forge of Empires - Customer Support 2017-01-17 14:50:45**

Hello TwoCents,

Each one of those took us away from being able to spend time reviewing your situation and looking at the messages/chats in question. Next time, stick with one ticket and you have my word we will deal with it as quickly as possible.

Respectfully,

Panacea
Community Manager
U.S. Forge of Empires

**You 2017-01-17 14:54:24**

"We answer the tickets as quickly as we can." That is a lie. Your moderators didn't want to respond because they thought I would "go away" at the end of my ban. That's not the case. I have legitimate concerns. I want to know that the players who have been baiting me and insulting me have also been punished. I've had these people on ignore for months!
The only actions I've taken have been 'in game' actions... aka targeting their guild and guild members for plunder etc. I have a right to defend myself from their vicious and malicious attacks. Apparently I have to defend myself since no one else will.
I'm not going to just "drop" this issue. When bad people do bad things it's the responsibility of all of us to make sure they don't get away with it. Do something about it!

**Forge of Empires - Customer Support 2017-01-17 15:02:18**

Hello TwoCents,

I can not and will not tell you the actions taken against another player. However, you are welcome to report actions that violate the game rules and we will investigate these.

You have the right to target the guild for plunder. That is within the game rules. You have the right to request tribute ("Pay me forge points or else.") You do not have the right to insult another player, use profanity within chat.

Enjoy the game.

Respectfully,

Panacea
Community Manager
U.S. Forge of Empires

**You 2017-01-17 15:15:36**

The thing is, I CAN'T report them, because I can't see them. You've requested I place them on ignore and I have done so. I've reported several of the incidents to you, and nothing has happened. You don't have to tell me what actions are taken against other players. Just assure me that you will look at both sides equally.

Assure me that if I'm reported, the moderators will look at the ENTIRE conversation and ban anyone violating game rules. Including people doing "baiting." Assure me that the moderators are actually aware of the situation and taking action to monitor it.

I have determined that instead of using profanity I will type three asterisks. That way you will know it wasn't filtered and it was actually my attempt to censor myself so I do not violate the game rules. Would that be sufficient? I won't insult anyone unless they insult me first. Asking me not to insult someone isn't really a feasible option. I have a personally held belief that i NEVER lie. Not ever, Not for the sake of civility. If I think someone is an idiot I say, "I think you are an idiot."

Last night, before I was banned, I determined I would speak on more theoretically minded matters in global chat. But that resulted in a ban for me! You can imagine my outrage when I was purposefully attempting to follow what you advised and was still banned for it! Could you please tell me how many lines of poetry or other text I can quote before you would consider it spamming? If I have a rule, I will know not to exceed it.

**You 2017-01-17 16:01:26**

Exhibit 10 – Forge of Empires Support Tickets: TwoCents Submitted by Plaintiff Penny Quinteros
Case: 19-CV-1402 RSM - 116

On a side note Panacea, do you think you could put in a "blood stained and torn" table cloth? Maybe send the suggestion up the line. Anything that isn't nose-in-the-air like these ones are? Allow us to show a little personality in the taverns?

**Forge of Empires - Customer Support 2017-01-17 19:34:18**

Hello TwoCents,

I understand you are upset about the alleged photo transmission. Had we known of this in sufficient time to see or correct this, we certainly would have acted. However, after five months (even after one month) too much time has elapsed for us to be able to research this.  You are correct that it places you at a disadvantage not to be able to see what other's may say. If you do not wish to keep the 'ignore' feature on, then don't. We will work to insure that we are applying the rules equally to all involved.

I would suggest using a character other than *** or **** to denote when you are substituting a profanity. Then there can be no question that the censor is substituting the character '*'.

Respectfully,

Panacea
Community Manager
U.S. Forge of Empires

---

This ticket has been closed and can no longer be replied to.

## Attachments

This ticket currently has no attachments.

# View ticket

# Missing Diamonds

**You 2017-01-18 23:32:02**

Excuse me,
I seem to be missing about 2,000 diamonds. Could you please help me track down where they went?
Thank You

Exhibit 10 – Forge of Empires Support Tickets: TwoCents Submitted by Plaintiff Penny Quinteros
Case: 19-CV-1402 RSM - 117

**You 2017-01-18 23:36:00**

I'm sure I opened up one of my rogue hideout's premium spots, but I'm not sure if that covers the discrepancy.

**Forge of Empires - Customer Support 2017-01-18 23:41:39**

Hello TwoCents,

Thank you for contacting the Forge of Empires Support Team.

We have received your ticket and I am forwarding to our diamond team for review....

Respectfully,

Maestro
Senior Ingame Moderator
U.S. Forge of Empires

**Forge of Empires - Customer Support 2017-01-19 10:05:45**

Hello TwoCents,

Your logs show that you have revived a large number of units recently.  You also instantly trained 19 units for 50 diamonds each.  Prior to this you unlocked 9 slots in various buildings.  This cost you 1650 Diamonds.

Respectfully,

Seriak
Co-Community Manager
U.S. Forge of Empires

This ticket has been closed and can no longer be replied to.

## Attachments

This ticket currently has no attachments.

# View ticket

# Push Account Notice-Jordoj2004 and SimplyAshley

**You 2017-01-20 04:49:43**

I know for a fact that Jordoj2004 and SimplyAshley are a married couple in the same household. It appears "she" may be an alt for him, or a push account, as she self-levels her buildings and gives him profit on many of the levels. I suspect she also provides goods to him and his guild as well. Regardless, they are in the same household sharing the same internet connection and shouldn't be allowed to donate to each other's great buildings.

**Forge of Empires - Customer Support 2017-01-20 13:08:23**

Hello TwoCents,

Thank you for bringing this matter to our attention. We appreciate all players that help the Forge team to keep our game running without rule breakers. TwoCents, I will investigate and take the appropriate action(s) if I find rule breaking.

Respectfully,

Salior
Senior Ingame Moderator
U.S. Forge of Empires

---

This ticket has been closed and can no longer be replied to.

## Attachments

This ticket currently has no attachments.

# View ticket

# Tavern Boost

**You 2017-01-24 00:29:30**

So I came in to add a tavern boost. I selected 50 gold to open a second one and clicked on what I thought it was, but it turns out the page refreshed itself and I selected the coin boost instead of

the attack boost (they are in the same upper right corner). Can I please drop the coin one and add the attack one?

**Forge of Empires - Customer Support 2017-01-24 00:58:53**

Hello TwoCents,

Thank you for contacting the Forge of Empires Support Team.

Unfortunately we have no way to change boosts once applied (you are the only person who can control that from within the game).

So sorry...Hope you enjoy the game!

Respectfully,

Maestro
Senior Ingame Moderator
U.S. Forge of Empires

**You 2017-01-24 01:06:20**

so no way to cancel it out?

**Forge of Empires - Customer Support 2017-01-24 01:09:32**

No...as a one time courtesy I have replaced the silver it cost to place this boost...hope this helps deal with the pain of having to watch those boosts until they run out.

Respectfully,

Maestro
Senior Ingame Moderator
U.S. Forge of Empires

**You 2017-01-24 01:15:53**

More about the troop losses as I go attack Spaceballs and kick them in their Space... well you get the idea.

**Forge of Empires - Customer Support 2017-01-24 01:20:05**

Yes I do, and I am so sorry...will suggest to the developers to give us a way to cancel the boost but as of now we can't do that...

Respectfully,

Maestro
Senior Ingame Moderator
U.S. Forge of Empires

---

This ticket has been closed and can no longer be replied to.

**Attachments**

**This ticket currently has no attachments.**

# View ticket

# what does it mean...

**You 2017-02-02 02:08:28**

What does it mean when it says, "you have been excluded from guild: JaimsMostWanted" specifically does that mean it was a player booting me? Or does that mean it was a moderator/leadership action?

**Forge of Empires - Customer Support 2017-02-02 02:45:41**

Hello TwoCents,

Thank-you for contacting US Forge of Empires Support.

Only a Founder or Leader can remove someone from a guild.

Respectfully,

Dragon
Ingame Moderator
U.S. Forge of Empires

---

This ticket has been closed and can no longer be replied to.

**Attachments**

This ticket currently has no attachments.

# View ticket

# Clear Push Accounts

**You 2017-03-03 22:03:55**

http://prntscr.com/efshg2

**Forge of Empires - Customer Support 2017-03-04 01:14:41**

Hello TwoCents,

Thank you for bringing this matter to our attention. We appreciate all players that help the Forge team to keep our game running without rule breakers. TwoCents, I will investigate and take the appropriate action(s) if I find rule breaking.

Respectfully,

Snowbelle
Senior Ingame Moderator
U.S. Forge of Empires

---

This ticket has been closed and can no longer be replied to.

**Attachments**

**This ticket currently has no attachments.**

# View ticket

# Guild has Sexist name

**You 2017-03-11 03:24:50**

Guild has sexist name. It is no longer correct to use the word "men" to describe a group of individuals. The guild this person in in is called "Freemen Knights" It should be "Freeperson Knights". This is no different than people using the "N" word in a guild name. It's offensive.

**Forge of Empires - Customer Support 2017-03-11 04:39:44**

Hello TwoCents,

Thank you for bringing this matter to our attention. We appreciate all players that help the Forge team to keep our game running without rule breakers. TwoCents, I will investigate and take the appropriate action(s) if I find rule breaking.

Respectfully,

Sgt. Bothari
Senior Ingame Moderator, Lead
U.S. Forge of Empires

---

This ticket has been closed and can no longer be replied to.

## Attachments

This ticket currently has no attachments.

# View ticket

# Plunder goods not appearing

**You 2017-03-14 21:12:42**

I've been having trouble with plundered goods not appearing at all, or if they do appear there is significant lag before they are shown. Is this a known issue?

**Forge of Empires - Customer Support 2017-03-15 07:48:39**

Hello TwoCents,

Thank-you for contacting US Forge of Empires Support.

Very sorry for any inconvenience. All your plundered goods are being added to your inventory. There is the possibility of a delay in the items showing up locally, but they are all being recorded correctly in the server and will be in your inventory.

Respectfully,

Dragon

Ingame Moderator
U.S. Forge of Empires

This ticket has been closed and can no longer be replied to.

**Attachments**

**This ticket currently has no attachments.**

# View ticket

# Lag caused accidental diamond purchase

**You 2017-03-25 14:34:28**

Hello, I think I just accidentally purchased a Notre Dame print because of game lag. I am on my mobile aiding people. I hit the aid button on a city. It did nothing so I hit it about 2 more times. All of a sudden there is a screen that pops up for a Notre Dame print and then it shows an extra one flashing. Can you please check if this occurred and if so please refund it? I'm not dying for ND prints... lol.

**Forge of Empires - Customer Support 2017-03-27 09:52:08**

Hello TwoCents,

I have reversed the transaction as a one time courtesy.  The print purchased was a center piece for your Basil.

Respectfully,

Seriak
Co-Community Manager
U.S. Forge of Empires

This ticket has been closed and can no longer be replied to.

**Attachments**

This ticket currently has no attachments.

# View ticket

# Guild systematically offering cash $ in exchange for goods

**You 2017-04-25 08:44:13**

It has come to my attention that an entire guild, Freemen Knights, has been systematically and purposefully breaking the game rules. In particular they have been continuously violating section 5 of the rules that states: It is not allowed to exchange in-game items (e.g. goods, Forge Points etc.) for Diamonds or outside
benefits (such as money, vouchers etc.).

http://prnt.sc/f0maus

As you can see from the above screenshot, the guild leaders offer to pay guild members cash money through paypal in exchange for goods donated to the guild treasury.

This is a blatant violation of the game rules and allows them to have a significant competitive advantage over guilds who actually FOLLOW the rules. I would ask that the entire guild be sanctioned and all the treasury goods removed. If not, I suggest you exclude the guild leaders and the members who are participating in this from the guild.

**Forge of Empires - Customer Support 2017-04-25 09:39:09**

Hello TwoCents,

Thank you for bringing this matter to our attention. We appreciate all players that help the Forge team to keep our game running without rule breakers. TwoCents, I will investigate and take the appropriate action(s) if I find rule breaking.

Respectfully,

Tuscany
Ingame Moderator
Forge of Empires, U.S.

**Forge of Empires - Customer Support 2017-04-25 09:46:39**

Hello TwoCents,

Thank you for bringing this matter to our attention, we appreciate all players that help the Forge team to keep our game running without rule breakers. I will investigate and take the appropriate

action(s) if I find rule breaking.

If this conversation is taking place in chat, please take two steps-
1. Press your right button on your mouse and 'Report' the player. This takes a screenshot of the conversation and reports it directly to a group of moderators who handle these promptly.
2. Right click and press'ignore'. This will take him from your chat screen.

If this conversation is taking place via the messaging system, due to our Privacy Rules we can not look in your Messages.
1. Please left click on the player's name. This will bring up a menu that has 'Report'. Press the 'Report' button. It brings up a window for your report. This will capture the message and send it directly to the moderators.

Respectfully,

Seriak
Co-Community Manager
Forge of Empires, U.S.

This ticket has been closed and can no longer be replied to.

**Attachments**

**This ticket currently has no attachments.**

# View ticket

# Server crash caused double negotiation

**You 2017-04-29 16:51:12**

I was doing a GE negotiation when I got a message saying "Server crash, an internal error has caused..." When I came back the game had duplicated my previous negotiation causing me to lose 2 of each good and also 10 diamonds to buy an extra turn.

**Forge of Empires - Customer Support 2017-05-02 00:44:03**

Hello TwoCents,

You had purchased +2 talc powder twice for -15 diamonds. As such, I have placed +15 diamonds for the returned talc powder plus +10 diamonds for the negotiated turn into your user account.

Exhibit 10 – Forge of Empires Support Tickets: TwoCents Submitted by Plaintiff Penny Quinteros
Case: 19-CV-1402 RSM - 126

Enjoy the game.

Respectfully,

Panacea
Community Manager
Forge of Empires, U.S.

---

This ticket has been closed and can no longer be replied to.

**Attachments**

**This ticket currently has no attachments.**

# View ticket

# Plunder before good pops up

**You 2017-04-27 22:57:00**

I set my timer on my phone to check my goods. I came, clicked on the Zen Zone in question, it had 3 minutes 12 seconds remaining. I then instantly get a message saying it had been plundered. How is it that it can be plundered 3 minutes before I collected it?

**You 2017-04-27 23:10:15**

I insist you look at the timing. Tell me exactly, down to the second when I collected it last, and exactly when it was supposed to pop-up again. Then compare that to when it was plundered. Afterwards I want you to go get my fp back from the son of a **** who thinks he can plunder me by taking advantage of a game-bug.

**You 2017-04-28 22:47:16**

It's been 24 hours and no one has responded to this. I don't want the time-stamps to get buried beneath a bunch of other stuff.

**Forge of Empires - Customer Support 2017-04-30 13:14:18**

Hello TwoCents,

2017-04-29 22:31:53-0600
2017-04-29 22:31:52-0600
2017-04-29 22:25:51-0600

2017-04-28 22:30:50-0600
2017-04-28 22:30:48-0600
2017-04-28 22:24:56-0600

2017-04-27 21:06:54-0600
2017-04-27 21:06:52-0600

2017-04-26 21:01:56-0600
2017-04-26 21:01:55-0600
2017-04-26 20:55:17-0600

2017-04-25 20:59:14-0600
2017-04-25 20:59:12-0600

2017-04-24 20:53:57-0600
2017-04-24 20:53:54-0600
2017-04-24 20:53:48-0600

These are the collection time stamps for your Zen Zones for the last 6 days. I cannot tell which of the 3 was plundered on the 2 occasions.

However, it is a known issue that browsers left open for a period of time can become out of sync with the server in regards to the timer. Refreshing the browser re-syncs the local files to the proper server time.

I am sorry for your loss, but this is a matter of your local files not updating properly.

Respectfully,

Sgt. Bothari
Co-Community Manager
Forge of Empires, U.S.

**You 2017-04-30 16:50:54**

I'm sorry, but that's total BS. First: if the game says 3 minutes then it should be 3 minutes!! Second: if the game requires constant refreshing you should advise people in advance of the error instead of burying it. Third, these timestamps provide no information, I'm assuming they are in mountain time, but the real key is matching it up with the times plundered. You can see the time-crawl that is occuring from these, I'm sitting with the timer set watching them and they are still pulling at different times. It's not about "my loss." It's a out the MF'er who sent around photos of me (whom you all refuse to punish) thinking he can crow about plundering me when he is actually taking advantage of a game bug. I thought it was your all's responsibility to root out bugs? or is the only thing you're capable of is sending BS messages and throwing up your hands saying "we can't do anything."

**You 2017-04-30 17:06:07**

I'm sitting watching these things pulling them when they appear... from the 24th to the 25th they crawl 5 minutes later, 25th to 26th 2 minutes, 26th to 27th 5 minutes again; the only reason that one on the 26th appears 4 minutes out of sync is because it was plundered before I could collect it and I immediately pulled it out of plunder-mode. I reset the timings after the 27th, but you can see the time-crawl occuring again from the 28th to the 29th. That's how I know your story of "local files on your browser" is total bs. Last night when my timer went off I logged in via my phone at the grocery store... my phone was up for all of a minute or two, and I was sitting waiting for the things to pop up, I collected them immediately, but still there is a one minute discrepancy!!! Meaning, it has nothing to do with my local files and everything to do with your servers!

**Forge of Empires - Customer Support 2017-04-30 21:09:51**

Logs indicate you logged in on your browser 34 minutes prior to the collection on the 27th, and almost 3 hours prior to collection on the 25th. No log in by phone was registered after that on either night, but not until the next morning. Depending on what you are doing that is more than enough time to see the timers go out of sync unfortunately. I have experienced it my self in far less time.

As to time "creep" I dont know anyone who collects on the exact second every day. Humans are not bots.

Respectfully,

Sgt. Bothari
Co-Community Manager
Forge of Empires, U.S.

**You 2017-04-30 21:21:40**

they do collect at the same time when they are setting their timer's on the phone to come in and watch it to prevent some creep from plundering them. 34 minutes of play is enough to cause "time-sync" issues? ridiculous! Or does Inno not want me playing for more than 30 minutes at a time? Clearly that is a flaw in the system, not with my browser. Also, like I said... I logged on the phone on the 29th, and there is still a discrepancy there.
What I REALLY suspect is the fact that I'm on the west-coast puts me at a disadvantage from those people who are on the east-coast (and presumably closer to the main-server). It happens in all facets of the game. So why don't you just admit it, instead of continuing to shovel the bull-puckey?

**You 2017-04-30 21:26:08**

Go get my 2 fps back outta his grubby-hands. It's not my fault the game-system has a design flaw that lets people plunder 3 minutes before it lets me collect.

**You 2017-04-30 22:08:04**

Inno is scamming it's customers putting in significant digits on these timers (down to the second) when they have no way to assure customers that those timers are accurate down to the second. It's cheating every player of the game, and I'm not going to let you sweep it under the rug. I don't care if it's 1 fp or 1,000 fps. The design flaw in this game cause me to lose out on two collections of my Zen Zone. It also allowed some creep who has a history of harassment against me to put another feather in his cap at my expense.

**Forge of Empires - Customer Support 2017-05-01 00:24:38**

I never checked your phone log in on the 29th only the 25 & 27th when you got plundered.

Being east coast doesn't infer that much advantage. I have a guild mate who lives near the servers and his ping is usually in the 30ms range. My guild mate in Australia is usually in the 125ms range. *Milliseconds* not full seconds.

As to the sync issue I have voiced concern to the devs, relaying they need to find a resolution if possible.

Until then you, like me, will need to refresh 5 min prior to collections if your concerned about plunder. I just want to keep all my collections in order myself, plunder isn't an issue when you have 600% defense.

Respectfully,

Sgt. Bothari
Co-Community Manager
Forge of Empires, U.S.

**You 2017-05-01 03:49:01**

yeah, if you devote your city to watchfires- of course I don't HAVE to do that because I ALWAYS collect ON-TIME. You admitted this is a flaw in the system, but you fail to correct it? How hard would it be to send a message explaining the bug and fix it?

Sent from my iPhone

> On Apr 30, 2017, at 9:30 PM, Forge of Empires - Customer Support <foe-us@support.innogames.com> wrote:
>
>

**You 2017-05-01 03:53:04**

All you guys ever do is throw up your hands and say "we can't"... how about you actually do SOMETHING for a change?

**Forge of Empires - Customer Support 2017-05-01 09:54:33**

I, Like you, am at the mercy of the devs when it comes to changes in the game code.

Respectfully,

Sgt. Bothari
Co-Community Manager
Forge of Empires, U.S.

**You 2017-05-01 15:56:20**

It's just not fair. You know the history between me and this other player. This is about more than just plunder, it's about giving him a tool to verbally attack me with. I waz sitting there specifically for the purpose of preventing this... and this stupid game does this? Not fair! What's worse is that you refuse to mitigate the damage done.

**You 2017-05-01 15:58:59**

" I, Like you, am at the mercy of the devs when it comes to changes in the game code."-that's not a good enough answer. You are a representative of Inno in this matter... so whatever screwups the developers have is also your screwup to fix.

**Forge of Empires - Customer Support 2017-05-01 16:54:09**

The fix is, we wait for the Devs to design a work around in the game code. I am not, nor will I ever be a Dev. I am sorry.

Respectfully,

Sgt. Bothari
Co-Community Manager
Forge of Empires, U.S.

**You 2017-05-01 23:48:52**

OR you could notify the ass-hat that he took advantage of a game bug...

**You 2017-05-02 01:29:41**

Don't close it without answering.

**Forge of Empires - Customer Support 2017-05-02 12:41:23**

There is no exploit. To use a bug as an exploit it would have to be in HIS browser as the issue. Obviously the time is in sync for him (logging in to look at your city would re-sync the timer). Unfortunately the issue lies in your local browser and as I said, we have to wait for a work around and in the mean time if something is time critical (as I do often) refresh your game to be certain you are sync'd with the server.

Respectfully,

Sgt. Bothari
Co-Community Manager
Forge of Empires, U.S.

**You 2017-05-04 02:11:51**

I've had another error occur on this matter. Today the zen zones and emperor's entrances reset their timers, without giving me the option to collect them at all. I refreshed shortly before the collection time just like you suggested. and have tried refreshing since. This leaves them vulnerable to plundering!
http://prntscr.com/f3whwd

**You 2017-05-04 02:12:52**

so please... tell me again how this isn't a bug in YOUR system!

**Forge of Empires - Customer Support 2017-05-04 21:56:31**

2017-05-04 00:07:44-0600
2017-05-04 00:07:44-0600
2017-05-04 00:07:44-0600
^^^  Goods were collected here...


I cannot tell which of these is the Zen Zone as they all give 1 FP and were collected at the same moment.
TwoCents 2017-05-04T02:07:44-0400 city_pickup    +1    0    1
TwoCents 2017-05-04T02:07:44-0400 city_pickup    +1    1    2
TwoCents 2017-05-04T02:07:44-0400 city_pickup    +1    2    3
TwoCents 2017-05-04T02:07:44-0400 city_pickup    +1    3    4
TwoCents 2017-05-04T02:07:44-0400 city_pickup    +1    4    5
TwoCents 2017-05-04T02:07:44-0400 city_pickup    +1    5    6

This would have been just after 2 AM EST time, 4 mine before you made this ticket.

Respectfully,

Sgt. Bothari

Co-Community Manager
Forge of Empires, U.S.

**You 2017-05-07 22:20:50**

Then if I picked them up, why didn't the fps show up in my fp bar? Also, why didn't the goods show up? Additionally how is it possible that all were collected at the exact same instance?

**Forge of Empires - Customer Support 2017-05-07 23:34:38**

As far as your bar not updating we are back to browser issues.

At first I though you had used the collect all resources button which will collect all available items at one time. I was unable to locate a DIamond log entry for the 5 diamond charge for this. I thought of something at that point. If you left click and hld, then drag over a lot of buildings that were ready to collect. I set up and tested this theory. You can do this click, drag (collecting) and when you let up all the items are added. In the logs the time stamps are identical.

Respectfully,

Sgt. Bothari
Co-Community Manager
Forge of Empires, U.S.

**You 2017-05-08 00:51:13**

ok, but I didn't do that. what I did was move one of my other zen zones into the collection (so they would have the same timing) and then all the other ones just had a "23hr 59 min" timer.

**Forge of Empires - Customer Support 2017-05-08 01:56:07**

I know those were Zen Zone collections. I used the goods log to locate the time stamp since they give goods and FP. I then knew when to go in the FP log to find those I copied to you.

Tehy were definately added to your bar as you spent them less than 10 min later

| | | | | | |
|---|---|---|---|---|---|
| TwoCents | 2017-05-04T02:16:32-0400 | gb_contribution | -62 | 62 | 0 |
| TwoCents | 2017-05-04T02:16:16-0400 | tavern_visit | +1 | 61 | 62 |
| TwoCents | 2017-05-04T02:14:37-0400 | city_pickup | +3 | 58 | 61 |
| TwoCents | 2017-05-04T02:14:35-0400 | city_pickup | +3 | 55 | 58 |
| TwoCents | 2017-05-04T02:14:34-0400 | city_pickup | +3 | 52 | 55 |
| TwoCents | 2017-05-04T02:14:33-0400 | city_pickup | +2 | 50 | 52 |
| TwoCents | 2017-05-04T02:14:28-0400 | city_pickup | +1 | 49 | 50 |
| TwoCents | 2017-05-04T02:14:25-0400 | city_pickup | +2 | 47 | 49 |
| TwoCents | 2017-05-04T02:14:21-0400 | city_pickup | +3 | 44 | 47 |
| TwoCents | 2017-05-04T02:14:20-0400 | city_pickup | +3 | 41 | 44 |
| TwoCents | 2017-05-04T02:14:18-0400 | city_pickup | +3 | 38 | 41 |
| TwoCents | 2017-05-04T02:14:17-0400 | city_pickup | +3 | 35 | 38 |
| TwoCents | 2017-05-04T02:14:15-0400 | city_pickup | +3 | 32 | 35 |
| TwoCents | 2017-05-04T02:14:14-0400 | city_pickup | +2 | 30 | 32 |
| TwoCents | 2017-05-04T02:14:13-0400 | city_pickup | +1 | 29 | 30 |
| TwoCents | 2017-05-04T02:13:29-0400 | city_pickup | +7 | 22 | 29 |
| TwoCents | 2017-05-04T02:13:18-0400 | city_pickup | +6 | 16 | 22 |
| TwoCents | 2017-05-04T02:13:14-0400 | city_pickup | +6 | 10 | 16 |
| TwoCents | 2017-05-04T02:13:09-0400 | city_pickup | +2 | 8 | 10 |
| TwoCents | 2017-05-04T02:13:08-0400 | city_pickup | +2 | 6 | 8 |
| TwoCents | 2017-05-04T02:07:44-0400 | city_pickup | +1 | 0 | 1 |
| TwoCents | 2017-05-04T02:07:44-0400 | city_pickup | +1 | 1 | 2 |
| TwoCents | 2017-05-04T02:07:44-0400 | city_pickup | +1 | 2 | 3 |
| TwoCents | 2017-05-04T02:07:44-0400 | city_pickup | +1 | 3 | 4 |
| TwoCents | 2017-05-04T02:07:44-0400 | city_pickup | +1 | 4 | 5 |
| TwoCents | 2017-05-04T02:07:44-0400 | city_pickup | +1 | 5 | 6 |
| TwoCents | 2017-05-04T01:48:26-0400 | gb_contribution | -6 | 6 | 0 |

Respectfully,

Sgt. Bothari
Co-Community Manager
Forge of Empires, U.S.

**You 2017-05-08 02:53:28**

You're not understanding my point. They didn't appear for me. I didn't hover over them to collect them. I don't care if everything got "all sorted out" in the end. I want your systems to work properly, to show when I collect stuff and when I don't. To appear with the right time stamps. You keep blaming my browser, but unfortunately your game is supposed to run properly on a browser and it doesn't. It bugs out when I plunder a Hall of Fame too... doesn't show the amount of crowns collected. These glitches aren't MY fault, it's YOUR fault as a representative of a game that doesn't work, and I shouldn't have to sit here and let people get away with plundering me because you have two developers on staff one who is devoted to fixing the glitches on the

Exhibit 10 – Forge of Empires Support Tickets: TwoCents Submitted by Plaintiff Penny Quinteros
Case: 19-CV-1402 RSM - 134

current event, and one who is planning out how to get the most diamonds out of players during the next event.

**Forge of Empires - Customer Support 2017-05-08 12:16:14**

Graphical issues exist with flash player renderings. Some are due to code not being executed properly, others possibly due to the code itself. Regardless they are GRAPHICAL issues, everything is recorded properly on the servers. The devs are aware of the issues, and if they are in our code they will get them sorted in time. I know one graphical issue that has existed for years, it is not in the code but in how flash player renders things.

Respectfully,

Sgt. Bothari
Co-Community Manager
Forge of Empires, U.S.

This ticket has been closed and can no longer be replied to.

**Attachments**

This ticket currently has no attachments.

# View ticket

# Profanity

**You 2017-05-08 23:44:35**

http://prntscr.com/f5pcx7

**Forge of Empires - Customer Support 2017-05-09 01:16:02**

Hello TwoCents,

Thank you for bringing this matter to our attention, we appreciate all players that help the Forge team to keep our game running without rule breakers. I will investigate and take the appropriate action(s) if I find rule breaking.

If this conversation is taking place in chat, please take two steps-
1. Press your right button on your mouse and 'Report' the player. This takes a screenshot of the

Exhibit 10 – Forge of Empires Support Tickets: TwoCents Submitted by Plaintiff Penny Quinteros
Case: 19-CV-1402 RSM - 135

conversation and reports it directly to a group of moderators who handle these promptly.
2. Right click and press'ignore'. This will take him from your chat screen.

If this conversation is taking place via the messaging system, due to our Privacy Rules we can not look in your Messages.
1. Please left click on the player's name. This will bring up a menu that has 'Report'. Press the 'Report' button. It brings up a window for your report. This will capture the message and send it directly to the moderators.

No matter which, please do not engage this person in the future. Ignore all messages, ignore in chat. Be sure to report.

Respectfully,

Sgt. Bothari
Co-Community Manager
Forge of Empires, U.S.

**You 2017-05-09 01:24:04**

Are you asking me to reopen the message and report via that system?

**Forge of Empires - Customer Support 2017-05-09 02:01:10**

yes. Previous incidents have forced us to no longer be able to use screen shots or copy pastes of offending message. We can only act upon messages reported via the report tool. I am sorry.

Respectfully,

Sgt. Bothari
Co-Community Manager
Forge of Empires, U.S.

**You 2017-05-09 02:15:41**

I did as you asked and reported it via the "report" button in the message system.

This ticket has been closed and can no longer be replied to.

## Attachments

This ticket currently has no attachments.

Exhibit 10 – Forge of Empires Support Tickets: TwoCents Submitted by Plaintiff Penny Quinteros
Case: 19-CV-1402 RSM - 136

# View ticket

# Plunder resulted in coin deduction

**You 2017-05-11 17:51:26**

I just plundered an industrial filter factory, and it resulted in a 5k coin deduction (at least the graphic popped up in red showing 5.1k coins being deducted). Could you please check and see if I actually got my filters?

**Forge of Empires - Customer Support 2017-05-11 18:13:56**

Hello TwoCents,

Thank you for reporting this. Vigilance by the players helps keep us aware of potential issues. This however is a known graphical glitch. The Developers are aware of it and will have it rectified in due time.

I have confirmed this personally since it was first discovered. It can show removing coins or supplies when in fact it removes neither.

Respectfully,

Sgt. Bothari
Co-Community Manager
Forge of Empires, U.S.

**You 2017-05-11 18:24:15**

did it give me my filters though? It didn't say how many I got. I keep track of all of my hoods I'm in and the plunder I get, so I'd like to know how many it was.

**Forge of Empires - Customer Support 2017-05-11 18:53:03**

2017-05-11T17:48:47-0400 plunder Industrial Filters (filters) +10
2017-05-11T17:47:13-0400 plunder Industrial Filters (filters) +1

of course you did. from the factory and the queen

Respectfully,

Sgt. Bothari
Co-Community Manager
Forge of Empires, U.S.

Exhibit 10 – Forge of Empires Support Tickets: TwoCents Submitted by Plaintiff Penny Quinteros
Case: 19-CV-1402 RSM - 137

**You 2017-05-11 19:02:45**

ok, thank you very much. It might have been 2 instead of 10.... people building goods producers without boosts...drives me nuts.

**You 2017-05-12 14:45:55**

If I apply as a Social Media Moderator, are you guys gonna laugh at me?

**Forge of Empires - Customer Support 2017-05-12 15:38:57**

not until I read your app. :p

Seriously, apply. and FYI I am one of the folks who goes through the apps.

Respectfully,

Sgt. Bothari
Co-Community Manager
Forge of Empires, U.S.

**You 2017-05-15 12:59:19**

I got rejected.... *SIGH*

**Forge of Empires - Customer Support 2017-05-15 13:50:45**

never saw your app, and I looked for it

Respectfully,

Sgt. Bothari
Co-Community Manager
Forge of Empires, U.S.

**You 2017-05-15 16:22:49**

https://recruit.innogames.de/foe/us/index/show/id/e943c47ce2530f206d99a5a913a2c4aed86c4e2 5

**You 2017-05-15 16:23:39**

I just assumed the speed of rejection was the "laughing" part.

**Forge of Empires - Customer Support 2017-05-15 17:18:52**

Interesting, there is no auto-reject that I am aware of, and I am only about 2/3 of the way through the first vetting of all the applicants.

https://recruit.innogames.de/foe/us

Is this the link you used?

Respectfully,

Sgt. Bothari
Co-Community Manager
Forge of Empires, U.S.

**You 2017-05-15 17:32:45**

Yes, that's the link I used.

**Forge of Empires - Customer Support 2017-05-15 17:46:21**

hmm, no Idea man. Sorry. It want rejected by me, and I am the first wave screener.

Respectfully,

Sgt. Bothari
Co-Community Manager
Forge of Empires, U.S.

**You 2017-05-15 17:53:53**

lol... I'm a miss. It's ok. Maybe I'll try again soon.

**You 2017-05-15 19:20:08**

I have a very serious question: How many complaints do you get about my "welcome to the neighborhood" message I send out every other week?

**Forge of Empires - Customer Support 2017-05-15 19:43:37**

Cannot comment on other players support tickets to you. Privacy rules.

Respectfully,

Sgt. Bothari
Co-Community Manager
Forge of Empires, U.S.

**You 2017-05-15 19:49:57**

but it's a lot right? As in... you know what I'm talking about :D

**Forge of Empires - Customer Support 2017-05-15 19:51:19**

no comment :p

Respectfully,

Sgt. Bothari
Co-Community Manager
Forge of Empires, U.S.

**You 2017-05-15 19:58:23**

ROFLMAO - mwahahaha. Secretly I'm making a job for myself... see how that works?

**Forge of Empires - Customer Support 2017-05-15 20:44:58**

Either that or woking for a perm ban.....hmmmm........   :p

Respectfully,

Sgt. Bothari
Co-Community Manager
Forge of Empires, U.S.

**You 2017-05-15 21:04:06**

It's not against the rules, so no perma ban necessary Mr. I Walk With A Big Stick. Come chat with me outside of this system somehow. Every time I see a systems admin message pop up, I put my Fightin' Cap on.

**You 2017-05-16 12:08:53**

elilyn@comcast.net

**Forge of Empires - Customer Support 2017-05-16 12:23:26**

cant do that, sorry.

Respectfully,

Sgt. Bothari

Co-Community Manager
Forge of Empires, U.S.

**You 2017-05-16 13:29:52**

haha, I'm not proposing we go steady man. If one of my tickets come up, you can just recuse yourself.... or whatever it is you do for when you know someone in game.

**You 2017-05-19 12:11:48**

The support system isn't working. My tickets aren't being responded to.

**Forge of Empires - Customer Support 2017-05-19 12:37:46**

The support system is working fine. This ticket is no longer about its original issue. As such I am closing it.

Respectfully,

Sgt. Bothari
Co-Community Manager
Forge of Empires, U.S.

---

This ticket has been closed and can no longer be replied to.

**Attachments**

**This ticket currently has no attachments.**

# View ticket

# Content error

**You 2017-05-19 11:09:52**

Yes, I noticed there were content errors on your app. First, when I try to gog into my account at the bottom it says "Sorry, your account has been banned!" This isn't true as I was only banned in one world- so my full account hasn't been banned. Secondly, is Inno REALLY sorry for it? If they felt badly about doing it and had remorse, why wouldn't they (you) fix it? Sounds like an out and out lie to me. Third, the game reminds me I am to interact in a friendly manner - may I remind you that I am under no obligation to act friendly, and that is just a white-wash way to enforce false positivity in women?

Exhibit 10 – Forge of Empires Support Tickets: TwoCents Submitted by Plaintiff Penny Quinteros
Case: 19-CV-1402 RSM - 141

**You 2017-05-19 11:16:25**

that word is log* not gog

**Forge of Empires - Customer Support 2017-05-19 12:54:21**

Hello TwoCents,

Please do not create more than one ticket per issue. As this is a duplicate, we are closing this ticket. If you wish to pose additional information, please post in the pre-existing ticket. Thank you for your cooperation and enjoy the game.

Respectfully,

Panacea
Community Manager
Forge of Empires, U.S.

---

This ticket has been closed and can no longer be replied to.

**Attachments**

**This ticket currently has no attachments.**

# View ticket

# Appeal TwoCents

**You 2017-05-19 15:55:46**

For some reason my computer keeps saying I've been banned. Since there was no reason why I should be banned, I'm sure this is a mistake.

**Forge of Empires - Customer Support 2017-05-19 16:00:43**

Hello TwoCents,

Please do not create more than one ticket per issue. As this is a duplicate, we are closing this ticket. If you wish to pose additional information, please post in the pre-existing ticket. Thank you for your cooperation and enjoy the game.

Respectfully,

Sgt. Bothari
Co-Community Manager
Forge of Empires, U.S.

---

This ticket has been closed and can no longer be replied to.

## Attachments

This ticket currently has no attachments.

# View ticket

# Appeal of Ban

### You 2017-05-19 15:24:24

I would like to appeal my ban, because you've failed to state a case for why the words I typed were either offensive or insulting.

### Forge of Empires - Customer Support 2017-05-19 16:02:10

Hello TwoCents,

Please do not create more than one ticket per issue. As this is a duplicate, we are closing this ticket. If you wish to pose additional information, please post in the pre-existing ticket. Thank you for your cooperation and enjoy the game.

Respectfully,

Sgt. Bothari
Co-Community Manager
Forge of Empires, U.S.

---

This ticket has been closed and can no longer be replied to.

## Attachments

This ticket currently has no attachments.

# View ticket

# Appeal TwoCents

**You 2017-05-19 17:19:20**

Your systems still seem to be having a glitch. I click to log into my J world and it tells me I've been banned. Since I KNOW I didn't violate any of your game rules, and since no one has been able to give me a satisfactory answer as to WHY that's the case. I assume if must be an error.

**Forge of Empires - Customer Support 2017-05-19 19:56:22**

Hello TwoCents,

Please do not create more than one ticket per issue. As this is a duplicate, we are closing this ticket. If you wish to pose additional information, please post in the pre-existing ticket. Creating more than one ticket slows the appeal process. You must wait until your original ticket has been reviewed and replied to.

Thank you for your cooperation

Respectfully,

Babajaga
Ingame Moderator
Forge of Empires, U.S.

---

This ticket has been closed and can no longer be replied to.

**Attachments**

This ticket currently has no attachments.

# View ticket

# Why were my tickets "Appeal of Ban" and "Appeal TwoCents" cl

Exhibit 10 – Forge of Empires Support Tickets: TwoCents Submitted by Plaintiff Penny Quinteros
Case: 19-CV-1402 RSM - 144

**You 2017-05-19 16:15:12**

My two tickets were closed and I don't know why. They weren't multiples. One was my Appeal of my ban (to this point I've only questioned WHY I was banned, not appealed it). The second was to notify you that your systems seem to be functioning improperly because I cannot access my J account.

**Forge of Empires - Customer Support 2017-05-19 19:57:53**

Hello TwoCents,

Please do not create more than one ticket per issue. As this is a duplicate, we are closing this ticket. If you wish to pose additional information, please post in the pre-existing ticket. Creating more than one ticket slows the appeal process. You must wait until your original ticket has been reviewed and replied to.

Thank you for your cooperation

Respectfully,

Babajaga
Ingame Moderator
Forge of Empires, U.S.

---

This ticket has been closed and can no longer be replied to.

**Attachments**

**This ticket currently has no attachments.**

# View ticket

# Appeal TwoCents

**You 2017-05-19 22:37:47**

Why do you keep closing my tickets? I told you: these are separate issues. One was to find out WHO banned me and WHY. This one is to APPEAL the ban process.

**You 2017-05-19 22:40:00**

I think it would be wrong to ask Babajaga to moderate this support ticket. Just like we don't give our police officers the judges robe and have them act as judge, jury and executioner.... Inno

should also maintain a distance between the person "investigating" if I broke rules and the "arbitrator" of those rules. Otherwise how do you keep "hysteria" and "hyper-sensitivity" from creeping into the moderator's decisions?

**Forge of Empires - Customer Support 2017-05-19 22:41:02**

Hello TwoCents,

Please do not create more than one ticket per issue. As this is a duplicate, we are closing this ticket. If you wish to pose additional information, please post in the pre-existing ticket. Thank you for your cooperation and enjoy the game.

Respectfully,

Seriak
Co-Community Manager
Forge of Empires, U.S.

---

This ticket has been closed and can no longer be replied to.

**Attachments**

**This ticket currently has no attachments.**

# View ticket

# Ban Appeal

**You 2017-05-19 22:46:24**

I want to present my case to an official who can WITHOUT BIAS adjudicate my case.

I think it would be wrong to ask Babajaga to moderate this support ticket. Just like we don't give our police officers the judges robe and have them act as judge, jury and executioner.... Inno should also maintain a distance between the person "investigating" if I broke rules and the "arbitrator" of those rules. Otherwise how do you keep "hysteria" and "hyper-sensitivity" from creeping into the moderator's decisions?

**Forge of Empires - Customer Support 2017-05-19 22:50:17**

Hello TwoCents,

Please do not create more than one ticket per issue. As this is a duplicate, we are closing this

ticket. If you wish to pose additional information, please post in the pre-existing ticket. Thank you for your cooperation and enjoy the game.

Respectfully,

Seriak
Co-Community Manager
Forge of Empires, U.S.

---

This ticket has been closed and can no longer be replied to.

**Attachments**

**This ticket currently has no attachments.**

# View ticket

# Ban Appeal

**You 2017-05-19 22:52:47**

I have essentially 3 active tickets (one of which you keep closing). 1.) I asked to file a complaint about a moderator. 2.) I asked WHO banned me and WHY. 3.) My official appeal of the ban.

I can't very well APPEAL something until I know WHY it was done- now can I? Otherwise I might not know what you were banning me for. I was banned once for reading poetry... so it's not an unlikely scenario you might have just picked some arbitrary action of mine to ban me for.

**Forge of Empires - Customer Support 2017-05-19 23:13:17**

Hello TwoCents,

1 &2 are the same. Panacea answered.

3 is being handled by Babajaga.

Any further tickets will be considered duplicates.

Please do not create more than one ticket per issue. As this is a duplicate, we are closing this ticket. If you wish to pose additional information, please post in the pre-existing ticket. Thank you for your cooperation and enjoy the game.

Respectfully,

Sgt. Bothari
Co-Community Manager
Forge of Empires, U.S.

---

This ticket has been closed and can no longer be replied to.

## Attachments

This ticket currently has no attachments.

# View ticket

# I'd like to report the moderator Babajaga for being offensiv

**You 2017-05-21 02:59:34**

In the ticket asking about why I was banned, I explained to the moderator that it was my moral code to be open and honest at all times and not hide my feelings.
In response the moderator said this:
"Perhaps you have grown up with people that find your vulgar comments to be to standard and acceptable but please understand such things will NOT be tolerated in FoE."

It's demeaning and offensive to imply that my upbringing and religion is not as good as his/hers. I find civility to be nothing more than cowardice and lies and it is morally wrong... yet for some reason this isn't treated with the equal respect you'd give other religions. Your moderators continually insist that I "turn the other cheek" which is a "Christian" value and one I do not subscribe to. Please refrain from applying these religious values to me any longer.

**Forge of Empires - Customer Support 2017-05-21 09:01:15**

Hello TwoCents,

Thank you for contacting Support.  Your concern is important to us.  We are reviewing your ticket and will reply as soon as possible.

Thank you for your patience.

Respectfully,

BANSHEE
Senior Ingame Moderator
Forge of Empires, U.S.

**Forge of Empires - Customer Support 2017-05-21 23:26:47**

Hello TwoCents,

Please do not create more than one ticket per issue. As this is a duplicate, we are closing this ticket. If you wish to pose additional information, please post in the pre-existing ticket. Thank you for your cooperation and enjoy the game.

Respectfully,

Panacea
Community Manager
Forge of Empires, U.S.

---

This ticket has been closed and can no longer be replied to.

**Attachments**

**This ticket currently has no attachments.**

# View ticket

# Violation of the 1964 Civil Rights Act

**You 2017-05-21 20:54:08**

This is my official notice to Inno Games asking you to Cease and Desist of your violation of the 1964 Civil Rights Act Title II of the United States of America. You, as a company engaged in interstate commerce, have repeatedly and routinely denied me service based upon my gender and religious philosophy. I have notified you of these violations in the past and they have continued unchecked. Additionally you have caused me monetary damages by having spent diamonds to obtain certain things and when you illegally deny me service, those things are lost. I also ask that you remove any record of these incidents as it would relate to future "progressive discipline" measures you have in place.

Allow me to make an analogy to what is going on in these circumstances:
A black man walks into a restaurant. The other patrons of the restaurant don't like black people and think, "how dare he have the nerve to walk into a place where we eat!" They gang up

together to complain to the owner of the restaurant that he "smells bad," and the owner kicks the black man out. That's racist and illegal and exactly what is going on here.

These players don't like me because I'm an outspoken woman, I know this because they have said so on multiple occasions. They gang up to complain against me, and you as the representative of the company are "kicking me out." It's wrong and illegal. I didn't say anything wrong. I didn't DO anything wrong. Moreover, I didn't do anything that other patrons of yours don't do each and every day without repercussion. You want to hold me to a different moral standard that I don't believe in. I'm NOT going to censor myself or "turn the other cheek." I'm going to continue to do exactly what I have been doing, because I don't think bigotry should be rewarded and reinforced.

**Forge of Empires - Customer Support 2017-05-21 21:37:58**

Hello TwoCents,

Thank you for contacting the Forge of Empires Support Team.

Hello TwoCents,

First you complain that we are discriminating against you due to your gender...secondly you state we are discriminating against you on the basis of race.

We know neither your race nor your gender this is a game based on the condition of anonymity, so we as the support team don't know who you are and unless you told them no player would know your race or gender either...so both of those arguments are completely unfounded.

We enforce our rules on the basis that all players are equal, we don't care what their race is or what their gender is.   Each player is treated equally.

The section of law you mention is -

42 U.S.C. §2000a (a)which states "All persons shall be entitled to the full and equal enjoyment of the goods, services, facilities, privileges, advantages, and accommodations of any place of public accommodation, as defined in this section, without discrimination on the ground of race, color, religion, or national origin."

The civil rights acts and other non-discrimination acts were created to prevent discrimination however they are intended to prevent discrimination, not provide you with an unfair advantage based on your race or gender....you are attempting to use your gender and race as a way to argue that you deserve to ignore rules and to justify behavior that is against our rules...you cannot use gender or race as an excuse to violate rules and get away with it.

You state that your religious freedom allows you to do whatever you would like...which also is false.   Despite your religious leanings or beliefs...there are laws of the land that overrule or trump religious beliefs.   We don't care about your religion or your beliefs they have nothing to

do with your choice to play Forge of Empires.

Forge of Empires is provided to you as a free to play game, and you have the option to play it or not.   If you opt to play the game, the minute you begin playing the you agree to play the game following the rules we have established.   This means we have the right to enforce the rules and you will abide by them.

If you opt to not follow the rules or decide that you cannot live within the rules as established by InnoGames then you can opt to find better uses of your time...as you will abide by the rules...or not play the game...those are your options.

Respectfully,

Maestro
Senior Ingame Moderator
Forge of Empires, U.S.

**You 2017-05-21 22:24:48**

You have been served with a legal cease and desist notice. I expect you to take it seriously and not dismiss it out of hand. Forward it to your legal team, because I already have.

First off, I did not complain about race. I put an analogy together to demonstrate my point. Just because YOU don't know my gender is irrelevant. The people making the reports know my gender.

My religion doesn't allow me to "do whatever I want." It's very well articulated to the people who know me. I take it just as seriously if not more-so than any other person playing this game.

I have the right to public accommodations, including entertainment such as theater or video games free from harassment. I have and will continue to abide by all rules that you enforce equally and without bias. Unfortunately you do not enforce your rules equally. I'm not going to "ignore people" nor are you legally allowed to ask me to abide by a moral code that I do not subscribe to which you and others have done so repeatedly.

**You 2017-05-21 22:28:31**

If you think there are laws that "override" my legal arguments, please state them to me. I will forward them on to my lawyer for review.

**Forge of Empires - Customer Support 2017-05-21 23:27:23**

Hello TwoCents,

Please do not create more than one ticket per issue. As this is a duplicate, we are closing this ticket. If you wish to pose additional information, please post in the pre-existing ticket. Thank

you for your cooperation and enjoy the game.

Respectfully,

Panacea
Community Manager
Forge of Empires, U.S.

---

This ticket has been closed and can no longer be replied to.

**Attachments**

This ticket currently has no attachments.

# View ticket

# Why can't I report players collectively? It's not against th

**You 2017-05-21 23:34:52**

Why can't I report players collectively? It's not against the rules

**Forge of Empires - Customer Support 2017-05-21 23:36:14**

Hello TwoCents,

Please do not create more than one ticket per issue. As this is a duplicate, we are closing this ticket. If you wish to pose additional information, please post in the pre-existing ticket. Thank you for your cooperation and enjoy the game.

Respectfully,

Panacea
Community Manager
Forge of Empires, U.S.

---

This ticket has been closed and can no longer be replied to.

**Attachments**

This ticket currently has no attachments.

# View ticket

# Ban Appeal TwoCents (Retroactive)

**You 2017-05-21 19:18:35**

It has come to my attention that the moderator who banned me did so under the mistaken belief that he/she was making FoE "kid friendly." First off, let me explain that that is a fallacious argument in two ways:

First- parents raise their children under all different types of standards. I didn't type anything to Perth or that I wouldn't say in front of my own children or even to my own children! Considering my kids DO play Forge of Empires you'll know that to be the case. Additionally, what would be embarrassing and offensive would be if I didn't stand up for myself in an argument or if I hid my feelings behind a false veil of civility. I am teaching my kids and other kids reading my statements to have MORALS! What are you teaching them?! How to be victims?

Second- even the Federal Communication Commission would agree that what I said was not "indecent." This is supported by the fact that they declined to even investigate Stephen Colbert's comments about President Trump's mouth only being good as Vladamir Putin's "cockholster."

So I'd like to know... exactly whose values and morals are you upholding? And may I remind you that it's ILLEGAL to deny me service simply because I act under a different set of deeply held moral beliefs?

**Forge of Empires - Customer Support 2017-05-21 23:37:14**

Hello TwoCents,

Please do not create more than one ticket per issue. As this is a duplicate, we are closing this ticket. If you wish to pose additional information, please post in the pre-existing ticket. Thank you for your cooperation and enjoy the game.

Respectfully,

Panacea
Community Manager
Forge of Empires, U.S.

This ticket has been closed and can no longer be replied to.

**Attachments**

This ticket currently has no attachments.

# View ticket

# Records Request

**You 2017-05-22 17:30:13**

Can you please identify for me every instance where I was banned or warned in this game and the dates and reasons?

**Forge of Empires - Customer Support 2017-05-22 20:38:34**

Hello TwoCents,

You are able to look back over your messages you will be able to determine this for yourself. Thank you.

Respectfully,

Panacea
Community Manager
Forge of Empires, U.S.

**You 2017-05-22 21:10:42**

No, I can only see when I appealed the ban, not when it was put in place or for what reason. Nor am I able to see when warnings were written to me.

**Forge of Empires - Customer Support 2017-05-23 13:55:01**

Hello TwoCents,

Those bans are now lifted and there is therefore nothing to appeal. This is our final decision.

Respectfully,

Panacea
Community Manager
Forge of Empires, U.S.

**You 2017-05-24 11:10:25**

Ok, that's fine. But I filed a complaint with the German Federal Agency on Anti-Discrimination and they would like the records. If you don't provide these requested records to me you will be obstructing an investigation.

---

This ticket has been closed and can no longer be replied to.

**Attachments**

**This ticket currently has no attachments.**

# View ticket

# Moderators denying me equal access to services

**You 2017-05-22 00:12:10**

I believe that the community manager and other moderators are engaging in illegal activity by denying me equal access to "support services" such as closing my tickets without responding to them, saying that individual tickets are duplicates etc. The reason they have done this is because I have been a whistle-blower about gender and religious discrimination as well as data privacy breaches in the Forge of Empires Support Team organization.

**Forge of Empires - Customer Support 2017-05-22 01:33:45**

Hello TwoCents,

Duplicate tickets are closed and the player is asked to place any additional information on the original ticket so that all information is contained in one place.  These tickets are not closed for any other reason.

Respectfully,

Panacea

Community Manager
Forge of Empires, U.S.

**You 2017-05-22 01:35:08**

but the tickets are regarding different information.

**You 2017-05-24 11:17:00**

You marked this ticket an answered without responding to it. I'm asking why you close my tickets without responding to them - that makes me seem like you are disregarding me based on your whims or because you have a bias against me.

**You 2017-05-24 13:55:38**

I don't understand your continued denial of service and support of bias. Could you explain what measures you have in place to prevent bias in the moderators enforcement of the game rules?

---

This ticket has been closed and can no longer be replied to.

**Attachments**

This ticket currently has no attachments.


# View ticket

# I'd like to report every player in Jaims of engaging in offe

**You 2017-05-21 02:41:45**

Yes, It seems clear to me that EVERY player in ALL of Jaims has engaged in offensive behavior today or behavior that is against the game rules. I think the only option is to ban EVERY SINGLE PLAYER who plays this game. Please investigate it.

http://prntscr.com/faa2kj

Savage Clown insulted other players for quitting because they were plundered.
paper the guaze referred to "death" which is real life aggressive

King Harak used the word fahk to imitate profanity and also used the word "holy" which is religious extremism.

**You 2017-05-21 02:43:42**

Clearly these player should be banned as equally as I have been, because they also are engaging in rule breaking according to how you have articulated it. IF you do NOT ban them, I believe it is because you are supporting and defending gender-biased behavior.

**Forge of Empires - Customer Support 2017-05-21 06:53:39**

Hello TwoCents,

Thank You for contacting the U.S Forge Of Empires Support Team.

Thank you for bringing this matter to our attention, we appreciate all players that help the Forge team to keep our game running without rule breakers. I will investigate and take the appropriate action(s) if I find rule breaking.

If this conversation is taking place in chat, please take two steps-
1. Press your right button on your mouse and 'Report' the player. This takes a screenshot of the conversation and reports it directly to a group of moderators who handle these promptly.
2. Right click and press'ignore'. This will take him from your chat screen.

If this conversation is taking place via the messaging system, due to our Privacy Rules we can not look in your Messages.
1. Please left click on the player's name. This will bring up a menu that has 'Report'. Press the 'Report' button. It brings up a window for your report. This will capture the message and send it directly to the moderators.

No matter which, please do not engage this person in the future. Ignore all messages, ignore in chat. Be sure to report.

Respectfully,

Babajaga
Ingame Moderator
Forge of Empires, U.S.

**You 2017-05-21 11:45:55**

Alright, so now I'm waiting for everyone to be banned today. If I see any players in Jaims I will know that your group is full of nothing but hypocrisy and bigotry.

**You 2017-05-21 19:21:36**

Wow? you investigated EVERYONE that quickly?

**Forge of Empires - Customer Support 2017-05-21 21:44:06**

Hello TwoCents,

I just checked J affronts and there was not one single reported conversation or message. You know they have to be reported via the report button, I have told you this previously.

Respectfully,

Sgt. Bothari
Co-Community Manager
Forge of Empires, U.S.

**You 2017-05-21 22:12:18**

which is why I just reported everyone, at the same time, simultaneously. Now they have been reported and you can take action against them all :D

**You 2017-05-21 23:18:00**

I suggest you take this seriously. Discrimination can be discriminatory "on it's face" or "as a result." If you do not enforce the rules equally for everyone aka giving everyone bans for things such as "promoting the use of alcohol" or "religious extremism" then you are being discriminatory in your practices.

**Forge of Empires - Customer Support 2017-05-21 23:29:31**

Hello TwoCents,

You have been instructed on how to report a player. Please use these instructions to report a player, any player you wish. You can not report "every" or "all" players on a server.

Thank you.

Respectfully,

Panacea
Community Manager
Forge of Empires, U.S.

**You 2017-05-21 23:39:08**

ok, are you prepared for me to report every single player playing this game individually then?

**Forge of Empires - Customer Support 2017-05-21 23:45:24**

Hello TwoCents,

9. Miscellaneous
**It is not allowed to** mistreat the Support Team or **abuse the Support system.**

These tickets are concluded.  If you wish to play the game, return and enjoy the game.


Respectfully,

Panacea
Community Manager
Forge of Empires, U.S.

**You 2017-05-21 23:57:13**

I'm doing neither of those things. I am honestly and forthrightly reporting every player for offensive behavior.

**You 2017-05-21 23:57:56**

I tried to avoid spamming you, but you insist that I report everyone individually. BTW, can you tell me how to report players who are not in the chat?

**You 2017-05-22 00:00:06**

I told you before when we discussed this via email, that this issue would be dead if you applied your rules equally to all parties. You have not. You have allowed players to continue to target me when they themselves violate the rules each and every day and are not banned for it.

**Forge of Empires - Customer Support 2017-05-22 00:00:58**

Hello TwoCents,

If the players are not in chat or messages, there is no reason to report them as they have not violated the rules in any manner.

If this conversation is taking place in chat, please take two steps-
1. Press your right button on your mouse and 'Report' the player. This takes a screenshot of the conversation and reports it directly to a group of moderators who handle these promptly.
2. Right click and press 'ignore'. This will take him from your chat screen.

If this conversation is taking place via the messaging system, due to our Privacy Rules we can

not look in your Messages.
1. Please left click on the player's name. This will bring up a menu that has 'Report'. Press the 'Report' button. It brings up a window for your report. This will capture the message and send it directly to the moderators.

Respectfully,

Panacea
Community Manager
Forge of Empires, U.S.

**You 2017-05-22 00:04:52**

That's not true, they could violate the rules without being in chat or messages. Matter of fact, all of them have. The players in "LDS Saints" have engaged in religious extremism. They players in F*uck Yo Couch have engaged in sexually explicit content. etc etc.

**You 2017-05-22 00:05:45**

the players of Freemen Knights have engaged in sexism...

**Forge of Empires - Customer Support 2017-05-22 00:10:31**

Hello TwoCents,

And in which case, you are welcome to report them using the ticket system and will investigate and take the appropriate action.

Thank you.

Respectfully,

Panacea
Community Manager
Forge of Empires, U.S.

**You 2017-05-22 00:13:00**

Ok. I will do exactly that. Please remember they have broken the rules whether you find their breaking of the rules to be "offensive" or not. That's irrelevant based upon the way the rules are written.

**Forge of Empires - Customer Support 2017-05-22 01:30:30**

Hello TwoCents,

Please be aware that we will investigate and act if/when appropriate. You will not be informed of the outcome of these investigations.
9. Miscellaneous
These rules can be adapted to different cases in the interests of maintaining fair play within the game.


Respectfully,

Panacea
Community Manager
Forge of Empires, U.S.


**You 2017-05-22 01:36:47**

sure, don't inform me. But if I don't "hear through the grapevine" about bans, I will know you are biased in the way you apply your rules. Considering your rules are pretty specific and you seem to "adapt" them to favor banning me whenever the whim suits you.


**You 2017-05-24 11:15:57**

Again you marked this ticket as "answered" without actually answering it. Why are you dismissing my questions? Explain to me exactly what system you have in place to ensure that the moderators aren't just acting on their own sets of beliefs and values when instituting "bans"?


**You 2017-05-24 13:56:21**

Could you explain why you asked me to report every player individually instead of allowing the convenience (for yourselves) of reporting them all at once?

---

This ticket has been closed and can no longer be replied to.

## Attachments

This ticket currently has no attachments.


# View ticket

# Discrimination

**You 2017-05-22 00:22:15**

Exhibit 10 – Forge of Empires Support Tickets: TwoCents Submitted by Plaintiff Penny Quinteros
Case: 19-CV-1402 RSM - 161

Me38Mag clearly violated your rules about encouraging the use of alcohol. I duly reported this, yet he is still in global chat. Why are you unfairly applying your "rules" to me and not to him?

**Forge of Empires - Customer Support 2017-05-22 01:37:24**

Hello TwoCents,

Thank you for bringing this matter to our attention. We appreciate all players that help the Forge team to keep our game running without rule breakers. TwoCents, we will investigate and take the appropriate action(s) if we find rule breaking.

Respectfully,

Panacea
Community Manager
Forge of Empires, U.S.

**You 2017-05-22 01:41:15**

and yet the dude is still there to harass me, and you expect me to just sit back and take it like a "good girl"

**Forge of Empires - Customer Support 2017-05-22 01:48:51**

Hello TwoCents,

No one "expects" you to do anything but follow the rules of the game. Should the player continue actions that violate the Game Rules, please report again. Cumulative behavior certainly warrant greater actions.

Enjoy the game.

Respectfully,

Panacea
Community Manager
Forge of Empires, U.S.

**You 2017-05-22 01:52:13**

http://prntscr.com/falxyc

doesn't let me "report" again... but you can see why I say he discriminates against me based upon gender. He's only insulted me for "not being a woman" since July 2nd of last year on an almost daily basis. Not sure how much more "cumulative" you can get.

**You 2017-05-24 11:13:13**

You marked this ticket as "answered" without actually answering it. Wouldn't you agree that daily harassment is "cumulative?"

**You 2017-05-24 13:56:52**

This is the second time I have to ask this question because you marked this ticket as "answered" without actually answering it. Wouldn't you agree that daily harassment is "cumulative?"

---

This ticket has been closed and can no longer be replied to.

**Attachments**

**This ticket currently has no attachments.**

# View ticket

# Moderators releasing information

**You 2017-05-21 23:16:37**

http://prntscr.com/fal0ts

Please explain how it's possible that other players know about my ban? and "heard about it." Which of your moderators released the information?

**Forge of Empires - Customer Support 2017-05-21 23:33:50**

Hello TwoCents,

Players make assumption when they see an active player suddenly become inactive. Moderators do not provide information about any player to any other player.

Thank you.

Respectfully,

Panacea
Community Manager
Forge of Empires, U.S.

**You 2017-05-21 23:36:43**

That's not true... Your moderators released information. Look at what she said. She HEARD it, and she knew that it was 2 days!

**Forge of Empires - Customer Support 2017-05-21 23:46:45**

Hello TwoCents,

These tickets are concluded.  If you wish to play the game, return and enjoy the game.

Respectfully,

Panacea
Community Manager
Forge of Empires, U.S.

**You 2017-05-21 23:52:55**

At the bottom of this scene (on my end) is the "data privacy" rules InnoGames operates under. Your moderators have violated them. Why aren't you taking my complaint seriously?

**Forge of Empires - Customer Support 2017-05-22 01:44:56**

Hello TwoCents,

Your complaints are taken seriously...each and every one of them. Each is investigated, some of these take more time than others. Actions are taken where warranted however, you are not privy to the outcome of these investigations.

In this case, moderators do not provide information about any player to any other player. Players make assumption when they see an active player suddenly become inactive. This does not mean that a moderator released information regarding a player.

Enjoy the game.

Respectfully,

Panacea
Community Manager
Forge of Empires, U.S.

**You 2017-05-22 01:54:02**

I don't think so. I know other instances (other than maiden patty) where information was released about me. and in those cases I know it for a fact and beyond any doubt. I think you've got a leaky sieve for a privacy system.

Exhibit 10 – Forge of Empires Support Tickets: TwoCents Submitted by Plaintiff Penny Quinteros
Case: 19-CV-1402 RSM - 164

**You 2017-05-24 11:12:25**

I'm sorry, you marked this ticket as answered without actually answering it. Who released information about me and have you done an investigation on it?

**You 2017-05-24 14:27:49**

New Have you done an investigation as to which moderator released information about me? Do you have a system in place to ensure that your own privacy rules are not abused? Do you have a way to check the moderators contacts with other players? If so, have you check them?

This ticket has been closed and can no longer be replied to.

**Attachments**

This ticket currently has no attachments.

# View ticket

# I'd like to appeal ALL the bans on my record.

**You 2017-05-21 02:27:32**

I'd like to appeal all of the bans you've EVER placed on my record because none of them have EVER been correct.

**Forge of Empires - Customer Support 2017-05-21 09:02:59**

Hello TwoCents,

Thank you for contacting the Support Team.

In all cases your punishments have been deemed appropriate so unfortunately you appeal is denied.

Respectfully,

BANSHEE
Senior Ingame Moderator
Forge of Empires, U.S.

**You 2017-05-21 11:45:07**

Can you please explain why you deem my punishment appropriate in each of those cases when I haven't broken any rules?

**Forge of Empires - Customer Support 2017-05-21 23:47:49**

Hello TwoCents,

It is not possible to appeal all bans ever placed. You appealed each one at the time and they are now concluded.

These tickets are concluded. If you wish to play the game, return and enjoy the game.

Respectfully,

Panacea
Community Manager
Forge of Empires, U.S.

**You 2017-05-21 23:51:45**

Why is that not possible? The rules were misapplied in each and every one of those cases.

**Forge of Empires - Customer Support 2017-05-23 13:55:10**

Hello TwoCents,

Those bans are now lifted and there is therefore nothing to appeal. This is our final decision.

Respectfully,

Panacea
Community Manager
Forge of Empires, U.S.

**You 2017-05-24 11:09:09**

Exactly why is that your final decision? I haven't finished making my case? And since the discipline is "progressive" that means that you are still punishing me for a bans that shouldn't have been put in place to begin with.

**You 2017-05-24 14:28:26**

So, are you saying that because the issue is final, you have decided to remove the progressive discipline "marks" on my record?

This ticket has been closed and can no longer be replied to.

**Attachments**

**This ticket currently has no attachments.**

# View ticket

# what was I banned for?

**You 2017-05-19 09:57:51**

What was I banned for? I didn't say anything profane or offensive.

**You 2017-05-19 10:13:04**

*tap-tap* hello? Excuse me? could you please tell me what I was banned for?

**You 2017-05-19 10:29:40**

Hello? could I have an answer to my ticket? Why was I banned when I didn't say anything offensive?

**Forge of Empires - Customer Support 2017-05-19 11:22:48**

Hello TwoCents,

When you receive a report about being punished it means one or more messages were reported as being in violation of the Communications Rules. Usually this is because you have sent profanity, personal insults or otherwise offensive content through either the message or chat system.


Please review the GAME RULES to ensure you do not violate them again. Your ban is not subject to appeal and will remain in effect until the ban expires.

Respectfully,

Babajaga
Ingame Moderator
Forge of Empires, U.S.

**You 2017-05-19 11:22:57**

Still waiting on an answer as to why I'm being denied service by your company.

**You 2017-05-19 11:39:52**

But that's the point. I didn't use profanity or any other offensive language. And your above message says "one or more messages were REPORTED as being in violation" but a report actually means nothing. It is YOUR responsibility as a representative of Inno to equitably enforce game rules instead of being used as a tool to enforce gender-bias.

**You 2017-05-19 11:55:16**

Additionally, I didn't ask you for a broad answer of why people are USUALLY banned. I asked you why, SPECIFICALLY, I was banned.

**You 2017-05-19 12:00:06**

Also, who was the moderator who initially reviewed this complaint? I'd like to file another complaint.

**You 2017-05-19 12:05:25**

I resent your statement "Please review the Game Rules to ensure you do not violate them again." That would imply that I violated the rules in the first place. Which I did NOT, nor have I received a satisfactory answer as to WHY you think I did.

**Forge of Empires - Customer Support 2017-05-19 13:32:04**

Here are the Game Rules:


1. One account per player

Each player may have only one account per world. Each account may have only one user and may not be logged into or played by any other player.
Sharing your password with another person is forbidden.
Knowing, storing, or asking passwords for other players' accounts is forbidden. If another player sends you their password, you must always report them.

- Examples:
- It is allowed for two or more players to use the same computer and/or internet connection, provided each player only controls the actions of his/her assigned account (please contact support to make them aware).
- It is forbidden to create multiple accounts on a single world for any reason.

Exhibit 10 – Forge of Empires Support Tickets: TwoCents Submitted by Plaintiff Penny Quinteros
Case: 19-CV-1402 RSM - 168

- It is allowed to use the same account to play on multiple worlds.
- It is allowed to use multiple accounts to play Forge of Empires but never on the same world.
- You may not access (or have access to) any account that does not belong to you, on any world.
- It is forbidden to play for another player if they are temporarily away, or for any other reason.
- It is forbidden to force entry into an account or attempt to trick another player into giving you their login information.
- It is forbidden to ask another player for their login information.

2. Sharing a device and/or internet connection

It is allowed for two or more players to use the same computer and/or internet connection, provided each player only controls the actions of his/her account (please contact Support to make them aware).

- Examples:
- It is allowed for you and your brother to each have your own account on Forge of Empires provided that you both only have access to your own account.
- It is allowed to login at your work or school provided that only you have access to your account.

**3. Communication**

**InnoGames does not accept any publications that the Forge of Empires Team considers illegal, insulting, offensive, threatening, abusive, real-life-aggressive, sexually explicit, pornographic (including, but not limited to drawings and animations), profanity, politically extreme, religiously fanatic, endangering youth, racist, playing down the use of illegal drugs or alcohol, or promoting the use of said substances or in any way inappropriate. Posting links to such content is also not allowed.**

**Spamming other players with in-game mails or chat messages is abusive and will not be tolerated. It is against the rules to impersonate any staff member or suggest acquaintances with them in order to force any kind of behavior.**

- **Examples:**
- **It is forbidden to use inappropriate names,**
- **It is forbidden to advertise competitors' games, post inappropriate content or links to such, post links to moneymaking sites or links to competitors' games.**
- **It is allowed to refer to a player as a noob or to criticize their way of playing using appropriate language.**
- **Threats are only allowed when they relate to the game and not real life. For example, saying that you will attack someone with your units if he does not give you Forge Points is allowed. However, it is not allowed to say that you will find someone and beat him up if he does not give you Forge Points.**
- **Using only capital letters, or spamming the same message repeatedly in the chat room is not permitted as it is poor chat etiquette.**
- **We ask players to not use account names that include whole e-mail addresses, full names or telephone numbers, for player safety and safety of personal data.**
- **Encouraging other players to break rules is forbidden.**

4. Language

Exhibit 10 – Forge of Empires Support Tickets: TwoCents Submitted by Plaintiff Penny Quinteros
Case: 19-CV-1402 RSM - 169

This Forge of Empires server is an English game. The use of other languages in the game is forbidden. This means all communication and all publications must be in English.

A short phrase or a universally known saying in another language is permitted, provided that this is translated to English either directly following or preceding it. It is not necessary to translate proper names.

Support requests must also be created in understandable English, otherwise an answer might be not be given.

5. Transfer of accounts and Diamonds

It is not allowed to play accounts for commercial purposes. It is not allowed to sell, buy, trade or offer accounts in exchange for Diamonds or any other benefit.

It is not allowed to exchange in-game items (e.g. goods, Forge Points etc.) for Diamonds or outside benefits (such as money, vouchers etc.).

An account can be transferred for free to another person. A prior express approval from the Support team must be given. An account may only be transferred once.

Diamonds may only be used by the account that bought them. Transferring Diamonds to another account is not possible.

6. Bots and scripts

It is strictly forbidden to use bots or scripts.

- Examples:
- It is strictly forbidden to use bots or scripts that automatically collect your resources.
- It is not allowed to use click-bots or scripts that minimize your manual clicks.
- You may not use programs that mimic premium features or provide an unfair advantage.

7. Bugs
Each player is required to report serious errors immediately to the Forge of Empires Team. A player is not allowed to knowingly take advantage of bugs.

If you notice that a player is abusing a bug in the game you must report him.

If you notice a spelling error or typo, you are not obligated to report it, however you are encouraged to do so for the improvement of the game

8. Pushing

Operating a push account or knowingly benefiting from it is forbidden. A push account is an account that is mainly used to help another account while neglecting other parts of the game. This means that it is

Exhibit 10 – Forge of Empires Support Tickets: TwoCents Submitted by Plaintiff Penny Quinteros
Case: 19-CV-1402 RSM - 170

not allowed to use an account solely for the purpose of helping another account grow, or to knowingly receive benefits or any kind of support from such account.

Trades in any form (goods, Forge Points, etc.) that involve multiple worlds are forbidden.

**9. Miscellaneous**

**Please treat other Forge of Empires Community members with respect. Following the rules helps to create a fun and fair environment for everyone.**

**The Community Management of the US version of Forge of Empires are the final arbiters of any rules dispute. Their interpretation of these rules is final.**

**Forge of Empires Team reserves the right to exclude anyone from the game. Bans can be appealed via the Support System.**

**Please be aware that in-game items can be removed from an account as a punishment, and that Diamonds aren't refunded to players who are banned for breaking our rules.**

**If you believe someone is breaking the rules, you can contact the Support Team.**

**Knowingly benefiting from another player breaking the rules is prohibited. If you think you have benefited from a breach of rules, you must report this.**

**It is not allowed to mistreat the Support Team or abuse the Support system.**

**These rules can be adapted to different cases in the interests of maintaining fair play within the game.**

10. Account deletion

Game accounts may be deleted after 30 days of inactivity. Please note that any Diamonds left on the account will remain on the master account and will not be deleted, unless a complete account deletion has been requested.

Rules Revised: 01.09.2015

Here is a copy of your recent conversation in chat that was against the rules:

- 06:14: maiden Patty: honey , we are in the same guild
- 06:15: maiden Patty: swap thread
- 06:15: StayDauntless: hibernation? I check in for our FOE global morning coffee - well I did last week
- 06:15: maiden Patty: hahaha
- 06:15: StayDauntless: I'm on mobile mostly
- 06:16: Kappa77: LOL, I know I am giving you a hard time

Exhibit 10 – Forge of Empires Support Tickets: TwoCents Submitted by Plaintiff Penny Quinteros
Case: 19-CV-1402 RSM - 171

- 06:16: maiden Patty: Kappa not in A.A. O,O
- 06:16: StayDauntless: getting attacked in global is not my idea of global fun
- 06:16: StayDauntless: oh it's ok- give away
- 06:16: maiden Patty: I will make him join
- 06:16: StayDauntless: I can take it *squares shoulders*
- 06:16: Kappa77: I know you can, missed ya
- 06:17: StayDauntless: get him MP
- 06:17: StayDauntless: I'll get his legs you get his arms
- 06:17: maiden Patty: ok
- 06:17: StayDauntless: ty missed you guys too
- 06:17: Kappa77: I am going to call it a night though, sweet dreams ladies
- 06:17: StayDauntless: MP be like "sure SD"
- 06:17: StayDauntless: good night Kappa- good to see ya
- 06:18: maiden Patty: ahhhh
- 06:18: maiden Patty: why
- 06:18: maiden Patty: im like it is so good to see ya
- 06:18: maiden Patty: I missed ya
- 06:19: Bryndolph: have fun guys...might pop on in a few hours
- 06:19: StayDauntless: Bryn!
- 06:19: maiden Patty: have fun a work Bryn
- 06:19: maiden Patty: Muahhhh
- 06:19: StayDauntless: me will be sleeping I hope- you take care Bryn
- 06:21: StayDauntless: MP- I'm out for now :P me happy to see ya *hugs*
- 06:21: maiden Patty: ok everything is connected
- 06:21: maiden Patty: sweet dreams GF (hugs) so good to see you
- 06:23: StayDauntless: you too - take care and sweet dreams
- 06:23: maiden Patty: coffee maybe ?
- 06:25: StayDauntless: YES
- 06:25: maiden Patty: lol
- 06:25: StayDauntless: morning coffee date- MP and SD :) Night
- 06:25: maiden Patty: night ( :
- 07:03: Lancelot du pasi: night sd
- 07:27: PerthMaverick: 2C are you there?... or are you busy in LMA ;-)
- 07:32: Unkyung: lol why you calling people out perth
- 07:34: PerthMaverick: lol
- 07:34: PerthMaverick: Seeking attention
- 07:34: PerthMaverick: And I need more CE goods.. lol
- 07:35: Unkyung: lol
- 07:36: PerthMaverick: How are you Unk?
- 07:36: Unkyung: good getting ready to call it a night. you?
- 07:36: PerthMaverick: Early days here... only just gone 3pm

- 07:37: PerthMaverick: Night Unk. I better go before I tip more people off... lol
- 07:42: TwoCents: **** off Perth
- 07:45: PerthMaverick: But...but...
- 07:49: TwoCents: how much do they pay you to f your ass?
- 07:50: Unkyung: o.O
- 07:51: PerthMaverick: Good boy never tells!
- 07:51: Chobyn: tsk tsk...who lit the fuse on your tampon?
- 07:52: TwoCents: what do they call you for fun? Grand Canyon?
- 07:52: TwoCents: must be... to fit all of Inferno up there
- 08:04: PerthMaverick: :-)
- 08:05: PerthMaverick: So, I guess doing another trade for CE goods is out of the question?.. that's the main reason I tried to get your attention.
- 08:09: datman69: that is really really sad
- 08:09: datman69: i told unkyung why i deleted you and that was the true two
- 08:10: datman69: this just shows how vengeful of a person you are
- 08:10: TwoCents: come to suck each other off?
- 08:10: TwoCents: go ahead... I'm sure you'll get paid extra
- 08:12: datman69: nobody is paying anyone two
- 08:12: datman69: i spoke the truth about it
- 08:12: TwoCents: darn right I'm vengeful
- 
- 08:17: TwoCents: go choke to death on your own vomit

Your ban is NOT subject to appeal.

Respectfully,

Babajaga
Ingame Moderator
Forge of Empires, U.S.

**You 2017-05-19 13:39:58**

Exhibit 10 – Forge of Empires Support Tickets: TwoCents Submitted by Plaintiff Penny Quinteros
Case: 19-CV-1402 RSM - 173

yes, I read my chat and I don't see how it is against the game rules. I didn't use profanity. I purposefully STOPPED myself from using profanity by using the letter "f". Are letters now considered profane publications? In addition none of the other words I used violated rule #3. And, if you're implying I violated rule #9, I think I treated them with the exact respect they deserved.

### You 2017-05-19 13:42:33

And for your information, I haven't gotten down to "appealing" the discriminatory denial of service yet. I am simply questioning what caused it at this point. I'll let you know when/if I decide to "appeal" it.

### Forge of Empires - Customer Support 2017-05-19 13:49:59

Can you tell me what this means:
F*** off
**** off
Get the **** out of here

We ALL know exactly what is meant saying this.

The things that really crossed the line were as follows:
come to suck each other
off?
go choke to death on
your own vomit

These things violated rule 3
insulting, real-life-aggressive, sexually explicit


Many of FoE players are children so this game IS CHILD FRIENDLY and NOT MATURE.

Respectfully,

Babajaga
Ingame Moderator
Forge of Empires, U.S.

### You 2017-05-19 14:01:14

first off... I never typed "F*** off" - that's your imagination. We're discussing what I ACTUALLY did or did not do. Not what I MIGHT have or COULD have done.

Typing four asterisks is NOT profanity. You say "we ALL know exactly what is meant saying this," but that's not true. Some of the best literary and philosophical minds say that you CANNOT determine an author's INTENT in written publication (Roland Barthes - The Death of the Author). Any connotation derived from that is in your own mind, not mine.
Because I TYPED FOUR ASTERISKS, meaning I meant to put FOUR ASTERISKS.

Telling someone to choke on their own vomit isn't aggressive at all. It is just a wish or hope. It's not a threat.
"suck each other off" is neither insulting nor sexually explicit because I didn't identify which part of the body they should suck. If I had said, "come to suck each other's Pen ises?" then it would be. But I purposefully restrained myself from violating any game rules.

So I think you are just making things up for some other agenda.

### You 2017-05-19 14:45:13

I doubt that many children were on at 3am eastern time....

### You 2017-05-19 15:15:53

but, even if they were... that's why I particularly AVOIDED violating the game rules and kept my written language PG13 and below.

### You 2017-05-19 15:17:53

Are you the moderator who banned me last night?

### Forge of Empires - Customer Support 2017-05-19 19:52:49

Can you tell me what was meant when writing this:
**** off Perth


This statement is refearing to a sexual action which is HIGHLY INAPPROPRIATE and may even be insulting to people no matter which part of the body it is done to:
come to suck each other
off?
go ahead... I'm sure
you'll get paid extra
now you suck him off
routinely

Exhibit 10 – Forge of Empires Support Tickets: TwoCents Submitted by Plaintiff Penny Quinteros
Case: 19-CV-1402 RSM - 175

Yes, we can look at the death statement this way also, keeping in mind that this is ONLY a wish and or hope...saying:
"go choke to death on your own vomit"
is EXACTLY if someone said to someone else,
go hang yourself already
Or
I wish you tripped and fell out of a 6 story window.

You have not said the two statements above but you did wish someone death and wrote to everyone about it...keep those thoughts to yourself.

Are you trying to walk a "fine" line between what is against the rules and what isn't?

What kind of agenda do you think I am doing my job for?

Yes, I was the moderator that came across your vulgar language and banned you temporarily.

You have broken game rule #3 and your ban is NOT subject to appeal.

3. Communication**InnoGames does not accept any publications that the Forge of Empires Team considers illegal, insulting, offensive, threatening, abusive, real-life-aggressive, sexually explicit, pornographic (including, but not limited to drawings and animations), profanity, politically extreme, religiously fanatic, endangering youth, racist, playing down the use of illegal drugs or alcohol, or promoting the use of said substances or in any way inappropriate**. Posting links to such content is also not allowed.Spamming other players with in-game mails or chat messages is abusive and will not be tolerated.
It is against the rules to impersonate any staff member or suggest acquaintances with them in order to force any kind of behavior.

Respectfully,

Babajaga
Ingame Moderator
Forge of Empires, U.S.

**You 2017-05-19 22:35:13**

First, I think your agenda is to be gender-biased. I think you're holding me to a higher standard because of my gender. If a man had said the above things he would be lauded, instead I am punished. You don't punish men equally - definition of gender bias.

Secondly, "You have not said the two statements above but you did wish someone death and wrote to everyone about it...keep those thoughts to yourself," is against my moral code. I do keep to a strict moral code that requires me to engage in the practice of honesty and openness. I don't hide my feelings. EVER--- so I DO NOT "keep thoughts to myself," I find it offensive and morally repugnant that you would ask me to do so.

Finally, what I meant by those above statements is what I typed: "BLANK OFF" just as if I had used the word "BLANK" when speaking to someone in the grocery store parking lot. And I would have felt fine telling my child to go suck a toe. If you find the word "suck" offensive, perhaps you should suggest it for the censorship filter. Until then I feel no obligation not to use it in any way I see fit.

### Forge of Empires - Customer Support 2017-05-19 22:41:13

I had no idea that you were a female until now, how can you call me gender biased?

Respectfully,

Babajaga
Ingame Moderator
Forge of Empires, U.S.

### You 2017-05-19 22:42:40

So when the dude wrote this: 07:51: Chobyn: tsk tsk...who lit the fuse on your tampon? That didn't give you a clue I was a female? Or are you saying you didn't ACTUALLY read what transpired?

### Forge of Empires - Customer Support 2017-05-19 23:23:08

Yes, I did read the entire comversatiin, three times actually, to give out the appropriate action.

There was no accurate indication that you were female, and that said statement, I wasn't sure what to make out of it.

I sincerely apologize if I have offended you in any way, shape or form, that was not my intention.

I would have given the same EXACT punishment to anybody for what was said in that conversation because, lets be honest here, bad/ insulting things were said that clearly went against FoE rules.

Respectfully,

Babajaga
Ingame Moderator
Forge of Empires, U.S.

### You 2017-05-19 23:34:47

I don't believe you. I think the people reporting me are sexist, they report me often and frequently and they rely on the moderators to do their dirty work for them. Check in global on J a few hours ago... men were telling each other to go "dig up your dead grandmother and bang her." As far as I know, these men weren't reported and weren't banned. Other men found it funny. That's a double standard and shouldn't be tolerated by you or anyone else.

And being totally honest, I don't think anything was against the rules, because the rules are so arbitrary they can make ANYTHING be a banning offense. Meaning, it's all subjective. In my understanding, I didn't say anything profane. I didn't make any real life threats, I didn't support the use of illegal substances, etc etc.

### Forge of Empires - Customer Support 2017-05-19 23:38:35

Thank you for bringing this matter to our attention, we appreciate all players that help the Forge team to keep our game running without rule breakers. I will investigate and take the appropriate action(s) if I find rule breaking.

If thiat conversation is taking place in chat, please take two steps-
1. Press your right button on your mouse and 'Report' the player. This takes a screenshot of the conversation and reports it directly to a group of moderators who handle these promptly.
2. Right click and press'ignore'. This will take him from your chat screen.

If that conversation is taking place via the messaging system, due to our Privacy Rules we can not look in your Messages.
1. Please left click on the player's name. This will bring up a menu that has 'Report'. Press the 'Report' button. It brings up a window for your report. This will capture the message and send it directly to the moderators.

No matter which, please do not engage this person in the future. Ignore all messages, ignore in chat. Be sure to report.

This way those players will also be punished when they break the rules.

Respectfully,

Exhibit 10 – Forge of Empires Support Tickets: TwoCents Submitted by Plaintiff Penny Quinteros
Case: 19-CV-1402 RSM - 178

Babajaga
Ingame Moderator
Forge of Empires, U.S.

### You 2017-05-19 23:50:59

You are mistaken, I'm not saying I want to report them. I'm saying that this kind of behavior is common and acceptable in this game. It's not offensive. It's typical.
If you notice in the above conversation from last night, both Perth and Datman called me out. I didn't go into global to call their so I could fight with them, but they went in there so they could fight with me. Is it really my fault to defend myself vehemently and with passion in a community that finds such things acceptable and standard?

### Forge of Empires - Customer Support 2017-05-20 16:13:43

When another player reports a post/message/conversation this means that THEY don't find those actions to be acceptable. Then their report gets sent to our allfronts system which moderators read over ALL sides of the ENTIRE conversation for anything that goes against the Forge Of Empires' rules and then give out the appropriate action.
Perhaps you have grown up with people that find your vulgar comments to be to standard and acceptable but please understand such things will **NOT** be tolerated in FoE.
As I have said before, no matter what time of day or night it is, many of our players are kids. When you or anyone else writes such vulgar things those kids will learn to say the same things as you have said and they will repeat them. Then their parents/guardians would come to us saying that FoE is an inappropriate game for children and look at what our child has learned to say.
If you don't report a player for saying something that goes against the rules but they report YOU for doing something bad well, then that's your problem that you want to protect those players while they report you and get you in trouble.
Also, if someone is calling you out then just ignore them and report them, they will get bored and stop after they dont get a response from you.

Respectfully,

Babajaga
Ingame Moderator
Forge of Empires, U.S.

### You 2017-05-21 02:21:51

I find your assumption that I have "grown up with people" who find vulgarity standard to be a misrepresentation and very bigoted on your behalf. Perhaps you should attend cultural sensitivity

training, because I am trying to inform you about the culture grown and defined in the Forge of Empire terms.

And I'm very sorry, but I think the kids learn the letter 'F' when they learn the alphabet.

And actually, I think it's YOUR problem that you don't think it's ok to enforce the rules adequately to all involved players. Since YOUR the INNO representative, not me.

I don't plan on "ignoring" anyone. It goes against my religious beliefs to hide my feelings, and your standards of "run and hide from them," simply don't suit me.

### Forge of Empires - Customer Support 2017-05-21 06:52:03

Your Temporary ban has passed.
Please try NOT to do anything offensive or otherwise against our game rules. Please make sure you interact with other players in a friendly manner.
If you get reported again for some reason be aware that we will be judging the allfront in accordance to FoE rules which I have stated in my above replies to you.

Enjoy your game.

Respectfully,

Babajaga
Ingame Moderator
Forge of Empires, U.S.

### You 2017-05-21 11:47:48

I don't care if my denial of service resulting in monetary loss has passed. It makes no difference to me when arguing about what is right and what is wrong. You are wrong in banning me today, and if the punishment is progressive then every single ban against me has been wrong.

Why are you acting dismissive and disregarding my truly held religious beliefs?

### You 2017-05-21 18:48:01

The bottom line is that YOU are a terrible influence on kids- teaching them to bend over and grab their ankles- while I am a good influence on them, teaching them to stand up for themseves and to say what they mean, and mean what they say.

### You 2017-05-21 18:51:03

Why don't you drop the "it's all about the kids act," because what I do and type is good for children.

**Forge of Empires - Customer Support 2017-05-21 19:08:11**

You can say anything that you wish but there are limits... you can't go to a movie theater and yell "FIRE FIRE" and not expect consequences.
Also, you can any anything that is on your mind just don't use vulgar language to express it.

Respectfully,

Babajaga
Ingame Moderator
Forge of Empires, U.S.

**You 2017-05-21 19:21:01**

except you can state on public airwaves that President Trumps mouth is a "cockholster" and it is NOT considered indecent by the people tasked with monitoring that in our society! (FCC).... so exactly why is it that you're holding me to a different moral standard?

**You 2017-05-21 19:22:44**

I can use any language I like to represent my true thoughts and beliefs.

**You 2017-05-21 19:25:41**

And if the movie theater were on fire, I WOULD yell Fire and it would be appropriate. Stop asking me to lie about things.

**You 2017-05-21 19:26:37**

What is the mailing address for Inno Games US?

**You 2017-05-21 19:35:16**

You and people like you are a blight on our society, and I refuse to be denied service and subjected to monetary loss because of your false and skewed moral code.

**You 2017-05-21 20:41:30**

Allow me to make an analogy to what is going on in these circumstances:
A black dude walks into a restaurant. The other patrons of the restaurant don't like black people and think, "how dare he have the nerve to walk into a place where we eat." They gang up together to

Exhibit 10 – Forge of Empires Support Tickets: TwoCents Submitted by Plaintiff Penny Quinteros
Case: 19-CV-1402 RSM - 181

complain to the owner of the restaurant that he "smells bad," and the owner kicks the black guy out. That's racist and illegal and exactly what is going on here.

These players don't like me because I'm an outspoken woman, they gang up to complain against me, and you as the representative of the company are "kicking me out." It's wrong and illegal. I didn't say anything wrong. I didn't DO anything wrong. You want to hold me to a different moral standard that I don't believe in. I'm NOT going to censor myself or "turn the other cheek." I'm going to continue to do exactly what I have been doing, because I don't think bigotry should be rewarded and reinforced.

### Forge of Empires - Customer Support 2017-05-21 23:35:45

Hello TwoCents,

Your ban is concluded. The account is now unbanned and will be monitored for compliance. Abide by the rules and enjoy the game. CLICK HERE to review the Game Rules

Please be aware that the Forge of Empires support team is in no way shape or form, responsible for legal issues.  Our address data is as follows:
InnoGames GmbH
Friesenstraße 13
20097 Hamburg
Germany


Respectfully,

Panacea
Community Manager
Forge of Empires, U.S.

### You 2017-05-21 23:38:20

I don't care if the ban is concluded or not. The illegal action already occurred against me, the fact that "it's over" doesn't matter. Which is why I suggest you forward this information to your legal team.

### Forge of Empires - Customer Support 2017-05-21 23:46:00

Hello TwoCents,

Please be aware that the Forge of Empires support team is in no way shape or form, responsible for legal issues. Please inform your lawyer to contact our legal department in Hamburg, Germany. Our address data is as follows:

InnoGames GmbH

Friesenstraße 13

20097 Hamburg

Germany


Respectfully,

Panacea
Community Manager
Forge of Empires, U.S.


### You 2017-05-21 23:55:01

Well unfortunately the Forge of Empires support team has acted illegally. I will have my lawyer contact you, because guess what? InnoGames operates in the United States and therefore subject to the jurisdictions of USA federal law.

### Forge of Empires - Customer Support 2017-05-23 13:54:53

Hello TwoCents,

Those bans are now lifted and there is therefore nothing to appeal. This is our final decision.

Respectfully,

Panacea
Community Manager
Forge of Empires, U.S.


### You 2017-05-24 11:11:11

I'm sorry, this ticket is in regards to WHY I was banned, so I'm not sure why you're referring to an "appeal" in this section.

### Forge of Empires - Customer Support 2017-05-24 13:25:58

Hello TwoCents,

You have been provided this information on two different tickets. This ban is concluded without further need for appeal.

Exhibit 10 – Forge of Empires Support Tickets: TwoCents Submitted by Plaintiff Penny Quinteros
Case: 19-CV-1402 RSM - 183

Enjoy the game.

Respectfully,

Panacea
Community Manager
Forge of Empires, U.S.

### You 2017-05-24 13:33:33

I disagree, I think you should consider changing your mind. I think you're acting in a way that makes an double standard and I think you should change your opinion on the matter. I will continue to ask you to do so.

### You 2017-05-24 13:54:37

Again, this ticket was marked as answered when you didn't answer it.

### Forge of Empires - Customer Support 2017-05-24 13:58:47

Hello TwoCents,

We will not be answering these tickets any further. I have told you that this was my final answer and it is. You were told why you were banned, you served the ban. It is over. Final. From here on I will close the tickets if you persist.

Respectfully,

Panacea
Community Manager
Forge of Empires, U.S.

### You 2017-05-24 14:26:52

I'm sorry, what exactly are you referring to? I have multiple issues that I am addressing, ONE is your illegal denial of service (that you call a ban) on the basis of discrimination. TWO is reporting your moderators for discrimination. THREE is reporting you for discrimination. FOUR is reporting other players for equally bannable offenses. FOUR is asking for records in regards to my complaint of discrimination with the federal agency of anti-discrimination in Germany. FIVE is reporting your lack of equitable service in regards to tickets. ETC.

### Forge of Empires - Customer Support 2017-05-24 21:39:52

Hello TwoCents,

These tickets are now closed. We will not be answering any of these any further. We have provided answers to you on each of your tickets. The answers are final.

If you wish to continue to play the game, go and do so. Enjoy the game.

Respectfully,

Panacea
Community Manager
Forge of Empires, U.S.

---

This ticket has been closed and can no longer be replied to.

**Attachments**

# This ticket currently has no attachments.

# View ticket

# Discrimination

**You 2017-05-24 14:24:20**

I'd like to report that you are unfairly and inequitably enforcing your game rules. Additionally I'd like to report that you dismiss my complaints without properly responding to them.

**Forge of Empires - Customer Support 2017-05-24 21:48:22**

Hello TwoCents,

You tickets have been answered- repeatedly. The answers are final. No further discourse will be held on any of these tickets.

If you wish to continue to play the game, do so. Enjoy the game.

Respectfully,

Panacea
Community Manager
Forge of Empires, U.S.

---

This ticket has been closed and can no longer be replied to.

**Attachments**

This ticket currently has no attachments.

# View ticket

# Sexually Explicit Conduct

### You 2017-05-25 14:06:39

This player is participating in a guild called "Rough Riders" which is a sexual innuendo.

### Forge of Empires - Customer Support 2017-05-25 14:09:39

Hello TwoCents,

This is being dealt with in another ticket and therefore this ticket will be closed.

Respectfully,

Lady Marlena
Ingame Moderator
Forge of Empires, U.S.

---

This ticket has been closed and can no longer be replied to.

**Attachments**

This ticket currently has no attachments.

# View ticket

# Sexually Explicit Behavior2

**You 2017-05-25 14:40:44**

This player is engaged in sexually explicit behavior because they are in a guild called "Rough Riders." The term "Rough Rider" is both a type of condom and a type of sexual intercourse.

**Forge of Empires - Customer Support 2017-05-25 14:44:55**

Hello TwoCents,

Please do not create more than one ticket per issue. As this is a duplicate, we are closing this ticket. If you wish to pose additional information, please post in the pre-existing ticket. Thank you for your cooperation and enjoy the game.

Respectfully,

Lady Marlena
Ingame Moderator
Forge of Empires, U.S.

**You 2017-05-25 14:46:35**

No, I'm sorry. Your community manager clearly directed me to place each ticket INDIVIDUALLY. She said so multiple times. So I will follow her direction.

---

This ticket has been closed and can no longer be replied to.

## Attachments

This ticket currently has no attachments.

# View ticket

# Wrong pic

**You 2017-05-26 17:01:56**

Your Arthur Conan Doyal questline has a quest displaying the wrong picture:

**Forge of Empires - Customer Support 2017-05-26 19:06:40**

Hello TwoCents,

Thank you for reporting this potential issue to us, TwoCents. I apologize for any inconvenience this issue may have caused and will pass this on to the developers of the game.

Respectfully,

Sgt. Bothari
Co-Community Manager
Forge of Empires, U.S.

**You 2017-05-28 17:15:36**

So, why is it you can answer this ticket but not the others I have open?

**Forge of Empires - Customer Support 2017-05-28 17:47:25**

This ticket was to assigned to any moderator.

Respectfully,

Sgt. Bothari
Co-Community Manager
Forge of Empires, U.S.

**You 2017-05-28 18:45:36**

And the others? They are just languishing because you all don't feel like answering legit questions?

**Forge of Empires - Customer Support 2017-05-28 19:57:15**

You will have to take that up with Panacea, she has all of your other tickets.

Respectfully,

Sgt. Bothari
Co-Community Manager
Forge of Empires, U.S.

---

This ticket has been closed and can no longer be replied to.

**Attachments**

**This ticket currently has no attachments.**

# View ticket

# Support System

**You 2017-05-30 15:39:26**

Why aren't my tickets being answered? Do you just not like answering legitimate questions?

**Forge of Empires - Customer Support 2017-05-30 22:56:17**

Hello TwoCents,

We have told you the final answer on all your tickets and no further answers will be forthcoming.

Enjoy the game.

Respectfully,

Panacea
Community Manager
Forge of Empires, U.S.

**You 2017-05-31 03:28:31**

New But why would you choose not to answer my tickets? I would think you would want to know if you were being used by abusers and harassers. Instead you hide behind vague and arbitrary rules to hide your misconduct.

This ticket has been closed and can no longer be replied to.

**Attachments**

This ticket currently has no attachments.

# View ticket

# Support System isn't working

**You 2017-05-25 18:41:26**

For some reason I can't respond to tickets that have been marked as "answered" without actually having been answered.

**Forge of Empires - Customer Support 2017-05-26 04:09:17**

Hello TwoCents,

What seems to happen when you attempt to type/save your answer?

Respectfully,

Panacea
Community Manager
Forge of Empires, U.S.

**You 2017-05-26 11:31:23**

I get a little red circle with a slash through it instead of a cursor

**You 2017-05-31 03:31:21**

New You didn't answer what might be happening with your support system.

This ticket has been closed and can no longer be replied to.

## Attachments

This ticket currently has no attachments.

# View ticket

# More Offensive Behavior!

Exhibit 10 – Forge of Empires Support Tickets: TwoCents Submitted by Plaintiff Penny Quinteros
Case: 19-CV-1402 RSM - 190

**You 2017-05-25 17:37:35**

I'd like to report myself for using the term "Grand Canyon" because clearly, it is offensive language as previously defined by you. I think Babajaga says it's "vulgar"

**You 2017-05-25 18:36:26**

I'm sorry, you didn't answer this ticket but marked it in as answered.

**Forge of Empires - Customer Support 2017-05-26 04:09:39**

Hello TwoCents,

Thank you for bringing this matter to our attention. I have investigated, but found nothing illegal.

Respectfully,

Panacea
Community Manager
Forge of Empires, U.S.

**You 2017-05-26 11:30:24**

How do you justify the hypocrisy of saying it was offensive before ond not now?

**You 2017-05-31 03:34:08**

New So, if it's ok to use the term "Grand Canyon," you'll have no objection to me using the term on a regular basis?

---

This ticket has been closed and can no longer be replied to.

**Attachments**

This ticket currently has no attachments.

# View ticket

# I'd like to report every player in Jaims of engaging in offe

Exhibit 10 – Forge of Empires Support Tickets: TwoCents Submitted by Plaintiff Penny Quinteros
Case: 19-CV-1402 RSM - 191

**You 2017-05-24 14:29:24**

Please advise me how to report mobile players who are not in the message system of offensive behavior?

**Forge of Empires - Customer Support 2017-05-24 21:49:54**

Hello TwoCents,

Please provide an example. If a player has not issued a chat message, then how do you perceive they are involved in offensive behavior?  Thank you.

Respectfully,

Panacea
Community Manager
Forge of Empires, U.S.

**You 2017-05-24 22:13:36**

Some players have offensive names, or are in guilds that have offensive names.

**You 2017-05-24 22:14:50**

Besides, you're rules don't require that they are involved in offensive behavior. Just that they have broken the rules. Plenty of players have names referring to alcohol or drugs. Plenty of players have names that are real-life-aggressive. Plenty of players have names that encourage other players to break the rules.

**Forge of Empires - Customer Support 2017-05-25 13:03:59**

Hello TwoCents,

Those players must be reported before action can be taken. If you see this in chat, then use the Report feature. If you see this while searching, then you may place a ticket but you will not be informed as to the outcome of the action to the player.  Please be aware that many players may have been banned and no longer play. Thank you.

Respectfully,

Panacea
Community Manager
Forge of Empires, U.S.

**You 2017-05-25 13:45:08**

Why must those players be reported? Your rules don't say so.
"Please be aware that many players may have been banned and no longer play." Every single player has performed actions against your rules at one point or another, but because you use a discriminatory system where the inmates run the asylum using "reports" you're allowing a double-standard to exist.

**You 2017-05-25 14:26:53**

You closed this ticket without actually answering it. I was asking why you are requiring every player to be reported before you can take action against them for rule breaking. For some reason you seem to think that they must be engaged in "offensive" behavior, but your rules state that is only ONE of many things a player can get banned/punished for.

**You 2017-05-25 17:11:31**

You marked this ticket as answered without actually answering it. I was asking why you are requiring every player to be reported before you can take action against them for rule breaking. For some reason you seem to think that they must be engaged in "offensive" behavior, but your rules state that is only ONE of many things a player can get banned/punished for.

**You 2017-05-25 18:44:36**

Why do you have disagreements about your procedures? One person tells me to make reports of everyone individually. Another person closes my tickets saying their being handled on a different ticket. Why are you giving me the run-around?

**You 2017-05-31 03:35:01**

New So, do you want me to report everyone individually or do you want me to "consolidate" my tickets?

---

This ticket has been closed and can no longer be replied to.

## Attachments

This ticket currently has no attachments.

# View ticket

# Sexually Explicit Conduct

**You 2017-05-25 14:30:33**

You erroneously closed this ticket that was reporting the player CopasX for offensive behavior. The other ticket I had was reporting Mortizzle15. As your community manager has told me directly. EACH player MUST be reported INDIVIDUALLY. So therefore you cannot deal with a report of one player "in another ticket."

**Forge of Empires - Customer Support 2017-05-25 17:06:50**

Hello TwoCents,

Thank you for bringing this matter to our attention. We appreciate all players that help the Forge team to keep our game running without rule breakers. TwoCents, I will investigate and take the appropriate action(s) if I find rule breaking.

Respectfully,

Panacea
Community Manager
Forge of Empires, U.S.

**You 2017-05-25 17:13:52**

I don't think there can be any doubt of rule breaking... considering it doesn't have to be offensive it's pretty clearly a sexual reference. Additionally what is the "appropriate" actions you have available to you?

**You 2017-05-25 18:43:36**

InnoGames does not accept any publications that the Forge of Empires Team considers illegal, insulting, offensive, threatening, abusive, real-life-aggressive,SEXUALLY EXPLICIT, pornographic
(including, but not limited to drawings and animations), politically extreme, religiously fanatic, endangering youth, racist, playing down the use of illegal drugs or alcohol, or promoting the use of
said substances OR in any way inappropriate.

Why are you not enforcing your own rules?

**You 2017-05-31 03:38:12**

The term "Rough Rider" is sexually explicit and offends me. Why would you not enforce your own rules? Is it because you only target people that you don't like?

---

This ticket has been closed and can no longer be replied to.

**Attachments**

**This ticket currently has no attachments.**

# View ticket

# when are Babajaga and Panacea getting fired?

**You 2017-05-31 03:50:53**

Julie, could you please tell me when you and Babajaga getting fired for your misconduct? I'd like to apply for your job.

---

This ticket has been closed and can no longer be replied to.

**Attachments**

**This ticket currently has no attachments.**

# View ticket

# Land Glitch

**You 2017-05-30 18:44:08**

Some sort of crazy glitch from lag caused my expansion to be placed weirdly off to the left instead of in line with the other five expansions I was placing... Can you fix it please? http://prntscr.com/fe0kv1

**Forge of Empires - Customer Support 2017-05-30 21:32:42**

Hello TwoCents,

Thank you for contacting Support.  Your concern is important to us.  We are reviewing your ticket and will reply as soon as possible.

Thank you for your patience.

Respectfully,

Exhibit 10 – Forge of Empires Support Tickets: TwoCents Submitted by Plaintiff Penny Quinteros
Case: 19-CV-1402 RSM - 195

Menace
Senior Ingame Moderator
Forge of Empires, U.S.

**Forge of Empires - Customer Support 2017-05-31 11:52:41**

Hello TwoCents,

We need to know exactly where this expansion needs to go, as a courtesy we can move it one time. It also must be completely empty.

Respectfully,

Sgt. Bothari
Co-Community Manager
Forge of Empires, U.S.

**You 2017-05-31 14:21:59**

It's on the south-west side now (pretty obviously out of square). I recently placed five expansions along the south-east side of the city... I'd like this expansion to be in the same line across the south-east side, so that the 6 new expansions are in a row. (there will still be one expansion missing from making it completely rectangular, instead of 2 missing).

**Forge of Empires - Customer Support 2017-06-01 11:33:57**

It have been moved


Have a great day!

Respectfully,

Sgt. Bothari
Co-Community Manager
Forge of Empires, U.S.

**You 2017-06-01 12:01:20**

Great, now why don't you see if you can do something about the bigotry that goes on in your system?

**You 2017-06-01 14:30:12**

HA! Answering by not answering? Yes... that is very reassuring.

**Forge of Empires - Customer Support 2017-06-01 16:02:18**

This ticket was about an expansion issue. The issue is resolved, this ticket is now concluded.

Respectfully,

Sgt. Bothari
Co-Community Manager
Forge of Empires, U.S.

---

This ticket has been closed and can no longer be replied to.

**Attachments**

**This ticket currently has no attachments.**

# View ticket

# Discrimination

**You 2017-05-24 22:13:10**

Actually, I believe you haven't satisfactorily answered ANY of the question I've posed. I've pointed out repeated instances of biased behavior and double standards and you've refused to address any of it except by saying "no we didn't." You also haven't responded to my request for your records except by falsely claiming I have all the records available to me, which isn't true.

**Forge of Empires - Customer Support 2017-05-25 13:04:47**

Hello TwoCents,

We will no longer be answering any further messages regarding this.

Respectfully,

Panacea
Community Manager
Forge of Empires, U.S.

**You 2017-05-25 13:43:19**

Why not? Do you want to continue your discriminatory behavior against me? What steps have you taken to stop it?

**You 2017-05-25 14:28:28**

Why would you not answer legitimate questions posed to you? Is it because they are too prodding asking you to account for behavior that is reprehensible?

**You 2017-05-25 17:18:23**

You closed this ticket as answered without answering my further questions. Why would you not answer legitimate questions posed to you? How do you justify denying me service if you don't deny other people service in the same perfunctory manner?

**You 2017-05-25 18:37:19**

Clearly you're mistakenly hitting the "answered" button when it's not the case because I do not see an answer from you.

**You 2017-05-31 03:43:50**

Actually, I believe you haven't satisfactorily answered ANY of the question I've posed. I've pointed out repeated instances of biased behavior and double standards and you've refused to address any of it except by saying "no we didn't." You also haven't responded to my request for your records except by falsely claiming I have all the records available to me, which isn't true.

You say you won't answer any MORE tickets on this issue, but that would imply you've actually answered ANY tickets on this... which you haven't.

**You 2017-06-12 17:38:53**

Can you please explain the measures you've taken to ensure that your game rules are enforced equally and no further discrimination is going to be placed against me?

**Forge of Empires - Customer Support 2017-06-12 22:10:45**

Hello TwoCents,

No "further" discrimination will be placed against you as no initial discrimination was placed against you. You have two tickets open on this matter and this ticket will be closed as a duplicate.

Respectfully,

Panacea
Community Manager
Forge of Empires, U.S.

This ticket has been closed and can no longer be replied to.

**Attachments**

**This ticket currently has no attachments.**

# View ticket

# Request for Records

**You 2017-05-25 14:35:42**

I've requested all records electronic and otherwise pertaining to my "TwoCents" login. You have said I have these records available to me. I do not. I do not know the information the moderators have discussed internally about me and I do not know what "progressive action" remarks you have on your records. I also don't know when the bans went into place or for what. I only know what was marked in my appeals. Furthermore I do not know when I received warnings or other "marks" against me. I am requesting that you turn over all data that you keep about me.

**Forge of Empires - Customer Support 2017-05-25 17:08:19**

Hello TwoCents,

You are not entitled to any proprietary information, only the information provided within the game. If you chose not to play the game, let me know and I will provide you details on how to delete your account and any information related to your account.

Respectfully,

Panacea
Community Manager
Forge of Empires, U.S.

**You 2017-05-25 17:12:49**

I disagree, I believe I am entitled to the electronic records you are keeping about me. Why would you assume I'm not wanting to play the game anymore? I simply want to play in an environment free from harassment and discrimination.

**Forge of Empires - Customer Support 2017-05-25 18:28:33**

Hello TwoCents,

You are entitled to play the game as is. You are entitled to read the Privacy Policy and to its contents which are located at the bottom of the game rules.

You are always entitled to request information about any of your data that InnoGames has stored, as well as their origin and recipient and the purpose it was stored for. If you have any questions about data protection or if you wish to correct, block or delete your profile or any of your personal data, or if you would like to revoke a granted authorization regarding the use of your customer data or e-mail address, please contact the following and also provide your username and your e-mail address:
InnoGames GmbH
Friesenstraße 13
20097 Hamburg
Germany
Fax: +49 40 7889335-200
privacy@innogames.com


Respectfully,

Panacea
Community Manager
Forge of Empires, U.S.

**You 2017-05-25 18:36:05**

see... it says, " entitled to request information about any of your data that InnoGames has stored, as well as their origin and recipient and the purpose it was stored for." So that is what I'm doing. I'm making that request.

**You 2017-05-31 03:45:12**

So where is the information I requested from you?

**Forge of Empires - Customer Support 2017-05-31 04:00:34**

Hello TwoCents,

You are always entitled to request information about any of your data that InnoGames has stored, as well as their origin and recipient and the purpose it was stored for. If you have any questions about data protection or if you wish to correct, block or delete your profile or any of your personal data, or if you would like to revoke a granted authorization regarding the use of your customer data or e-mail address, please contact the following and also provide your username and your e-mail address:InnoGames GmbH
Friesenstraße 13
20097 Hamburg
GermanyFax: +49 40 7889335-200

Exhibit 10 – Forge of Empires Support Tickets: TwoCents Submitted by Plaintiff Penny Quinteros
Case: 19-CV-1402 RSM - 200

privacy@innogames.com

Respectfully,

Panacea
Community Manager
Forge of Empires, U.S.

**You 2017-05-31 19:46:41**

So what you're saying is you won't help me?

**Forge of Empires - Customer Support 2017-05-31 23:22:31**

Hello TwoCents,

I am saying that for records, there is a department to assist you. You must contact the address below in writing is you have any questions about data protection or if you wish to correct, block or delete your profile or any of your personal data, or if you would like to revoke a granted authorization regarding the use of your customer data or e-mail address.

InnoGames GmbH
Friesenstraße 13
20097 Hamburg
GermanyFax: +49 40 7889335-200
privacy@innogames.com

Enjoy the game.

Respectfully,

Panacea
Community Manager
Forge of Empires, U.S.

**You 2017-05-31 23:32:20**

why do you keep insisting that I want to delete my profile? Trying to get rid of me?

**You 2017-06-08 17:38:20**

I have requested my records from the Privacy email and they have not responded. Please advise me how I follow up with them/

**Forge of Empires - Customer Support 2017-06-08 22:39:01**

Hello TwoCents,

You will need to correspond with them in writing to the address I provided. I apologize for the delay in response.

InnoGames GmbH
Friesenstraße 13
20097 Hamburg
GermanyFax: +49 40 7889335-200
privacy@innogames.com

Respectfully,

Panacea
Community Manager
Forge of Empires, U.S.

**You 2017-06-12 17:36:26**

They responded, but failed to give me all the information as outlined in your privacy policy. What is the next step?

**Forge of Empires - Customer Support 2017-06-12 22:13:18**

Hello TwoCents,

You will need to contact the following about the privacy policy:
InnoGames GmbH
Friesenstraße 13
20097 Hamburg
GermanyFax: +49 40 7889335-200
privacy@innogames.com

Support is not able to assist you in this matter.

Respectfully,

Panacea
Community Manager
Forge of Empires, U.S.

**You 2017-06-12 22:17:27**

Why can support not assist me? You're the ones with the records I'm requesting....

This ticket has been closed and can no longer be replied to.

**Attachments**

This ticket currently has no attachments.

# View ticket

# Offensive Behavior

**You 2017-05-25 14:45:50**

I would like to report myself for offensive behavior. I used the letter "A" in global chat. As has previously been outlined to me, using letters is offensive behavior because someone could intuit an ill intent or profanity from it.

**Forge of Empires - Customer Support 2017-05-25 17:04:15**

Hello TwoCents,

Thank you for bringing this matter to our attention. I have investigated, but found nothing illegal.

Respectfully,

Panacea
Community Manager
Forge of Empires, U.S.

**You 2017-05-25 17:16:49**

then why, when I used the letter "F" did you find it against your rules?

**You 2017-05-25 18:37:48**

So again my point is... Why isn't the letter "A" offensive and the letter "F" is offensive?

**You 2017-05-31 03:42:22**

So based upon your response, or lack thereof, you are giving me explicit permission to use the letters "A" and "F" as much as I want? What about other letters? B?, C?, D? are those also ok?

**You 2017-06-12 17:41:13**

Exhibit 10 – Forge of Empires Support Tickets: TwoCents Submitted by Plaintiff Penny Quinteros
Case: 19-CV-1402 RSM - 203

So, could you please define which letters are offensive and which letters are not offensive so that I know when players use letters when I should report them?

**You 2017-06-12 22:20:36**

Which letters is it that you'd like me to report? should I start reporting everyone who uses all letters?

---

This ticket has been closed and can no longer be replied to.

**Attachments**

**This ticket currently has no attachments.**

# View ticket

# Can you explain why you closed my tickets "Sexually Explicit

**You 2017-05-25 14:52:33**

Can you explain why you closed these tickets? I was clearly directed to report each person individually. I was told that it would not be possible to file JOINTLY alleging offensive behavior. These tickets are about different people CopasX and Voyager1, so they are not the SAME issue. Additionally I feel like you're dismissing my complaints without taking them seriously. Why would you be so flippant?

**Forge of Empires - Customer Support 2017-05-25 17:04:57**

Hello TwoCents,

Thank you for bringing this matter to our attention. I have investigated, but found nothing illegal.

Respectfully,

Panacea
Community Manager
Forge of Empires, U.S.

**You 2017-05-25 17:16:14**

Do I need to remind you of your own rules? Sexually explicit behavior is against the rules whether it is offensive or not. If you are going to "adapt the rules" based on "fair game play" then why do you adapt those rules to punish me and not others? Using the term "Rough Riders" must be equally explicit as using the term "Grand Canyon" if not more so.

**You 2017-05-25 18:42:18**

InnoGames does not accept any publications that the Forge of Empires Team considers illegal, insulting, offensive, threatening, abusive, real-life-aggressive,SEXUALLY EXPLICIT, pornographic
(including, but not limited to drawings and animations), politically extreme, religiously fanatic, endangering youth, racist, playing down the use of illegal drugs or alcohol, or promoting the use of
said substances OR in any way inappropriate.

You are bound to follow your own published rules and to enforce them in an equal manner. So why can you say this didn't violate the game rules?

**You 2017-05-31 03:40:38**

You didn't answer why some rules get enforced and others don't.

**You 2017-06-12 17:39:57**

Why is it that you haven't banned these players for sexually explicit behavior? They are still freely using the term "Rough Riders"

**You 2017-06-12 22:21:58**

Just checked now and the guild "Rough Riders" still exists. Are you going to take any action on this clear sexually explicit conduct?

---

This ticket has been closed and can no longer be replied to.

## Attachments

This ticket currently has no attachments.

# View ticket

# I would like to file a complaint against the moderator who b

**You 2017-05-19 12:09:04**

I would like to know which moderator banned me last night. Additionally, I would like to file a formal complaint against him/her for gender-bias. Please provide me the correct means of how I would do so.

**Forge of Empires - Customer Support 2017-05-19 12:53:18**

Hello TwoCents,

I am the Community Manager and as such all aspects of the Game, moderators and players are my responsibility. What seems to be the issue and how may I assist you?

Respectfully,

Panacea
Community Manager
Forge of Empires, U.S.

**You 2017-05-19 13:06:23**

I need to know who (alias) was responsible for banning me last night so I can file a complaint against them.

**Forge of Empires - Customer Support 2017-05-19 13:17:06**

Hello TwoCents,

I can certainly find out the name of the moderator. However, please tell me the nature of the complaint.

Respectfully,

Panacea
Community Manager
Forge of Empires, U.S.

Exhibit 10 – Forge of Empires Support Tickets: TwoCents Submitted by Plaintiff Penny Quinteros
Case: 19-CV-1402 RSM - 206

**You 2017-05-19 13:24:09**

I will write up a full account when I get back to my computer, but in short they engaged in gender-bias. The words I used last night were not profane they are routinely used by men without issue- in A world 2 days ago a man was talking about "being sucked off by your mother," and no one batted an eyelash. The people reporting me are only doing so because these words are being used by a woman. And your moderator upheld and enforced that bias by banning me.
Don't believe me? Then why did one of the people who reported me say "What's lit your tampon fuse on fire" in response to my statements?

**You 2017-05-19 13:43:11**

Additionally, could you please tell my why my application to be the social media moderator was denied?

**Forge of Empires - Customer Support 2017-05-19 13:57:53**

Hello TwoCents,

I have reviewed your ban and the moderator was correct in applying the ban. None of these comments are acceptable. It is against the Game Rules to use profanity, insult another player or use sexually suggestive comments.

- 07:42: **TwoCents: **** off Perth**
- 07:45: PerthMaverick: But...but...
- 07:49: **TwoCents: how much do they pay you to f your ass?**
- 07:50: Unkyung: o.O
- 07:51: PerthMaverick: Good boy never tells!
- 07:51: Chobyn: tsk tsk...who lit the fuse on your tampon?
- 07:52: **TwoCents: what do they call you for fun? Grand Canyon?**
- 07:52: **TwoCents: must be... to fit all of Inferno up there**
- 08:04: PerthMaverick: :-)
- 08:05: PerthMaverick: So, I guess doing another trade for CE goods is out of the question?.. that's the main reason I tried to get your attention.
- 08:09: datman69: that is really really sad
- 08:09: datman69: i told unkyung why i deleted you and that was the true two
- 08:10: datman69: this just shows how vengeful of a person you are
- 08:10: **TwoCents: come to suck each other off?**

Exhibit 10 – Forge of Empires Support Tickets: TwoCents Submitted by Plaintiff Penny Quinteros
Case: 19-CV-1402 RSM - 207

- 08:10: **TwoCents: go ahead... I'm sure you'll get paid extra**
- 08:12: datman69: nobody is paying anyone two
- 08:12: datman69: i spoke the truth about it
- 08:12: TwoCents: darn right I'm vengeful
- 08:12: datman69: also i had nothing to do with anything of what happened
- 08:12: **TwoCents: and I'll NEVER forgive you for being a fake f'ing friend**
- 08:12: TwoCents: when I was a REAL friend
- 08:12: TwoCents: pretender
- 08:12: TwoCents: eat me
- 08:13: datman69: you werent a real friend
- 08:13: datman69: you accused me of being a spy
- 08:13: TwoCents: no
- 08:13: datman69: that is a real great friend
- 08:13: TwoCents: Aprusfire did
- 08:13: datman69: yes you did
- 08:13: TwoCents: and I had to defend you
- 08:13: datman69: no you did
- 08:13: TwoCents: nope
- 08:13: **TwoCents: you're such an idiot**
- 08:13: TwoCents: all he did was talk trash about you
- 08:13: TwoCents: day in and day out
- 08:13: TwoCents: and I freaking MADE him talk to you
- 08:13: TwoCents: and be nice to you
- 08:13: datman69: it was the other way around
- 08:13: **TwoCents: now you suck him off routinely**
- 08:14: datman69: that is so sad is all i got to say
- 08:14: datman69: i cant believe your saying theh stupid crap you are saying
- 08:14: datman69: that is so stupid
- 08:15: TwoCents: the lowest circle of hell is reserved for betrayers... you're in good company
- 08:15: datman69: i didnt do anything at all to you
- 08:15: datman69: i never did anything bad to you ever
- 08:16: datman69: and if you think so than something is wrong with you

Exhibit 10 – Forge of Empires Support Tickets: TwoCents Submitted by Plaintiff Penny Quinteros
Case: 19-CV-1402 RSM - 208

- 08:17: **TwoCents: go choke to death on your own vomit**

If another player said something gender biased or insulting to you, you should feel free to report them but that does not make what you said acceptable. There is no evidence of gender bias in the moderator's action.

The ban appeal will be handled on its own ticket.

As to the Social Media Moderator position, that is handled by the Social Media department which is not part of the U.S. server. If you would like to begin a separate ticket, I can refer it to that department and we will see about getting you an answer.

Respectfully,

Panacea
Community Manager
Forge of Empires, U.S.

### You 2017-05-19 14:09:25

As I've identified before, none of those statements are actually against the game rules. They do not include any profanity and are routinely used by other (male) players in your systems without any punishment.

Any extra connotation you draw from those words is not my fault. I could say "Queen of Spades" and some people would see "playing card" and others would see "a woman who likes black ****" It's solely based upon who you are and your life experiences. I can't be held responsible for that.

You clearly see that other player said something offensive. Did your moderator ban him as well? Why not- because he is a man and I'm a woman?

Since I didn't actually violate any game rules with my typing, I have to assume that I am being punished for a DIFFERENT reason, which is that the people reporting me are reporting me solely because I'm a woman using "male" language and your moderator is enforcing it.

Are you sure my employment application wasn't denied because I routinely point out gender-bias in your organization? Because I think that's something the EEOC would like to hear about. Your other moderator told me that he screens the incoming applications and he didn't even SEE it.

### You 2017-05-19 14:23:03

Exhibit 10 – Forge of Empires Support Tickets: TwoCents Submitted by Plaintiff Penny Quinteros
Case: 19-CV-1402 RSM - 209

Your game rules are arbitrary and enforced capriciously resulting in a denial of service to me based upon the fact that I am a woman using "male" language in a community and culture dominated by men and often highly criticized for being unfair to women and misogynistic. The other players don't like me because they think that woman should have an "enforced positivity" and be "sweet as a peach." They report because they are biased - you help them discriminate against me by banning me. It's a simple chain of events.

Allow me to show you an example of the community based bias that you and your moderator are upholding:

http://prntscr.com/f9s88r

(Those people are my friends, so I hope you understand I'm showing you that in good faith).

**Forge of Empires - Customer Support 2017-05-19 14:45:46**

Hello TwoCents,

This has nothing to do with you being a woman. In fact, few moderators even know that you are a woman. These statements are in violation of our Game Rules. As Community Manager, I am the final arbiter of the Game Rules. If you wish to Report the other players, you may do so at any point in time. If not reported, then no action is taken.

Again, there is no evidence of gender bias in the moderator's action. You violated the Game Rules and the Game Rules were enforced.

The ban will remain in place until the ban expires.

Enjoy the game.

Respectfully,

Panacea
Community Manager
Forge of Empires, U.S.

**You 2017-05-19 14:55:45**

As I've said before, being a woman doesn't insulate you from being gender-biased. Woman in several parts of the world cut off their daughters genitalia simply because of tradition. It's a crime against women perpetrated by women.
Additionally in our own country, particularly in the south, there is a tradition of the "Southern Belle,"

that women enforce (which I think you're enforcing).

The people reporting me are biased, and you are simply allowing your arbitrary enforcement of rules to be a tool to support their purposes. The fact that you even say "if not reported, then no action is taken" is evidence that what I'm saying is true. The reporters have the bias, you are just blindly following their lead.

And why would I HAVE to report the other player? you clearly see what he wrote. Again you are capriciously enforcing your game rules... a violation is a violation isn't it? Or would you like to be told that your words were inferior and not to be taken seriously because "someone lit your tampon fuse on fire."

Whether you intend it or not what is going on IS gender bias. I have a strong and compelling case and you seem to be completely disregarding it simply by insisting "no it's not! no it's not!" Your petulance doesn't change my opinion of what is occurring here. It just simply reinforces my legal argument.

### You 2017-05-19 14:58:05

My statements weren't in violation of the game rules. If anything, they show a tolerance and a willingness to work WITHIN the game rules by purposefully avoiding profanity.

### You 2017-05-19 14:59:35

And... if you would please stop calling it a ban. What it is is a discriminatory denial of service resulting in monetary loss. I spent diamonds last night to take sectors, and with your arbitrary and biased enforcement of the rules, I cannot place defense in that sector to defend it, meaning I will lose it and lose my investment in it.

### You 2017-05-19 15:03:03

The reporters know I'm a woman, that's all that matters. Because as you've stated, without the report, your moderators wouldn't do anything.

Secondly, are you seriously saying that one of your moderators could read a conversation where "lit your tampon fuse on fire" is said, and NOT know that I'm a woman? Or do they even read the conversation at all and just hit the "ban" button willy-nilly? (I suspect the second).

### You 2017-05-19 18:55:12

So is ignoring my messages via the support system some sort of punitive and retaliatory behavior? Where in the rules does it say that's ok?

### You 2017-05-19 19:02:53

Exhibit 10 – Forge of Empires Support Tickets: TwoCents Submitted by Plaintiff Penny Quinteros
Case: 19-CV-1402 RSM - 211

I think, from now on, every time I talk with a moderator I'm gonna start the conversation with "hey! what lit your tampon fuse on fire?" Since, apparently, it's not offensive to you on it's face, and you need someone to TELL you that it's offensive, I can use it at will.

### Forge of Empires - Customer Support 2017-05-19 22:40:21

Hello TwoCents,

You violated the Game Rules and the Game Rules were enforced.

The ban will remain in place until the ban expires.

Enjoy the game.

Respectfully,

Panacea
Community Manager
Forge of Empires, U.S.

### You 2017-05-19 22:41:39

But I DIDN'T violate the game rules, and you know that. You haven't explained to me yet HOW I violated the game rules except vaguely re-quoting the same thing over and over. So I feel entirely confident that I can ask you AGAIN and AGAIN to explain yourselves.

### You 2017-05-19 22:44:02

By the way? What lit the fuse on your tampon on fire?

### Forge of Empires - Customer Support 2017-05-20 23:26:35

Hello TwoCents,

This will be our last correspondence on this issue. You used profanity (including some intentionally abbreviated versions to avoid the server censor), sexually suggestive phrases, and insulted another player. These are all against the Game Rules. Collectively, they more than qualify for points which led to a ban. The moderator placed the ban and this was appropriate. You have approximately an hour and a half left on the ban.

Enjoy the game.

Respectfully,

Panacea
Community Manager
Forge of Empires, U.S.

## You 2017-05-21 02:25:58

That is ridiculous! I didn't USE profanity, because ABBREVIATIONS OF PROFANITY is NOT profanity! If someone goes around and says "Oh fudge buckets!" do you ban them? You're moderator is clearly acting from a place of anger and bias. I don't care how long is or is not left on my ban. You've caused me a denial of service based upon gender-discrimination and the issue isn't closed in my book because you coveniently forget to explain yourself and say the same thing over and over.

## Forge of Empires - Customer Support 2017-05-21 23:43:20

Hello TwoCents,

9. Miscellaneous
**Please treat other Forge of Empires Community members with respect.** Following the rules helps to create a fun and fair environment for everyone.

**The Community Management of the US version of Forge of Empires are the final arbiters of any rules dispute. Their interpretation of these rules is final.**

**Forge of Empires Team reserves the right to exclude anyone from the game.** Bans can be appealed via the Support System.

Please be aware that in-game items can be removed from an account as a punishment, and that Diamonds aren't refunded to players who are banned for breaking our rules.

If you believe someone is breaking the rules, you can contact the Support Team.

Knowingly benefiting from another player breaking the rules is prohibited. If you think you have benefited from a breach of rules, you must report this.

**It is not allowed to mistreat the Support Team or abuse the Support system.**

**These rules can be adapted to different cases in the interests of maintaining fair play within the game.**

This bam and all its associated tickets are concluded.  As the Community Manager, my say is final on this server. So yes, the issue is closed. If you wish to continue to play the game, return and enjoy the game.

Respectfully,

Exhibit 10 – Forge of Empires Support Tickets: TwoCents Submitted by Plaintiff Penny Quinteros
Case: 19-CV-1402 RSM - 213

Panacea
Community Manager
Forge of Empires, U.S.

**You 2017-05-21 23:44:16**

I'm not abusing the support system. I am making legitimate complaints.

**You 2017-05-21 23:45:09**

The problem is that you do not take my complaints seriously for some reason. You are dismissing them out-of-hand.

**Forge of Empires - Customer Support 2017-05-21 23:46:30**

Hello TwoCents,

These tickets are concluded.  If you wish to play the game, return and enjoy the game.

Respectfully,

Panacea
Community Manager
Forge of Empires, U.S.

**You 2017-05-21 23:50:49**

Actually what I'll be doing is filing a report against every single player in Jaims and every other world I play in. I will also ask other people to also report every single player in the game. Because all of them have broken the rules (And I mean that sincerely). You do realize that your rules state that things have to be offensive OR profane, OR sexually explicit, OR politically extreme, OR religiously extreme OR etc... Meaning when you didn't ban those players for talking about sexual orgies in global chat... you discriminatorily applied your own rules.

**You 2017-05-31 03:47:59**

So... why didn't you ban the people I reported for talking about orgies during the middle of the afternoon? If you're so worried about protecting children, I'd think you'd want to protect them from these sexual predators. Or is that all just a lie you use to protect and defend your discriminatory behavior?

**You 2017-06-12 17:37:42**

Can you please tell me the outcome of my complaint of bias against the moderator who banned me?

**Forge of Empires - Customer Support 2017-06-12 22:09:40**

Hello TwoCents,

You were told the outcome of the ticket- that there was no bias- on 5/19. You were also told on 5/21 that :

The Community Management of the US version of Forge of Empires are the final arbiters of any rules dispute. Their interpretation of these rules is final.

This is our final say on the matter.

Respectfully,

Panacea
Community Manager
Forge of Empires, U.S.

**You 2017-06-12 22:19:55**

The Community Management of the US version … ARE the final arbiters? who is the other arbiter other than you and what is the outcome of his or her investigation?

**You 2017-06-12 22:23:15**

So who is it that investigated the complaint against you Panacea?

---

This ticket has been closed and can no longer be replied to.

## Attachments

This ticket currently has no attachments.

# View ticket

Exhibit 10 – Forge of Empires Support Tickets: TwoCents Submitted by Plaintiff Penny Quinteros
Case: 19-CV-1402 RSM - 215

# Sexually Explicit Behavior

**You 2017-05-25 13:59:08**

This player engaged in sexually explicit conduct by creating and participating in a guild called "Rough Riders"

**Forge of Empires - Customer Support 2017-05-25 14:00:45**

Hello TwoCents,

Thank you for bringing this matter to our attention.

 We appreciate all players that help the Forge team to keep our game running without rule breakers..

I will investigate and take the appropriate action(s) if I find rule breaking.

Respectfully,

Lady Marlena
Ingame Moderator
Forge of Empires, U.S.

**You 2017-05-25 14:07:37**

no, that's not good enough. The player HAS engaged in rule breaking by definition of your rules. I insist upon an immediate ban in the effort of fairness and equal treatment.

**Forge of Empires - Customer Support 2017-05-25 14:09:02**

I am sorry but we are not able to discuss other players due to very strict player privacy.  I am not going to be able to tell you what actions if any we take.

Thank you for reporting it

Respectfully,

Lady Marlena
Ingame Moderator
Forge of Empires, U.S.

**You 2017-05-25 14:24:45**

I'm sorry, but platitudes just aren't good enough. I have no doubt that you are only "hiding" information to hide the double standards you and other moderators use to enforce your rules.

**You 2017-05-25 14:36:48**

I'm sorry, you closed this ticket without actually answering it. Why would you deny me service like that? Do you close everyone's tickets when they are reporting other players without answering them? That sounds like you are targeting me.

**Forge of Empires - Customer Support 2017-05-25 14:37:51**

We are not going to be able to tell you anything I'm sorry.l  Our privacy policy is very strict.

Respectfully,

Lady Marlena
Ingame Moderator
Forge of Empires, U.S.

**You 2017-05-25 14:38:41**

Then why are moderators allowed to release information about me to other players without my permission? Exactly what are the steps you use to ensure "privacy".

**Forge of Empires - Customer Support 2017-05-25 14:42:32**

I"m going to send this to the Community Manager .  Moderators do not release information on a player to another player at any time

Respectfully,

Lady Marlena
Ingame Moderator
Forge of Empires, U.S.

**You 2017-05-25 15:06:18**

Would you please provide me a copy of the privacy policy moderators are held to then? If it's so "strict" I'd like to see it.

**Forge of Empires - Customer Support 2017-05-25 17:06:15**

Hello TwoCents,

Thank you for bringing this matter to our attention. We appreciate all players that help the Forge team to keep our game running without rule breakers. TwoCents, I will investigate and take the

appropriate action(s) if I find rule breaking.

Respectfully,

Panacea
Community Manager
Forge of Empires, U.S.

**You 2017-05-25 17:14:34**

Thank you, I appreciate your punishing these offenders in the same manner that I was punished as that would be the only "fair" and "equal" thing to do.

**You 2017-05-25 18:43:04**

Wait? I haven't seen these players get banned. Did you NOT punish them the same as I was being punished?

**You 2017-05-31 03:39:21**

I didn't see anyone get banned for this offensive behavior. Will you please explain why you target some players with your rules and give others passes?

**You 2017-06-12 22:26:10**

This player is still engaged in sexually explicit conduct.

---

This ticket has been closed and can no longer be replied to.

**Attachments**

This ticket currently has no attachments.

# View ticket

# What was I banned for?

**You 2017-05-24 22:18:38**

I'm sorry, but I don't see any answers from you on any of these tickets. I see only a lot of denials saying "we're not biased!" but when I ask you why you have a double standard you don't actually

answer just prevaricate. Please respond to the following issues:
I'm sorry, what exactly are you referring to? I have multiple issues that I am addressing, ONE is your illegal denial of service (that you call a ban) on the basis of discrimination. TWO is reporting your moderators for discrimination. THREE is reporting you for discrimination. FOUR is reporting other players for equally bannable offenses. FOUR is asking for records in regards to my complaint of discrimination with the federal agency of anti-discrimination in Germany. FIVE is reporting your lack of equitable service in regards to tickets. ETC.

**You 2017-05-24 22:25:39**

Why did you ban me for behavior that occurs all day every day in every world on the US server? Why haven't you banned every one of the players I've reported? How do you justify the double-standards?

**Forge of Empires - Customer Support 2017-05-25 13:01:40**

Hello TwoCents,

We will not be answering any further questions about this issue. We have told you it has been investigated and that no bias was applied. We investigate every report that is received. We are unable to make determinations on chats/messages that are not reported.  As to banning other players, you do not know nor will we inform you as to the actions taken with other players.

This is our final say on this matter and no further tickets will be answered regarding this matter.

Respectfully,

Panacea
Community Manager
Forge of Empires, U.S.

**You 2017-05-25 13:49:59**

But you're lying when you say "that no bias was applied." because you don't fundamentally understand that your system of only banning people AFTER you receive reports about them is fundamentally flawed. You're still thinking that you or your moderator would have to be the ones to have the bias, but that's not true. The people reporting me are biased, as I've demonstrated beyond any measure and I haven't done anything beyond what every player does every day anyway. If you want to be "fair" you need to ban all those other players who have done the same thing I have done or WORSE! Because as far as I can see you are holding me to a standard different from all the male players who talk about "tits" and "banging your dead grandma," all day without repercussion.

Because frankly, I can't HELP it if male players find my words offensive because I'm a woman and not a man. It's not a CHOICE that I get to make if they harass me all day every day and then

I get banned when I do even the most minimal things. That's a choice YOUR making to allow discrimination in your services.

**You 2017-05-25 14:25:33**

You closed this ticket without actually answering it. May I please have an answer to what systems you have in place to prevent the discrimination that has been occurring against me?

**You 2017-05-25 14:27:38**

I can see that you want to deny me equal access to moderator services because I have complained to you about discrimination and you have done nothing to resolve it.

**You 2017-05-25 17:19:20**

So, this is another instance of denial of service because you are biased against me. I appreciate that you keep closing these without answer. It helps to illustrate my point in the most profound way.

**You 2017-05-25 18:36:47**

So, this is another instance of denial of service because you are biased against me. I appreciate that you keep closing these without answer. It helps to illustrate my point in the most profound way.

**You 2017-05-26 11:32:55**

You just told me using the term grand canyon and using single letters was not offensive, so please explain why I was banned?

**You 2017-05-31 03:30:32**

I'm sorry, but your closing of these tickets shows your bias. You don't answer because there IS no answer for your behavior.

**You 2017-06-12 22:36:12**

I'm sorry, I still haven't received a satisfactory answer as to why I was banned. In particular you haven't explained why some letters are considered offensive and others aren't. You haven't explained how you "read my mind" to determine what I mean to say when only asterisks are shown, and you haven't explained why it's offensive to use the words, Grand Canyon and suck. In particular you haven't explained why I get banned for using terms that are not offensive, but other players can use terms like "whore, bitch, slut, etc" and do not get banned. Why are you holding me to a higher standard of conduct? How do you justify this double standard? Why are you targeting me and not responding to my support tickets?

This ticket has been closed and can no longer be replied to.

**Attachments**

This ticket currently has no attachments.

# View ticket

# I'd like to appeal all bans on my record as they are all the

**You 2017-06-12 22:33:24**

I'd like to appeal all the bans on my record because they are all the result of a double standard based upon your flawed game rules which allow players to "report" anyone and moderators only look at the behavior of players based upon these reports. This means that male players can engage in behaviors that female players can't because there is a significant bias in your gaming community. The moderators allow themselves to be used as tools to reinforce this double standard.

**Forge of Empires - Customer Support 2017-06-12 22:37:50**

Hello TwoCents,

Please do not create more than one ticket per issue. As this is a duplicate, we are closing this ticket. If you wish to pose additional information, please post in the pre-existing ticket. Thank you for your cooperation and enjoy the game.

Respectfully,

Panacea
Community Manager
Forge of Empires, U.S.

This ticket has been closed and can no longer be replied to.

**Attachments**

This ticket currently has no attachments.

# View ticket

# What was I possibly banned for?

**You 2017-06-20 17:34:13**

Excuse me? What was I banned for? I kept my behavior well within the stated rules and norms of the game.

**Forge of Empires - Customer Support 2017-06-20 21:10:14**

Hello TwoCents,

Please do not create more than one ticket per issue. As this is a duplicate, we are closing this ticket. If you wish to pose additional information, please post in the pre-existing ticket. Thank you for your cooperation and enjoy the game.

Respectfully,

Sgt. Bothari
Co-Community Manager
Forge of Empires, U.S.

This ticket has been closed and can no longer be replied to.

## Attachments

This ticket currently has no attachments.

# View ticket

# Why are moderators not answering my tickets?

**You 2017-06-20 17:59:21**

Why is my ticket not being responded to?

**Forge of Empires - Customer Support 2017-06-20 21:09:54**

Hello TwoCents,

This is not a call center, and the moderators are not always sitting here to reply. I am sorry.

Respectfully,

Sgt. Bothari
Co-Community Manager
Forge of Empires, U.S.

**You 2017-06-20 21:22:51**

Yet, I responded almost immediately after I was banned, and nada... I would have to say that you are purposefully delaying your responses in hopes that I will serve out my "ban" and forget about it.... HA!

**You 2017-06-20 21:42:47**

So please, answer the question, if you are there, why aren't you answering? Sounds to me like you're denying me equal access to your service because of a bias that you have.

**Forge of Empires - Customer Support 2017-06-20 21:49:47**

Immediately? heh, It was over 2 hours after I placed the ban that your first appeal ticket came in.

I am closing this ticket. We can consolidate everything into one.

Respectfully,

Sgt. Bothari
Co-Community Manager
Forge of Empires, U.S.

---

This ticket has been closed and can no longer be replied to.

**Attachments**

Exhibit 10 – Forge of Empires Support Tickets: TwoCents Submitted by Plaintiff Penny Quinteros
Case: 19-CV-1402 RSM - 223

This ticket currently has no attachments.

# View ticket

# Why are moderators not answering my tickets?

**You 2017-06-20 21:53:23**

If you know it was 2 hours later, then why didn't you respond?

**Forge of Empires - Customer Support 2017-06-20 21:55:49**

Hello TwoCents,

Please do not create more than one ticket per issue. As this is a duplicate, we are closing this ticket. If you wish to pose additional information, please post in the pre-existing ticket. Thank you for your cooperation and enjoy the game.

Respectfully,

Panacea
Community Manager
Forge of Empires, U.S.

---

This ticket has been closed and can no longer be replied to.

## Attachments

This ticket currently has no attachments.

# View ticket

# I'd like to appeal my ban

**You 2017-06-20 21:36:11**

I would like to officially appeal my ban. I didn't say or do anything wrong. Writing five asterisks or three asterisks is not "sexual," it's actually a-sexual... equivalent to saying "blank." Which you could go into any church and hear people say anywhere in the country. Calling someone a pig is within the context of everyone's daily conversation within this game. If you ban me for that, you'll have to ban everyone.

**Forge of Empires - Customer Support 2017-06-20 21:58:53**

Hello TwoCents,

Please do not create more than one ticket per issue. As this is a duplicate, we are closing this ticket. If you wish to pose additional information, please post in the pre-existing ticket. Thank you for your cooperation and enjoy the game.

Respectfully,

Panacea
Community Manager
Forge of Empires, U.S.

This ticket has been closed and can no longer be replied to.

**Attachments**

**This ticket currently has no attachments.**

# View ticket

# Using the term "clusterf*ck" to avoid censorship.

**You 2017-06-20 19:13:34**

15:42: Caudyr: FF8 was a clusterf*ck

**Forge of Empires - Customer Support 2017-06-20 19:40:29**

Hello TwoCents,

Thank you for contacting Support.  Your concern is important to us.  We are reviewing your ticket and will reply as soon as possible.

Thank you for your patience.

Respectfully,

Quantom
Ingame Moderator
Forge of Empires, U.S.

**Forge of Empires - Customer Support 2017-06-20 21:08:49**

Hello TwoCents,

Thank you for bringing this matter to our attention, we appreciate all players that help the Forge team to keep our game running without rule breakers. I will investigate and take the appropriate action(s) if I find rule breaking.

If this conversation is taking place in chat, please take two steps-
1. Press your right button on your mouse and 'Report' the player. This takes a screenshot of the conversation and reports it directly to a group of moderators who handle these promptly.
2. Right click and press'ignore'. This will take him from your chat screen.

If this conversation is taking place via the messaging system, due to our Privacy Rules we can not look in your Messages.
1. Please left click on the player's name. This will bring up a menu that has 'Report'. Press the 'Report' button. It brings up a window for your report. This will capture the message and send it directly to the moderators.

No matter which, please do not engage this person in the future. Ignore all messages, ignore in chat. Be sure to report.

Respectfully,

Sgt. Bothari
Co-Community Manager
Forge of Empires, U.S.

**You 2017-06-20 21:29:41**

Please... don't bother. You don't actually follow any rules, you just make sh** up as you go along.

**You 2017-06-20 21:41:10**

Don't disregard me. I want to know why you can allow people to use the term "clusterf*ck" and they don't get banned but I get banned for reading poetry and philosophy? You guys are the height of hypocrisy

**Forge of Empires - Customer Support 2017-06-20 21:44:58**

well, since you failed to report the message I have no way to see the affront. If you do not use the system you cannot claim bias. Moderators are not psychic, nor do we monitor all chat everywhere. We rely on reported messages.

Respectfully,

Sgt. Bothari
Co-Community Manager
Forge of Empires, U.S.

**You 2017-06-20 21:46:15**

I did report the message. Right here. I also gave you a time stamp. You yourself told me this was an acceptable alternative to hitting the "report" button in global chat which annoyingly automatically puts a person on ignore now. I don't care to ignore them. I just want to know why you haven't banned them?

**You 2017-06-20 21:46:47**

If you're not psychic, then how do you know what \*\*\* means as you claim to be able to do?

**You 2017-06-20 21:47:58**

Besides which, it's not my job to do your job. If you don't want to go investigate then just admit to laziness.

**Forge of Empires - Customer Support 2017-06-20 21:51:51**

We cannot accept copy paste, nor screen shots. We only accpet reports via the report function in game, as it cannot be falsified.

There is no log of chat unless a report is made.

Respectfully,

Sgt. Bothari
Co-Community Manager
Forge of Empires, U.S.

**You 2017-06-20 21:52:27**

So what you're saying is... you're incompetent and can't go open a game world and read the chat?

**Forge of Empires - Customer Support 2017-06-20 21:55:53**

Exhibit 10 – Forge of Empires Support Tickets: TwoCents Submitted by Plaintiff Penny Quinteros
Case: 19-CV-1402 RSM - 227

We are not allowed to monitor chat in that fashion.

Only CM, Co-CM can log into game in that manner, and any chat such as you reported would be long gone by the time one of us saw the report and were able to log in.

Use the system in place, Report, otherwise it will not get examined.

Respectfully,

Sgt. Bothari
Co-Community Manager
Forge of Empires, U.S.

**You 2017-06-20 21:57:01**

I am under no requirement to "use your system." It's not required of me in the game rules. However it IS required of YOU in the game rules to "not accept publication of".... So why don't you make better systems?

**Forge of Empires - Customer Support 2017-06-20 22:05:22**

If you refuse to use the system in place, then you cannot claim we do nothing to people you report. We can ONLY take action on messages reported via the affront tool.

Past experience has shown us copy/paste and screenshots can be altered, thus we can no longer use either.

Respectfully,

Sgt. Bothari
Co-Community Manager
Forge of Empires, U.S.

**You 2017-06-20 22:06:02**

That's your problem that you don't have the tools in place to properly enforce your own rules, not my problem.

---

This ticket has been closed and can no longer be replied to.

## Attachments

**This ticket currently has no attachments.**

# View ticket

# Failure to answer this issue from earlier this year

**You 2017-06-20 22:27:05**

As far as I can see, our games are shuffled through to people who 1.) have no training in resolving customer contacts 2.) no consistency in application of the rules 3.) have clear biases 4.) freely break or abuse game rules as it suits them 5.) break the law when it comes to disclosing information about minor children. 6.) have no interest in resolving 1-5.

Then when complaints against me are entered, these people jump to accuse me of being vaguely "offensive" in some manner. Exactly how do you KNOW it was offensive? Can you read my mind? Understand my if my intention was to offend? Sometimes I might offend people simply by existing, am I to be banned if someone just simply doesn't like me?

I want to know why I was banned, and I want to know now. You cannot simply deny me a service guaranteed in your contract to be available "98% of the time" without a reasonable explanation.

**Forge of Empires - Customer Support 2017-06-20 22:38:57**

Hello TwoCents,

Please do not create more than one ticket per issue. As this is a duplicate, we are closing this ticket. If you wish to pose additional information, please post in the pre-existing ticket. Thank you for your cooperation and enjoy the game.

Respectfully,

Panacea
Community Manager
Forge of Empires, U.S.

This ticket has been closed and can no longer be replied to.

## Attachments

**This ticket currently has no attachments.**

# View ticket

# Why aren't moderators answering my tickets?

**You 2017-06-20 22:07:16**

Apparently you all are online now... why aren't you answering my tickets?

**Forge of Empires - Customer Support 2017-06-20 22:39:11**

Hello TwoCents,

Please do not create more than one ticket per issue. As this is a duplicate, we are closing this ticket. If you wish to pose additional information, please post in the pre-existing ticket. Thank you for your cooperation and enjoy the game.

Respectfully,

Panacea
Community Manager
Forge of Empires, U.S.

This ticket has been closed and can no longer be replied to.

**Attachments**

This ticket currently has no attachments.

# View ticket

# Ban Appeal for incident of 01/17/2017

**You 2017-06-20 22:40:05**

Exhibit 10 – Forge of Empires Support Tickets: TwoCents Submitted by Plaintiff Penny Quinteros
Case: 19-CV-1402 RSM - 230

I'd like to appeal this ban. The issue was never resolved. The moderator just said "your ban has ended," but failed to tell me why I was banned and exactly how my actions violated the game rules. Typing quickly in global chat isn't "spam" particularly as the messages were significantly paused for other people to join in.

**Forge of Empires - Customer Support 2017-06-20 22:42:01**

Hello TwoCents,

This issue was resolved.  See responses on previous ticket.

Respectfully,

Panacea
Community Manager
Forge of Empires, U.S.

This ticket has been closed and can no longer be replied to.

**Attachments**

**This ticket currently has no attachments.**

# View ticket

# Using the term "freeking" as a psydo-swearing

**You 2017-06-20 18:45:28**

Using the term "freeking" as a psydo-swearing. Incident occurred at 15:39 today in A global chat. "freeking epic"

**Forge of Empires - Customer Support 2017-06-20 19:09:04**

Hello TwoCents,

Thank you for contacting Support.  Your concern is important to us.  We are reviewing your ticket and will reply as soon as possible.

Thank you for your patience.

Respectfully,

Quantom
Ingame Moderator
Forge of Empires, U.S.

**You 2017-06-20 19:16:28**

Dear Quantom,
Who is in charge of moderators?

**You 2017-06-20 19:26:13**

psuedo* sorry for my typo.

**Forge of Empires - Customer Support 2017-06-20 21:09:15**

Hello TwoCents,

Panacea is the community manager.


Thank you for bringing this matter to our attention, we appreciate all players that help the Forge team to keep our game running without rule breakers. I will investigate and take the appropriate action(s) if I find rule breaking.

If this conversation is taking place in chat, please take two steps-
1. Press your right button on your mouse and 'Report' the player. This takes a screenshot of the conversation and reports it directly to a group of moderators who handle these promptly.
2. Right click and press 'ignore'. This will take him from your chat screen.

If this conversation is taking place via the messaging system, due to our Privacy Rules we can not look in your Messages.
1. Please left click on the player's name. This will bring up a menu that has 'Report'. Press the 'Report' button. It brings up a window for your report. This will capture the message and send it directly to the moderators.

No matter which, please do not engage this person in the future. Ignore all messages, ignore in chat. Be sure to report.

Respectfully,

Sgt. Bothari
Co-Community Manager
Forge of Empires, U.S.

**You 2017-06-20 21:29:10**

Who else is the community manager? Co-Community Manager Bothari?

**Forge of Empires - Customer Support 2017-06-20 21:40:22**

There are 3 Co-CM's, myself included. Panacea is the head Community Manager we report to.

Respectfully,

Sgt. Bothari
Co-Community Manager
Forge of Empires, U.S.

**You 2017-06-20 21:41:58**

Who is above Julie? Bartłomiej Wawro? is that her boss?

**Forge of Empires - Customer Support 2017-06-20 21:53:12**

Panacea is the final authority on the US servers.

Respectfully,

Sgt. Bothari
Co-Community Manager
Forge of Empires, U.S.

**You 2017-06-20 21:53:39**

yes, but how do I get her fired?

**Forge of Empires - Customer Support 2017-06-20 21:56:45**

I suppose you could contact Germany. The information is on the main page.

Respectfully,

Sgt. Bothari
Co-Community Manager
Forge of Empires, U.S.

**You 2017-06-20 21:57:39**

I already have contacted Germany. That's her boss, Bartłomiej Wawro. So how do I get you fired?

**Forge of Empires - Customer Support 2017-06-20 22:02:33**

Talk to Panacea

Respectfully,

Sgt. Bothari
Co-Community Manager
Forge of Empires, U.S.

**You 2017-06-20 22:03:24**

Nah, I think I'll talk to Julie Blan about it.

**You 2017-06-20 22:06:25**

Can I have her phone number please? or do I have to look it up online?

**Forge of Empires - Customer Support 2017-06-20 22:52:06**

There are no phone numbers for US support. Everything is handled via ticket.

You are free to call the main number in Germany if you like, it is available on the website.

Respectfully,

Sgt. Bothari
Co-Community Manager
Forge of Empires, U.S.

**You 2017-06-20 22:52:28**

Then I suggest you start answering the tickets.

---

This ticket has been closed and can no longer be replied to.

**Attachments**

This ticket currently has no attachments.

# View ticket

Exhibit 10 – Forge of Empires Support Tickets: TwoCents Submitted by Plaintiff Penny Quinteros
Case: 19-CV-1402 RSM - 234

# Ban Appeal for incident of 01/17/2017

**You 2017-06-20 22:51:27**

I looked at the responses on the previous ticket and the issue was NOT resolved. The ban may have expired, but you failed to remove the "points" you penalized my account with.

**Forge of Empires - Customer Support 2017-06-20 22:53:12**

Hello TwoCents,

This issue was resolved 5 months ago. It is over, I am sorry there is nothing to be done here.

Respectfully,

Sgt. Bothari
Co-Community Manager
Forge of Empires, U.S.

This ticket has been closed and can no longer be replied to.

## Attachments

This ticket currently has no attachments.

# View ticket

# Appeal Ban

**You 2017-06-20 22:01:20**

This isn't a duplicate ticket. The last ticket was asking WHY I was banned. Now that I know you were just making stuff up, I can APPEAL it... see how that works?

**Forge of Empires - Customer Support 2017-06-20 22:55:07**

Hello TwoCents,

You can ask any question you like in the main appeal ticket. Opening addtional tickets will only see them closed.

Respectfully,

Sgt. Bothari
Co-Community Manager
Forge of Empires, U.S.

---

This ticket has been closed and can no longer be replied to.

## Attachments

**This ticket currently has no attachments.**

# View ticket

# Appeal of Ban

**You 2017-06-20 22:57:26**

In response to Sgt Bothar whatever... I want separate tickets for asking WHY I was banned and APPEALING the ban, because I don't think it's FAIR that the person instituting the ban is also the person deciding the appeal. Haven't you ever seen Judge Dread?

**Forge of Empires - Customer Support 2017-06-20 22:59:18**

Hello TwoCents,

Please do not create more than one ticket per issue. As this is a duplicate, we are closing this ticket. If you wish to pose additional information, please post in the pre-existing ticket. Thank you for your cooperation and enjoy the game.

Respectfully,

Sgt. Bothari
Co-Community Manager
Forge of Empires, U.S.

---

This ticket has been closed and can no longer be replied to.

## Attachments

**This ticket currently has no attachments.**

# View ticket

# Using the term "clusterf*ck" to avoid censorship.

**You 2017-06-20 23:09:12**

You haven't explained why you closed this ticket.

**Forge of Empires - Customer Support 2017-06-20 23:16:26**

Hello TwoCents,

Please do not create more than one ticket per issue. As this is a duplicate, we are closing this ticket. If you wish to pose additional information, please post in the pre-existing ticket. Thank you for your cooperation and enjoy the game.

Respectfully,

Sgt. Bothari
Co-Community Manager
Forge of Empires, U.S.

---

This ticket has been closed and can no longer be replied to.

**Attachments**

**This ticket currently has no attachments.**

# View ticket

# Ban Appeal

**You 2017-06-20 23:59:16**

are you saying that my language made sexual implications and that's why I'm banned?

**Forge of Empires - Customer Support 2017-06-21 00:02:32**

Exhibit 10 – Forge of Empires Support Tickets: TwoCents Submitted by Plaintiff Penny Quinteros
Case: 19-CV-1402 RSM - 237

Hello TwoCents,

Please do not create more than one ticket per issue. As this is a duplicate, we are closing this ticket. If you wish to pose additional information, please post in the pre-existing ticket. Thank you for your cooperation and enjoy the game.

Respectfully,

Sgt. Bothari
Co-Community Manager
Forge of Empires, U.S.

This ticket has been closed and can no longer be replied to.

**Attachments**

**This ticket currently has no attachments.**

# View ticket

# Here's what I want to know

**You 2017-06-20 23:04:01**

Why the fuck are you fuckers targeting me when I haven't done anything wrong? Do you get your fucking shits and giggles from abusing women?

There... now that's swearing... see the difference?

**You 2017-06-20 23:05:16**

You all have RUINED this game for me with your constant harassment. Is something warped in your brains? WHY would you possibly DO that?!

**You 2017-06-20 23:06:34**

You're horrible horrible fucking people and I hope you all die from malignant cancer. Why? because you deserve it. You have no ethics or morality and just decide rules based on the "whim of the day." I hope your precious mob mentality keeps you warm at night.

**You 2017-06-20 23:07:51**

Do you fucking laugh at me when I cry over your bullshit bans? I didn't DO anything WRONG!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!

**You 2017-06-20 23:10:57**

You're horrible people and you deserve every mean terrible thing that's ever happened in your lives.

**Forge of Empires - Customer Support 2017-06-21 00:03:19**

Hello TwoCents,

Please do not create more than one ticket per issue. As this is a duplicate, we are closing this ticket. If you wish to pose additional information, please post in the pre-existing ticket. Thank you for your cooperation and enjoy the game.

Respectfully,

Sgt. Bothari
Co-Community Manager
Forge of Empires, U.S.

---

This ticket has been closed and can no longer be replied to.

**Attachments**

**This ticket currently has no attachments.**

# View ticket

# Delete my Account

**You 2017-06-20 23:15:44**

How do I delete my account? You all massive sons of bitches have RUINED this game for me by your constant harassment and abuse. You allow yourselves to be used as a tool to victimize me and you don't fucking care.

You all have created this situation by refusing to protect me from people ACTUALLY victimizing me, and I try and defend myself and you get your jollies from banning me for no fucking reason. You shitheads were the ones who TOLD me to write asterisks instead of using swearwords, but then suddenly that's not good enough?

Do I have to come in and ask what the mood of the day is before I actually start playing to know if it's OK to speak in global chat?

**Forge of Empires - Customer Support 2017-06-21 00:03:49**

Hello TwoCents,

We certainly hope you reconsider, however you may delete your entire account using this link --> https://goodbye.innogames.com/login.

Do note, this deletion removes your account in total, from all worlds and the system as a whole. It will, however, leave your forum account intact. If you have opened a forum account and wish it deleted, please let us know.

Respectfully,

Sgt. Bothari
Co-Community Manager
Forge of Empires, U.S.

**You 2017-06-21 00:06:25**

F off... you don't hope I "reconsider"... all you've done is badgered and abused me and allowed yourself to fall into the idea that "drama" is taking place and I'm the cause of it.

**You 2017-06-21 00:12:06**

I'm tired of having my actions hyper-criticized when no one else's actions are.

**You 2017-06-21 00:17:39**

Why are you over-scrutinizing my behavior? Is it the "TwoCents chapped my ass" phenomenon?

**Forge of Empires - Customer Support 2017-06-21 00:20:05**

If a player crosses the line, there is nothing to be done but to enforce the rules.

since you turned this into another appeal ticket I will now close it.

Respectfully,

Sgt. Bothari
Co-Community Manager
Forge of Empires, U.S.

---

This ticket has been closed and can no longer be replied to.

## Attachments

This ticket currently has no attachments.

# View ticket

# Delete My Account

**You 2017-06-21 00:23:03**

Exactly how does a player "cross the line?" I haven't broken any rules.

It's the same as if I were going 60 on the highway and everyone else was driving 70 in a 60mph zone. I haven't exceeded any of the stated rules of the game, only come close to them.

You're only targeting me to pull me over because some people in this game don't like me. That's morally repugnant.

**Forge of Empires - Customer Support 2017-06-21 00:25:31**

Hello TwoCents,

Please do not create more than one ticket per issue. As this is a duplicate, we are closing this ticket. If you wish to pose additional information, please post in the pre-existing ticket. Thank you for your cooperation and enjoy the game.

Respectfully,

Sgt. Bothari
Co-Community Manager
Forge of Empires, U.S.

---

This ticket has been closed and can no longer be replied to.

**Attachments**

**This ticket currently has no attachments.**

# View ticket

# Question

**You 2017-06-21 01:10:53**

Do you get sexual gratification from abusing women with bans? Cuz that's the only reason I can think of why you would continue to put them in place without rhyme or reason.

**Forge of Empires - Customer Support 2017-06-21 01:42:52**

Hello TwoCents,

not even worthy of a reply honestly...

Respectfully,

Sgt. Bothari
Co-Community Manager
Forge of Empires, U.S.

---

This ticket has been closed and can no longer be replied to.

**Attachments**

**This ticket currently has no attachments.**

# View ticket

# Question

**You 2017-06-21 02:13:15**

you closed this ticket with the answer:
Hello TwoCents,

not even worthy of a reply honestly...

Respectfully,

Sgt. Bothari
Co-Community Manager
Forge of Empires, U.S.

exactly why do you think my questions aren't worthy of replies?

**Forge of Empires - Customer Support 2017-06-21 02:21:30**

Hello TwoCents,

Ok look. I have ignored the personal attacks on me. I get it, your angry. But accusing me of gaining sexual gratification for doing my job enforcing the rules is over the top.

add to that some of your other tickets with the language and such and you are entering a realm where you *could be* banned from access to support permanently. This is not a decision I would make, but I would offer the tickets you have submitted as evidence for such considerations.

You want to be respected as a player by us, show respect to the support staff as well in return.

Respectfully,

Sgt. Bothari
Co-Community Manager
Forge of Empires, U.S.

This ticket has been closed and can no longer be replied to.

## Attachments

This ticket currently has no attachments.

# View ticket

# Question

**You 2017-06-21 02:23:58**

why should I? You're assuming I WANT my account to stay open, but as far as I can see it'll just be an exercise in futility. I'll fight for my honor and reputation and you all will continue to harass me with stupid bans.

**You 2017-06-21 02:26:53**

Ok look. I have ignored the personal attacks on me. I get it, your angry. But accusing me of gaining sexual gratification for doing my job enforcing the rules is over the top.

That should be:

Ok, look: I have ignored the personal attacks on me. I get it, you're angry, but accusing me of gaining sexual gratification for doing my job, enforcing the rules, is over the top.

**You 2017-06-21 02:28:14**

Ok, look: I like you Hingle, but I'm not going to like you very much unless you do the right thing. It's your job to interpret the rules. Support has the final say in what is offensive and what is not offensive. Do the right thing.

**Forge of Empires - Customer Support 2017-06-21 02:47:40**

Hello TwoCents,

Please do not create more than one ticket per issue. As this is a duplicate, we are closing this ticket. If you wish to pose additional information, please post in the pre-existing ticket. Thank you for your cooperation and enjoy the game.

Respectfully,

Sgt. Bothari
Co-Community Manager
Forge of Empires, U.S.

This ticket has been closed and can no longer be replied to.

## Attachments

This ticket currently has no attachments.

# View ticket

Exhibit 10 – Forge of Empires Support Tickets: TwoCents Submitted by Plaintiff Penny Quinteros
Case: 19-CV-1402 RSM - 244

# Moderator not answering my tickets

**You 2017-06-21 03:11:44**

Could you please explain why Hingle Mccringleberry isn't answering my tickets?

**Forge of Empires - Customer Support 2017-06-21 11:01:32**

Hello TwoCents,

We have no mod by that name.

Respectfully,

Sgt. Bothari
Co-Community Manager
Forge of Empires, U.S.

---

This ticket has been closed and can no longer be replied to.

## Attachments

This ticket currently has no attachments.

# View ticket

# Something is broken with my game account

**You 2017-06-21 02:53:43**

Something is wrong with my game account. I can't log on.

**Forge of Empires - Customer Support 2017-06-21 11:22:13**

Hello TwoCents,

Please do not create more than one ticket per issue. As this is a duplicate, we are closing this ticket. If you wish to pose additional information, please post in the pre-existing ticket. Thank you for your cooperation and enjoy the game.

Respectfully,

Seriak
Co-Community Manager
Forge of Empires, U.S.

---

This ticket has been closed and can no longer be replied to.

**Attachments**

**This ticket currently has no attachments.**

# View ticket

# Why aren't the mods answering my questions

**You 2017-06-21 11:14:03**

I asked "Why isn't Hingle McCrinkleberry anwering my questions" and he replied - we have no mods by that name. LIES! More proof of your intolerance of me.

**You 2017-06-21 11:16:01**

Hingle Mccringleberry* sorry Hingle your name is hard to spell. Have you ever thought about changing it?

**Forge of Empires - Customer Support 2017-06-21 11:22:34**

Hello TwoCents,

Please do not create more than one ticket per issue. As this is a duplicate, we are closing this ticket. If you wish to pose additional information, please post in the pre-existing ticket. Thank you for your cooperation and enjoy the game.

Respectfully,

Seriak
Co-Community Manager
Forge of Empires, U.S.

---

This ticket has been closed and can no longer be replied to.

**Attachments**

This ticket currently has no attachments.

# View ticket

# Support system not working

**You 2017-06-21 04:16:20**

Everytime I try to use support from my phone it tells me "support system not working"

**Forge of Empires - Customer Support 2017-06-21 11:23:08**

Hello TwoCents,

Please do not create more than one ticket per issue. As this is a duplicate, we are closing this ticket. If you wish to pose additional information, please post in the pre-existing ticket. Thank you for your cooperation and enjoy the game.

Respectfully,

Seriak
Co-Community Manager
Forge of Empires, U.S.

This ticket has been closed and can no longer be replied to.

**Attachments**

**This ticket currently has no attachments.**

# View ticket

# Moderators aren't answering my tickets

**You 2017-06-21 03:04:11**

Excuse me, but you moderators are delaying your answers to my tickets denying me equal access to your services

**Forge of Empires - Customer Support 2017-06-21 11:23:30**

Hello TwoCents,

Please do not create more than one ticket per issue. As this is a duplicate, we are closing this ticket. If you wish to pose additional information, please post in the pre-existing ticket. Thank you for your cooperation and enjoy the game.

Respectfully,

Seriak
Co-Community Manager
Forge of Empires, U.S.

This ticket has been closed and can no longer be replied to.

**Attachments**

**This ticket currently has no attachments.**

# View ticket

# Appeal TwoCents

**You 2017-06-21 03:48:19**

something is wrong with my account. I still can't log in and haven't done anything wrong.

**Forge of Empires - Customer Support 2017-06-21 11:24:14**

Hello TwoCents,

Please do not create more than one ticket per issue. As this is a duplicate, we are closing this ticket. If you wish to pose additional information, please post in the pre-existing ticket. Thank you for your cooperation and enjoy the game.

Respectfully,

Seriak

Co-Community Manager
Forge of Empires, U.S.

---

This ticket has been closed and can no longer be replied to.

**Attachments**

**This ticket currently has no attachments.**

# View ticket

# can't log into my account

**You 2017-06-21 11:25:46**

I said I was having trouble logging into MY ACCOUNT... as in.... all my worlds... and you closed it as a duplicate. Do you guys know how to read?

**Forge of Empires - Customer Support 2017-06-21 11:34:05**

Hello TwoCents,

Please do not create more than one ticket per issue. As this is a duplicate, we are closing this ticket. If you wish to pose additional information, please post in the pre-existing ticket. Thank you for your cooperation and enjoy the game.

Respectfully,

Seriak
Co-Community Manager
Forge of Empires, U.S.

---

This ticket has been closed and can no longer be replied to.

**Attachments**

This ticket currently has no attachments.

# View ticket

# How do I report a moderator?

**You 2017-06-21 11:48:44**

I'm afraid one of your moderators doesn't know how to read. How do I report him for being unable to do his job?

**Forge of Empires - Customer Support 2017-06-21 12:10:24**

Hello TwoCents,

Please do not create more than one ticket per issue. As this is a duplicate, we are closing this ticket. If you wish to pose additional information, please post in the pre-existing ticket. Thank you for your cooperation and enjoy the game.

Respectfully,

Seriak
Co-Community Manager
Forge of Empires, U.S.

---

This ticket has been closed and can no longer be replied to.

**Attachments**

**This ticket currently has no attachments.**

# View ticket

# Question regarding a previous ticket

**You 2017-06-12 22:46:40**

Can you explain the process and reasoning you go through when deciding to close a ticket as a duplicate? Because you just closed my ticket asking for an appeal of my bans on my records. You said it was a duplicate, but I see no duplicate of that issue.

**Forge of Empires - Customer Support 2017-06-21 12:14:10**

Hello TwoCents,

Please do not create more than one ticket per issue. As this is a duplicate, we are closing this

ticket. If you wish to pose additional information, please post in the pre-existing ticket. Thank you for your cooperation and enjoy the game.

Respectfully,

Seriak
Co-Community Manager
Forge of Empires, U.S.

---

This ticket has been closed and can no longer be replied to.

**Attachments**

**This ticket currently has no attachments.**

# View ticket

# Report a player

**You 2017-06-21 12:11:54**

This player has repeatedly been using my real name in global chat. I have no idea how she came by this information because I didn't tell her. I've reported her several times, but you all haven't done anything. How do I get her to stop releasing my information?

**Forge of Empires - Customer Support 2017-06-21 12:15:42**

Hello TwoCents,

Thank you for bringing this matter to our attention, we appreciate all players that help the Forge team to keep our game running without rule breakers. I will investigate and take the appropriate action(s) if I find rule breaking.

If this conversation is taking place in chat, please take two steps-
1. Press your right button on your mouse and 'Report' the player. This takes a screenshot of the conversation and reports it directly to a group of moderators who handle these promptly.
2. Right click and press'ignore'. This will take him from your chat screen.

If this conversation is taking place via the messaging system, due to our Privacy Rules we can not look in your Messages.
1. Please left click on the player's name. This will bring up a menu that has 'Report'. Press the 'Report' button. It brings up a window for your report. This will capture the message and send it directly to the moderators.

Exhibit 10 – Forge of Empires Support Tickets: TwoCents Submitted by Plaintiff Penny Quinteros
Case: 19-CV-1402 RSM - 251

No matter which, please do not engage this person in the future. Ignore all messages, ignore in chat. Be sure to report.

Respectfully,

Sgt. Bothari
Co-Community Manager
Forge of Empires, U.S.

### You 2017-06-21 12:16:32

I did that and you did nothing Hingle

### You 2017-06-21 12:19:00

Is it permissible within your game rules to disclose another player's private information, such as their name?

---

This ticket has been closed and can no longer be replied to.

### Attachments

This ticket currently has no attachments.


# View ticket

# Support System not working

### You 2017-06-21 11:30:46

I notified you of an error with your support system and you closed it as a duplicat!!!! I need to know WHY ISN'T YOUR SUPPORT SYSTEM FUNCTIONING ON MOBILE?!

### Forge of Empires - Customer Support 2017-06-21 12:18:47

Hello TwoCents,

I do not have an iOS device to try, so I had several other mods log in and examine support on theirs. I also talked to several CM's from other servers who use apple products. None of them are experiencing any issues with accessing support.

The only thing I can see even repotely possible form yoru device information is your iOS version is out of date and you need to update your firmware from Apple. this *could* be causing an issue, but it is not one that we have been able to recreate.

I am sorry.

Respectfully,

Sgt. Bothari
Co-Community Manager
Forge of Empires, U.S.

**You 2017-06-21 12:20:39**

No, I'm sorry, your answer doesn't resolve the problem Hingle. My os is not out of date. Why don't you actually fix a problem?

**You 2017-06-21 12:22:10**

And I'm sorry that you're sorry but your sorry isn't good enough.

**Forge of Empires - Customer Support 2017-06-21 12:22:46**

10.3.2 is the newest iOS, you are running 10.2.1 that is out of date.

From this point on and ticket referring to me as Hingle will be closed.

Respectfully,

Sgt. Bothari
Co-Community Manager
Forge of Empires, U.S.

**You 2017-06-21 12:23:32**

sorry Hingle, it's your name, maybe you should change it.

This ticket has been closed and can no longer be replied to.

**Attachments**

This ticket currently has no attachments.

# View ticket

# Seriak doesn't read

**You 2017-06-21 11:43:11**

it's not a duplicate... look at what I said: I said I was having trouble logging into MY ACCOUNT... as in.... all my worlds... and you closed it as a duplicate. Do you guys know how to read?

Your game has a BUG

**Forge of Empires - Customer Support 2017-06-21 12:23:34**

Hello TwoCents,

Please do not create more than one ticket per issue. As this is a duplicate, we are closing this ticket. If you wish to pose additional information, please post in the pre-existing ticket. Thank you for your cooperation and enjoy the game.

Respectfully,

Seriak
Co-Community Manager
Forge of Empires, U.S.

---

This ticket has been closed and can no longer be replied to.

## Attachments

This ticket currently has no attachments.

# View ticket

# Player funneling points to an alt

Exhibit 10 – Forge of Empires Support Tickets: TwoCents Submitted by Plaintiff Penny Quinteros
Case: 19-CV-1402 RSM - 254

**You 2017-06-12 14:45:22**

simplyashley is jordoj2004's alt. Recently he locked a spot on Caesar- 's level 71 arc and funneled profit to his alt account.

**Forge of Empires - Customer Support 2017-06-12 15:30:22**

Hello TwoCents,

Thank you for bringing this matter to our attention. We appreciate all players that help the Forge team to keep our game running without rule breakers. TwoCents, I will investigate and take the appropriate action(s) if I find rule breaking.

Respectfully,

Sgt. Bothari
Co-Community Manager
Forge of Empires, U.S.

**You 2017-06-12 15:39:11**

bah, standard reply. This is the 2nd time I've reported this dude... prior time was for him giving simply profit on his gbs.

**You 2017-06-12 17:29:36**

I believe this player is currently engaging in script-botting to donate points to Dominx's alcatraz. As is ... right this instance.

**Forge of Empires - Customer Support 2017-06-12 18:12:06**

Thank you for bringing this matter to our attention. We appreciate all players that help the Forge team to keep our game running without rule breakers. TwoCents, I will investigate and take the appropriate action(s) if I find rule breaking.

Respectfully,

Sgt. Bothari
Co-Community Manager
Forge of Empires, U.S.

**You 2017-06-21 12:15:58**

so? why haven't these players been banned?

**Forge of Empires - Customer Support 2017-06-21 12:20:56**

I cannot discuss anything about any investigation past or ongoing with you. I am sorry.

Respectfully,

Sgt. Bothari
Co-Community Manager
Forge of Empires, U.S.

**You 2017-06-21 12:22:44**

no, I just know you didn't do it.

**You 2017-06-21 12:24:18**

just like you marked this as "replied" and didn't do it.

This ticket has been closed and can no longer be replied to.

**Attachments**

This ticket currently has no attachments.

# View ticket

# Appeal Two Cents

**You 2017-06-21 11:38:11**

Before you close this as a duplicate please carefully read the title... there is a space between "Two" and "Cents." This is my two cents on your appeal process. As drool efficianados you've obviously never seen Judge Dread, but I suggest you brush up on it. It's not right to have the "cops" also be the "judge," meaning the person who instituted my ban, Hingle Mccringleberry, shouldn't also be the person deciding it.

**Forge of Empires - Customer Support 2017-06-21 12:25:55**

Hello TwoCents,

Please do not create more than one ticket per issue. As this is a duplicate, we are closing this ticket. If you wish to pose additional information, please post in the pre-existing ticket. Thank you for your cooperation and enjoy the game.

Respectfully,

Sgt. Bothari
Co-Community Manager
Forge of Empires, U.S.

---

This ticket has been closed and can no longer be replied to.

**Attachments**

**This ticket currently has no attachments.**

# View ticket

# You still haven't explained why I can't log into my account

**You 2017-06-21 12:28:04**

You closed the ticket "Seriak can't read" before you responded to it. Why can't I log into ANY of my game worlds?

---

This ticket has been closed and can no longer be replied to.

**Attachments**

This ticket currently has no attachments.

# View ticket

# Report system has a bug

**You 2017-06-21 11:58:09**

Your in-game report system has a bug. Sometimes when you use it, it puts the person in question on "ignore." I don't want to ignore people, I just want to report them. How do I do that?

**Forge of Empires - Customer Support 2017-06-21 12:12:18**

Hello TwoCents,

Thank you for contacting Support. Go to 'Global', look up the player you want, click their line in the rankings, hit 'ignore' or 'unignore'.

http://prntscr.com/4gnrr3

Enjoy the game!

Respectfully,

Seriak
Co-Community Manager
Forge of Empires, U.S.

**You 2017-06-21 12:15:05**

That's not going to work. I plan on reporting players en-masse... how do I report them without your game glitching out like a spastic grandmother?

**Forge of Empires - Customer Support 2017-06-21 12:18:11**

There is currently no other method to report a player for breaking our rules.

I apologize for any inconvenience.

Respectfully,

Seriak
Co-Community Manager
Forge of Empires, U.S.

**You 2017-06-21 12:25:11**

Then why is there a "report player" function in your support system?

**Forge of Empires - Customer Support 2017-06-21 12:30:03**

If you would like to report through the ticketing system, please do so; however, if you are reporting player communication, it must be done through the in game report feature.

Respectfully,

Seriak
Co-Community Manager
Forge of Empires, U.S.

**You 2017-06-21 12:30:46**

oh it "must" must it? Exactly where does it state that in your game rules?

**You 2017-06-21 12:32:53**

Why the f did you pick my son's screenname to pick for your ignore screenshot!? Was that some sort of veiled threat?!

**Forge of Empires - Customer Support 2017-06-21 12:33:14**

The in game system sends a screen capture of the chat or player message with the report. We are not able to act on a screenshot provided by a player through the ticketing system.

Respectfully,

Seriak
Co-Community Manager
Forge of Empires, U.S.

**You 2017-06-21 12:33:59**

Why did you pick "McFly" my SON'S screen name for your screenshot? Are you trying to threaten a 9 year old?!

**You 2017-06-21 12:38:24**

Now I know you play on "C" world... Seriak. This is war. You can't threaten a 9 year old and get away with it.

**Forge of Empires - Customer Support 2017-06-21 12:42:20**

I have answered your query regarding the reporting system. This ticket will now be considered closed.

Enjoy the game.

Respectfully,

Seriak
Co-Community Manager
Forge of Empires, U.S.

This ticket has been closed and can no longer be replied to.

**Attachments**

**This ticket currently has no attachments.**

# View ticket

# Appeal Two Cents

**You 2017-06-21 13:15:28**

You closed this ticket as a duplicate, but I can't see anywhere where you've answered the question. Could you please explain to me why you think your biased system is fair?

**Forge of Empires - Customer Support 2017-06-21 13:16:32**

Hello TwoCents,

Please do not create more than one ticket per issue. As this is a duplicate, we are closing this ticket. If you wish to pose additional information, please post in the pre-existing ticket. Thank you for your cooperation and enjoy the game.

Respectfully,

Seriak
Co-Community Manager
Forge of Empires, U.S.

This ticket has been closed and can no longer be replied to.

**Attachments**

This ticket currently has no attachments.

# View ticket

# Player funneling points to an alt

**You 2017-06-21 12:39:15**

You closed this ticket but didn't respond to it. Why haven't you done anything about a clear push account? Why am I the only person you target for harassment?

**Forge of Empires - Customer Support 2017-06-21 13:18:53**

Hello TwoCents,

As stated, I cannot report to you anything regarding these accounts. You did your part in reporting them. We will do our part on investigating them. You part is now closed.

Respectfully,

Sgt. Bothari
Co-Community Manager
Forge of Empires, U.S.

---

This ticket has been closed and can no longer be replied to.

## Attachments

This ticket currently has no attachments.

# View ticket

# Report system has a bug

**You 2017-06-21 13:22:44**

If you answered the question the first time before closing the ticket. I wouldn't have to "duplicate" the ticket.

**Forge of Empires - Customer Support 2017-06-21 13:23:22**

Hello TwoCents,

Please do not create more than one ticket per issue. As this is a duplicate, we are closing this

ticket. If you wish to pose additional information, please post in the pre-existing ticket. Thank you for your cooperation and enjoy the game.

Respectfully,

Sgt. Bothari
Co-Community Manager
Forge of Empires, U.S.

---

This ticket has been closed and can no longer be replied to.

**Attachments**

This ticket currently has no attachments.

# View ticket

# MODERATOR THREATENING A CHILD

**You 2017-06-21 13:28:52**

YOUR MODERATOR THREATENED MY KID AND KEEPS CLOSING MY TICKETS SO NO ONE SEES THEM!!!

**Forge of Empires - Customer Support 2017-06-21 13:30:46**

Hello TwoCents,

Please do not create more than one ticket per issue. As this is a duplicate, we are closing this ticket. If you wish to pose additional information, please post in the pre-existing ticket. Thank you for your cooperation and enjoy the game.

Respectfully,

Seriak
Co-Community Manager
Forge of Empires, U.S.

---

This ticket has been closed and can no longer be replied to.

**Attachments**

This ticket currently has no attachments.

# View ticket

# Duplicate Ticket

**You 2017-06-21 13:33:53**

Could you please explain your process of deciding how something is a duplicate ticket?

**Forge of Empires - Customer Support 2017-06-21 13:34:27**

Hello TwoCents,

Please do not create more than one ticket per issue. As this is a duplicate, we are closing this ticket. If you wish to pose additional information, please post in the pre-existing ticket. Creating more than one ticket slows the appeal process. You must wait until your original ticket has been reviewed and replied to.

Thank you for your cooperation

Respectfully,

Seriak
Co-Community Manager
Forge of Empires, U.S.

This ticket has been closed and can no longer be replied to.

**Attachments**

This ticket currently has no attachments.

# View ticket

# Number to call Germany

**You 2017-06-21 13:38:54**

What's the phone number to call Germany?

**Forge of Empires - Customer Support 2017-06-21 13:44:02**

Hello TwoCents,

Please see the following link for contact information for Inno Games.

https://www.innogames.com/company/contact/

Respectfully,

Seriak
Co-Community Manager
Forge of Empires, U.S.

**You 2017-06-21 13:44:34**

Fuck that, give me the number you dirty mother fucking rancid pussy licking fuck

**Forge of Empires - Customer Support 2017-06-21 13:45:17**

The phone number is listed on the website.

Enjoy the game.

Respectfully,

Seriak
Co-Community Manager
Forge of Empires, U.S.

This ticket has been closed and can no longer be replied to.

## Attachments

This ticket currently has no attachments.

# View ticket

# Derek Zoolander

**You 2017-06-21 13:49:19**

Seriak since you dropped out of the Derek Zoolander Center for Kids Who Can't Read Good and Wanna Learn To Do Other Stuff Good Too, I'm dubbing you Zoolander. Enjoy!

**Forge of Empires - Customer Support 2017-06-21 13:50:45**

Hello TwoCents,

Please do not create more than one ticket per issue. As this is a duplicate, we are closing this ticket. If you wish to pose additional information, please post in the pre-existing ticket. Thank you for your cooperation and enjoy the game.

Respectfully,

Seriak
Co-Community Manager
Forge of Empires, U.S.

This ticket has been closed and can no longer be replied to.

## Attachments

This ticket currently has no attachments.

# View ticket

# Derek Zoolander

**You 2017-06-21 13:54:26**

You're telling me I've put through a ticket about Derek Zoolander before? You're so full of crap your eyes are brown.

**Forge of Empires - Customer Support 2017-06-21 13:56:19**

Hello TwoCents,

Please do not create more than one ticket per issue. As this is a duplicate, we are closing this ticket. If you wish to pose additional information, please post in the pre-existing ticket. Thank you for your cooperation and enjoy the game.

Respectfully,

Seriak
Co-Community Manager
Forge of Empires, U.S.

This ticket has been closed and can no longer be replied to.

**Attachments**

**This ticket currently has no attachments.**

# View ticket

# Question

**You 2017-06-21 13:43:55**

I keep trying to follow the instructions to visit a player's city as listed on your site, but it's not working.

**Forge of Empires - Customer Support 2017-06-21 13:57:45**

Hello TwoCents,

Please do not create more than one ticket per issue. As this is a duplicate, we are closing this ticket. If you wish to pose additional information, please post in the pre-existing ticket. Thank you for your cooperation and enjoy the game.

Respectfully,

Sgt. Bothari
Co-Community Manager
Forge of Empires, U.S.

This ticket has been closed and can no longer be replied to.

**Attachments**

**This ticket currently has no attachments.**

# View ticket

# Exactly how is notifying you of a glitch in your system a "d

**You 2017-06-21 14:05:03**

Yeah... that ^^

**Forge of Empires - Customer Support 2017-06-21 14:06:08**

Hello TwoCents,

Please do not create more than one ticket per issue. As this is a duplicate, we are closing this ticket. If you wish to pose additional information, please post in the pre-existing ticket. Thank you for your cooperation and enjoy the game.

Respectfully,

Seriak
Co-Community Manager
Forge of Empires, U.S.

---

This ticket has been closed and can no longer be replied to.

**Attachments**

This ticket currently has no attachments.

# View ticket

# How do I get Zoolander fired?

**You 2017-06-21 14:32:53**

Exhibit 10 – Forge of Empires Support Tickets: TwoCents Submitted by Plaintiff Penny Quinteros
Case: 19-CV-1402 RSM - 267

Can you please tell me how to get your moderator who can't read fired?

**Forge of Empires - Customer Support 2017-06-21 14:36:22**

Hello TwoCents,

Please do not create more than one ticket per issue. As this is a duplicate, we are closing this ticket. If you wish to pose additional information, please post in the pre-existing ticket. Thank you for your cooperation and enjoy the game.

Respectfully,

Seriak
Co-Community Manager
Forge of Empires, U.S.

**You 2017-06-21 14:36:45**

How is it a duplicate?

---

This ticket has been closed and can no longer be replied to.

**Attachments**

**This ticket currently has no attachments.**

# View ticket

# Why are moderators denying me service?

**You 2017-06-21 14:23:46**

Why are the moderators systematically engaging in a coordinated denial of service to me?

**Forge of Empires - Customer Support 2017-06-21 14:37:25**

Hello TwoCents,

Please do not create more than one ticket per issue. As this is a duplicate, we are closing this ticket. If you wish to pose additional information, please post in the pre-existing ticket. Thank you for your cooperation and enjoy the game.

Respectfully,

Seriak
Co-Community Manager
Forge of Empires, U.S.

---

This ticket has been closed and can no longer be replied to.

## Attachments

This ticket currently has no attachments.

# View ticket

# How do I get Zoolander fired?

**You 2017-06-21 14:37:59**

How do I get your moderator who can't read fired?

**Forge of Empires - Customer Support 2017-06-21 14:38:38**

Hello TwoCents,

Please do not create more than one ticket per issue. As this is a duplicate, we are closing this ticket. If you wish to pose additional information, please post in the pre-existing ticket. Thank you for your cooperation and enjoy the game.

Respectfully,

Seriak
Co-Community Manager
Forge of Empires, U.S.

---

This ticket has been closed and can no longer be replied to.

## Attachments

This ticket currently has no attachments.

# View ticket

# What is the Three Pump Rule for FoE?

**You 2017-06-21 14:44:14**

What is the Three Pump Rule for FoE?

---

This ticket has been closed and can no longer be replied to.

**Attachments**

**This ticket currently has no attachments.**

# View ticket

# This is America! YO! We're talking Life, Liberty and the Pur

**You 2017-06-21 14:49:46**

Now.. a person should be able to do three pumps.

---

This ticket has been closed and can no longer be replied to.

**Attachments**

**This ticket currently has no attachments.**

# View ticket

# Appeal TwoCents

**You 2017-06-20 20:12:39**

I really need to know what I was banned for today, because I didn't do anything wrong. The last time I logged on was via mobile from my phone and I didn't even TALK to anyone!

**Forge of Empires - Customer Support 2017-06-20 21:16:02**

Hello TwoCents,

07:16: TwoCents: cuz men always think with their dicks

03:12: TwoCents: cuz you're a dirty dirty perv
03:12: TwoCents: as evidenced by the fact that you hang around with other dirty dirty pervs

03:15: TwoCents: just be a pig for spaceballs
03:15: TwoCents: sooooweeee!
03:15: TwoCents: soooweee
03:16: TwoCents: "aint he got a pretty mouth pa!"

03:27: TwoCents: sorry, but only ice will pay that much to ***** your ***

03:30: TwoCents: yeah, I know who was blowing smoke up your ***

03:41: TwoCents: go see if Xer wants someone to ***** her online
03:41: TwoCents: I hear she's into that

Name calling, sexual commentary and suggestion and language.

Respectfully,

Sgt. Bothari
Co-Community Manager
Forge of Empires, U.S.

**You 2017-06-20 21:23:46**

07:16: TwoCents: cuz men always think with their dicks ---

I did NOT say that!

**You 2017-06-20 21:25:21**

and also, using three asterisks or five asterisks is against the rules now? "Suggestion and language" aren't against the rules. Calling someone a piggy is now a bannable offense?! GET REAL!

**You 2017-06-20 21:28:19**

07:16: TwoCents: cuz men always think
with their dicks...

- I wasn't even logged on at that time. What are you trying to pull?

**You 2017-06-20 21:33:44**

I didn't do any sexual commentary. Exactly what was sexual about the above conversation?

**You 2017-06-20 21:40:06**

"07:16: TwoCents: cuz men always think
with their dicks"

according to your clocks that's at 4:16 in the morning my time. I haven't been on at that time in more than a month!

**Forge of Empires - Customer Support 2017-06-20 23:15:54**

07:16 is your time stamp. 7:16 AM your time.

The Sexual comments Oral sex (Purty Mouth) and insinuated sodomy.

Blowing smoke up your ass (blocker caught it)

Suggesting another player wants cyber sex.

Calling out some "dirty pervs"

I dont need to go on. I am sorry.

Respectfully,

Sgt. Bothari
Co-Community Manager
Forge of Empires, U.S.

### You 2017-06-20 23:23:14

People quote movies all the time in global chat. Saying he had a pretty mouth might have been a vague implication to oral sex or it might not have been... but you all aren't mind readers or psychics remember? You have to look at what I ACTUALLY said.

It didn't get blocked the the "blocker".... if you look I Typed three asterisks not four as the censorship would have put in. And "Ass" isn't a blocked word now anyway.

Calling someone a dirty perv isn't offensive if it's true.

I didn't suggest she wanted cyber sex. I implied in my mind that she likes to dance with men online. That's not implying sexuality of any kind. Does your mind tell you differently?

### You 2017-06-20 23:24:53

7:16 isn't MY timestamp either, since I haven't been on at 7:16 in the morning for months either... I would know being as I have to get my kids up for school then.

### You 2017-06-20 23:25:29

You guys are just making shit up because you're a horrible person. Why not just put in a perma ban? Why toy with me at all?

### You 2017-06-20 23:27:13

Besides which, the incident you mentioned about the pig happened around midnight my time, so your time stamps are clearly reflecting EST.

### You 2017-06-20 23:30:16

You're a horrible corrupt terrible person "Sgt. Bothari." You've done absolutely nothing to protect me on this game.... You've allowed me to be victimized by bullies over and over and over and when I finally go to protect myself you "ban" me for doing nothing more than vaguely implying something which I didn't even intend.

### You 2017-06-20 23:55:28

Exhibit 10 – Forge of Empires Support Tickets: TwoCents Submitted by Plaintiff Penny Quinteros
Case: 19-CV-1402 RSM - 273

are you saying that my language made sexual implications and that's why I'm banned?

**Forge of Empires - Customer Support 2017-06-21 00:02:08**

A quote from a rape scene in "Deliverance" could not possibly have any other meaning.

name calling "dirty perv" is just that. It is a vile insinuation.

I had to ask about the time stamps. I was uncertain, I was told they were local. I will inquire to Germany tomorrow when they are available for clarity. The reported comment *07:16: TwoCents: cuz men always think with their dicks...* however was reported via the report function, and was attributed to you, that cannot be faked no matter what the time was.

Everything listed was sent in via the report function. It is a permanent log of your actions/statements in global.


Regardless of anything said to you by others (you should use the report function on any offensive comments) this does NOT give you the right to break the rules in your own replies.

I am sorry.


Respectfully,

Sgt. Bothari
Co-Community Manager
Forge of Empires, U.S.

**You 2017-06-21 00:03:55**

in that case, I could not have possibly violated any of your rules.

im·pli·ca·tion
ˌimpləˈkāSH(ə)n/Submit
noun
plural noun: implications
1.
the conclusion that can be drawn from something, although it is not explicitly stated.
"the implication is that no one person at the bank is responsible"

ex·plic·it
ikˈsplisit/Submit

adjective

1.

stated clearly and in detail, leaving no room for confusion or doubt.

They are antonyms. Your rules state that content must be "sexually explicit." If you say that I implied sexual content, then it wasn't explicit.... hence not a rule violation.

### You 2017-06-21 00:05:39

Your rules also state that names must be "inappropriate." I think naming someone a perv(ert) when they are a pervert is entirely appropriate.

### You 2017-06-21 00:08:04

I didn't say that statement about men only thinking with their dicks. I suggest you look to see if my account was hacked, because it didn't come from me. OR look to your own moderators for people making up/faking it, because it must have happened.

### Forge of Empires - Customer Support 2017-06-21 00:12:23

I am sorry, but the statements recorded in the report system are those you made.

They were inappropriate for global chat.

The ban will stand.

Respectfully,

Sgt. Bothari
Co-Community Manager
Forge of Empires, U.S.

### You 2017-06-21 00:15:44

as I said... I haven't broken any rules. I cannot be held accountable for what you all might or might not find offensive depending on the tidal-shift and the trade-winds and if mercury is in retrograde. You all seem to decide that based upon the mood of the day and since I'm not psychic, I can't exactly figure out what that is. I said things in line with the general conversation of every world I've been on. I didn't say anything sexually explicit or inappropriate. You just don't want to admit that you made a mistake.

### You 2017-06-21 00:17:03

if you think I said that men only think with their dicks, then I suggest you post the entire conversation here, so I can refresh myself as to when it took place. it DID NOT take place yesterday I guarantee it.

### You 2017-06-21 00:20:17

Yesterday I woke up to get my kids to school and then went back to bed. I woke up again about noon. I played until about midnight-1am and went to bed. I woke up again this morning (kids to school) and logged on via mobile chat. I didn't say anything to anyone. I then went back to bed and woke up at 2pm. I wasn't on at the time stamp in question, so unless someone hacked my account you all are making it up.

### Forge of Empires - Customer Support 2017-06-21 00:24:59

- 07:15: TwoCents: My plan to take over the world (Jaims)
- 07:15: me38Mag: Aprus is a thief
- 07:15: ZenoEffect: Wow.....that has to be the cheapest cyber hoo ker on the net then! :p
- 07:16: TwoCents: cuz men always think with their dicks

This was reported on the 14th. It was not harsh enough of a violation to warrant a ban at the time, it was however a violation. That, plus the next reported log of messages was all part of the same award of points.

Respectfully,

Sgt. Bothari
Co-Community Manager
Forge of Empires, U.S.

### You 2017-06-21 00:25:08

I think I've proven beyond any shadow of a doubt that I could not have broken any rules. It's only your mis-interpretation of them that is at fault. Sexual innuendo is not sexually explicit. Your rules state "sexually explicit" conduct is not allowed, but does not refer to sexually implied references. You want to say that I "crossed the line," but that has no meaning. The line is what the rules say it is. Explicit. End of story.

### You 2017-06-21 00:26:03

ZenoEffect hasn't played since 2016. That was last year.

### Forge of Empires - Customer Support 2017-06-21 00:36:44

Exhibit 10 – Forge of Empires Support Tickets: TwoCents Submitted by Plaintiff Penny Quinteros
Case: 19-CV-1402 RSM - 276

OK, now you DO have my apologies as I misclicked in your archive of reports. I knew I had archived a report a few days ago. You are correct, that log was last June.

21:01: TwoCents: how many monkies have to
be sucking off your tits?
21:03: TwoCents: a stupid person
21:04: TwoCents: you're abundantly
qualified

This one however was from 4 days ago.

I do apologize for the error.

Respectfully,

Sgt. Bothari
Co-Community Manager
Forge of Empires, U.S.

### You 2017-06-21 00:38:27

so exactly how is that breaking the rules?

### Forge of Empires - Customer Support 2017-06-21 00:40:25

Suggesting he is nursing Monkeys? Then stating is his a qualified idiot?

I dont think I need to explain the self evident.

Respectfully,

Sgt. Bothari
Co-Community Manager
Forge of Empires, U.S.

### You 2017-06-21 00:40:52

Let me ask you something... who is it that is making these reports? Cuz I know it wasn't 203iceman (who I always tell has monkies sucking on his tits) OR bslatimer who I was talking to last night. In my opinion, it is the same people over and over again who are making it their job to be perpetually "offended" by me.

**You 2017-06-21 00:42:50**

Ice does have monkies sucking on him. He will be the first one to admit it. He nurses those people in Spaceballs and does everything for them, and they do nothing back for him. I think stating a person is a "qualified idiot" is somewhat funny, but not crossing the rules into terribly offensive enough to warrant a 2 day ban.

**You 2017-06-21 00:45:20**

Why don't you face it. This is manufactured angst. No one is REALLY offended by me saying "you're abundantly qualified"

**You 2017-06-21 01:07:54**

"monkey sucking on a tit" is an expression where I come from. My grandma used it. It means to be taken advantage of. I don't think it's offensive in any way....

**Forge of Empires - Customer Support 2017-06-21 01:11:32**

Who reports is immaterial. I haven't dealt with J long enough to know all of the factional groups. I do know a few of your "haters" .

When it comes to reported messages content is all that matters. Is it offensive? Is it a rules violation? That is what matters.

Respectfully,

Sgt. Bothari
Co-Community Manager
Forge of Empires, U.S.

**You 2017-06-21 01:12:13**

exactly, is it offensive? no. Is it a rule violation? no... end of story.

**You 2017-06-21 01:16:09**

The point of the matter is, you can't cherry-pick what IS offensive and what isn't offensive based upon people who make reports. That's exactly how the gender-bias I have outlined gets created. A few weeks ago Paramedic the Healer was laughing about MY tits... that's offensive. Literally the minute I logged in from my LAST ban, I saw maiden patty and xerlandria talking about "orgies" and how they liked rough sex in global chat.. no asterisks, they spelled out the words. So... you're banning me for talking about

"qualified idiots" and making vaguely sexual innuendos. It's just clearly a double standard. Do you wonder why I'm pissed about it?

**You 2017-06-21 01:31:16**

I am under no obligation to play FoE in a "friendly" manner and I'm choosing not to do so. Matter of fact I see myself at war with other players. I'll quit my behavior when they quit the game. My only obligations as far as I see it are to make sure that:
I don't use offensive names (name- a noun in the nominative case). Saying "you are a pig" makes the word pig in the accusative case, meaning it is not a name and therefore isn't against the rules.
I don't explicitly use sexual content;
and that I don't make real life threats


(you freely allow people to insult others, make religiously extreme or politically extreme content and promote the use of alcohol and illegal substances - I'll follow those rules when you ask everyone to follow those rules).

Other than that, I can't read your minds and know what you'll find "offensive." You all seem to get your panties in a bunch over things that wouldn't make me blush if I said them in a church.

**You 2017-06-21 01:50:23**

I really think you should remove this ban. I didn't do or say anything against the game rules. I think I've made a clear case for that. Most of the terrible "bans" on my record have been for really marginal things that most players don't even get warned for. Reading poetry at 3am est on a Monday morning? Would you have seriously banned me for that?

Some dude in D world goes off every week about how women are "stupider" than him and should be only around to suck his d*ck because he's so awesome. You let players have guild names like "F*ck Yo Couch" and "Rough Riders"

telling someone "just be a pig for Spaceballs" is pretty mild in comparison and totally game related. Purposefully avoiding swearing? Anyone paying attention could see that those weren't caught by the censorship-blocker.

Honestly... I really haven't deserved any of the bans on my record and this is another one that I don't deserve.

**Forge of Empires - Customer Support 2017-06-21 01:54:54**

Your personal standards as to what is offensive only can govern things others say. If someone says something you find offensive, report it. It will be dealt with.

Conversely, if you say something offensive do not be surprised if someone reports it.

What I find personally offensive is immaterial. I often chuckle at some of the things said that were violations, but that does not stop me from enforcing the game rules and punishing the person who said it.

Again, if you see a violation, report it, we mods cannot be everywhere all the time. As a mod I am only expected to put in an hour or so a DAY doing tickets. Yet how many hours have I been sitting here replying to your tickets?

I am sorry, all of the things listed previously in aggregate I assigned 6 points for, that is the least amount I can give. Unfortunately for you is your accumulation of points over time.

Respectfully,

Sgt. Bothari
Co-Community Manager
Forge of Empires, U.S.

### You 2017-06-21 01:57:16

That's the whole point though. What I'm SAYING isn't offensive. It's only how people are INTERPRETING it that makes it offensive. And I can't be held to that standard. It's not right.

### You 2017-06-21 01:58:11

Additionally what are you doing now, adding up points for violations over time? Is that the "three pump" rule or what?

### You 2017-06-21 01:58:52

https://www.youtube.com/watch?v=RGJb2iLvOKE

### You 2017-06-21 02:05:30

Let me explained what I've been banned for over my FoE career:

I got banned for calling a GUILD the Who*es of Jaims (not a person mind you);

I got banned because the mods thought I was using my kids' accounts as push accounts - if you go back to my very first ticket you'll see in 2013 I talked about my kids playing. At that time they didn't even play on the same world as me! it wasn't until we came back from our hiatus that we all started over in the same world (J), so either I'm running the longest stupidest con in the history of the world, or my kids actually DO play.

I got banned for telling my buddy Ice that his ass was cheaper than a happy meal (something I tell him daily on the phone)

I got banned for reading T.S. Elliot at 3am on Monday morning after my buddy Never asked me what I was doing and I said "reading poetry, want to hear?"

I got banned for calling someone "Grand Canyon"

and I got banned for this.

Those are hardly "accumulated" offenses.

### You 2017-06-21 02:25:04

From now on I'm calling you Hingle McCringleberry

### Forge of Empires - Customer Support 2017-06-21 02:34:01

*TwoCents yesterday at 12:36 AM:*

*Dear Xena and heckles,*
*It has come to my attention that you have no idea why we attacked you. We know you lack intelligence, so I enlighten you. You were too busy spreading your legs for every guild in Jaims back when we were fighting Metalheads. When we needed you, you were off f\*\*king a stranger. Then you turned around like the gluttons you are and decided to get fat off of your "allies" misfortunes. Piss off. This is War.*
*Sincerely,*
*TwoCents*

That looks like a personal attack to me especially since it was in a private message.

You did not receive a ban for this as it was your very first affront. You did get a warning. The points system starts out with warnings. You got 3 warnings and on your 4th affront got your first ban. This is how it works for almost everyone. 6 points added, once you hit 24 total the first ban kicks in. After that

its a ban every time you get points. I am sorry but that is the system in place for ALL players.

I am not going to spend the time to look up every past transgression and analyze it.

The issues at hand is your current ban, and it was justified in light of all the things said.

Respectfully,

Sgt. Bothari
Co-Community Manager
Forge of Empires, U.S.

### You 2017-06-21 02:36:39

Hingle It wasn't a private message it was a group message with several people in it. It was meant for the Guild in general. Those two were the founder and the GvG captain. Heckles had been instigating it for a long time anyway.

Some of the incidents have been questionable, that was probably the worst, but none of them were over the top.

### You 2017-06-21 02:38:07

If the issue at hand is my current ban, then I don't deserve it. I didn't write sexually explicit content. I didn't write anything offensive, and I didn't violate any of the other game rules.

### You 2017-06-21 02:41:59

if you look at that message, I used the word "gluttons" as in plural, meaning more than one glutton, so it couldn't have been directed at just one player. But your moderators don't actually care to look at the reality of the situation do they?

### You 2017-06-21 02:49:21

It's just like I've said. You all seem to think a woman should "play friendly" and "bake cookies" maybe talk about their flower gardens or kids! Joke about how they'd die if they didn't have their husbands looking out for them! I have no interest in doing so. I'm prosecuting war, as I told them in that message "this is war" and that's how I intend to play.

### You 2017-06-21 14:12:48

Hingle, if your face wasn't buried so deep into my crotch looking for a third thrust, you might actually be able to do your job and respond to my tickets.

Exhibit 10 – Forge of Empires Support Tickets: TwoCents Submitted by Plaintiff Penny Quinteros
Case: 19-CV-1402 RSM - 282

**You 2017-06-21 14:14:03**

I have questions on the following issues:
1.) Moderators aren't answering my tickets

**You 2017-06-21 14:14:23**

2.) Your support system isn't working

**You 2017-06-21 14:14:49**

3.) Why aren't the moderators answering my questions

**You 2017-06-21 14:15:11**

4.) something is broken with my game account

**You 2017-06-21 14:16:54**

5.) moderators aren't answering my tickets

**You 2017-06-21 14:17:15**

6.) Appeal Two Cents

**You 2017-06-21 14:17:32**

7.) Report System has a bug

**You 2017-06-21 14:17:51**

8.) Seriak doesn't read

**You 2017-06-21 14:18:11**

9.) Support System not working

**You 2017-06-21 14:18:29**

10.) Report a player

**You 2017-06-21 14:18:50**

11.) Question regarding a previous ticket

Exhibit 10 – Forge of Empires Support Tickets: TwoCents Submitted by Plaintiff Penny Quinteros
Case: 19-CV-1402 RSM - 283

**You 2017-06-21 14:19:09**

12.) How do I report a moderator

**You 2017-06-21 14:19:29**

13.) Can't log into my account

**You 2017-06-21 14:19:48**

14.) Appeal TwoCents

**You 2017-06-21 14:20:09**

15.) Moderators aren't answering my tickets

**You 2017-06-21 14:20:37**

16.) Support System not working

**You 2017-06-21 14:21:03**

17.) Why aren't the moderators answering my questions

**You 2017-06-21 14:21:25**

18.) Something is broken with my game account

**You 2017-06-21 14:21:47**

19.) Moderators not answering tickets

**You 2017-06-21 14:22:02**

20.) Question

**You 2017-06-21 14:22:16**

21.) Quesion

**You 2017-06-21 14:22:31**

22.) Question

**You 2017-06-21 14:24:12**

23.) Delete my account

**You 2017-06-21 14:24:29**

24.) Delete my account

**You 2017-06-21 14:24:46**

25.) Here's what I want to know

**You 2017-06-21 14:25:01**

26.) Ban Appeal

**You 2017-06-21 14:25:23**

27.) Using the term clusterf*ck to avoid censorship

**You 2017-06-21 14:25:40**

28.) Appeal of Ban

**You 2017-06-21 14:25:57**

29.) Appeal of Ban

**You 2017-06-21 14:26:18**

30.) Ban Appeal for Incident 1/17/2017

**You 2017-06-21 14:26:44**

31.) Using the term 'freeking' as psuedo swearing.

**You 2017-06-21 14:27:07**

32.) Ban Appeal for incident of 1/17/2017

**You 2017-06-21 14:27:31**

33.) Why aren't moderators answering any tickets

**You 2017-06-21 14:27:49**

34.) failure to answer

Exhibit 10 – Forge of Empires Support Tickets: TwoCents Submitted by Plaintiff Penny Quinteros
Case: 19-CV-1402 RSM - 285

**You 2017-06-21 14:33:15**

35.) Appeal TwoCents

**You 2017-06-21 14:33:34**

36.) Can't log into my account

**You 2017-06-21 14:33:59**

37.) How do I report a moderator?

**You 2017-06-21 14:34:23**

38.) Question regarding a previous ticket

**You 2017-06-21 14:34:41**

39.) Report a player

**You 2017-06-21 14:35:04**

40.) Support System not working

**You 2017-06-21 14:35:23**

41.) Seriak doesn't read

**You 2017-06-21 14:35:44**

42.) Player funneling points to an alt

**You 2017-06-21 14:36:04**

43.) Appeal TwoCents

**You 2017-06-21 14:36:24**

44.) Report System has a bug

**You 2017-06-21 14:37:15**

45.) Appeal TwoCents

**You 2017-06-21 14:38:23**

46.) Player funneling points to an alt

**You 2017-06-21 14:38:41**

47.) Report system has a bug

**You 2017-06-21 14:39:27**

48.) Moderator threatening a child

**You 2017-06-21 14:39:46**

49.) Duplicate ticket

**You 2017-06-21 14:40:06**

50.) Number to Call Germany

**You 2017-06-21 14:40:22**

51.) Derek Zoolander

**You 2017-06-21 14:40:39**

52.) Derek Zoolander

**You 2017-06-21 14:40:57**

53.) Question

**You 2017-06-21 14:41:27**

54.) Exactly hos is notifying you of a glitch in your system "duplicate"

**You 2017-06-21 14:42:25**

55.) How do I get zoolander fired?

**You 2017-06-21 14:42:49**

56.) Why are moderators denying me service?

**You 2017-06-21 14:43:08**

57.) How do I get Zoolander fired?

Exhibit 10 – Forge of Empires Support Tickets: TwoCents Submitted by Plaintiff Penny Quinteros

**You 2017-06-21 14:43:45**

According to your statements those issues are duplicates of this issue, so please, let's go over them Hingle.

**You 2017-06-21 14:50:19**

What is your three-pump rule for FoE?

---

This ticket has been closed and can no longer be replied to.

**Attachments**

# This ticket currently has no attachments.

# View ticket

**Life! Liberty and the Pursuit of Pump-itude!**

**You 2017-06-21 14:54:46**

Now... a person should be able to do three pumps.

---

This ticket has been closed and can no longer be replied to.

**Attachments**

This ticket currently has no attachments.

# View ticket

# Life, Liberty, and the Pursuit of Pump-itude

**You 2017-06-21 15:04:10**

I should be able to do three pumps! This is AMERICA!

---

This ticket has been closed and can no longer be replied to.

**Attachments**

**This ticket currently has no attachments.**

# View ticket

# Why Can't a person do three pumps?

**You 2017-06-21 15:14:56**

Why can't a person do three pumps zoolander?

---

This ticket has been closed and can no longer be replied to.

**Attachments**

**This ticket currently has no attachments.**

# View ticket

# I demand to be able to do three pumps!

**You 2017-06-21 15:19:56**

I demand to be able to do three pumps!

---

This ticket has been closed and can no longer be replied to.

**Attachments**

This ticket currently has no attachments.

# View ticket

# #ThreePumps!!!

**You 2017-06-21 15:25:34**

Come support the cause, #ThreePumps!!!

---

This ticket has been closed and can no longer be replied to.

## Attachments

This ticket currently has no attachments.

# View ticket

# give me three pumps or give me death!

**You 2017-06-21 15:30:36**

#ThreePumps!!!

---

This ticket has been closed and can no longer be replied to.

## Attachments

This ticket currently has no attachments.

# View ticket

# Anything less than 3 pumps is unamerican

**You 2017-06-21 15:36:44**

#ThreePumps!!!

---

This ticket has been closed and can no longer be replied to.

**Attachments**

This ticket currently has no attachments.

# View ticket

# THEY CAN NEVER TAKE OUR FREEDOM!!!

**You 2017-06-21 15:56:06**

#ThreePumps!!!

**You 2017-06-21 16:00:17**

http://www.espn.com/video/clip?id=15412609

---

This ticket has been closed and can no longer be replied to.

**Attachments**

This ticket currently has no attachments.

# View ticket

# Give Me Three Pumps!

**You 2017-06-21 16:14:48**

Three PUMPS FTW!

This ticket has been closed and can no longer be replied to.

**Attachments**

**This ticket currently has no attachments.**

# View ticket

# Is it against the game rules to release a person's private i

**You 2017-06-21 14:11:30**

Is it against the game rules to release a person's name on the global chat or in the forum?

**Forge of Empires - Customer Support 2017-06-21 15:46:09**

Hello TwoCents,

Yes it is. If it happens to you, use the report feature to capture and report it. Then put in a ticket stating the same so that the mod can go find the report and deal with it immediately.

Respectfully,

Sgt. Bothari
Co-Community Manager
Forge of Empires, U.S.

**You 2017-06-21 15:54:26**

I did that already. The person wasn't banned. Check DrowsyDragon's report folder... it's there. I promise.

**You 2017-06-21 15:54:50**

She's using my RL name in global chat. I don't even know how she got it.

**You 2017-06-21 15:55:36**

But if it's not fixed, then I'll just start using Panacea's real life name in global chat... quid pro quo

**Forge of Empires - Customer Support 2017-06-21 16:03:48**

Is this on Jaims?  I do not see a single report by you for this person on J.

Respectfully,

Sgt. Bothari
Co-Community Manager
Forge of Empires, U.S.

**You 2017-06-21 16:11:47**

Yes, it's on J, and I know I made the report and typed in there that she was using my real life name. Obviously it wasn't today. On top of which, I've made dozens of reports about her, so the fact that you "don't see a single report" on this is very disturbing.

**Forge of Empires - Customer Support 2017-06-21 16:17:36**

so, when was this alleged use of your name? I need a time reference to start digging.

Respectfully,

Sgt. Bothari
Co-Community Manager
Forge of Empires, U.S.

**You 2017-06-21 16:17:45**

Believe it or not, I'm not a crazy person. I have a legitimate reason to be upset with these people and the fact that you seem to "lose" every report that I make about them makes me question what sort of agenda the moderators have.

**Forge of Empires - Customer Support 2017-06-21 16:19:52**

The Mods want the game to run smooth and quietly. THAT is our agenda, that means little to no tickets. Fewer tickets means things are going well.

Respectfully,

Sgt. Bothari
Co-Community Manager
Forge of Empires, U.S.

**You 2017-06-21 16:24:35**

Don't try to blow smoke up my ***... the moderators have their friends and they have their targets. In addition they have biases such as: maybe I remind you of someone you play with on C world etc. I know, for a fact, that I reported her, when it occurred. I clicked on her name, hit

"report" and the box came up, and I typed "Using my real life name in global chat." If you can't find it, then someone deleted it.

**You 2017-06-21 16:26:05**

You all had the opportunity to de-escalate this situation by equally enforcing your rules like I asked Julie to do in January. You didn't do it. You still haven't done it, so I see no point in aping "good behavior" when I'm going to get banned no matter what I do, and they are never going to get banned.

**You 2017-06-21 16:31:49**

And no offense, but just like with the previous three times I asked this question, and just like with that thing with ZenoEffect and saying "cuz men only think with their dicks"... Unless I go to extreme lengths to get pushy, you all don't actually listen.

**You 2017-06-21 16:33:08**

The woman called me "Penny" in global chat for an entire night about a 10 days ago.

**You 2017-06-21 16:51:02**

I can tell you it was somewhere for sure between my last ban and this ban. I can tell you I've reported her about 5 different times in that time-frame.

**Forge of Empires - Customer Support 2017-06-21 16:54:05**

And we know Penny is your real name how? It is not in your email address used.

TwoCents- Two Pennies- Penny is an easy jump if they are trying to get under your skin.

Respectfully,

Sgt. Bothari
Co-Community Manager
Forge of Empires, U.S.

**You 2017-06-21 16:55:10**

doesn't matter. It's my real life name. Do you want a picture of my driver's license? If it's wrong to release a person's name, then it's wrong.

**You 2017-06-21 16:56:36**

If she wasn't using it as my RL name, then she was using an "inappropriate nickname" to "get under my skin."

**You 2017-06-21 16:57:31**

Can you please check why I haven't been able to log into any of my worlds? not just J? I was able to log into them sometimes, but every time I bring it up, it just shows the "ban screen." I tried to report it, but Seriak kept closing it without reading it.

**You 2017-06-21 17:02:42**

http://prntscr.com/fml855

it comes up like this and won't let me log in

**Forge of Empires - Customer Support 2017-06-21 17:12:09**

I am sorry, but with all that has gone on, yes, I would like some evidence it is actually your name.

Based on your email I would guess your name to be Lynn or Eli possibly.

Penny as a nickname for Two Cents...hardly inappropriate, just half value.

I just checked your master account, you are not globally banned. J is banned as you knwo and apparently C is banned, but not the others.
https://us.forgeofempires.com/
try logging in through this link.

Respectfully,

Sgt. Bothari
Co-Community Manager
Forge of Empires, U.S.

**You 2017-06-21 17:15:25**

my email is just a spoof I created when I was 16 to play online. It was my first RPG game name. I'll send you a picture of my driver's license. Are you going to release it to the people harassing me?

**You 2017-06-21 17:16:16**

Actually... how do I know the other moderators, who've already release private information about me, aren't going to see this and release more info?

**You 2017-06-21 17:17:19**

You should know me better Hingle... I never ever ever lie.

**You 2017-06-21 17:19:26**

can you delete it after I send it to you?

**Forge of Empires - Customer Support 2017-06-21 17:22:31**

I warned you about Hingle

Respectfully,

Sgt. Bothari
Co-Community Manager
Forge of Empires, U.S.

---

This ticket has been closed and can no longer be replied to.

## Attachments

This ticket currently has no attachments.

# View ticket

# Is it against the game rules to release a person's private i

**You 2017-06-21 17:26:11**

I really don't give a shit what you "warn" me about these days...

---

This ticket has been closed and can no longer be replied to.

## Attachments

This ticket currently has no attachments.

# View ticket

# Please sign the three pump petition

**You 2017-06-21 17:54:26**

#ThreePumps!!!

This ticket has been closed and can no longer be replied to.

## Attachments

This ticket currently has no attachments.

# View ticket

# Three Pump Revolution!

**You 2017-06-21 19:40:06**

Anything less than 3 pumps is unAmerican!

This ticket has been closed and can no longer be replied to.

## Attachments

This ticket currently has no attachments.

# View ticket

# How is letting you know about a unique game bug a "duplicate

Exhibit 10 – Forge of Empires Support Tickets: TwoCents Submitted by Plaintiff Penny Quinteros
Case: 19-CV-1402 RSM - 297

**You 2017-06-21 20:13:03**

Yes, one of my tickets was closed as a duplicate, but it was not. It was letting you know about a game-bug. I want to know what your process is when deciding what is a duplicate ticket and what isn't?

This ticket has been closed and can no longer be replied to.

**Attachments**

**This ticket currently has no attachments.**

# View ticket

# What is the number to call Germany?

**You 2017-06-21 21:07:48**

What is the number to call Germany?

**Forge of Empires - Customer Support 2017-06-21 21:11:50**

Hello TwoCents,

https://www.innogames.com/company/contact/

Respectfully,

Sgt. Bothari
Co-Community Manager
Forge of Empires, U.S.

**You 2017-06-21 21:12:44**

I'm sorry, I don't click on links from people I don't trust. Could you please tell me the number?

**Forge of Empires - Customer Support 2017-06-21 21:14:19**

The contact information is on the Innogames website. type it in if you dont like the link

Respectfully,

Sgt. Bothari

Exhibit 10 – Forge of Empires Support Tickets: TwoCents Submitted by Plaintiff Penny Quinteros
Case: 19-CV-1402 RSM - 298

Co-Community Manager
Forge of Empires, U.S.

**You 2017-06-21 21:14:56**

what is that information?

This ticket has been closed and can no longer be replied to.

**Attachments**

This ticket currently has no attachments.

# View ticket

# Is it against the game rules to release a person's private i

**You 2017-06-21 21:14:36**

Is it permissible for people to release my real-life name in global chat without my permission?

**Forge of Empires - Customer Support 2017-06-21 21:19:41**

Hello TwoCents,

Please do not create more than one ticket per issue. As this is a duplicate, we are closing this ticket. If you wish to pose additional information, please post in the pre-existing ticket. Thank you for your cooperation and enjoy the game.

Respectfully,

Sgt. Bothari
Co-Community Manager
Forge of Empires, U.S.

This ticket has been closed and can no longer be replied to.

**Attachments**

**This ticket currently has no attachments.**

# View ticket

# Is it against the game rules to release a person's private i

**You 2017-06-21 21:21:31**

I wouldn't have to make multiple tickets if you would stop closing them.

This ticket has been closed and can no longer be replied to.

**Attachments**

**This ticket currently has no attachments.**

# View ticket

# Player funneling points to an alt

**You 2017-06-21 21:32:24**

You didn't resolve the open question on this ticket.

This ticket has been closed and can no longer be replied to.

**Attachments**

**This ticket currently has no attachments.**

# View ticket

# What is the number to call Germany?

**You 2017-06-21 21:26:44**

What is the number to call Germany?

**Forge of Empires - Customer Support 2017-06-21 21:52:45**

Hello TwoCents,

We are not given one to provide. We are told to send players to the Innogames website. I have repeatedly done this.

Respectfully,

Sgt. Bothari
Co-Community Manager
Forge of Empires, U.S.

---

This ticket has been closed and can no longer be replied to.

**Attachments**

**This ticket currently has no attachments.**

# View ticket

# Why are you breaking your terms of service?

**You 2017-06-21 21:42:45**

In your terms of service it says that your service will be available 98% of the time or better, yet I wasn't able to access my accounts (all of them) all day today because of a glitch in the system showing the ban screen when only 1 of the worlds was banned. What sort of compensation are you willing to offer based upon your failure to uphold the terms of service?

**Forge of Empires - Customer Support 2017-06-21 21:52:06**

Hello TwoCents,

none. The reason is you were attempting to auto log in to yoru last world, which was banned. When you by passed the auto log in and used the fresh link I sent you it worked perfectly.

Respectfully,

Sgt. Bothari

Co-Community Manager
Forge of Empires, U.S.

**You 2017-06-21 21:59:17**

no, it didn't. I wouldn't click on a link you sent.

This ticket has been closed and can no longer be replied to.

**Attachments**

This ticket currently has no attachments.

# View ticket

# What is the number to call Germany?

**You 2017-06-21 22:00:46**

I don't care what YOU are required to do. It makes no difference to me if the "rulers" of Inno require you stand on your head while answering tickets. I would like the number for your German head offices. I don't want a link.

**Forge of Empires - Customer Support 2017-06-21 22:06:26**

Hello TwoCents,

I cannot give you what I do not have.

Respectfully,

Sgt. Bothari
Co-Community Manager
Forge of Empires, U.S.

This ticket has been closed and can no longer be replied to.

**Attachments**

This ticket currently has no attachments.

# View ticket

# What is the FoE Three Pump rule?

**You 2017-06-21 22:06:32**

#ThreePumps!!! Why are you being un American and limiting me to two pumps?

This ticket has been closed and can no longer be replied to.

**Attachments**

**This ticket currently has no attachments.**

# View ticket

# Seriously, what is your three pump rule?

**You 2017-06-21 22:22:44**

Seriously, what is your three pump rule?

This ticket has been closed and can no longer be replied to.

**Attachments**

**This ticket currently has no attachments.**

# View ticket

# Unban screen is insulting

**You 2017-06-21 22:27:50**

Case 2:19-cv-01402-RSM    Document 54    Filed 07/30/20    Page 304 of 1495

Your unban screen says, "Please make sure you interact with other players in a friendly manner." That's patently offensive. I'll interact with my friends in a friendly manner. Don't presume to tell me who my friends are and are not. Asking me to interact with players who aren't my friends in a "friendly" way is just like asking me to lie and pretend. You all might be used to lying, but I'm not.

**Forge of Empires - Customer Support 2017-06-21 23:40:52**

Hello TwoCents,

Do as you like, within the limits of the rules.

Respectfully,

Sgt. Bothari
Co-Community Manager
Forge of Empires, U.S.

---

This ticket has been closed and can no longer be replied to.

**Attachments**

**This ticket currently has no attachments.**

# View ticket

# Reports of other players

**You 2017-06-21 22:33:16**

Where are the reports I've made about other players? I'd like to go over each one because I do not trust that you've received any of them.

**Forge of Empires - Customer Support 2017-06-21 23:41:53**

Hello TwoCents,

There is no archive available to the players, sorry.

Respectfully,

Sgt. Bothari

Exhibit 10 – Forge of Empires Support Tickets: TwoCents Submitted by Plaintiff Penny Quinteros
Case: 19-CV-1402 RSM - 304

Co-Community Manager
Forge of Empires, U.S.

This ticket has been closed and can no longer be replied to.

**Attachments**

**This ticket currently has no attachments.**

# View ticket

# Did you receive my reports?

**You 2017-06-21 23:23:07**

I want to know if you received my reports about garcia the great on memorial day?

**Forge of Empires - Customer Support 2017-06-21 23:47:40**

Hello TwoCents,

I cannot say. Reports once reviewed go to 1 of 2 areas. If there is a violation, the report is made part of the offending players file. If there is no violation it is kept in a master file for 14 days then purged.
There is nothing in the master file as it has been more than 14 days.

Any records attached to the other players file become covered by the rules governing privacy and I cannot discuss them with you.

I am sorry.

Respectfully,

Sgt. Bothari
Co-Community Manager
Forge of Empires, U.S.

**You 2017-06-21 23:51:10**

so what you're saying is... you can be as biased as you like to be. So long as I don't catch it within 14 days then you're scott-free?

---

Exhibit 10 – Forge of Empires Support Tickets: TwoCents Submitted by Plaintiff Penny Quinteros
Case: 19-CV-1402 RSM - 305

This ticket has been closed and can no longer be replied to.

**Attachments**

This ticket currently has no attachments.

# View ticket

# Peaceful Protest

**You 2017-06-22 02:15:46**

This is my notice to you that from here until I choose, everything I say in global chat is going to be delivered in the form of four asterisks except proper names, articles, and pronouns. So for example:
"Ice whisper me"
will be; Ice **** me

as the equivalent of the feminine protest where protesters cover their mouths with tape:

**You 2017-06-22 02:17:51**

I will not during this period of time use any profanity as defined by the Merriam-Webster dictionary.

**You 2017-06-22 11:39:34**

As you have so often pointed out: The Community Management of the US version of Forge of Empires are the final arbiters of any rules dispute. Their interpretation of these rules is final.

Which is exactly why I must work to convince you to change your minds. There is no way to know what someone says behind the "censorship," but you've put yourselves in positions of trying to figure it out.

This ticket has been closed and can no longer be replied to.

**Attachments**

This ticket currently has no attachments.

# View ticket

# Appeal TwoCents

**You 2017-06-22 11:37:11**

Why was my account banned?

**Forge of Empires - Customer Support 2017-06-22 11:46:00**

Hello TwoCents,

Please do not create more than one ticket per issue. As this is a duplicate, we are closing this ticket. If you wish to pose additional information, please post in the pre-existing ticket. Thank you for your cooperation and enjoy the game.

Respectfully,

Seriak
Co-Community Manager
Forge of Empires, U.S.

---

This ticket has been closed and can no longer be replied to.

## Attachments

This ticket currently has no attachments.

# View ticket

# Appeal TwoCents

**You 2017-06-21 18:13:13**

You closed my ban appeal without answering questions 1-57

**Forge of Empires - Customer Support 2017-06-21 19:17:51**

Hello TwoCents,

The answer is no, your appeal is denied.

Teh ban will stand as is.

Respectfully,

Sgt. Bothari
Co-Community Manager
Forge of Empires, U.S.

**You 2017-06-21 19:34:39**

Why would you say no? You specifically stated that what I did was IMPLY sexual content. Implication cannot be explicit, therefore no rules were broken. Do you need to reread the rules?

**You 2017-06-21 20:06:58**

Questions 1-57 were those tickets I closed that got closed because they were duplicates of the Appeal thread. So, if they were duplicates of that thread, the proper place to ask them was in that thread... which is now here.

**Forge of Empires - Customer Support 2017-06-21 20:31:47**

Here is a list of your transgressions again, since they seem to have gotten lost in the clutter.
21:01: TwoCents: how many monkies have to
be sucking off your tits?
21:03: TwoCents: a stupid person
21:04: TwoCents: you're abundantly
qualified

03:12: TwoCents: cuz you're a dirty dirty
perv
03:12: TwoCents: as evidenced by the fact
that you hang around with other dirty dirty pervs

03:15: TwoCents: just be a pig for
spaceballs
03:15: TwoCents: soooooweeee!
03:15: TwoCents: soooweee
03:16: TwoCents: "aint he got a
pretty mouth pa!"

03:27: TwoCents: sorry, but only ice will
pay that much to ***** your ***

Exhibit 10 – Forge of Empires Support Tickets: TwoCents Submitted by Plaintiff Penny Quinteros
Case: 19-CV-1402 RSM - 308

03:30: TwoCents: yeah, I know who was
blowing smoke up your ***

03:41: TwoCents: go see if Xer wants
someone to ***** her online
03:41: TwoCents: I hear she's into
that

Name calling, sexual commentary and suggestion and language.

For this you were banned. Your appeal is denied.

Respectfully,

Sgt. Bothari
Co-Community Manager
Forge of Empires, U.S.

**You 2017-06-21 20:48:45**

I think you're mistaken.... names have to be in the nominative case... there are no names there.
Sexual commentary has to be explicit, not suggested
and I didn't use any "foul" or "vulgar" swearwords.

**You 2017-06-21 20:50:12**

Why did you insult me in the other ticket talking about "ty" ?

**Forge of Empires - Customer Support 2017-06-21 21:13:43**

I am sorry, your ban stands.

TY is Thank you.
https://www.google.com/#q=ty+in+text+language

Respectfully,

Sgt. Bothari
Co-Community Manager
Forge of Empires, U.S.

**You 2017-06-21 21:15:25**

no it's not. It stands for Tits of Yours

**You 2017-06-21 21:17:27**

What's the matter? don't like my interpretation of your acronym? Don't like people profane things into something you said without your actually having said it? Neither do I.

**You 2017-06-21 21:20:55**

Don't like people *reading* profane things into something you said*

**You 2017-06-21 21:22:23**

oh dear! I used an asterisks!!! better ban me again!

**You 2017-06-21 21:59:34**

where is the answer?

**You 2017-06-21 22:01:59**

What "clutter" are you referring to?

**Forge of Empires - Customer Support 2017-06-21 22:07:31**

Your ticket spam.

Respectfully,

Sgt. Bothari
Co-Community Manager
Forge of Empires, U.S.

**You 2017-06-21 22:13:02**

I don't see any spam. Each of my tickets is legitimate. If you would stop closing them, then I wouldn't have to put through so many.

**You 2017-06-21 22:23:14**

Still... closed without answering. Why would you call my legitimate tickets spam?

**You 2017-06-21 22:43:17**

You know I remember that "you're abundantly qualified" incident. The dude I was talking to wasn't ice it was garcia the great. Do you know that dude on memorial day accused me of making up the fact that my dad was a disabled Vietnam war veteran? Exactly how polite would you like me to treat trash like that? Should I wash his feet for him too? He totally deserved to be

told that his guild was just monkeys sucking on his tits and that he was an abundantly qualified idiot. If you had banned him for calling me "crazy" and "pathetic" and saying I was "lying to get attention" and questioning my father's service to this country, I probably wouldn't have felt I had to defend myself with him.

**Forge of Empires - Customer Support 2017-06-21 23:55:35**

I think I have explained previously, but I will do so again.

The way the affronts work.
A report comes in, if there is a violation points (usually 6) are assigned.
Initially everyone starts at 0
The 6 points hit the account, it sends out a warning letter reminding the player to obey the rules as they have been in violation.
We rarely give more than 6 points at once unless there is a major violation (Racism will get you hit very hard as *one* example, there are other things as well).

No bans occur until the player hits 24 points. at that threshold a 24 hour (1 hour for each point) ban goes in automatically.

From that point on every time additional points are added a ban is automatic and the duration is that of 1 hour per point accumulated.


Everyone gets the same process.

Respectfully,

Sgt. Bothari
Co-Community Manager
Forge of Empires, U.S.

**You 2017-06-21 23:59:55**

Then I should be allowed to appeal prior bans to get those points removed from my record, since they were embarrassingly, ridiculously wrong.

Additionally you shouldn't add up points over multiple periods of time. If an offense doesn't warrant a point at the time it occurred then it doesn't warrant a point later. I'm sorry to refer back to the same thing, but it's the Key and Peele comedy skit "Hingle Mccringleberry." It's totally arbitrary and ridiculous that something should be ok, but you cross a "magical" threshold and "everything" is now wrong.

Finally, if you all had done your jobs and significantly sanctioned the dude for being such a complete ass (and you have to admit, questioning a disabled vet's service is being an ass).... then

I wouldn't have felt compelled to protect myself. If you all can't do it for me, then I'll take the responsibility on myself.

**You 2017-06-22 00:03:23**

Panacea told me in an email from January:

I would suggest using a character other than \*\*\* or \*\*\*\* to denote when you are substituting a profanity. Then there can be no question that the censor is substituting the character '\*'.

She essentially condoned the technique I used in the above messages. Censoring myself rather than letting your "blocker" catch it.

But you still banned me for it. You all have no standards and just "shoot from the hip" when making these calls.

**Forge of Empires - Customer Support 2017-06-22 00:42:56**

As far as "protecting yourself" just because someone else violates the rules does not mean you have a noble right to violate the rules as well in defense. All that does is we now have two players who violated the rules.

Respectfully,

Sgt. Bothari
Co-Community Manager
Forge of Empires, U.S.

**You 2017-06-22 00:46:49**

actually I do, it's a human right, not one that you obligingly bequeath.

**Forge of Empires - Customer Support 2017-06-22 00:58:21**

This is not a home invasion. This is a game, one that has rules. You agree to abide by those rules when you create your account.

Respectfully,

Sgt. Bothari
Co-Community Manager
Forge of Empires, U.S.

**You 2017-06-22 01:02:40**

agreeing to rules doesn't abrogate my human right to defense. You ask me to play to different standards than every other player in this game. No one I talked to considered "pig" and "perv" bannable offenses.

**You 2017-06-22 01:32:58**

In case you didn't see it, here is what I told Julie in the other thread:

Keep in mind, that as an employee of a German company, you can be help personally liable for any discrimination you perform during the course of your duties.
You stated:
"If you will just play and use Global Chat appropriately, you will not be contacted nor bothered by any moderator."
I do use global chat appropriately. I use it to defend myself from slanderous and sexist attacks such as:
"you're batshit crazy" "you're a psycho b*tch" "you need therapy" "you're sad and pathetic" "all you need is a good f*cking" "You just need someone to love you" "Who lit your tampon fuse on fire?" "Let's see your titties 2c! I love titties!"

And lets not forget people who illegally obtain photos of my breasts and then pass them around to strangers using your servers and then laugh about them in global chat saying "are you sure this isn't an ass you shoved into a bra?"

I've reported all of these incidents and as far as I can tell, none of the people involved have been banned or otherwise sanctioned. I respond with a modicum of humor, clever wit, and decency which is WAY more than they deserve. I obscure profanity because you said that would be acceptable.

Yet you still allow these players to target me with "report" harassment. And you still say that what I've said is "insulting" when it barely scratches the surface of what you allow on your servers every single minute of every single day.

**You 2017-06-22 01:35:52**

It's the responsibility of every decent person to stand up to blatant sexism like that. Rules or no rules. I'm doing the right thing.

**Forge of Empires - Customer Support 2017-06-22 14:47:45**

We are done here. You appeal is denied. I am closing this ticket.

Respectfully,

Sgt. Bothari
Co-Community Manager
Forge of Empires, U.S.

This ticket has been closed and can no longer be replied to.

## Attachments

This ticket currently has no attachments.

# View ticket

# Appeal TwoCents

**You 2017-06-21 20:29:55**

Why was my account banned?

**Forge of Empires - Customer Support 2017-06-22 14:48:31**

Hello TwoCents,

Please do not create more than one ticket per issue. As this is a duplicate, we are closing this ticket. If you wish to pose additional information, please post in the pre-existing ticket. Thank you for your cooperation and enjoy the game.

Respectfully,

Sgt. Bothari
Co-Community Manager
Forge of Empires, U.S.

This ticket has been closed and can no longer be replied to.

## Attachments

**This ticket currently has no attachments.**

# View ticket

# Continuation of Appeal

**You 2017-06-22 15:06:51**

As you have pointed out, you are the final arbiters of the rules. Which means if you make a bad decision I can only attempt to pursuade you to change your minds. Which I will do my way. And which I will continue to do until I'm blue in the face or you convince me that you made the correct decision. The fact that the ban expired has no bearing on right/wrong.

---

This ticket has been closed and can no longer be replied to.

**Attachments**

**This ticket currently has no attachments.**

# View ticket

# Continuation of Appeal

**You 2017-06-22 15:22:48**

If you keep closing it, that means I have to keep opening a new one. Your strategy of thinking my outrage over your unfair treatment will fade after the ban expires isn't going to work.

**You 2017-06-22 15:33:59**

I still think implicit is not explicit, that offesive and insulting is to arbitrary to be defined, and that I did nothing wrong

**You 2017-06-22 15:43:37**

I think your interpretation of the rules was unnecessarily harsh on me and that you all enforce them at your whimsy

**You 2017-06-22 16:02:07**

I think your refusal to address these concerns indicates that you agree with me, but aren't sure how to reconcile that with your perception of my behavior as "harsh" and "outrageous." You're right I don't follow the rules of "normal" people, but that doesn't mean I've broken any of the rules of the game.

**You 2017-06-22 17:42:48**

I think that you are not "psychic" and cannot "read into" things that I didn't actually write.

**You 2017-06-22 18:45:38**

And yet, there is no movement on your part. Why? Do? You? Like? To? HYPER-SCRUTINIZE? Me?

**Forge of Empires - Customer Support 2017-06-22 19:08:07**

Hello TwoCents,

Actually, I don't. If you would play the game and obey the rules properly I would never have to scrutinize you again. Which would suit me just fine!

Respectfully,

Sgt. Bothari
Co-Community Manager
Forge of Empires, U.S.

---

This ticket has been closed and can no longer be replied to.

**Attachments**

This ticket currently has no attachments.

# View ticket

# Continuation of Appeal

**You 2017-06-22 19:30:06**

See the ticket you closed

**You 2017-06-22 19:31:57**

I follow the rule, your community manager told me it would be ok if I "censored" myself before she flip-flopped and changed her tune.

**Forge of Empires - Customer Support 2017-06-22 19:52:26**

Hello TwoCents,

Your ban is complete. There is nothing to appeal.

Obey the rules and enjoy the game!

Respectfully,

Sgt. Bothari
Co-Community Manager
Forge of Empires, U.S.

This ticket has been closed and can no longer be replied to.

**Attachments**

**This ticket currently has no attachments.**

# View ticket

# Continuation of Appeal

**You 2017-06-22 20:06:39**

The ban is NOT complete. You yourself told me the points are accumulative. Besides, why do you think I play this game?

**You 2017-06-22 20:19:49**

Well? Are, there or are there not ongoing consequences of having been erroneously banned?

**Forge of Empires - Customer Support 2017-06-22 20:25:06**

Hello TwoCents,

You have not been banned erroneously, despite your own thinking. I am sorry, this is complete.

Respectfully,

Sgt. Bothari
Co-Community Manager
Forge of Empires, U.S.

This ticket has been closed and can no longer be replied to.

**Attachments**

**This ticket currently has no attachments.**

# View ticket

# Continuation of Appeal

**You 2017-06-22 20:27:20**

It was erroneous, I've proven beyond a shadow of a doubt that it was erroneous and I insist it is removed.

**You 2017-06-22 20:29:51**

You haven't even made any attempt to convince me it was legitimate. Which means that you have no reasoning or rationale.

**Forge of Empires - Customer Support 2017-06-22 20:34:32**

Hello TwoCents,

Your ban is complete. There is nothing to appeal.

Obey the rules and enjoy the game!

Respectfully,

Sgt. Bothari
Co-Community Manager
Forge of Empires, U.S.

---

This ticket has been closed and can no longer be replied to.

**Attachments**

This ticket currently has no attachments.

# View ticket

# Continuation of Appeal

**You 2017-06-22 20:37:59**

The ban isn't over unless you're telling me I have no accumulated points on my record.

**Forge of Empires - Customer Support 2017-06-22 20:47:12**

Hello TwoCents,

Points are not removed unless a ban appeal is approved. Your appeal was denied in this instance. Any previous appeals were handled at THAT time and there are no retro-active appeals, ever.

This subject is now closed.

Respectfully,

Sgt. Bothari
Co-Community Manager
Forge of Empires, U.S.

This ticket has been closed and can no longer be replied to.

## Attachments

This ticket currently has no attachments.

# View ticket

# Continuation of Appeal

**You 2017-06-22 20:52:34**

As you're so quick to point out, the community manager and moderators are the final "deciders" on the rules. Which means if you want to reverse a ban retroactively you can. Besides you only denied my appeal because you don't like me.

**Forge of Empires - Customer Support 2017-06-22 21:12:13**

Hello TwoCents,

Your ban is complete. There is nothing to appeal.

Obey the rules and enjoy the game!

Respectfully,

Sgt. Bothari
Co-Community Manager
Forge of Empires, U.S.

---

This ticket has been closed and can no longer be replied to.

**Attachments**

**This ticket currently has no attachments.**

# View ticket

# Continuation of Appeal

**You 2017-06-22 21:20:04**

Even if I obey the rules you ban me anyway, so what's the point?

**You 2017-06-22 21:23:16**

I think you should retroactively remove the ban. I'll inaugurate the practice.

**Forge of Empires - Customer Support 2017-06-22 21:26:52**

Hello TwoCents,

Your ban is complete. There is nothing to appeal.

Obey the rules and enjoy the game!

Respectfully,

Sgt. Bothari

Co-Community Manager
Forge of Empires, U.S.

---

This ticket has been closed and can no longer be replied to.

**Attachments**

This ticket currently has no attachments.

# View ticket

# Continuation of Appeal

**You 2017-06-22 21:30:44**

My ban isn't "over" because it is the basis for progressive discipline. and I think I enjoy talking to you more than I do trying to fart out rainbows and cupcakes in global chat on demand like you all think I should.

**Forge of Empires - Customer Support 2017-06-22 21:32:31**

Hello TwoCents,

Your ban is complete. There is nothing to appeal.

Obey the rules and enjoy the game!

Respectfully,

Sgt. Bothari
Co-Community Manager
Forge of Empires, U.S.

---

This ticket has been closed and can no longer be replied to.

**Attachments**

This ticket currently has no attachments.

# View ticket

# Continuation of Appeal

**You 2017-06-22 21:36:17**

What do you call a fake noodle?

**Forge of Empires - Customer Support 2017-06-22 21:41:35**

Hello TwoCents,

Your ban is complete. There is nothing to appeal.

Obey the rules and enjoy the game!

Respectfully,

Sgt. Bothari
Co-Community Manager
Forge of Empires, U.S.

---

This ticket has been closed and can no longer be replied to.

**Attachments**

**This ticket currently has no attachments.**

# View ticket

# Continuation of Appeal

**You 2017-06-22 21:50:27**

An Impasta!

**Forge of Empires - Customer Support 2017-06-22 22:34:09**

Hello TwoCents,

Your ban is complete. There is nothing to appeal.

Obey the rules and enjoy the game!

Respectfully,

Sgt. Bothari
Co-Community Manager
Forge of Empires, U.S.

This ticket has been closed and can no longer be replied to.

## Attachments

This ticket currently has no attachments.

# View ticket

# Continuation of Appeal

**You 2017-06-22 22:42:14**

What do you call an alligator in a vest?

**You 2017-06-22 23:24:12**

An Investigator

**Forge of Empires - Customer Support 2017-06-22 23:40:17**

Hello TwoCents,

Your ban is complete. There is nothing to appeal.

Obey the rules and enjoy the game!

Respectfully,

Sgt. Bothari
Co-Community Manager
Forge of Empires, U.S.

This ticket has been closed and can no longer be replied to.

**Attachments**

This ticket currently has no attachments.

# View ticket

# Continuation of Appeal

**You 2017-06-23 00:37:20**

What did one pencil say to the other pencil?

**Forge of Empires - Customer Support 2017-06-23 00:46:05**

Hello TwoCents,

Your ban is complete. There is nothing to appeal.

Obey the rules and enjoy the game!

Respectfully,

Sgt. Bothari
Co-Community Manager
Forge of Empires, U.S.

---

This ticket has been closed and can no longer be replied to.

**Attachments**

**This ticket currently has no attachments.**

# View ticket

# Continuation of Appeal

**You 2017-06-23 00:49:34**

My, you're looking sharp!

**Forge of Empires - Customer Support 2017-06-23 00:56:31**

Hello TwoCents,

Your ban is complete. There is nothing to appeal.

Obey the rules and enjoy the game!

Respectfully,

Sgt. Bothari
Co-Community Manager
Forge of Empires, U.S.

---

This ticket has been closed and can no longer be replied to.

**Attachments**

This ticket currently has no attachments.

# View ticket

# Continuation of Appeal

**You 2017-06-23 01:03:22**

What do you call a group of broken records?

**You 2017-06-23 01:09:19**

Inno Game Moderators

**Forge of Empires - Customer Support 2017-06-23 01:49:02**

Hello TwoCents,

Your ban is complete. There is nothing to appeal.

Obey the rules and enjoy the game!

Respectfully,

Sgt. Bothari
Co-Community Manager
Forge of Empires, U.S.

---

This ticket has been closed and can no longer be replied to.

## Attachments

This ticket currently has no attachments.

# View ticket

# Report follow up

### You 2017-06-23 01:08:45

Did you receive my report of this player from earlier today for saying "Lady put your crazy back in the bag."

### Forge of Empires - Customer Support 2017-06-23 01:48:36

Hello TwoCents,

if you reported it, it was recorded.

Respectfully,

Sgt. Bothari
Co-Community Manager
Forge of Empires, U.S.

### You 2017-06-23 02:47:02

hahahahahahahahaha

---

This ticket has been closed and can no longer be replied to.

## Attachments

**This ticket currently has no attachments.**

# View ticket

# Pre-ban protest notice

**You 2017-06-24 01:26:09**

here is a transcript of my conversation over the last 24 hours with my silent- protest

**Forge of Empires - Customer Support 2017-06-24 01:31:58**

Hello TwoCents,

Your ban is complete. There is nothing to appeal.

Due to an ongoing complaint anti-discrimination agency process I am sorry, but I am not not at liberty to discuss this further.

Obey the rules and enjoy the game!

Respectfully,

Sgt. Bothari
Co-Community Manager
Forge of Empires, U.S.

---

This ticket has been closed and can no longer be replied to.

## Attachments

This ticket currently has no attachments.

# View ticket

# Please review the last message

**You 2017-06-24 01:39:46**

The last message was appealing the ban you're thinking about giving me, not the prior one(s). No need to respond. I'm aware of the discrimination complaint, but please review the prior information.

**Forge of Empires - Customer Support 2017-06-24 01:47:13**

Hello TwoCents,

Your ban is complete. There is nothing to appeal.

Due to an ongoing complaint anti-discrimination agency process I am sorry, but I am not not at liberty to discuss this further.

Obey the rules and enjoy the game!

Respectfully,

Sgt. Bothari
Co-Community Manager
Forge of Empires, U.S.

---

This ticket has been closed and can no longer be replied to.

**Attachments**

**This ticket currently has no attachments.**

# View ticket

# Continuation of Appeal

**You 2017-06-23 02:48:06**

Have my naughty points been removed from my "permanent record"?

**Forge of Empires - Customer Support 2017-06-24 22:25:58**

Hello TwoCents,

Your ban is complete. There is nothing to appeal.

Due to an ongoing complaint anti-discrimination agency process I am sorry, but I am not not at liberty to discuss this further.

Obey the rules and enjoy the game!

Respectfully,

Panacea
Community Manager
Forge of Empires, U.S.

---

This ticket has been closed and can no longer be replied to.

**Attachments**

**This ticket currently has no attachments.**

# View ticket

# I'd like to report a moderator for misconduct

**You 2017-06-21 14:16:30**

Please forward this request to Julie (Jill) Blan.

**Forge of Empires - Customer Support 2017-06-21 18:15:34**

Hello TwoCents,

You may use my game name just as I use yours. Obviously, I made a mistake in sending you an email.

What seems to be the issue?

Respectfully,

Panacea
Community Manager
Forge of Empires, U.S.

**You 2017-06-21 19:36:53**

Julie,
Your moderator made a veiled threat against my son. When he sent me the screenshot he used the

name "McFly" as a reference for it, which is my son's screen name which you all are very well aware. I really find it stretches credibility to think he just "stumbled" upon the same name at random out of the millions of potential names.

You probably did make a mistake sending me an email. You haven't held up your end of the bargain. You're not fairly applying your own rules. So I feel no need to hold up my end of the bargain to "play friendly"

### You 2017-06-21 19:43:33

As far as using your name goes... you freely allow people to use my name without my consent in global chat... what's the difference?

### Forge of Empires - Customer Support 2017-06-21 22:41:52

Hello TwoCents,

If someone used your 'real' name in global chat, if they were reported, then it will be dealt with. What I saw was a reference to pennies (as in TwoCents) but we have no record of what your 'real name' is so I wouldn't know.

As to McFly, McFly is our testing account and has been for five years. It is in no way reflective of your son's account.

Again, I'll stress we use game names here.

Respectfully,

Panacea
Community Manager
Forge of Empires, U.S.

### You 2017-06-21 22:44:07

I DID report it. and it wasn't "pennies" it was Penny with a capital "P" that makes it a name, not a reference to a penny.

### You 2017-06-21 22:45:09

and of COURSE you would know, cuz I said... "SHE IS USING MY REAL NAME." in the report. On top of that you just ASSUMED it was in reference to "TwoCents"... why are you giving HER the benefit of the doubt?

Exhibit 10 – Forge of Empires Support Tickets: TwoCents Submitted by Plaintiff Penny Quinteros
Case: 19-CV-1402 RSM - 330

**You 2017-06-21 22:46:04**

No... if you can't ban the woman for using my real name, then you don't get the privileged of hiding behind your anonymity. I'll be publishing all your real information as I see fit.

**You 2017-06-21 22:46:53**

sure... "McFly" just "happens" to be your testing account. I'll believe that when pigs fly. Why are you lying?

**You 2017-06-21 23:01:10**

I can't believe a word that comes off of your disgusting lying fingers.

**Forge of Empires - Customer Support 2017-06-21 23:34:56**

Hello TwoCents,

Enough. Either be civil using Support with the parameters of common decency and privacy or I will be closing Support for your use.

I will reread the report you sent and I will need something verifying your 'real' name- for example, what IS your name as we do not know it.  If the player used your 'real' name, I will see that appropriate actions are taken.

My privacy is just that. PRIVATE. You will NOT be "publishing it as I see fit" or you will be permanently banned from the game.

This has gone on far too long. Either begin to use Support appropriately or not at all.

Respectfully,

Panacea
Community Manager
Forge of Empires, U.S.

**You 2017-06-21 23:43:06**

I'll respect you exactly as much as you deserve. When I start seeing something other than excuses, it might make me more inclined to be civil. When I start seeing you ACTUALLY following the rules of the game as they are written... for example banning only sexual content that is EXPLICIT but not banning that that is implied (because your game rules say EXPLICIT).

I already sent a copy of my driver's license to your other moderator. He verified it.

Quid pro Quo... protect my privacy and I'll protect yours.

Banning me from the game isn't really a threat as that is already in your agenda.

### You 2017-06-21 23:46:26

Exactly what is "common decency"? My morality dictates I treat you exactly as I feel about you. That seems fair and "decent" to me.

### You 2017-06-21 23:50:19

You sit there and claim you have NO proof of my RL name when I already sent you a copy of my driver's license photo and I signed an email to you on 01/12/2017 of this year Penny / TwoCents.

Let's not forget, in that email you said,
"I would suggest using a character other than *** or **** to denote when you are substituting a profanity. Then there can be no question that the censor is substituting the character '*'." which I did.

I can prove beyond any reasonable doubt that I TYPED those asterisks because it was three and five. Your censorship only puts FOUR so it wasn't "censored" on this most recent ban.... but your moderator still banned me anyway. FOR SOMETHING YOU TOLD ME WOULD BE OK!!!!

### You 2017-06-21 23:54:22

Why do I have to arm wrestle with you to get you to do the right thing?!

If I hadn't followed up on this report you would have just shuffled it into the "we don't care" pile even though I TOLD you these people were harassing me and you ADVISED me that the best thing to do would be to REPORT them!

I told the dude earlier that I didn't say "dicks" in global chat, and he argued with me about it for hours until he finally looked and realized it was from LAST YEAR!!!

### You 2017-06-21 23:55:46

Obviously if I don't get fanatically and emphatically pushy with you, you don't DO anything!

### Forge of Empires - Customer Support 2017-06-22 00:24:49

Hello TwoCents,

You do not make nor enforce the rules of the game. I am responsible for enforcing the rules. I have now given you the parameters. If you wish to continue to play the game, you will need to play without using profanity. No asterisks, no special characters to try to obscure profanity. It isn't the "%", its the "f%%k". So please, no profanity and there will be no problem on that front.

I've given you the information that if you use my name in global chat, you will be banned. Period.

We have verified your "real" name via the email you submitted. I have reopened your ticket concerning use of your name and appropriate action will be taken. You will not be notified of this action nor what action was taken.

I have no idea what your son's account name is. However, McFly is our testing account and is present within all 22 worlds. It was the 13th account registered on this world on day one of its opening.

Respectfully,

Panacea
Community Manager
Forge of Empires, U.S.

### You 2017-06-22 00:26:46

I will not play that way.

### You 2017-06-22 00:27:25

Either you will ask everyone to refrain from using profanity and "special characters" or you ask no one. I'm not going to be the "special target" of your rules.

### Forge of Empires - Customer Support 2017-06-22 00:28:57

Hello TwoCents,

That is certainly your decision. However, those are the parameters of play.

Respectfully,

Panacea
Community Manager
Forge of Empires, U.S.

### You 2017-06-22 00:29:54

Exhibit 10 – Forge of Empires Support Tickets: TwoCents Submitted by Plaintiff Penny Quinteros
Case: 19-CV-1402 RSM - 333

I guess we'll let the German Anti-Discrimination Agency decide. Have you responded to their request for information yet?

**You 2017-06-22 00:31:33**

My son's name is "Dark McFly" you previously banned me because you thought he was me. Which he isn't... yet you didn't remove the points that ban accumulated.

**You 2017-06-22 00:33:29**

I'm not planning to use your name in global chat. If I don't see action taken regarding DrowsyDragon, I will "publish it as I see fit" which means, I will, outside of the game and outside of your tyranny release it to someone who will release it to someone, who will send it to someone else, who will publish it everywhere.

**You 2017-06-22 00:34:51**

I'm just really disappointed that it had to come to this. If you all had enforced your rules equitably and actually investigated a report made when I said someone was using my name, I wouldn't have felt pushed into this corner.

**You 2017-06-22 00:38:13**

and FYI, the incident that occurred with this most recent ban was part of a "staged" incident with my brother-in-law who is a spy in Spaceballs. There was never any hostility or actual profanity used. It was all an act to prevent the guild from recruiting new members. So there was never any "profanity" behind the blanks. But I guess reality doesn't matter much to you all.

**You 2017-06-22 00:39:41**

So, if I don't use profanity are you condoning language such as saying "you are a dirty dirty perv" and "you are a pig for Spaceballs?"

**Forge of Empires - Customer Support 2017-06-22 00:52:43**

There is a rule against insulting another player. I think those sentences would definitely constitute an insult.

3. Communication

InnoGames does not accept any publications that the Forge of Empires Team considers illegal, insulting, offensive, threatening, abusive, real-life-aggressive, sexually explicit, pornographic (including, but not limited to drawings and animations), profanity, politically extreme, religiously fanatic, endangering

youth, racist, playing down the use of illegal drugs or alcohol, or promoting the use of said substances or in any way inappropriate. Posting links to such content is also not allowed.

Spamming other players with in-game mails or chat messages is abusive and will not be tolerated.
It is against the rules to impersonate any staff member or suggest acquaintances with them in order to force any kind of behavior.

- Examples:
- It is forbidden to use inappropriate names,
- It is forbidden to advertise competitors' games, post inappropriate content or links to such, post links to moneymaking sites or links to competitors' games.
- It is allowed to refer to a player as a noob or to criticize their way of playing using appropriate language.
- Threats are only allowed when they relate to the game and not real life. For example, saying that you will attack someone with your units if he does not give you Forge Points is allowed. However, it is not allowed to say that you will find someone and beat him up if he does not give you Forge Points.
- Using only capital letters, or spamming the same message repeatedly in the chat room is not permitted as it is poor chat etiquette.
- We ask players to not use account names that include whole e-mail addresses, full names or telephone numbers, for player safety and safety of personal data.
- Encouraging other players to break rules is forbidden.

No one wants you to feel backed into a corner. If you will just play and use Global Chat appropriately, you will not be contacted nor bothered by any moderator. However, when you violate the game rules by using profanity or insulting other players you are held to the same standard as any other player and action will be taken.

We will not be changing our test account, McFly. Both McFly and Dark McFly can coexist peacefully, however, if your son wishes the account name changed, he can submit a ticket to me and I will grant an exception to the Name Change rule and he can have another name.

If there is anything else, I'm sure you will let me know.

Respectfully,

Panacea
Community Manager
Forge of Empires, U.S.

**You 2017-06-22 00:56:03**

Exhibit 10 – Forge of Empires Support Tickets: TwoCents Submitted by Plaintiff Penny Quinteros
Case: 19-CV-1402 RSM - 335

The bottom line is, I'm going to act like every anonymous player in this game. You're not going to give me "special rules" to follow that aren't printed and outlined in your "game rules" policy. That's the very essence of discrimination and it is illegal both under US and German laws. I've chosen to pursue my case via the German laws because they provide stricter requirements.

Namely:

"The protection against discrimination of the General Act on Equal Treatment also covers cases of indirect discrimination. These rules are purporting to be neutral, but they place specific persons at a disadvantage on one of the grounds specified in the General Act on Equal Treatment."

via:
http://www.antidiskriminierungsstelle.de/SharedDocs/FAQs/EN/1_what_is_discirmination.html?nn=6580700

My case number is: 0890-Q/018

Ask your bosses, I'm sure they've copies of the complaint.

You don't ban every person who uses four asterisks in chat. You don't message them and ask them to "refrain from using any special characters." You are placing a special burden on me because people who do not like me because I am a woman, have repeatedly reported me.

### You 2017-06-22 00:57:19

But you seem to find MY insults as bannable offenses, when you don't institute those same rules against everyone.

### Forge of Empires - Customer Support 2017-06-22 01:03:14

You are welcome to report whereever you wish.  We did not ask you to refrain from special characters per se, we asked you to refrain from profanity- even when disquised by special characters.

We appreciate that you are a woman but it does not come into consideration when enforcing the rules.  Male or female, everyone has to abide by the same rules. And you do have to understand there is one more rule you have overlooked.

9. Miscellaneous

Please treat other Forge of Empires Community members with respect. Following the rules helps to create a fun and fair environment for everyone.

**The Community Management of the US version of Forge of Empires are the final arbiters of any rules dispute. Their interpretation of these rules is final.**

Forge of Empires Team reserves the right to exclude anyone from the game. Bans can be appealed via the Support System.


Thank you for your comments and concerns. This concludes our conversation.


Respectfully,


Panacea
Community Manager
Forge of Empires, U.S.

### You 2017-06-22 01:05:47

Additionally, you disregard my reports until I practically have to pull your short-hairs to get you to look at them. I mean... it's getting to the point of absurdity isn't it? I told you that woman used my real-name in global chat and whoever the moderator was disregarded it. Why? If I had used someone's name in global chat and it was reported, I'd be immediately hauled before the firing-squad with a perma-ban.

### You 2017-06-22 01:07:36

Your last statement, that "it doesn't come into play" when making your decisions isn't true. Your moderator Sgt. in a previous ticket said that I was engaging in DRAMA. When I explained to him that "Drama" was just another way to say an "extreme emotional reaction" and was tantamount to saying "hysterical" he poo-pooed it.

### You 2017-06-22 01:08:52

I'm going to use special characters as I see fit. If you don't ban everyone that the swear filter catches "by accident" then you aren't going to ban me either just because of your distaste for me.

### You 2017-06-22 01:11:57

Why publish rules at all if you're not going to follow them?

### You 2017-06-22 01:24:42

Keep in mind, that as an employee of a German company, you can be help personally liable for any discrimination you perform during the course of your duties.
You stated:

"If you will just play and use Global Chat appropriately, you will not be contacted nor bothered by any moderator."
I do use global chat appropriately. I use it to defend myself from slanderous and sexist attacks such as: "you're batshit crazy" "you're a psycho b*tch" "you need therapy" "you're sad and pathetic" "all you need is a good f*cking" "You just need someone to love you" "Who lit your tampon fuse on fire?" "Let's see your titties 2c! I love titties!"

And lets not forget people who illegally obtain photos of my breasts and then pass them around to strangers using your servers and then laugh about them in global chat saying "are you sure this isn't an ass you shoved into a bra?"

I've reported all of these incidents and as far as I can tell, none of the people involved have been banned or otherwise sanctioned. I respond with a modicum of humor, clever wit, and decency which is WAY more than they deserve. I obscure profanity because you said that would be acceptable.

Yet you still allow these players to target me with "report" harassment. And you still say that what I've said is "insulting" when it barely scratches the surface of what you allow on your servers every single minute of every single day.

### Forge of Empires - Customer Support 2017-06-22 01:38:49

We have addressed these issues on multiple occasions. All have been addressed. In the future, if someone insults you, report it. We will take appropriate action where action is warranted. You will not be given an update on the ban or action taken with another player.  ALL past issues have been addressed and will NOT be gone over again simply because you are unaware of the actions taken with another player.

We have addressed the special characters issue. If you choose to use them inappropriately to disguise profanity, you will be held accountable.

You do not have to remind me of my "duties" as an employee of any company. I appreciate the fact that you support the game and I do my best to approach you and every other player with respect.  You are not discriminated against despite your feelings to the contrary.

We appreciate that you are a woman but it does not come into consideration when enforcing the rules.  Male or female, everyone has to abide by the same rules. And you do have to understand there is one more rule you have overlooked.

9. MiscellaneousPlease treat other Forge of Empires Community members with respect. Following the rules helps to create a fun and fair environment for everyone.

**The Community Management of the US version of Forge of Empires are the final arbiters of any rules dispute. Their interpretation of these rules is final.**          Forge of Empires Team reserves the right to exclude anyone from the game. Bans can be appealed via the Support System.

Again, this will be our last communication regarding this ticket. It is closed. Any further messages you send on this ticket will not be addressed. Thank you for your comments and concerns. This concludes our conversation.

Respectfully,

Panacea
Community Manager
Forge of Empires, U.S.

### You 2017-06-22 01:51:54

Why publish rules at all then? If you're just going to go on "gut instinct." How exactly do you know that I'm "disguising" profanity?

What if I say... man... that dude really likes to ***** around online?

Fill in the blank there with "clown" cuz that's what I meant.

### You 2017-06-22 01:52:33

Respond or don't respond... no worries. You have a history of denying me access to support services.

### You 2017-06-22 02:16:03

Please see my notice to you.

### Forge of Empires - Customer Support 2017-06-24 22:28:46

Thank you for your message. Unfortunately, due to an ongoing complaint process that was started by you at the German anti-discrimination agency, we are not at liberty to discuss these matters with you.

Should this be necessary, our legal department will get in touch with you

Respectfully,

Panacea

Exhibit 10 – Forge of Empires Support Tickets: TwoCents Submitted by Plaintiff Penny Quinteros
Case: 19-CV-1402 RSM - 339

Community Manager
Forge of Empires, U.S.

---

This ticket has been closed and can no longer be replied to.

**Attachments**

# This ticket currently has no attachments.

# View ticket

# Alt Accounts

**You 2017-06-25 17:13:20**

looks like these are alt accounts. They are in a guild called PRCF Guild

**Forge of Empires - Customer Support 2017-06-25 20:16:14**

Hello TwoCents,

Thank you for bringing this matter to our attention. We appreciate all players that help the Forge team to keep our game running without rule breakers. TwoCents, I will investigate and take the appropriate action(s) if I find rule breaking.

Respectfully,

Sgt. Bothari
Co-Community Manager
Forge of Empires, U.S.

---

This ticket has been closed and can no longer be replied to.

**Attachments**

This ticket currently has no attachments.

# View ticket

# Player has harassing guild profile

**You 2017-09-24 02:44:35**

This player is the only player in a guild called Katy Perry's Goodbye. In the profile he refers to me and other players as "stupid" and "closet wannabe's." This is in violation of your rule regarding insulting names.

**Forge of Empires - Customer Support 2017-09-24 04:19:17**

Hello TwoCents,

Thank you for contacting Support.  Your concern is important to us.  We are reviewing your ticket and will reply as soon as possible.

Thank you for your patience.

Respectfully,

Dragon
Ingame Moderator
Forge of Empires, U.S.

**Forge of Empires - Customer Support 2017-09-24 14:21:08**

Hello TwoCents,

Thank you for bringing this matter to our attention. We appreciate all players that help the Forge team to keep our game running without rule breakers. TwoCents, I will investigate and take the appropriate action(s) if I find rule breaking.

Respectfully,

Sgt. Bothari
Co-Community Manager
Forge of Empires, U.S.

This ticket has been closed and can no longer be replied to.

## Attachments

Exhibit 10 – Forge of Empires Support Tickets: TwoCents Submitted by Plaintiff Penny Quinteros
Case: 19-CV-1402 RSM - 341

This ticket currently has no attachments.

# View ticket

# Offensive Guild Profile

**You 2017-09-27 01:38:09**

As previously reported, this player's guild profile violates your rules of offensive and insulting behavior. He changed it, but not enough to change the meaning.

**Forge of Empires - Customer Support 2017-09-27 01:46:28**

Hello TwoCents,

Thank you for bringing this matter to our attention. We appreciate all players that help the Forge team to keep our game running without rule breakers. TwoCents, I will investigate and take the appropriate action(s) if I find rule breaking.

Respectfully,

Sgt. Bothari
Co-Community Manager
Forge of Empires, U.S.

**You 2017-09-27 02:13:06**

I sincerely hope you're being honest about that, because I didn't find the last response to be adequate.

**Forge of Empires - Customer Support 2017-09-27 13:11:49**

Just like with any situation we have policies to deal with various issues. Just because you did not see what was done, does not mean something was NOT done. And I am sorry but Innogames sets the policies, not players.

Respectfully,

Sgt. Bothari
Co-Community Manager
Forge of Empires, U.S.

**You 2017-09-27 13:29:01**

yet it is your failure to apply your stated policies equally that is the problem and always has been.

Sent from my iPhone

___

This ticket has been closed and can no longer be replied to.

## Attachments

This ticket currently has no attachments.

# View ticket

# Why can't I attack my neighbors?

**You 2017-11-07 11:04:03**

Why can't I attack my neighbors? The attack button just isn't there anymore... did I miss an update?

**Forge of Empires - Customer Support 2017-11-07 11:49:17**

Hello TwoCents,

https://forum.us.forgeofempires.com/index.php?threads/pvp-adjustments.20440/

It was announced that researching Military Tactics would now be required in order to open up the PvP aspect of the game. Until this tech is reached you can no longer attack nor can you be attacked in your city.

Feedback to the Developers for this can be left here!!

Respectfully,

Sgt. Bothari
Co-Community Manager
Forge of Empires, U.S.

**You 2017-11-07 14:19:01**

Exhibit 10 – Forge of Empires Support Tickets: TwoCents Submitted by Plaintiff Penny Quinteros
Case: 19-CV-1402 RSM - 343

Oh... my... $&@#%ng... God! They've essentially DESTROYED my bronze age challenge city I've been working on for a year! How am I supposed to open new land without being able to get medals?!

Sent from my iPhone

**Forge of Empires - Customer Support 2017-11-07 14:20:46**

[Feedback to the Developers for this can be left here!!](#)

Respectfully,

Sgt. Bothari
Co-Community Manager
Forge of Empires, U.S.

**You 2017-11-07 15:39:02**

I think I'd rather give you my feedback... considering posting on the forums is like farting in the wind.

Sent from my iPhone

This ticket has been closed and can no longer be replied to.

**Attachments**

**This ticket currently has no attachments.**

# View ticket

# Lost rewards/forge points

**You 2017-11-09 16:11:15**

I lost:
865 fps, 30k medals, 11 blueprint (all of course needs to be multiplied by my Arc bonus)...
because I had 1st place locked on Rigenator's level 50 kraken... plus who knows how many other GB's that I don't remember. What are you doing to refund these rewards to me?
Penny

Exhibit 10 – Forge of Empires Support Tickets: TwoCents Submitted by Plaintiff Penny Quinteros
Case: 19-CV-1402 RSM - 344

**Forge of Empires - Customer Support 2017-11-09 17:50:32**

Hello TwoCents,

Thank you for contacting Support.  Your concern is important to us.  We are reviewing your ticket and will reply as soon as possible.

Thank you for your patience.

Respectfully,

Snowbelle
Senior Ingame Moderator
Forge of Empires, U.S.

**Forge of Empires - Customer Support 2017-11-09 18:46:38**

Hello TwoCents,

Thank you for contacting the Forge of Empires United States Support Team.

We recently discovered an exploit in one of our great buildings (which some players took advantage of…which cause some players to gain unfair gains over other players).   This involved great buildings and some players amassing massive amounts of forge points by taking advantage of this exploit.

This exploit has been corrected…and the developers worked to develop a correction to adjust the accounts of players who had taken advantage of the exploit.

In the process of trying to correct the issue, some great buildings were adjusted that should have been adjusted, and some great buildings were adjusted that might not have been part of the exploit.

If you are writing due to an issue with your great buildings or missing forge points, we are aware of the problem with some of your Great Buildings. We have identified the underlying issue with the Great Buildings and of course we will work on fixing it.

We would like to ask for your patience and apologize for any inconvenience this problem may have caused.  Again, our sincere apology and we ask for your understanding as we work to correct this issue.

Best Regards,

Your Forge of Empires Support Team

Respectfully,

Maestro
Senior Ingame Moderator
Forge of Empires, U.S.

---

This ticket has been closed and can no longer be replied to.

## Attachments

This ticket currently has no attachments.

# View ticket

# Want to buy Store building set on Y World but it only shows

**You 2017-11-24 13:12:15**

I'm trying to buy the 4 store building kit from the black friday event but I want the items on Y and the event popped up on J. How can I buy them for the correct world?

**Forge of Empires - Customer Support 2017-11-25 03:50:22**

Hello TwoCents,

Thank you for contacting Support.  Your concern is important to us.  We are reviewing your ticket and will reply as soon as possible.

Thank you for your patience.

Respectfully,

Salior
Senior Ingame Moderator
Forge of Empires, U.S.

**Forge of Empires - Customer Support 2017-11-26 02:29:29**

Hello TwoCents,

The offers only show up on the world that is first opened during the start of the special.

Respectfully,

Wedge
Co-Community Manager
Forge of Empires, U.S.

**You 2017-11-26 23:15:18**

Well that's nice, woulda been nice if you bothered to tell people in advance what the sale item was gonna be. How could I possibly know which world I should open when I don't know what the item was?

**Forge of Empires - Customer Support 2017-11-27 00:23:39**

Hello TwoCents,

We agree. We as support only help those in need we don't set policy.

Respectfully,

Wedge
Co-Community Manager
Forge of Empires, U.S.

This ticket has been closed and can no longer be replied to.

**Attachments**

This ticket currently has no attachments.

# View ticket

# Accidentally Deleted Aviary

**You 2017-12-15 11:31:45**

Hello, I accidentally deleted my aviary when trying to build and delete memorials right next to it. Sometimes the touch-screen targeting isn't accurate and it hit the wrong building. Is there any chance of getting it replaced?

**Forge of Empires - Customer Support 2017-12-15 11:45:09**

Hello TwoCents,

Thank you for contacting Support.  Your concern is important to us.  We are reviewing your ticket and will reply as soon as possible.

Thank you for your patience.

Respectfully,

Snowbelle
Senior Ingame Moderator
Forge of Empires, U.S.

**Forge of Empires - Customer Support 2017-12-15 22:40:59**

Hello TwoCents,

Your concern is important to us.  We are reviewing your ticket and will reply as soon as possible.

Thank you for your patience.

Respectfully,

John Wick
Ingame Moderator
Forge of Empires, U.S.

**Forge of Empires - Customer Support 2017-12-16 00:51:42**

Hello TwoCents,

As a one time courtesy, an Aviary has been placed into your Inventory.

Please be sure to take care when removing buildings. There is a confirmation box with each item, take time to read this. We will be unable to replace items in the future.

Enjoy the game!

Respectfully,

Panacea
Community Manager
Forge of Empires, U.S.

~HAPPY HOLIDAYS to you and yours!!~

---

This ticket has been closed and can no longer be replied to.

## Attachments

This ticket currently has no attachments.


# View ticket

# Discrimination in Forums

**You 2017-12-22 01:48:59**

Your forums continuously and routinely use the word "drama" to describe particular areas of interest for each world. This word is sexist and discriminatory. It implies an over-reaction based upon emotion and is synonymous with the word "hysterical." Both have been used routinely and systemically to oppress women. Please remove it.

**Forge of Empires - Customer Support 2017-12-22 02:02:21**

Hello TwoCents,

Thank you for contacting Support.  Your concern is important to us.  We are reviewing your ticket and will reply as soon as possible.

Thank you for your patience.

Respectfully,

John Wick
Ingame Moderator
Forge of Empires, U.S.

**Forge of Empires - Customer Support 2017-12-22 22:34:25**

Hello TwoCents,

Exhibit 10 – Forge of Empires Support Tickets: TwoCents Submitted by Plaintiff Penny Quinteros
Case: 19-CV-1402 RSM - 349

Thank you for sending us your feedback, we appreciate your interest in further improving the game. In the main public forums, you will find a section called **Proposals** where you can propose your idea for public discussion. Suggestions that gain strong community support are considered by the Game Developers for integration into future updates. Thank you for your comments.

Respectfully,

Q-Dog
Ingame Moderator
Forge of Empires, U.S.

### You 2017-12-22 23:25:56

why would I seek support for removing discrimination in a community that is highly discriminatory against women? aka the gaming community.

### Forge of Empires - Customer Support 2017-12-22 23:53:12

Hello TwoCents,

I am sorry, but you lost me on your issue. Please rephrase what you would like for us to fix.

Respectfully,

Q-Dog
Ingame Moderator
Forge of Empires, U.S.

### You 2017-12-23 18:19:51

Remove the word "drama" from your forums. It is sexist.

### Forge of Empires - Customer Support 2017-12-24 02:11:01

Hello TwoCents,

As one who works in the theater and in videography the word can also mean a dramatic production, and while we try to be sympathetic to all players and their perspective we can not shy away from disruptive noun. I am sorry for the personal feelings you have towards the word but we use the vocabulary that fits in its proper use of the word.

dra·ma

ˈdrämə/
noun

1. 1.
    a play for theater, radio, or television.
    "a gritty urban drama about growing up in Harlem"

    synonyms: play, show, piece, theatrical work, dramatization"a television drama"

Respectfully,

Wedge
Co-Community Manager
Forge of Empires, U.S.

---

This ticket has been closed and can no longer be replied to.

## Attachments

This ticket currently has no attachments.

# View ticket

# Discrimination in guild forums

**You 2017-12-24 05:23:51**

Your answer in nonsensical and shows your blatent disregard of a serious complaint. Clearly you aren't using the word "drama" in the sense of a play or production. This isn't a joke to me, and regardless of how you insult me, I'm prepared to take my complaint of discrimination further.

**You 2017-12-24 06:19:22**

"Drama" is only used in one context in Forge of Empires and gaming in general... to indicate an emotional overreaction. Or are you seriously trying to say when guilds put in their profiles that they are "drama-free" it means they don't want to visit the theater to see a play?

**Forge of Empires - Customer Support 2017-12-24 17:21:17**

Hello TwoCents,

I don't wish to get off on the wrong foot nor was it my intentions to insult you, and If I have insulted you I am very sorry.

As for the word Drama we can't block a word that has so many different connotations. It is not a swear word nor is it a solly bigated word, it is used (when in context) to to describe an emotion or state of mind it is not a word biased to a sex or race. The best we will do is deal with its use in context on a case by case basis. I hope this meets your approval if not I am sorry but this is the best we can do.

Respectfully,

Wedge
Co-Community Manager
Forge of Empires, U.S.

**You 2017-12-25 03:35:57**

It is sexist. Look it up in the urban dictionary... you'll see it's used primarily to demean women and undermine them as being irrational and their arguments or disagreements to be less than those of men. Please pass my request to Panacea. It's used directly on your forum to describe an entire "area" of postings. Maybe you could find a better word?

**Forge of Empires - Customer Support 2017-12-26 01:59:28**

She is aware of this communication I have shared with her your concern the dictionary we use is the industry standard we do so, so that we are consistent with others in the industry. I am not wanting to trivialize your concerns but we have this for this very reason so we have a consistent standard to follow.

Respectfully,

Wedge
Co-Community Manager
Forge of Empires, U.S.

**You 2017-12-26 13:55:09**

also in the standard dictionary are words like "niggardly" and "jewed"... do you use those words too? Lets go make an entire area devoted to "Indian-givers!"

**You 2017-12-26 14:12:14**

https://en.m.wikipedia.org/wiki/Sexism_in_video_gaming ... saying you're reinforcing the industry standard isn't really a good answer when the industry standard looks like that. Sexual harassment in your game is VERY bad... very very bad... men randomly message me asking me to do things like take off my pants for forge points... these are people who are totally unaware of my history. They see a female profile and that's all that's necessary. Perhaps it was time FoE took an ACTIVE role in trying to reduce it... instead of subtley condoning the misogynistic behavior.

**Forge of Empires - Customer Support 2017-12-26 20:18:23**

Hello TwoCents,

I personally find many words offensive when used in a way that demeans people men and women but i can't nor would I attempt to make rules that prevent people from saying them because it would prevent them from being used in their proper context, where does it stop what if they decide the word woman versus women is offencive and demeaning, or aborted verses abortion. We have in this community a vast language that begs to be used however the more we police it the less we use it, you have a definition that you don't like and if that were the only way of defining it you may have a case but it has several meanings and they are positive if we ban it we ban it across the board, not to mention players who have the noun drama in it. It is an unjust demand you are attempting to make.

I have already said we would work on these on a case by case basis if the word is used as a direct affront against you we will gladly look at for you. That really is the best we can do.

Respectfully,

Wedge
Co-Community Manager
Forge of Empires, U.S.

**You 2017-12-28 17:51:25**

Wedge, please explain the "proper" context in which it is being used in your forums? As far as I can see... it is being used in a way that reinforces the negative stereotypes.

**You 2017-12-28 17:54:56**

I'm not asking you to prevent people from saying them. I'm saying that you have an opportunity here to help positively shift the gaming culture in FoE. Remove the word from your own forums.

**Forge of Empires - Customer Support 2017-12-28 22:54:38**

Exhibit 10 – Forge of Empires Support Tickets: TwoCents Submitted by Plaintiff Penny Quinteros
Case: 19-CV-1402 RSM - 353

Hello TwoCents,

I am by far one of the most supportive when it comes to across the board treatment of players and their ability to play in a supportive gaming experience.

I am of the school of educate rather than legistrate.

There have post about players not liking the amount of complaints and drama when it comes to the contests. Drama is an appropriate use of the word.

If a player were to be called out as a drama queen then if it were reported we would look into the complaint because it went from a global statement to a personal attack.

Respectfully,

Wedge
Co-Community Manager
Forge of Empires, U.S.

### You 2017-12-29 02:29:27

drama in the context it's used in games is an attack against an entire community of players.

### You 2017-12-29 02:36:57

This is what I'm talking about. Not other people using the word... but Forge of Empire staff using it and condoning its use as a heading for entire sections of the forum! Remove it- change it. It's sexist and offensive.

### You 2017-12-29 03:44:52

May I have the email address for the fellow in Germany I was dealing with before?

### Forge of Empires - Customer Support 2017-12-30 10:28:41

Hello TwoCents,

I am the Community Manager of the U.S. server and an InnoGames employee. As such, all aspects of the game, rules, players, and moderators are my responsibility.

As the Game Rules state: The Community Management of the US version of Forge of Empires are the final arbiters of any rules dispute. Their interpretation of these rules is final.

Exhibit 10 – Forge of Empires Support Tickets: TwoCents Submitted by Plaintiff Penny Quinteros
Case: 19-CV-1402 RSM - 354

Merriam-Webster defines "drama" as:

1a literature : a composition (see composition 5a) in verse or prose intended to portray life or character or to tell a story usually involving conflicts and emotions through action and dialogue and typically designed for theatrical performance : play — compare

 b: a movie or television production with characteristics (such as conflict) of a serious play;broadly : a play, movie, or television production with a serious tone or subject

- a police drama

2 literature : dramatic art, literature, or affairs

- English drama

3a : a state, situation, or series of events involving interesting or intense conflict of forces

- the drama of the past week
- dealing with some family drama

 b : dramatic state, effect, or quality

- the drama of the courtroom proceedings

We believe the word to be used in the proper context.  Thank you for your comments and we will bear them in mind,

Enjoy the game.

Respectfully,

Panacea
Community Manager
Forge of Empires, U.S.

~HAPPY HOLIDAYS to you and yours!!~

**You 2017-12-30 16:30:44**

connotation versus definition... it's a sexist word being used by your company... as it's used here it's the derivative of "drama queen"

**You 2017-12-30 16:32:48**

I'm not talking about your interpretation of "game rules"... I'm talking about your representation of Inno games in a discriminatory manner.

**You 2017-12-30 17:02:27**

I'm not the only person who thinks the word "drama" is offensive. Nor is this the first time I've told you it's offensive. Look it up in the urban dictionary... its use in everyday language is sexist. It is used primarily to target and demean women. OR read this article: http://sacraparental.com/2016/05/14/everyday-misogyny-122-subtly-sexist-words-women/

As the article states... the words "gossipy" "catty" "fiesty," "drama" etc aren't sexist on their face, but they are used to lessen the accomplishments of women and undermine them. When was the last time you heard a man called "catty?"

I really don't see what the problem is here... can't you just change the area to "Yorkton News" or find a different word that serves the purpose? Why do you have to choose an offensive one?

**Forge of Empires - Customer Support 2017-12-30 20:44:11**

Hello TwoCents,

I have told you that we will bear in mind what you have brought to our attention. However, we will not be changing the word at this time. It has been used for five years and as yours is the only complaint/comment we have had about this, we will take it under advisement.

Thank you for your comments and enjoy the game.

Respectfully,

Panacea
Community Manager
Forge of Empires, U.S.

~HAPPY HOLIDAYS to you and yours!!~

**You 2017-12-30 22:07:44**

would you like me to rally people to complain about it so you get more than 1?

**Forge of Empires - Customer Support 2017-12-30 22:40:18**

Hello TwoCents,

That isn't necessary as we've previously told you that we will take it under advisement.

Enjoy the game.

Respectfully,

Panacea
Community Manager
Forge of Empires, U.S.

~HAPPY HOLIDAYS to you and yours!!~

**You 2017-12-31 01:10:41**

Actually, you said you believed you were using the word as it was appropriate. So... are you using the word appropriately? or are you "taking it under advisement?"

**You 2018-01-02 17:13:59**

*shakes head* You're thick on platitutes but very thin on ethics.

---

This ticket has been closed and can no longer be replied to.

## Attachments

This ticket currently has no attachments.

# View ticket

# "Collect All" has a glitch

**You 2018-01-03 15:45:37**

The little "collect all" for diamonds button that appears on the left hand side of the screen doesn't allow you to close out of it without spending diamonds. If you click the "x" it still collects your city and takes the diamonds. It's happened to me twice now.

**Forge of Empires - Customer Support 2018-01-03 15:50:27**

Hello TwoCents,

There is a confirmation dialog in settings that you have disabled for use of diamonds. Please enable that so that when something that could require a diamond purchase occurs it will ask you if you want to continue.

Respectfully,

John Wick
Ingame Moderator
Forge of Empires, U.S.

**You 2018-01-03 15:57:25**

I don't like having the diamond purchase enabled in J world... it slows down my fighting if I need to use it then.

**Forge of Empires - Customer Support 2018-01-03 23:45:43**

Hello TwoCents,

As a one time courtesy, I have placed 5 diamonds into your user account for the city pickup all button issue as you described.

You are aware of the confirmation button if you choose to use it.

Enjoy the game.

Respectfully,

Panacea
Community Manager
Forge of Empires, U.S.

**You 2018-01-04 03:10:14**

It's not about the diamonds... it's about the glitch... I'm just reporting a game error

**Forge of Empires - Customer Support 2018-01-04 07:04:29**

Hello TwoCents,

Thank you for the information. We appreciate all players who work to improve the game.

Respectfully,

Panacea
Community Manager
Forge of Empires, U.S.

---

This ticket has been closed and can no longer be replied to.

## Attachments

This ticket currently has no attachments.

# View ticket

# The Guild Metalheads is using a bot to alert them to attacks

**You 2018-01-14 17:24:59**

The Guild Metalheads is using a bot to alert them to attacks.

**You 2018-01-14 17:35:32**

We just surprise attacked Metalheads in ME about 7 minutes ago... their reaction was "inhumanely" fast. This was a surprise attack planned by myself and 1 other person. There was no WAY Metalheads knew it was coming. It's not possible that a person could have recognized the attack, typed to their guild AND another guild a message about the attack and then defeated our siege army in the space of 15 seconds. It literally is NOT possible for a human to do.

**Forge of Empires - Customer Support 2018-01-15 09:58:13**

Hello TwoCents,

Actually, it is possible. Many guilds have map watchers.
  And there is no such "bot" that we are aware of.

Respectfully,

Tuscany
Ingame Moderator
Forge of Empires, U.S.

**You 2018-01-16 23:31:04**

it's not possible. I've played for 5 years. I know possible and impossible. and there ARE bots available. Maybe look into it instead of just dismissing me .

**Forge of Empires - Customer Support 2018-01-16 23:34:54**

Ok, then advise me on what they are using so I know what to look for.

Respectfully,

Tuscany
Ingame Moderator
Forge of Empires, U.S.

**You 2018-01-16 23:44:01**

Why would I do that? Why didn't you just look into it to begin with? I assume you could see how many players were "randomly" on to attack the siege. You also could have seen how quickly they all responded and if any of them posted messages warning other players of the siege in guild chat etc....

**Forge of Empires - Customer Support 2018-01-17 00:05:33**

Thank you for bringing this matter to our attention. We appreciate all players that help the Forge team to keep our game running without rule breakers. TwoCents, I will investigate and take the appropriate action(s) if I find rule breaking.

Respectfully,

Tuscany
Ingame Moderator
Forge of Empires, U.S.

**You 2018-01-17 00:12:11**

LOL... ok Tuscany. Sure you will. ... listen... if I keep having to do your job for you, why don't you just quit and let me have it full time?

**You 2018-01-17 00:13:11**

My spy in Metalheads TOLD me they are using a bot. So I KNOW that it's happening. Why don't you actually go DO something about it instead of giving me fake platitudes?

This ticket has been closed and can no longer be replied to.

## Attachments

This ticket currently has no attachments.

# View ticket

# Beta Server Account

**You 2018-02-02 13:37:56**

Hello, when I first started Forge of Empires, I created an account under the Beta world (in 2012). It was under the name "Two Cents". I'd like to know if the account is still available to access. Thank You

**Forge of Empires - Customer Support 2018-02-02 13:46:49**

Hello TwoCents,

You will need to contact beta Support for that information, by logging into the beta server. We have no acess to beta.

Respectfully,

Tuscany
Ingame Moderator
Forge of Empires, U.S.

This ticket has been closed and can no longer be replied to.

## Attachments

**This ticket currently has no attachments.**

# View ticket

# Forge Point Packs

**You 2018-02-11 01:38:01**

This might sound weird, but I feel like my forge points packs just vanished. Either that or I spent them all without realizing it. Could you tell me where my forge points went? Thank You

**Forge of Empires - Customer Support 2018-02-11 01:41:29**

Hello TwoCents,

Thank you for contacting Support.  Your concern is important to us.  We are reviewing your ticket and will reply as soon as possible.

Thank you for your patience.

Respectfully,

Batman
Ingame Moderator
Forge of Empires, U.S.

**You 2018-02-11 01:53:28**

Batman? You can't be Batman! I'M BATMAN!

**Forge of Empires - Customer Support 2018-02-11 04:36:40**

Hello TwoCents,

Thanks for contacting the Forge of Empires support team.

Beginning on 2018-02-11 at 00:56:49(EST), you used 72 10packs and 2 5packs (730 fps) in about 5 minutes donating to a Great Building,  That brought your inventory of forge points to 0.

Respectfully,

Quantom
Ingame Moderator
Forge of Empires, U.S.

**You 2018-02-11 13:36:25**

Where'd Batman go? And my concern is, I thought I had 1900 in my inventory when I was doing my last GB lock...

**You 2018-02-11 13:38:39**

My total pool is usually 4.5k fps.... currently with the fps I have out it's about 2900...

**Forge of Empires - Customer Support 2018-02-11 17:35:27**

Thanks for contacting the Forge of Empires support team.

Our inventory logs go back about 7 days, with the oldest entry dated 2018-02-04 at 03:20:35(EST) when your inventory of 10packs was 84.  I looked over all the entries from then to now (over 1,800 transactions), and there are no gaps nor any losses of packs - all expenditures are 100% accounted for.

Between that last entry and now, the high point was a little over 350 10packs, but during the last 7 days you have just been spending them faster than you were getting them.

Respectfully,

Quantom
Ingame Moderator
Forge of Empires, U.S.

**You 2018-02-11 22:20:10**

Alright, I'll take your word for it on this one. I still get to be Batman though...

**Forge of Empires - Customer Support 2018-02-11 22:49:10**

Thanks for contacting the Forge of Empires support team.

Of course - it wasn't me that said that, anyway!

Respectfully,

Quantom
Ingame Moderator
Forge of Empires, U.S.

---

This ticket has been closed and can no longer be replied to.

**Attachments**

This ticket currently has no attachments.

# View ticket

# Player sold account

**You 2018-02-14 10:40:47**

This player sold his account to another player. He is now an alt.

**Forge of Empires - Customer Support 2018-02-14 10:41:50**

Hello TwoCents,

Thank you for contacting Support.  Your concern is important to us.  We are reviewing your ticket and will reply as soon as possible.

Thank you for your patience.

Respectfully,

John Wick
Ingame Moderator
Forge of Empires, U.S.

**Forge of Empires - Customer Support 2018-02-14 12:03:47**

Hello TwoCents,

Thank you for bringing this matter to our attention. We appreciate all players that help the Forge team to keep our game running without rule breakers. TwoCents, I will investigate and take the appropriate action(s) if I find rule breaking.

Respectfully,

Seriak
Co-Community Manager
Forge of Empires, U.S.

**You 2018-02-14 12:40:09**

Seriak, I saw this person and Forteris talking about selling this account from another game we play. I don't know if it will help, but I could screenshot if if you like.

**You 2018-02-14 12:42:25**

http://prntscr.com/ieqf7u

you'll see at 6:55 "merciles" (the person who had the screenname xmerciles in this game) is talking about "how is the new xmerc working out?"
and at 6:56 Forteris says "I don't see much from the new player... prolly still adjusting."

**Forge of Empires - Customer Support 2018-02-14 13:40:27**

Thank you for the additional information.

Respectfully,

Seriak
Co-Community Manager
Forge of Empires, U.S.

_____

This ticket has been closed and can no longer be replied to.

**Attachments**

**This ticket currently has no attachments.**

# View ticket

### incorrect progressive discipline/ ban appeal

**You 2018-02-20 16:14:29**

Last time I was banned you explained that according to your rules, past infractions wouldn't be considered if 6 months had past. It has been a full year... therefore whatever violation you think I incurred (which I also dispute) should only result in a warning.

**You 2018-02-20 16:33:52**

That was the reason... you said... I didn't need to appeal past nonsense bans because they would drop off after 6 months

**Forge of Empires - Customer Support 2018-02-20 16:49:05**

Hello TwoCents,

I am sorry, but this has never been the case.  I had to check to make certain things had not changed and I had not been informed. Any past infraction on your record is permanently recorded. The more infractions, the more severe the punishments. You had already had warnings, now you are up to automatic bans. You engaged in unacceptable behavior and language, this ban will remain in force until it expires.

Respectfully,

Sgt. Bothari
Co-Community Manager
Forge of Empires, U.S.

**You 2018-02-20 17:01:13**

Well then, why did you lie to me before?

**You 2018-02-20 17:12:41**

You (Sgt. Bothari) TOLD me that I did not NEED to appeal previous bans because after 6 months the points would "fall off" anyway.

**You 2018-02-20 17:13:01**

Why do you think I haven't had any bans for 6 months?

**Forge of Empires - Customer Support 2018-02-20 17:53:17**

I have NEVER said bans will fall off, ever. I defy you to show me the ticket I said it in please?

Your current issue is what is at hand. You broke the rules and violate Section 3. you are now being punished for it. End of story. I am sorry.

Respectfully,

Sgt. Bothari
Co-Community Manager
Forge of Empires, U.S.

**You 2018-02-20 17:53:54**

Yes you did. I'm looking for it now. And I didn't violate ANY rules. Show me exactly what I did that you claim "violated" rules?

**Forge of Empires - Customer Support 2018-02-20 18:04:05**

04:07: TwoCents: losers
04:20: TwoCents: how many f'ing people do they need to do their dirty work?
04:21: TwoCents: f'ing losers
04:29: TwoCents: if they had a set of balls between the whole crew... they'd go with "Twocents licks stink-d***" or something
04:29: TwoCents: but they're f'ing cowards
04:29: TwoCents: always have been cowards
04:29: TwoCents: always will be cowards
04:35: TwoCents: they don't have the moral integrity of a tape-worm
04:37: TwoCents: I mean... you're practically shouting "I'm a f'ing pu*** who doesn't want to get banned!"
04:38: TwoCents: I mean really... you couldn't find the balls in that group with an electron microscope

Personal insults, profanity (you have been warned about veiled profanity in the past).

I am sorry, the rules were broken. Please refrain from such in the future and you will never have issue again.

Respectfully,

Sgt. Bothari
Co-Community Manager
Forge of Empires, U.S.


**You 2018-02-20 18:06:51**

I didn't use veiled profanity, I used psuedo-profanity, there is a difference. It's like saying "fudge" instead of "fuck". Your rules do not say that I cannot use insults, only that I cannot use INSULTING NAMES. Name-nominative case. There is nothing there in the nominative case. Everything there was purposefully put in the accusative case so as to prevent it from being mistakenly attributed to a name.


**You 2018-02-20 18:10:36**

SO let me get this right. The way your racket works is to:
1.) ban people for whatever willy-nilly vague nonsensical reason you want.

2.) refuse to answer a person's ban until after the time expires.

3.) claim you CAN'T appeal a ban because the time has expired.

4.) use those previous non-sense bans to impose a system of progressive discipline that cannot be appealed because "there is no system to remove previous bans."

**You 2018-02-20 18:16:30**

This is YOUR fault Bothari. If you simply acted DECENTLY and APPROPRIATELY to prevent people from harassing me, none of this would've taken place. If you hadn't LIED to me about how the progressive discipline works, none of it would be taking place.

**You 2018-02-20 18:58:02**

Oh, I don't think so... if you're going to mark it as "Answered" you damn well better actually ANSWER it. Why did you tell me the points would fall off my record and then later I find out it is a lie? Why are you banning me for things not specifically against your game rules? the word "profanity" is not listed in your game rules unless you have changed them.

**You 2018-02-20 19:54:55**

You have already told me that "pseudo-swearing" is not a bannable offense in your response to my ticket "Using the term "freaking" as a psuedo-swear word." Namely in your lack of response to banning the person who used it. If you didn't ban that person for psuedo-swearing then you can't ban me for psuedo-swearing. It's called consistency.

---

This ticket has been closed and can no longer be replied to.

**Attachments**

**This ticket currently has no attachments.**

# View ticket

# Request for Records

**You 2018-02-20 21:10:08**

When I received the requested records from Inno, they did not include the correspondence moderators have between themselves about me. Oftentimes I see, "I have spoken with Panacea about this matter" or "Panacea and I have discussed it." I am entitled, by law, to these records regarding my account. Please forward them to me.

**Forge of Empires - Customer Support 2018-02-20 21:13:49**

Hello TwoCents,

Thank you for contacting Support.  Your concern is important to us.  We are reviewing your ticket and will reply as soon as possible.

Thank you for your patience.

Respectfully,

John Wick
Ingame Moderator
Forge of Empires, U.S.

**Forge of Empires - Customer Support 2018-02-21 10:40:21**

Hello TwoCents,

We have already provided all data that we are legally obliged to provide.

Respectfully,

Panacea
Community Manager
Forge of Empires, U.S.

**You 2018-02-21 11:56:02**

We'll see about that.

---

This ticket has been closed and can no longer be replied to.

**Attachments**

This ticket currently has no attachments.

# View ticket

# Please delete my worlds

**You 2018-02-20 19:21:22**

Please delete all my worlds. You all are FUCKING DISGUSTING AMORAL SONS OF BITCHES and I do not want to have anything to do with you scumbags who refuse to protect me from harassment, but use any excuse whatsoever to ban me. GO TO HELL.

**Forge of Empires - Customer Support 2018-02-20 19:48:53**

Hello TwoCents,

 you may delete your entire account using this link --> DELETE ACCOUNT.  https://goodbye.innogames.com/

Do note, this deletion removes your account in total, from all worlds and the system as a whole. It will, however, leave your forum account intact. If you have opened a forum account and wish it deleted, please let us know.

Respectfully,

Sgt. Bothari
Co-Community Manager
Forge of Empires, U.S.

**You 2018-02-20 19:51:01**

NOPE, FUCK YOU. YOU DELETE IT! It's your fucking fault that you're a useless piece of shit and let people harass me and do nothing about it. YOU fucking push the button man-whore.

**You 2018-02-20 20:57:46**

Your moderators are biased:
on 11/26/2016 Bothari indicated that what I was experiencing was an "emotional overreaction"
on 01/17/2017 Maestro said that my actions were the result of "tension running high"
on 01/17/2017 Maestro said, "you should never allow the game to impact your real life"
on 05/24/2017 Babajaga told me that my upbringing was unacceptable and not up to FoE standards.
Among various other statements made over the course of 2 years.

**You 2018-02-20 21:02:31**

They, you, are assuming that my actions and reactions are only based upon my "emotions" rather than accepting that I am legitimately trying to tell you all something. Players are harassing me out of the game. I have them on ignore and have had them on ignore for months, but they do not stop. You all refuse to do anything about it.

**Forge of Empires - Customer Support 2018-02-21 06:22:29**

Exhibit 10 – Forge of Empires Support Tickets: TwoCents Submitted by Plaintiff Penny Quinteros
Case: 19-CV-1402 RSM - 370

Hello TwoCents,

As requested, your account and all its data will be removed from the FoE US server within 48h.

Respectfully,

Panacea
Community Manager
Forge of Empires, U.S.

### You 2018-02-21 11:55:41

Your fault Panacea... I spent since 2013 on this game... 5 years of effort... all down the drain because of you. Thank you so very very much.

### You 2018-02-21 12:13:20

Do you know what the problem is? I actually CAN'T quit, because my husband and kids play this game. Every Saturday morning we meet up over breakfast at the diner and bring our tablets and play forge of empires together... cute huh? Except you all are ruining that because you can't protect me from harassment. So don't delete my game. My kids would cry...

### Forge of Empires - Customer Support 2018-02-21 12:44:41

Hello TwoCents,

We have canceled the deletion for your account.

Respectfully,

Panacea
Community Manager
Forge of Empires, U.S.

### You 2018-02-21 16:24:53

Does that make you feel good? Making kids cry?

---

This ticket has been closed and can no longer be replied to.

## Attachments

This ticket currently has no attachments.

# View ticket

# Offensive Guild name

**You 2018-02-19 21:20:49**

These players have formed a guild called, "Pennies are useless"... they are harassing me using my real-life name, "Penny".

**Forge of Empires - Customer Support 2018-02-19 21:58:17**

Hello TwoCents,

Thank you for bringing this matter to our attention. We appreciate all players that help the Forge team to keep our game running without rule breakers. TwoCents, I will investigate and take the appropriate action(s) if I find rule breaking.

Respectfully,

Sgt. Bothari
Co-Community Manager
Forge of Empires, U.S.

**You 2018-02-19 22:06:35**

I'm sorry, that's not good enough. I require you to take action, not just give platitudes.

**You 2018-02-19 22:07:41**

While you're at it, why don't you fix the stupid game? Just sitting her watching the map for hours... all of a sudden I refresh and 2 sectors have been taken without it even popping up. Becoming almost unplayable.

**Forge of Empires - Customer Support 2018-02-19 22:30:52**

There is no indication that this guild name has anything to do with you or your real name. I am sorry. If you Google "pennies are useless" you will find countless websites and news articles about the push to remove the penny as a currency item.

Please keep this ticket to the original issue. if you have additional issues please create another ticket.

Respectfully,

Sgt. Bothari
Co-Community Manager
Forge of Empires, U.S.

**You 2018-02-20 00:14:05**

Well I'm sorry, but Unkyung and I used to talk on the phone all the time. The only reason she would use the term "Penny" is because she knows it is my real name.

**You 2018-02-20 00:14:56**

As usual, your uselessness does not surprise me. You allow harassment of me yet punish me for responding.

**You 2018-02-20 00:15:52**

You can tell they aren't referring to "pennies" because of the capitalization of the word. That makes it a proper noun, making it a name.

**Forge of Empires - Customer Support 2018-02-20 02:25:15**

I have already discussed this issue with Panacea and she is in agreement with me on this. I am sorry. Penny is also the proper name of a Penny (as in the coin). As I stated there is no indication that this is about you in the guild description or any other part of the profile. It is not a matter of letting anyone harass you, but being able to prove there is actual harassment intended.

Respectfully,

Sgt. Bothari
Co-Community Manager
Forge of Empires, U.S.

**You 2018-02-20 02:43:43**

It is not my fault that my name also happens to reference an object. Do you think that gives them free reign to harass me?

**You 2018-02-20 02:45:09**

Do you really think this is something OTHER than a direct attack against me?

**You 2018-02-20 02:46:41**

How about when they start attacking me in GvG and only me?

**You 2018-02-20 02:48:21**

and in case you were wondering... you capitalized Penny in your response. indicating you are using it as a name as well.

**You 2018-02-20 02:50:10**

I'm gonna change my guild name to "Sgt. Bothari is useless"... since, apparently, it is non-offensive and also factually true.

**You 2018-02-20 02:53:20**

better yet... I'll change it to "Panacea sucks d"... since panacea is also the name of a thing... not directly referencing the community manager of course...

**Forge of Empires - Customer Support 2018-02-20 02:54:14**

Is it harassment? We cannot prove that it is other than by your saying so. I am sorry, they have the right to the guild name they chose. Penny is a common name (for an item or a person) *unless there is some other indication it is about you in particular they can use it any way they wish*.

It IS a name a name for an item as well as a person (any person with this name, not just yourself).

Who someone attacks in the game is also their choice.

Either of those names would be a violation of the rules as they are direct attacks on specific players in the form of insults.

Respectfully,

Sgt. Bothari
Co-Community Manager
Forge of Empires, U.S.

**You 2018-02-20 03:00:45**

Panacea sucks D... coming up

**You 2018-02-20 03:01:10**

thank you for setting such a clear precedent on what IS and IS NOT harassment.

**You 2018-02-20 03:02:20**

oh no... I wouldn't be attacking OUR Panacea! Just Panaceas in general...

**You 2018-02-20 03:04:39**

and frankly Sgt. Bothari's are useless... you know... I'm sure there are multitudes of Sgt. Bothari's out there...

**You 2018-02-20 03:08:00**

You stated the reason it is not harassment is because the name is both a proper noun and an item. Panacea is both a proper noun and an item. Hence I can refer to it in any way I like, since there is no way to KNOW I'm referring to the person and not the item... again as stated by yourself and Panacea.

**You 2018-02-20 03:12:24**

Panacea (the person this time) has stated on multiple occasions the rules are at the moderators discretion to enforce. Meaning you don't have to PROVE that the name is insulting. You just simply have to THINK that it is... and in this case I KNOW that you know it is an attack against me.

**You 2018-02-20 03:17:10**

I mean... these players didn't just leave their guild to take a stance against the US monetary system.

**You 2018-02-20 03:31:02**

I see you answer without answering again. Answer the question(s) this time. Do you think these players left their guild to protest the US monetary system? Or do you think their guild name is an attempt to insult me?

**Forge of Empires - Customer Support 2018-02-20 03:36:50**

Your game name is NOT Penny. I am sorry, but had they created a guild called "TwoCents is useless" that would be a violation of the rules is it is clearly an intentional insult/harassment of you in particular. Since they used the name Penny there is no in game tie to you in any way. The only way anyone would even know your real name is if you told them at some point.

Why the left their guild, I have no idea and really it is not even something I considered. I considered the name only as that was the nature of your ticket.

Respectfully,

Sgt. Bothari
Co-Community Manager
Forge of Empires, U.S.

**You 2018-02-20 03:39:14**

That wasn't your answer the first time.

**You 2018-02-20 03:39:53**

You said the reason you found it "not offensive" is because the name Penny refers to both a person and a thing.

**You 2018-02-20 03:40:30**

so if I say, "Julie (Jill) Blan is useless"... then that's acceptable?

**You 2018-02-20 03:41:21**

You guys told me I could trust you to prevent harassment against me. I expect you to actually prevent it, not just to tell me not-so-comforting lies.

**You 2018-02-20 03:45:26**

Penny is my name. People who hold a grudge against me leaving their large guilds and forming a "ghost guild" to attack my guild using the name "Pennies are useless" is an attempt to insult and harass me. It doesn't take a rocket scientist Bothari...

**You 2018-02-20 03:47:30**

If I reach out to you for help, like you ASKED me to, I shouldn't have to twist your arm to get it.

**Forge of Empires - Customer Support 2018-02-20 03:56:02**

Pennies are useless is NOT a direct link to you, your name in game is not Penny. Penny IS a name of an item and a personal name. Your game name is not Penny. There is not a link in the guild description about you or directed at you. Other than your claims, there is NO EVIDENCE of harassment intended. We cannot punish a player based on unfounded claims by someone who is clearly upset they are being attacked by them in GVG (according to you) which is all just part of the game. We need actual proof. (as in reported message or chats (using affronts not screen shots), profile information, etc).

Respectfully,

Sgt. Bothari
Co-Community Manager
Forge of Empires, U.S.

**You 2018-02-20 03:59:18**

So I guess that whole... "we are the ultimate decider of the rules" thing isn't actually true...

**You 2018-02-20 03:59:56**

They haven't attacked me yet Bothari, they are under the 96 hour waiting period. But they will...

**You 2018-02-20 04:00:34**

I could always take them off of ignore and start a fight with them... then they might announce their intentions. Would that be a preferable solution for you?

**You 2018-02-20 04:02:12**

Just remember this conversation next time you want to say, "report violators and let us handle them."

**You 2018-02-20 04:03:52**

Panacea's game name is not "Julie (Jill) Blan"... but I'm betting someone would actually get banned for using it in an insulting manner. It's just me you leave twisting in the wind.

**You 2018-02-20 04:04:44**

I'm gonna go start a fight now to see if I can get you the "proof" you want.

**You 2018-02-20 04:06:32**

Why don't you go back to being a bleeping bump on a bleeping log.

**Forge of Empires - Customer Support 2018-02-20 04:06:52**

So, you want me to twist the rules to suit your needs? I am sorry, I have to have proof of wrong doing to act upon it. The assertions of the one who feels aggrieved is not evidence. To act without proof to back it up is to invite issues upon appeal of any punishment given.

Actually using that name would be using her game name AND her real name, thus a violation.

Pick a fight at your own peril, All who cross the line and violate the rules will be punished.

Respectfully,

Sgt. Bothari
Co-Community Manager
Forge of Empires, U.S.

**You 2018-02-20 04:10:08**

The problem here is, it IS an insult against me. You KNOW it is an insult against me. Anything that you tell yourself to the contrary is just your making excuses.

**You 2018-02-20 04:10:55**

Apparently the "rules" have very little meaning to you all... so I see no reason to abide by them. If you don't enforce them against Unkyung and iiPoseidon, I expect you not to enforce them against me.

**Forge of Empires - Customer Support 2018-02-20 04:13:37**

I am sorry, but we dont "know" that. You assume that, because you chose to do so. I however, require at least *some evidence as to the fact*.

At this point, unless you have some evidence, this matter is concluded.

Respectfully,

Sgt. Bothari
Co-Community Manager
Forge of Empires, U.S.

**You 2018-02-20 04:14:44**

\*\*\*\* you Bothari... you've had the chance to do the right thing and chose not to do it. If I seem "upset" it's only because you actively try to find every little wriggle of room to NOT punish other people when it comes to me...Meanwhile you guys are banning me for using the term "grand canyon" or reading poetry in global chat.

**You 2018-02-20 04:22:19**

\*\*\*\* \*\*\*\* you \*\*\*\* \*\*\*\* \*\*\*\*

**You 2018-02-20 04:31:15**

\*\*\*\* \*\*\*\* Sgt. Bothari you \*\*\*\* \*\*\*\* \*\*\*\* \*\*\*\* \*\*\*\*

**You 2018-02-20 04:42:39**

\*\*\*\* useless \*\*\*\* \*\*\*\* \*\*\*\*\* \*\*\*\*

**You 2018-02-20 16:16:51**

This is seriously going to result in a lawsuit if you keep up this pattern of unequitable discipline.

**Forge of Empires - Customer Support 2018-02-20 16:21:52**

Please be aware that the Forge of Empires support team is in no way shape or form, responsible for legal issues. Please inform your lawyer to contact our legal department in Hamburg, Germany. Our address data is as follows:
InnoGames GmbH
Friesenstraße 13
20097 Hamburg
Germany

Respectfully,

Sgt. Bothari
Co-Community Manager
Forge of Empires, U.S.

**You 2018-02-20 16:37:20**

Yet your actions as an agent of Inno are going to get them into a lawsuit. You cavalierly ban me, while allowing people to openly harass me.

**You 2018-02-20 16:40:03**

I don't need to "let my lawyer know." She and I both keep very close track of the discrimination apparent in this game.

**You 2018-02-20 16:46:23**

I have no legal requirements to send my lawsuit to Germany. It falls under US jurisdiction since I live in the US and Inno Games does business in the US. I'll just send a process server to Julie's door.

**You 2018-02-20 17:24:24**

In my ticket from 06/21/2017 titled "I'd like to report a moderator for misconduct" Panacea TOLD me that if people were using my name inappropriately they would be help accountable for their actions. These players used my name inappropriately and were given carte blanche to do it. You all are just a bunch of liars.

**Forge of Empires - Customer Support 2018-02-20 17:44:12**

I am sorry, but you do not have the exclusive rights to the name Penny or in this case Pennies. There is no corroborative evidence that this guild is harassing you in any way. Your GAME name is TwoCents, as I stated previously, had they used "TwoCents is useless" that would be a violation even without additional evidence as that name is unique in the game.

Respectfully,

Exhibit 10 – Forge of Empires Support Tickets: TwoCents Submitted by Plaintiff Penny Quinteros
Case: 19-CV-1402 RSM - 379

Sgt. Bothari
Co-Community Manager
Forge of Empires, U.S.

**You 2018-02-20 17:47:10**

and Panacea doesn't have the exclusive right to "Panacea" but if I used her name saying she was useless you can bet I'd be getting banned.

**You 2018-02-20 17:48:03**

every single hour I'm going to be making a comment in the forum explaining "Panaceas are useless," and of course you won't be able to ban me since according to you... it's not against the game rules.

**You 2018-02-20 17:49:30**

the corroborating evidence is the fact that it's capitalized. Did you graduate from 3rd grade English? capitalization changes it from a common noun (pennies) to a proper noun aka name.

**You 2018-02-20 20:20:00**

In June of last year you thought that "Penny" was close enough to my screen-name that it could be considered offensive (aka people trying to get under my skin). Why did you change your mind now?
http://prntscr.com/ihlo4k

**You 2018-02-20 20:37:02**

http://prntscr.com/ihltm2
I report them appropriately... nothing is done... I feel backed into a corner by your lack of response.

**You 2018-02-21 16:27:18**

There is just no reason you should allow people to mock me using my real life name, whether my name is Jennifer, Julie, Bothari, Sam, George, Robert, Sarah, or Penny. You want me to "play by the rules," but you don't actually have any rules to speak of... at least none that you apply equally and fairly.

---

This ticket has been closed and can no longer be replied to.

## Attachments

This ticket currently has no attachments.

# View ticket

# Napoleon Quest

**You 2018-03-21 11:06:59**

Hey Bothari, want to do me a solid in the vein of customer service? Last night I hurried and did all of the quests for the Napoleon prize in my C,D,E, and Q worlds.... I set my productions for 4 hours and set my timer on my phone. My phone never went off (cuz it's old and glitchy) and so I ended up rushing all those quests just not to get my prize. I was wondering if you, in the name of actually helping me ENJOY my FoE experience would put the thing in my inventories on those worlds (what is it called? Royal marble gateway?) It would be something I would actually appreciate.

**Forge of Empires - Customer Support 2018-03-21 19:45:12**

Hello TwoCents,

I am sorry but we are unable to place this item into your world(s) as you did not complete the quest and it would be unfair to others who also were unable to complete the quest for whatever reason.

Enjoy the game.

Respectfully,

Panacea
Community Manager
Forge of Empires, U.S.

**You 2018-03-21 21:00:01**

It's only unfair if someone else has asked you and you told them no. Has anyone else asked you?

**Forge of Empires - Customer Support 2018-03-21 23:15:37**

Hello TwoCents,

More than you know.  I truly am sorry but it is something we simply can not do.

Respectfully,

Panacea
Community Manager
Forge of Empires, U.S.

---

This ticket has been closed and can no longer be replied to.

**Attachments**

**This ticket currently has no attachments.**

# View ticket

# Player using alts/push account

**You 2018-04-23 00:40:53**

I have reason to believe dem is using g00d as a push account (simultaneously locking buildings where g00d gets no profit and dem gets lots of profit).

**Forge of Empires - Customer Support 2018-04-23 00:59:48**

Hello TwoCents,

Thank you for contacting Support.  Your concern is important to us.  We are reviewing your ticket and will reply as soon as possible.

Thank you for your patience.

Respectfully,

Boo Boo Kitty
Ingame Moderator
Forge of Empires, U.S.

**Forge of Empires - Customer Support 2018-04-26 10:03:55**

Hello TwoCents,

Thank you for bringing this matter to our attention. We appreciate all players that help the Forge team to keep our game running without rule breakers. TwoCents, I will investigate and take the

appropriate action(s) if I find rule breaking.

Respectfully,

Seriak
Co-Community Manager
Forge of Empires, U.S.

**You 2018-04-26 10:47:32**

hahaha... funny Seriak

---

This ticket has been closed and can no longer be replied to.

## Attachments

This ticket currently has no attachments.

# View ticket

# 7 daily challenges completed, but didn't give me the weekly

**You 2018-05-02 14:10:16**

Hello, some error is occuring in my game. I completed my seventh daily challenge but it didn't give me the challenger's chest to open (it only gave me the daily one, a gambrel roof house). Also, everytime I try to build this house the game gives me an error, "an internal error occurred" and despite several reloads this error keeps occurring.

**Forge of Empires - Customer Support 2018-05-02 14:35:47**

Hello TwoCents,

For completing the 7th challenge, you were awarded a residential building (Gambrel Roof House).
The Challenger's chest awarded you a Renovation Kit.
These were awarded @ 14:04

As for the internal server error that you are getting, that is one that is popping up recently. Right

now, until the situation is resolved, players are adding the building through the normal building menu instead of through their inventory.

If you have any more questions regarding this ticket, I would be happy to assist to the best of my ability.

Respectfully,

Boo Boo Kitty
Ingame Moderator
Forge of Empires, U.S.

**You 2018-05-02 15:04:14**

how can I add the building theough the normal building menu? I'm wanting to place one for 0 costs? Also I did NOT get a reno kit even if the system says I did. IF I had gotten one, when I opened my inventory it would've shown at the top of the inventory list where it brings up new items. Would you please refer my ticket to someone who actually knows how to play this game? Your blatent incompetence is astounding.

**You 2018-05-02 15:29:32**

tic-toc... I'm waiting

**Forge of Empires - Customer Support 2018-05-02 16:14:58**

Hello TwoCents,

You had 10 Reno Kits and after the Challenger's Chest, you have 11. Sure, I will hand this ticket off to someone else.

Enjoy your game.

Respectfully,

Boo Boo Kitty
Ingame Moderator
Forge of Empires, U.S.

**Forge of Empires - Customer Support 2018-05-02 17:05:44**

Hello TwoCents,

The previous moderator was correct in that you did receive both rewards.

Respectfully,

Sgt. Bothari
Co-Community Manager
Forge of Empires, U.S.

**You 2018-05-03 00:54:30**

Considering every word that comes from your moderation team is either an obfuscation if not an outright lie, I'm going to need you to prove that... not just assert it.

**Forge of Empires - Customer Support 2018-05-03 01:08:12**

That log screen shot is the proof. It is from your city.

The top part is your DC log. It shows when you finished the DC and collected both chests.

The bottom is your inventory log, it shows the rewards added to your inventory.

Respectfully,

Sgt. Bothari
Co-Community Manager
Forge of Empires, U.S.

**You 2018-05-03 01:32:36**

I see no screenshot, nor would I be able to accept one as proof if it were there (your own rules about screenshots being unreliable should be running through your mind here).

**Forge of Empires - Customer Support 2018-05-03 02:04:14**

I have added the attachment for a second time. I am sorry, but the log files are all which we will base our proof upon. This matter is now concluded.

Respectfully,

Sgt. Bothari
Co-Community Manager
Forge of Empires, U.S.

**You 2018-05-03 10:31:15**

Based upon your own precedent of what counts as proof or not, you have provided none. Therefore I insist you provide me the opportunity to receive a prize from my challenger quest that I earned fair and square. If you want screenshots to be an acceptable form of proof, then you

can start accepting mine. Otherwise you're just being hypocritical. Of course this isn't a huge surprise to me that you're capricious in your own rules...

**You 2018-05-03 10:47:06**

As you have previously established when we were discussing "Pennies are useless".... proof needs to come through the game systems. I cannot rely on your word because you have a pattern of lying and manipulating the truth. Unless I get a button to push to open that chest and see a reward pop up-it didn't happen. In this case that DID NOT happen, and could NOT have happened because the first thing I did when receiving that gambrel roof house was try to put it down. I did not push any other buttons... I went straight to my inventory. On which, no renovation kit appeared as a "new" item with the little red icon. I still cannot place that house down, it causes an internal error every time I try. And you still have done nothing about it except suggest I build it on my own. I mean.... WHAT A PRIZE!! For finishing my 7TH challenge and opening 2 marvelous chests full of enticing goodies I got, "the fabulous opportunity to build a building out of my own pocket that I could already build!" Yippee!!
-fix it

**Forge of Empires - Customer Support 2018-05-03 14:29:33**

I am sorry, there is nothing to fix. You received your prizes.

Respectfully,

Sgt. Bothari
Co-Community Manager
Forge of Empires, U.S.

**You 2018-05-03 14:35:38**

I did not. Prove it.

**You 2018-05-03 14:35:54**

additionally, I have a house I can't use... how is that a prize?

**Forge of Empires - Customer Support 2018-05-03 15:46:32**

I have been investigating the house issue. Are you attempting to place it over an existing house or on open land? (we are trying to recreate the issue)

Respectfully,

Sgt. Bothari
Co-Community Manager
Forge of Empires, U.S.

**You 2018-05-03 17:45:46**

I think my first reply got lost in cyberspace... over an existing house.

**Forge of Empires - Customer Support 2018-05-03 18:09:05**

I see some empty space in your city by the SOK and apartments. Can you build it there (that is if you still desire to build it) without placing it over a house?

Respectfully,

Sgt. Bothari
Co-Community Manager
Forge of Empires, U.S.

**You 2018-05-03 23:04:46**

yes, I was able to build it in an empty space. That of course uses up my space until the thing is built... but better than nothing. I still however don't think it's right that I did my full 7 challenges and only got 1 gimpy gambrel roof house.

**Forge of Empires - Customer Support 2018-05-03 23:26:07**

I am sorry, but the attachment I uploaded clearly shows you received the Renovation Kit. You had 10, 1 was added from the chest giving you 11.

I just double checked, you still have all 11.

Respectfully,

Sgt. Bothari
Co-Community Manager
Forge of Empires, U.S.

**You 2018-05-03 23:33:30**

I'm sorry, but I didn't receive anything. I don't care how many screenshots you attach. They're not proof of anything other than your hypocrisy.

**You 2018-05-04 00:08:51**

still haven't received anything.

**Forge of Empires - Customer Support 2018-05-04 00:13:36**

You have received everything to which you are entitled. Nothing more will be forthcoming. I am sorry.

Respectfully,

Sgt. Bothari
Co-Community Manager
Forge of Empires, U.S.

**You 2018-05-04 00:19:52**

And you wonder why I don't trust you...

**You 2018-05-04 00:21:37**

I did not receive a reno kit. It didn't happen. If the game had functioned properly the game would've allowed me to push the button to open it and popped up the reward. That didn't happen. Your game functioned improperly and you refuse to fix it.

**Forge of Empires - Customer Support 2018-05-04 01:25:59**

Hello TwoCents,

Your ticket has been escalated to my attention.  I am the Community Manager of the U.S. server and an InnoGames employee. As such, all aspects of the game, rules, players, and moderators are my responsibility.

You completed the Daily Challenges and received a Gambrel House and a Renovation Kit.  You chose not to accept Sgt. Bothari's word and so he attached a spreadsheet attachment showing your completed times and dates and the rewards. This is more than adequate proof and I'm unsure what else you would have him provide.

I've gone back and verified that you received the Gambrel House and have placed this. The Renovation Kit is still in your Inventory.

*I believe your main issue here is "WHAT A PRIZE!! For finishing my 7TH challenge and opening 2 marvelous chests full of enticing goodies I got, "the fabulous opportunity to build a building out of my own pocket that I could already build!" Yippee!!  -fix it"*

You've received the Gambrel House and the Renovation Kit. You simply do not like these rewards. For this, I apologize but those are the rewards received for those days and those challenges.  Perhaps the rewards will be different on another day but for today, those are the prizes.

Enjoy the game.

Exhibit 10 – Forge of Empires Support Tickets: TwoCents Submitted by Plaintiff Penny Quinteros
Case: 19-CV-1402 RSM - 388

Respectfully,

Panacea
Community Manager
Forge of Empires, U.S.

**You 2018-05-04 01:42:32**

I'm sorry, you previously established that screenshots are not proof. Are you now changing your mind on that? I did not receive a reno kit. Do not assume to know my mind. I've received lots of reno kits without complaint. They're not the best prize, but hey... that's the math. I simply am stating that I DID NOT GET ONE.

**You 2018-05-04 01:44:56**

As a matter of fact, if you go back and look, you'll see I didn't even know about the supposed Reno kit until AFTER I made my complaint.... so why would you assume that I was complaining because I "didn't like it." I'm making a complaint because it's the right thing to do. Your game did not function properly and you all are trying to appease me with platitudes and smoke as per usual.

**You 2018-05-04 01:54:46**

This is my bottom line... I completed my challenge. I hit the button to open the chest and I got a house. My game immediately flashed and closed my quest window because of some sort of bug. I opened my inventory, saw the house and tried to place it. It gave me an error "internal error occurred"... then logged me out. I logged in, tried again. same error. I tried again, same result. I tried logging into a different world and coming back... same result. I went to the support page, started typing a ticket and realized... hey, I didn't open my weekly chest at all... That's it. There is nothing nefarious going on here except what you all are trying to pull.

**Forge of Empires - Customer Support 2018-05-04 01:57:44**

Hello TwoCents,

We can only go by our logs. Our logs indicate you had 10 renovation kits, you won one, it was placed into your Inventory and now you have 11 renovation kits.  As you said, "that's the math."

The only time (that I am aware of) that we do not accept screenshots is copies of chat conversations.  I apologize for any confusion but we daily accept and require screenshots of receipts for reimbursement of diamond packages, etc. so your "previously established that screenshots are not proof" is incorrect.

Enjoy the game.

Respectfully,

Panacea
Community Manager
Forge of Empires, U.S.

**You 2018-05-04 02:13:11**

You have stated to me before, that you cannot accept screenshots as reports of people doing bad things. I have screenshots of the conversation where me38mag extorted me for a picture of my breasts and where I sent it to gensmoky because I felt I had to "prove I was a woman." ... but you would not accept them to reprimand that asshole. Now you're asking me to rely on YOUR word and YOUR screenshots? No...

**You 2018-05-04 02:15:34**

I have to deal with that asshole every single day because of your "rules"... and now you're wanting to have "take backs"... I'm sorry, but no. I didn't get a reno kit. I do not believe you, and I will not believe you until I see one pop up on my screen after I click the stupid little button to open the chest.

**Forge of Empires - Customer Support 2018-05-04 02:21:41**

Hello TwoCents,

I'm very sorry you missed seeing the "pop up" but I can not make one appear for something that occurred previously.  In this case:
*As the Game Rules state: The Community Management of the US version of Forge of Empires are the final arbiters of any rules dispute.* **Their interpretation of these rules is final.**

Enjoy the game.

Respectfully,

Panacea
Community Manager
Forge of Empires, U.S.

**You 2018-05-04 02:26:17**

It doesn't matter if you pretend that it's "final" or not. I didn't get one. I'll continue to assert I didn't get one. If someone asks me about Inno, I'll tell them you're a bunch of lying scam artists who cheat players out of rightfully earned prizes. Enjoy your "final interpretation"

**You 2018-05-04 02:29:05**

I didn't "miss seeing the pop up... it DIDN'T pop up... it didn't pop up because I didn't open the chest. I didn't have the chance to open that chest because the gambrel roof house was glitchy somehow and caused my shit to crash...

---

This ticket has been closed and can no longer be replied to.

**Attachments**

This ticket currently has no attachments.

# View ticket

# Guild with Offensive/Sexist name

**You 2018-06-27 22:00:38**

This guild is named "NoFatChicks"... I don't think I need to explain to you why that is sexist and offensive.

**Forge of Empires - Customer Support 2018-06-27 23:32:50**

Hello TwoCents,

Thank you for contacting Support.  Your concern is important to us.  We are reviewing your ticket and will reply as soon as possible.

Thank you for your patience.

Respectfully,

Snowbelle
Senior Ingame Moderator
Forge of Empires, U.S.

**Forge of Empires - Customer Support 2018-06-28 03:15:17**

Thank you for bringing this matter to our attention. We appreciate all players that help the Forge team to keep our game running without rule breakers. TwoCents, I will investigate and take the appropriate action(s) if I find rule breaking.

Respectfully,

Snowbelle
Senior Ingame Moderator
Forge of Empires, U.S.

This ticket has been closed and can no longer be replied to.

**Attachments**

**This ticket currently has no attachments.**

# View ticket

# Stuck on Quest

**You 2018-07-13 16:59:38**

Hello, I have a bronze age challenge city in A and I cannot move forward in the quest. It says "win 10 battles or donate 300 goods from your age or below".... I cannot donate bronze age goods and I cannot win 10 battles since the only way I'd be able to do that is via my campaign map which is EMA troops... (no GE or pvp)... What am I supposed to do here?!

**Forge of Empires - Customer Support 2018-07-13 17:00:11**

Hello TwoCents,

Thank you for contacting Support.  Your concern is important to us.  We are reviewing your ticket and will reply as soon as possible.

Thank you for your patience.

Respectfully,

Menace
Senior Ingame Moderator
Forge of Empires, U.S.

**Forge of Empires - Customer Support 2018-07-13 19:32:15**

Hello TwoCents,

I am sorry but the game is designed around advancing in age. You started playing on this world in November of 2016 and are still in Bronze Age. Your play style is your choice, but does not fit

the norm for which the game is designed. Players who chose to remain in an age by choice must also accept the fact they will find situations like this where they cannot complete a quest as a result of that choice.

Respectfully,

Sgt. Bothari
Co-Community Manager
Forge of Empires, U.S.

**You 2018-07-14 03:01:33**

Sounds like your game is stupid and unfair

**You 2018-07-14 03:02:09**

and my choice was made BEFORE your rule about plundering neighbors was instituted. It's not my fault you guys changed the rules out from under me.

**Forge of Empires - Customer Support 2018-07-14 12:21:22**

People went to the forums and made proposals to change the game. the introduced it, promoted it and garnered support. This is the venue for change in FoE.

It is also the venue for your own issue and getting change enacted.

There is a section on the game forums called PROPOSALS. It is where you go if you have a suggestion to improve the game. I would suggest you go there and put forward any Ideas you might have. The Devs do read that area regularly.

https://forum.us.forgeofempires.com/index.php?forums/proposals.24/

Respectfully,

Sgt. Bothari
Co-Community Manager
Forge of Empires, U.S.

**You 2018-07-14 13:30:31**

Ridiculous, it's your job as a representative of Inno to do those things, not mine. I'll start making suggestions on your forums when Inno starts paying me for my advice. Until then, they'll just have to fix their shit without my insight.

**You 2018-07-14 13:43:59**

Besides which, your forums are openly insulting and demeaning because of the sexist language your company chooses to propogate. I'd only go there to spit on them.

**Forge of Empires - Customer Support 2018-07-14 15:41:40**

I am sorry, but the changes made were in response to the people on the forums proposing ideas and asking for them.

The fact you choose not to avail yourself of the method available to you is again a personal choice. The developers have given the players the path to have change enacted. Moderation is not part of that path.

Respectfully,

Sgt. Bothari
Co-Community Manager
Forge of Empires, U.S.

**You 2018-07-14 17:25:20**

Well, as a representative of Inno it is your job to identify and correct systemic errors in your gaming system. I have notified you of a systemic error. Your actions have caused an entire group of players to be unable to complete quests. Or are you saying that you can't actually fix anything?

**You 2018-07-15 01:43:54**

It's ok if you can't actually fix anything. You should just admit your impotency. You don't actually have the power to fix any problems, so you shuffle them off.

**Forge of Empires - Customer Support 2018-07-15 12:16:04**

I have given you the correct answers, provided you with the information of where you need to go and what to do to get change enacted. If you choose not to do so, that is up to you. Continuation of this ticket will not get you a different answer, I am sorry.

Respectfully,

Sgt. Bothari
Co-Community Manager
Forge of Empires, U.S.

**You 2018-07-15 14:57:39**

Well no offense, but if you spent 2 years working towards a goal and had ****'s like yourself telling you "go beg some sexist pig" to fix their mistakes, you might find your answer to be unsatisfactory as well.

---

This ticket has been closed and can no longer be replied to.

**Attachments**

**This ticket currently has no attachments.**

# View ticket

# Did not receive my last Tholos upgrade with silver award

**You 2018-07-17 13:45:57**

I reached the Silver award level in the Soccer event, but didn't get my last Tholos upgrade. Before the end of the event I had 6 upgrades. I specifically planned out 9 upgrades... 1 from the end of the event. 1 from getting a final goal (which I purchased diamonds for) and 1 from the silver award... Yet in my inventory I still only have 8...

**Forge of Empires - Customer Support 2018-07-17 13:49:00**

Hello TwoCents,

Hello andthank you for your questions concerning the league system so far. I would liketo address some of the doubts that you brought up.
First, it is important to remember that the percentages in the game are used as the basis for the goal numbers you can see in the different leagues. As a result, there is a degree of inaccuracy when it comes to the percentages shown in the game.As an example, if we assume that 50% of all players are at 2.3 goals or more,the result could be that only 47% of the players get sorted into the amateur league, as the goal target is set at 3 goals. This effect can also be seen in the other leagues, but it is less pronounced there as more goals are present that allow for a finer allocation. We have designed it this way to make sure that there are clear goals for our players to strive for. Thanks to that, we avoid situations where, for example, the Bronze league requires 2.3 goals in one hour and 2.6 goals in the next, which would be frustrating and hard to see from the game itself.
Also, please remember that the players in higher leagues are not excluded when it comes to the calculation of the percentages, but the total number of players is used for the calculation of each league separately. This may contribute to the impression that some of the leagues are calculated wrong or have too few or too many players in them, which is not the case.

Now, why are some leagues unexpectedly empty then? Well, this is because the system is in fact a little bit more generous than you may expect. So, the gold league will actually round up a bit – meaning that Gold will have at least 1% of the participating players, Silver and Gold will be at least 5%, Silver, Gold and Bronze will be at least 20% and Silver,Gold, Bronze and Amateur will be at least 50%. All those leagues can have more than their associated percentage, as the system will set the goal threshold slower than the percentage if it doesn't hit on a round number. So, this behavior is a result of players getting sorted a league higher than they otherwise would've been.We can see that the way it works has created some confusion. Should we go for a similar league system in one of our future events, we will try making its behavior clearer.

Respectfully,

John Wick
Ingame Moderator
Forge of Empires, U.S.

### You 2018-07-17 13:52:44

You have no idea what you're talking about. The math wasn't my question at all... But nvm, I figured it out on my own... You have to use the silver trophy item to receive the rewards for it... totally new game mechanic.... (except maybe similar to boost crates).

### You 2018-07-17 13:54:49

Always a pleasure to see exactly how incompetent you guys are though... does my heart good to get that reassurance in my original assessment.

### Forge of Empires - Customer Support 2018-07-17 13:57:23

When you do not use proper formatted English we have to guess at what you mean. Try using English and writing out well written questions and it will help us in assisting you.

Respectfully,

John Wick
Ingame Moderator
Forge of Empires, U.S.

---

This ticket has been closed and can no longer be replied to.

## Attachments

This ticket currently has no attachments.

# View ticket

# English school.

**You 2018-07-17 14:10:04**

I think my English was perfectly acceptable. What was unclear about "I reached the silver level," perhaps you should learn to read.

**Forge of Empires - Customer Support 2018-07-17 14:10:28**

Hello TwoCents,

Please do not create more than one ticket per issue. As this is a duplicate, we are closing this ticket. If you wish to pose additional information, please post in the pre-existing ticket. Thank you for your cooperation and enjoy the game.

Respectfully,

John Wick
Ingame Moderator
Forge of Empires, U.S.

This ticket has been closed and can no longer be replied to.

**Attachments**

This ticket currently has no attachments.

# View ticket

# Why Are You Closing my Tickets Without Answers?

**You 2018-07-17 14:15:07**

If you didn't close my tickets without answers, I wouldn't have to make new ones... If you would actually read things, you might be better at your job and stop being a harrassing discriminating ****.

**Forge of Empires - Customer Support 2018-07-17 14:15:55**

Hello TwoCents,

Please do not create more than one ticket per issue. As this is a duplicate, we are closing this ticket. If you wish to pose additional information, please post in the pre-existing ticket. Thank you for your cooperation and enjoy the game.

Respectfully,

John Wick
Ingame Moderator
Forge of Empires, U.S.

This ticket has been closed and can no longer be replied to.

**Attachments**

**This ticket currently has no attachments.**

# View ticket

# Complaint against moderator John Wick

**You 2018-07-17 14:27:41**

I have a complaint against your moderator John Wick. Please have Panacea call me for discussion via Skype/Discord/Phone as a disability accommodation since apparently, despite that Master's degree in writing, I'm not able to write English well enough to be understood. I'll provide the contact information to Panacea when she requests it.

**Forge of Empires - Customer Support 2018-07-17 14:33:01**

Hello TwoCents,

Thank you for contacting Support.  Your concern is important to us.  We are reviewing your ticket and will reply as soon as possible.

Thank you for your patience.

Respectfully,

John Wick
Ingame Moderator
Forge of Empires, U.S.

**Forge of Empires - Customer Support 2018-07-17 21:36:45**

Hello TwoCents,

If you wish to discuss an issue with me, it will have to be done here on this ticket as we do not provide Support via Skype or phone. I have read the ticket in question and will discuss this with John Wick. I do apologize for the conversation and will make certain this does not happen in the future.

Enjoy the game.

Respectfully,

Panacea
Community Manager
Forge of Empires, U.S.

**You 2018-07-17 21:43:38**

I'm sorry, but it is clear this forum will not properly serve me with my inability to write English. You'll have to offer me another means of contacting you.

**Forge of Empires - Customer Support 2018-07-17 21:45:03**

Hello TwoCents,

Again, if you wish to discuss an issue with me, it will have to be done here on this ticket as we do ***not*** provide Support via Skype or phone. I have read the ticket in question and will discuss this with John Wick. I do apologize for the conversation and will make certain this does not happen in the future.

Respectfully,

Panacea
Community Manager
Forge of Empires, U.S.

**You 2018-07-17 21:52:31**

Well that doesn't seem very... legal... to me.

**Forge of Empires - Customer Support 2018-07-17 21:54:58**

Hello TwoCents,

It is the Customer Support method we have in place.  If you wish to discuss an issue with me, it will have to be done here on this ticket.  Please let me know if there is anything else you wish to discuss.

Respectfully,

Panacea
Community Manager
Forge of Empires, U.S.

**You 2018-07-17 21:55:51**

According to the American's with Disability Act: you may not provide a qualified individual with a disability with an aid, benefit, or service that is not equal to the aid, benefit, or service provided to others. You provide "support" to others without disability via these support tickets. So therefore you MUST provide me with equal aid, benefit or service.... it's the law.

**You 2018-07-17 21:58:26**

Under Title III of the ADA, a company serving the public must make reasonable modifications to its policies, practices, and procedures when necessary to avoid discrimination on the basis of disability

**Forge of Empires - Customer Support 2018-07-17 22:00:59**

Hello TwoCents,

This is the only method we use for Customer Support. You are more than capable of using this system as demonstrated by your 275 previous tickets. If you wish to discuss an issue with me, it will be done here.  Please let me know if there is anything else you wish to discuss.

Respectfully,

Panacea
Community Manager
Forge of Empires, U.S.

**You 2018-07-17 22:02:16**

Your moderator denied me service (repeatedly closing my tickets) because he perceived that I had a disability (illiteracy). It is up to your company to make reasonable modifications to still help me in a manner equivalent to that of other people despite my "inability to write English."

**You 2018-07-17 22:03:15**

Well, my ability or inability isn't relevant. It's based upon your moderator's PERCEPTION of my abilities. Which he clearly stated.

**You 2018-07-17 22:07:21**

Your moderator denied me service based upon the perception of a disability. Therefore, I insist that you provide me equal service as anyone else would receive. Which clearly is not happening via text communication.

**Forge of Empires - Customer Support 2018-07-17 22:08:02**

Hello TwoCents,

This is my final answer. I have read the ticket in question and will discuss this with John Wick. I do apologize for the conversation and will make certain this does not happen in the future.

Respectfully,

Panacea
Community Manager
Forge of Empires, U.S.

**You 2018-07-17 22:09:08**

That's not good enough, nor will it forestall my ADA complaint. You cannot label me as a person "unable to write in English" then turn around and expect me to receive service via English-writing.

**You 2018-07-17 22:11:38**

I need a telephone number and address for InnoGames for the complaint.

**Forge of Empires - Customer Support 2018-07-17 22:13:04**

Hello TwoCents,

Please be aware that the Forge of Empires support team is in no way shape or form, responsible for legal issues. Please inform your lawyer to contact our legal department in Hamburg, Germany. Our address data is as follows:

InnoGames GmbH
Friesenstraße 13
20097 Hamburg
Germany


Respectfully,

Panacea
Community Manager
Forge of Empires, U.S.

**You 2018-07-17 22:14:26**

Which is fine. Telephone number please?

**You 2018-07-17 22:23:05**

Please provide your legal team with the following information:
ADA complaint #18-a6jf2-6bq2 regarding the inability to comply with a reasonable-accommodation request.

**You 2018-07-17 22:50:19**

As an alternative, I posit that you speak to my husband as my interpreter on my behalf. English is his second language though, so he may not be up to your standards.

**Forge of Empires - Customer Support 2018-07-18 11:02:23**

Hello TwoCents,

As explained before, we will not be able to assist you via phone. Please do not hesitate to have your lawyer send all the necessary documentation to the aforementioned address.If you wish to receive support regarding the game, please feel free to post your questions and we will respond to the best of our ability, but we will not be following up on this particular problem any more.

Respectfully,

Panacea
Community Manager
Forge of Empires, U.S.

---

This ticket has been closed and can no longer be replied to.

**Attachments**

This ticket currently has no attachments.

# View ticket

# Player Cheating

**You 2018-07-28 21:54:16**

I have become aware of a systematic cheating occurring in Y world. These top-level players approach younger players and offer to pay them to make alt accounts. The payments are made via paypal, 5$ per month. They then pretend these other "accounts" are buying goods from them. but the goods are either not delivered, or are received back in a round-about manner. One of these players approached my nephew Rockslare, who started acting as a push account for Bartholomeu's ARC (mid 80's levels) and for several of SpakyPD's GBs. Rockslare then also created at least 2 alt accounts Rockslare 1 and BetsytheIntegra to continue the cheating. I removed these alts from my guild when I knew of them.
I believe some of the alts involved are:
Esteban the taco
Raston
Fast Cuda
Blulady
Daddio02
maybe others.
Please take action to delete the gb's of these players. It's not fair that they cheat their way to the top. They can earn their GB's just like the rest of us. Thank You.

**Forge of Empires - Customer Support 2018-07-28 21:55:05**

Hello TwoCents,

Thank you for bringing this matter to our attention. We appreciate all players that help the Forge team to keep our game running without rule breakers. TwoCents, I will investigate and take the appropriate action(s) if I find rule breaking.

Respectfully,

Menace
Senior Ingame Moderator
Forge of Empires, U.S.

Exhibit 10 – Forge of Empires Support Tickets: TwoCents Submitted by Plaintiff Penny Quinteros
Case: 19-CV-1402 RSM - 403

This ticket has been closed and can no longer be replied to.

### Attachments

This ticket currently has no attachments.

# View ticket

# Your game lag cost me 50+ troops

**You 2018-08-26 17:33:29**

Your game inappropriately lagged while fighting. It showed our siege was still up, meanwhile our enemies were able to fill defense (even though supposedly our siege wasn't down yet). This cost me dozens of troops in Colonial age. I expect you to replace them.

**Forge of Empires - Customer Support 2018-08-26 19:05:47**

Hello TwoCents,

Thank you for contacting Support. Your concern is important to us. We are reviewing your ticket and will reply as soon as possible.

Thank you for your patience.

Respectfully,

Dragon
Ingame Moderator
Forge of Empires, U.S.

**Forge of Empires - Customer Support 2018-08-26 19:39:54**

Hello TwoCents,

I'm very sorry this occurred but as you know, lag can occur for a variety of reasons. I'll be happy to replace 8 units (a full set). Please tell me which units you wish replaced.

Respectfully,

Panacea
Community Manager
Forge of Empires, U.S.

**You 2018-08-26 19:48:20**

your game is busted up Panacea. I'm sitting waiting to place a siege and it doesn't show the siege going down. How are we supposed to fight like that? I'm trying to battle all these pay-to-play jerks who think they're our overlords because we don't pop diamonds like ecstasy. I NEED my troops. I can't afford to have them blown up for no good reason. And if you'll replace 8 I'd like 8 rogues, but I really think you should replace more. Also send me some good players for my guild. People who don't think rich people get to own the world.

**You 2018-08-26 19:50:55**

Why don't you make an account in Y and come play for me? I bet you're killer in GvG.

**Forge of Empires - Customer Support 2018-08-26 20:01:15**

Hello TwoCents,

Thanks for the offer but I do good to manage the one little account I still play on!!

As per your request, I have placed 16 rogues into your Army pool as a one time courtesy.

Enjoy the game.

Respectfully,

Panacea
Community Manager
Forge of Empires, U.S.

**You 2018-08-26 20:07:49**

ahh, come on. You might get to know me better, and I'm sure that'd be good for both of us :D Additionally, you can help bust up the domineering behavior that is happening in Y world. I'm sure that's not good for business. Lastly you can do it anonymously. Just make a character up and send an application.

**Forge of Empires - Customer Support 2018-08-27 22:44:27**

Hello TwoCents,

Thanks for the offer but I have to decline graciously,   Enjoy the game!

Respectfully,

Panacea
Community Manager
Forge of Empires, U.S.

---

This ticket has been closed and can no longer be replied to.

## Attachments

This ticket currently has no attachments.

# View ticket

# Permission to sell Arc goods to my kids

**You 2018-09-01 17:06:19**

Hello, I want your permission to sell Arc goods to my kids for a market-value rate. The only reason I'm asking is because you might get reports of them being my "alts." But we're not playing from the same household and I've established before, we are independent different people. Their names are Dark McFly and PrincessSparkle. Thank You.

**Forge of Empires - Customer Support 2018-09-01 20:15:02**

Hello TwoCents,

As long as no game rule is violated, then there should not be an issue.

Enjoy the game.

Respectfully,

Panacea
Community Manager
Forge of Empires, U.S.

---

This ticket has been closed and can no longer be replied to.

**Attachments**

**This ticket currently has no attachments.**

# View ticket

# I got a message that my behavior was "offensive"

**You 2018-09-03 21:34:54**

I got a message that my behavior was "offensive" but I'm not sure why. I think I've been ok. Could you please tell me what this was for?

**Forge of Empires - Customer Support 2018-09-03 21:40:10**

Hello TwoCents,

Reason: Your ingame behavior has been reported and confirmed to be offensive or otherwise against our game rules. Please make sure you interact with other players in a friendly manner.

Respectfully,

CooperR
Ingame Moderator
Forge of Empires, U.S.

**You 2018-09-03 21:47:33**

that makes no sense. I haven't committed any "offensive" behavior. Am I too assume that it was because I was joking about turtles today in my guild chat and suspicious koalas? You need to tell me what I did wrong, otherwise it didn't happen.

**You 2018-09-03 21:48:17**

I sincerely apologize for offending koalas everywhere...

**You 2018-09-03 21:49:30**

I haven't even been in guild chat for days. Nor did I post anything in J world today in any message threads except joking about turtles today. So exactly when did this supposed "offensive behavior" occur? A month ago?!

**You 2018-09-03 21:53:04**

May I remind you that your game rules don't state that I cannot be offensive. They state that YOU cannot accept publication of things you've found to be offensive. So in essence even if what I said was totally offensive, it would've been your responsibility to prohibit publication of it, not my responsibility not to write it.

**Forge of Empires - Customer Support 2018-09-03 22:49:37**

Hello TwoCents,

Your ingame behavior has been reported and confirmed to be offensive or otherwise against our game rules. Please make sure you interact with other players in a friendly manner, if you do this you will not have any further issue.

Respectfully,

CooperR
Ingame Moderator
Forge of Empires, U.S.

**You 2018-09-03 22:57:07**

Ok, please direct my complaint to Panacea. I'd like to report your behavior as inappropriate CooperR.

**Forge of Empires - Customer Support 2018-09-03 23:32:23**

Hello TwoCents,

You received a warning on Jaims. It was not severe enough to warrant a ban but several warnings can accumulate to ban status.

The warning was for profanity and an insult directed at a player in a message. I cannot release the exact message without violating the privacy of the other party involved.

When you receive a report about being punished it means one or more messages were reported as being in violation of the Communications Rules. Usually this is because you have sent profanity, personal insults or otherwise offensive content through either the message or chat system.

Please review the GAME RULES to ensure you do not violate them again.

Respectfully,

Panacea

Exhibit 10 – Forge of Empires Support Tickets: TwoCents Submitted by Plaintiff Penny Quinteros
Case: 19-CV-1402 RSM - 408

Community Manager
Forge of Empires, U.S.

**You 2018-09-04 00:29:56**

are you talking about when I called a player an f'ing idiot for spinning the wheel with an SOK on it? Alright. I did that, but it's still not against your game rules. Like I said, your rules have a logical-error in them. They say it's against the rules for YOU to accept publication of that material, not for me not to write it. So long as they are written like they are, it's not against the rules to say those things (yes-yes you're the final arbitrator of the rules etc etc).

**You 2018-09-04 00:31:02**

and saying "f'ing" isn't profanity. It's the opposite of profanity. It's using language to prevent using profanity.

**Forge of Empires - Customer Support 2018-09-04 07:36:09**

Hello TwoCents,

We'll have to agree to disagree. And even if it was, there is still an insult in the example you gave.

In any event, enjoy the game.

Respectfully,

Panacea
Community Manager
Forge of Empires, U.S.

**You 2018-09-04 10:54:42**

You send a warning to everyone who calls someone an idiot? Or just people with your special attention, like me? Besides, I stand behind the claim that truth is never offensive. He was an idiot.

**Forge of Empires - Customer Support 2018-09-04 14:05:08**

Hello TwoCents,

All players are held to the same standards in abiding by the game rules.  Enjoy the game.

Respectfully,

Panacea

Community Manager
Forge of Empires, U.S.

---

This ticket has been closed and can no longer be replied to.

## Attachments

This ticket currently has no attachments.

# View ticket

# GvG sector showing never-ending siege

**You 2018-09-06 20:34:43**

http://prntscr.com/krinjc

this sector appears to have a glitch. As you can see from the log we conquered it, but it keeps showing as under siege for myself and others even after refreshing our browsers.

**Forge of Empires - Customer Support 2018-09-06 21:57:04**

Hello TwoCents,

Thank you for contacting Support.  Your concern is important to us.  We are reviewing your ticket and will reply as soon as possible.

Thank you for your patience.

Respectfully,

Snowbelle
Senior Ingame Moderator
Forge of Empires, U.S.

**Forge of Empires - Customer Support 2018-09-06 23:30:28**

Hello TwoCents,

Thank you for reporting this potential issue to us, TwoCents. I apologize for any inconvenience this issue may have caused and will pass this on to the developers of the game.

Respectfully,

CooperR
Ingame Moderator
Forge of Empires, U.S.

---

This ticket has been closed and can no longer be replied to.

## Attachments

This ticket currently has no attachments.

# View ticket

# Player with Alts pushing up his buildings

**You 2018-10-07 14:57:33**

This player, Nelzhul0311, is using alts to push up all his GBs. His alts are nelzhu7 and nelzhul. His GB's affected are:
CDM lvs 0,1,2;
Zeus 2,3,4,5,6;
St Marks 0,1,5
ToR 2,3,4,5
LoA 3,4,5,6
Oracle 3
These are clearly just push accounts, unless you think players in Iron Age without GB's will spend every single FP they earn pushing another player's gb with the same name. He may have more as well, I suppose you'll identify that with his IP address. I insist he get banned and/or lose his GB's as a cheater as you have identified is your policy for addressing push accounts.

**Forge of Empires - Customer Support 2018-10-07 15:43:47**

Hello TwoCents,

Thank you for bringing this matter to our attention. We appreciate all players that help the Forge team to keep our game running without rule breakers. TwoCents, I will investigate and take the

appropriate action(s) if I find rule breaking.

Respectfully,

Sgt. Bothari
Co-Community Manager
Forge of Empires, U.S.

**You 2018-10-07 21:36:36**

While you're at it, can you investigate Pelon0311. He has a very similar name to Nelzhul0311 and is the top player in that guild. I honestly think everyone in that guild should get punished. They clearly knew about this cheating and did nothing to report it (which is also a rule of Inno's).

---

This ticket has been closed and can no longer be replied to.

**Attachments**

**This ticket currently has no attachments.**

# View ticket

# Player using alt accounts to get profit

**You 2018-10-07 21:03:57**

These players are alts of each other. They self-level their buildings then send the profit to the other.

**Forge of Empires - Customer Support 2018-10-07 21:10:56**

Hello TwoCents,

Thank you for bringing this matter to our attention. We appreciate all players that help the Forge team to keep our game running without rule breakers. TwoCents, I will investigate and take the appropriate action(s) if I find rule breaking.

Respectfully,

Sgt. Bothari
Co-Community Manager
Forge of Empires, U.S.

**You 2018-10-07 21:16:32**

Really? or are you just gonna say you're investigating so I stop bugging you?

**Forge of Empires - Customer Support 2018-10-07 21:25:08**

I investigate every claim sent in to me. You however will not be told more than the standard reply.

Respectfully,

Sgt. Bothari
Co-Community Manager
Forge of Empires, U.S.

**You 2018-10-07 21:38:28**

I don't like the "take my word for it" answer. I reported several blacklisted players for paying for fps and it looks like nothing was every done about it.

**Forge of Empires - Customer Support 2018-10-07 21:53:13**

Well, thats all you will ever get. we look at everything and act if we find necessity. Even if it is NOT evident to you.

Respectfully,

Sgt. Bothari
Co-Community Manager
Forge of Empires, U.S.

**You 2018-10-07 22:01:19**

Have you received any reports about me in the last 24 hours?

**Forge of Empires - Customer Support 2018-10-07 22:47:08**

That is CERTAINLY something I will not discuss with you.

Respectfully,

Sgt. Bothari
Co-Community Manager
Forge of Empires, U.S.

**You 2018-10-07 23:50:01**

Why not? Don't reports against me pertain to me?

Sent from my iPhone

**Forge of Empires - Customer Support 2018-10-08 00:16:55**

Any ticket submitted by another player even if it IS about you is still not your business. This ticket is no longer about the original subject, so I am now closing it.

Respectfully,

Sgt. Bothari
Co-Community Manager
Forge of Empires, U.S.

---

This ticket has been closed and can no longer be replied to.

**Attachments**

**This ticket currently has no attachments.**

# View ticket

# Player with offensive guild title

**You 2018-10-14 19:04:06**

http://prntscr.com/l638ss

this player has an offensive guild title.

**Forge of Empires - Customer Support 2018-10-14 19:35:18**

Hello TwoCents,

Thank you for contacting Support.  Your concern is important to us.  We are reviewing your ticket and will reply as soon as possible.

Thank you for your patience.

Respectfully,

Granddaddy

Ingame Moderator
Forge of Empires, U.S.

**Forge of Empires - Customer Support 2018-10-14 20:11:51**

Hello TwoCents,

Thank you for bringing this matter to our attention. We appreciate all players that help the Forge team to keep our game running without rule breakers. TwoCents, I will investigate and take the appropriate action(s) if I find rule breaking.

Respectfully,

Sgt. Bothari
Co-Community Manager
Forge of Empires, U.S.

---

This ticket has been closed and can no longer be replied to.

**Attachments**

This ticket currently has no attachments.

# View ticket

# You found my behavior to be "offensive" again and I'm appeal

**You 2018-10-23 01:59:50**

Just to be clear, I received a NEW warning saying that my behavior was offensive AGAIN and I have no idea why, because I KNOW I did not violate any rules. I need you to explain what it was about my behavior that someone somewhere figured may be OFFENSIVE.

**Forge of Empires - Customer Support 2018-10-23 02:18:45**

Hello TwoCents,

Please do not create more than one ticket per issue. As this is a duplicate, we are closing this

ticket. If you wish to pose additional information, please post in the pre-existing ticket. Thank you for your cooperation and enjoy the game.

Respectfully,

Panacea
Community Manager
Forge of Empires, U.S.

---

This ticket has been closed and can no longer be replied to.

**Attachments**

**This ticket currently has no attachments.**

# View ticket

# I was told (again) that my behavior was "offensive"

**You 2018-10-22 22:13:46**

I don't understand what you could possibly find "offensive" about my behavior. Please explain.

**Forge of Empires - Customer Support 2018-10-23 01:51:23**

Hello TwoCents,

Please do not create more than one ticket per issue. As this is a duplicate, we are closing this ticket. If you wish to pose additional information, please post in the pre-existing ticket. Thank you for your cooperation and enjoy the game.

Respectfully,

Panacea
Community Manager
Forge of Empires, U.S.

**Forge of Empires - Customer Support 2018-10-23 02:12:22**

Hello TwoCents,

My apologies, I did not realize this was a new warning.

When you receive a report about being punished it means one or more messages were reported as being in violation of the Communications Rules. Usually this is because you have sent profanity, personal insults or otherwise offensive content through either the message or chat system.

Rule Violation: Personal Insults

- 14:38: TwoCents: you guys scam people on a regular basis
- 14:39: TwoCents: and I keep it quiet because Enam was my "friend"
- 14:39: TwoCents: then I find out... he's not very friendly at all...
- 14:39: TwoCents: not true, you guys don't want the Indy map
- 14:39: TwoCents: you all said, "we're not concerned with the lower ages"
- 14:39: TwoCents: you just didn't want anyone else to have it
- 14:40: TwoCents: well Enam, if you weren't such a scamming greedy jerk, we might be friends
- 14:40: TwoCents: who's that the Pedo or the conman?
- 14:40: TwoCents: which ones should I ask?
- 14:40: TwoCents: no, you're scammers because you scam people out of fps
- 14:41: TwoCents: you're greedy because you couldn't handle that someone else might land next to you for a smidge of land
- 14:41: TwoCents: because they buy goods from you for one price
- 14:41: TwoCents: then you tell them the price has changed
- 14:41: TwoCents: now they have to add this amount of "extra" fps before they get their goods


- 14:44: TwoCents: like I said, anyone who wants it (other than blacklisted con artists) can message me about it
- 14:45: TwoCents: ^^scammers, liars, cheats
- 14:49: TwoCents: yes, go ahead and bully me for speaking the truth con-man


- 14:50: TwoCents: they're not lies, they are truth
- 14:50: TwoCents: Warpony, message me, GOAT is a pedo, not a "good people"
- 14:52: TwoCents: ^^cheater, will rob you of your fps
- 14:52: TwoCents: don't buy goods from this person
- 14:53: TwoCents: I bought it from Enam I believe
- 14:53: TwoCents: but that was before I knew he was such a scammer
- 14:55: TwoCents: let's be clear, you are scammers because you rob people of forge points
- 14:55: TwoCents: you sell them goods for one price, then ask for more
- 15:14: TwoCents: Bartholomeu The GOAT asked me for naked pictures of my kids

Please review the GAME RULES to ensure you do not violate them again. Your ban is not subject to appeal and will remain in effect until the ban expires.

Respectfully,

Panacea
Community Manager
Forge of Empires, U.S.

### You 2018-10-23 02:22:01

So? they do scam people and I do have it on a screenshot.

### You 2018-10-23 02:22:38

they both scam people and that dude asked me for a naked picture of my kids, therefore making him a pedophile in truth. There is nothing in there that is offensive.

### You 2018-10-23 02:23:54

If you allow people to "sell" goods in global chat to make a profit from others, then you have to allow people to tell the truth about those goods sellers. Otherwise you'd be propagating a system of scammers.

### You 2018-10-23 02:26:24

http://prntscr.com/l9am6d

### You 2018-10-23 02:33:34

http://prntscr.com/l9aov0

### You 2018-10-23 02:34:18

They are scammers and liars and if you allow them to go in there soliciting donations then you also have to allow people to "boycott" those solicitations and tell the truth about their scammer business.

### Forge of Empires - Customer Support 2018-10-23 02:34:34

Hello TwoCents,

Exhibit 10 – Forge of Empires Support Tickets: TwoCents Submitted by Plaintiff Penny Quinteros
Case: 19-CV-1402 RSM - 418

One, this was not reported in global chat so am I to assume it occurred in private chat? I see the chat submitted and would say that he indeed asked for money for pictures. We can only act on those chats reported using the Report function.  You, however, may still not call him insulting names. You may however, state what happened.

Two, the players in question may conduct business any way they see fit and you would be correct in that these would be possibly unfair business practices.  However, you may not call the other players insulting names. This would be against the game rules.

This concludes your warning.  Enjoy the game.

Respectfully,

Panacea
Community Manager
Forge of Empires, U.S.

**You 2018-10-23 02:40:00**

I understand that is in the report function, however my private whisper with him is just that... private... BUT I do feel justified in referring to him as pedo. I don't see anything "offensive" about telling him the truth.

**You 2018-10-23 02:42:22**

You are holding me to a different standard than you hold the rest of the players. I call someone a jerk and I get a warning?! There are people out there making menstrual jokes about women, calling me by my given name, making jokes about rape and murder, openly referring to women as tits and ass, saying they are running through global chat with their "scholongs hanging out" and NONE of those people got bans or warnings... WHY are you making a fuss over me LEGITIMATELY calling them cheaters and liars?!

**You 2018-10-23 02:43:57**

http://prntscr.com/l9asl7

**You 2018-10-23 02:44:51**

http://prntscr.com/l9asvu

**You 2018-10-23 02:47:16**

Barth the Goat during the conversation I reported with the first warning openly said mother's shouldn't play games. Apparently we're only good for taking care of kids and shouldn't actually do the things men get to do. Did you ban him for his blatant sexism?

### You 2018-10-23 02:48:16

And yet you'd give ME a warning for calling them cheaters and scammers?! clearly this is referring to their in-game behavior. It doesn't deserve a warning at all!

### You 2018-10-23 02:53:55

your rules state: "- It is allowed to refer to a player as a noob or to criticize their way of playing using appropriate language." during the above conversation I criticized their way of playing using appropriate language (what do you call a person who is cheating and scamming and lying and being greedy in their gameplay if not a cheater, scammer, liar, and greedy?)

### Forge of Empires - Customer Support 2018-10-23 10:30:57

Hello TwoCents,

If you wish to report a player using the game's Report function, please do so.  However, you will not be privy to any action taken.  Also, there is no rule against sexism.  You can suggest this rule change on the Forum in Suggestions.

Please review the GAME RULES to ensure you do not violate them again. Your ban is not subject to appeal and will remain in effect until the ban expires.

Respectfully,

Panacea
Community Manager
Forge of Empires, U.S.

### You 2018-10-23 10:48:16

There doesn't have to be a "rule" against sexism. It's a protected class under the constitution. Just like you can't deny a black person the right to eat in a restaurant you can't target and harass women and deny them equal access to your video game.

### You 2018-10-23 10:52:15

If I can't use the words cheater, liar or scammer what words would you like me to use for game behavior that is cheating, lying, and scamming? Please let me know proper synonyms that you won't find offensive. Until then I plan on using the words every day.

### You 2018-10-23 11:05:22

And Bartolomeu The GOAT I DID report during the conversation where he said that I shouldn't be playing a video game because it made me a bad mother.

### You 2018-10-23 11:15:26

Are you saying that your moderators don't find sexism offensive and therefore don't warn/ban people harassing women?

### Forge of Empires - Customer Support 2018-10-23 19:41:14

Hello TwoCents,

If there is an insult, then yes, action would be taken. However, action is not taken simply because something is deemed "sexist" by an individual player.

If you reported Batholomeu or any other player, action will be taken if a game rule is violated.

The account was never banned, only a warning issued.   Abide by the rules and enjoy the game. CLICK HERE to review the Game Rules

This ticket is concluded.

Respectfully,

Panacea
Community Manager
Forge of Empires, U.S.

### You 2018-10-23 19:50:48

Right, the account was never banned, but you have progressive discipline, so a warning can be removed if it's inappropriate. Plus you haven't provided me appropriate synonyms to criticize lying, cheating, scamming and pedophile behavior.

### You 2018-10-23 19:52:31

Exhibit 10 – Forge of Empires Support Tickets: TwoCents Submitted by Plaintiff Penny Quinteros
Case: 19-CV-1402 RSM - 421

So telling a player that they shouldn't play a game because it makes them a bad, neglectful mother in your mind isn't sexist?

**Forge of Empires - Customer Support 2018-10-23 19:56:11**

Hello TwoCents,

We will not be providing you any synonyms.  We will tell you not to insult another player as this is in violation of the game rules.

The warning was appropriate. This ticket is concluded. Abide by the rules and enjoy the game. CLICK HERE to review the Game Rules

Respectfully,

Panacea
Community Manager
Forge of Empires, U.S.

**You 2018-10-23 20:21:32**

Well, what I'm asking is, if it's ok to point out that their behavior is lying cheating and scamming, what words can I use to point out that they are liar cheaters and scammers that you wouldn't find offensive? Apparently I don't know which ones to choose because I don't find "liar, cheater, scammer, or jerk" to be offensive to begin with. So in your most gracious wisdom since you ARE the community manager and you have the FINAL SAY... please tell me oh wise one, what I can say to point out these actions?

**You 2018-10-23 20:24:21**

Also, while you're at it, please tell me if you find a player criticizing a mother as a neglectful mother because she plays Forge of Empires is offensive? Hypothetically speaking of course.

**You 2018-10-24 23:12:26**

So apparently I'm the only person you warn or ban because Barth specifically told me he did NOT get a warning even though he insulted me for hours.

**Forge of Empires - Customer Support 2018-10-25 18:01:16**

Hello TwoCents,

We will not provide you with any information regarding another player.  Nor can we be held responsible for what a player may or may not tell you.

Exhibit 10 – Forge of Empires Support Tickets: TwoCents Submitted by Plaintiff Penny Quinteros
Case: 19-CV-1402 RSM - 422

The warning was appropriate. This ticket is concluded.

Respectfully,

Panacea
Community Manager
Forge of Empires, U.S.

### You 2018-10-26 00:25:20

well it puts me in the position of believing that you don't take action against anyone but me. I believe this other player and I think that you target me for harassment via your support system.

### Forge of Empires - Customer Support 2018-10-26 01:32:00

Hello TwoCents,

The Game Rules apply to all players and all players must play and abide the rules. You are not singled out for harassment.


Enjoy the game. This ticket is concluded.

Respectfully,

Panacea
Community Manager
Forge of Empires, U.S.

### You 2018-10-26 01:37:57

I'm sorry, but there is no empirical evidence to support that statement you just made.

### You 2018-10-26 11:45:05

On the contrary, you've shown that I get warnings for very small offensives, telling someone they're a "cheater" for taking forge points from someone and not giving them the goods. I'll bet that you've never warned/banned ANYONE else for saying that. EVER. Your rules are discriminatory not because they're written in a discriminatory way, but because the implementation of them is discriminatory.

### You 2018-10-26 15:28:59

Why do you single me out for harassment?

**You 2018-10-29 22:32:58**

You still haven't addressed the main issue of this thread. Why do you find the words scammer etc to be offensive if the underlying message is that people are scamming people in the game? Isn't that referring to their type of game-play? Like calling a person a noob?

**You 2018-10-30 02:24:41**

You STILL haven't addressed the main issue of this thread. Why do you find the words scammer etc to be offensive if the underlying message is that people are scamming people in the game? Isn't that referring to their type of game-play? Like calling a person a noob?

**Forge of Empires - Customer Support 2018-10-30 02:25:56**

Hello TwoCents,

You have received all the information you will receive. It's simple, do not insult other players and you will remain within the guidelines of the rules.

Enjoy the game.

Respectfully,

Panacea
Community Manager
Forge of Empires, U.S.

**You 2018-10-30 02:26:56**

I don't know what you mean by "insulting" other players. I'm referring to their actions in-game using appropriate language. What could be less insulting than that?

---

This ticket has been closed and can no longer be replied to.

## Attachments

# This ticket currently has no attachments.

# View ticket

# Please refrain from insulting me

**You 2018-10-30 03:17:59**

I'm sorry, could you please refrain from directly insulting me? Afterall I know you're sitting there, but you seem to think giving me the "cold shoulder" is an effective strategy to get me to shut my mouth. I mean, could you be any more insulting?

**Forge of Empires - Customer Support 2018-10-30 03:26:04**

Hello TwoCents,

Thank you for contacting Support.  Your concern is important to us.  We are reviewing your ticket and will reply as soon as possible.

Thank you for your patience.

Respectfully,

Sgt. Bothari
Co-Community Manager
Forge of Empires, U.S.

**You 2018-10-30 03:39:19**

tap-tap-tap

**You 2018-10-30 10:22:20**

tic-toc tic-toc

**Forge of Empires - Customer Support 2018-10-30 19:46:00**

Hello TwoCents,

Please do not create more than one ticket per issue. As this is a duplicate, we are closing this ticket. If you wish to pose additional information, please post in the pre-existing ticket. Thank you for your cooperation and enjoy the game.

Respectfully,

Panacea
Community Manager
Forge of Empires, U.S.

---

This ticket has been closed and can no longer be replied to.

**Attachments**

**This ticket currently has no attachments.**

# View ticket

# Ticket Duplicate Question

**You 2018-10-30 20:32:44**

How can a ticket be a duplicate when it poses new information?

**Forge of Empires - Customer Support 2018-10-30 20:34:05**

Hello TwoCents,

Hello,

We request that you add the new information to the original ticket, and not open additional tickets.

Respectfully,

Snowbelle
Senior Ingame Moderator
Forge of Empires, U.S.

**You 2018-10-30 20:41:22**

which original ticket are you referring to?

**Forge of Empires - Customer Support 2018-10-31 02:44:46**

Hello TwoCents,

Please do not create more than one ticket per issue. As this is a duplicate, we are closing this ticket. If you wish to pose additional information, please post in the pre-existing ticket. Thank you for your cooperation and enjoy the game.

Respectfully,

Panacea
Community Manager
Forge of Empires, U.S.

---

This ticket has been closed and can no longer be replied to.

## Attachments

This ticket currently has no attachments.

# View ticket

# Arc not giving bonuses when disconnected

**You 2018-10-29 22:35:31**

The Arc used to give bonuses when disconnected and now it doesn't. I don't see it addressed in any of the changelogs, so I believe this is a bug.

**Forge of Empires - Customer Support 2018-10-29 22:52:51**

Hello TwoCents,

https://forum.us.forgeofempires.com/index.php?threads/changelog-1-110.19876/

BUGFIXES
While working on this version, we spent some extra time solving bugs. We grouped them for you below, so that it's easier to read.

Great Buildings

Exhibit 10 – Forge of Empires Support Tickets: TwoCents Submitted by Plaintiff Penny Quinteros
Case: 19-CV-1402 RSM - 427

- The icon of the Aid Goods Buff of the Dynamic Tower did not disappear from the panel on the right if aiding was done manually. This was now fixed.
- The Arc was boosting contribution rewards even when it wasn't connected to the Town Hall. Now it needs to be connected, to grant the boost to be consistent with all other Great Buildings.

The Arc was corrected in September of 2017 so that it no longer improperly gave boosts when disconnected.

Respectfully,

Sgt. Bothari
Co-Community Manager
Forge of Empires, U.S.

### You 2018-10-30 01:05:51

So why would you possibly think that was a bug to begin with? It SHOULD give bonuses even when not connected to the town hall. Say for example you have 3,800 forge points in on a great building and are expecting a reward of 2,000 forge points. You wait a few days and happen to be moving your buildings around when the other person levels their gb. You're just supposed to be screwed out of the 1800 fps?! It wasn't consistent with the other GB's because it's the only GB that you're not directly in charge of when and how it levels. It relies on the timing of other players, and thus is unique.

### Forge of Empires - Customer Support 2018-10-30 01:12:52

It is a bug (that was squashed). NO GB gives bonus when not connected. You want the bonus, keep it connected. Otherwise, yes, its bad luck and you lose your invested points. this was settled well over a year ago. I am sorry, this is how it is.

Want to get it changed, feel free to submit a proposal on the forums.

Respectfully,

Sgt. Bothari
Co-Community Manager
Forge of Empires, U.S.

### You 2018-10-30 01:19:30

that's bullshit, total bullshit.

### You 2018-10-30 01:19:57

Exhibit 10 – Forge of Empires Support Tickets: TwoCents Submitted by Plaintiff Penny Quinteros
Case: 19-CV-1402 RSM - 428

Don't f'ing tell me "I'm sorry" unless you actually mean it you ***.

**You 2018-10-30 01:21:53**

What world do you play on?

**Forge of Empires - Customer Support 2018-10-30 01:26:12**

Please watch your language. The rules of the game governing such also cover the support area. I see several violations in the preceding replies, consider this a courtesy warning.

Respectfully,

Sgt. Bothari
Co-Community Manager
Forge of Empires, U.S.

**You 2018-10-30 01:47:30**

I'm sorry hinkle, don't insult me. You purposefully insulted me and then you expect me not to get mad? I don't see any violations in any of the replies. What server do you play on? What is your in-game name?

**Forge of Empires - Customer Support 2018-10-30 02:13:50**

Hello TwoCents,

Your ticket has been escalated to my attention.

While we appreciate the participation and assistance of the community who play the game, it is imperative such is committed with respect and courtesy. Thus I find myself in the unfortunate position where I must request civility on your part. Our staff is hard at work developing the game, listening to community requests, and providing assistance where possible, but we are not punching bags, nor servants.

Do understand you are a guest in this game. While my staff and I have been courteous, you are not reciprocating. Please endeavor to adjust your tone or I will find myself in the position of having to ban you from the Support system.

Respectfully,

Panacea

Community Manager
Forge of Empires, U.S.

**You 2018-10-30 02:20:49**

I don't see a problem with my language or the way I treat the staff of this game. Could you please describe how one can have a "tone" when communicating via written words?

**You 2018-10-30 02:22:53**

Think you accidentally closed this. I don't see a problem with my language or the way I treat the staff of this game. Could you please describe how one can have a "tone" when communicating via written words?

**You 2018-10-30 02:24:10**

You haven't explained how one can have a "tone" with written words? Exactly how is my "tone" offending you?

**You 2018-10-30 02:25:24**

You're mistaken in one aspect though. I am not a guest here. I am a customer. Which means that your game and it's representatives have to follow the law since you engage in interstate commerce. You don't.

**Forge of Empires - Customer Support 2018-10-30 02:28:33**

Hello TwoCents,

Your language has had you banned from the forum and you are very close to being banned from the Support system. Continue this harassment of the staff and fellow players and you will be banned from the game.

Respectfully,

Panacea
Community Manager
Forge of Empires, U.S.

**You 2018-10-30 02:31:14**

You don't "host" me here out of the goodness of your heart as a kind charitable woman. You are a person assisting in a commerce-scam. You help make people addicted to a video game through the "fear

of missing out" mentality and then you help scam them out of their hard-earned money by taking advantage of that addiction.

**You 2018-10-30 02:31:36**

I'm sorry, I don't know what you are talking about. I'm not on the forums.

**You 2018-10-30 02:32:05**

I've never used the forums, and I don't harass anyone.

**You 2018-10-30 02:37:25**

I don't know why you closed this ticket. Could you please explain what you mean "I have been banned from the forums." What forums?

**You 2018-10-30 02:40:06**

Please explain, what forum have I been banned from?

**Forge of Empires - Customer Support 2018-10-30 02:43:18**

Hello TwoCents,

The U.S. Forge of Empires forum which I've verified as you so give us all a break. Now if you have any other related information to the Arc, we are happy to answer. Otherwise, please go play and enjoy the game.

Respectfully,

Panacea
Community Manager
Forge of Empires, U.S.

**You 2018-10-30 02:44:54**

I'm sorry, you must be mistaken. I've haven't used that forum in years.

**You 2018-10-30 02:45:18**

I don't even have an account for that forum.

**You 2018-10-30 02:49:49**

Exhibit 10 – Forge of Empires Support Tickets: TwoCents Submitted by Plaintiff Penny Quinteros
Case: 19-CV-1402 RSM - 431

I don't understand why you wrote this. Are you saying someone impersonated me on the forums? Who was it?

**Forge of Empires - Customer Support 2018-10-31 02:38:18**

Hello TwoCents,

Let's not go here. Since you placed information directly from this ticket and no one has access to this but you and I and only one of us has access to your system, we both know who wrote the forum thread. But its no matter, as its been dealt with.

If you have any other related information to the Arc, we are happy to answer. Otherwise, please play and enjoy the game.

Respectfully,

Panacea
Community Manager
Forge of Empires, U.S.

**You 2018-10-31 02:53:59**

"Let's not go here." I am the only person who has access to my game account, but there are several people who have access to my computer and to my supposed forum account. And I clearly share this information from this support thread with my husband. So why do you not want to continue this discussion?
Lastly, I feel like I treat your support staff with the utmost respect. Do you even know what "Sgt. Bothari" refers to?

**You 2018-10-31 02:58:51**

Let's discuss the Arc for a moment. Iceman tells me it was Snowbelle who initially proposed the Arc change-rule. Do you frequently allow your moderators to exert undue influence to change the game to their liking or was this a one-off event?

**Forge of Empires - Customer Support 2018-10-31 03:00:03**

Hello TwoCents,

You have the responsibility to maintain the game rules which say:

- Sharing your password with another person is forbidden.

- It is allowed for two or more players to use the same computer and/or internet connection, provided each player only controls the actions of his/her assigned account (please contact support to make them aware).
- You may not access (or have access to) any account that does not belong to you, on any world.
- It is forbidden to play for another player if they are temporarily away, or for any other reason.

It is also your responsibility to maintain the security of your account. This includes your forum account.

As to treating the Support staff with "the utmost respect", let us hope this is the case going forward.

Snowbelle has no influence on any game related event or rule. These come directly from the Development Team and the Development Team only.

Enjoy the game.

Respectfully,

Panacea
Community Manager
Forge of Empires, U.S.

## You 2018-10-31 03:01:12

I don't share my game password with other people. Like I said, I never had a forum account, so I don't know how I could've had a password for something that I never set up.

## You 2018-10-31 03:02:14

You allow your co-community manager to name himself after the biggest rapist in modern day literature, and you want to chastise me about "utmost respect"... got to show a little to get a little.

## You 2018-10-31 03:04:39

Actually the rules from from the forum proposals, which it seems your moderators still have access to which I'm stating is unduly being able to influence the game.

## You 2018-10-31 03:06:51

Your co-community manager is named after a sexual-psychopath who rapes people for ethic cleansing on the order of his commander. I'm not going to refer to him in that way. He can be Hinkle for all I care or any other pseudonym that doesn't exemplify the brutality of men on women.

---

This ticket has been closed and can no longer be replied to.

**Attachments**

# This ticket currently has no attachments.

# View ticket

# Player with Alt

**You 2018-10-31 04:17:21**

Based on the pattern of GB leveling, I believe "2Balls" is an alt of Knosai the Conqueror.

**Forge of Empires - Customer Support 2018-10-31 07:12:17**

Hello TwoCents,

Thank you for bringing this matter to our attention. We appreciate all players that help the Forge team to keep our game running without rule breakers. TwoCents, I will investigate and take the appropriate action(s) if I find rule breaking.

Respectfully,

Panacea
Community Manager
Forge of Empires, U.S.

---

This ticket has been closed and can no longer be replied to.

**Attachments**

This ticket currently has no attachments.

# View ticket

# Player with Inappropriate Name

**You 2018-10-31 04:11:04**

This player has a sexually explicit name.

**Forge of Empires - Customer Support 2018-10-31 07:12:31**

Hello TwoCents,

Thank you for bringing this matter to our attention. We appreciate all players that help the Forge team to keep our game running without rule breakers. TwoCents, I will investigate and take the appropriate action(s) if I find rule breaking.

Respectfully,

Panacea
Community Manager
Forge of Empires, U.S.

---

This ticket has been closed and can no longer be replied to.

**Attachments**

**This ticket currently has no attachments.**

# View ticket

# Player with Inappropriate Name

**You 2018-10-31 04:23:32**

This player has a sexually explicit name. (Max Boner) In addition the name of the guild is sexually explicit "Boner Mode." You might be thinking the word is pronounced bow-ner (as in to bow to a king), but that is incorrect. Based on pronunciation rules it is the same as rower and mower.

**Forge of Empires - Customer Support 2018-10-31 07:11:58**

Hello TwoCents,

Thank you for bringing this matter to our attention. We appreciate all players that help the Forge team to keep our game running without rule breakers. TwoCents, I will investigate and take the appropriate action(s) if I find rule breaking.

Respectfully,

Panacea
Community Manager
Forge of Empires, U.S.

**You 2018-10-31 23:38:45**

Sure you will....

This ticket has been closed and can no longer be replied to.

**Attachments**

**This ticket currently has no attachments.**

# View ticket

# Appeal of all bans

**You 2018-10-31 12:25:54**

You closed this ticket before we were done discussing it. Since the Community Management for the international version of the game are the final arbiters I'd like them to adjudicate every ban on my record via an appeal. It has come to my attention that the ONLY version of the rules posted to your mobile players is the one stating the international community management are the final arbitrators. Since I'm playing from mobile, I'd like you to follow your posted rules.

**Forge of Empires - Customer Support 2018-10-31 19:44:40**

Hello TwoCents,

International Community Management is the final arbiter ONLY for the International server. U.S. Community Management is the final arbiter for the U.S. market. I'm sorry you are disappointed in us but we have been fair in adjudicating your ban appeals.  This ticket is concluded.

Respectfully,

Exhibit 10 – Forge of Empires Support Tickets: TwoCents Submitted by Plaintiff Penny Quinteros
Case: 19-CV-1402 RSM - 436

Panacea
Community Manager
Forge of Empires, U.S.

**You 2018-10-31 20:09:37**

well that's not the information you posted on your site. If your company ADVERTISES it one way, you can't expect me to just take your word for it now?

**Forge of Empires - Customer Support 2018-11-01 00:34:45**

Hello TwoCents,

You are not looking on the U.S. site.  I have told you where to locate the rules for the U.S. site and given you links to these rules on multiple occasions.  I know you are an intelligent person. Following a link and reading the applicable rules should be no problem.

 Abide by the rules and enjoy the game. And in case there is any question, here are the rules one more time for your ease of use.  CLICK HERE to review the Game Rules

Respectfully,

Panacea
Community Manager
Forge of Empires, U.S.

**You 2018-11-01 00:41:03**

I'm telling you on the mobile app, the only version of the rules available is the international version. You actually CANNOT pull up the us version of the rules via the phone browser.

**Forge of Empires - Customer Support 2018-11-01 00:53:30**

Hello TwoCents,

I am unsure of what you are able to see which is why I have provided you the U.S. Game Rules on multiple occasions.  Multiple.  But in case you are having difficulty, here are the rules one more time for your ease of use.  Abide by the rules and enjoy the game. CLICK HERE to review the Game Rules

Respectfully,

Panacea
Community Manager
Forge of Empires, U.S.

**You 2018-11-01 00:54:54**

The point of the matter is, regardless of how many times you provide them to me AFTER the fact, at the time the incidents occurred, the international version of the rules were the ones available to me and through good faith the ones you should honor as your company posted them for all of your us players both via the support system in the browser and for ALL of your mobile players.

**You 2018-11-01 00:55:43**

I mean, I could also tell you while playing monopoly that if I land on boardwalk that you own I get 5 "freebies" to stay there without going bankrupt. But it means nothing unless it's the printed rules of the game agreed to BEFORE hand.

**Forge of Empires - Customer Support 2018-11-01 00:58:15**

Hello TwoCents,

It makes not one iota of difference.  ONLY the U.S. Community Management is in full authority of ALL players, moderators and games on the U.S. server. Now, then, forever after and forever forward.  This is the FINAL answer.

Enjoy the game.

Respectfully,

Panacea
Community Manager
Forge of Empires, U.S.

**You 2018-11-01 01:00:08**

Well, I'm posting rules right now that says I am the final arbitrator on the US servers, Now, then forever after and forever forward. THAT will be the final answer. Since you like to change the rules mid-game.

**You 2018-11-01 01:07:16**

I expect you to abide by the rules now Panacea. Considering we're in the realm of changing them as we want and don't have to follow the ones written and posted to the US players.

**You 2018-11-01 01:12:34**

I'll make sure to give you a copy of the rules after I post them.

**You 2018-11-01 01:13:48**

Besides, if you ban me from the support system, how are you going to know that you're being biased towards me? I'd think you'd want to keep on my good side, now that I'm the final arbiter of disputes as stated in the new version of the rules.

---

This ticket has been closed and can no longer be replied to.

**Attachments**

This ticket currently has no attachments.

# View ticket

# What language is it that you find "insulting"

**You 2018-10-30 02:39:31**

I don't understand what language it is you find insulting. You've never given me a clear answer on this. Could you please define what offends you so that i know to avoid it in the future?

**Forge of Empires - Customer Support 2018-10-30 03:08:43**

Hello TwoCents,

Thank you for contacting Support.  Your concern is important to us.  We are reviewing your ticket and will reply as soon as possible.

Thank you for your patience.

Respectfully,

Sgt. Bothari
Co-Community Manager
Forge of Empires, U.S.

**You 2018-10-30 03:19:53**

Thank you hinkle

**Forge of Empires - Customer Support 2018-10-31 02:52:06**

Hello TwoCents,

An "insult" is defined as "speak to or treat with disrespect or scornful abuse"  Please use this as a guideline when addressing other players.  We will NOT be providing you with a list of words which may or may not be used during chat.

Enjoy the game,

Respectfully,

Panacea
Community Manager
Forge of Empires, U.S.

**You 2018-10-31 02:54:54**

Like I said in the other thread. Do you even know what the psudonym "Sgt Bothari" refers to? And you're asking ME to treat HIM with respect?! You insult me with your very assumptions woman.

**Forge of Empires - Customer Support 2018-10-31 03:03:52**

Hello TwoCents,

I'm not about to debate the character(ization) of a science fiction character with you. His name does not violate the game rules so is really not up for debate.

I have not insulted you nor do I intend to start now but I'd appreciate you not calling me "woman".

This ticket is concluded. Please play and enjoy the game.

Respectfully,

Panacea
Community Manager
Forge of Empires, U.S.

**You 2018-10-31 03:05:22**

I'm sorry, I didn't realize that "woman" was insulting to your warped sense of right and wrong.

**You 2018-10-31 03:07:38**

His name doesn't have to violate the game rules. It shows your mentality that you are sexist and you allow your moderators and managers to enforce and condone a systematic sexism in the game.

**You 2018-10-31 12:14:47**

How about I make a new world account and use the screenname "Fuhrer Hitler" That doesn't violate your game rules either.

**You 2018-10-31 23:37:55**

Well? Isn't it the same thing? Condoning despicable behavior?

**You 2018-11-01 00:48:11**

I think you forgot to answer this question. Would it be ok for me to have the name "Fuhrer Hitler?"

**Forge of Empires - Customer Support 2018-11-01 00:51:45**

Hello TwoCents,

We would have to look at the account in relation to the Game Rules at the time the account is created.  I doubt it would be approved but am unable to say at this time.  Please refrain from creating two accounts in the same world as that is against the Game Rules.

Enjoy the game.

Respectfully,

Panacea
Community Manager
Forge of Empires, U.S.

**You 2018-11-01 00:52:50**

why would it be a problem? There is nothing in the game rules about being anti-semetic.

**You 2018-11-01 00:53:12**

semitic *

**Forge of Empires - Customer Support 2018-11-01 00:54:22**

Hello TwoCents,

As the Game Rules state: The Community Management of the US version of Forge of Empires are the final arbiters of any rules dispute. Their interpretation of these rules is final.

We would have to look at the account in relation to the Game Rules at the time the account is created. I doubt it would be approved but am unable to say at this time. Please refrain from creating two accounts in the same world as that is against the Game Rules.

Enjoy the game.

Respectfully,

Panacea
Community Manager
Forge of Empires, U.S.

### You 2018-11-01 00:56:58

My point is, Sgt Bothari is just as insulting as Furher Hitler and if you find one to be intolerable you should also find the other to be the same. This is why I can never understand your logic when it comes to what you find "insulting or offensive." Your logic isn't consistent.

### Forge of Empires - Customer Support 2018-11-01 00:59:27

Hello TwoCents,

We could start with one is fictional and one is historical but we'll leave it at:   As the Game Rules state: The Community Management of the US version of Forge of Empires are the final arbiters of any rules dispute. Their interpretation of these rules is final.

Enjoy the game.

Respectfully,

Panacea
Community Manager
Forge of Empires, U.S.

### You 2018-11-01 01:01:04

So what you're saying is that I should find a fictional nazi genocidist to pattern myself after and that would be ok?

### You 2018-11-01 01:04:28

Uncle Tom maybe?

**You 2018-11-01 01:05:32**

Jim the Black Slave Boy?

**Forge of Empires - Customer Support 2018-11-01 01:06:55**

Hello TwoCents,

Enough. If you continue with this flooding of Support with nonsensical tickets and repeated (and repeated) arguing, I will have no choice but to ban you from the Support system. After which, you will have no options but to serve out any bans as you would be unable to appeal these. I suggest you use the Support system as its intended- starting now.

Respectfully,

Panacea
Community Manager
Forge of Empires, U.S.

**You 2018-11-01 01:08:04**

I don't see why you have a problem with my pointing out flaws in your logic. I'm advocating for my position (which I know is correct) against your (flawed) position. I have the right to do so ardently.

**Forge of Empires - Customer Support 2018-11-01 01:09:35**

Hello TwoCents,

You are now banned from the Support system for one week. Thereafter, we will try this again.

Enjoy the game.

Respectfully,

Panacea
Community Manager
Forge of Empires, U.S.

**You 2018-11-01 01:09:53**

You just don't like to admit that you might be wrong. It's called "cognitive dissonance." You're wrong about the se xism in this game. You're wrong allowing Sgt Bothari to keep his name. This seems to me to be what the support system is used for. To appeal issues...

**You 2018-11-01 01:10:54**

I don't see why you would ban me when I did nothing wrong. The support system is here to "SUPPORT" isn't it?

**You 2018-11-01 01:12:15**

Exactly what is the support system "intended for?"

**You 2018-11-01 01:14:31**

Are you holding my typing speed against me?

This ticket has been closed and can no longer be replied to.

**Attachments**

**This ticket currently has no attachments.**

# View ticket

# Please Identify Why You Closed my tickets

**You 2018-11-01 01:17:09**

You closed several of my tickets when I wasn't done adding new information to them. Could you please explain why? If you don't want me to make additional tickets, then you're going to have to stop closing the other ones.

This ticket has been closed and can no longer be replied to.

**Attachments**

This ticket currently has no attachments.

# View ticket

# Moderators abusing support system

**You 2018-10-30 02:26:19**

Please don't abuse the support system. I've asked you proper questions and you keep not responding to them.

**Forge of Empires - Customer Support 2018-10-30 02:33:00**

Hello TwoCents,

I have answered all I intend to answer and have provided you with complete answers. If and when you have a legitimate question regarding the game and not some argument about semantics over the words I've chosen to use, then please submit your ticket and we'll be happy to assist you.

Respectfully,

Panacea
Community Manager
Forge of Empires, U.S.

**You 2018-10-30 02:36:28**

Actually you haven't answered anything. I'm asking you HOW I've insulted ANYONE and you refuse to answer. Exactly what words did I use that seem insulting to you all?

**Forge of Empires - Customer Support 2018-10-30 02:41:58**

Hello TwoCents,

Actually, we HAVE discussed this. You can not use labels such as "scammers, liars, cheats, pedofiles" which insult individual players.  You may attack guilds with game related information but you may NOT insult other players.

Now, go and enjoy the game.

Respectfully,

Panacea
Community Manager
Forge of Empires, U.S.

**You 2018-10-30 02:42:27**

I'm sorry, but since you're harassing me over the language I choose to use, I find "semantics" to be of the paramount importance. If you want to ask me to ignore language that you use, then you can ignore the language I use too.

**You 2018-10-30 02:44:23**

why would calling someone a "scammer, liar, cheat, or pedophile" be an insult to an individual player? It's not insulting to use accurate and clear language that also happens to have the benefit of being true. Clearly it is no more insulting than calling someone a "noob".

**Forge of Empires - Customer Support 2018-10-30 02:46:21**

Hello TwoCents,

As the Game Rules state: "The Community Management of the US version of Forge of Empires are the final arbiters of any rules dispute. Their interpretation of these rules is final."  The decision is final and this ticket is concluded.

If you have any other questions regarding the play of the game, please let us know and we will be happy to assist you. Otherwise, please enjoy the game.

Respectfully,

Panacea
Community Manager
Forge of Empires, U.S.

**You 2018-10-30 02:49:18**

Well, since you have the final decision, I'm trying to proactively understand your reasoning. After all, like I have enumerated on several occasions, I don't find any of this to be offensive. So it's only fair that you explain yourself so that I have any hope at all of avoiding a ban.

**You 2018-10-30 02:56:19**

You find some things offensive that I don't find at all offensive (using the word cheater and scammer to refer to in-game cheaters and scammers) and other things that I find highly offensive you don't find at all offensive. (sexism, racism, people who pay other people to give them forge points using real money etc). Since I don't read minds I think it's only fair that you clearly state the things you find offensive and why and also that you explain why you don't find things offensive. Exactly where is the "threshold" in your mind where things go from "funny and off-color" to "insulting and offensive."

Additionally I don't like being subjected to the "whim of the day"... some days you might find some things offensive, other days you seem to be alright with things. (These "bad" days seem to coincide to days that I get reported and not days that others get reported)

I'm pretty sure I'm not the only person who's ever used the term "scam or cheat" in this game, but I don't think you're handing down hundreds of bans a day...

**You 2018-10-30 03:02:30**

Exhibit 10 – Forge of Empires Support Tickets: TwoCents Submitted by Plaintiff Penny Quinteros
Case: 19-CV-1402 RSM - 446

And exactly what do you mean that I'm "harassing" players? I've never harassed a player in my life. I don't go looking for them IRL. I attack players in the game we play together and that's just honest-fair game play. If people are allowed to go solicit goods in global chat to help them build up their cities giving them an advantage to attack me, I should be allowed to stop this solicitation by whatever means necessary to stop them from building up their cities thus denying them the ability to be better able to attack me.

If people are allowed to "snipe" other player's GB's then I should be allowed to stop this behavior via community-organizing.

There is nothing "harassing" about these behaviors. It takes a lot of time, effort, and good game-play on my behalf to be able to do them successfully. It's not any different than people going into global chat and asking for friends or guild members. It's community-engagement for a cause.

**Forge of Empires - Customer Support 2018-10-31 02:54:47**

Hello TwoCents,

I do not disagree with your logic:
There is nothing "harassing" about these behaviors. It takes a lot of time, effort, and good game-play on my behalf to be able to do them successfully. It's not any different than people going into global chat and asking for friends or guild members. It's community-engagement for a cause.

As long as you do not insult another player ('insult' as defined "speak to or treat with disrespect or scornful abuse") then there should not be an issue.

Enjoy the game.

Respectfully,

Panacea
Community Manager
Forge of Empires, U.S.

**You 2018-10-31 02:55:57**

I can't fake respect for people when I don't feel respect for them. It's not in my make up.

**You 2018-10-31 03:08:09**

Are you asking me to fake-respect people? You want me to lie and be passive-aggressive like a "good little woman" should be?

**You 2018-11-01 01:32:08**

> InnoGames

**You 2018-11-01 01:37:12**

> InnoGames

**You 2018-11-01 01:38:06**

> On October 31, 2018 at 10:32 PM Penny Quinteros <elilyn@comcast.net> wrote:
>
>
>
> > > InnoGames

---

This ticket has been closed and can no longer be replied to.

## Attachments

This ticket currently has no attachments.

# View ticket

# Max Bowner question

**You 2018-11-02 21:47:38**

Did you tell Max Bowner that I reported him?

**Forge of Empires - Customer Support 2018-11-02 21:49:12**

Hello TwoCents,

As you know, we tell no players about the interactions support has with other players. Privacy rules prohibit this.

Respectfully,

Sgt. Bothari
Co-Community Manager
Forge of Empires, U.S.

**You 2018-11-02 21:56:02**

Exhibit 10 – Forge of Empires Support Tickets: TwoCents Submitted by Plaintiff Penny Quinteros
Case: 19-CV-1402 RSM - 448

then he shouldn't be in global chat right now insulting me, should he?

**Forge of Empires - Customer Support 2018-11-02 22:00:18**

Thank you for bringing this matter to our attention, we appreciate all players that help the Forge team to keep our game running without rule breakers. I will investigate and take the appropriate action(s) if I find rule breaking.

If this conversation is taking place in chat, please take two steps-
1. Press your right button on your mouse and 'Report' the player. This takes a screenshot of the conversation and reports it directly to a group of moderators who handle these promptly.
2. Right click and press 'ignore'. This will take him from your chat screen.

If this conversation is taking place via the messaging system, due to our Privacy Rules we can not look in your Messages.
1. Please left click on the player's name OR left click on the player's avatar photo. This will bring up a menu that has 'Report'. Press the 'Report' button. It brings up a window for your report. This will capture the message and send it directly to the moderators.

No matter which, please do not engage this person in the future. Once reported using the REPORT feature, we will be able to act on the report. Thank you.

Respectfully,

Sgt. Bothari
Co-Community Manager
Forge of Empires, U.S.

**You 2018-11-02 22:06:44**

already done

**You 2018-11-02 22:07:28**

Also, if you could please figure out why Me38Mag is calling me an evil transvestite mastermind, I'd appreciate it.

**You 2018-11-03 20:48:17**

Did you answer this question?

**Forge of Empires - Customer Support 2018-11-03 22:04:10**

No, and I will not answer it. I am sorry. Any communication with another player and support is not something you will ever be told.

Respectfully,

Sgt. Bothari
Co-Community Manager
Forge of Empires, U.S.

**You 2018-11-03 22:21:54**

Well you could've just asked him, "why do you think 2c is an evil mastermind?"

**Forge of Empires - Customer Support 2018-11-03 22:26:10**

Even if I did, I would not relate his answer to you.

Respectfully,

Sgt. Bothari
Co-Community Manager
Forge of Empires, U.S.

**You 2018-11-04 01:38:33**

Well, I'd think he'd want you to tell me, afterall. He seemed to be pretty proud of his statements.

This ticket has been closed and can no longer be replied to.

**Attachments**

**This ticket currently has no attachments.**

# View ticket

# Player with an alt

**You 2018-11-07 17:36:42**

These two players are in the same guild. I believe they are alts of one another. Bartholomeu has told me he lives alone and has no partner so it is not his spouse etc.

**You 2018-11-07 17:38:26**

If you look at level 97 of Barth's Arc she provided 350 fps on a position that pays 15 back.

**You 2018-11-07 17:40:06**

As I have previously reported, Enamiccug and Bartholomeu the GOAT offer players real life $ in exchange for fp donations to help their cities advance.

**Forge of Empires - Customer Support 2018-11-07 18:55:03**

Hello TwoCents,

Thank you for bringing this matter to our attention. We appreciate all players that help the Forge team to keep our game running without rule breakers. TwoCents, I will investigate and take the appropriate action(s) if I find rule breaking.

Respectfully,

Sgt. Bothari
Co-Community Manager
Forge of Empires, U.S.

---

This ticket has been closed and can no longer be replied to.

**Attachments**

**This ticket currently has no attachments.**

# View ticket

# Player being sexist in global chat

**You 2018-11-07 19:41:28**

This player insultingly refers to me as "girl" also as a "useless loser" and "bitchy girl." I reported this player, but they haven't yet been removed from global chat, allowing them to continue their sexist behavior. I know this wouldn't be tolerated if this were racist behavior the player was displaying, so I expect equivalent action.

**Forge of Empires - Customer Support 2018-11-07 19:42:06**

Hello TwoCents,

Thank you for bringing this matter to our attention, we appreciate all players that help the Forge team to keep our game running without rule breakers. I will investigate and take the appropriate action(s) if I find rule breaking.

If this conversation is taking place in chat, please take two steps-
1. Press your right button on your mouse and 'Report' the player. This takes a screenshot of the conversation and reports it directly to a group of moderators who handle these promptly.
2. Right click and press'ignore'. This will take him from your chat screen.

If this conversation is taking place via the messaging system, due to our Privacy Rules we can not look in your Messages.
1. Please left click on the player's name OR left click on the player's avatar photo. This will bring up a menu that has 'Report'. Press the 'Report' button. It brings up a window for your report. This will capture the message and send it directly to the moderators.

No matter which, please do not engage this person in the future. Once reported using the REPORT feature, we will be able to act on the report. Thank you.

Respectfully,

Sgt. Bothari
Co-Community Manager
Forge of Empires, U.S.

### You 2018-11-07 19:49:37

Like I said, it has already been reported.

This ticket has been closed and can no longer be replied to.

### Attachments

**This ticket currently has no attachments.**

# View ticket

# Player is an alt

### You 2018-11-09 11:53:52

I believe that SquireSolomon is an alternate account for someone in the Ascension guild, most likely Nathaniel I (since he's all over the other's buildings).

### Forge of Empires - Customer Support 2018-11-09 11:56:22

Hello TwoCents,

Thank you for contacting Support.  Your concern is important to us.  We are reviewing your ticket and will reply as soon as possible.

Thank you for your patience.

Respectfully,

John Wick
Ingame Moderator
Forge of Empires, U.S.

**Forge of Empires - Customer Support 2018-11-10 00:15:05**

Hello TwoCents,

Thank you for bringing this matter to our attention. We appreciate all players that help the Forge team to keep our game running without rule breakers. TwoCents, I will investigate and take the appropriate action(s) if I find rule breaking.

Respectfully,

Sgt. Bothari
Co-Community Manager
Forge of Empires, U.S.

---

This ticket has been closed and can no longer be replied to.

**Attachments**

**This ticket currently has no attachments.**

# View ticket

# Player is an alt - you've taken no action

**You 2018-11-14 14:20:50**

I previously reported that squiresolomon was an alt of Nathaniel I and you said you would take action, but you've taken no action

**Forge of Empires - Customer Support 2018-11-14 14:31:34**

Hello TwoCents,

Thank you for bringing this matter to our attention. We appreciate all players that help the Forge team to keep our game running without rule breakers. TwoCents, I will investigate and take the appropriate action(s) if I find rule breaking.

Respectfully,

SLK350
Ingame Moderator
Forge of Empires, U.S.

---

This ticket has been closed and can no longer be replied to.

**Attachments**

**This ticket currently has no attachments.**

# View ticket

# Hello, Man who named himself after a sadistic mass-rapist!

**You 2018-11-16 18:34:46**

Hello, Man who named himself after a sadistic mass-rapist!
Are you ignoring my support questions?

---

This ticket has been closed and can no longer be replied to.

**Attachments**

**This ticket currently has no attachments.**

# View ticket

# Question

**You 2018-11-05 11:49:29**

Since you all claim to know everything, could you please tell me which is the best law school to attend?

**Forge of Empires - Customer Support 2018-11-05 14:46:36**

Hello TwoCents,

I apologize but we are only Support for questions concerning Forge of Empires.  Thank you.

Respectfully,

Panacea
Community Manager
Forge of Empires, U.S.

**You 2018-11-05 15:05:56**

So you admit you don't know everything? Was that so hard? But seriously... you all are lawyers there right? Surely you have some advice....

**Forge of Empires - Customer Support 2018-11-05 21:46:46**

Hello TwoCents,

I apologize but we are only Support for questions concerning Forge of Empires.  Thank you.

Respectfully,

Panacea
Community Manager
Forge of Empires, U.S.

**You 2018-11-05 21:53:18**

Are your support moderators and managers lawyers?

**Forge of Empires - Customer Support 2018-11-06 20:20:17**

Hello TwoCents,

I am unable to provide you personal information about any of our moderators.  Thank you.

Respectfully,

Panacea

Community Manager
Forge of Empires, U.S.

**You 2018-11-06 20:27:18**

Ok, well what training and experience do you have administering a code of rules and regulations to ensure that they fairly and equitably applied?

**Forge of Empires - Customer Support 2018-11-06 20:34:01**

Hello TwoCents,

I am unable to provide you with the training administered to our moderators.

Enjoy the game.

Respectfully,

Panacea
Community Manager
Forge of Empires, U.S.

**You 2018-11-06 20:41:42**

Why not? It seems that it'd be appropriate to ensure confidence in your customers that you are well-versed in the methods of regulation interpretation and administration.

**Forge of Empires - Customer Support 2018-11-06 22:42:52**

Hello TwoCents,

If you have a question about how the game is played, please let us know. Otherwise, have a nice day and enjoy the game.

Respectfully,

Panacea
Community Manager
Forge of Empires, U.S.

**You 2018-11-07 17:34:40**

This is about how the game is played. I want to find out if the people administrating the rules are trained to prevent unintentional discrimination?

**You 2018-11-08 19:12:15**

How do I ensure that the people administering this game are keeping it free from discrimination? Direct and Indirect?

**You 2018-11-16 18:06:05**

still waiting to find out what training you have with discrimination prevention.

**You 2018-11-16 18:40:10**

I don't see an answer here... yet it's marked as answered. Is your system broken?

This ticket has been closed and can no longer be replied to.

**Attachments**

**This ticket currently has no attachments.**

# View ticket

# Dear man who enjoys being known as a sexual psychopath

**You 2018-11-16 18:52:38**

Dear man who enjoys being known as a character described as a "sexual psychopath,"
Will you please stop closing my tickets without answering them? Will you please stop ignoring my questions as if they do not exist?
Thank You

**Forge of Empires - Customer Support 2018-11-16 18:55:51**

Hello TwoCents,

You have now earned a support ban, 2 days

Respectfully,

Sgt. Bothari
Co-Community Manager
Forge of Empires, U.S.

This ticket has been closed and can no longer be replied to.

**Attachments**

This ticket currently has no attachments.

# View ticket

# Players are alts

**You 2018-11-14 14:38:46**

these players are alts of each other.

**Forge of Empires - Customer Support 2018-11-14 23:10:04**

Hello TwoCents,

Thank you for bringing this matter to our attention. We appreciate all players that help the Forge team to keep our game running without rule breakers. TwoCents, I will investigate and take the appropriate action(s) if I find rule breaking.

Respectfully,

Panacea
Community Manager
Forge of Empires, U.S.

**You 2018-11-16 18:05:43**

look, no offense, but these players are definitely alts of each other. Look at the structure of their sentences. They both leave off determiners, they both run on their sentences without punctuation. They both have difficulty conjugating verbs in the past tense. You need to ban one or the other of them.

**Forge of Empires - Customer Support 2018-11-16 23:09:29**

Hello TwoCents,

Thank you for the update.  We will investigate and take the appropriate action should we find rule breaking.

Respectfully,

Seriak
Co-Community Manager
Forge of Empires, U.S.

**You 2018-11-16 23:16:27**

I need an answer as to why I was banned from the support system

**You 2018-11-17 00:03:14**

hello? ignoring me won't help your case. Why are you denying me service?

**Forge of Empires - Customer Support 2018-11-17 20:36:58**

Hello TwoCents,

This is not a ban appeal ticket. This ticket is concluded.

Respectfully,

Panacea
Community Manager
Forge of Empires, U.S.

**You 2018-11-17 20:44:05**

well, I'm not "appealing" a ban. I'm asking why you put it in to begin with. I didn't break any rules.

**Forge of Empires - Customer Support 2018-11-17 20:45:29**

Hello TwoCents,

If you have been banned within the game, please begin a ban appeal ticket.  This ticket is for reporting a multiple alt and is concluded.

Respectfully,

Panacea
Community Manager
Forge of Empires, U.S.

**You 2018-11-17 20:53:18**

I can't begin any ticket because I do not have support acess

**You 2018-11-17 20:54:09**

Would you rather I email you directly?

**Forge of Empires - Customer Support 2018-11-17 22:19:48**

Hello TwoCents,

You have access to Support or you would not be able to comment on this ticket, either.  Please submit a new ticket for your ban appeal.  Thank you.

Respectfully,

Panacea
Community Manager
Forge of Empires, U.S.

**You 2018-11-17 22:52:41**

check again.

> InnoGames

This ticket has been closed and can no longer be replied to.

**Attachments**

This ticket currently has no attachments.

# View ticket

# Nov 16, 2018 appeal 1.2

**You 2018-11-16 18:45:23**

I'm sorry, man who names himself after a man who is depicted as raping lots of women, the matter is not concluded. You haven't addressed why the statement is against your rules. Nor have you addressed the context of the statement or the fact that the person reporting me specifically private messaged me to insult me. Do you expect me just to hold hands with her and sing

kumbaya? I reacted appropriately given the circumstances. If she gets mad about it, then she shouldn't have picked a fight. It's my right to defend myself from attacks, even verbal ones.

**You 2018-11-16 18:48:18**

Besides, according to your rules you have to find my words to be "offensive." You stated that I was referring to being "gang sodomized" (your words not mine). If that's the case, then I wouldn't quite understand why you would find that to be offensive considering your tacit support of that sort of behavior with your screen name choice. I mean... how am I supposed to know that you support one kind of gang-rape but not the other? That's really asking me to read your mind, isn't it?

**Forge of Empires - Customer Support 2018-11-16 18:51:38**

Hello TwoCents,

I am sorry if someone insults you, report them. It is not a blanket ok to get in a tit-for-tat of insults. Use the IGNORE function, this is what it is there for.


I am not a fictitious character in a book of fiction. So anything you infer from a name is just that. However, your violation remains. And WILL remain.

Respectfully,

Sgt. Bothari
Co-Community Manager
Forge of Empires, U.S.

**You 2018-11-17 22:55:05**

actually, I think that is exactly what occurs when someone sends you a private message that includes insults. It indicates that they aren't going to be offended by return and equal behavior. That is exactly what your rules require, that my behavior is "offensive or insulting" if a person goes around swearing at someone, that indicates they do not find swearing/cussing etc to be offensive (otherwise they would've offended themselves and should be reporting themselves).

**You 2018-11-17 23:27:50**

You need to remove this warning. The player wasn't insulted or offended. End of story.

---

This ticket has been closed and can no longer be replied to.

## Attachments

Exhibit 10 – Forge of Empires Support Tickets: TwoCents Submitted by Plaintiff Penny Quinteros
Case: 19-CV-1402 RSM - 461

This ticket currently has no attachments.

# View ticket

# Profain Profile Message

**You 2018-11-19 18:16:49**

This player has a profain profile message.

**Forge of Empires - Customer Support 2018-11-19 18:20:06**

Hello TwoCents,

**** is not profane. Unless you are inferring it is. Using the arguments you once used those 4 star could be anything. I am sorry.

Respectfully,

Sgt. Bothari
Co-Community Manager
Forge of Empires, U.S.

**You 2018-11-19 18:22:30**

Well, Panacea is the one who argues that it is. So perhaps you should take it up with the community manager Man who chooses to name himself after a character who raped lots of women.

**You 2018-11-19 18:24:45**

You yourself, have told me that "veiled profanity" is till profanity.

**You 2018-11-19 18:25:37**

So be consistent, either ban the man, or go back and remove many-many of my bans.

**Forge of Empires - Customer Support 2018-11-19 18:26:37**

We once did. But I have long since stopped punishing you for such. I am sorry, but even handed is even handed.

Exhibit 10 – Forge of Empires Support Tickets: TwoCents Submitted by Plaintiff Penny Quinteros
Case: 19-CV-1402 RSM - 462

Respectfully,

Sgt. Bothari
Co-Community Manager
Forge of Empires, U.S.

**You 2018-11-19 18:27:52**

Well, rules are rules, remove my bans, progressive discipline is progressive discipline. If you're gonna get all wishy-washy for your rules, then why did I get a warning in Y world?

**Forge of Empires - Customer Support 2018-11-19 18:29:16**

Thank you for bringing this matter to our attention. We appreciate all players that help the Forge team to keep our game running without rule breakers. TwoCents, I will investigate and take the appropriate action(s) if I find rule breaking.

I am sorry, this is not a ban appeal..

Respectfully,

Sgt. Bothari
Co-Community Manager
Forge of Empires, U.S.

---

This ticket has been closed and can no longer be replied to.

**Attachments**

**This ticket currently has no attachments.**

# View ticket

# Nov 16, 2018 appeal 1.3

**You 2018-11-18 13:23:29**

Why did you give me a warning for something that was not offensive. Also why did you ban me from the support system?

**Forge of Empires - Customer Support 2018-11-18 13:49:19**

Hello TwoCents,

Thank you for contacting Support.  Your concern is important to us.  We are reviewing your ticket and will reply as soon as possible.

Thank you for your patience.

Respectfully,

Sandman
Ingame Moderator
Forge of Empires, U.S.

**Forge of Empires - Customer Support 2018-11-18 19:54:41**

Hello TwoCents,

When you receive a report about being punished it means one or more messages were reported as being in violation of the Communications Rules. Usually this is because you have sent profanity, personal insults or otherwise offensive content through either the message or chat system.

The account is now unbanned and will be monitored for compliance. Abide by the rules and enjoy the game. CLICK HERE to review the Game Rules

Respectfully,

Panacea
Community Manager
Forge of Empires, U.S.

**You 2018-11-18 20:59:12**

Well, since I haven't broken any of the rules, then please remove the warning. Additionally, I was banned from the support system but wasn't told WHY I was banned from support.

**Forge of Empires - Customer Support 2018-11-18 21:54:15**

Hello TwoCents,

We respectfully disagree that you violated the game rule regarding insulting fellow players. The warning will not be removed.

As to the support ban, you insulted a moderator repeatedly.  However, my policy is that we should only use Support bans when the player has egregiously abused the Support system. In this case, you did repeatedly insult the moderator but the Support ban was premature and was immediately removed.  I must ask that you treat all Support staff with respect if you wish to use

this system.

Respectfully,

Panacea
Community Manager
Forge of Empires, U.S.

**You 2018-11-18 22:59:54**

Hello, Woman that enjoys being named after a cure-all medicine,
I'm sorry, but how did I insult a moderator? he DID choose to name himself after a sexual psychopathic, rapist, so it's a proper assumption to assume he LIKES being named after a sexual psychopathic rapist. Otherwise... he'd have picked another name. I simply am addressing him as he chose to address himself.

**You 2018-11-18 23:02:05**

And, Lady that sees herself as a universal remedy,
There shouldn't be any dispute about the game rules, so you cannot "respectfully disagree." I didn't violate them. Let's give an example... all those people using your game to sext their significant other... do you ban them?

**You 2018-11-19 00:10:46**

I'm sorry, I don't see an answer here. How did I insult or offend anyone in this situation?

**You 2018-11-21 19:00:30**

https://www.youtube.com/watch?v=IkdmOVejUlI

**Forge of Empires - Customer Support 2018-11-21 22:15:16**

Hello TwoCents,

We have answered your questions and this ticket is now concluded.

Respectfully,

Panacea
Community Manager
Forge of Empires, U.S.

**You 2018-11-21 22:24:24**

My question wasn't answered. Do you ban people for engaging in mutually agreeable sexually explicit chat in a private message?

**Forge of Empires - Customer Support 2018-11-22 00:18:05**

Hello TwoCents,

In this case, one party would have to report this to us, in which case it would not be mutually agreeable.

Enjoy the game.

Respectfully,

Panacea
Community Manager
Forge of Empires, U.S.

**You 2018-11-22 00:47:10**

well it would be mutually agreed to up until it was reported... I mean... people messaging back and forth isn't the problem, it's when people say "stop" that it is no longer "ok". Just like it was ok for the woman to message me profanity, so that made me think it was mutually agreeable. I didn't do anything wrong... she gave me the impression she was ok with such language.

**Forge of Empires - Customer Support 2018-11-22 00:53:58**

Hello TwoCents,

We are now discussing the same issue on two different tickets so I am going to close this one as a duplicate. Please do not create more than one ticket per issue. As this is a duplicate, we are closing this ticket. If you wish to pose additional information, please post in the pre-existing ticket. Thank you for your cooperation and enjoy the game.

Respectfully,

Panacea
Community Manager
Forge of Empires, U.S.

This ticket has been closed and can no longer be replied to.

## Attachments

Exhibit 10 – Forge of Empires Support Tickets: TwoCents Submitted by Plaintiff Penny Quinteros
Case: 19-CV-1402 RSM - 466

**This ticket currently has no attachments.**

# View ticket

# Ban Appeal of 12-10-18 Unknown

**You 2018-12-11 00:40:49**

Please explain why I can't log it. I didn't do anything wrong.

**Forge of Empires - Customer Support 2018-12-11 00:45:12**

Hello TwoCents,

Please do not create more than one ticket per issue. As this is a duplicate, we are closing this ticket. If you wish to pose additional information, please post in the pre-existing ticket. Thank you for your cooperation and enjoy the game.

Happy Holidays!

Panacea
Community Manager
Forge of Empires, U.S.

---

This ticket has been closed and can no longer be replied to.

**Attachments**

This ticket currently has no attachments.

# View ticket

# This player said I needed to show people love

**You 2018-12-11 12:57:42**

This player said I needed to show people love, and that made me feel unloved and insulted. I insist you ban him.

Exhibit 10 – Forge of Empires Support Tickets: TwoCents Submitted by Plaintiff Penny Quinteros
Case: 19-CV-1402 RSM - 467

**Forge of Empires - Customer Support 2018-12-11 17:25:51**

Hello TwoCents,

Thank you for bringing this matter to our attention. We appreciate all players that help the Forge team to keep our game running without rule breakers. TwoCents, I will investigate and take the appropriate action(s) if I find rule breaking.

Kind regards,

Sgt. Bothari
Co-Community Manager
Forge of Empires, U.S.

**You 2018-12-11 17:47:13**

This person is still playing, why is this player still playing!

**You 2018-12-11 18:09:40**

Still they are playing, did you not read this before you closed it?!

---

This ticket has been closed and can no longer be replied to.

**Attachments**

**This ticket currently has no attachments.**

# View ticket

# A player talked about the weather

**You 2018-12-11 12:47:19**

This player talked about the weather, and because I didn't have sunny weather it insulted me and hurt my feelings. I insist you ban her.

**Forge of Empires - Customer Support 2018-12-11 17:26:32**

Hello TwoCents,

Thank you for bringing this matter to our attention. We appreciate all players that help the Forge team to keep our game running without rule breakers. TwoCents, I will investigate and take the

appropriate action(s) if I find rule breaking.

Kind regards,

Sgt. Bothari
Co-Community Manager
Forge of Empires, U.S.

**You 2018-12-11 17:35:09**

Well this is the new precedent set by Panacea, anything regardless of content can be banned if it insults someone. I expect this person to be banned in the spirit of equality.

**You 2018-12-11 17:47:56**

I don't see an answer, why are you allowing these people to continue playing?!

**You 2018-12-11 18:09:59**

Still they are playing, did you not read this before you closed it?!

This ticket has been closed and can no longer be replied to.

**Attachments**

This ticket currently has no attachments.

# View ticket

# Player abusing game system

**You 2018-12-06 19:23:32**

This player put 1fp on my arc as a metaphor for being able to "stick it in me" whenever he wants. I insist you remove it. Thank You.

**Forge of Empires - Customer Support 2018-12-06 19:40:04**

Hello TwoCents,

I am sorry but FP once placed on a GB cannot be removed.

Kind regards,

Sgt. Bothari
Co-Community Manager
Forge of Empires, U.S.

**You 2018-12-06 21:54:40**

you could delete my arc and replace it with one of the same level and then give everyone back their fps currently on there.

**Forge of Empires - Customer Support 2018-12-06 22:50:46**

I am sorry, but while we can delete it, we cannot restore it.

Kind regards,

Sgt. Bothari
Co-Community Manager
Forge of Empires, U.S.

**You 2018-12-06 22:56:54**

Yes you could, I've seen it done.

**You 2018-12-06 22:57:06**

When they had that system glitch.

**Forge of Empires - Customer Support 2018-12-07 00:40:55**

That was done on a system wide level by the developers in Germany. They had to code it in to a program and run it as a maintenance of the servers. I am sorry but it will not be done in this case.

Kind regards,

Sgt. Bothari
Co-Community Manager
Forge of Empires, U.S.

**You 2018-12-07 00:46:37**

why not? I'm not good enough?

**Forge of Empires - Customer Support 2018-12-07 00:55:04**

I am sorry. The issue resolved in the aforementioned reconstruction was to fix an error made by the company. The time and effort to code and install the fix for an error that affected 1000's of players.

While you are a valued customer we do not replace leveled GB's for a single individual, ever, for anyone. This has nothing to do with it being you as *it is not done for anyone*.

Kind regards,

Sgt. Bothari
Co-Community Manager
Forge of Empires, U.S.

**You 2018-12-07 01:19:53**

that seems like a mistaken approach to the system. How are you going to fix this? that fp is gonna be on there forever... seems like a bad way to do business.

**Forge of Empires - Customer Support 2018-12-07 05:04:46**

i am sorry, there is no fix. Players are allowed to put pf on another players GB's in the way the game is structured. *It  is part of playing the game.*

There is a section on the game forums called PROPOSALS. It is where you go if you have a suggestion to improve the game. I would suggest you go there and put forward any Ideas you might have. The Devs do read that area regularly.

https://forum.us.forgeofempires.com/index.php?forums/proposals.24/

If you feel you know a better way please feel free to submit a proposal for change to it.

Kind regards,

Sgt. Bothari
Co-Community Manager
Forge of Empires, U.S.

**You 2018-12-11 00:35:02**

Please answer my question, why aren't you going to fix this issue?

**Forge of Empires - Customer Support 2018-12-11 03:08:56**

There is no issue to fix. Players can add fp to another players GB's it is a core part of the game.

as I said, if you would like to promote change to this system, feel free to submit a proposal on the

forums.

Kind regards,

Sgt. Bothari
Co-Community Manager
Forge of Empires, U.S.

**You 2018-12-11 03:16:02**

That's sort of like indicating if I want to make people less racist I can go to a ku klux klan rally.

**You 2018-12-11 17:50:10**

This player insults me, according to your new rule, anything regardless of content that makes a player feel the slightest insulted = ban city

**You 2018-12-11 18:10:26**

Still they are playing, did you not read this before you closed it?!

This ticket has been closed and can no longer be replied to.

**Attachments**

**This ticket currently has no attachments.**

# View ticket

# Sending friend requests, but I didn't get one

**You 2018-12-11 12:42:00**

This player sent out friend requests, but I didn't get one. It made me feel insulted and hurt my feelings. I insist you ban her.

**Forge of Empires - Customer Support 2018-12-11 17:27:16**

Hello TwoCents,

Thank you for bringing this matter to our attention. We appreciate all players that help the Forge team to keep our game running without rule breakers. TwoCents, I will investigate and take the appropriate action(s) if I find rule breaking.

Kind regards,

Sgt. Bothari
Co-Community Manager
Forge of Empires, U.S.

**You 2018-12-11 17:33:25**

Well this is the new precedent set by Panacea.... so I expect this person to be banned in the spirit of equality.

**You 2018-12-11 17:48:30**

This person hasn't been banned yet, why not?

**You 2018-12-11 18:10:44**

Still they are playing, did you not read this before you closed it?!

This ticket has been closed and can no longer be replied to.

**Attachments**

**This ticket currently has no attachments.**

# View ticket

# A Guild of Alts

**You 2018-12-02 22:25:30**

These players are alts of each other.

**You 2018-12-02 22:29:31**

For more information, they all have the same activity levels. Very low or no activity then a spike on Dec 1. Additionally they all joined the guild named after the head-alt NG2 React at the same time. They also all have similar looking cities.

**Forge of Empires - Customer Support 2018-12-02 22:48:57**

Hello TwoCents,

Thank you for bringing this matter to our attention. We appreciate all players that help the Forge team to keep our game running without rule breakers. TwoCents, I will investigate and take the appropriate action(s) if I find rule breaking.

Happy Holidays!

Panacea
Community Manager
Forge of Empires, U.S.

### You 2018-12-11 17:53:55

Hou haven't banned these players yet and cheating insults me. You should ban them.

### You 2018-12-11 20:07:48

Not answered.

### Forge of Empires - Customer Support 2018-12-11 20:10:52

Hello TwoCents,

As we have already answered, we will investigate and will take appropriate action if there is rule breaking. You will not be informed as to the investigation nor its actions.

Happy Holidays!

Panacea
Community Manager
Forge of Empires, U.S.

### You 2018-12-11 20:11:16

But you don't.

### You 2018-12-11 20:11:51

Still haven't.

### You 2018-12-11 20:12:56

How much more in diamonds do I have to buy each month to get that "special" attention you are giving to blacklisted?

**You 2018-12-11 20:14:26**

How much more in diamonds do I have to buy each month to get that "special" attention you are giving to blacklisted?

---

This ticket has been closed and can no longer be replied to.

**Attachments**

This ticket currently has no attachments.

# View ticket

# Player with offensive profile

**You 2018-12-04 19:54:09**

Player still has profanity in his profile message.

**Forge of Empires - Customer Support 2018-12-04 21:14:09**

Hello TwoCents,

TwoCents, I will investigate and take the appropriate action(s) if I find rule breaking.  Thank you for bringing this matter to our attention. We appreciate all players that help the Forge team to keep our game running without rule breakers.

Kind Regards,
Panacea
Community Manager
Forge of Empires, U.S.

**You 2018-12-11 00:36:06**

I'm sorry, I don't see any changes to this issue. Could you please explain why you're allowing him to say profanity and you don't allow me?

**Forge of Empires - Customer Support 2018-12-11 00:37:25**

Hello TwoCents,

Exhibit 10 – Forge of Empires Support Tickets: TwoCents Submitted by Plaintiff Penny Quinteros
Case: 19-CV-1402 RSM - 475

I'm not sure where you are seeing any profanity as your issue was addressed and corrected.  Enjoy the game.

Happy Holidays!

Panacea
Community Manager
Forge of Empires, U.S.

**You 2018-12-11 17:52:19**

This player has the phrase Moderator Edited in his profile and that insults me. Please ban him!

**Forge of Empires - Customer Support 2018-12-11 20:08:36**

Hello TwoCents,

Unfortunately, that does not qualify as an insult according to the Game Rules. If it insults you (as many things have in the past 24 hours) you may wish to find a game without player or moderator interaction to suit your needs.

Happy Holidays!

Panacea
Community Manager
Forge of Empires, U.S.

**You 2018-12-11 20:09:46**

Well neither does saying a person has cheated another on a goods purchase.

**You 2018-12-11 20:10:14**

No, I just want you to enforce the rules equitably. Not make up special rules just for me.

**You 2018-12-11 20:12:31**

sorry, but if you make up lame excuses for what counts as an insult, then you're gonna have to stick by them in all instances. This insults me. I insist you ban the player.

**You 2018-12-11 20:14:31**

How much more in diamonds do I have to buy each month to get that "special" attention you are giving to blacklisted?

Exhibit 10 – Forge of Empires Support Tickets: TwoCents Submitted by Plaintiff Penny Quinteros
Case: 19-CV-1402 RSM - 476

This ticket has been closed and can no longer be replied to.

**Attachments**

This ticket currently has no attachments.

# View ticket

# Player with an Alt - Messaging people

**You 2018-12-04 17:52:27**

This is an alt of a person in Ascension. What they're doing is making new characters to message people in my guild to find out if they're on or not on. Then attacking if the person doesn't respond. So in essence it's both breaching the rules by making an alt, and taking advantage of your systems.

**Forge of Empires - Customer Support 2018-12-04 21:13:03**

Hello TwoCents,

Thank you for bringing this matter to our attention. We appreciate all players that help the Forge team to keep our game running without rule breakers. TwoCents, I will investigate and take the appropriate action(s) if I find rule breaking.

Kind Regards,
Panacea
Community Manager
Forge of Empires, U.S.

**You 2018-12-11 17:53:01**

You haven't identified who this player's main is yet, nor banned him/her.

**Forge of Empires - Customer Support 2018-12-11 20:07:14**

Hello TwoCents,

As we've said, we will investigate and take appropriate action if there is rule breaking. You will not be informed of the investigation nor its outcome.  Enjoy the game.

Happy Holidays!

Exhibit 10 – Forge of Empires Support Tickets: TwoCents Submitted by Plaintiff Penny Quinteros
Case: 19-CV-1402 RSM - 477

Panacea
Community Manager
Forge of Empires, U.S.

**You 2018-12-11 20:07:38**

Yet, you don't.

**You 2018-12-11 20:11:42**

And still, you don't investigate. You just copy and paste generic messages and then go back to your "happy holiday" bs.

**You 2018-12-11 20:13:03**

How much more in diamonds do I have to buy each month to get that "special" attention you are giving to blacklisted?

**You 2018-12-11 20:14:21**

How much more in diamonds do I have to buy each month to get that "special" attention you are giving to blacklisted?

**You 2018-12-11 20:14:46**

How much more in diamonds do I have to buy each month to get that "special" attention you are giving to blacklisted?

---

This ticket has been closed and can no longer be replied to.

**Attachments**

**This ticket currently has no attachments.**

# View ticket

# A player with an alt messaging people

**You 2018-12-11 20:16:30**

How much more in diamonds do I have to buy each month to get that "special" attention you are giving to blacklisted?

**Forge of Empires - Customer Support 2018-12-11 20:56:09**

Hello TwoCents,

Please do not create more than one ticket per issue. As this is a duplicate, we are closing this ticket. If you wish to pose additional information, please post in the pre-existing ticket. Thank you for your cooperation and enjoy the game.

Happy Holidays!

Panacea
Community Manager
Forge of Empires, U.S.

---

This ticket has been closed and can no longer be replied to.

**Attachments**

**This ticket currently has no attachments.**

# View ticket

# Let's Talk Reasonably

**You 2018-12-11 20:22:47**

There are many things I would like to say to you, and many things you so richly deserve. You are in a power-position here and I am not.

You are abusing your power to support a guild's GvG efforts. I've been saying the same thing about blacklisted for MONTHS, but they attacked my guild yesterday and now all of a sudden it becomes an issue? You know I've complained to you before about these players abusing others because of the toys their credit card has bought them. I even asked you to come help me in my guild.

While we're on the subject... Why do you think the USA put economic sanctions on the former USSR?

**You 2018-12-11 20:26:02**

The reason they're complaining is because my methods are actually working. If they dislike me saying anything against them, they don't have to go into global chat and solicit goods buyers. If

they have the option to solicit fps, then I should have the option to stop their solicitations. It's that simple.

**You 2018-12-11 20:26:40**

I need you to go give me 20,8 back in CA. They took it while I was trying to talk to you.

**Forge of Empires - Customer Support 2018-12-11 20:41:56**

Hello TwoCents,

The situation between you and other players that you have targeted is being monitored. I realize you think you are being isolated and held to a different standard but you are not.  We do not grant issues or assistance here in Support based on the amount of diamonds purchased. In fact, Ingame Moderators do not even have the ability to see if diamonds have even been purchased so they have no way of knowing while assisting players.

I am unable to grant you 20,8.  You have the option to file tickets with Support or play the game. That was your choice.

Happy Holidays!

Panacea
Community Manager
Forge of Empires, U.S.

**You 2018-12-11 20:45:35**

Ok, first off... I haven't targeted anyone. I have constructed a war-plan to target a bigger and much more powerful guild using the only means at my disposal. In order to take down a larger force, propaganda and economic sanctions are totally reasonable. I'm keeping my comments to totally true, yet pretty heinous acts they've committed. And clearly... it's working. It would really help if you would just stop getting in my way. There is no reason you have to ban me. This is an in-game issue. They don't need to sell goods in global chat. If they find the water there too hot, they can simply stop.

**You 2018-12-11 20:47:56**

It wasn't my choice to have you respond to my tickets right around recalc...

**You 2018-12-11 20:49:19**

You did that, purposefully delaying responding to me until now. It wasn't an accident on your part.

**You 2018-12-11 20:52:58**

I have spent hundreds of dollars buying diamonds... trying to keep up with these assholes. Money that I do not have and can't afford to spend. Purchases that I have hidden from my husband so he doesn't get mad. And you come in and hamstring me right at recalc - on purpose-because someone told you they felt slightly insulted that I said they cheated players on goods purchases... I mean really... did you tell them they're being big-fat-ass-babies?

**You 2018-12-11 20:56:12**

Seriously... go look at how many diamonds I've purchased over the last year trying to fight these belligerent egotistical assholes? I do it because someone has to... it's not fair to let them just walk all over the little-guys.

**Forge of Empires - Customer Support 2018-12-11 20:59:54**

Hello TwoCents,

These issues are being addressed on other tickets so I am closing this ticket as a duplicate.  Please do not create more than one ticket per issue. If you wish to pose additional information, please post in the pre-existing ticket. Thank you for your cooperation and enjoy the game.

Happy Holidays!

Panacea
Community Manager
Forge of Empires, U.S.

---

This ticket has been closed and can no longer be replied to.

**Attachments**

This ticket currently has no attachments.

# View ticket

# An appeal of all bans on my record

**You 2018-11-19 18:30:18**

Exhibit 10 – Forge of Empires Support Tickets: TwoCents Submitted by Plaintiff Penny Quinteros
Case: 19-CV-1402 RSM - 481

As per your new understanding of the rules, I would like to request that you remove all bans on my record, since "veiled profanity" is not a punishable offense in this game.

**You 2018-11-19 18:36:32**

From a ban titled "I'd like to report a moderator for misconduct" closed 6-24-17:

Forge of Empires - Customer Support 2017-06-22 00:24:49
Hello TwoCents,

You do not make nor enforce the rules of the game. I am responsible for enforcing the rules. I have now given you the parameters. If you wish to continue to play the game, you will need to play without using profanity. No asterisks, no special characters to try to obscure profanity. It isn't the "%", its the "f%%k". So please, no profanity and there will be no problem on that front.

I've given you the information that if you use my name in global chat, you will be banned. Period.

We have verified your "real" name via the email you submitted. I have reopened your ticket concerning use of your name and appropriate action will be taken. You will not be notified of this action nor what action was taken.

I have no idea what your son's account name is. However, McFly is our testing account and is present within all 22 worlds. It was the 13th account registered on this world on day one of its opening.

Respectfully,

Panacea
Community Manager
Forge of Empires, U.S.

Am I the only person who is not allowed to use asterisks in the game then?

**Forge of Empires - Customer Support 2018-11-19 21:03:49**

Hello TwoCents,

I disagree that "veiled profanity" is "not a punishable offense".  As I told you on 2017-06-22, do not use profanity and there will be no problem.  Other players are held to the same Game Rules as you.

Respectfully,

Panacea

Community Manager
Forge of Empires, U.S.

**You 2018-11-19 22:30:39**

ok, so you and bothari disagree on the rules? He literally just told me that veiled profanity wasn't a punishable offense.

**You 2018-11-19 22:32:02**

I'm sorry, you and the man who chooses to call himself after a character that raped and tortured an entire race of people, disagree on the rules? Check the closed thread I wrote about profanity in a player's profile that he just closed.

**Forge of Empires - Customer Support 2018-11-19 22:51:03**

Hello TwoCents,

In the example you presented to Sgt Bothari (and you will need to quit with the references to rape and torture), you said the example was ****.  As Sgt. Bothari told you, that could mean anything.  However, if the server picked it up and sanitized it, we do not typically act on these. We do act when there is a deliberate attempt to circumvent the server.  Regardless, what you need to focus on is DO NOT USE PROFANITY. Follow this and it does not matter what the server sanitizes or not, what we have to act on or not.  Just DO NOT USE PROFANITY. It's very, very simple.

Respectfully,

Panacea
Community Manager
Forge of Empires, U.S.

**You 2018-11-19 23:05:30**

Why should I stop referencing something Sgt. Bothari is proud of? I mean, he did choose the name right? He wasn't assigned it was he?

**You 2018-11-19 23:06:14**

I didn't use profanity. I was reporting a player with the profile "With all due respect **** you" and I was told that apparently I'm the only person who gets banned for using asterisks and other people don't.

**You 2018-11-19 23:09:06**

Besides, I'm a writer, I don't believe in the idea that any language is "bad" language. I'm sorry, but I just don't think that I've ever been offensive or insulting in this game and I think you should explain to me exactly what words in the English language you do and do not approve of and perhaps sentence diagrams to show what parts of sentences you find those words offensive in and not offensive in.

**You 2018-11-19 23:12:00**

"However, if the server picked it up and sanitized it, we do not typically act on these. We do act when there is a deliberate attempt to circumvent the server."
If this is your reasoning, then you owe me a win on several of my appeals. Like I've insisted all along, you are targeting me specifically for things that you do not ban other players for.

**You 2018-11-19 23:27:35**

That is patently untrue. The man who likes to be referenced as a psychotic rapist, specifically said that when MAX B DOES it isn't offensive. But when I have done the EXACT SAME thing I get banned for it!

**You 2018-11-20 10:49:18**

You owe me several bans to be removed and an apology. You banned me for things you do not ban other players for. You specifically stated you do not ban other players when the censor catches the profanity. Maybe you all should do some soul-searching and ask yourselves why you magically find a female player to be offensive when she types **** and you don't find male players to be offensive in the exact circumstances?

**Forge of Empires - Customer Support 2018-11-20 21:36:31**

Hello TwoCents,

Every player, male and female, is held to the same game rules. (In fact, we do not know which players are male or female unless they tell us.)  Different actions are taken depending on how many previous warnings or bans the player has received. I will not discuss with you the actions taken with any other player.  Your warnings and bans have been reviewed and are accurate as discussed with you previously.

Enjoy the game.

Respectfully,

Panacea
Community Manager
Forge of Empires, U.S.

**You 2018-11-20 22:28:12**

Exhibit 10 – Forge of Empires Support Tickets: TwoCents Submitted by Plaintiff Penny Quinteros
Case: 19-CV-1402 RSM - 484

Your co-community manager TOLD me that asterisk use wasn't punishable, yet I have been repeatedly banned for it. Why would he say that if it weren't true?

**Forge of Empires - Customer Support 2018-11-21 00:31:03**

Hello TwoCents,

He may not have made himself clear on that point and if so, I apologize for any confusion. As I told you, your warnings and bans have been reviewed and are accurate as discussed with you previously.

Respectfully,

Panacea
Community Manager
Forge of Empires, U.S.

**You 2018-11-21 00:46:35**

He was pretty clear. I think you're just trying to walk it back now that he let his real motivation slip out.

**You 2018-11-21 00:49:07**

I mean, you guys give me warnings for calling players liars and cheaters and a man who has used your system to harass me for 2 years is allowed to say **** you with impunity. That's pretty clear to me, you guys target me and hold me to a different standard than you do other players.

**You 2018-11-21 00:52:09**

The only time you actually hold other players accountable is when I throw a fit! Otherwise it's open-season on TwoCents. Did you guys ban Maiden Patty and StayDauntless for spending the entire evening harassing me 2 nights ago?

**You 2018-11-21 19:00:22**

https://www.youtube.com/watch?v=IkdmOVejUlI

**Forge of Empires - Customer Support 2018-11-21 22:08:51**

Hello TwoCents,

That was actually pretty funny.

We can not and will not discuss with you the actions taken with another player.

Enjoy the game.

Respectfully,

Panacea
Community Manager
Forge of Empires, U.S.

**You 2018-11-21 22:31:31**

Thank you, I have moments □

If you can't engage about a specific player you can at least discuss things generally. Does asterisks use always meet the "offensive" standard you've outlined for "veiled profanity?" Do you use a "gut reaction" system when allowing your moderators to identify something as offensive or not offensive and if so, where is the standardization?

**Forge of Empires - Customer Support 2018-11-22 00:10:01**

Hello TwoCents,

While I appreciate you wishing to "lock down" all instances where a ban might be instigated, this simply is not possible nor is it something that we will be answering.  The FINAL answer is to adhere to the Game Rule and use NO profanity. This renders your question moot.

Thank you for your interest and enjoy the game.

Respectfully,

Panacea
Community Manager
Forge of Empires, U.S.

**You 2018-11-22 00:48:00**

I can't adhere to the game rules if the game rules are open to such vague interpretation.

**Forge of Empires - Customer Support 2018-11-22 00:50:35**

Hello TwoCents,

Yes, you can as do the hundred thousand other players on our server. The game rule is clear. No profanity.  You are an intelligent player and I have every faith that you can abide by such a simple rule.

Enjoy the game.

Respectfully,

Panacea
Community Manager
Forge of Empires, U.S.

**You 2018-11-22 14:00:21**

It is not as simple as you make it out to be. I doubt the hundred thousand other players have the same beliefs I do that false nicety is a sin and shameful beyond belief. Additionally I don't think they have a cadre of harassers watching their every move, waiting to use your game rules as a tool to harass. Finally according to your moderator there are several times where I've never used profanity at all, but have still been banned. Including this most recent warning where I used the words dick and ass neither of which are censored any longer, but still was warned.

**Forge of Empires - Customer Support 2018-11-22 22:27:43**

Hello TwoCents,

If the words 'dick' and 'ass' are no longer censored, I appreciate you bringing this to my attention and I will see that the censor is put back into place.

Please abide by the Game Rule and do not use profanity.

Enjoy the game.

Respectfully,

Panacea
Community Manager
Forge of Empires, U.S.

**You 2018-11-23 14:45:01**

Why flip-flop on if they are censored or not censored? More importantly, why hold me accountable for failing to read your mind that they aren't censored but they SHOULD be censored?! I have no way to know you'd think that... especially considering you refuse to ever discuss your rules beyond telling me to use my magic-fairy powers to just "figure it out."

**You 2018-11-26 00:01:14**

https://www.huffingtonpost.com.au/entry/people-reward-angry-men-but-punish-angry-women-study-suggests_us_561fb57be4b050c6c4a47743

An interesting article for you to read regarding sex-biases. I found the method of the study

particularly interesting since it involved JUST chat-based interaction using a screen-name. It is very similar to what happens here in Forge of Empires. The players EXPECT players with female-looking avatars to act with "sugar and spice and everything nice." My statements that you have banned me for, haven't been excessively past what other players do. They just are reacted to in a manner suggested in the article.

**Forge of Empires - Customer Support 2018-11-26 00:45:37**

Hello TwoCents,

I am sorry you feel that way. Here in Support, we don't see your avatar and we had no idea you were female until you told us so in this case, the study does not apply. However, it is interesting nonetheless.  Thank you for bringing it to my attention.

Respectfully,

Panacea
Community Manager
Forge of Empires, U.S.

**You 2018-11-26 01:27:59**

Like I have said on a thousand occasions, your system is STRUCTURED in such a way that female-projecting players are at a disadvantage. Regardless of whether you yourself are arbitrating the rules in an equal way the people that are put before you as "rule breakers" is lop-sided, therefore regardless of what you do or do not do, so long as you maintain this same system, it will ALWAYS be unfair to women.

You rely on a system wherein a player needs to be reported by another player. The players who aren't conforming to the gender-biases of gaming-society will get reported more often. It's a simple derivative of study after study showing how people expect women to behave. Therefore people (men) who project masculinity aren't reported for using profanity, but people (women) who project as females are reported more often for the same behavior.

I can't tell you how many times people have said to me, "are you a woman?... women don't act/talk/do the things you do." This is even on alternate characters! (in different worlds than TwoCents of course). It was the entire reason that players wanted me to "prove" I was a woman by sending them a photograph of myself. I'm tired of getting reported and banned for things that men DON'T get reported for. Max Bowner had his screen name for FOUR YEARS and never once did he get reported and asked to change his name for his sexually explicit behavior. AlabamaHotPockets has the name of a depraved sexual act!
Do you think there are men in your game asking other men out there to "prove" they are men by sending pictures of their junk?!

You're letting the inmates run the asylum Panacea. It's time you stopped thinking that because

you equally apply your "offensive" rule after people are reported that that makes your game fair. The way that people are being reported isn't fair from the get-go!

**Forge of Empires - Customer Support 2018-11-26 01:50:19**

Hello TwoCents,

Again, I'm sorry you feel this way but there is extremely little chance that the game will be restructured in such a manner as to meet the gender-unbiasness you desire.  In which case, this may not be the game for you.  I am a women and have played this game for nearly seven years. Not once have I been asked if I am a woman nor asked for photographic proof of such. These requests may have more to do with the player's own actions than the way the game is structured. Players within the game have free will and the ability to talk to one another. As we live in a world where gender is not necessarily equal, this may be expressed in conversations between players.

There is truly little benefit to continuing this ticket if this is the direction you are going. As such, I am closing this ticket at this time.

Enjoy the game.

Respectfully,

Panacea
Community Manager
Forge of Empires, U.S.

**You 2018-11-26 01:59:52**

*In November of 2016, the co-community manager with the offensive name, stated that I was just engaging in drama. Dismissing my concerns as overly-emotional and therefore not relevant.

*in November 2016 I was told by Seriak that you couldn't do anything about my photo being illegally transferred across your game servers because "too much time has passed."

*In January 2017 Maestro stated, "you should never allow a game to impact your real life." When I gave no indication that my real-life was any of his concern.

*In January 2017 Maestro implied that my actions were a result of my "tensions running high".

*In May of 2017 Maestro stated that I was simply trying to use my gender to get an unfair advantage.

*In May of 2017 Babajaga insulted my upbringing as vulgar.

*In January 2017 you assured be that the "baiters" would be punished equally as I was

*In June of 2017 you banned me for calling someone Grand Canyon, but you took no action against the person who asked "who lit your tampon fuse on fire."

*As recently as tonight you refuse to ban harassers who victim-blame me for sending out a photo of myself to a person I trusted.

I'm trying to give you the benefit of the doubt by stating that your system is fundamentally flawed (which it is). But you also have some work to do in your own house. Your moderators stating that my concerns were due to "drama" or "emotional overreactions" or "high tensions" or what amounts to un-lady-like upbringing is sexist and offensive. My emotions aren't really their concern, but they seem to bring them up every chance they get.

**You 2018-11-26 02:01:42**

And perhaps people don't ask you to prove you're a female, because you conform to gender-stereotypes and act in a non-aggressive and demur manner.... sweet as a peach, aren't you?

**You 2018-11-26 02:12:13**

"Hyperfemininity is the exaggeration of stereotyped behavior that's believed to be feminine. Hyperfeminine folks exaggerate the qualities they believe to be feminine. This may include being passive, naive, sexually inexperienced, soft, flirtatious, graceful, nurturing, and accepting."

You understand that MOST female-projecting players act in the above way.

I DON'T want to do that. I DON'T want to pretend to get snacks for the guild like Always Roo does. I don't want to pretend to be the "guild secretary" like Susz does. I'm not going to pretend I need the "men" to come help me in an encounter like Maiden Patty does, I sure as HELL am not going to be known as the "guild mother."

I want to point out that vapid, hyperfeminine and sexist twaddle isn't really an acceptable way for women to behave nor is it an acceptable way for men to expect women to behave. That will probably lead to more confrontations in the future... oh well... guess you'll just have to ban me for trying to make the gaming industry a little less sexist.

**You 2018-11-26 02:46:34**

I strongly suggest you look at J-world global chat right now. :D

**Forge of Empires - Customer Support 2018-11-26 03:37:34**

Hello TwoCents,

There are no game rules that address the issues you are discussing. Perhaps in the future the game rules will adapt to address this but it is not the case now. I will talk to the moderators about

this issue however, many of the moderators you indicate are no longer with us.

Having said this, there is truly little benefit to continuing this ticket if this is the direction you are going. As such, I am <u>closing</u> this ticket at this time.

Enjoy the game.

Respectfully,

Panacea
Community Manager
Forge of Empires, U.S.

**You 2018-11-26 03:50:29**

As you have stated to me previously, you are the final arbitrator of the game rules. Offensive behavior is against the game rules. Therefore you have the ability to address this inequality if you so chose. Start banning men for sexist behavior. It's offensive to all decent people everywhere when men use language like "the girl I worked with was a real beech, so I prayed the demons leave her." (when speaking about a 40 year old woman by the way). It's the equivalent of racism, it's offensive. Take a stronger hand.

AND

-This does have to do with the original ticket. You stated you were combining my two tickets, one appealing all the bans I've received and the other appealing a recent warning in Y world over a woman who addressed me using profanity, and reported me for returning the language in-kind. I am stating that you hold me to a different standard because your (or your moderators) think for some reason that my language is a result of "anger" or "emotion" or "unladylike" behavior. Your moderator with the sexist name I won't mention, stated that he wouldn't put a warning against one of my male harasser for using profanity because "asterisks aren't profanity". He (and possibly you) are protecting people who don't need protection. Max is presumably a grown man, he's smart enough to know not that his behavior is unacceptable. But in all honesty, I'd rather you'd just remove MY bans for using asterisks and poetry, and making off-color metaphors and then I would be able to stop pointing out the discrepancies you allow your system to create. Allow me to verbally confront people. It's not really that big of a problem is it?

**Forge of Empires - Customer Support 2018-11-26 04:39:37**

Hello TwoCents,

In regards to your ban: You are allowed to verbally confront any player you wish. You are not allowed to use profanity. Period. This has nothing to do with sexism and we will no longer be discussing this as an issue. We will not discuss the actions taken with another player. The bans have been reviewed and are appropriate. They have been served and are concluded.

Respectfully,

Panacea
Community Manager
Forge of Empires, U.S.

**You 2018-11-27 14:46:54**

I'm sorry, but I think you're absolutely wrong. Profanity use violations absolutely have to do with sexism. Otherwise why do you have a guys with profane names saying "I haven't had a problem in 4 years!" Why? Because they AREN'T BEING REPORTED. When guys use profanity it's "cool" and when women do it, it's "offensive."

**You 2018-11-27 18:42:18**

still--- absolutely wrong. They are connected. Easy peasy lemon squeezy to see.

**You 2018-11-29 00:16:25**

*whistles idly*

**You 2018-12-02 22:29:45**

*whistles again... *

**You 2018-12-03 04:17:36**

hey Panacea, whaz up?

**You 2018-12-04 23:08:55**

How was your Thanksgiving?

**You 2018-12-11 00:35:38**

Excuse me, I'd like to continue my appellation of ALL bans on my record since you are capricious with your enforcement of rules.

**Forge of Empires - Customer Support 2018-12-11 00:37:52**

Hello TwoCents,

The bans have been reviewed and are appropriate. They have been served and are concluded.

Happy Holidays!

Panacea
Community Manager
Forge of Empires, U.S.

**You 2018-12-11 00:39:52**

No, not the most recent one.

**Forge of Empires - Customer Support 2018-12-11 00:41:48**

Hello TwoCents,

If you have a new ban, you will need to open a new ticket that refers to your ban appeal of your new ban.

Happy Holidays!

Panacea
Community Manager
Forge of Empires, U.S.

**You 2018-12-11 00:42:28**

I did, and you haven't answered it. I'm map-watching and you're opening my sectors up to attack. I didn't do anything wrong.

**You 2018-12-11 00:51:04**

I'd like to continue my appeal of all bans because of your capricious and willy-nilly enforcement.

**Forge of Empires - Customer Support 2018-12-11 00:53:31**

Hello TwoCents,

The bans have been reviewed and are appropriate. They have been served and are concluded.

Happy Holidays!

Panacea
Community Manager
Forge of Empires, U.S.

**You 2018-12-11 00:56:42**

They are not. I was banned today and sure, it was "overturned", but you banned me for 24 hours for doing NOTHING.

**Forge of Empires - Customer Support 2018-12-11 01:04:04**

Hello TwoCents,

The bans have been reviewed and are appropriate. They have been served and are concluded.

Happy Holidays!

Panacea
Community Manager
Forge of Empires, U.S.

**You 2018-12-11 01:11:21**

They are not. Your system is capricious.

**You 2018-12-11 01:34:42**

Still capricious. Sometimes things are ok, sometimes they're not. Sometimes some people get banned for saying offensive things, sometimes other people don't get banned for saying this way worse. I'm not a mind reader. I don't KNOW what you're going to find offensive when mercury is in retrograde or when it's not. You shouldn't ban me for any of these things.

**You 2018-12-11 17:50:56**

I didn't do anything wrong, please remove all my bans

**Forge of Empires - Customer Support 2018-12-11 20:53:08**

Hello TwoCents,

The previous ban addressed earlier in this ticket have been reviewed and are appropriate. They have been served and are concluded.

You currently have a chat ban for Yorkton.  This ban will be served in its entirety and is not subject to further appeal.

Happy Holidays!

Panacea
Community Manager
Forge of Empires, U.S.

**You 2018-12-11 20:54:21**

I didn't do anything to deserve a chat ban.

**You 2018-12-11 20:54:44**

Point to one thing that I said AFTER you told me how you would start enforcing a "new rule" just for me.

**Forge of Empires - Customer Support 2018-12-11 21:03:08**

Hello TwoCents,

As your new ban is being addressed on a separate ticket, I am closing this ticket as complete.  Enjoy the game.

Happy Holidays!

Panacea
Community Manager
Forge of Empires, U.S.

---

This ticket has been closed and can no longer be replied to.

**Attachments**

This ticket currently has no attachments.

# View ticket

# Still Waiting

**You 2018-12-12 15:59:43**

Just in case you forgot about me, I want to let you know I'm still here and still waiting for an answer.

**Forge of Empires - Customer Support 2018-12-12 16:21:28**

Hello TwoCents,

Please do not create more than one ticket per issue. As this is a duplicate, we are closing this ticket. If you wish to pose additional information, please post in the pre-existing ticket. Thank you for your cooperation and enjoy the game.

Happy Holidays!

Panacea
Community Manager
Forge of Empires, U.S.

---

This ticket has been closed and can no longer be replied to.

**Attachments**

**This ticket currently has no attachments.**

# View ticket

# Panacea-read this

**You 2018-12-12 14:55:12**

Come talk to me - anonymously - in person:

https://discord.gg/m2kVjg

**Forge of Empires - Customer Support 2018-12-12 16:21:41**

Hello TwoCents,

Please do not create more than one ticket per issue. As this is a duplicate, we are closing this ticket. If you wish to pose additional information, please post in the pre-existing ticket. Thank you for your cooperation and enjoy the game.

Happy Holidays!

Panacea
Community Manager
Forge of Empires, U.S.

---

This ticket has been closed and can no longer be replied to.

**Attachments**

This ticket currently has no attachments.

# View ticket

# I am being denied service

**You 2018-12-12 14:48:42**

You are purposefully ignoring me in hopes that I will go away. You unfairly targeted me with a chat-ban. You have not told me what it's for, or what rules I supposedly violated to get such a ban. You haven't given me any information about it, and are denying me my right to appeal that you give to other players. Your denial of service has cost my guild thousands of goods and hundreds of troops. You are allowing yourself to be used as a means to target and harass me.

**Forge of Empires - Customer Support 2018-12-12 16:21:50**

Hello TwoCents,

Please do not create more than one ticket per issue. As this is a duplicate, we are closing this ticket. If you wish to pose additional information, please post in the pre-existing ticket. Thank you for your cooperation and enjoy the game.

Happy Holidays!

Panacea
Community Manager
Forge of Empires, U.S.

---

This ticket has been closed and can no longer be replied to.

## Attachments

This ticket currently has no attachments.

# View ticket

# Player advertising goods in global chat

**You 2018-12-12 14:14:40**

This player is going into global chat any lying about his goods sales which is an insult to the community.

**Forge of Empires - Customer Support 2018-12-12 16:21:59**

Hello TwoCents,

Please do not create more than one ticket per issue. As this is a duplicate, we are closing this ticket. If you wish to pose additional information, please post in the pre-existing ticket. Thank you for your cooperation and enjoy the game.

Happy Holidays!

Panacea
Community Manager
Forge of Empires, U.S.

---

This ticket has been closed and can no longer be replied to.

## Attachments

This ticket currently has no attachments.

# View ticket

# Panacea - you need to fix this.

**You 2018-12-12 00:42:09**

Panacea. You need to fix this. Honestly... If you won't let me talk about them in global chat, they need to stop attacking my guild. End of story. They need to stop using their 80 pirate ships to harass and bully players.
http://prntscr.com/ltuexb

**You 2018-12-12 11:16:44**

You want Y-world to be successful don't you? How long do you think people are going to play if the keep getting bullied by egotistical narcissistic men who think that buying special buildings give them the right to own everyone else? Like I said, I'm literally the only person fighting back against them, but I can't do it without help. Give me back the goods and troops lost yesterday when I lost those sectors. It wasn't fair... you took away my ability to coordinate with my guild, but you didn't take away theirs.

**You 2018-12-12 14:13:38**

One extra one now. I think you owe my guild an apology about 300 troops and 10,000 of each CA good. People think they can take advantage of our guild because you "banned" me from talking without rhyme or reason.

**Forge of Empires - Customer Support 2018-12-12 16:22:20**

Hello TwoCents,

Please do not create more than one ticket per issue. As this is a duplicate, we are closing this ticket. If you wish to pose additional information, please post in the pre-existing ticket. Thank you for your cooperation and enjoy the game.

Happy Holidays!

Panacea
Community Manager
Forge of Empires, U.S.

---

This ticket has been closed and can no longer be replied to.

**Attachments**

**This ticket currently has no attachments.**

# View ticket

# Panacea-hello?

**You 2018-12-12 20:12:20**

I'm sorry, but you made me wait 24 hours to tell me "we've concluded this inquiry?" You're closing my new responses as "duplicates" then taking things I've written 2 days ago as if they're new.

I have legitimate questions about this chat-ban. Namely why you put it in place after you removed the erroneous ban from two nights ago... Please answer my questions instead of closing them as duplicates. Or at least copy them over into the one-thread if you won't answer.

**Forge of Empires - Customer Support 2018-12-12 20:20:04**

Hello TwoCents,

Please do not create more than one ticket per issue. As this is a duplicate, we are closing this ticket. If you wish to pose additional information, please post in the pre-existing ticket. Thank you for your cooperation and enjoy the game.

Kind regards,

Sgt. Bothari
Co-Community Manager
Forge of Empires, U.S.

---

This ticket has been closed and can no longer be replied to.

**Attachments**

This ticket currently has no attachments.

# View ticket

# Sampeanut- authorization

**You 2018-12-12 20:21:51**

You have my permission to discuss this issue with sampeanut.

**You 2018-12-12 20:34:47**

Make that any disciplinary issue on my record, you have full authorization to release and discuss it with sampeanut.

**Forge of Empires - Customer Support 2018-12-12 22:21:37**

Hello TwoCents,

Despite authorization, we are not allowed to discuss any player with any other player. Having said that, I do not know sampeanut nor why you would want any information released.

Happy Holidays!

Panacea
Community Manager
Forge of Empires, U.S.

**You 2018-12-12 22:27:49**

Because what you're doing is affecting not just myself, but every member of my guild who has worked hard and sacrificed. He's a co-founder.

**Forge of Empires - Customer Support 2018-12-12 22:30:52**

Hello TwoCents,

I am sure not being able to communicate is frustrating but we are unable to talk to any player about another player's game or ban status.

Happy Holidays!

Panacea
Community Manager
Forge of Empires, U.S.

**You 2018-12-12 22:35:05**

continue in other ticket please.

This ticket has been closed and can no longer be replied to.

## Attachments

This ticket currently has no attachments.

# View ticket

Exhibit 10 – Forge of Empires Support Tickets: TwoCents Submitted by Plaintiff Penny Quinteros
Case: 19-CV-1402 RSM - 501

# Denial of Service

**You 2018-12-12 20:33:55**

Is denying a person service based upon your own rules/contract with your customers something you find funny?

**Forge of Empires - Customer Support 2018-12-12 22:39:49**

Hello TwoCents,

Please do not create more than one ticket per issue. As this is a duplicate, we are closing this ticket. If you wish to pose additional information, please post in the pre-existing ticket. Thank you for your cooperation and enjoy the game.

Happy Holidays!

Panacea
Community Manager
Forge of Empires, U.S.

---

This ticket has been closed and can no longer be replied to.

**Attachments**

**This ticket currently has no attachments.**

# View ticket

# Did you move the highlight unattached units button?

**You 2018-11-27 14:48:28**

Help me, my highlight unattached units button ran away and I can't find it! If you find it, please bring it home. I miss it.

**Forge of Empires - Customer Support 2018-11-27 18:34:13**

Hello TwoCents,

Thank you for contacting Support.  Your concern is important to us.  We are reviewing your ticket and will reply as soon as possible.

Thank you for your patience.

Respectfully,

Thunder
Ingame Moderator
Forge of Empires, U.S.

**Forge of Empires - Customer Support 2018-11-27 22:03:42**

Hello TwoCents,

The 'highlight' button is in your Settings and is set to Active.

Enjoy the game.

Respectfully,

Panacea
Community Manager
Forge of Empires, U.S.

**You 2018-11-29 00:17:37**

No, it's not. I mean... yes it is in my settings on the desktop version of the game, but when I go to the mobile version of the game there is no "highlight unattached units" button. It's missing. I think you have a bug.

**Forge of Empires - Customer Support 2018-11-29 20:49:54**

Hello TwoCents,

Thank you for letting us know. We will investigate and send to the Developers if we are able to replicate this.

Enjoy the game.

Respectfully,

Panacea

Community Manager
Forge of Empires, U.S.

**You 2018-12-11 17:54:40**

It insults me that you let bugs into your game. You should ban yourself.

**Forge of Empires - Customer Support 2018-12-11 20:23:49**

Hello TwoCents,

Bugs are inherent to any game and it states in the Terms and Conditions that no game can be perfect.  Please avoid frivolous comments back to Support. We want to help you when and where we can but these types of comments are not helpful.

Happy Holidays!

Panacea
Community Manager
Forge of Empires, U.S.

**You 2018-12-11 20:24:43**

I don't think it's a frivolous comment, and you're not out there to help me. your sole purpose is to make me want to kill myself. Congrats!

**Forge of Empires - Customer Support 2018-12-11 20:27:34**

Hello TwoCents,

Is this a serious suicide threat? If so, is there anything I can do? Will you please tell me what city you are located?

Happy Holidays!

Panacea
Community Manager
Forge of Empires, U.S.

**You 2018-12-11 20:29:16**

I'm located in Seattle Washington, and you can help me by not letting people take my sectors because they can afford to spend more money than I can!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!

Exhibit 10 – Forge of Empires Support Tickets: TwoCents Submitted by Plaintiff Penny Quinteros
Case: 19-CV-1402 RSM - 504

It's fucking Christmas, and I have 2 kids and no job, and you're letting some asshole fucks with lots of money and nothing better to do use you to walk all over me. GO FUCK YOURSELF.

**Forge of Empires - Customer Support 2018-12-11 20:33:26**

Penny,

I know you are frustrated. I'm sorry. And I'm very sorry about your situation here at the holidays. We have to view the situation from all sides and it is being carefully monitored.  But in all seriousness, please don't joke about suicide. It IS serious and I do not wish to think about you even considering this. If you need to talk to someone, please contact the National Suicide Prevention Lifeline at 1-800-273-8255 or talk to me even.  I know I'm not your favorite person but I do care and I don't want anything to happen to you.

Panacea

**You 2018-12-11 20:34:34**

Fuck off Jill.

**You 2018-12-11 20:35:01**

Stop letting people who have loads and loads of money pick on me and my husband and two kids in our little guild.

**You 2018-12-11 20:37:35**

I don't see how the situation could be MORE dire than when people took pictures of my breasts and passed them around to others. You didn't block anyone's ability to talk then... you just let them harass and abuse me for years.

**You 2018-12-11 21:04:27**

Yeah... that's right... you didn't answer because you have no answer to that sort of blatant inequality.

**Forge of Empires - Customer Support 2018-12-12 19:08:21**

Hello TwoCents,

I believe we have concluded this ticket as far as it can be taken. I must ask that you at least remain civil when talking with Support.

Happy Holidays!

Panacea

Community Manager
Forge of Empires, U.S.

**You 2018-12-12 19:40:27**

I'm sorry, but you haven't explained why I have a chat ban on my record or what it is for. Nor have you addressed the issue of escalating instead of de-escalating this situation by banning only me from chat and not my counterparts. Finally, because my chat-ban is illegitimate and has caused me to lose 6 sectors in GvG, I would ask that you reimburse me for the goods (approximately 10k of each type of CA good) and troops (300) for my guild. It's not fair that you're making them suffer because you made a mistake.

**You 2018-12-12 19:49:49**

Do you understand the sequence of events... I posted in chat, "do not buy goods from this person"... the other side started posting links to something I said in October and already been punished for. You banned me for 24 hours. I appealed the ban and you removed it, during that time you said... "don't say not to buy goods from that person again," I disagreed but I didn't get back on global chat because I was in bed by that point. I leveled an arc for sampeanut via my phone and then went to bed. I woke up in the morning with a chat-ban. You haven't explained why I've been chat-banned and since I didn't actually write anything in global chat at that time, I have no idea what it could be for. Furthermore your unnecessarily banning me as the "instigator" has made blacklisted and their cohorts go carte'blanche crazy on my sectors. I can't defend them because I can't talk in guild chat due to your unreasonable steps. I'm asking for an explanation and recompense. In addition I'm wondering why you saw fit to start messaging me right at recalc again!

**Forge of Empires - Customer Support 2018-12-12 22:40:51**

Hello TwoCents,

We have combined your issue(s) into your Appeal ticket for purposes of chronological pace and clarity. Thank you.

Happy Holidays!

Panacea
Community Manager
Forge of Empires, U.S.

---

This ticket has been closed and can no longer be replied to.

## Attachments

Exhibit 10 – Forge of Empires Support Tickets: TwoCents Submitted by Plaintiff Penny Quinteros
Case: 19-CV-1402 RSM - 506

This ticket currently has no attachments.

# View ticket

# Unable to see my messages in global chat

**You 2018-12-11 16:46:58**

It seems there is some sort of bug in your system. I am unable to see my messages in global chat.

**Forge of Empires - Customer Support 2018-12-11 20:00:24**

Hello TwoCents,

You have been banned from Global Chat in Y for continuing insults to other player(s). When you receive a report about being punished it means one or more messages were reported as being in violation of the Communications Rules. Usually this is because you have sent profanity, personal insults or otherwise offensive content through either the message or chat system.

Please review the GAME RULES to ensure you do not violate them again. Your ban is not subject to appeal and will remain in effect until the ban expires.

Happy Holidays!

Panacea
Community Manager
Forge of Empires, U.S.

**You 2018-12-11 20:06:45**

I didn't insult any other players. You specifically gave me permission to say what I had said and I didn't say anything AFTER you told me last night not to.

**You 2018-12-11 20:07:22**

Also, how exactly am I to coordinate our GvG fighting against these diamond-junkies if you ban my ability to use chat?

**Forge of Empires - Customer Support 2018-12-11 20:58:48**

Hello TwoCents,

I do apologize for the inconvenience but that is part of the penalty of a chat ban.

Happy Holidays!

Panacea
Community Manager
Forge of Empires, U.S.

**You 2018-12-11 21:01:11**

Yet, you haven't explained why I was banned? Can you point to once instance after you told me how you'd be adapting your interpretation of the rules that I was "insulting"?

**You 2018-12-11 21:03:49**

nor have you explained at all how saying, "cheats players out of fps" at all equates to...
http://prntscr.com/ltsxpb

**Forge of Empires - Customer Support 2018-12-11 21:11:29**

Hello TwoCents,

There is no issue of "equates".  Each instance is taken individually and a decision made. However, sometimes when a situation such as this has continued on and escalated with insults and each with screenshots of chats they felt painful, then other steps must be taken. Hopefully, you will think before typing when/if you are allowed back into chat. Hopefully, your counterparts will as well.

Please review the GAME RULES to ensure you do not violate them again. Your ban is not subject to appeal and will remain in effect until the ban expires.

Happy Holidays!

Panacea
Community Manager
Forge of Empires, U.S.

**You 2018-12-11 21:51:25**

There really was only 1 incident where I went out of bounds Panacea. Just tell them that I already received punishment for that incident and haven't reapeated that behavior. I give you my permission. They keep bringing back the same thing over and over. It's not escalating, just rehashing. And if they make up screenshots and then share them of "Twocents making threats," that's them making their own members feel unsafe, again-not me. This is baby stuff... really...

these guys wouldn't stand a minute in J world.

Also, you're not my least favorite person - that honor would go to the attorney who called the police on me and had me falsely arrested the day before Thanksgiving. She said I "spat" on her when what I did was unintentionally cough near her when trying to pay off her bill with a check in full. She didn't want me to pay her, so she can keep racking up my debt. She billed me $3200 for having me falsely arrested by the way.....

You, I actually sort of like. You're sassy.

**Forge of Empires - Customer Support 2018-12-11 22:19:53**

Hello TwoCents,

Oh, my. I'm really sorry that occurred. Sometimes people can be really awful.  I hope you get it cleared up and in your favor.

I will look into the chat ban for you.

And thanks for the pseudo-compliment. I'll take it.

Happy Holidays!

Panacea
Community Manager
Forge of Empires, U.S.

**You 2018-12-11 22:48:58**

It wasn't psuedo. It was an actual full compliment. I do however think you often only look at surface facts when making your decisions. You look at me being brassy and "vulgar," but you don't take into account that I really and truly adhere to a strict moral code. I don't like people who prevaricate and I don't like people who are fortunate in life taking advantage of the less-fortunate. More over, many people might SAY the same, but when push comes to shove they whimp out... particularly in this game. They use the excuse "it's just a game" to wash their hands of any sort of moral responsibility. I try not to whimp out regardless of how hard my fight is. The whole situation in J originally started because xxTheDukexx was pushing. Xerlandria and Maiden Patty to have a three-some with him when they didn't want to. He was taking advantage of two lonely older women and I wanted to protect them. I stepped in and I never looked back. I did the right thing then, and I'm doing the right thing in this situation with Blacklisted. I understand your goals are not my goals... your goal is to have everyone play friendly, my goal is to make the people I meet act with more morality. Oftentimes that's not going to be accomplished with false niceties... what do you want me to do about it? Leave my morality at the door when I check into FoE? Not gonna happen.

**Forge of Empires - Customer Support 2018-12-12 22:41:44**

Hello TwoCents,

We are combining your tickets into your Appeal ticket for purposes of clarity. Thank you.

Happy Holidays!

Panacea
Community Manager
Forge of Empires, U.S.

---

This ticket has been closed and can no longer be replied to.

**Attachments**

**This ticket currently has no attachments.**

# View ticket

# Denial Of Service 1.2

**You 2018-12-13 18:01:21**

I just want to let you know that I've been waiting approximately 65 hours now to have you fairly hear my appeal of this "chat ban" you have in place.If you won't respond to my fairly posed questions and concerns then I don't know what else to do than to call InnoGames tonight when they open.
Thank You.

**Forge of Empires - Customer Support 2018-12-13 19:10:10**

Hello TwoCents,

Please do not create more than one ticket per issue. As this is a duplicate, we are closing this ticket. If you wish to pose additional information, please post in the pre-existing ticket. Thank you for your cooperation and enjoy the game.

Happy Holidays!

Panacea
Community Manager
Forge of Empires, U.S.

This ticket has been closed and can no longer be replied to.

## Attachments

This ticket currently has no attachments.

# View ticket

# Please explain

**You 2018-12-13 21:36:30**

Could you please explain how a person can get a ban while they are sleeping and not talking in Forge of Empires at all?

**Forge of Empires - Customer Support 2018-12-13 21:51:49**

Hello TwoCents,

Please do not create more than one ticket per issue. As this is a duplicate, we are closing this ticket. If you wish to pose additional information, please post in the pre-existing ticket. Thank you for your cooperation and enjoy the game.

Happy Holidays!

Panacea
Community Manager
Forge of Empires, U.S.

This ticket has been closed and can no longer be replied to.

## Attachments

This ticket currently has no attachments.

# View ticket

# Zero Hedge - insulting behavior

**You 2018-12-13 23:39:20**

This player used insulting behavior in global chat. He solicited goods by lying to people about the price. He also artificially scams people into paying a higher price than they should.

**Forge of Empires - Customer Support 2018-12-13 23:39:50**

Hello TwoCents,

Thank you for bringing this matter to our attention. We appreciate all players that help the Forge team to keep our game running without rule breakers. TwoCents, I will investigate and take the appropriate action(s) if I find rule breaking.

Happy Holidays!

Panacea
Community Manager
Forge of Empires, U.S.

**You 2018-12-13 23:40:16**

you're welcome

This ticket has been closed and can no longer be replied to.

**Attachments**

This ticket currently has no attachments.

# View ticket

# Bartholomeu the GOAT - Insulting behavior

**You 2018-12-13 23:17:17**

This player used insulting behavior in global chat. He solicited goods by lying to people about the price. He also artificially scams people into paying a higher price than they should.

**Forge of Empires - Customer Support 2018-12-13 23:32:25**

Hello TwoCents,

Thank you for bringing this matter to our attention. We appreciate all players that help the Forge team to keep our game running without rule breakers. TwoCents, I will investigate and take the appropriate action(s) if I find rule breaking.

Kind regards,

Sparky
Ingame Moderator
Forge of Empires, U.S.

**You 2018-12-13 23:38:45**

You're welcome

**You 2018-12-13 23:40:26**

I don't see any answer here.

This ticket has been closed and can no longer be replied to.

**Attachments**

**This ticket currently has no attachments.**

# View ticket

# ChacheMaster - insulting behavior

**You 2018-12-13 23:33:49**

This player used insulting behavior in global chat. He solicited goods by lying to people about the price. He also artificially scams people into paying a higher price than they should.

**Forge of Empires - Customer Support 2018-12-13 23:37:57**

Exhibit 10 – Forge of Empires Support Tickets: TwoCents Submitted by Plaintiff Penny Quinteros
Case: 19-CV-1402 RSM - 513

Hello TwoCents,

Thank you for bringing this matter to our attention. We appreciate all players that help the Forge team to keep our game running without rule breakers. TwoCents, I will investigate and take the appropriate action(s) if I find rule breaking.

Happy Holidays!

Panacea
Community Manager
Forge of Empires, U.S.

**You 2018-12-13 23:38:35**

You're welcome

**You 2018-12-13 23:40:38**

I don't see any answer here.

---

This ticket has been closed and can no longer be replied to.

**Attachments**

This ticket currently has no attachments.

# View ticket

# Enamiccug - insulting behavior

**You 2018-12-13 23:23:02**

This player used insulting behavior in global chat. He solicited goods by lying to people about the price. He also artificially scams people into paying a higher price than they should.

**Forge of Empires - Customer Support 2018-12-13 23:31:44**

Hello TwoCents,

Thank you for bringing this matter to our attention. We appreciate all players that help the Forge team to keep our game running without rule breakers. TwoCents, I will investigate and take the

appropriate action(s) if I find rule breaking.

Kind regards,

Sparky
Ingame Moderator
Forge of Empires, U.S.

**You 2018-12-13 23:40:49**

You're welcome.

---

This ticket has been closed and can no longer be replied to.

**Attachments**

This ticket currently has no attachments.

# View ticket

# Dem4oy - insulting behavior

**You 2018-12-13 23:28:08**

This player used insulting behavior in global chat. He solicited goods by lying to people about the price. He also artificially scams people into paying a higher price than they should.

**Forge of Empires - Customer Support 2018-12-13 23:31:13**

Hello TwoCents,

Thank you for bringing this matter to our attention. We appreciate all players that help the Forge team to keep our game running without rule breakers. TwoCents, I will investigate and take the appropriate action(s) if I find rule breaking.

Kind regards,

Sparky
Ingame Moderator
Forge of Empires, U.S.

Exhibit 10 – Forge of Empires Support Tickets: TwoCents Submitted by Plaintiff Penny Quinteros
Case: 19-CV-1402 RSM - 515

**You 2018-12-13 23:41:00**

You're welcome.

---

This ticket has been closed and can no longer be replied to.

## Attachments

This ticket currently has no attachments.

# View ticket

# Waiting for an answer, 72 hours and counting

**You 2018-12-13 22:53:49**

70 hours and counting of your illegally denying me service because you discriminate against me. I'm waiting for an answer.

**Forge of Empires - Customer Support 2018-12-13 23:42:07**

Hello TwoCents,

Please do not create more than one ticket per issue. As this is a duplicate, we are closing this ticket. If you wish to pose additional information, please post in the pre-existing ticket. Thank you for your cooperation and enjoy the game.

Happy Holidays!

Panacea
Community Manager
Forge of Empires, U.S.

---

This ticket has been closed and can no longer be replied to.

## Attachments

**This ticket currently has no attachments.**

# View ticket

# Report the Community Manager for discrimination

**You 2018-12-13 22:58:49**

How do I report the U.S. Community Managers for discrimination?

**Forge of Empires - Customer Support 2018-12-13 23:42:53**

Hello TwoCents,

You may report me to our headquarters in Hamburg, Germany. Our address data is as follows:
InnoGames GmbH
Friesenstraße 13
20097 Hamburg
Germany


Happy Holidays!

Panacea
Community Manager
Forge of Empires, U.S.

---

This ticket has been closed and can no longer be replied to.

## Attachments

This ticket currently has no attachments.

Exhibit 10 – Forge of Empires Support Tickets: TwoCents Submitted by Plaintiff Penny Quinteros
Case: 19-CV-1402 RSM - 517

# View ticket

# Please provide me with your names and the county you live in

**You 2018-12-13 23:06:21**

In order to file a lawsuit against you, I need your name and the county you live in. Thank You.

**Forge of Empires - Customer Support 2018-12-13 23:43:56**

Hello TwoCents,

Please be aware that the Forge of Empires support team is in no way shape or form, responsible for legal issues. Please inform your lawyer to contact our legal department in Hamburg, Germany. Our address data is as follows:
InnoGames GmbH
Friesenstraße 13
20097 Hamburg
Germany


Happy Holidays!

Panacea
Community Manager
Forge of Empires, U.S.

---

This ticket has been closed and can no longer be replied to.

## Attachments

This ticket currently has no attachments.


# View ticket

# SpakyPD - insulting behavior

Exhibit 10 – Forge of Empires Support Tickets: TwoCents Submitted by Plaintiff Penny Quinteros
Case: 19-CV-1402 RSM - 518

**You 2018-12-13 23:44:40**

New This player used insulting behavior in global chat. He solicited goods by lying to people about the price. He also artificially scams people into paying a higher price than they should.

**Forge of Empires - Customer Support 2018-12-13 23:48:21**

New Hello TwoCents,

Thank you for bringing this matter to our attention. We appreciate all players that help the Forge team to keep our game running without rule breakers. TwoCents, I will investigate and take the appropriate action(s) if I find rule breaking.

Happy Holidays!

Panacea
Community Manager
Forge of Empires, U.S.

---

This ticket has been closed and can no longer be replied to.

**Attachments**

This ticket currently has no attachments.

# View ticket

# B-Radley Maximus - insulting behavior

**You 2018-12-13 23:55:09**

This player used insulting behavior in global chat. He solicited goods by lying to people about the price. He also artificially scams people into paying a higher price than they should.

**Forge of Empires - Customer Support 2018-12-13 23:56:33**

Hello TwoCents,

Thank you for bringing this matter to our attention. We appreciate all players that help the Forge team to keep our game running without rule breakers. TwoCents, I will investigate and take the

appropriate action(s) if I find rule breaking.

Happy Holidays!

Panacea
Community Manager
Forge of Empires, U.S.

---

This ticket has been closed and can no longer be replied to.

**Attachments**

**This ticket currently has no attachments.**

# View ticket

# Longhorn51 - Insulting Behavior

**You 2018-12-14 00:00:15**

New This player used insulting behavior in global chat. He solicited goods by lying to people about the price. He also artificially scams people into paying a higher price than they should.

**Forge of Empires - Customer Support 2018-12-14 00:02:50**

New Hello TwoCents,

Thank you for bringing this matter to our attention. We appreciate all players that help the Forge team to keep our game running without rule breakers. TwoCents, I will investigate and take the appropriate action(s) if I find rule breaking.

Happy Holidays!

Panacea
Community Manager
Forge of Empires, U.S.

---

This ticket has been closed and can no longer be replied to.

**Attachments**

Exhibit 10 – Forge of Empires Support Tickets: TwoCents Submitted by Plaintiff Penny Quinteros
Case: 19-CV-1402 RSM - 520

**This ticket currently has no attachments.**

# View ticket

# Hobbit237 - Sexually Explicit guild tag

**You 2018-12-14 00:06:26**

this player has a sexually explicit tag in his guild profile.

**Forge of Empires - Customer Support 2018-12-14 00:14:30**

Hello TwoCents,

Thank you for bringing this matter to our attention. We appreciate all players that help the Forge team to keep our game running without rule breakers. TwoCents, I will investigate and take the appropriate action(s) if I find rule breaking.

Happy Holidays!

Panacea
Community Manager
Forge of Empires, U.S.

**You 2018-12-14 00:16:41**

New You're welcome.

---

This ticket has been closed and can no longer be replied to.

**Attachments**

**This ticket currently has no attachments.**

# View ticket

# Please provide me with your names and the county 1.2

**You 2018-12-13 23:49:54**

Exhibit 10 – Forge of Empires Support Tickets: TwoCents Submitted by Plaintiff Penny Quinteros
Case: 19-CV-1402 RSM - 521

Please be aware, I'm suing you personally for harassment, so I need the county you live in so I can file that lawsuit. This particular lawsuit has nothing to do with InnoGames, that will be a different lawsuit, which my attorney will file to your Hamburg office.

**Forge of Empires - Customer Support 2018-12-13 23:56:20**

Hello TwoCents,

This information will not be provided. Please direct all inquiries regarding lawsuits to InnoGames.
**Please be aware that the Forge of Empires support team is in no way shape or form, responsible for legal issues.** Please inform your lawyer to contact our legal department in Hamburg, Germany. Our address data is as follows:
InnoGames GmbH
Friesenstraße 13
20097 Hamburg
Germany


Happy Holidays!

Panacea
Community Manager
Forge of Empires, U.S.

**You 2018-12-13 23:56:52**

I'm sorry, that won't stop me from suing you. You are personally responsible for your actions.

**Forge of Empires - Customer Support 2018-12-14 00:03:34**

Hello TwoCents,

Please be aware that the Forge of Empires support team is in no way shape or form, responsible for legal issues. Please inform your lawyer to contact our legal department in Hamburg, Germany. Our address data is as follows:
InnoGames GmbH
Friesenstraße 13
20097 Hamburg
Germany

Happy Holidays!

Panacea
Community Manager
Forge of Empires, U.S.

**You 2018-12-14 00:04:54**

Please be aware, that won't stop me from suing you Julie Blan.

**Forge of Empires - Customer Support 2018-12-14 00:07:17**

Hello TwoCents,

Please be aware that the Forge of Empires support team is in no way shape or form, responsible for legal issues. **Please inform your lawyer to contact our legal department in Hamburg, Germany.** Our address data is as follows:
InnoGames GmbH
Friesenstraße 13
20097 Hamburg
Germany

Happy Holidays!

Panacea
Community Manager
Forge of Empires, U.S.

**You 2018-12-14 00:08:17**

Please be aware, I will be suing you in your county's small claims case Julie, and I do not HAVE to have my lawyer send anything to Hamburg German.

**Forge of Empires - Customer Support 2018-12-14 00:17:14**

Hello TwoCents,

*Please be aware that the Forge of Empires support team is in no way shape or form, responsible for legal issues.* Please inform your lawyer to contact our legal department in Hamburg, Germany. Our address data is as follows:
InnoGames GmbH
Friesenstraße 13
20097 Hamburg
Germany


Happy Holidays!

Panacea
Community Manager
Forge of Empires, U.S.

**You 2018-12-14 00:17:31**

Please be aware, I will be suing you in your county's small claims case Julie, and I do not HAVE to have my lawyer send anything to Hamburg German.

---

This ticket has been closed and can no longer be replied to.

**Attachments**

**This ticket currently has no attachments.**

# View ticket

# xSparkyx188 - insulting behavior

**You 2018-12-14 04:19:57**

This player used insulting behavior in global chat. He solicited goods by lying to people about the price. He also artificially scams people into paying a higher price than they should.

**Forge of Empires - Customer Support 2018-12-14 05:06:08**

Hello TwoCents,

Thank you for bringing this matter to our attention, we appreciate all players that help the Forge team to keep our game running without rule breakers. I will investigate and take the appropriate action(s) if I find rule breaking.

If this conversation is taking place in chat, please take two steps-
1. Press your right button on your mouse and 'Report' the player. This takes a screenshot of the conversation and reports it directly to a group of moderators who handle these promptly.
2. Right click and press'ignore'. This will take them from your chat screen.

If this conversation is taking place via the messaging system, due to our Privacy Rules we can not look in your Messages.
1. Please left click on the player's name OR left click on the player's avatar photo. This will bring up a menu that has 'Report'. Press the 'Report' button. It brings up a window for your report. This will capture the message and send it directly to the moderators.

Once reported using the REPORT feature, we will be able to act on the report. Thank you.

Kind regards,

Richard Stephenson
Community Manager

---

This ticket has been closed and can no longer be replied to.

**Attachments**

This ticket currently has no attachments.

# View ticket

# Petersand - insulting behavior

**You 2018-12-14 04:14:52**

This player used insulting behavior in global chat. He solicited goods by lying to people about the price. He also artificially scams people into paying a higher price than they should.

**Forge of Empires - Customer Support 2018-12-14 05:06:08**

Hello TwoCents,

Thank you for bringing this matter to our attention, we appreciate all players that help the Forge team to keep our game running without rule breakers. I will investigate and take the appropriate action(s) if I find rule breaking.

If this conversation is taking place in chat, please take two steps-
1. Press your right button on your mouse and 'Report' the player. This takes a screenshot of the conversation and reports it directly to a group of moderators who handle these promptly.
2. Right click and press'ignore'. This will take them from your chat screen.

If this conversation is taking place via the messaging system, due to our Privacy Rules we can not look in your Messages.
1. Please left click on the player's name OR left click on the player's avatar photo. This will bring up a menu that has 'Report'. Press the 'Report' button. It brings up a window for your report. This will capture the message and send it directly to the moderators.

Once reported using the REPORT feature, we will be able to act on the report. Thank you.

Kind regards,

Exhibit 10 – Forge of Empires Support Tickets: TwoCents Submitted by Plaintiff Penny Quinteros
Case: 19-CV-1402 RSM - 525

Richard Stephenson
Community Manager

---

This ticket has been closed and can no longer be replied to.

**Attachments**

**This ticket currently has no attachments.**

# View ticket

# Boadicea 980 the Avenger - insulting behavior

**You 2018-12-14 04:07:45**

This player used insulting behavior in global chat. He solicited goods by lying to people about the price. He also artificially scams people into paying a higher price than they should.

I also believe this player may be an alt of a player in my guild.

**Forge of Empires - Customer Support 2018-12-14 05:06:08**

Hello TwoCents,

Thank you for bringing this matter to our attention, we appreciate all players that help the Forge team to keep our game running without rule breakers. I will investigate and take the appropriate action(s) if I find rule breaking.

If this conversation is taking place in chat, please take two steps-
1. Press your right button on your mouse and 'Report' the player. This takes a screenshot of the conversation and reports it directly to a group of moderators who handle these promptly.
2. Right click and press'ignore'. This will take them from your chat screen.

If this conversation is taking place via the messaging system, due to our Privacy Rules we can not look in your Messages.
1. Please left click on the player's name OR left click on the player's avatar photo. This will bring up a menu that has 'Report'. Press the 'Report' button. It brings up a window for your report. This will capture the message and send it directly to the moderators.

Once reported using the REPORT feature, we will be able to act on the report. Thank you.

Exhibit 10 – Forge of Empires Support Tickets: TwoCents Submitted by Plaintiff Penny Quinteros
Case: 19-CV-1402 RSM - 526

Kind regards,

Richard Stephenson
Community Manager

---

This ticket has been closed and can no longer be replied to.

## Attachments

This ticket currently has no attachments.

# View ticket

# L3tt3mhang - insulting behavior

**You 2018-12-14 04:02:42**

This player used insulting behavior in global chat. He solicited goods by lying to people about the price. He also artificially scams people into paying a higher price than they should.

**Forge of Empires - Customer Support 2018-12-14 05:06:08**

Hello TwoCents,

Thank you for bringing this matter to our attention, we appreciate all players that help the Forge team to keep our game running without rule breakers. I will investigate and take the appropriate action(s) if I find rule breaking.

If this conversation is taking place in chat, please take two steps-
1. Press your right button on your mouse and 'Report' the player. This takes a screenshot of the conversation and reports it directly to a group of moderators who handle these promptly.
2. Right click and press'ignore'. This will take them from your chat screen.

If this conversation is taking place via the messaging system, due to our Privacy Rules we can not look in your Messages.
1. Please left click on the player's name OR left click on the player's avatar photo. This will bring up a menu that has 'Report'. Press the 'Report' button. It brings up a window for your report. This will capture the message and send it directly to the moderators.

Once reported using the REPORT feature, we will be able to act on the report. Thank you.

Kind regards,

Richard Stephenson
Community Manager

---

This ticket has been closed and can no longer be replied to.

**Attachments**

**This ticket currently has no attachments.**

# View ticket

# Mats the Hairfair - insulting behavior

**You 2018-12-14 03:57:25**

This player used insulting behavior in global chat. He solicited goods by lying to people about the price. He also artificially scams people into paying a higher price than they should.

**Forge of Empires - Customer Support 2018-12-14 05:06:08**

Hello TwoCents,

Thank you for bringing this matter to our attention, we appreciate all players that help the Forge team to keep our game running without rule breakers. I will investigate and take the appropriate action(s) if I find rule breaking.

If this conversation is taking place in chat, please take two steps-
1. Press your right button on your mouse and 'Report' the player. This takes a screenshot of the conversation and reports it directly to a group of moderators who handle these promptly.
2. Right click and press'ignore'. This will take them from your chat screen.

If this conversation is taking place via the messaging system, due to our Privacy Rules we can not look in your Messages.
1. Please left click on the player's name OR left click on the player's avatar photo. This will bring up a menu that has 'Report'. Press the 'Report' button. It brings up a window for your report. This will capture the message and send it directly to the moderators.

Once reported using the REPORT feature, we will be able to act on the report. Thank you.

Kind regards,

Richard Stephenson
Community Manager

---

This ticket has been closed and can no longer be replied to.

## Attachments

This ticket currently has no attachments.

# View ticket

# Irene 800 the Blessed - Insulting Behavior

**You 2018-12-14 01:41:25**

This player used insulting behavior in global chat. He solicited goods by lying to people about the price. He also artificially scams people into paying a higher price than they should.

**Forge of Empires - Customer Support 2018-12-14 05:07:21**

Hello TwoCents,

Thank you for bringing this matter to our attention, we appreciate all players that help the Forge team to keep our game running without rule breakers. I will investigate and take the appropriate action(s) if I find rule breaking.

If this conversation is taking place in chat, please take two steps-
1. Press your right button on your mouse and 'Report' the player. This takes a screenshot of the conversation and reports it directly to a group of moderators who handle these promptly.
2. Right click and press'ignore'. This will take them from your chat screen.

If this conversation is taking place via the messaging system, due to our Privacy Rules we can not look in your Messages.
1. Please left click on the player's name OR left click on the player's avatar photo. This will bring up a menu that has 'Report'. Press the 'Report' button. It brings up a window for your report. This will capture the message and send it directly to the moderators.

Once reported using the REPORT feature, we will be able to act on the report. Thank you.

Kind regards,

Exhibit 10 – Forge of Empires Support Tickets: TwoCents Submitted by Plaintiff Penny Quinteros
Case: 19-CV-1402 RSM - 529

Richard Stephenson
Community Manager

---

This ticket has been closed and can no longer be replied to.

**Attachments**

**This ticket currently has no attachments.**

# View ticket

# Frydotguy - Insulting Behavior

**You 2018-12-14 01:36:11**

This player used insulting behavior in global chat. He solicited goods by lying to people about the price. He also artificially scams people into paying a higher price than they should.

**Forge of Empires - Customer Support 2018-12-14 05:07:21**

Hello TwoCents,

Thank you for bringing this matter to our attention, we appreciate all players that help the Forge team to keep our game running without rule breakers. I will investigate and take the appropriate action(s) if I find rule breaking.

If this conversation is taking place in chat, please take two steps-
1. Press your right button on your mouse and 'Report' the player. This takes a screenshot of the conversation and reports it directly to a group of moderators who handle these promptly.
2. Right click and press'ignore'. This will take them from your chat screen.

If this conversation is taking place via the messaging system, due to our Privacy Rules we can not look in your Messages.
1. Please left click on the player's name OR left click on the player's avatar photo. This will bring up a menu that has 'Report'. Press the 'Report' button. It brings up a window for your report. This will capture the message and send it directly to the moderators.

Once reported using the REPORT feature, we will be able to act on the report. Thank you.

Kind regards,

Richard Stephenson
Community Manager

Exhibit 10 – Forge of Empires Support Tickets: TwoCents Submitted by Plaintiff Penny Quinteros
Case: 19-CV-1402 RSM - 530

This ticket has been closed and can no longer be replied to.

**Attachments**

**This ticket currently has no attachments.**

# View ticket

# TheMinKoo - Insulting Behavior

**You 2018-12-14 01:30:53**

This player used insulting behavior in global chat. He solicited goods by lying to people about the price. He also artificially scams people into paying a higher price than they should.

**Forge of Empires - Customer Support 2018-12-14 05:07:21**

Hello TwoCents,

Thank you for bringing this matter to our attention, we appreciate all players that help the Forge team to keep our game running without rule breakers. I will investigate and take the appropriate action(s) if I find rule breaking.

If this conversation is taking place in chat, please take two steps-
1. Press your right button on your mouse and 'Report' the player. This takes a screenshot of the conversation and reports it directly to a group of moderators who handle these promptly.
2. Right click and press'ignore'. This will take them from your chat screen.

If this conversation is taking place via the messaging system, due to our Privacy Rules we can not look in your Messages.
1. Please left click on the player's name OR left click on the player's avatar photo. This will bring up a menu that has 'Report'. Press the 'Report' button. It brings up a window for your report. This will capture the message and send it directly to the moderators.

Once reported using the REPORT feature, we will be able to act on the report. Thank you.

Kind regards,

Richard Stephenson
Community Manager

This ticket has been closed and can no longer be replied to.

**Attachments**

**This ticket currently has no attachments.**

# View ticket

# Nellagor - Insulting Behavior

**You 2018-12-14 01:25:37**

This player used insulting behavior in global chat. He solicited goods by lying to people about the price. He also artificially scams people into paying a higher price than they should.

**Forge of Empires - Customer Support 2018-12-14 05:07:21**

Hello TwoCents,

Thank you for bringing this matter to our attention, we appreciate all players that help the Forge team to keep our game running without rule breakers. I will investigate and take the appropriate action(s) if I find rule breaking.

If this conversation is taking place in chat, please take two steps-
1. Press your right button on your mouse and 'Report' the player. This takes a screenshot of the conversation and reports it directly to a group of moderators who handle these promptly.
2. Right click and press'ignore'. This will take them from your chat screen.

If this conversation is taking place via the messaging system, due to our Privacy Rules we can not look in your Messages.
1. Please left click on the player's name OR left click on the player's avatar photo. This will bring up a menu that has 'Report'. Press the 'Report' button. It brings up a window for your report. This will capture the message and send it directly to the moderators.

Once reported using the REPORT feature, we will be able to act on the report. Thank you.

Kind regards,

Richard Stephenson
Community Manager

This ticket has been closed and can no longer be replied to.

**Attachments**

This ticket currently has no attachments.

# View ticket

# Elevator - Insulting Behavior

**You 2018-12-14 01:20:14**

This player used insulting behavior in global chat. He solicited goods by lying to people about the price. He also artificially scams people into paying a higher price than they should.

**Forge of Empires - Customer Support 2018-12-14 05:07:21**

Hello TwoCents,

Thank you for bringing this matter to our attention, we appreciate all players that help the Forge team to keep our game running without rule breakers. I will investigate and take the appropriate action(s) if I find rule breaking.

If this conversation is taking place in chat, please take two steps-
1. Press your right button on your mouse and 'Report' the player. This takes a screenshot of the conversation and reports it directly to a group of moderators who handle these promptly.
2. Right click and press'ignore'. This will take them from your chat screen.

If this conversation is taking place via the messaging system, due to our Privacy Rules we can not look in your Messages.
1. Please left click on the player's name OR left click on the player's avatar photo. This will bring up a menu that has 'Report'. Press the 'Report' button. It brings up a window for your report. This will capture the message and send it directly to the moderators.

Once reported using the REPORT feature, we will be able to act on the report. Thank you.

Kind regards,

Richard Stephenson
Community Manager

---

This ticket has been closed and can no longer be replied to.

**Attachments**

**This ticket currently has no attachments.**

# View ticket

# Parksfather - insulting behavior

**You 2018-12-14 01:04:51**

This player used insulting behavior in global chat. He solicited goods by lying to people about the price. He also artificially scams people into paying a higher price than they should.

**Forge of Empires - Customer Support 2018-12-14 01:32:17**

Hello TwoCents,

Thank you for contacting Support.  Your concern is important to us.  We are reviewing your ticket and will reply as soon as possible.

Thank you for your patience.

Kind regards,

SLK350
Ingame Moderator
Forge of Empires, U.S.

**You 2018-12-14 01:39:21**

So, are you aware there is a "parksdad" and a "parksfather" both in the blacklisted guild. Seems like they may be alts in addition to insulting behavior.

**Forge of Empires - Customer Support 2018-12-14 05:07:21**

Hello TwoCents,

Thank you for bringing this matter to our attention, we appreciate all players that help the Forge team to keep our game running without rule breakers. I will investigate and take the appropriate action(s) if I find rule breaking.

If this conversation is taking place in chat, please take two steps-
1. Press your right button on your mouse and 'Report' the player. This takes a screenshot of the conversation and reports it directly to a group of moderators who handle these promptly.

Exhibit 10 – Forge of Empires Support Tickets: TwoCents Submitted by Plaintiff Penny Quinteros
Case: 19-CV-1402 RSM - 534

2. Right click and press'ignore'. This will take them from your chat screen.

If this conversation is taking place via the messaging system, due to our Privacy Rules we can not look in your Messages.
1. Please left click on the player's name OR left click on the player's avatar photo. This will bring up a menu that has 'Report'. Press the 'Report' button. It brings up a window for your report. This will capture the message and send it directly to the moderators.

Once reported using the REPORT feature, we will be able to act on the report. Thank you.

Kind regards,

Richard Stephenson
Community Manager

---

This ticket has been closed and can no longer be replied to.

**Attachments**

**This ticket currently has no attachments.**

# View ticket

# Rudolph - insulting behavior

**You 2018-12-14 03:04:51**

This player used insulting behavior in global chat. He solicited goods by lying to people about the price. He also artificially scams people into paying a higher price than they should.

**Forge of Empires - Customer Support 2018-12-14 05:07:22**

Hello TwoCents,

Thank you for bringing this matter to our attention, we appreciate all players that help the Forge team to keep our game running without rule breakers. I will investigate and take the appropriate action(s) if I find rule breaking.

If this conversation is taking place in chat, please take two steps-
1. Press your right button on your mouse and 'Report' the player. This takes a screenshot of the conversation and reports it directly to a group of moderators who handle these promptly.
2. Right click and press'ignore'. This will take them from your chat screen.

Exhibit 10 – Forge of Empires Support Tickets: TwoCents Submitted by Plaintiff Penny Quinteros
Case: 19-CV-1402 RSM - 535

If this conversation is taking place via the messaging system, due to our Privacy Rules we can not look in your Messages.
1. Please left click on the player's name OR left click on the player's avatar photo. This will bring up a menu that has 'Report'. Press the 'Report' button. It brings up a window for your report. This will capture the message and send it directly to the moderators.

Once reported using the REPORT feature, we will be able to act on the report. Thank you.

Kind regards,

Richard Stephenson
Community Manager

---

This ticket has been closed and can no longer be replied to.

## Attachments

**This ticket currently has no attachments.**

# View ticket

# DirtyOlMan - insulting behavior

**You 2018-12-14 02:59:40**

This player used insulting behavior in global chat. He solicited goods by lying to people about the price. He also artificially scams people into paying a higher price than they should.

**Forge of Empires - Customer Support 2018-12-14 05:07:22**

Hello TwoCents,

Thank you for bringing this matter to our attention, we appreciate all players that help the Forge team to keep our game running without rule breakers. I will investigate and take the appropriate action(s) if I find rule breaking.

If this conversation is taking place in chat, please take two steps-
1. Press your right button on your mouse and 'Report' the player. This takes a screenshot of the conversation and reports it directly to a group of moderators who handle these promptly.
2. Right click and press 'ignore'. This will take them from your chat screen.

If this conversation is taking place via the messaging system, due to our Privacy Rules we can not look in your Messages.

1. Please left click on the player's name OR left click on the player's avatar photo. This will bring up a menu that has 'Report'. Press the 'Report' button. It brings up a window for your report. This will capture the message and send it directly to the moderators.

Once reported using the REPORT feature, we will be able to act on the report. Thank you.

Kind regards,

Richard Stephenson
Community Manager

---

This ticket has been closed and can no longer be replied to.

## Attachments

This ticket currently has no attachments.

# View ticket

# BeardedPapa - insulting behavior

**You 2018-12-14 02:46:17**

This player used insulting behavior in global chat. He solicited goods by lying to people about the price. He also artificially scams people into paying a higher price than they should.

**Forge of Empires - Customer Support 2018-12-14 05:07:22**

Hello TwoCents,

Thank you for bringing this matter to our attention, we appreciate all players that help the Forge team to keep our game running without rule breakers. I will investigate and take the appropriate action(s) if I find rule breaking.

If this conversation is taking place in chat, please take two steps-
1. Press your right button on your mouse and 'Report' the player. This takes a screenshot of the conversation and reports it directly to a group of moderators who handle these promptly.
2. Right click and press 'ignore'. This will take them from your chat screen.

If this conversation is taking place via the messaging system, due to our Privacy Rules we can not look in your Messages.

1. Please left click on the player's name OR left click on the player's avatar photo. This will bring up a menu that has 'Report'. Press the 'Report' button. It brings up a window for your report. This will capture the message and send it directly to the moderators.

Once reported using the REPORT feature, we will be able to act on the report. Thank you.

Kind regards,

Richard Stephenson
Community Manager

This ticket has been closed and can no longer be replied to.

**Attachments**

**This ticket currently has no attachments.**

# View ticket

# ColdDriven - Insulting Behavior

**You 2018-12-14 02:41:10**

This player used insulting behavior in global chat. He solicited goods by lying to people about the price. He also artificially scams people into paying a higher price than they should.

**Forge of Empires - Customer Support 2018-12-14 05:07:22**

Hello TwoCents,

Thank you for bringing this matter to our attention, we appreciate all players that help the Forge team to keep our game running without rule breakers. I will investigate and take the appropriate action(s) if I find rule breaking.

If this conversation is taking place in chat, please take two steps-
1. Press your right button on your mouse and 'Report' the player. This takes a screenshot of the conversation and reports it directly to a group of moderators who handle these promptly.
2. Right click and press 'ignore'. This will take them from your chat screen.

If this conversation is taking place via the messaging system, due to our Privacy Rules we can not look in your Messages.
1. Please left click on the player's name OR left click on the player's avatar photo. This will bring up a menu that has 'Report'. Press the 'Report' button. It brings up a window for your report. This

will capture the message and send it directly to the moderators.

Once reported using the REPORT feature, we will be able to act on the report. Thank you.

Kind regards,

Richard Stephenson
Community Manager

---

This ticket has been closed and can no longer be replied to.

**Attachments**

**This ticket currently has no attachments.**

# View ticket

# Droknows - insulting behavior

**You 2018-12-14 02:36:03**

This player used insulting behavior in global chat. He solicited goods by lying to people about the price. He also artificially scams people into paying a higher price than they should.

**Forge of Empires - Customer Support 2018-12-14 05:07:22**

Hello TwoCents,

Thank you for bringing this matter to our attention, we appreciate all players that help the Forge team to keep our game running without rule breakers. I will investigate and take the appropriate action(s) if I find rule breaking.

If this conversation is taking place in chat, please take two steps-
1. Press your right button on your mouse and 'Report' the player. This takes a screenshot of the conversation and reports it directly to a group of moderators who handle these promptly.
2. Right click and press'ignore'. This will take them from your chat screen.

If this conversation is taking place via the messaging system, due to our Privacy Rules we can not look in your Messages.
1. Please left click on the player's name OR left click on the player's avatar photo. This will bring up a menu that has 'Report'. Press the 'Report' button. It brings up a window for your report. This will capture the message and send it directly to the moderators.

Once reported using the REPORT feature, we will be able to act on the report. Thank you.

Kind regards,

Richard Stephenson
Community Manager

---

This ticket has been closed and can no longer be replied to.

**Attachments**

**This ticket currently has no attachments.**

# View ticket

# Daddio02 - insulting behavior

**You 2018-12-14 02:30:59**

This player used insulting behavior in global chat. He solicited goods by lying to people about the price. He also artificially scams people into paying a higher price than they should.

**Forge of Empires - Customer Support 2018-12-14 05:07:22**

Hello TwoCents,

Thank you for bringing this matter to our attention, we appreciate all players that help the Forge team to keep our game running without rule breakers. I will investigate and take the appropriate action(s) if I find rule breaking.

If this conversation is taking place in chat, please take two steps-
1. Press your right button on your mouse and 'Report' the player. This takes a screenshot of the conversation and reports it directly to a group of moderators who handle these promptly.
2. Right click and press'ignore'. This will take them from your chat screen.

If this conversation is taking place via the messaging system, due to our Privacy Rules we can not look in your Messages.
1. Please left click on the player's name OR left click on the player's avatar photo. This will bring up a menu that has 'Report'. Press the 'Report' button. It brings up a window for your report. This will capture the message and send it directly to the moderators.

Once reported using the REPORT feature, we will be able to act on the report. Thank you.

Exhibit 10 – Forge of Empires Support Tickets: TwoCents Submitted by Plaintiff Penny Quinteros
Case: 19-CV-1402 RSM - 540

Kind regards,

Richard Stephenson
Community Manager

---

This ticket has been closed and can no longer be replied to.

**Attachments**

**This ticket currently has no attachments.**

# View ticket

# Jynx87 - insulting behavior

**You 2018-12-14 02:25:46**

This player used insulting behavior in global chat. He solicited goods by lying to people about the price. He also artificially scams people into paying a higher price than they should.

**Forge of Empires - Customer Support 2018-12-14 05:07:22**

Hello TwoCents,

Thank you for bringing this matter to our attention, we appreciate all players that help the Forge team to keep our game running without rule breakers. I will investigate and take the appropriate action(s) if I find rule breaking.

If this conversation is taking place in chat, please take two steps-
1. Press your right button on your mouse and 'Report' the player. This takes a screenshot of the conversation and reports it directly to a group of moderators who handle these promptly.
2. Right click and press'ignore'. This will take them from your chat screen.

If this conversation is taking place via the messaging system, due to our Privacy Rules we can not look in your Messages.
1. Please left click on the player's name OR left click on the player's avatar photo. This will bring up a menu that has 'Report'. Press the 'Report' button. It brings up a window for your report. This will capture the message and send it directly to the moderators.

Once reported using the REPORT feature, we will be able to act on the report. Thank you.

Kind regards,

Exhibit 10 – Forge of Empires Support Tickets: TwoCents Submitted by Plaintiff Penny Quinteros
Case: 19-CV-1402 RSM - 541

Richard Stephenson
Community Manager

---

This ticket has been closed and can no longer be replied to.

**Attachments**

**This ticket currently has no attachments.**

# View ticket

# SirLoopsALot - insulting behavior

**You 2018-12-14 02:20:34**

This player used insulting behavior in global chat. He solicited goods by lying to people about the price. He also artificially scams people into paying a higher price than they should.

**Forge of Empires - Customer Support 2018-12-14 05:07:22**

Hello TwoCents,

Thank you for bringing this matter to our attention, we appreciate all players that help the Forge team to keep our game running without rule breakers. I will investigate and take the appropriate action(s) if I find rule breaking.

If this conversation is taking place in chat, please take two steps-
1. Press your right button on your mouse and 'Report' the player. This takes a screenshot of the conversation and reports it directly to a group of moderators who handle these promptly.
2. Right click and press'ignore'. This will take them from your chat screen.

If this conversation is taking place via the messaging system, due to our Privacy Rules we can not look in your Messages.
1. Please left click on the player's name OR left click on the player's avatar photo. This will bring up a menu that has 'Report'. Press the 'Report' button. It brings up a window for your report. This will capture the message and send it directly to the moderators.

Once reported using the REPORT feature, we will be able to act on the report. Thank you.

Kind regards,

Richard Stephenson
Community Manager

This ticket has been closed and can no longer be replied to.

**Attachments**

**This ticket currently has no attachments.**

# View ticket

# Monkeynurse - insulting behavior

**You 2018-12-14 02:15:27**

This player used insulting behavior in global chat. He solicited goods by lying to people about the price. He also artificially scams people into paying a higher price than they should.

**Forge of Empires - Customer Support 2018-12-14 05:07:22**

Hello TwoCents,

Thank you for bringing this matter to our attention, we appreciate all players that help the Forge team to keep our game running without rule breakers. I will investigate and take the appropriate action(s) if I find rule breaking.

If this conversation is taking place in chat, please take two steps-
1. Press your right button on your mouse and 'Report' the player. This takes a screenshot of the conversation and reports it directly to a group of moderators who handle these promptly.
2. Right click and press'ignore'. This will take them from your chat screen.

If this conversation is taking place via the messaging system, due to our Privacy Rules we can not look in your Messages.
1. Please left click on the player's name OR left click on the player's avatar photo. This will bring up a menu that has 'Report'. Press the 'Report' button. It brings up a window for your report. This will capture the message and send it directly to the moderators.

Once reported using the REPORT feature, we will be able to act on the report. Thank you.

Kind regards,

Richard Stephenson
Community Manager

Exhibit 10 – Forge of Empires Support Tickets: TwoCents Submitted by Plaintiff Penny Quinteros
Case: 19-CV-1402 RSM - 543

This ticket has been closed and can no longer be replied to.

**Attachments**

**This ticket currently has no attachments.**

# View ticket

# BaconForever - insulting behavior

**You 2018-12-14 02:10:23**

This player used insulting behavior in global chat. He solicited goods by lying to people about the price. He also artificially scams people into paying a higher price than they should.

**Forge of Empires - Customer Support 2018-12-14 05:07:22**

Hello TwoCents,

Thank you for bringing this matter to our attention, we appreciate all players that help the Forge team to keep our game running without rule breakers. I will investigate and take the appropriate action(s) if I find rule breaking.

If this conversation is taking place in chat, please take two steps-
1. Press your right button on your mouse and 'Report' the player. This takes a screenshot of the conversation and reports it directly to a group of moderators who handle these promptly.
2. Right click and press'ignore'. This will take them from your chat screen.

If this conversation is taking place via the messaging system, due to our Privacy Rules we can not look in your Messages.
1. Please left click on the player's name OR left click on the player's avatar photo. This will bring up a menu that has 'Report'. Press the 'Report' button. It brings up a window for your report. This will capture the message and send it directly to the moderators.

Once reported using the REPORT feature, we will be able to act on the report. Thank you.

Kind regards,

Richard Stephenson
Community Manager

This ticket has been closed and can no longer be replied to.

**Attachments**

This ticket currently has no attachments.

# View ticket

# Alexander 2108 the Great - Insulting Behavior

**You 2018-12-14 02:05:07**

This player used insulting behavior in global chat. He solicited goods by lying to people about the price. He also artificially scams people into paying a higher price than they should.

**Forge of Empires - Customer Support 2018-12-14 05:07:22**

Hello TwoCents,

Thank you for bringing this matter to our attention, we appreciate all players that help the Forge team to keep our game running without rule breakers. I will investigate and take the appropriate action(s) if I find rule breaking.

If this conversation is taking place in chat, please take two steps-
1. Press your right button on your mouse and 'Report' the player. This takes a screenshot of the conversation and reports it directly to a group of moderators who handle these promptly.
2. Right click and press'ignore'. This will take them from your chat screen.

If this conversation is taking place via the messaging system, due to our Privacy Rules we can not look in your Messages.
1. Please left click on the player's name OR left click on the player's avatar photo. This will bring up a menu that has 'Report'. Press the 'Report' button. It brings up a window for your report. This will capture the message and send it directly to the moderators.

Once reported using the REPORT feature, we will be able to act on the report. Thank you.

Kind regards,

Richard Stephenson
Community Manager

This ticket has been closed and can no longer be replied to.

**Attachments**

This ticket currently has no attachments.

# View ticket

# Zach Attack1 - insulting behavior

**You 2018-12-14 01:59:57**

This player used insulting behavior in global chat. He solicited goods by lying to people about the price. He also artificially scams people into paying a higher price than they should.

**Forge of Empires - Customer Support 2018-12-14 05:07:22**

Hello TwoCents,

Thank you for bringing this matter to our attention, we appreciate all players that help the Forge team to keep our game running without rule breakers. I will investigate and take the appropriate action(s) if I find rule breaking.

If this conversation is taking place in chat, please take two steps-
1. Press your right button on your mouse and 'Report' the player. This takes a screenshot of the conversation and reports it directly to a group of moderators who handle these promptly.
2. Right click and press'ignore'. This will take them from your chat screen.

If this conversation is taking place via the messaging system, due to our Privacy Rules we can not look in your Messages.
1. Please left click on the player's name OR left click on the player's avatar photo. This will bring up a menu that has 'Report'. Press the 'Report' button. It brings up a window for your report. This will capture the message and send it directly to the moderators.

Once reported using the REPORT feature, we will be able to act on the report. Thank you.

Kind regards,

Richard Stephenson
Community Manager

---

Exhibit 10 – Forge of Empires Support Tickets: TwoCents Submitted by Plaintiff Penny Quinteros
Case: 19-CV-1402 RSM - 546

This ticket has been closed and can no longer be replied to.

## Attachments

This ticket currently has no attachments.

# View ticket

# Regina George the GOAT - Offensive guild tag

**You 2018-12-14 01:54:23**

This player used insulting behavior in global chat. He solicited goods by lying to people about the price. He also artificially scams people into paying a higher price than they should.

**You 2018-12-14 01:55:00**

This player also has a profane guild tag in the guild profile page. The word "Pervert" is insulting according to your rules.

**Forge of Empires - Customer Support 2018-12-14 05:07:22**

Hello TwoCents,

Thank you for bringing this matter to our attention, we appreciate all players that help the Forge team to keep our game running without rule breakers. I will investigate and take the appropriate action(s) if I find rule breaking.

If this conversation is taking place in chat, please take two steps-
1. Press your right button on your mouse and 'Report' the player. This takes a screenshot of the conversation and reports it directly to a group of moderators who handle these promptly.
2. Right click and press'ignore'. This will take them from your chat screen.

If this conversation is taking place via the messaging system, due to our Privacy Rules we can not look in your Messages.
1. Please left click on the player's name OR left click on the player's avatar photo. This will bring up a menu that has 'Report'. Press the 'Report' button. It brings up a window for your report. This will capture the message and send it directly to the moderators.

Once reported using the REPORT feature, we will be able to act on the report. Thank you.

Exhibit 10 – Forge of Empires Support Tickets: TwoCents Submitted by Plaintiff Penny Quinteros
Case: 19-CV-1402 RSM - 547

Kind regards,

Richard Stephenson
Community Manager

---

This ticket has been closed and can no longer be replied to.

## Attachments

This ticket currently has no attachments.

# View ticket

# Kaliek - Insulting Behavior

**You 2018-12-14 01:46:28**

This player used insulting behavior in global chat. He solicited goods by lying to people about the price. He also artificially scams people into paying a higher price than they should.

**Forge of Empires - Customer Support 2018-12-14 05:07:22**

Hello TwoCents,

Thank you for bringing this matter to our attention, we appreciate all players that help the Forge team to keep our game running without rule breakers. I will investigate and take the appropriate action(s) if I find rule breaking.

If this conversation is taking place in chat, please take two steps-
1. Press your right button on your mouse and 'Report' the player. This takes a screenshot of the conversation and reports it directly to a group of moderators who handle these promptly.
2. Right click and press'ignore'. This will take them from your chat screen.

If this conversation is taking place via the messaging system, due to our Privacy Rules we can not look in your Messages.
1. Please left click on the player's name OR left click on the player's avatar photo. This will bring up a menu that has 'Report'. Press the 'Report' button. It brings up a window for your report. This will capture the message and send it directly to the moderators.

Once reported using the REPORT feature, we will be able to act on the report. Thank you.

Kind regards,

Richard Stephenson
Community Manager

---

This ticket has been closed and can no longer be replied to.

## Attachments

This ticket currently has no attachments.

# View ticket

# Lord of the Fireswamp - insulting behavior

**You 2018-12-14 03:52:16**

This player used insulting behavior in global chat. He solicited goods by lying to people about the price. He also artificially scams people into paying a higher price than they should.

**Forge of Empires - Customer Support 2018-12-14 05:07:23**

Hello TwoCents,

Thank you for bringing this matter to our attention, we appreciate all players that help the Forge team to keep our game running without rule breakers. I will investigate and take the appropriate action(s) if I find rule breaking.

If this conversation is taking place in chat, please take two steps-
1. Press your right button on your mouse and 'Report' the player. This takes a screenshot of the conversation and reports it directly to a group of moderators who handle these promptly.
2. Right click and press 'ignore'. This will take them from your chat screen.

If this conversation is taking place via the messaging system, due to our Privacy Rules we can not look in your Messages.
1. Please left click on the player's name OR left click on the player's avatar photo. This will bring up a menu that has 'Report'. Press the 'Report' button. It brings up a window for your report. This will capture the message and send it directly to the moderators.

Once reported using the REPORT feature, we will be able to act on the report. Thank you.

Kind regards,

Richard Stephenson
Community Manager

---

This ticket has been closed and can no longer be replied to.

## Attachments

This ticket currently has no attachments.

# View ticket

# RiceNugget - insulting behavior

**You 2018-12-14 03:46:03**

This player used insulting behavior in global chat. He solicited goods by lying to people about the price. He also artificially scams people into paying a higher price than they should.

**Forge of Empires - Customer Support 2018-12-14 05:07:23**

Hello TwoCents,

Thank you for bringing this matter to our attention, we appreciate all players that help the Forge team to keep our game running without rule breakers. I will investigate and take the appropriate action(s) if I find rule breaking.

If this conversation is taking place in chat, please take two steps-
1. Press your right button on your mouse and 'Report' the player. This takes a screenshot of the conversation and reports it directly to a group of moderators who handle these promptly.
2. Right click and press'ignore'. This will take them from your chat screen.

If this conversation is taking place via the messaging system, due to our Privacy Rules we can not look in your Messages.
1. Please left click on the player's name OR left click on the player's avatar photo. This will bring up a menu that has 'Report'. Press the 'Report' button. It brings up a window for your report. This will capture the message and send it directly to the moderators.

Once reported using the REPORT feature, we will be able to act on the report. Thank you.

Kind regards,

Richard Stephenson
Community Manager

---

This ticket has been closed and can no longer be replied to.

## Attachments

This ticket currently has no attachments.

# View ticket

# King Perry the Great - insulting behavior

**You 2018-12-14 03:36:40**

This player used insulting behavior in global chat. He solicited goods by lying to people about the price. He also artificially scams people into paying a higher price than they should.

**Forge of Empires - Customer Support 2018-12-14 05:07:23**

Hello TwoCents,

Thank you for bringing this matter to our attention, we appreciate all players that help the Forge team to keep our game running without rule breakers. I will investigate and take the appropriate action(s) if I find rule breaking.

If this conversation is taking place in chat, please take two steps-
1. Press your right button on your mouse and 'Report' the player. This takes a screenshot of the conversation and reports it directly to a group of moderators who handle these promptly.
2. Right click and press 'ignore'. This will take them from your chat screen.

If this conversation is taking place via the messaging system, due to our Privacy Rules we can not look in your Messages.
1. Please left click on the player's name OR left click on the player's avatar photo. This will bring up a menu that has 'Report'. Press the 'Report' button. It brings up a window for your report. This will capture the message and send it directly to the moderators.

Once reported using the REPORT feature, we will be able to act on the report. Thank you.

Kind regards,

Richard Stephenson
Community Manager

---

This ticket has been closed and can no longer be replied to.

**Attachments**

This ticket currently has no attachments.

# View ticket

# QueenEris - insulting behavior

**You 2018-12-14 03:20:56**

This player used insulting behavior in global chat. He solicited goods by lying to people about the price. He also artificially scams people into paying a higher price than they should.

**Forge of Empires - Customer Support 2018-12-14 05:07:23**

Hello TwoCents,

Thank you for bringing this matter to our attention, we appreciate all players that help the Forge team to keep our game running without rule breakers. I will investigate and take the appropriate action(s) if I find rule breaking.

If this conversation is taking place in chat, please take two steps-
1. Press your right button on your mouse and 'Report' the player. This takes a screenshot of the conversation and reports it directly to a group of moderators who handle these promptly.
2. Right click and press'ignore'. This will take them from your chat screen.

If this conversation is taking place via the messaging system, due to our Privacy Rules we can not look in your Messages.
1. Please left click on the player's name OR left click on the player's avatar photo. This will bring up a menu that has 'Report'. Press the 'Report' button. It brings up a window for your report. This will capture the message and send it directly to the moderators.

Once reported using the REPORT feature, we will be able to act on the report. Thank you.

Kind regards,

Exhibit 10 – Forge of Empires Support Tickets: TwoCents Submitted by Plaintiff Penny Quinteros
Case: 19-CV-1402 RSM - 552

Richard Stephenson
Community Manager

---

This ticket has been closed and can no longer be replied to.

## Attachments

This ticket currently has no attachments.

# View ticket

# Meeeeeee bfg - insulting behavior

**You 2018-12-14 03:15:48**

This player used insulting behavior in global chat. He solicited goods by lying to people about the price. He also artificially scams people into paying a higher price than they should.

**Forge of Empires - Customer Support 2018-12-14 05:07:22**

Hello TwoCents,

Thank you for bringing this matter to our attention, we appreciate all players that help the Forge team to keep our game running without rule breakers. I will investigate and take the appropriate action(s) if I find rule breaking.

If this conversation is taking place in chat, please take two steps-
1. Press your right button on your mouse and 'Report' the player. This takes a screenshot of the conversation and reports it directly to a group of moderators who handle these promptly.
2. Right click and press'ignore'. This will take them from your chat screen.

If this conversation is taking place via the messaging system, due to our Privacy Rules we can not look in your Messages.
1. Please left click on the player's name OR left click on the player's avatar photo. This will bring up a menu that has 'Report'. Press the 'Report' button. It brings up a window for your report. This will capture the message and send it directly to the moderators.

Once reported using the REPORT feature, we will be able to act on the report. Thank you.

Kind regards,

Exhibit 10 – Forge of Empires Support Tickets: TwoCents Submitted by Plaintiff Penny Quinteros
Case: 19-CV-1402 RSM - 553

Richard Stephenson
Community Manager

---

This ticket has been closed and can no longer be replied to.

**Attachments**

This ticket currently has no attachments.

# View ticket

# Layla17 - Insulting Behavior

**You 2018-12-14 01:10:01**

This player used insulting behavior in global chat. He solicited goods by lying to people about the price. He also artificially scams people into paying a higher price than they should.

**Forge of Empires - Customer Support 2018-12-14 05:08:13**

Hello TwoCents,

Thank you for bringing this matter to our attention, we appreciate all players that help the Forge team to keep our game running without rule breakers. I will investigate and take the appropriate action(s) if I find rule breaking.

If this conversation is taking place in chat, please take two steps-
1. Press your right button on your mouse and 'Report' the player. This takes a screenshot of the conversation and reports it directly to a group of moderators who handle these promptly.
2. Right click and press'ignore'. This will take them from your chat screen.

If this conversation is taking place via the messaging system, due to our Privacy Rules we can not look in your Messages.
1. Please left click on the player's name OR left click on the player's avatar photo. This will bring up a menu that has 'Report'. Press the 'Report' button. It brings up a window for your report. This will capture the message and send it directly to the moderators.

Once reported using the REPORT feature, we will be able to act on the report. Thank you.

Kind regards,

Richard Stephenson
Community Manager

---

This ticket has been closed and can no longer be replied to.

## Attachments

This ticket currently has no attachments.

# View ticket

# Professor Kills - Insulting Behavior

**You 2018-12-14 00:59:50**

This player used insulting behavior in global chat. He solicited goods by lying to people about the price. He also artificially scams people into paying a higher price than they should.

**Forge of Empires - Customer Support 2018-12-14 05:08:13**

Hello TwoCents,

Thank you for bringing this matter to our attention, we appreciate all players that help the Forge team to keep our game running without rule breakers. I will investigate and take the appropriate action(s) if I find rule breaking.

If this conversation is taking place in chat, please take two steps-
1. Press your right button on your mouse and 'Report' the player. This takes a screenshot of the conversation and reports it directly to a group of moderators who handle these promptly.
2. Right click and press 'ignore'. This will take them from your chat screen.

If this conversation is taking place via the messaging system, due to our Privacy Rules we can not look in your Messages.
1. Please left click on the player's name OR left click on the player's avatar photo. This will bring up a menu that has 'Report'. Press the 'Report' button. It brings up a window for your report. This will capture the message and send it directly to the moderators.

Once reported using the REPORT feature, we will be able to act on the report. Thank you.

Kind regards,

Exhibit 10 – Forge of Empires Support Tickets: TwoCents Submitted by Plaintiff Penny Quinteros
Case: 19-CV-1402 RSM - 555

Richard Stephenson
Community Manager

---

This ticket has been closed and can no longer be replied to.

## Attachments

This ticket currently has no attachments.

# View ticket

# Scio11 - Insulting Behavior

**You 2018-12-14 00:53:01**

This player used insulting behavior in global chat. He solicited goods by lying to people about the price. He also artificially scams people into paying a higher price than they should.

**Forge of Empires - Customer Support 2018-12-14 05:08:13**

Hello TwoCents,

Thank you for bringing this matter to our attention, we appreciate all players that help the Forge team to keep our game running without rule breakers. I will investigate and take the appropriate action(s) if I find rule breaking.

If this conversation is taking place in chat, please take two steps-
1. Press your right button on your mouse and 'Report' the player. This takes a screenshot of the conversation and reports it directly to a group of moderators who handle these promptly.
2. Right click and press'ignore'. This will take them from your chat screen.

If this conversation is taking place via the messaging system, due to our Privacy Rules we can not look in your Messages.
1. Please left click on the player's name OR left click on the player's avatar photo. This will bring up a menu that has 'Report'. Press the 'Report' button. It brings up a window for your report. This will capture the message and send it directly to the moderators.

Once reported using the REPORT feature, we will be able to act on the report. Thank you.

Kind regards,

Exhibit 10 – Forge of Empires Support Tickets: TwoCents Submitted by Plaintiff Penny Quinteros
Case: 19-CV-1402 RSM - 556

Richard Stephenson
Community Manager

---

This ticket has been closed and can no longer be replied to.

## Attachments

This ticket currently has no attachments.

# View ticket

# Geo Durden - Insulting Behavior

**You 2018-12-14 00:48:00**

This player used insulting behavior in global chat. He solicited goods by lying to people about the price. He also artificially scams people into paying a higher price than they should.

**Forge of Empires - Customer Support 2018-12-14 05:08:13**

Hello TwoCents,

Thank you for bringing this matter to our attention, we appreciate all players that help the Forge team to keep our game running without rule breakers. I will investigate and take the appropriate action(s) if I find rule breaking.

If this conversation is taking place in chat, please take two steps-
1. Press your right button on your mouse and 'Report' the player. This takes a screenshot of the conversation and reports it directly to a group of moderators who handle these promptly.
2. Right click and press'ignore'. This will take them from your chat screen.

If this conversation is taking place via the messaging system, due to our Privacy Rules we can not look in your Messages.
1. Please left click on the player's name OR left click on the player's avatar photo. This will bring up a menu that has 'Report'. Press the 'Report' button. It brings up a window for your report. This will capture the message and send it directly to the moderators.

Once reported using the REPORT feature, we will be able to act on the report. Thank you.

Kind regards,

Exhibit 10 – Forge of Empires Support Tickets: TwoCents Submitted by Plaintiff Penny Quinteros
Case: 19-CV-1402 RSM - 557

Richard Stephenson
Community Manager

---

This ticket has been closed and can no longer be replied to.

**Attachments**

**This ticket currently has no attachments.**

# View ticket

# EmpressGina - Insulting Behavior

**You 2018-12-14 00:42:55**

This player used insulting behavior in global chat. He solicited goods by lying to people about the price. He also artificially scams people into paying a higher price than they should.

**Forge of Empires - Customer Support 2018-12-14 05:08:13**

Hello TwoCents,

Thank you for bringing this matter to our attention, we appreciate all players that help the Forge team to keep our game running without rule breakers. I will investigate and take the appropriate action(s) if I find rule breaking.

If this conversation is taking place in chat, please take two steps-
1. Press your right button on your mouse and 'Report' the player. This takes a screenshot of the conversation and reports it directly to a group of moderators who handle these promptly.
2. Right click and press'ignore'. This will take them from your chat screen.

If this conversation is taking place via the messaging system, due to our Privacy Rules we can not look in your Messages.
1. Please left click on the player's name OR left click on the player's avatar photo. This will bring up a menu that has 'Report'. Press the 'Report' button. It brings up a window for your report. This will capture the message and send it directly to the moderators.

Once reported using the REPORT feature, we will be able to act on the report. Thank you.

Kind regards,

Richard Stephenson
Community Manager

---

This ticket has been closed and can no longer be replied to.

## Attachments

This ticket currently has no attachments.

# View ticket

# The Full Monte - Insulting Behavior

**You 2018-12-14 00:37:49**

This player used insulting behavior in global chat. He solicited goods by lying to people about the price. He also artificially scams people into paying a higher price than they should.

**Forge of Empires - Customer Support 2018-12-14 05:08:13**

Hello TwoCents,

Thank you for bringing this matter to our attention, we appreciate all players that help the Forge team to keep our game running without rule breakers. I will investigate and take the appropriate action(s) if I find rule breaking.

If this conversation is taking place in chat, please take two steps-
1. Press your right button on your mouse and 'Report' the player. This takes a screenshot of the conversation and reports it directly to a group of moderators who handle these promptly.
2. Right click and press'ignore'. This will take them from your chat screen.

If this conversation is taking place via the messaging system, due to our Privacy Rules we can not look in your Messages.
1. Please left click on the player's name OR left click on the player's avatar photo. This will bring up a menu that has 'Report'. Press the 'Report' button. It brings up a window for your report. This will capture the message and send it directly to the moderators.

Once reported using the REPORT feature, we will be able to act on the report. Thank you.

Kind regards,

Exhibit 10 – Forge of Empires Support Tickets: TwoCents Submitted by Plaintiff Penny Quinteros
Case: 19-CV-1402 RSM - 559

Richard Stephenson
Community Manager

---

This ticket has been closed and can no longer be replied to.

**Attachments**

**This ticket currently has no attachments.**

# View ticket

# Princess Pomp - insulting behavior

**You 2018-12-14 00:32:48**

This player used insulting behavior in global chat. He solicited goods by lying to people about the price. He also artificially scams people into paying a higher price than they should.

**Forge of Empires - Customer Support 2018-12-14 00:33:43**

Hello TwoCents,

Thank you for bringing this matter to our attention. We appreciate all players that help the Forge team to keep our game running without rule breakers. TwoCents, I will investigate and take the appropriate action(s) if I find rule breaking.

Happy Holidays!

Panacea
Community Manager
Forge of Empires, U.S.

**Forge of Empires - Customer Support 2018-12-14 05:08:13**

Hello TwoCents,

Thank you for bringing this matter to our attention, we appreciate all players that help the Forge team to keep our game running without rule breakers. I will investigate and take the appropriate action(s) if I find rule breaking.

If this conversation is taking place in chat, please take two steps-
1. Press your right button on your mouse and 'Report' the player. This takes a screenshot of the conversation and reports it directly to a group of moderators who handle these promptly.

Exhibit 10 – Forge of Empires Support Tickets: TwoCents Submitted by Plaintiff Penny Quinteros
Case: 19-CV-1402 RSM - 560

2. Right click and press'ignore'. This will take them from your chat screen.

If this conversation is taking place via the messaging system, due to our Privacy Rules we can not look in your Messages.
1. Please left click on the player's name OR left click on the player's avatar photo. This will bring up a menu that has 'Report'. Press the 'Report' button. It brings up a window for your report. This will capture the message and send it directly to the moderators.

Once reported using the REPORT feature, we will be able to act on the report. Thank you.

Kind regards,

Richard Stephenson
Community Manager

---

This ticket has been closed and can no longer be replied to.

**Attachments**

**This ticket currently has no attachments.**

# View ticket

# The Great Tumbler - Insulting Behavior

**You 2018-12-14 00:27:30**

This player used insulting behavior in global chat. He solicited goods by lying to people about the price. He also artificially scams people into paying a higher price than they should.

**Forge of Empires - Customer Support 2018-12-14 00:33:26**

Hello TwoCents,

Thank you for bringing this matter to our attention. We appreciate all players that help the Forge team to keep our game running without rule breakers. TwoCents, I will investigate and take the appropriate action(s) if I find rule breaking.

Happy Holidays!

Panacea
Community Manager
Forge of Empires, U.S.

**Forge of Empires - Customer Support 2018-12-14 05:08:13**

Hello TwoCents,

Thank you for bringing this matter to our attention, we appreciate all players that help the Forge team to keep our game running without rule breakers. I will investigate and take the appropriate action(s) if I find rule breaking.

If this conversation is taking place in chat, please take two steps-
1. Press your right button on your mouse and 'Report' the player. This takes a screenshot of the conversation and reports it directly to a group of moderators who handle these promptly.
2. Right click and press'ignore'. This will take them from your chat screen.

If this conversation is taking place via the messaging system, due to our Privacy Rules we can not look in your Messages.
1. Please left click on the player's name OR left click on the player's avatar photo. This will bring up a menu that has 'Report'. Press the 'Report' button. It brings up a window for your report. This will capture the message and send it directly to the moderators.

Once reported using the REPORT feature, we will be able to act on the report. Thank you.

Kind regards,

Richard Stephenson
Community Manager

---

This ticket has been closed and can no longer be replied to.

**Attachments**

**This ticket currently has no attachments.**

# View ticket

# Parksdad - Insulting behavior

**You 2018-12-14 00:22:16**

This player used insulting behavior in global chat. He solicited goods by lying to people about the price. He also artificially scams people into paying a higher price than they should.

**Forge of Empires - Customer Support 2018-12-14 00:33:11**

Hello TwoCents,

Thank you for bringing this matter to our attention. We appreciate all players that help the Forge team to keep our game running without rule breakers. TwoCents, I will investigate and take the appropriate action(s) if I find rule breaking.

Happy Holidays!

Panacea
Community Manager
Forge of Empires, U.S.

**Forge of Empires - Customer Support 2018-12-14 05:08:13**

Hello TwoCents,

Thank you for bringing this matter to our attention, we appreciate all players that help the Forge team to keep our game running without rule breakers. I will investigate and take the appropriate action(s) if I find rule breaking.

If this conversation is taking place in chat, please take two steps-
1. Press your right button on your mouse and 'Report' the player. This takes a screenshot of the conversation and reports it directly to a group of moderators who handle these promptly.
2. Right click and press'ignore'. This will take them from your chat screen.

If this conversation is taking place via the messaging system, due to our Privacy Rules we can not look in your Messages.
1. Please left click on the player's name OR left click on the player's avatar photo. This will bring up a menu that has 'Report'. Press the 'Report' button. It brings up a window for your report. This will capture the message and send it directly to the moderators.

Once reported using the REPORT feature, we will be able to act on the report. Thank you.

Kind regards,

Richard Stephenson
Community Manager

---

This ticket has been closed and can no longer be replied to.

## Attachments

This ticket currently has no attachments.

# View ticket

# King Koch The Great - Insulting Behavior

**You 2018-12-14 00:17:14**

This player used insulting behavior in global chat. He solicited goods by lying to people about the price. He also artificially scams people into paying a higher price than they should.

**Forge of Empires - Customer Support 2018-12-14 00:18:01**

Hello TwoCents,

Thank you for bringing this matter to our attention. We appreciate all players that help the Forge team to keep our game running without rule breakers. TwoCents, I will investigate and take the appropriate action(s) if I find rule breaking.

Happy Holidays!

Panacea
Community Manager
Forge of Empires, U.S.

**Forge of Empires - Customer Support 2018-12-14 05:08:13**

Hello TwoCents,

Thank you for bringing this matter to our attention, we appreciate all players that help the Forge team to keep our game running without rule breakers. I will investigate and take the appropriate action(s) if I find rule breaking.

If this conversation is taking place in chat, please take two steps-
1. Press your right button on your mouse and 'Report' the player. This takes a screenshot of the conversation and reports it directly to a group of moderators who handle these promptly.
2. Right click and press 'ignore'. This will take them from your chat screen.

If this conversation is taking place via the messaging system, due to our Privacy Rules we can not look in your Messages.
1. Please left click on the player's name OR left click on the player's avatar photo. This will bring up a menu that has 'Report'. Press the 'Report' button. It brings up a window for your report. This will capture the message and send it directly to the moderators.

Once reported using the REPORT feature, we will be able to act on the report. Thank you.

Kind regards,

Richard Stephenson
Community Manager

---

This ticket has been closed and can no longer be replied to.

**Attachments**

**This ticket currently has no attachments.**

# View ticket

# RogueT1 - Insulting Behavior

**You 2018-12-14 00:11:33**

This player used insulting behavior in global chat. He solicited goods by lying to people about the price. He also artificially scams people into paying a higher price than they should.

**Forge of Empires - Customer Support 2018-12-14 00:18:21**

Hello TwoCents,

Thank you for bringing this matter to our attention. We appreciate all players that help the Forge team to keep our game running without rule breakers. TwoCents, I will investigate and take the appropriate action(s) if I find rule breaking.

Happy Holidays!

Panacea
Community Manager
Forge of Empires, U.S.

**Forge of Empires - Customer Support 2018-12-14 05:08:13**

Hello TwoCents,

Thank you for bringing this matter to our attention, we appreciate all players that help the Forge team to keep our game running without rule breakers. I will investigate and take the appropriate action(s) if I find rule breaking.

If this conversation is taking place in chat, please take two steps-

1. Press your right button on your mouse and 'Report' the player. This takes a screenshot of the conversation and reports it directly to a group of moderators who handle these promptly.
2. Right click and press'ignore'. This will take them from your chat screen.

If this conversation is taking place via the messaging system, due to our Privacy Rules we can not look in your Messages.
1. Please left click on the player's name OR left click on the player's avatar photo. This will bring up a menu that has 'Report'. Press the 'Report' button. It brings up a window for your report. This will capture the message and send it directly to the moderators.

Once reported using the REPORT feature, we will be able to act on the report. Thank you.

Kind regards,

Richard Stephenson
Community Manager

---

This ticket has been closed and can no longer be replied to.

**Attachments**

**This ticket currently has no attachments.**

# View ticket

# Stello the Marshmellow - Insulting Behavior

**You 2018-12-14 01:15:10**

This player used insulting behavior in global chat. He solicited goods by lying to people about the price. He also artificially scams people into paying a higher price than they should.

**Forge of Empires - Customer Support 2018-12-14 05:08:14**

Hello TwoCents,

Thank you for bringing this matter to our attention, we appreciate all players that help the Forge team to keep our game running without rule breakers. I will investigate and take the appropriate action(s) if I find rule breaking.

If this conversation is taking place in chat, please take two steps-
1. Press your right button on your mouse and 'Report' the player. This takes a screenshot of the conversation and reports it directly to a group of moderators who handle these promptly.

2. Right click and press'ignore'. This will take them from your chat screen.

If this conversation is taking place via the messaging system, due to our Privacy Rules we can not look in your Messages.
1. Please left click on the player's name OR left click on the player's avatar photo. This will bring up a menu that has 'Report'. Press the 'Report' button. It brings up a window for your report. This will capture the message and send it directly to the moderators.

Once reported using the REPORT feature, we will be able to act on the report. Thank you.

Kind regards,

Richard Stephenson
Community Manager

---

This ticket has been closed and can no longer be replied to.

## Attachments

This ticket currently has no attachments.

# View ticket

# Dwruss - insulting behavior

**You 2018-12-14 09:49:53**

This player used insulting behavior in global chat. He solicited goods by lying to people about the price. He also artificially scams people into paying a higher price than they should.

**Forge of Empires - Customer Support 2018-12-14 09:52:44**

Hello TwoCents,

Thank you for bringing this matter to our attention. We appreciate all players that help the Forge team to keep our game running without rule breakers. TwoCents, I will investigate and take the appropriate action(s) if I find rule breaking.

Happy Holidays!

Panacea

Exhibit 10 – Forge of Empires Support Tickets: TwoCents Submitted by Plaintiff Penny Quinteros
Case: 19-CV-1402 RSM - 567

Community Manager
Forge of Empires, U.S.

---

This ticket has been closed and can no longer be replied to.

**Attachments**

**This ticket currently has no attachments.**

# View ticket

# The1truetardis - insulting behavior

**You 2018-12-14 09:44:47**

This player used insulting behavior in global chat. He solicited goods by lying to people about the price. He also artificially scams people into paying a higher price than they should.

**Forge of Empires - Customer Support 2018-12-14 09:53:24**

Hello TwoCents,

Thank you for bringing this matter to our attention. We appreciate all players that help the Forge team to keep our game running without rule breakers. TwoCents, I will investigate and take the appropriate action(s) if I find rule breaking.

Happy Holidays!

Panacea
Community Manager
Forge of Empires, U.S.

---

This ticket has been closed and can no longer be replied to.

**Attachments**

This ticket currently has no attachments.

# View ticket

# Cass the Cunning - insulting behavior

**You 2018-12-14 09:39:31**

This player used insulting behavior in global chat. He solicited goods by lying to people about the price. He also artificially scams people into paying a higher price than they should.

**Forge of Empires - Customer Support 2018-12-14 09:53:44**

Hello TwoCents,

Thank you for bringing this matter to our attention. We appreciate all players that help the Forge team to keep our game running without rule breakers. TwoCents, I will investigate and take the appropriate action(s) if I find rule breaking.

Happy Holidays!

Panacea
Community Manager
Forge of Empires, U.S.

---

This ticket has been closed and can no longer be replied to.

**Attachments**

**This ticket currently has no attachments.**

# View ticket

# gaiafist - insulting behavior

**You 2018-12-14 09:33:49**

This player used insulting behavior in global chat. He solicited goods by lying to people about the price. He also artificially scams people into paying a higher price than they should.

**Forge of Empires - Customer Support 2018-12-14 09:54:14**

Hello TwoCents,

Thank you for bringing this matter to our attention. We appreciate all players that help the Forge team to keep our game running without rule breakers. TwoCents, I will investigate and take the appropriate action(s) if I find rule breaking.

Happy Holidays!

Panacea
Community Manager
Forge of Empires, U.S.

---

This ticket has been closed and can no longer be replied to.

**Attachments**

**This ticket currently has no attachments.**

# View ticket

# Morphe - insulting behavior

**You 2018-12-14 10:10:05**

This player used insulting behavior in global chat. He solicited goods by lying to people about the price. He also artificially scams people into paying a higher price than they should.

**Forge of Empires - Customer Support 2018-12-14 10:24:16**

Hello TwoCents,

Thank you for bringing this matter to our attention. We appreciate all players that help the Forge team to keep our game running without rule breakers. TwoCents, I will investigate and take the appropriate action(s) if I find rule breaking.

Kind regards,

Richard Stephenson
Community Manager

---

This ticket has been closed and can no longer be replied to.

**Attachments**

**This ticket currently has no attachments.**

# View ticket

# Vespasian 1010 the Just - insulting behavior

**You 2018-12-14 10:20:41**

This player used insulting behavior in global chat. He solicited goods by lying to people about the price. He also artificially scams people into paying a higher price than they should.

**Forge of Empires - Customer Support 2018-12-14 10:24:23**

Hello TwoCents,

Thank you for bringing this matter to our attention. We appreciate all players that help the Forge team to keep our game running without rule breakers. TwoCents, I will investigate and take the appropriate action(s) if I find rule breaking.

Kind regards,

Richard Stephenson
Community Manager

---

This ticket has been closed and can no longer be replied to.

**Attachments**

**This ticket currently has no attachments.**

# View ticket

# Flying Monkey the Bold - Insulting Behavior

**You 2018-12-14 10:27:43**

This player used insulting behavior in global chat. He solicited goods by lying to people about the price. He also artificially scams people into paying a higher price than they should.

**Forge of Empires - Customer Support 2018-12-14 10:30:49**

Hello TwoCents,

Thank you for bringing this matter to our attention. We appreciate all players that help the Forge team to keep our game running without rule breakers. TwoCents, I will investigate and take the appropriate action(s) if I find rule breaking.

Kind regards,

Richard Stephenson
Community Manager

---

This ticket has been closed and can no longer be replied to.

**Attachments**

**This ticket currently has no attachments.**

# View ticket

# Rockslare - insulting behavior

**You 2018-12-14 10:41:56**

This player used insulting behavior in global chat. He solicited goods by lying to people about the price. He also artificially scams people into paying a higher price than they should.

**Forge of Empires - Customer Support 2018-12-14 10:48:55**

Hello TwoCents,

Thank you for bringing this matter to our attention. We appreciate all players that help the Forge team to keep our game running without rule breakers. TwoCents, I will investigate and take the appropriate action(s) if I find rule breaking.

Kind regards,

Richard Stephenson
Community Manager

---

This ticket has been closed and can no longer be replied to.

**Attachments**

**This ticket currently has no attachments.**

# View ticket

# Lost in Thought - insulting behavior

**You 2018-12-14 10:36:18**

This player used insulting behavior in global chat. He solicited goods by lying to people about the price. He also artificially scams people into paying a higher price than they should.

**Forge of Empires - Customer Support 2018-12-14 10:49:04**

Hello TwoCents,

Thank you for bringing this matter to our attention. We appreciate all players that help the Forge team to keep our game running without rule breakers. TwoCents, I will investigate and take the appropriate action(s) if I find rule breaking.

Kind regards,

Richard Stephenson
Community Manager

---

This ticket has been closed and can no longer be replied to.

**Attachments**

**This ticket currently has no attachments.**

# View ticket

# Pyroc - insulting behavior

**You 2018-12-14 10:52:41**

This player used insulting behavior in global chat. He solicited goods by lying to people about the price. He also artificially scams people into paying a higher price than they should.

**Forge of Empires - Customer Support 2018-12-14 10:55:30**

Hello TwoCents,

Thank you for bringing this matter to our attention. We appreciate all players that help the Forge team to keep our game running without rule breakers. TwoCents, I will investigate and take the appropriate action(s) if I find rule breaking.

Kind regards,

Richard Stephenson
Community Manager

---

This ticket has been closed and can no longer be replied to.

**Attachments**

**This ticket currently has no attachments.**

# View ticket

# Solon 428 the Bloody - insulting behavior

**You 2018-12-14 11:51:52**

This player used insulting behavior in global chat. He solicited goods by lying to people about the price. He also artificially scams people into paying a higher price than they should.

**Forge of Empires - Customer Support 2018-12-14 11:53:25**

Hello TwoCents,

Thank you for bringing this matter to our attention. We appreciate all players that help the Forge team to keep our game running without rule breakers. {PLAYER_NAME}, I will investigate and take the appropriate action(s) if I find rule breaking.

Kind regards,

Richard Stephenson
Community Manager

---

This ticket has been closed and can no longer be replied to.

**Attachments**

**This ticket currently has no attachments.**

# View ticket

# Straight Rider - Insulting Behavior

**You 2018-12-14 11:45:02**

This player used insulting behavior in global chat. He solicited goods by lying to people about the price. He also artificially scams people into paying a higher price than they should.

**Forge of Empires - Customer Support 2018-12-14 11:53:25**

Hello TwoCents,

Thank you for bringing this matter to our attention. We appreciate all players that help the Forge team to keep our game running without rule breakers. {PLAYER_NAME}, I will investigate and take the appropriate action(s) if I find rule breaking.

Kind regards,

Richard Stephenson
Community Manager

This ticket has been closed and can no longer be replied to.

**Attachments**

**This ticket currently has no attachments.**

# View ticket

# Laird Peace - insulting behavior

**You 2018-12-14 11:39:33**

This player used insulting behavior in global chat. He solicited goods by lying to people about the price. He also artificially scams people into paying a higher price than they should.

**Forge of Empires - Customer Support 2018-12-14 11:53:25**

Hello TwoCents,

Thank you for bringing this matter to our attention. We appreciate all players that help the Forge team to keep our game running without rule breakers. {PLAYER_NAME}, I will investigate and take the appropriate action(s) if I find rule breaking.

Kind regards,

Richard Stephenson
Community Manager

---

This ticket has been closed and can no longer be replied to.

**Attachments**

This ticket currently has no attachments.

# View ticket

# The Buck Guy - Insulting Behavior

**You 2018-12-14 11:29:00**

This player used insulting behavior in global chat. He solicited goods by lying to people about the price. He also artificially scams people into paying a higher price than they should.

**Forge of Empires - Customer Support 2018-12-14 11:48:19**

Hello TwoCents,

Thank you for bringing this matter to our attention. We appreciate all players that help the Forge team to keep our game running without rule breakers. TwoCents, I will investigate and take the appropriate action(s) if I find rule breaking.

Kind regards,

Poseidon
Ingame Moderator
Forge of Empires, U.S.

**Forge of Empires - Customer Support 2018-12-14 11:53:25**

Hello TwoCents,

Thank you for bringing this matter to our attention. We appreciate all players that help the Forge team to keep our game running without rule breakers. {PLAYER_NAME}, I will investigate and take the appropriate action(s) if I find rule breaking.

Kind regards,

Richard Stephenson
Community Manager

This ticket has been closed and can no longer be replied to.

**Attachments**

**This ticket currently has no attachments.**

# View ticket

# BPR1 - insulting behavior

**You 2018-12-14 11:10:52**

This player used insulting behavior in global chat. He solicited goods by lying to people about the price. He also artificially scams people into paying a higher price than they should.

**Forge of Empires - Customer Support 2018-12-14 11:53:25**

Hello TwoCents,

Thank you for bringing this matter to our attention. We appreciate all players that help the Forge team to keep our game running without rule breakers. {PLAYER_NAME}, I will investigate and take the appropriate action(s) if I find rule breaking.

Kind regards,

Richard Stephenson
Community Manager

This ticket has been closed and can no longer be replied to.

**Attachments**

**This ticket currently has no attachments.**

# View ticket

# Leona the Leopard - insulting behavior

**You 2018-12-14 19:19:26**

This player used insulting behavior in global chat. He solicited goods by lying to people about the price. He also artificially scams people into paying a higher price than they should.

**Forge of Empires - Customer Support 2018-12-14 19:28:25**

Hello TwoCents,

Thank you for bringing this matter to our attention. We appreciate all players that help the Forge team to keep our game running without rule breakers. TwoCents, I will investigate and take the appropriate action(s) if I find rule breaking.

Happy Holidays!

Panacea
Community Manager
Forge of Empires, U.S.

---

This ticket has been closed and can no longer be replied to.

**Attachments**

This ticket currently has no attachments.

# View ticket

# Mudernova - insulting behavior

**You 2018-12-14 13:22:54**

This player used insulting behavior in global chat. He solicited goods by lying to people about the price. He also artificially scams people into paying a higher price than they should.

**Forge of Empires - Customer Support 2018-12-14 19:28:47**

Hello TwoCents,

Thank you for bringing this matter to our attention. We appreciate all players that help the Forge team to keep our game running without rule breakers. TwoCents, I will investigate and take the appropriate action(s) if I find rule breaking.

Happy Holidays!

Panacea
Community Manager
Forge of Empires, U.S.

---

This ticket has been closed and can no longer be replied to.

**Attachments**

**This ticket currently has no attachments.**

# View ticket

# Meatcoin - insulting behavior

**You 2018-12-14 13:15:06**

This player used insulting behavior in global chat. He solicited goods by lying to people about the price. He also artificially scams people into paying a higher price than they should.

**Forge of Empires - Customer Support 2018-12-14 19:29:12**

Hello TwoCents,

Thank you for bringing this matter to our attention. We appreciate all players that help the Forge team to keep our game running without rule breakers. TwoCents, I will investigate and take the appropriate action(s) if I find rule breaking.

Happy Holidays!

Panacea
Community Manager
Forge of Empires, U.S.

---

This ticket has been closed and can no longer be replied to.

## Attachments

This ticket currently has no attachments.

# View ticket

# Derrick the Bold - insulting behavior

### You 2018-12-14 12:34:04

This player used insulting behavior in global chat. He solicited goods by lying to people about the price. He also artificially scams people into paying a higher price than they should.

### Forge of Empires - Customer Support 2018-12-14 19:29:34

Hello TwoCents,

Thank you for bringing this matter to our attention. We appreciate all players that help the Forge team to keep our game running without rule breakers. TwoCents, I will investigate and take the appropriate action(s) if I find rule breaking.

Happy Holidays!

Panacea
Community Manager
Forge of Empires, U.S.

---

This ticket has been closed and can no longer be replied to.

## Attachments

**This ticket currently has no attachments.**

# View ticket

# TwoCents - Sleeping

**You 2018-12-14 10:58:02**

I would like to report myself for sleeping. It is something I've done every night since you informed me it was against your rules. That's at least 3 instances of this terribly insulting behavior that results in 7-day chat bans.

**You 2018-12-14 19:21:33**

Please provide an answer for this ticket that has been in for about 8 hours now without a response.

**Forge of Empires - Customer Support 2018-12-14 19:30:20**

Hello TwoCents,

Please do not file frivolous tickets. Enjoy the game.

Happy Holidays!

Panacea
Community Manager
Forge of Empires, U.S.

---

This ticket has been closed and can no longer be replied to.

## Attachments

This ticket currently has no attachments.

# View ticket

# Christina burris - insulting behavior

Exhibit 10 – Forge of Empires Support Tickets: TwoCents Submitted by Plaintiff Penny Quinteros
Case: 19-CV-1402 RSM - 581

**You 2018-12-14 18:43:17**

This player used insulting behavior in global chat. He solicited goods by lying to people about the price. He also artificially scams people into paying a higher price than they should.

**Forge of Empires - Customer Support 2018-12-14 22:55:03**

Hello TwoCents,

Thank you for bringing this matter to our attention. We appreciate all players that help the Forge team to keep our game running without rule breakers. TwoCents, I will investigate and take the appropriate action(s) if I find rule breaking.

Happy Holidays!

Panacea
Community Manager
Forge of Empires, U.S.

---

This ticket has been closed and can no longer be replied to.

**Attachments**

This ticket currently has no attachments.

# View ticket

# Constance 1794 the Hard - Insulting behavior

**You 2018-12-14 18:58:11**

This player seems to have an alt account labeled constance 1794 the proud.

**Forge of Empires - Customer Support 2018-12-14 22:57:57**

Hello TwoCents,

Thank you for bringing this matter to our attention. We appreciate all players that help the Forge team to keep our game running without rule breakers. TwoCents, I will investigate and take the appropriate action(s) if I find rule breaking.

Happy Holidays!

Panacea
Community Manager
Forge of Empires, U.S.

---

This ticket has been closed and can no longer be replied to.

**Attachments**

This ticket currently has no attachments.

# View ticket

# Aqueia the First - insulting behavior

**You 2018-12-14 19:04:08**

This player used insulting behavior in global chat. He solicited goods by lying to people about the price. He also artificially scams people into paying a higher price than they should.

**Forge of Empires - Customer Support 2018-12-14 22:58:12**

Hello TwoCents,

Thank you for bringing this matter to our attention. We appreciate all players that help the Forge team to keep our game running without rule breakers. TwoCents, I will investigate and take the appropriate action(s) if I find rule breaking.

Happy Holidays!

Panacea
Community Manager
Forge of Empires, U.S.

---

This ticket has been closed and can no longer be replied to.

**Attachments**

**This ticket currently has no attachments.**

# View ticket

# TwoCents - Sleeping

**You 2018-12-14 19:41:22**

This is not a frivolous ticket. I'd like to report myself for sleeping, as that is now against the rules.

**Forge of Empires - Customer Support 2018-12-14 22:59:14**

Hello TwoCents,

Thank you for bringing this matter to our attention. We appreciate all players that help the Forge team to keep our game running without rule breakers. TwoCents, I will investigate and take the appropriate action(s) if I find rule breaking.

Happy Holidays!

Panacea
Community Manager
Forge of Empires, U.S.

---

This ticket has been closed and can no longer be replied to.

**Attachments**

This ticket currently has no attachments.

# View ticket

# Metalboxer94284 - insulting behavior

**You 2018-12-14 18:50:32**

Exhibit 10 – Forge of Empires Support Tickets: TwoCents Submitted by Plaintiff Penny Quinteros
Case: 19-CV-1402 RSM - 584

This player offered to provide me his password. This is a breach of the game rules. He also asked me to log in for him. I do not believe he is aware of the game rules and I informed him of them and that I wouldn't be allowed to log in for him.

**Forge of Empires - Customer Support 2018-12-14 22:59:31**

Hello TwoCents,

Thank you for bringing this matter to our attention. We appreciate all players that help the Forge team to keep our game running without rule breakers. TwoCents, I will investigate and take the appropriate action(s) if I find rule breaking.

Happy Holidays!

Panacea
Community Manager
Forge of Empires, U.S.

---

This ticket has been closed and can no longer be replied to.

**Attachments**

**This ticket currently has no attachments.**

# View ticket

# Bishop200 - insulting behavior

**You 2018-12-14 20:11:14**

This player used insulting behavior in global chat. He solicited goods by lying to people about the price. He also artificially scams people into paying a higher price than they should.

**Forge of Empires - Customer Support 2018-12-14 22:59:47**

Hello TwoCents,

Thank you for bringing this matter to our attention. We appreciate all players that help the Forge team to keep our game running without rule breakers. TwoCents, I will investigate and take the appropriate action(s) if I find rule breaking.

Happy Holidays!

Panacea
Community Manager
Forge of Empires, U.S.

---

This ticket has been closed and can no longer be replied to.

## Attachments

This ticket currently has no attachments.

# View ticket

# JadesDynasty89 - insulting behavior

**You 2018-12-14 21:23:46**

This player used insulting behavior in global chat. He solicited goods by lying to people about the price. He also artificially scams people into paying a higher price than they should.

**Forge of Empires - Customer Support 2018-12-14 23:13:40**

Hello TwoCents,

Thank you for bringing this matter to our attention, we appreciate all players that help the Forge team to keep our game running without rule breakers. I will investigate and take the appropriate action(s) if I find rule breaking.

If this conversation is taking place in chat, please take two steps-
1. Press your right button on your mouse and 'Report' the player. This takes a screenshot of the conversation and reports it directly to a group of moderators who handle these promptly.
2. Right click and press'ignore'. This will take him from your chat screen.

If this conversation is taking place via the messaging system, due to our Privacy Rules we can not look in your Messages.
1. Please left click on the player's name OR left click on the player's avatar photo. This will bring up a menu that has 'Report'. Press the 'Report' button. It brings up a window for your report. This will capture the message and send it directly to the moderators.

No matter which, please do not engage this person in the future. Once reported using the

Exhibit 10 – Forge of Empires Support Tickets: TwoCents Submitted by Plaintiff Penny Quinteros
Case: 19-CV-1402 RSM - 586

REPORT feature, we will be able to act on the report. Thank you.

Kind regards,

Seriak
Co-Community Manager
Forge of Empires, U.S.

---

This ticket has been closed and can no longer be replied to.

**Attachments**

**This ticket currently has no attachments.**

# View ticket

# Please stop closing my tickets without giving me the chance

**You 2018-12-14 09:59:03**

Please stop closing my tickets without giving me the chance to respond

**Forge of Empires - Customer Support 2018-12-14 23:15:59**

Hello TwoCents,

Please do not create more than one ticket per issue. As this is a duplicate, we are closing this ticket. If you wish to pose additional information, please post in the pre-existing ticket. Thank you for your cooperation and enjoy the game.

Kind regards,

Seriak
Co-Community Manager
Forge of Empires, U.S.

**Forge of Empires - Customer Support 2018-12-14 23:27:18**

Hello TwoCents,

If there is a ticket with an issue which needs to be discussed, we certainly will leave the ticket

open for further conversation.  You may be having difficulty locating the open tickets due to the number of tickets you are filing.

Your current open tickets are:
13 Dec, 22:45  Your game-lag caused me to lose a sector
11 Dec, 00:32  Appeal TwoCents

Please do not create more than one ticket per issue. As this is a duplicate, we are closing this ticket. If you wish to pose additional information, please post in the pre-existing ticket. Thank you for your cooperation and enjoy the game.

Happy Holidays!

Panacea
Community Manager
Forge of Empires, U.S.

---

This ticket has been closed and can no longer be replied to.

## Attachments

This ticket currently has no attachments.

# View ticket

# I'm not having difficulty locating the tickets

**You 2018-12-14 23:30:41**

When I stated, that you should stop closing my tickets before I have had a chance to respond, I was speaking of the tickets regarding player-behavior I have filed. You haven't given me the chance to elaborate why each player has committed insulting behavior outside of chat.

**Forge of Empires - Customer Support 2018-12-14 23:41:11**

Hello TwoCents,

There is no need. Once a ticket is filed, we will investigate. If you have information needed, please include it on your initial ticket.

Happy Holidays!

Panacea
Community Manager
Forge of Empires, U.S.

---

This ticket has been closed and can no longer be replied to.

**Attachments**

This ticket currently has no attachments.

# View ticket

# Why are you denying me service

**You 2018-12-14 23:47:15**

You see fit to close all the tickets regarding the game-browser, but you are intentionally ignoring my appeal of the illegal, harassing, ban you have placed on me to deny me service. Don't think that I will go away if you manage to ignore me for seven days. Please respond to it.

**Forge of Empires - Customer Support 2018-12-14 23:58:12**

Hello TwoCents,

Any questions of denial of service should be placed onto your Appeal ban. Please do not create more than one ticket per issue. As this is a duplicate, we are closing this ticket. If you wish to pose additional information, please post in the pre-existing ticket. Thank you for your cooperation and enjoy the game.

Happy Holidays!

Panacea
Community Manager
Forge of Empires, U.S.

---

This ticket has been closed and can no longer be replied to.

**Attachments**

This ticket currently has no attachments.

# View ticket

# Denial of Service 1.3

**You 2018-12-15 00:56:54**

If you would answer my Appeal ticket, I wouldn't have to make new ones.

**Forge of Empires - Customer Support 2018-12-15 01:01:17**

Hello TwoCents,

Please do not create more than one ticket per issue. As this is a duplicate, we are closing this ticket. If you wish to pose additional information, please post in the pre-existing ticket. Thank you for your cooperation and enjoy the game.

Happy Holidays!

Panacea
Community Manager
Forge of Empires, U.S.

This ticket has been closed and can no longer be replied to.

**Attachments**

This ticket currently has no attachments.

# View ticket

# Bartholomeu the GOAT - Insulting behavior 2

**You 2018-12-15 18:01:36**

This player is creating a scam-system that takes advantage of every other player in the game.

**Forge of Empires - Customer Support 2018-12-15 19:25:57**

Hello TwoCents,

Thank you for bringing this matter to our attention. We appreciate all players that help the Forge team to keep our game running without rule breakers. TwoCents, I will investigate and take the appropriate action(s) if I find rule breaking.

Happy Holidays!

Panacea
Community Manager
Forge of Empires, U.S.

---

This ticket has been closed and can no longer be replied to.

**Attachments**

**This ticket currently has no attachments.**

# View ticket

# Enamiccug - insulting behavior 2

**You 2018-12-17 23:38:35**

This player is creating a scam-system that takes advantage of every other player in the game.

**Forge of Empires - Customer Support 2018-12-17 23:45:07**

Hello TwoCents,

Thank you for bringing this matter to our attention. We appreciate all players that help the Forge

team to keep our game running without rule breakers. TwoCents, I will investigate and take the appropriate action(s) if I find rule breaking.

Happy Holidays!

Panacea
Community Manager
Forge of Empires, U.S.

---

This ticket has been closed and can no longer be replied to.

## Attachments

This ticket currently has no attachments.

# View ticket

# The Great Tumbler - Insulting Behavior 2

**You 2018-12-18 02:57:30**

This player is creating a scam-system that takes advantage of every other player in the game.

**Forge of Empires - Customer Support 2018-12-18 06:08:46**

Hello TwoCents,

Thank you for bringing this matter to our attention. We appreciate all players that help the Forge team to keep our game running without rule breakers. {PLAYER_NAME}, I will investigate and take the appropriate action(s) if I find rule breaking.

Kind regards,

Richard Stephenson
Community Manager

---

This ticket has been closed and can no longer be replied to.

## Attachments

This ticket currently has no attachments.

# View ticket

# Parksdad - insulting behavior 2

**You 2018-12-18 02:52:06**

I previously reported this player as having an alt... but it was never investigated or corrected to the best of my knowledge.

**Forge of Empires - Customer Support 2018-12-18 06:08:46**

Hello TwoCents,

Thank you for bringing this matter to our attention. We appreciate all players that help the Forge team to keep our game running without rule breakers. {PLAYER_NAME}, I will investigate and take the appropriate action(s) if I find rule breaking.

Kind regards,

Richard Stephenson
Community Manager

---

This ticket has been closed and can no longer be replied to.

**Attachments**

This ticket currently has no attachments.

# View ticket

# EmpressGina - Insulting Behavior 2

**You 2018-12-18 03:32:21**

This player is creating a scam-system that takes advantage of every other player in the game.

**Forge of Empires - Customer Support 2018-12-18 06:08:47**

Hello TwoCents,

Thank you for bringing this matter to our attention. We appreciate all players that help the Forge team to keep our game running without rule breakers. {PLAYER_NAME}, I will investigate and take the appropriate action(s) if I find rule breaking.

Kind regards,

Richard Stephenson
Community Manager

This ticket has been closed and can no longer be replied to.

**Attachments**

**This ticket currently has no attachments.**

# View ticket

# The Full Monte - Insulting Behavior 2

**You 2018-12-18 03:24:32**

This player is creating a scam-system that takes advantage of every other player in the game.

**Forge of Empires - Customer Support 2018-12-18 06:08:47**

Hello TwoCents,

Thank you for bringing this matter to our attention. We appreciate all players that help the Forge team to keep our game running without rule breakers. {PLAYER_NAME}, I will investigate and take the appropriate action(s) if I find rule breaking.

Kind regards,

Richard Stephenson
Community Manager

This ticket has been closed and can no longer be replied to.

**Attachments**

This ticket currently has no attachments.

# View ticket

# Princess Pomp - insulting behavior 2

**You 2018-12-18 03:03:02**

This player is creating a scam-system that takes advantage of every other player in the game.

**Forge of Empires - Customer Support 2018-12-18 06:08:46**

Hello TwoCents,

Thank you for bringing this matter to our attention. We appreciate all players that help the Forge team to keep our game running without rule breakers. {PLAYER_NAME}, I will investigate and take the appropriate action(s) if I find rule breaking.

Kind regards,

Richard Stephenson
Community Manager

This ticket has been closed and can no longer be replied to.

**Attachments**

This ticket currently has no attachments.

# View ticket

# Hobbit237 - sexuall explicit game tag 2

**You 2018-12-18 02:24:35**

I have previously reported this player for having a sexually explicit game-tag in his guild and nothing was done about it. I am re-reporting him and insisting you remove it.

**Forge of Empires - Customer Support 2018-12-18 06:09:06**

Hello TwoCents,

Thank you for bringing this matter to our attention. We appreciate all players that help the Forge team to keep our game running without rule breakers. {PLAYER_NAME}, I will investigate and take the appropriate action(s) if I find rule breaking.

Kind regards,

Richard Stephenson
Community Manager

---

This ticket has been closed and can no longer be replied to.

**Attachments**

**This ticket currently has no attachments.**

# View ticket

# Longhorn51 - Insulting Behavior 2

**You 2018-12-18 02:19:12**

This player is creating a scam-system that takes advantage of every other player in the game.

**Forge of Empires - Customer Support 2018-12-18 06:09:06**

Hello TwoCents,

Thank you for bringing this matter to our attention. We appreciate all players that help the Forge team to keep our game running without rule breakers. {PLAYER_NAME}, I will investigate and take the appropriate action(s) if I find rule breaking.

Kind regards,

Richard Stephenson
Community Manager

---

This ticket has been closed and can no longer be replied to.

**Attachments**

This ticket currently has no attachments.

# View ticket

# King Koch The Great - Insulting Behavior 2

**You 2018-12-18 02:39:40**

This player is creating a scam-system that takes advantage of every other player in the game.

**Forge of Empires - Customer Support 2018-12-18 06:09:07**

Hello TwoCents,

Thank you for bringing this matter to our attention. We appreciate all players that help the Forge team to keep our game running without rule breakers. {PLAYER_NAME}, I will investigate and take the appropriate action(s) if I find rule breaking.

Kind regards,

Richard Stephenson
Community Manager

---

This ticket has been closed and can no longer be replied to.

**Attachments**

**This ticket currently has no attachments.**

# View ticket

# RogueT1 - Insulting Behavior 2

**You 2018-12-18 02:30:27**

Exhibit 10 – Forge of Empires Support Tickets: TwoCents Submitted by Plaintiff Penny Quinteros
Case: 19-CV-1402 RSM - 597

I have previously reported this player for having a sexually explicit game-tag in his guild and nothing was done about it. I am re-reporting him and insisting you remove it.

**Forge of Empires - Customer Support 2018-12-18 06:09:07**

Hello TwoCents,

Thank you for bringing this matter to our attention. We appreciate all players that help the Forge team to keep our game running without rule breakers. {PLAYER_NAME}, I will investigate and take the appropriate action(s) if I find rule breaking.

Kind regards,

Richard Stephenson
Community Manager

---

This ticket has been closed and can no longer be replied to.

**Attachments**

This ticket currently has no attachments.

# View ticket

# B-Radley Maximus - insulting behavior 2

**You 2018-12-18 01:56:52**

This player is creating a scam-system that takes advantage of every other player in the game.

**Forge of Empires - Customer Support 2018-12-18 06:11:33**

Hello TwoCents,

Thank you for bringing this matter to our attention. We appreciate all players that help the Forge team to keep our game running without rule breakers. {PLAYER_NAME}, I will investigate and take the appropriate action(s) if I find rule breaking.

Kind regards,

Richard Stephenson
Community Manager

---

This ticket has been closed and can no longer be replied to.

**Attachments**

This ticket currently has no attachments.

# View ticket

# SpakyPD - insulting behavior 2

**You 2018-12-18 01:49:25**

This player is creating a scam-system that takes advantage of every other player in the game.

**Forge of Empires - Customer Support 2018-12-18 06:11:33**

Hello TwoCents,

Thank you for bringing this matter to our attention. We appreciate all players that help the Forge team to keep our game running without rule breakers. {PLAYER_NAME}, I will investigate and take the appropriate action(s) if I find rule breaking.

Kind regards,

Richard Stephenson
Community Manager

---

This ticket has been closed and can no longer be replied to.

**Attachments**

This ticket currently has no attachments.

# View ticket

# Zero Hedge - insulting behavior 2

**You 2018-12-18 01:43:48**

This player is creating a scam-system that takes advantage of every other player in the game.

**Forge of Empires - Customer Support 2018-12-18 01:44:49**

Hello TwoCents,

Thank you for bringing this matter to our attention. We appreciate all players that help the Forge team to keep our game running without rule breakers. TwoCents, I will investigate and take the appropriate action(s) if I find rule breaking.

Kind regards,

Poseidon
Ingame Moderator
Forge of Empires, U.S.

**You 2018-12-18 02:27:41**

You're welcome.

**Forge of Empires - Customer Support 2018-12-18 06:11:33**

Hello TwoCents,

Thank you for bringing this matter to our attention. We appreciate all players that help the Forge team to keep our game running without rule breakers. {PLAYER_NAME}, I will investigate and take the appropriate action(s) if I find rule breaking.

Kind regards,

Richard Stephenson
Community Manager

---

This ticket has been closed and can no longer be replied to.

## Attachments

This ticket currently has no attachments.

# View ticket

# Panacea - breaking your own rules

**You 2018-12-18 01:34:53**

You stated on:
11/26/2018 <u>An appeal of all bans on my record</u> - you are ALLOWED to verbally confront any player you wish. YOU ARE NOT allowed to use profanity - I didn't us profanity and you banned me.
10/23/2018 <u>I was told (again) that my behavior was "offensive"</u> - You however, may still not call him insulting NAMES. You MAY however state what happened.
10/30/2018 <u>Moderators abusing support system</u> - Actually we HAVE discussed this. You can not use LABELS such as "scammers, liars, cheats, pedofiles" which insult individual players. You MAY attack guilds with game related information buy you may NOT insult other players. - I refrained from LABELING these players "scammers liars or cheats"
10/31/2018 <u>Moderators abusing support system</u> I do not disagree with your logic: There is nothing "harassing" about these behaviors. It takes a lot of time, effort, and good game-play on my behalf to be able to do them successfully. It's not any different than people going into global chat and asking for friends or guild members. It's community-engagement for a cause... As long as you do not insult another player ('insult' as defined "speak to or treat with disrespect or scornful abuse") then there should not be an issue. – specifically I stated the behaviors "I should be allowed to stop this solicitation [of goods ] by whatever means necessary to stop them from building up their cities thus denying them the ability to better be able to attack me.
You SPECIFICALLY stated that there was nothing harassing about stopping blacklisted's solicitation of goods via whatever means necessary. You clarified this by saying "so long as you do not insult players" You stated by insult you meant using the labels "scammers, liars or cheats" or using profanity. I did neither of those things. You are breaking your own rules. Please ban yourself.

**Forge of Empires - Customer Support 2018-12-18 06:11:33**

Hello TwoCents,

Thank you for bringing this matter to our attention. We appreciate all players that help the Forge team to keep our game running without rule breakers. {PLAYER_NAME}, I will investigate and take the appropriate action(s) if I find rule breaking.

Kind regards,

Richard Stephenson
Community Manager

Exhibit 10 – Forge of Empires Support Tickets: TwoCents Submitted by Plaintiff Penny Quinteros
Case: 19-CV-1402 RSM - 601

This ticket has been closed and can no longer be replied to.

## Attachments

This ticket currently has no attachments.

# View ticket

# Enamiccug - taking advantage of your systems

**You 2018-12-18 00:57:34**

http://prntscr.com/lwchw6
This player is taking advantage of your system-malfunction causing me to be unable to speak in guild chat. Although I've reviewed ALL of your moderators statements, you always keep referring to the ability to speak in GLOBAL chat having been taken away. You state that I'm able to play the rest of the game as-is, but that's not true. You also removed my ability to whisper people and to speak in guild chat which prevents me from rallying defense.
Therefore, because you inappropriately applied a new feature, I'm now asking for 20k of each type of good and 500 troops be returned to EACH player in the House of Innocents. You're inability to understand your own systems has created a hardship for my guild.

**Forge of Empires - Customer Support 2018-12-18 06:11:33**

Hello TwoCents,

Thank you for bringing this matter to our attention. We appreciate all players that help the Forge team to keep our game running without rule breakers. {PLAYER_NAME}, I will investigate and take the appropriate action(s) if I find rule breaking.

Kind regards,

Richard Stephenson
Community Manager

---

This ticket has been closed and can no longer be replied to.

## Attachments

This ticket currently has no attachments.

# View ticket

# ChacheMaster - insulting behavior 2

**You 2018-12-18 00:51:56**

This player is creating a scam-system that takes advantage of every other player in the game.

**Forge of Empires - Customer Support 2018-12-18 06:11:33**

Hello TwoCents,

Thank you for bringing this matter to our attention. We appreciate all players that help the Forge team to keep our game running without rule breakers. {PLAYER_NAME}, I will investigate and take the appropriate action(s) if I find rule breaking.

Kind regards,

Richard Stephenson
Community Manager

_____

This ticket has been closed and can no longer be replied to.

**Attachments**

This ticket currently has no attachments.

# View ticket

# Dem4oy - insulting behavior 2

**You 2018-12-17 23:56:26**

This player is creating a scam-system that takes advantage of every other player in the game.

**Forge of Empires - Customer Support 2018-12-18 06:11:33**

Hello TwoCents,

Thank you for bringing this matter to our attention. We appreciate all players that help the Forge team to keep our game running without rule breakers. {PLAYER_NAME}, I will investigate and take the appropriate action(s) if I find rule breaking.

Kind regards,

Richard Stephenson
Community Manager

---

This ticket has been closed and can no longer be replied to.

**Attachments**

This ticket currently has no attachments.

# View ticket

# Still Banned - Past Timeframe

**You 2018-12-19 00:02:54**

Do you have an answer as to why I'm still banned even though my time-frame should've been over last night?!

**Forge of Empires - Customer Support 2018-12-19 00:41:30**

Hello TwoCents,

Please do not create more than one ticket per issue. As this is a duplicate, we are closing this ticket. If you wish to pose additional information, please post in the pre-existing ticket. Thank you for your cooperation and enjoy the game.

Happy Holidays!

Panacea
Community Manager
Forge of Empires, U.S.

This ticket has been closed and can no longer be replied to.

**Attachments**

This ticket currently has no attachments.

# View ticket

# N1ght Fury 2 - insulting behavior in global chat

**You 2018-12-19 02:04:47**

I have already reported this behavior, but just so you are aware, this player insulting me by asking if I was drunk and saying I was an idiot.

**Forge of Empires - Customer Support 2018-12-19 02:09:23**

Hello TwoCents,

Thank you for bringing this matter to our attention. We appreciate all players that help the Forge team to keep our game running without rule breakers. TwoCents, I will investigate and take the appropriate action(s) if I find rule breaking.

Happy Holidays!

Panacea
Community Manager
Forge of Empires, U.S.

This ticket has been closed and can no longer be replied to.

**Attachments**

This ticket currently has no attachments.

# View ticket

# Denial of Service 1.4

**You 2018-12-19 02:18:42**

I am being denied equal access to service in your game. Could you please explain why?

**Forge of Empires - Customer Support 2018-12-19 02:21:45**

Hello TwoCents,

Please do not create more than one ticket per issue. As this is a duplicate, we are closing this ticket. If you wish to pose additional information, please post in the pre-existing ticket. Thank you for your cooperation and enjoy the game.

Happy Holidays!

Panacea
Community Manager
Forge of Empires, U.S.

---

This ticket has been closed and can no longer be replied to.

**Attachments**

**This ticket currently has no attachments.**

# View ticket

# Denial of Service 1.8

**You 2018-12-19 02:48:40**

https://www.youtube.com/watch?v=IkdmOVejUlI

**Forge of Empires - Customer Support 2018-12-19 02:59:48**

Hello TwoCents,

Exhibit 10 – Forge of Empires Support Tickets: TwoCents Submitted by Plaintiff Penny Quinteros
Case: 19-CV-1402 RSM - 606

Please do not create more than one ticket per issue. As this is a duplicate, we are closing this ticket. If you wish to pose additional information, please post in the pre-existing ticket. Thank you for your cooperation and enjoy the game.

Happy Holidays!

Panacea
Community Manager
Forge of Empires, U.S.

---

This ticket has been closed and can no longer be replied to.

**Attachments**

This ticket currently has no attachments.

# View ticket

# A Metaphor for your consideration

**You 2018-12-19 02:53:40**

https://www.youtube.com/watch?v=e7xDVKj1ubg

**Forge of Empires - Customer Support 2018-12-19 03:00:20**

Hello TwoCents,

Please do not create more than one ticket per issue. As this is a duplicate, we are closing this ticket. If you wish to pose additional information, please post in the pre-existing ticket. Thank you for your cooperation and enjoy the game.

Happy Holidays!

Panacea
Community Manager
Forge of Empires, U.S.

---

This ticket has been closed and can no longer be replied to.

**Attachments**

**This ticket currently has no attachments.**

# View ticket

# Denial of Service 1.7

**You 2018-12-19 02:36:57**

I am being denied equal access to service in your game. Could you please explain why?

**Forge of Empires - Customer Support 2018-12-19 03:00:45**

Hello TwoCents,

Please do not create more than one ticket per issue. As this is a duplicate, we are closing this ticket. If you wish to pose additional information, please post in the pre-existing ticket. Thank you for your cooperation and enjoy the game.

Happy Holidays!

Panacea
Community Manager
Forge of Empires, U.S.

---

This ticket has been closed and can no longer be replied to.

**Attachments**

This ticket currently has no attachments.

# View ticket

# Denial of Service 1.6

**You 2018-12-19 02:31:55**

Why are you denying me equal-access to your support system? You refuse to answer my messages, yet you seem to be johnny-on-the-spot when it comes to being able to ban me.

**Forge of Empires - Customer Support 2018-12-19 03:01:13**

Hello TwoCents,

Please do not create more than one ticket per issue. As this is a duplicate, we are closing this ticket. If you wish to pose additional information, please post in the pre-existing ticket. Thank you for your cooperation and enjoy the game.

Happy Holidays!

Panacea
Community Manager
Forge of Empires, U.S.

---

This ticket has been closed and can no longer be replied to.

**Attachments**

**This ticket currently has no attachments.**

# View ticket

# Denial of Service 1.5

**You 2018-12-19 02:25:29**

Why are you denying me service?

**Forge of Empires - Customer Support 2018-12-19 03:01:44**

Hello TwoCents,

Please do not create more than one ticket per issue. As this is a duplicate, we are closing this ticket. If you wish to pose additional information, please post in the pre-existing ticket. Thank you for your cooperation and enjoy the game.

Happy Holidays!

Panacea
Community Manager
Forge of Empires, U.S.

---

This ticket has been closed and can no longer be replied to.

**Attachments**

**This ticket currently has no attachments.**

# View ticket

# Denial of Service 1.9

**You 2018-12-19 03:09:22**

Please read again - this isn't a duplicate ticket. I am asking why I am being denied equal access to your SUPPORT SERVICE!

**Forge of Empires - Customer Support 2018-12-19 03:26:06**

Hello TwoCents,

Please do not create more than one ticket per issue. As this is a duplicate, we are closing this ticket. If you wish to pose additional information, please post in the pre-existing ticket. Thank you for your cooperation and enjoy the game.

Happy Holidays!

Panacea
Community Manager
Forge of Empires, U.S.

---

This ticket has been closed and can no longer be replied to.

**Attachments**

This ticket currently has no attachments.

# View ticket

# Geo Durden - insultign behavior

**You 2018-12-19 03:21:08**

This player is creating a scam-system that takes advantage of every other player in the game.

**Forge of Empires - Customer Support 2018-12-19 03:29:49**

Hello TwoCents,

Thank you for bringing this matter to our attention. We appreciate all players that help the Forge team to keep our game running without rule breakers. TwoCents, I will investigate and take the appropriate action(s) if I find rule breaking.

Happy Holidays!

Panacea
Community Manager
Forge of Empires, U.S.

---

This ticket has been closed and can no longer be replied to.

## Attachments

This ticket currently has no attachments.

# View ticket

# Scio11 - Insulting Behavior 1.2

**You 2018-12-19 03:31:15**

Exhibit 10 – Forge of Empires Support Tickets: TwoCents Submitted by Plaintiff Penny Quinteros
Case: 19-CV-1402 RSM - 611

This player is creating a scam-system that takes advantage of every other player in the game.

**Forge of Empires - Customer Support 2018-12-19 03:35:33**

Hello TwoCents,

Thank you for bringing this matter to our attention. We appreciate all players that help the Forge team to keep our game running without rule breakers. TwoCents, I will investigate and take the appropriate action(s) if I find rule breaking.

Happy Holidays!

Panacea
Community Manager
Forge of Empires, U.S.

---

This ticket has been closed and can no longer be replied to.

**Attachments**

This ticket currently has no attachments.

# View ticket

# Professor Kills

**You 2018-12-19 03:41:55**

This player has a real-life aggressive name. It is threatening.

**Forge of Empires - Customer Support 2018-12-19 03:45:18**

Hello TwoCents,

Thank you for bringing this matter to our attention. We appreciate all players that help the Forge team to keep our game running without rule breakers. TwoCents, I will investigate and take the appropriate action(s) if I find rule breaking.

Happy Holidays!

Panacea
Community Manager
Forge of Empires, U.S.

---

This ticket has been closed and can no longer be replied to.

## Attachments

This ticket currently has no attachments.

# View ticket

# Stello the Marshmellow - Insulting Behavior 2

### You 2018-12-19 04:12:15

This player is creating a scam-system that takes advantage of every other player in the game.

### Forge of Empires - Customer Support 2018-12-19 04:29:22

Hello TwoCents,

Thank you for bringing this matter to our attention. We appreciate all players that help the Forge team to keep our game running without rule breakers. TwoCents, I will investigate and take the appropriate action(s) if I find rule breaking.

Happy Holidays!

Panacea
Community Manager
Forge of Empires, U.S.

---

This ticket has been closed and can no longer be replied to.

## Attachments

**This ticket currently has no attachments.**

# View ticket

# Layla17 - Insulting Behavior 2

**You 2018-12-19 04:02:42**

This player is creating a scam-system that takes advantage of every other player in the game.

**Forge of Empires - Customer Support 2018-12-19 04:31:55**

Hello TwoCents,

Thank you for bringing this matter to our attention. We appreciate all players that help the Forge team to keep our game running without rule breakers. TwoCents, I will investigate and take the appropriate action(s) if I find rule breaking.

Happy Holidays!

Panacea
Community Manager
Forge of Empires, U.S.

---

This ticket has been closed and can no longer be replied to.

**Attachments**

**This ticket currently has no attachments.**

# View ticket

# Parksfather - alts parksdad

**You 2018-12-19 03:48:26**

These players are alts.

**Forge of Empires - Customer Support 2018-12-19 04:32:39**

Hello TwoCents,

Thank you for bringing this matter to our attention. We appreciate all players that help the Forge team to keep our game running without rule breakers. TwoCents, I will investigate and take the appropriate action(s) if I find rule breaking.

Happy Holidays!

Panacea
Community Manager
Forge of Empires, U.S.

---

This ticket has been closed and can no longer be replied to.

**Attachments**

**This ticket currently has no attachments.**

# View ticket

# Enamiccug - insulting behavior !!!!

**You 2018-12-20 00:27:40**

http://prntscr.com/lxajmr
I reported this player earlier for this comment, so you can verify it's accuracy, but I want to make sure it is brought SPECIFICALLY to your attention. I have not now, nor have I ever made death threats to him in Forge of Empires. This is a total bogus lie and is very insulting (much worse than saying they're cheating players on in-game goods purchases).

**Forge of Empires - Customer Support 2018-12-20 09:05:28**

Hello TwoCents,

Whereas "death threats" may not be the correct term, you did tell them you hoped they (or a member of Y) would kill themself and die. That may be the reference. However, Thank you for bringing this matter to our attention. We appreciate all players that help the Forge team to keep our game running without rule breakers. TwoCents, I will investigate and take the appropriate action(s) if I find rule breaking.

Happy Holidays!

Panacea
Community Manager
Forge of Empires, U.S.

**You 2018-12-20 15:31:38**

They're different though aren't they? Telling a person to off themselves for the benefit of humanity and offering to do it myself are very very different. And why assume he's making a reference to one thing when he specifically said something else? Lastly... in your answer to me you said it didn't matter if my claims were true - therefore it doesn't matter if his claims have truth. They are insulting.

**Forge of Empires - Customer Support 2018-12-20 15:49:01**

Hello TwoCents,

Thank you for bringing this matter to our attention. We appreciate all players that help the Forge team to keep our game running without rule breakers. TwoCents, I will investigate and take the appropriate action(s) if I find rule breaking.

Happy Holidays!

Panacea
Community Manager
Forge of Empires, U.S.

---

This ticket has been closed and can no longer be replied to.

**Attachments**

This ticket currently has no attachments.

# View ticket

# Please answer my tickets

**You 2018-12-21 18:27:36**

Exhibit 10 – Forge of Empires Support Tickets: TwoCents Submitted by Plaintiff Penny Quinteros
Case: 19-CV-1402 RSM - 616

It's going on another full day and you haven't answered my tickets again... the ban appeal(s) one is past a week and you still haven't given me an answer what it was for. The other you haven't explained how typing independent messages is spamming. Please answer.

**Forge of Empires - Customer Support 2018-12-21 20:43:00**

Hello TwoCents,

Please do not create more than one ticket per issue. As this is a duplicate, we are closing this ticket. If you wish to pose additional information, please post in the pre-existing ticket. Thank you for your cooperation and enjoy the game.

Happy Holidays!

Panacea
Community Manager
Forge of Empires, U.S.

---

This ticket has been closed and can no longer be replied to.

## Attachments

This ticket currently has no attachments.

# View ticket

# Ban in Yorktown Chat

**Forge of Empires - Customer Support 2018-12-19 02:15:18**

Hello TwoCents,

When you receive a report about being punished it means one or more messages were reported as being in violation of the Communications Rules. Usually this is because you have sent profanity, personal insults or otherwise offensive content through either the message or chat system.

RULE VIOLATION: Spamming Yorktown Chat

- 01:40: TwoCents: Attention global players:

Exhibit 10 – Forge of Empires Support Tickets: TwoCents Submitted by Plaintiff Penny Quinteros
Case: 19-CV-1402 RSM - 617

- 01:40: TwoCents: Please be aware of a scheme against the community perpetrated by some of the highest ranking members of this world
- 01:40: TwoCents: they have created a yo-yo scam in their goods-transactions
- 01:40: TwoCents: wherein they sell goods for one price, then refuse to give them to you until you pay more
- 01:41: TwoCents: additionally they are hurting the economy of Yorkton by price-fixing
- 01:41: TwoCents: which means we all pay higher goods whether we are buying form these players or not.
- 01:41: TwoCents: End of Message
- 01:45: TwoCents: Attention players, there is a conspiracy of players who think it is cool and fun to bully other players
- 01:46: TwoCents: they think because they are able to buy diamonds, they can and should get to hold everyone else back
- 01:46: TwoCents: thereby increasing their city-power that much further
- 01:46: TwoCents: do not listen to those who would tell you otherwise
- 01:46: TwoCents: these credit-card-cowboys think to create a plutocracy
- 01:47: TwoCents: it is not acceptable here or anywhere
- 01:47: TwoCents: if players like Qwantus tell you otherwise, ignore him
- 01:47: TwoCents: he is a mouthpiece for the conspirators
- 01:47: TwoCents: Plutocracies are the most vulgar form of tyranny
- 01:48: TwoCents: Do not buy goods from those who would try to cheat you of forge points
- 01:48: TwoCents: Do not buy goods from those who would try to manipulate prices in this game
- 01:48: TwoCents: Attention community there is a scam targetting you and your forge points being perpetrated by the highest ranking members
- 01:49: TwoCents: of this world
- 01:49: TwoCents: Do not facilitate such vile practices
- 01:49: TwoCents: They use the power your forgepoints give them to take advantage of other players
- 01:49: TwoCents: Do not help these players grow their cities so that they may scam other players
- 01:50: TwoCents: Enough is enough
- 01:50: TwoCents: do not tolerate this sort of underhanded game-play
- 01:50: TwoCents: Do not buy goods from these players
- 01:50: TwoCents: do not listen to their lies

- 01:51: TwoCents: if you do not know what a plutocracy it is where the wealthy rule by virtue of owning everything
- 01:51: TwoCents: do not trust the credit-card-cowboys
- 01:51: TwoCents: they do not have your best interests at heart
- 01:52: TwoCents: their sole focus is taking advantage of you so that they may grown their own city's power and wealth and then take advantage
- 01:52: TwoCents: of other players
- 01:52: TwoCents: If you buy goods from them, you will be assisting them in doing so
- 01:53: TwoCents: you will be helping to take advantage of the people in our society who need the most protection
- 01:53: TwoCents: Do not buy goods from the people conspiring to rig the system
- 01:53: TwoCents: It is not to your benefit, it is not to anyone's benefit except theirs
- 01:55: TwoCents: Attention global world, do not listen to the mouthpiece of the conspirators
- 01:55: TwoCents: he is not telling you accurate information
- 01:55: TwoCents: players are attempting to grow their own cities on your backs and the backs of your fellow non-diamond-spending players
- 01:56: TwoCents: They purposefully bought their way to the top JUST to take advantage of others who couldn't
- 01:57: TwoCents: Do not buy goods from players who are trying to take advantage of you and others

This ban is for 24 hours. Please review the GAME RULES to ensure you do not violate them again. Your ban is not subject to appeal and will remain in effect until the ban expires.

Panacea
Community Manager
Forge of Empires, U.S.

### You 2018-12-19 02:15:56

I dont' see anything there that breaks your rules. Could you please explain?

### You 2018-12-19 02:16:57

I still don't see anything there that violates any of your game rules. Could you please explain?

### Forge of Empires - Customer Support 2018-12-19 02:19:39

Hello TwoCents,

Seventeen minutes of spamming Global Chat. This is not allowed.

**Game Rule:  Spamming other players with in-game mails or chat messages is abusive and will not be tolerated.**

Panacea
Community Manager
Forge of Empires, U.S.

### You 2018-12-19 02:19:43

Your rules specifically state that spamming is: Using only capital letters, or spamming the same message repeatedly in the chat room is not
permitted as it is poor chat etiquette - I haven't spammed the same message repeatedly. I just type fast.

### You 2018-12-19 02:20:22

It's not my fault I type 150wpm... tell the other players to keep up.

### You 2018-12-19 02:21:38

and besides, there were pauses and other players talking in there. I mean... I had to pause to write the reports of the other players insulting me. You are aware that I did that... so how can pausing, coming out of the game, going back into the game be considered spamming?

### You 2018-12-19 02:22:56

Do you ban other players for typing messages - individually crafted and unique - in global chat at the speed they are accustom to?

### You 2018-12-19 02:24:51

You already banned me for an extra 26 hours anyway, on top of the "7 day" illegitimate ban that you still do not explain, so you can remove the chat-ban now. I've already served that time.

### You 2018-12-19 02:30:58

There are only 2.4 messages a minute there.. Your game system allows messages every 2 seconds. I'm 12.5 times over again within the acceptable limits.

### You 2018-12-19 02:33:54

Excuse me, where did you go? Why are you not answering?

**You 2018-12-19 02:39:39**

See... this is part of the problem right here. You not only deny me equal access to the game, you are denying me equal access to your support services. You are purposefully ignoring my questions so that you can "wait out" the ban-time.

**You 2018-12-19 03:03:08**

You have time to close tickets but not answer them?

**You 2018-12-19 03:38:30**

You can answer every other ticket but not this one?

**You 2018-12-19 16:22:43**

Please respond, you haven't established why you think I was spamming

**You 2018-12-19 20:42:18**

Please respond so I may begin my appeal of this ban. Your rules state that I am allowed to appeal and by not telling me what the ban is for you're denying me equal access to the support system and the game.

**Forge of Empires - Customer Support 2018-12-19 23:42:12**

Hello TwoCents,

You have been given all information. Spamming a channel with the same information over and over is not acceptable.  Seventeen minutes of spamming Global Chat. This is not allowed.

Game Rule:  Spamming other players with in-game mails or chat messages is abusive and will not be tolerated.


Happy Holidays!

Panacea
Community Manager
Forge of Empires, U.S.

**You 2018-12-20 00:18:22**

Actually your rules state "spamming the same message," not giving the same information. I don't see how that's spamming at all...

### You 2018-12-20 00:19:03

By your definition... a person who goes in there and has a conversation for 2 hours has spammed global chat for 2 hours...

### You 2018-12-20 15:33:29

You failed to answer my question... how can typing fast be spamming when it doesn't fit the definition anywhere?

### You 2018-12-20 15:59:11

I don't see an answer to my appeal yet.

### Forge of Empires - Customer Support 2018-12-21 20:45:17

Hello TwoCents,

Saying the same thing over and over for a full 20+ minutes is spamming our Global Chat and will not be tolerated.  Your ban is concluded and this ticket is now complete.  Enjoy the game.

Happy Holidays!

Panacea
Community Manager
Forge of Empires, U.S.

### You 2018-12-21 20:52:10

I disagree, I didn't say the same thing over and over. I said similar things to different people.

### Forge of Empires - Customer Support 2018-12-21 20:53:58

Hello TwoCents,

As the Game Rules state: The Community Management of the US version of Forge of Empires are the final arbiters of any rules dispute. Their interpretation of these rules is final.

This ticket is concluded.

Exhibit 10 – Forge of Empires Support Tickets: TwoCents Submitted by Plaintiff Penny Quinteros
Case: 19-CV-1402 RSM - 622

Happy Holidays!

Panacea
Community Manager
Forge of Empires, U.S.

**You 2018-12-21 20:56:00**

Yes, but your your rules also state that spamming is exemplified by: Using only capital letters, or spamming the same message repeatedly in the chat room is not permitted as it is poor chat etiquette.

So it's pretty hard to interpret what I did as the above unless you're just making things up.

---

This ticket has been closed and can no longer be replied to.

## Attachments

This ticket currently has no attachments.

# View ticket

# My illegal and inappropriate ban has expired

**You 2018-12-20 02:23:21**

My illegal discrimination and denial of service has expired. Why am I still being refused service by not being able to type in chat (global, guild, or otherwise). I lost 1 sector tonight because of being unable to type in guild chat and had to release two others. Please place the 1,000 of each type of CA good in my guild's treasury along with 300 troops distributed among my fighters as recompense.

**You 2018-12-20 05:46:02**

Still waiting

**Forge of Empires - Customer Support 2018-12-20 09:09:59**

Hello TwoCents,

The account is now unbanned and will be monitored for compliance. Abide by the rules and enjoy the game. CLICK HERE to review the Game Rules

Happy Holidays!

Panacea
Community Manager
Forge of Empires, U.S.

**You 2018-12-20 15:28:50**

You specifically told me previously that you cannot take action unless a player is reported. Are you now saying you're breaking that previous statement and are "watching" me specifically?

**Forge of Empires - Customer Support 2018-12-20 15:30:31**

Hello TwoCents,

All accounts are monitored for compliance.  Enjoy the game.

Happy Holidays!

Panacea
Community Manager
Forge of Empires, U.S.

**You 2018-12-20 15:32:37**

I'm asking about the method of your monitoring MY account differently than OTHER accounts. Did someone REPORT me for spamming chat?

**Forge of Empires - Customer Support 2018-12-20 15:50:47**

Hello TwoCents,

There are multiple ways of monitoring an account. Reports are certainly one way of doing this.  All accounts are monitored for compliance.  Enjoy the game.

Happy Holidays!

Panacea
Community Manager
Forge of Empires, U.S.

**You 2018-12-20 15:56:04**

That's not what you said before. When I told you that someone was sending around a photo of me.... you SPECIFICALLY said if they do not get reported, you cannot do anything.

**You 2018-12-20 15:57:03**

Plus you banned me for 7 EXTRA hours this last night, and 26 EXTRA hours the night before. What are these EXTRA denial of services for?

**Forge of Empires - Customer Support 2018-12-21 20:56:06**

Hello TwoCents,

Please do not create more than one ticket per issue. As this is a duplicate, we are closing this ticket. If you wish to pose additional information, please post in the pre-existing ticket. Thank you for your cooperation and enjoy the game.

Happy Holidays!

Panacea
Community Manager
Forge of Empires, U.S.

This ticket has been closed and can no longer be replied to.

**Attachments**

This ticket currently has no attachments.

# View ticket

# Appeal TwoCents

**You 2018-12-21 21:10:04**

TwoCents 2018-12-11 00:32:45
What was I banned for? I didn't do anything against the rules.
TwoCents 2018-12-11 00:36:59
Pardon, I'll continue this appeal ban in a separate thread with a new title so I can keep track of it on my spreadsheet easier. It automatically puts "Appeal TwoCents" as the title otherwise.
Forge of Empires - Customer Support 2018-12-11 00:44:38
Hello TwoCents,

Exhibit 10 – Forge of Empires Support Tickets: TwoCents Submitted by Plaintiff Penny Quinteros
Case: 19-CV-1402 RSM - 625

When you receive a report about being punished it means one or more messages were reported as being in violation of the Communications Rules. Usually this is because you have sent profanity, personal insults or otherwise offensive content through either the message or chat system.

Chat Rule Violation: real-life aggression You encouraged another player(s) to slit their wrists

Please review the GAME RULES to ensure you do not violate them again. Your ban is not subject to appeal and will remain in effect until the ban expires.

Happy Holidays!

Panacea
Community Manager
Forge of Empires, U.S.

TwoCents 2018-12-11 00:45:14
I was already warned for that behavior and I did not encourage or repeat it, just simply said I wasn't sorry for it.
TwoCents 2018-12-11 00:45:50
and I explained what happened. You can't double-punish me for it now. You already punished me for it!
TwoCents 2018-12-11 00:46:23
Please don't close my other ticket. I keep all these bans on a spreadsheet. If they all say "appeal twocents" it gets confusing.
TwoCents 2018-12-11 00:47:27
You found my behavior to be "offensive" and I'm appealing. - you punished me for that behavior in that thread. I didn't repeat it or bring it up again. So I don't see why I should be banned for it.
TwoCents 2018-12-11 00:48:41
What you should be doing is banning the player who posted the link to said material. Instead of me.
TwoCents 2018-12-11 00:49:28
https://support.innogames.com/t12765172

explain to me, where I said TODAY that someone should slit their wrists.
Forge of Empires - Customer Support 2018-12-11 00:52:48
Hello TwoCents,

I'm trying to locate where you were banned for this previously. When you've had 13 ban appeals in this year alone, it gets confusing. I will unban the account but enough is enough. You continue to slander your fellow players, they continue to slander you. No more "^^steals fps and lies and cheats" and I'll hold you all to the same standard. Its going to be a new year and we should go into it with a clean slate.

The account is now unbanned and will be monitored for compliance. Abide by the rules and enjoy the game. CLICK HERE to review the Game Rules

Exhibit 10 – Forge of Empires Support Tickets: TwoCents Submitted by Plaintiff Penny Quinteros
Case: 19-CV-1402 RSM - 626

Happy Holidays!

Panacea
Community Manager
Forge of Empires, U.S.

TwoCents 2018-12-11 00:53:53
I was never banned for this at all. It's what I received my first WARNING for in Yorkton. The title of the thread is:
You found my behavior to be "offensive" and I'm appealing.
TwoCents 2018-12-11 00:56:12
You told me previously, that selling goods was a game activity. If they feel free to sell their goods in global chat, I should be free to DISPUTE said selling. You specifically told me on this subject, "I don't disagree". I'm not SLANDERING anyone. THEY DO everything I've said they've done. They just today got a player kicked out of his guild as retaliation for coming forward to say that he had, indeed, been cheated by blacklisted. I have several other players messaging me thanking me for my help pointing out this issue. THEY PRICE FIX, which is, in of itself scamming and which all of the blacklisted players are COMPLICIT IN. It's only fair and reasonable that I point it out.
TwoCents 2018-12-11 00:59:14
If they don't like it, they are free to disagree with me. I am referring to their in-game activity and that is allowed under the rules using appropriate language. I am referring only to their actions and not the player themselves.
They could for example say: I am an honest player with a good reputation

What they can't do is make up photoshopped screenshots of me threatening to "kill everyone" or whatever it said. That in itself is posting a link to real-life-aggressive behavior and is against the rules.
TwoCents 2018-12-11 01:03:14
Panacea - these diamond spending yahoos think they own the game and everyone in it. Someone has to stand up for the regular old joes. I'm the only one with enough tenacity and grit to do so. Please, please don't shut me down.
Forge of Empires - Customer Support 2018-12-11 01:03:40
Hello TwoCents,

However, situations change. In this case, you have MORE than made your point and your fellow players disagree with your assessment and feel you are insulting them. When a situation continues, then we must find ways to deescalate. In this case, we will no longer allow either party to continue to insult the other party. If these players "Price Fix", the other players will figure this out and no longer trade. It is not up to you to be the warning label. No further insulting of the blacklisted players and they will not be allowed to continue to insult you.

The account was banned for 24 hours and after your appeal, I have unbanned it. You were warned on 2018-10-18 22:46:19, 2018-10-21 23:24:24, and 2018-11-14 12:59:07. The account is now unbanned and will be monitored for compliance. Abide by the rules and enjoy the game.

CLICK HERE to review the Game Rules

Happy Holidays!

Panacea
Community Manager
Forge of Empires, U.S.


TwoCents 2018-12-11 01:05:45
I mean like I pointed out over and over and over today. I hit them with a logical argument... you shouldn't be trusted because your guild has a history of cheating people.

And they respond with... "you're crazing, you're insane, you're posting death-threats, you're a bad mother and women shouldn't play video games,"

and you're banning ME?!
TwoCents 2018-12-11 01:06:40
No, I don't agree to this.
TwoCents 2018-12-11 01:09:42
The incident on the 14th had nothing whatsoever to do with global chat, and the incident on the 21st was because I used the word "cheater"... these aren't big issues. If you would clearly tell me what I can and cannot say they wouldn't have happened. I didn't realize that telling a person who cheats, "you are a cheater" was at all against the rules until you told me so. And I also often banter back and forth using profanity in private messages assuming it's equally-tolerated and used by the other party. I don't think either of those things should've received a warning. AND even if they deserved a warning, they shouldn't escalate to a ban. They simply weren't that big of a deal.
TwoCents 2018-12-11 01:11:00
If my fellow players feel that I am insulting them, perhaps they should go back to 5th grade English class and learn the difference between a noun and a verb.
TwoCents 2018-12-11 01:16:48
So... if we should also "go into this with a clean slate" are you also going to ask the players to give back all the tiles they took in GvG as retaliation from myself and other players who got cheated? Are you going to ask these diamond spending yahoos to stop belligerently badgering my guild with 30 sieges at a time because they have the goods (from cheating other players) to do so? Are you going to ask them to stop placing spies (alts) in my guild, so that I could, potentially move from my PC to my upstairs browser (which took all of 6 minutes) when I'm feeling sick and in pain without getting attacked and losing 6 sectors?

Propaganda is an acceptable means of warfare Panacea, it has a long historical tradition and frankly, outting their goods-selling-cheating practices is pretty much the only thing left to me, since I have NO WAY to compete otherwise.
Forge of Empires - Customer Support 2018-12-11 01:17:16
Hello TwoCents,

As I've said, enough is enough. You have been informed of how I will enforce the rules from this

point forward.

I listened to your appeal and unbanned the account. Observe the Game Rules and abide by them.

Enjoy the game.

Happy Holidays!

Panacea
Community Manager
Forge of Empires, U.S.

TwoCents 2018-12-11 01:26:28
I don't think you've listened AT ALL. I'm not DOING anything wrong. And if Blacklisted wants to manufacture insult to get me banned. Too bad for them. They just started attacking me, out of the blue, yesterday. They didn't have to do that. They could've "made peace" but they didn't. All you're doing in handcuffing me. I mean, for Christ's sake, Enam put an fp on the last level of my arc just to prove he could "stick it in me" - said via Discord so I didn't report the conversation -
TwoCents 2018-12-11 01:30:54
They think they can get away with: calling me crazy, calling me a bad mother, photoshopping incidents of me, putting alts in my guild, paying people real $ to make alts for them, selling goods for one price, then after you have your fps in, raising the price. Price Fixing, and then of course let's not forget, retaliating against people who point out said behavior. And oh yeah... using you as a tool to oppress my voice.
TwoCents 2018-12-11 01:41:24
I mean please, look at this again. Look at the precedent you're setting. Anyone who calls people a "noob" or says "your city streets are crooked," or laughs at a person for building a Colosseum can now be banned because the other player "felt insulted?" We're talking about IN-GAME behavior! I'm restricting my comments to their IN-GAME behavior. I'm not saying they're cheating on their wives. I'm not saying they lied on their taxes. I'm talking about them going into global chat to solicit goods-buyers.
TwoCents 2018-12-11 01:44:48
They want to keep their GvG worlds, and their goods-selling-racketeering worlds separate. As if they can just go around cheating people without it getting mud on their boots. My goal is to make those worlds collide. It's not against the rules. At all, in any fashion. It's NEVER been against the rules. You are making up new rules as you go and it's simply not fair. You're giving them unfair protection that they don't need and really don't deserve.
TwoCents 2018-12-11 01:46:33
As you told me in J-world. That's what the ignore button is for. If they don't like what I'm saying, they can always just ignore me...
TwoCents 2018-12-11 01:59:41
If you do this, are you going to ban everyone in J world? And I do mean pretty much everyone. Everyone who says I have alts? Everyone who says I'm a man, or a "tranny." Anyone who brings up the fact I ever sent out a picture? Anyone who says I'm rude, mean, nasty, sad, crazy, lonely, need a hug, psycho, et al?
TwoCents 2018-12-11 02:01:11

Exhibit 10 – Forge of Empires Support Tickets: TwoCents Submitted by Plaintiff Penny Quinteros
Case: 19-CV-1402 RSM - 629

Anyone who says, "I'm going to harass you out of the game by attacking every guild you're in and every guild you will be in"...
TwoCents 2018-12-11 02:14:18
I mean, you didn't bend the rules for me when people were saying that I was cheating the game. http://prntscr.com/ltebeh
Forge of Empires - Customer Support 2018-12-11 07:32:25
Hello TwoCents,

Once more for good measure- enough is enough. You have been informed of how we will enforce the rules from this point forward.

We've listened to your appeal and unbanned the account. Observe the Game Rules and abide by them.

Enjoy the game.

Happy Holidays!

Panacea
Community Manager
Forge of Empires, U.S.


TwoCents 2018-12-11 11:34:34
You let me get harassed for THREE YEARS for outside of game issues, and those pansies complain they have hurt-feelings over IN-GAME issues and you suddenly change the rules?!!!!!!!? You are a monster!
TwoCents 2018-12-11 12:03:27
I have played this game for SIX F'ING YEARS! MY KIDS HAVE PLAYED SINCE THEY WERE 5 YEARS OLD! MY HUSBAND PLAYS, MY BROTHER IN LAW, MY NEPHEW, ALL MY FRIENDS. You will have to ban me. This isn't against the rules and I'm not letting you put special rules up just for me to continue your discrimination of me. Your "buddies" from blacklisted don't need nor deserve your protection. SO F'ING BAN ME!

http://prntscr.com/ltmyqu
TwoCents 2018-12-11 12:27:22
Ban me, ban my kids, ban my friends, ban everyone in my fucking guild. Ban me from support, ban me from messaging anyone, ban me from living, ban everyone in every fucking world on the US servers. If you ban me for doing this you will need to ban every player in all worlds on the entire fucking US SERVER. All because you're a stupid twit who wants to coddle those stupid blacklisted fucks from economic sanctions. It's time to go shoot myself in the head because you make the world a fucking DISGUSTING place to live in.
TwoCents 2018-12-11 13:48:56
Did you MUFFLE me in global chat on Y? Did you muffle all of blacklisted too?!
TwoCents 2018-12-11 18:11:52
They are still recruiting people to cheat and steal from. WTF?!
Forge of Empires - Customer Support 2018-12-11 20:56:53

Penny,

I know you are frustrated. I'm sorry. And I'm very sorry about your situation here at the holidays. We have to view the situation from all sides and it is being carefully monitored. But in all seriousness, please don't joke about suicide. It IS serious and I do not wish to think about you even considering this. If you need to talk to someone, please contact the National Suicide Prevention Lifeline at 1-800-273-8255 or talk to me even. I know I'm not your favorite person but I do care and I don't want anything to happen to you.

Panacea
TwoCents 2018-12-11 20:57:53
It's not a joke to me, and I hope you fucking realize the bullshit you've pushed onto me.
TwoCents 2018-12-11 21:00:23
Like I said, just ban me, ban my kids, ban my husband, ban my whole guild. Then the rich, entitled pricks your system rewards can clap themselves on the back and laugh at me some more and get a good chuckle out of how they used you to hurt me and mine.
TwoCents 2018-12-11 21:11:41
I honestly don't care anymore. Do what you want. You know you will anyway. Bye.
Forge of Empires - Customer Support 2018-12-12 19:20:43
Hello TwoCents,

I must ask that you remain civil in discussions with Support.

As to bans, we do not apply bans unless there is violation of a Game Rule. As long as everyone is abiding by the Game Rules, including one account per person, then everyone should be playing.

Happy Holidays!

Panacea
Community Manager
Forge of Empires, U.S.

TwoCents 2018-12-12 19:38:14
UHH Panacea, that was two days ago that I wrote that. And after I appealed the ban and you overturned it. I went to bed and didn't type anything else in global chat... at all.... I woke up to this chat ban. So why am I banned from chat again?
TwoCents 2018-12-12 20:16:37
You didn't answer any of these questions, just closed the tickets as "duplicate" without providing a response, So I'll be reposting them here - even though this ticket is about a previous ban, not this new chat ban...
APPEAL OF ALL BANS ON MY RECORD:
TwoCents2018-12-11 20:54:21
I didn't do anything to deserve a chat ban.
TwoCents2018-12-11 20:54:44
Point to one thing that I said AFTER you told me how you would start enforcing a "new rule"

just for me.

LET'S TALK REASONABLY:

TwoCents2018-12-11 20:45:35

Ok, first off... I haven't targeted anyone. I have constructed a war-plan to target a bigger and much more powerful guild using the only means at my disposal. In order to take down a larger force, propaganda and economic sanctions are totally reasonable. I'm keeping my comments to totally true, yet pretty heinous acts they've committed. And clearly... it's working. It would really help if you would just stop getting in my way. There is no reason you have to ban me. This is an in-game issue. They don't need to sell goods in global chat. If they find the water there too hot, they can simply stop.

TwoCents2018-12-11 20:47:56

It wasn't my choice to have you respond to my tickets right around recalc...

TwoCents2018-12-11 20:49:19

You did that, purposefully delaying responding to me until now. It wasn't an accident on your part.

TwoCents2018-12-11 20:52:58

I have spent hundreds of dollars buying diamonds... trying to keep up with these assholes. Money that I do not have and can't afford to spend. Purchases that I have hidden from my husband so he doesn't get mad. And you come in and hamstring me right at recalc - on purpose- because someone told you they felt slightly insulted that I said they cheated players on goods purchases... I mean really... did you tell them they're being big-fat-ass-babies?

TwoCents2018-12-11 20:56:12

Seriously... go look at how many diamonds I've purchased over the last year trying to fight these belligerent egotistical assholes? I do it because someone has to... it's not fair to let them just walk all over the little-guys.

PANACEA-READ THIS:

Come talk to me - anonymously - in person:

https://discord.gg/m2kVjg

I AM BEING DENIED SERVICE:

You are purposefully ignoring me in hopes that I will go away. You unfairly targeted me with a chat-ban. You have not told me what it's for, or what rules I supposedly violated to get such a ban. You haven't given me any information about it, and are denying me my right to appeal that you give to other players. Your denial of service has cost my guild thousands of goods and hundreds of troops. You are allowing yourself to be used as a means to target and harass me.

PANACEA – YOU NEED TO FIX THIS

Panacea. You need to fix this. Honestly... If you won't let me talk about them in global chat, they need to stop attacking my guild. End of story. They need to stop using their 80 pirate ships to harass and bully players.

http://prntscr.com/ltuexb

TwoCents2018-12-12 11:16:44

You want Y-world to be successful don't you? How long do you think people are going to play if the keep getting bullied by egotistical narcissistic men who think that buying special buildings give them the right to own everyone else? Like I said, I'm literally the only person fighting back against them, but I can't do it without help. Give me back the goods and troops lost yesterday when I lost those sectors. It wasn't fair... you took away my ability to coordinate with my guild,

but you didn't take away theirs.
TwoCents2018-12-12 14:13:38
One extra one now. I think you owe my guild an apology about 300 troops and 10,000 of each CA good. People think they can take advantage of our guild because you "banned" me from talking without rhyme or reason.
TwoCents 2018-12-12 20:33:06
Copying this question too:
TwoCents 2018-12-12 20:12:20
I'm sorry, but you made me wait 24 hours to tell me "we've concluded this inquiry?" You're closing my new responses as "duplicates" then taking things I've written 2 days ago as if they're new.

I have legitimate questions about this chat-ban. Namely why you put it in place after you removed the erroneous ban from two nights ago... Please answer my questions instead of closing them as duplicates. Or at least copy them over into the one-thread if you won't answer.
TwoCents 2018-12-12 22:02:06
What do you mean "one account per person." I don't have two accounts. Just this one. And I can 100% prove it to you beyond any reasonable doubt.
Forge of Empires - Customer Support 2018-12-12 22:28:56
Hello TwoCents,

Every open ticket must be addressed which is why we ask that you limit one issue per ticket and do not open multiple tickets of which you have opened appx 8 today and 10 yesterday. You should have one ticket open that addresses your latest chat ban that you have questions regarding. So pick the ticket you wish us to converse and I'll close the rest and we can have a chronological conversation that you (and I) will be able to follow.

Happy Holidays!

Panacea
Community Manager
Forge of Empires, U.S.

TwoCents 2018-12-12 22:30:30
OK, this one is fine.
TwoCents 2018-12-12 22:50:51
Ok, so I don't think I'm understanding well. Can we clarify the order of events? I was warned around the middle of November not to call blacklisted members "cheaters or scammers." During that conversation you said that you did not disagree with me that if it's a part of the game to solicit goods, it's an equal part of the game to stop the solicitation of goods.
I started to criticize blacklisted's sale of goods by saying things such as ^^do not trust this player to sell you goods, they will cheat you out of fps.
Fast forward to Monday, I was doing the same. Blacklisted took exception and started to post links to things said previously. I responded (in what I thought was a reasonable way) to these link-posts admitting I had said them in the past.
Around 9:30 my time, I got kicked out of the game, and when I tried to log in, had a game-ban. I

asked you what it was for and you said telling a player to slit his wrists. I explained that was an incident that happened in October and which I'd already been punished for. You then explained your position that I, personally, would no longer be able to say things stopping Blacklisted from selling goods. I disagreed vehemently.

I did not log back into the game at that time, but went to my bed. I logged in via my phone once to put points on someone's arc.

I woke up the next morning to a chat-ban and I have no idea what it is, why I received it, or how long you plan on having it in place. I asked for clarification, but you haven't provided it yet.

Can we start there?

Forge of Empires - Customer Support 2018-12-13 19:15:10

Hello TwoCents,

Your chat ban was initiated when players reported insulting behavior. The chat ban was placed and will remain in effect for 7 days. Should you use your husband's account to continue the behavior then I will extend the chat ban to that account as well. Insulting, including those statements you feel are "true" such as "^^do not trust this player to sell you goods, they will cheat you out of fps. "

Please review the GAME RULES to ensure you do not violate them again. Your ban is not subject to appeal and will remain in effect until the ban expires.

Happy Holidays!

Panacea
Community Manager
Forge of Empires, U.S.

TwoCents 2018-12-13 20:13:39

I have never used my husband's account. Why do you think he didn't say anything in the morning? I was waiting for him to get home from work so he could use it himself. I don't care if they "reported" me for insulting behavior, since I didn't PERFORM any insulting behavior their reports are meaningless.

TwoCents 2018-12-13 20:14:39

As far as, "do not trust this player to sell you goods," I'll keep my comments to my friends and guild so long as you ask blacklisted to only solicit goods within their friends and guild.

TwoCents 2018-12-13 20:15:18

If you want to warn my husband of a behavior, I suggest you follow your own rules and warn him. It's not my responsibility to do so.

TwoCents 2018-12-13 20:17:30

You have also not identified what insulting behavior it is that I may/may not have done. Furthermore, it is SPECIFICALLY allowed within your rules to criticize the way other players play the game. You cannot and will not enforce a "special" rule on me. Know why? Because it's ILLEGAL.

TwoCents 2018-12-13 20:18:21

This is now going on 72 hours waiting for you to tell me what "insulting" behavior I performed.

Exhibit 10 – Forge of Empires Support Tickets: TwoCents Submitted by Plaintiff Penny Quinteros
Case: 19-CV-1402 RSM - 634

If you cannot give me a clear explanation I just have to assume it's because I didn't perform any insulting behavior.
TwoCents 2018-12-13 20:51:12
And, what I have been saying is 100% true for EVERY blacklisted player, and I can prove it as of today.
TwoCents 2018-12-13 21:13:09
I still insist you tell me EXACTLY what it is I said or did that created this chat-ban on me.
Forge of Empires - Customer Support 2018-12-13 21:51:25
Hello TwoCents,

Examples such as "liars", "cheats", "thieves" or even ""^^do not trust this player to sell you goods, they will cheat you out of fps" are all considering to be insults. Not to mention, encouraging players to kill themselves or do harm which we have discussed before. The rule is simple- Do not insult other players.

As to your husband, I will address his behavior should the need arise. I was making certain that you were not using his account. When exact phrasing is being used on two or more accounts, then we must conclude that the possibility is there that you are using more than one account.

Please review the GAME RULES to ensure you do not violate them again. Your ban is not subject to appeal and will remain in effect until the ban expires.

Panacea
Community Manager
Forge of Empires, U.S.
TwoCents 2018-12-13 22:26:47
Yeah, well it insults me that they have free-reign to solicit goods buyers under false pretenses. Their actions hurt everyone in Yorkton, and they gain an unfair economic advantage which causes me to feel insulted and pressured to buy diamonds with money I don't have to keep up with their scamming ways. Are you going to stop them from soliciting goods?

It wasn't "exact phrasing"... my husband is from Chile and has trouble with English spelling. Unless he specifically asks me how to spell a word, I'm pretty sure you can see the differences in the grammar and spelling usages.

You haven't explained yet how I could "insult" someone while I was sleeping. And I have already been punished for that asking B-Rad to do the world a favor by offing himself.
TwoCents 2018-12-13 22:37:32
Your rules specifically state:

InnoGames does not accept any publications that the Forge of Empires Team considers illegal, insulting, offensive, threatening, abusive, real-life-aggressive, sexually explicit, pornographic (including, but not limited to drawings and animations), politically extreme, religiously fanatic, endangering youth, racist, playing down the use of illegal drugs or alcohol, or promoting the use of
said substances or in any way inappropriate.POSTING LINKS TO SUCH CONTENT IS ALSO

Exhibit 10 – Forge of Empires Support Tickets: TwoCents Submitted by Plaintiff Penny Quinteros
Case: 19-CV-1402 RSM - 635

NOT ALLOWED.

If my actions were "insulting," then my definition Enamiccug's actions were also insulting when he posted a link to that "insulting behavior." Yet... I still see him chatting in global chat every day. I see Barth there, I see Full Monte there... These players have called me "crazy" "insane" "psycho" "unhinged" "bitch" "stupid" and pretty much any other insult there is in the book. I said they stole fps from people. Clearly your priority is not on enforcing the game rules. It's on discriminating against me and denying me service to your game.
TwoCents 2018-12-13 22:39:24
It is impossible for me to get a chat-ban while sleeping. aka not posting on Forge of Empires. Therefore I'm asking for redress for your illegal and discriminatory actions in the form of 15,000 of each type of colonial age good, and 1,000 troops distributed across my guild members.
TwoCents 2018-12-13 22:42:06
Please post here where I referred to any specific person on Monday Night and told them to kill themselves. Also please post here where I called anyone specifically on Monday night a liar, cheat or thief (assuming they weren't lying, cheating or stealing. I still maintain that truth can never be offensive).
TwoCents 2018-12-13 22:43:35
And could you please respond to ALL of my comments, instead of just the most recent ones?
Forge of Empires - Customer Support 2018-12-13 23:35:27
Hello TwoCents,

This is not related solely to Monday night. This is a ban related to a series of cummulative statements, insults and behaviors. You will not be remunerated for a ban.

As to other player's actions, as we have discussed numerous times, we will investigate but you will not be informed as to the results of the investigation or any action(s) taken with another player.

Please review the GAME RULES to ensure you do not violate them again. Your ban is not subject to appeal and will remain in effect until the ban expires.

Happy Holidays!

Panacea
Community Manager
Forge of Empires, U.S.

TwoCents 2018-12-13 23:37:08
I will be remunerated for this ban. I hadn't done any "cumulative" things to indicate I needed a ban, other than what you told me specifically would be allowed. It's not my fault you changed your mind.
TwoCents 2018-12-13 23:38:22
Let me ask you, do you really think what you're doing here is de-escalating the situation? You're unfairly targeting the ONE person in the game you knew would respond poorly to being unfairly targeted. And you're allowing players to take advantage of me while I'm being unfairly targeted

by you. How is that "de-escalating" the situation?
TwoCents 2018-12-14 10:52:15
I want to know why I was banned for sleeping.
TwoCents 2018-12-14 18:57:00
Could you please explain what "cumulative" statements I was banned for? I have been the model of good-behavior. If you specifically allowed me to criticize another player's game play using appropriate language, and you explain to me that I CAN say "this player with cheat you on fps" then later you change your mind and say you CANNOT say that... that's not really my fault. You have to explain the rule you want to apply to me, and give me time to adapt to it. You can't change the rule then retroactively ban me for it...
TwoCents 2018-12-14 23:50:15
And again you are closing my tickets without giving me an answer here. Please provided the cumulative summary of information you used to make your decision to deny me service.
Forge of Empires - Customer Support 2018-12-16 01:33:34
Hello TwoCents,

1. We will not be compensating you for any "lost" anything that occurred while your account was under a ban.
2. While I do hope to de-escalate the situation, I do have an obligation to answer your questions and to provide accurate and definitive answers.
3. You were not banned for sleeping. The ban occurred for a continuing pattern of insulting fellow players.
4, We will not be providing a list of statements as most of these were covered on previous game bans. It is not a case of saying "This player is a cheat" or "This player will cheat" but continuing to say these things, not once, but every time another player speaks sets up a pattern of insulting behavior(s) that will not be allowed in FOE chat.
5. First, you have not been denied service. You may continue to play your game. This is a chat ban and is limited to chat. Two, we answered each of your other tickets before closing them.

Enjoy the game.

Happy Holidays!

Panacea
Community Manager
Forge of Empires, U.S.

TwoCents 2018-12-16 02:00:39
What is the "continuing pattern of insulting fellow players" that you are referring to?
You will compensate me for the ban, because it is illegal
I didn't get any other game bans in Y world, so what do you mean "covered on previous game bans."
You told me it was acceptable to criticize their goods-selling practices using language like, this player cheats you on fp sales, which is what I've restricted my language to.
I have been denied service. You treat me differently than you do other players.
Forge of Empires - Customer Support 2018-12-16 02:04:17

Exhibit 10 – Forge of Empires Support Tickets: TwoCents Submitted by Plaintiff Penny Quinteros
Case: 19-CV-1402 RSM - 637

Hello TwoCents,

You have been instructed to not insult other players. To say something once and to say it repeatedly over and over produces a pattern of behavior that is unacceptable. I do apologize for saying "game bans", I meant to say "game tickets". You have not been denied service as your game can be played. All players are held to the same game rules. Enjoy the game.

Happy Holidays!

Panacea
Community Manager
Forge of Empires, U.S.

TwoCents 2018-12-16 02:05:58
Panacea, I honestly do not know what these other players are putting in their reports to you, but I know what is in their "party line." They are saying that I am upset because of them taking NPC GvG sectors and that's why I've gone on this campaign against them. I can prove 100% beyond a reasonable doubt to you that they are LYING on that issue, and I think you need to consider if they are lying on that issue, they are lying on many issues.
on 7/28 I advised you of a cheating scheme with blacklisted - you did nothing in response
on 8/27 I asked you to help me with the diamond players who were domineering the world
it wasn't until 10/19 that I made the comments to B-Rad about slitting his wrists for the benefit of the world.

THEY ARE LYING TO YOU! and you continue to punish me instead of them.
TwoCents 2018-12-16 02:09:11
I can only play a portion of the game... that's not service. As any long-term player will tell you, interaction with other players is a crucial part of the game play and you're preventing that.
Forge of Empires - Customer Support 2018-12-16 02:11:57
Hello TwoCents,

In the case of a chat ban, we do not base any bans off what a player states in a ticket but on what is documented in the saved chat ban logs when a player is reported.

I understand you believe them to be lying. Even should what you say to be true proves true, there is no rule against a player negotiating goods for one price and then changing it. In fact, there is no rules regarding trades so a player could, in theory, offer you gold for $1 and then not conclude it till you ponied up 1000 forge points. Or any other scenario like that. Is it fair? Probably not, but there is no rule against it. Can you say, "Hey, he scammed me". Yes, we'd allow it. But not over and over and over again for months. Nor can you call them "liars", "cheats' "thief" or any other insult because insulting another player is against the rules.

Enjoy the game.

Happy Holidays!

Panacea
Community Manager
Forge of Empires, U.S.

TwoCents 2018-12-16 02:13:14
I didn't get instructed NOT to tell them "don't buy goods from this player, they will cheat you of fps" until Monday night when you told me it wouldn't be allowed. I can't be held responsible for things said before you changed your mind. After you told me it would "no longer be allowed" I went to bed... Look at your own words, "Once more for good measure- enough is enough. You have been informed of how we will enforce the rules FROM THIS POINT FORWARD."

From the point you told me "enough is enough" I did nothing.
TwoCents 2018-12-16 02:15:50
Telling me "from this point forward it will no longer be allowed," necessitates the meaning that from that point backwards it WAS allowed. Which is why I'm asking you... if I only did behavior that was specifically allowed by you, and written out in game tickets.... WHAT IS MY CHAT BAN FOR?!
TwoCents 2018-12-16 02:23:39
This is exactly my point Panacea - I'm not saying they're cheating the game-system... there are LOTS of things in the game system that people might find offensive. Extorting players for fps not to plunder for example... might be offensive to some players, but it is specifically allowed.

What I'm doing is pointing out their in-game behavior using appropriate language. The world of Y NEEDS me to do this, because if I don't other people who come forward get retaliated against by blacklisted... including Rufus T. Firefly and Langlais the first had his guild attacked by blacklisted when he complained about the fp-deal scam, and the second got kicked out of his guild when Barth muscled his guild-leaders after he came forward to say his entire GUILD had a message-thread warning of blacklisted cheating several of their members.

Lastly, their price-setting behavior affects everyone in Y-world. It is a scam against the entire community and it has to stop. It is creating a plutocracy in the world instead of a meritocracy. Teddy Roosevelt himself said, "of all forms of tyranny the least attractive and the most vulgar is the tyranny of mere wealth, the tyranny of a plutocracy." In order to bust up a plutocracy the little-guys HAVE to be given equal access to power, such as the power of free speech. If one of our presidents thought their behavior was the most vulgar, then I don't see any problem with pointing this vulgarity out.
TwoCents 2018-12-16 02:27:29
I'm sorry, I'd like to clarify... with this goods-cheating-scheme and price-fixing-scheme they aren't breaking the game rules as indicated above. They are still cheating the game system because they PAY people $$ to get forge points from them, specifically that is not allowed and was reported to you on 07/28/2018
TwoCents 2018-12-16 02:37:14
Panacea,
I can't have a rational conversation with you when you purposefully only respond about once a day and that's at times you know I'm busy. I think it's only fair that you allot a chunk of time to deal with this issue and give me a fair chance to reason with you. You are putting a LOT of

stress on me over this during times that I can least afford it (due to the issue with the lawyer, having no $ at the holidays, etc). Quite literally on Wednesday I FORGOT to take my son to school because I busy checking my messages for a response from you.

Maybe other players wouldn't care about a global/guild/whisper chat ban... but I literally named myself TwoCents because I understand the power language can have. It's probably the most important tool in this game - hands down.

TwoCents 2018-12-17 23:37:54

I'm sorry, I still have received no response to this ticket.

TwoCents 2018-12-18 01:39:58

First, You stated in this thread: "Can you say, "Hey, he scammed me". Yes, we'd allow it. But not over and over and over again for months. Nor can you call them "liars", "cheats' "thief" or any other insult because insulting another player is against the rules."

I didn't say anything "over and over again for months" at most I started on October 31st and went through till December 10th with your SPECIFIC permission that it was ok as outlined below. Additionally I did not call anyone a liar, cheat, or thief... I kept my words relegated to their in-game behavior. I didn't 'you're a thief' I said... do not trust this player to sell you goods. He will scam you of fps. The word "scam, lie, steal" in all of my statements from October forward were VERBS. They couldn't meet your criteria of being an insulting label or name. It is literally impossible in the English language for your allegation to be true.

You stated on:

11/26/2018 An appeal of all bans on my record - you are ALLOWED to verbally confront any player you wish. YOU ARE NOT allowed to use profanity - I didn't us profanity and you banned me.

10/23/2018 I was told (again) that my behavior was "offensive" - You however, may still not call him insulting NAMES. You MAY however state what happened.

10/30/2018 Moderators abusing support system - Actually we HAVE discussed this. You can not use LABELS such as "scammers, liars, cheats, pedofiles" which insult individual players. You MAY attack guilds with game related information buy you may NOT insult other players. - I refrained from LABELING these players "scammers liars or cheats"

10/31/2018 Moderators abusing support system I do not disagree with your logic: There is nothing "harassing" about these behaviors. It takes a lot of time, effort, and good game-play on my behalf to be able to do them successfully. It's not any different than people going into global chat and asking for friends or guild members. It's community-engagement for a cause... As long as you do not insult another player ('insult' as defined "speak to or treat with disrespect or scornful abuse") then there should not be an issue. – specifically I stated the behaviors "I should be allowed to stop this solicitation [of goods ] by whatever means necessary to stop them from building up their cities thus denying them the ability to better be able to attack me.

You SPECIFICALLY stated that there was nothing harassing about stopping blacklisted's solicitation of goods via whatever means necessary. You clarified this by saying "so long as you do not insult players" You stated by insult you meant using the labels "scammers, liars or cheats" or using profanity. I did neither of those things.

You stated a series of conditions and rules that you felt would meet the "insulting" criteria, and my behavior was far below that criteria.

TwoCents 2018-12-18 01:49:01

Exhibit 10 – Forge of Empires Support Tickets: TwoCents Submitted by Plaintiff Penny Quinteros
Case: 19-CV-1402 RSM - 640

What you're saying here with this partial ban is that I can sit in the back of the bus with the rest of the women, but I can't sit at the front of the bus with the men. Just allowing service isn't enough. You have to provide me the SAME and EQUITABLE treatment regardless of my gender... which you don't.

TwoCents 2018-12-18 01:55:25

You keep saying that I "insulted" players, which you seem to take as the holy-grail of the Inno rules allowing you to do whatever you want. May I advise you to re-read the rules. There are two exceptions where it is OK to insult other players as detailed out in the rules:

1.) when criticizing another players game-play

2.) when making in-game threats

What I was doing fit within the parameters of the first exception to the rules.

Please find a copy here: https://en0.forgeofempires.com/page/the_game/rules/

TwoCents 2018-12-18 13:36:38

If the ban was for 7 days? Why am I not un-banned?

Forge of Empires - Customer Support 2018-12-19 00:41:12

Hello TwoCents,

I am the Community Manager of the U.S. server and an InnoGames employee. As such, all aspects of the game, rules, players, and moderators are my responsibility.

As the Game Rules state: The Community Management of the US version of Forge of Empires are the final arbiters of any rules dispute. Their interpretation of these rules is final.

The account is now unbanned and will be monitored for compliance. Abide by the rules and enjoy the game. CLICK HERE to review the Game Rules

Happy Holidays!

Panacea
Community Manager
Forge of Empires, U.S.

TwoCents 2018-12-19 01:17:33

You failed to answer my most basic question... what was I banned for? I cannot begin to compose my appeal until I have a compilation of the details of what I supposedly did wrong.

Forge of Empires - Customer Support 2018-12-19 01:20:16

Hello TwoCents,

There is no further need for any appeal as the ban is concluded. We answered your "most basic question" multiple times. You were banned for insulting other players. The account is now unbanned and will be monitored for compliance. Abide by the rules and enjoy the game. CLICK HERE to review the Game Rules

Happy Holidays!

Panacea
Community Manager
Forge of Empires, U.S.

TwoCents 2018-12-19 01:25:21
You are an employee of InnoGames and you live in the United States, therefore you are not the final arbiter because you still have to comply with the law(s) which prevent discrimination in public accommodations. At this point you haven't even provided a reason for my 8-day denial of service. Which I am still asking (as I have everyday for 8 days) so that I may BEGIN my appeal.
TwoCents 2018-12-19 01:28:48
You need to tell me EXACTLY what I said with a timestamp. If it is cumulative then you need to provide the EXACT thing thaI said in each instance with the date and time of each entry. Anything less is preventing me from formulating my appeal. Furthermore if I do not know what I did wrong how am I to prevent the action in the future?
Forge of Empires - Customer Support 2018-12-19 01:30:41
Hello TwoCents,

Here is the reason for your ban: Insults to other players in Global Chat/Messaging

We will be providing NO additional information as you have received this on multiple tickets at the time of occurrence.

There was no "denial of service".

As the Game Rules state: The Community Management of the US version of Forge of Empires are the final arbiters of any rules dispute. Their interpretation of these rules is final.

The account is now unbanned and will be monitored for compliance. Abide by the rules and enjoy the game. CLICK HERE to review the Game Rules

Happy Holidays!

Panacea
Community Manager
Forge of Empires, U.S.

TwoCents 2018-12-19 01:32:47
I have received NO SUCH information. It doesn't exist in prior warnings or anywhere because you have not provided it to me. I would like to begin my appeal, so please provide me the information I am requesting to do so.
TwoCents 2018-12-19 01:34:28
You can't have one version of the game for some people and another for those you are targetting because of discrimination- you might as well put up "colored and white" drinking fountain signs on your homepage if that's the case.
TwoCents 2018-12-19 01:37:22
As I stated before... your rules have two exceptions-

Exhibit 10 – Forge of Empires Support Tickets: TwoCents Submitted by Plaintiff Penny Quinteros
Case: 19-CV-1402 RSM - 642

1.) threats in-game terms
2,) Criticizing other players game-play.

I am allowed to state "you cheat players out of forge points" in no uncertain terms. It is specifically allowed by your rules and has been tolerated for thousands of other players who've said the same.
TwoCents 2018-12-19 02:34:40
Please provide me a detailed list of what I've done to earn this particular ban. Once you do I will be able to formulate an appeal of it.
TwoCents 2018-12-19 20:44:01
I am still waiting for a detailed answer as to what I was banned for so that I may begin my appeal of this ban.
TwoCents 2018-12-20 16:20:34
Still waiting for your answer so I may begin my appeal of this issue.
TwoCents 2018-12-21 18:28:12
Please answer so I may begin my appeal... don't pretend to answer and then don't.
Forge of Empires - Customer Support 2018-12-21 20:46:09
Hello TwoCents,

This ticket has been appealed for over a week. Your ban is completed and this ticket is concluded. Enjoy the game.

Happy Holidays!

Panacea
Community Manager
Forge of Empires, U.S.

TwoCents 2018-12-21 20:51:31
I'm sorry, but I haven't started yet, so obviously it hasn't been appealed yet.
TwoCents 2018-12-21 20:54:30
You have yet to compensate me the 20,000 of each type in Colonial Age for being unable to participate in guild-chat coordination and the thousands of troops... so I'd like the opportunity to make a rigorous appeal based upon the facts, not guesses as to what you MIGHT have possibly found offensive. You've yet to tell me exactly which words at which times on which days were offensive.
Forge of Empires - Customer Support 2018-12-21 20:55:47
Hello TwoCents,

There is no ban appeal if there is no ban. The ban concluded and therefore there is no further appeal. There will be no compensation for "lost items" during a ban. This ticket is concluded.

Happy Holidays!

Panacea
Community Manager

Forge of Empires, U.S.

TwoCents 2018-12-21 20:56:37
Your game rules specifically state that I have the right to appeal. It doesn't state "if the community manager purposefully ignores you for a week, then you lose that right."

**You 2018-12-21 21:10:49**

Let's be honest, there was NO reason to ban me for a week.. you did it just to be a snot-nosed punk. Which is why you refuse to answer my question of this ticket... "Why was I banned?!"

**Forge of Empires - Customer Support 2018-12-21 21:11:34**

Hello TwoCents,

There will be no further replies to this ban appeal.  Enjoy the game.

Happy Holidays!

Panacea
Community Manager
Forge of Empires, U.S.

---

This ticket has been closed and can no longer be replied to.

**Attachments**

This ticket currently has no attachments.

# View ticket

# Appeal TwoCents

**You 2018-12-11 00:32:45**

What was I banned for? I didn't do anything against the rules.

**You 2018-12-11 00:36:59**

Pardon, I'll continue this appeal ban in a separate thread with a new title so I can keep track of it on my spreadsheet easier. It automatically puts "Appeal TwoCents" as the title otherwise.

**Forge of Empires - Customer Support 2018-12-11 00:44:38**

Hello TwoCents,

When you receive a report about being punished it means one or more messages were reported as being in violation of the Communications Rules. Usually this is because you have sent profanity, personal insults or otherwise offensive content through either the message or chat system.

Chat Rule Violation:  real-life aggression   You encouraged another player(s) to slit their wrists

Please review the GAME RULES to ensure you do not violate them again. Your ban is not subject to appeal and will remain in effect until the ban expires.

Happy Holidays!

Panacea
Community Manager
Forge of Empires, U.S.

**You 2018-12-11 00:45:14**

I was already warned for that behavior and I did not encourage or repeat it, just simply said I wasn't sorry for it.

**You 2018-12-11 00:45:50**

and I explained what happened. You can't double-punish me for it now. You already punished me for it!

**You 2018-12-11 00:46:23**

Please don't close my other ticket. I keep all these bans on a spreadsheet. If they all say "appeal twocents" it gets confusing.

**You 2018-12-11 00:47:27**

You found my behavior to be "offensive" and I'm appealing. - you punished me for that behavior in that thread. I didn't repeat it or bring it up again. So I don't see why I should be banned for it.

**You 2018-12-11 00:48:41**

What you should be doing is banning the player who posted the link to said material. Instead of me.

**You 2018-12-11 00:49:28**

https://support.innogames.com/t12765172

explain to me, where I said TODAY that someone should slit their wrists.

**Forge of Empires - Customer Support 2018-12-11 00:52:48**

Hello TwoCents,

I'm trying to locate where you were banned for this previously.  When you've had 13 ban appeals in this year alone, it gets confusing. I will unban the account but enough is enough. You continue to slander your fellow players, they continue to slander you. No more "^^steals fps and lies and cheats" and I'll hold you all to the same standard. Its going to be a new year and we should go into it with a clean slate.

The account is now unbanned and will be monitored for compliance. Abide by the rules and enjoy the game. CLICK HERE to review the Game Rules

Happy Holidays!

Panacea
Community Manager
Forge of Empires, U.S.

**You 2018-12-11 00:53:53**

I was never banned for this at all. It's what I received my first WARNING for in Yorkton. The title of the thread is:
You found my behavior to be "offensive" and I'm appealing.

**You 2018-12-11 00:56:12**

You told me previously, that selling goods was a game activity. If they feel free to sell their goods in global chat, I should be free to DISPUTE said selling. You specifically told me on this subject, "I don't disagree". I'm not SLANDERING anyone. THEY DO everything I've said they've done. They just today got a player kicked out of his guild as retaliation for coming forward to say that he had, indeed, been cheated by blacklisted. I have several other players messaging me thanking me for my help pointing out this issue. THEY PRICE FIX, which is, in of itself scamming and which all of the blacklisted players are COMPLICIT IN. It's only fair and reasonable that I point it out.

**You 2018-12-11 00:59:14**

If they don't like it, they are free to disagree with me. I am referring to their in-game activity and that is allowed under the rules using appropriate language. I am referring only to their actions

and not the player themselves.

They could for example say: I am an honest player with a good reputation

What they can't do is make up photoshopped screenshots of me threatening to "kill everyone" or whatever it said. That in itself is posting a link to real-life-aggressive behavior and is against the rules.

**You 2018-12-11 01:03:14**

Panacea - these diamond spending yahoos think they own the game and everyone in it. Someone has to stand up for the regular old joes. I'm the only one with enough tenacity and grit to do so. Please, please don't shut me down.

**Forge of Empires - Customer Support 2018-12-11 01:03:40**

Hello TwoCents,

However, situations change. In this case, you have MORE than made your point and your fellow players disagree with your assessment and feel you are insulting them. When a situation continues, then we must find ways to deescalate. In this case, we will no longer allow either party to continue to insult the other party. If these players "Price Fix", the other players will figure this out and no longer trade. It is not up to you to be the warning label. No further insulting of the blacklisted players and they will not be allowed to continue to insult you.

The account was banned for 24 hours and after your appeal, I have unbanned it. You were warned on 2018-10-18  22:46:19, 2018-10-21  23:24:24, and 2018-11-14  12:59:07.  The account is now unbanned and will be monitored for compliance. Abide by the rules and enjoy the game. CLICK HERE to review the Game Rules

Happy Holidays!

Panacea
Community Manager
Forge of Empires, U.S.

**You 2018-12-11 01:05:45**

I mean like I pointed out over and over and over today. I hit them with a logical argument... you shouldn't be trusted because your guild has a history of cheating people.

And they respond with... "you're crazing, you're insane, you're posting death-threats, you're a bad mother and women shouldn't play video games,"

and you're banning ME?!

**You 2018-12-11 01:06:40**

No, I don't agree to this.

**You 2018-12-11 01:09:42**

The incident on the 14th had nothing whatsoever to do with global chat, and the incident on the 21st was because I used the word "cheater"... these aren't big issues. If you would clearly tell me what I can and cannot say they wouldn't have happened. I didn't realize that telling a person who cheats, "you are a cheater" was at all against the rules until you told me so. And I also often banter back and forth using profanity in private messages assuming it's equally-tolerated and used by the other party. I don't think either of those things should've received a warning. AND even if they deserved a warning, they shouldn't escalate to a ban. They simply weren't that big of a deal.

**You 2018-12-11 01:11:00**

If my fellow players feel that I am insulting them, perhaps they should go back to 5th grade English class and learn the difference between a noun and a verb.

**You 2018-12-11 01:16:48**

So... if we should also "go into this with a clean slate" are you also going to ask the players to give back all the tiles they took in GvG as retaliation from myself and other players who got cheated? Are you going to ask these diamond spending yahoos to stop belligerently badgering my guild with 30 sieges at a time because they have the goods (from cheating other players) to do so? Are you going to ask them to stop placing spies (alts) in my guild, so that I could, potentially move from my PC to my upstairs browser (which took all of 6 minutes) when I'm feeling sick and in pain without getting attacked and losing 6 sectors?

Propaganda is an acceptable means of warfare Panacea, it has a long historical tradition and frankly, outting their goods-selling-cheating practices is pretty much the only thing left to me, since I have NO WAY to compete otherwise.

**Forge of Empires - Customer Support 2018-12-11 01:17:16**

Hello TwoCents,

As I've said, enough is enough.  You have been informed of how I will enforce the rules from this point forward.

I listened to your appeal and unbanned the account.  Observe the Game Rules and abide by them.

Enjoy the game.

Happy Holidays!

Panacea

Exhibit 10 – Forge of Empires Support Tickets: TwoCents Submitted by Plaintiff Penny Quinteros
Case: 19-CV-1402 RSM - 648

Community Manager
Forge of Empires, U.S.

**You 2018-12-11 01:26:28**

I don't think you've listened AT ALL. I'm not DOING anything wrong. And if Blacklisted wants to manufacture insult to get me banned. Too bad for them. They just started attacking me, out of the blue, yesterday. They didn't have to do that. They could've "made peace" but they didn't. All you're doing in handcuffing me. I mean, for Christ's sake, Enam put an fp on the last level of my arc just to prove he could "stick it in me" - said via Discord so I didn't report the conversation -

**You 2018-12-11 01:30:54**

They think they can get away with: calling me crazy, calling me a bad mother, photoshopping incidents of me, putting alts in my guild, paying people real $ to make alts for them, selling goods for one price, then after you have your fps in, raising the price. Price Fixing, and then of course let's not forget, retaliating against people who point out said behavior. And oh yeah... using you as a tool to oppress my voice.

**You 2018-12-11 01:41:24**

I mean please, look at this again. Look at the precedent you're setting. Anyone who calls people a "noob" or says "your city streets are crooked," or laughs at a person for building a Colosseum can now be banned because the other player "felt insulted?" We're talking about IN-GAME behavior! I'm restricting my comments to their IN-GAME behavior. I'm not saying they're cheating on their wives. I'm not saying they lied on their taxes. I'm talking about them going into global chat to solicit goods-buyers.

**You 2018-12-11 01:44:48**

They want to keep their GvG worlds, and their goods-selling-racketeering worlds separate. As if they can just go around cheating people without it getting mud on their boots. My goal is to make those worlds collide. It's not against the rules. At all, in any fashion. It's NEVER been against the rules. You are making up new rules as you go and it's simply not fair. You're giving them unfair protection that they don't need and really don't deserve.

**You 2018-12-11 01:46:33**

As you told me in J-world. That's what the ignore button is for. If they don't like what I'm saying, they can always just ignore me...

**You 2018-12-11 01:59:41**

If you do this, are you going to ban everyone in J world? And I do mean pretty much everyone. Everyone who says I have alts? Everyone who says I'm a man, or a "tranny." Anyone who brings

up the fact I ever sent out a picture? Anyone who says I'm rude, mean, nasty, sad, crazy, lonely, need a hug, psycho, et al?

**You 2018-12-11 02:01:11**

Anyone who says, "I'm going to harass you out of the game by attacking every guild you're in and every guild you will be in"...

**You 2018-12-11 02:14:18**

I mean, you didn't bend the rules for me when people were saying that I was cheating the game. http://prntscr.com/ltebeh

**Forge of Empires - Customer Support 2018-12-11 07:32:25**

Hello TwoCents,

Once more for good measure- enough is enough. You have been informed of how we will enforce the rules from this point forward.

We've listened to your appeal and unbanned the account. Observe the Game Rules and abide by them.

Enjoy the game.

Happy Holidays!

Panacea
Community Manager
Forge of Empires, U.S.

**You 2018-12-11 11:34:34**

You let me get harassed for THREE YEARS for outside of game issues, and those pansies complain they have hurt-feelings over IN-GAME issues and you suddenly change the rules?!!!!!!!? You are a monster!

**You 2018-12-11 12:03:27**

I have played this game for SIX F'ING YEARS! MY KIDS HAVE PLAYED SINCE THEY WERE 5 YEARS OLD! MY HUSBAND PLAYS, MY BROTHER IN LAW, MY NEPHEW, ALL MY FRIENDS. You will have to ban me. This isn't against the rules and I'm not letting you put special rules up just for me to continue your discrimination of me. Your "buddies" from blacklisted don't need nor deserve your protection. SO F'ING BAN ME!

http://prntscr.com/ltmyqu

**You 2018-12-11 12:27:22**

Ban me, ban my kids, ban my friends, ban everyone in my fucking guild. Ban me from support, ban me from messaging anyone, ban me from living, ban everyone in every fucking world on the US servers. If you ban me for doing this you will need to ban every player in all worlds on the entire fucking US SERVER. All because you're a stupid twit who wants to coddle those stupid blacklisted fucks from economic sanctions. It's time to go shoot myself in the head because you make the world a fucking DISGUSTING place to live in.

**You 2018-12-11 13:48:56**

Did you MUFFLE me in global chat on Y? Did you muffle all of blacklisted too?!

**You 2018-12-11 18:11:52**

They are still recruiting people to cheat and steal from. WTF?!

**Forge of Empires - Customer Support 2018-12-11 20:56:53**

Penny,

I know you are frustrated. I'm sorry. And I'm very sorry about your situation here at the holidays. We have to view the situation from all sides and it is being carefully monitored.  But in all seriousness, please don't joke about suicide. It IS serious and I do not wish to think about you even considering this. If you need to talk to someone, please contact the National Suicide Prevention Lifeline at 1-800-273-8255 or talk to me even.  I know I'm not your favorite person but I do care and I don't want anything to happen to you.

Panacea

**You 2018-12-11 20:57:53**

It's not a joke to me, and I hope you fucking realize the bullshit you've pushed onto me.

**You 2018-12-11 21:00:23**

Like I said, just ban me, ban my kids, ban my husband, ban my whole guild. Then the rich, entitled pricks your system rewards can clap themselves on the back and laugh at me some more and get a good chuckle out of how they used you to hurt me and mine.

**You 2018-12-11 21:11:41**

I honestly don't care anymore. Do what you want. You know you will anyway. Bye.

**Forge of Empires - Customer Support 2018-12-12 19:20:43**

Hello TwoCents,

I must ask that you remain civil in discussions with Support.

As to bans, we do not apply bans unless there is violation of a Game Rule. As long as everyone is abiding by the Game Rules, including one account per person, then everyone should be playing.

Happy Holidays!

Panacea
Community Manager
Forge of Empires, U.S.

**You 2018-12-12 19:38:14**

UHH Panacea, that was two days ago that I wrote that. And after I appealed the ban and you overturned it. I went to bed and didn't type anything else in global chat... at all.... I woke up to this chat ban. So why am I banned from chat again?

**You 2018-12-12 20:16:37**

You didn't answer any of these questions, just closed the tickets as "duplicate" without providing a response, So I'll be reposting them here - even though this ticket is about a previous ban, not this new chat ban...
APPEAL OF ALL BANS ON MY RECORD:
TwoCents2018-12-11 20:54:21
I didn't do anything to deserve a chat ban.
TwoCents2018-12-11 20:54:44
Point to one thing that I said AFTER you told me how you would start enforcing a "new rule" just for me.
LET'S TALK REASONABLY:
TwoCents2018-12-11 20:45:35
Ok, first off... I haven't targeted anyone. I have constructed a war-plan to target a bigger and much more powerful guild using the only means at my disposal. In order to take down a larger force, propaganda and economic sanctions are totally reasonable. I'm keeping my comments to totally true, yet pretty heinous acts they've committed. And clearly... it's working. It would really help if you would just stop getting in my way. There is no reason you have to ban me. This is an in-game issue. They don't need to sell goods in global chat. If they find the water there too hot, they can simply stop.
TwoCents2018-12-11 20:47:56
It wasn't my choice to have you respond to my tickets right around recalc...
TwoCents2018-12-11 20:49:19
You did that, purposefully delaying responding to me until now. It wasn't an accident on your part.
TwoCents2018-12-11 20:52:58

Exhibit 10 – Forge of Empires Support Tickets: TwoCents Submitted by Plaintiff Penny Quinteros
Case: 19-CV-1402 RSM - 652

I have spent hundreds of dollars buying diamonds... trying to keep up with these assholes. Money that I do not have and can't afford to spend. Purchases that I have hidden from my husband so he doesn't get mad. And you come in and hamstring me right at recalc - on purpose- because someone told you they felt slightly insulted that I said they cheated players on goods purchases... I mean really... did you tell them they're being big-fat-ass-babies?
TwoCents2018-12-11 20:56:12
Seriously... go look at how many diamonds I've purchased over the last year trying to fight these belligerent egotistical assholes? I do it because someone has to... it's not fair to let them just walk all over the little-guys.
PANACEA-READ THIS:
Come talk to me - anonymously - in person:

https://discord.gg/m2kVjg
I AM BEING DENIED SERVICE:
You are purposefully ignoring me in hopes that I will go away. You unfairly targeted me with a chat-ban. You have not told me what it's for, or what rules I supposedly violated to get such a ban. You haven't given me any information about it, and are denying me my right to appeal that you give to other players. Your denial of service has cost my guild thousands of goods and hundreds of troops. You are allowing yourself to be used as a means to target and harass me.
PANACEA – YOU NEED TO FIX THIS
Panacea. You need to fix this. Honestly... If you won't let me talk about them in global chat, they need to stop attacking my guild. End of story. They need to stop using their 80 pirate ships to harass and bully players.
http://prntscr.com/ltuexb
TwoCents2018-12-12 11:16:44
You want Y-world to be successful don't you? How long do you think people are going to play if the keep getting bullied by egotistical narcissistic men who think that buying special buildings give them the right to own everyone else? Like I said, I'm literally the only person fighting back against them, but I can't do it without help. Give me back the goods and troops lost yesterday when I lost those sectors. It wasn't fair... you took away my ability to coordinate with my guild, but you didn't take away theirs.
TwoCents2018-12-12 14:13:38
One extra one now. I think you owe my guild an apology about 300 troops and 10,000 of each CA good. People think they can take advantage of our guild because you "banned" me from talking without rhyme or reason.

**You 2018-12-12 20:33:06**

Copying this question too:
TwoCents 2018-12-12 20:12:20
I'm sorry, but you made me wait 24 hours to tell me "we've concluded this inquiry?" You're closing my new responses as "duplicates" then taking things I've written 2 days ago as if they're new.

I have legitimate questions about this chat-ban. Namely why you put it in place after you

removed the erroneous ban from two nights ago... Please answer my questions instead of closing them as duplicates. Or at least copy them over into the one-thread if you won't answer.

**You 2018-12-12 22:02:06**

What do you mean "one account per person." I don't have two accounts. Just this one. And I can 100% prove it to you beyond any reasonable doubt.

**Forge of Empires - Customer Support 2018-12-12 22:28:56**

Hello TwoCents,

Every open ticket must be addressed which is why we ask that you limit one issue per ticket and do not open multiple tickets of which you have opened appx 8 today and 10 yesterday. You should have one ticket open that addresses your latest chat ban that you have questions regarding. So pick the ticket you wish us to converse and I'll close the rest and we can have a chronological conversation that you (and I) will be able to follow.

Happy Holidays!

Panacea
Community Manager
Forge of Empires, U.S.

**You 2018-12-12 22:30:30**

OK, this one is fine.

**You 2018-12-12 22:50:51**

Ok, so I don't think I'm understanding well. Can we clarify the order of events? I was warned around the middle of November not to call blacklisted members "cheaters or scammers." During that conversation you said that you did not disagree with me that if it's a part of the game to solicit goods, it's an equal part of the game to stop the solicitation of goods.
I started to criticize blacklisted's sale of goods by saying things such as ^^do not trust this player to sell you goods, they will cheat you out of fps.
Fast forward to Monday, I was doing the same. Blacklisted took exception and started to post links to things said previously. I responded (in what I thought was a reasonable way) to these link-posts admitting I had said them in the past.
Around 9:30 my time, I got kicked out of the game, and when I tried to log in, had a game-ban. I asked you what it was for and you said telling a player to slit his wrists. I explained that was an incident that happened in October and which I'd already been punished for. You then explained your position that I, personally, would no longer be able to say things stopping Blacklisted from selling goods. I disagreed vehemently.
I did not log back into the game at that time, but went to my bed. I logged in via my phone once to put points on someone's arc.

Exhibit 10 – Forge of Empires Support Tickets: TwoCents Submitted by Plaintiff Penny Quinteros
Case: 19-CV-1402 RSM - 654

I woke up the next morning to a chat-ban and I have no idea what it is, why I received it, or how long you plan on having it in place. I asked for clarification, but you haven't provided it yet.

Can we start there?

**Forge of Empires - Customer Support 2018-12-13 19:15:10**

Hello TwoCents,

Your chat ban was initiated when players reported insulting behavior. The chat ban was placed and will remain in effect for 7 days.  Should you use your husband's account to continue the behavior then I will extend the chat ban to that account as well. Insulting, including those statements you feel are "true" such as "^^do not trust this player to sell you goods, they will cheat you out of fps. "

Please review the GAME RULES to ensure you do not violate them again. Your ban is not subject to appeal and will remain in effect until the ban expires.

Happy Holidays!

Panacea
Community Manager
Forge of Empires, U.S.

**You 2018-12-13 20:13:39**

I have never used my husband's account. Why do you think he didn't say anything in the morning? I was waiting for him to get home from work so he could use it himself. I don't care if they "reported" me for insulting behavior, since I didn't PERFORM any insulting behavior their reports are meaningless.

**You 2018-12-13 20:14:39**

As far as, "do not trust this player to sell you goods," I'll keep my comments to my friends and guild so long as you ask blacklisted to only solicit goods within their friends and guild.

**You 2018-12-13 20:15:18**

If you want to warn my husband of a behavior, I suggest you follow your own rules and warn him. It's not my responsibility to do so.

**You 2018-12-13 20:17:30**

You have also not identified what insulting behavior it is that I may/may not have done. Furthermore, it is SPECIFICALLY allowed within your rules to criticize the way other players

Exhibit 10 – Forge of Empires Support Tickets: TwoCents Submitted by Plaintiff Penny Quinteros
Case: 19-CV-1402 RSM - 655

play the game. You cannot and will not enforce a "special" rule on me. Know why? Because it's ILLEGAL.

**You 2018-12-13 20:18:21**

This is now going on 72 hours waiting for you to tell me what "insulting" behavior I performed. If you cannot give me a clear explanation I just have to assume it's because I didn't perform any insulting behavior.

**You 2018-12-13 20:51:12**

And, what I have been saying is 100% true for EVERY blacklisted player, and I can prove it as of today.

**You 2018-12-13 21:13:09**

I still insist you tell me EXACTLY what it is I said or did that created this chat-ban on me.

**Forge of Empires - Customer Support 2018-12-13 21:51:25**

Hello TwoCents,

Examples such as "liars", "cheats", "thieves" or even ""^^do not trust this player to sell you goods, they will cheat you out of fps" are all considering to be insults.  Not to mention, encouraging players to kill themselves or do harm which we have discussed before.  The rule is simple- Do not insult other players.

As to your husband, I will address his behavior should the need arise. I was making certain that you were not using his account. When exact phrasing is being used on two or more accounts, then we must conclude that the possibility is there that you are using more than one account.

Please review the GAME RULES to ensure you do not violate them again. Your ban is not subject to appeal and will remain in effect until the ban expires.

Panacea
Community Manager
Forge of Empires, U.S.

**You 2018-12-13 22:26:47**

Yeah, well it insults me that they have free-reign to solicit goods buyers under false pretenses. Their actions hurt everyone in Yorkton, and they gain an unfair economic advantage which causes me to feel insulted and pressured to buy diamonds with money I don't have to keep up with their scamming ways. Are you going to stop them from soliciting goods?

It wasn't "exact phrasing"... my husband is from Chile and has trouble with English spelling.

Unless he specifically asks me how to spell a word, I'm pretty sure you can see the differences in the grammar and spelling usages.

You haven't explained yet how I could "insult" someone while I was sleeping. And I have already been punished for that asking B-Rad to do the world a favor by offing himself.

**You 2018-12-13 22:37:32**

Your rules specifically state:

InnoGames does not accept any publications that the Forge of Empires Team considers illegal, insulting, offensive, threatening, abusive, real-life-aggressive, sexually explicit, pornographic (including, but not limited to drawings and animations), politically extreme, religiously fanatic, endangering youth, racist, playing down the use of illegal drugs or alcohol, or promoting the use of
said substances or in any way inappropriate.POSTING LINKS TO SUCH CONTENT IS ALSO NOT ALLOWED.

If my actions were "insulting," then my definition Enamiccug's actions were also insulting when he posted a link to that "insulting behavior." Yet... I still see him chatting in global chat every day. I see Barth there, I see Full Monte there... These players have called me "crazy" "insane" "psycho" "unhinged" "bitch" "stupid" and pretty much any other insult there is in the book. I said they stole fps from people. Clearly your priority is not on enforcing the game rules. It's on discriminating against me and denying me service to your game.

**You 2018-12-13 22:39:24**

It is impossible for me to get a chat-ban while sleeping. aka not posting on Forge of Empires. Therefore I'm asking for redress for your illegal and discriminatory actions in the form of 15,000 of each type of colonial age good, and 1,000 troops distributed across my guild members.

**You 2018-12-13 22:42:06**

Please post here where I referred to any specific person on Monday Night and told them to kill themselves. Also please post here where I called anyone specifically on Monday night a liar, cheat or thief (assuming they weren't lying, cheating or stealing. I still maintain that truth can never be offensive).

**You 2018-12-13 22:43:35**

And could you please respond to ALL of my comments, instead of just the most recent ones?

**Forge of Empires - Customer Support 2018-12-13 23:35:27**

Hello TwoCents,

Exhibit 10 – Forge of Empires Support Tickets: TwoCents Submitted by Plaintiff Penny Quinteros
Case: 19-CV-1402 RSM - 657

This is not related solely to Monday night. This is a ban related to a series of cummulative statements, insults and behaviors. You will not be remunerated for a ban.

As to other player's actions, as we have discussed numerous times, we will investigate but you will not be informed as to the results of the investigation or any action(s) taken with another player.

Please review the GAME RULES to ensure you do not violate them again. Your ban is not subject to appeal and will remain in effect until the ban expires.

Happy Holidays!

Panacea
Community Manager
Forge of Empires, U.S.

### You 2018-12-13 23:37:08

I will be remunerated for this ban. I hadn't done any "cumulative" things to indicate I needed a ban, other than what you told me specifically would be allowed. It's not my fault you changed your mind.

### You 2018-12-13 23:38:22

Let me ask you, do you really think what you're doing here is de-escalating the situation? You're unfairly targeting the ONE person in the game you knew would respond poorly to being unfairly targeted. And you're allowing players to take advantage of me while I'm being unfairly targeted by you. How is that "de-escalating" the situation?

### You 2018-12-14 10:52:15

I want to know why I was banned for sleeping.

### You 2018-12-14 18:57:00

Could you please explain what "cumulative" statements I was banned for? I have been the model of good-behavior. If you specifically allowed me to criticize another player's game play using appropriate language, and you explain to me that I CAN say "this player with cheat you on fps" then later you change your mind and say you CANNOT say that... that's not really my fault. You have to explain the rule you want to apply to me, and give me time to adapt to it. You can't change the rule then retroactively ban me for it...

### You 2018-12-14 23:50:15

And again you are closing my tickets without giving me an answer here. Please provided the cumulative summary of information you used to make your decision to deny me service.

**Forge of Empires - Customer Support 2018-12-16 01:33:34**

Hello TwoCents,

1. We will not be compensating you for any "lost" anything that occurred while your account was under a ban.
2. While I do hope to de-escalate the situation, I do have an obligation to answer your questions and to provide accurate and definitive answers.
3. You were not banned for sleeping. The ban occurred for a continuing pattern of insulting fellow players.
4, We will not be providing a list of statements as most of these were covered on previous game bans. It is not a case of saying "This player is a cheat" or "This player will cheat" but continuing to say these things, not once, but every time another player speaks sets up a pattern of insulting behavior(s) that will not be allowed in FOE chat.
5. First, you have not been denied service. You may continue to play your game. This is a chat ban and is limited to chat.  Two, we answered each of your other tickets before closing them.

Enjoy the game.

Happy Holidays!

Panacea
Community Manager
Forge of Empires, U.S.

**You 2018-12-16 02:00:39**

What is the "continuing pattern of insulting fellow players" that you are referring to?
You will compensate me for the ban, because it is illegal
I didn't get any other game bans in Y world, so what do you mean "covered on previous game bans."
You told me it was acceptable to criticize their goods-selling practices using language like, this player cheats you on fp sales, which is what I've restricted my language to.
I have been denied service. You treat me differently than you do other players.

**Forge of Empires - Customer Support 2018-12-16 02:04:17**

Hello TwoCents,

You have been instructed to not insult other players. To say something once and to say it repeatedly over and over produces a pattern of behavior that is unacceptable. I do apologize for saying "game bans", I meant to say "game tickets".  You have not been denied service as your game can be played. All players are held to the same game rules.  Enjoy the game.

Happy Holidays!

Panacea
Community Manager
Forge of Empires, U.S.

**You 2018-12-16 02:05:58**

Panacea, I honestly do not know what these other players are putting in their reports to you, but I know what is in their "party line." They are saying that I am upset because of them taking NPC GvG sectors and that's why I've gone on this campaign against them. I can prove 100% beyond a reasonable doubt to you that they are LYING on that issue, and I think you need to consider if they are lying on that issue, they are lying on many issues.
on 7/28 I advised you of a cheating scheme with blacklisted - you did nothing in response
on 8/27 I asked you to help me with the diamond players who were domineering the world
it wasn't until 10/19 that I made the comments to B-Rad about slitting his wrists for the benefit of the world.

THEY ARE LYING TO YOU! and you continue to punish me instead of them.

**You 2018-12-16 02:09:11**

I can only play a portion of the game... that's not service. As any long-term player will tell you, interaction with other players is a crucial part of the game play and you're preventing that.

**Forge of Empires - Customer Support 2018-12-16 02:11:57**

Hello TwoCents,

In the case of a chat ban, we do not base any bans off what a player states in a ticket but on what is documented in the saved chat ban logs when a player is reported.

I understand you believe them to be lying. Even should what you say to be true proves true, there is no rule against a player negotiating goods for one price and then changing it. In fact, there is no rules regarding trades so a player could, in theory, offer you gold for $1 and then not conclude it till you ponied up 1000 forge points. Or any other scenario like that. Is it fair? Probably not, but there is no rule against it. Can you say, "Hey, he scammed me". Yes, we'd allow it. But not over and over and over again for months.  Nor can you call them "liars", "cheats' "thief" or any other insult because insulting another player is against the rules.

Enjoy the game.

Happy Holidays!

Panacea
Community Manager
Forge of Empires, U.S.

Exhibit 10 – Forge of Empires Support Tickets: TwoCents Submitted by Plaintiff Penny Quinteros
Case: 19-CV-1402 RSM - 660

**You 2018-12-16 02:13:14**

I didn't get instructed NOT to tell them "don't buy goods from this player, they will cheat you of fps" until Monday night when you told me it wouldn't be allowed. I can't be held responsible for things said before you changed your mind. After you told me it would "no longer be allowed" I went to bed... Look at your own words, "Once more for good measure- enough is enough. You have been informed of how we will enforce the rules FROM THIS POINT FORWARD."

From the point you told me "enough is enough" I did nothing.

**You 2018-12-16 02:15:50**

Telling me "from this point forward it will no longer be allowed," necessitates the meaning that from that point backwards it WAS allowed. Which is why I'm asking you... if I only did behavior that was specifically allowed by you, and written out in game tickets.... WHAT IS MY CHAT BAN FOR?!

**You 2018-12-16 02:23:39**

This is exactly my point Panacea - I'm not saying they're cheating the game-system... there are LOTS of things in the game system that people might find offensive. Extorting players for fps not to plunder for example... might be offensive to some players, but it is specifically allowed.

What I'm doing is pointing out their in-game behavior using appropriate language. The world of Y NEEDS me to do this, because if I don't other people who come forward get retaliated against by blacklisted... including Rufus T. Firefly and Langlais the first had his guild attacked by blacklisted when he complained about the fp-deal scam, and the second got kicked out of his guild when Barth muscled his guild-leaders after he came forward to say his entire GUILD had a message-thread warning of blacklisted cheating several of their members.

Lastly, their price-setting behavior affects everyone in Y-world. It is a scam against the entire community and it has to stop. It is creating a plutocracy in the world instead of a meritocracy. Teddy Roosevelt himself said, "of all forms of tyranny the least attractive and the most vulgar is the tyranny of mere wealth, the tyranny of a plutocracy." In order to bust up a plutocracy the little-guys HAVE to be given equal access to power, such as the power of free speech. If one of our presidents thought their behavior was the most vulgar, then I don't see any problem with pointing this vulgarity out.

**You 2018-12-16 02:27:29**

I'm sorry, I'd like to clarify... with this goods-cheating-scheme and price-fixing-scheme they aren't breaking the game rules as indicated above. They are still cheating the game system because they PAY people $$ to get forge points from them, specifically that is not allowed and was reported to you on 07/28/2018

**You 2018-12-16 02:37:14**

Panacea,

I can't have a rational conversation with you when you purposefully only respond about once a day and that's at times you know I'm busy. I think it's only fair that you allot a chunk of time to deal with this issue and give me a fair chance to reason with you. You are putting a LOT of stress on me over this during times that I can least afford it (due to the issue with the lawyer, having no $ at the holidays, etc). Quite literally on Wednesday I FORGOT to take my son to school because I busy checking my messages for a response from you.

Maybe other players wouldn't care about a global/guild/whisper chat ban... but I literally named myself TwoCents because I understand the power language can have. It's probably the most important tool in this game - hands down.

**You 2018-12-17 23:37:54**

I'm sorry, I still have received no response to this ticket.

**You 2018-12-18 01:39:58**

First, You stated in this thread: "Can you say, "Hey, he scammed me". Yes, we'd allow it. But not over and over and over again for months. Nor can you call them "liars", "cheats' "thief" or any other insult because insulting another player is against the rules."

I didn't say anything "over and over again for months" at most I started on October 31st and went through till December 10th with your SPECIFIC permission that it was ok as outlined below. Additionally I did not call anyone a liar, cheat, or thief... I kept my words relegated to their in-game behavior. I didn't 'you're a thief' I said... do not trust this player to sell you goods. He will scam you of fps. The word "scam, lie, steal" in all of my statements from October forward were VERBS. They couldn't meet your criteria of being an insulting label or name. It is literally impossible in the English language for your allegation to be true.

You stated on:
11/26/2018 An appeal of all bans on my record - you are ALLOWED to verbally confront any player you wish. YOU ARE NOT allowed to use profanity - I didn't us profanity and you banned me.
10/23/2018 I was told (again) that my behavior was "offensive" - You however, may still not call him insulting NAMES. You MAY however state what happened.
10/30/2018 Moderators abusing support system - Actually we HAVE discussed this. You can not use LABELS such as "scammers, liars, cheats, pedofiles" which insult individual players. You MAY attack guilds with game related information buy you may NOT insult other players. - I refrained from LABELING these players "scammers liars or cheats"
10/31/2018 Moderators abusing support system I do not disagree with your logic: There is nothing "harassing" about these behaviors. It takes a lot of time, effort, and good game-play on my behalf to be able to do them successfully. It's not any different than people going into global chat and asking for friends or guild members. It's community-engagement for a cause... As long as you do not insult another player ('insult' as defined "speak to or treat with disrespect or scornful abuse") then there should not be an issue. – specifically I stated the behaviors "I should be allowed to stop this solicitation [of goods ] by whatever means necessary to stop them from building up their cities thus denying them the ability to better be able to attack me.

You SPECIFICALLY stated that there was nothing harassing about stopping blacklisted's solicitation of goods via whatever means necessary. You clarified this by saying "so long as you do not insult players" You stated by insult you meant using the labels "scammers, liars or cheats" or using profanity. I did neither of those things.

You stated a series of conditions and rules that you felt would meet the "insulting" criteria, and my behavior was far below that criteria.

**You 2018-12-18 01:49:01**

What you're saying here with this partial ban is that I can sit in the back of the bus with the rest of the women, but I can't sit at the front of the bus with the men. Just allowing service isn't enough. You have to provide me the SAME and EQUITABLE treatment regardless of my gender... which you don't.

**You 2018-12-18 01:55:25**

You keep saying that I "insulted" players, which you seem to take as the holy-grail of the Inno rules allowing you to do whatever you want. May I advise you to re-read the rules. There are two exceptions where it is OK to insult other players as detailed out in the rules:
1.) when criticizing another players game-play
2.) when making in-game threats

What I was doing fit within the parameters of the first exception to the rules.
Please find a copy here: https://en0.forgeofempires.com/page/the_game/rules/

**You 2018-12-18 13:36:38**

If the ban was for 7 days? Why am I not un-banned?

**Forge of Empires - Customer Support 2018-12-19 00:41:12**

Hello TwoCents,

I am the Community Manager of the U.S. server and an InnoGames employee. As such, all aspects of the game, rules, players, and moderators are my responsibility.

**As the Game Rules state: The Community Management of the US version of Forge of Empires are the final arbiters of any rules dispute. Their interpretation of these rules is final.**

The account is now unbanned and will be monitored for compliance. Abide by the rules and enjoy the game. CLICK HERE to review the Game Rules

Happy Holidays!

Panacea
Community Manager
Forge of Empires, U.S.

**You 2018-12-19 01:17:33**

You failed to answer my most basic question... what was I banned for? I cannot begin to compose my appeal until I have a compilation of the details of what I supposedly did wrong.

**Forge of Empires - Customer Support 2018-12-19 01:20:16**

Hello TwoCents,

There is no further need for any appeal as the ban is concluded.  We answered your "most basic question" multiple times. You were banned for insulting other players. The account is now unbanned and will be monitored for compliance. Abide by the rules and enjoy the game. CLICK HERE to review the Game Rules

Happy Holidays!

Panacea
Community Manager
Forge of Empires, U.S.

**You 2018-12-19 01:25:21**

You are an employee of InnoGames and you live in the United States, therefore you are not the final arbiter because you still have to comply with the law(s) which prevent discrimination in public accommodations. At this point you haven't even provided a reason for my 8-day denial of service. Which I am still asking (as I have everyday for 8 days) so that I may BEGIN my appeal.

**You 2018-12-19 01:28:48**

You need to tell me EXACTLY what I said with a timestamp. If it is cumulative then you need to provide the EXACT thing thaI said in each instance with the date and time of each entry. Anything less is preventing me from formulating my appeal. Furthermore if I do not know what I did wrong how am I to prevent the action in the future?

**Forge of Empires - Customer Support 2018-12-19 01:30:41**

Hello TwoCents,

Here is the reason for your ban:  Insults to other players in Global Chat/Messaging

We will be providing NO additional information as you have received this on multiple tickets at the time of occurrence.

Exhibit 10 – Forge of Empires Support Tickets: TwoCents Submitted by Plaintiff Penny Quinteros
Case: 19-CV-1402 RSM - 664

There was no "denial of service".

**As the Game Rules state: The Community Management of the US version of Forge of Empires are the final arbiters of any rules dispute. Their interpretation of these rules is final.**

The account is now unbanned and will be monitored for compliance. Abide by the rules and enjoy the game. CLICK HERE to review the Game Rules

Happy Holidays!

Panacea
Community Manager
Forge of Empires, U.S.

**You 2018-12-19 01:32:47**

I have received NO SUCH information. It doesn't exist in prior warnings or anywhere because you have not provided it to me. I would like to begin my appeal, so please provide me the information I am requesting to do so.

**You 2018-12-19 01:34:28**

You can't have one version of the game for some people and another for those you are targetting because of discrimination- you might as well put up "colored and white" drinking fountain signs on your homepage if that's the case.

**You 2018-12-19 01:37:22**

As I stated before... your rules have two exceptions-
1.) threats in-game terms
2,) Criticizing other players game-play.

I am allowed to state "you cheat players out of forge points" in no uncertain terms. It is specifically allowed by your rules and has been tolerated for thousands of other players who've said the same.

**You 2018-12-19 02:34:40**

Please provide me a detailed list of what I've done to earn this particular ban. Once you do I will be able to formulate an appeal of it.

**You 2018-12-19 20:44:01**

I am still waiting for a detailed answer as to what I was banned for so that I may begin my appeal of this ban.

**You 2018-12-20 16:20:34**

Still waiting for your answer so I may begin my appeal of this issue.

**You 2018-12-21 18:28:12**

Please answer so I may begin my appeal... don't pretend to answer and then don't.

**Forge of Empires - Customer Support 2018-12-21 20:46:09**

Hello TwoCents,

This ticket has been appealed for over a week.  Your ban is completed and this ticket is concluded.  Enjoy the game.

Happy Holidays!

Panacea
Community Manager
Forge of Empires, U.S.

**You 2018-12-21 20:51:31**

I'm sorry, but I haven't started yet, so obviously it hasn't been appealed yet.

**You 2018-12-21 20:54:30**

You have yet to compensate me the 20,000 of each type in Colonial Age for being unable to participate in guild-chat coordination and the thousands of troops... so I'd like the opportunity to make a rigorous appeal based upon the facts, not guesses as to what you MIGHT have possibly found offensive. You've yet to tell me exactly which words at which times on which days were offensive.

**Forge of Empires - Customer Support 2018-12-21 20:55:47**

Hello TwoCents,

There is no ban appeal if there is no ban.  The ban concluded and therefore there is no further appeal.  There will be no compensation for "lost items" during a ban.  This ticket is concluded.

Happy Holidays!

Panacea

Community Manager
Forge of Empires, U.S.

**You 2018-12-21 20:56:37**

Your game rules specifically state that I have the right to appeal. It doesn't state "if the community manager purposefully ignores you for a week, then you lose that right."

---

This ticket has been closed and can no longer be replied to.

**Attachments**

**This ticket currently has no attachments.**

# View ticket

# Your game-lag caused me to lose a sector

**You 2018-12-13 22:45:12**

Your game-lag caused me to lose a sector. I was sitting right on the map watching it, and apparently a sector of mine was under siege without it showing up. Please return the troops it took to place defense, the troops it will take to take it back, and the amount of goods necessary to re-take it. Thank You.

**Forge of Empires - Customer Support 2018-12-13 23:48:06**

Hello TwoCents,

I am sorry you had difficulty playing however, we have had no periods of downtime this evening. However, I will be happy to replace the three units lost in battle today that you may have been unable to revive.

- 1 grenadier
- 2 rogues

We are unable to replace troops you might possibly use in the future or any goods.  Enjoy the game.

Happy Holidays!

Panacea

Community Manager
Forge of Empires, U.S.

## You 2018-12-13 23:51:11

I'm sorry, but your game-lag was in GvG and it caused me to lose 64 troops of defense, it will also cost me about 100 troops to retake the sector, not to mention the goods it will take. Please replace these items as your game-lag is severe and preventing proper functioning of the game.

## Forge of Empires - Customer Support 2018-12-13 23:53:00

Hello TwoCents,

I've checked your unit logs and you lost 3 units in battle today and as a one time courtesy, we replaced these units. You did manually delete a number of units but these can not be replaced.

Happy Holidays!

Panacea
Community Manager
Forge of Empires, U.S.

## You 2018-12-13 23:55:58

That's right, did you not read the ticket? Your game-lag caused me to lose a SECTOR. I was sitting there watching it. My PC wasn't frozen because the timer on the GvG map was still ticking down... and all of a sudden... I had lost a sector without it showing.

## You 2018-12-13 23:56:27

What the h - e- double hockey sticks are you talking about? I didn't delete any troops today.

## Forge of Empires - Customer Support 2018-12-14 00:02:05

Hello TwoCents,

I am sorry you lost a sector, that does occur. However, there was no downtime in the game this afternoon. If you wish, we can go over some items with your system which may improve reaction time while playing the game. Please let me know if you wish me to provide this information.

You manually deleted 24 units starting at 2018-12-13 20:11:36  (archers, cannons, imperial guards, etc.)  These were manually deleted and will not be replaced.

Happy Holidays!

Panacea
Community Manager
Forge of Empires, U.S.

### You 2018-12-14 00:05:43

I'm sorry, but my system is top-notch. I did not delete any troops today. I did place some for defense. Should we go over some techniques to teach you how to read?

### You 2018-12-14 00:07:45

Your system was laggy and allowed someone to take a sector while I was watching it. Additionally, this furthered the harassment you are creating against my guild and myself.

### You 2018-12-14 19:22:40

on 8-27 you set a precedent for returning troops and goods lost via GvG game lag, specifically when a sector doesn't show up as "under siege" when it actually is and when my browser isn't frozen.

### Forge of Empires - Customer Support 2018-12-14 19:28:10

Hello TwoCents,

As it said on 8/27 it was a "one time courtesy". Everything has been placed that will be.  Enjoy the game.

Happy Holidays!

Panacea
Community Manager
Forge of Empires, U.S.

### You 2018-12-14 19:37:12

Well regardless, your system has again malfunctioned and cost me demonstrable harm.

### You 2018-12-14 23:31:45

If you're going to respond, could you please respond to the full ticket. I have lost significant resources because of your game-lag. It is ongoing and pernicious. What are you going to do to recompense me?

### Forge of Empires - Customer Support 2018-12-16 01:36:06

Hello TwoCents,

The game experienced no downtime during this period.  Lag can occur based on the system being used and the internet service utilized. As stated, if you wish we can provide you some suggestions to lessen any lag you might be experiencing on your system. There will be no compensation.

Enjoy the game.

Happy Holidays!

Panacea
Community Manager
Forge of Empires, U.S.

## You 2018-12-16 02:02:51

my system is fast, and my internet is some of the best out there. Your game caused the problem.

## Forge of Empires - Customer Support 2018-12-16 02:04:38

Hello TwoCents,

The game experienced no downtime during this period.  Lag can occur based on the system being used and the internet service utilized. As stated, if you wish we can provide you some suggestions to lessen any lag you might be experiencing on your system. There will be no compensation.

Happy Holidays!

Panacea
Community Manager
Forge of Empires, U.S.

## You 2018-12-16 02:07:38

my system is fast, and my internet is some of the best out there. Your game caused the problem.... if my system were the problem, the gvg shields wouldn't have been bouncing, and the gvg clock wouldn't have been continuing to count-down. I highly down my fast-as-lightening internet had a 10 minute DELAY getting the information from your system... I mean... maybe a quarter of a second, but what you're alleging is ridiculous. Go speak to your programmers. It wasn't my system.

## You 2018-12-16 20:08:57

http://prntscr.com/lvtoqv

here is my ping rate and my download and upload speeds... you were going to say something about my internet connection?

**You 2018-12-16 20:42:22**

I would like to talk to one of your programmers. I believe it is this muffling you've done to me that is causing my system to lag. Essentially you're having to screen all data packets being sent from my browser to your systems to make sure they're "clean." Hence why I can see what I type in global chat, but no one else can, and it's gone when I refresh. This is causing your systems to lag (which btw, doesn't matter if you have any down-time. Downtime and lag are not synonymous).

**You 2018-12-19 01:18:15**

Can you establish that the muffling did not cause my system to lag?

**Forge of Empires - Customer Support 2018-12-19 01:26:06**

Hello TwoCents,

We are unable to provide you any additional information as to what may be causing your system to lag. I apologize that additional information is not available.  As I said to your earlier, if you wish me to provide the basic instructions for making your system run effectively for the game:
I apologize that you are experiencing this issue. Forge of Empires is based either on HTML5 or on Adobe Flash.  If you select Flash, then Flash must be operational for the game to load and play properly. Try these actions to insure active game play:

1. Try both HTML5 and Flash to see which work best for your system. (The selection button is located in Settings.)

2.  If you select Flash, maintain the latest version of Adobe Flash. Delete any previous versions of Adobe Flash from your system. Download and install the most current version of Adobe Flash. Reboot your system.

3. Clean your browser's cache now and often, especially after major updates, <click here for instructions>; OR <click here if you're using IE>;

4. If you use Flash, use a flash-friendly browser such as Opera, Chrome or Comodo Icedragon as they are better suited to browser games, perform faster, and provide far more features/add-ons. The game is known to have issues with Internet Explorer (IE), especially older versions of the same due to flash-problems with the browser. **Only download from these approved sites.**

5. Run only one instance of the game at a time, do not load multiple worlds or other flash-related sites together.

Thank you.

Happy Holidays!

Panacea
Community Manager
Forge of Empires, U.S.

### You 2018-12-19 01:30:13

Shall I also give you insulting instructions on the most basicals of how to READ. It was NOT my system lagging.

### You 2018-12-19 03:32:20

Speak with your programmers and find out how/why the game-chat-ban makes the system lag. It does. So you better figure it out.

### You 2018-12-21 18:28:36

Please bring the issue up to your programmers. I'm not joking. It's a real problem.

### Forge of Empires - Customer Support 2018-12-21 20:44:06

Hello TwoCents,

Thank you for your comments. We are currently working to see if this issue can be duplicated and if so will be sent to the Development Team.  Enjoy the game.

Happy Holidays!

Panacea
Community Manager
Forge of Empires, U.S.

### You 2018-12-21 20:52:43

It is an issue. Like I said, I have an 8ms ping rate... it shouldn't be lagging like it was.

**You 2018-12-21 20:56:57**

I don't see an answer here... You still haven't compensated me for this loss caused by your system.

This ticket has been closed and can no longer be replied to.

**Attachments**

# This ticket currently has no attachments.

# View ticket

# Appeal TwoCents

**You 2018-12-21 20:57:43**

Continuing our prior conversation, I am requesting information regarding my ban in global chat in Y world, so that I may begin an appeal.

**You 2018-12-21 20:58:40**

Your game rules specifically state that I have the right to appeal. It doesn't state "if the community manager purposefully ignores you for a week, then you lose that right."

**Forge of Empires - Customer Support 2018-12-21 21:04:29**

Hello TwoCents,

You appealed using everything in your arsenal. There is no further ban so there is no further ban appeal. This ban is completed. There is no further ban appeal. Enjoy the game.

Happy Holidays!

Panacea
Community Manager
Forge of Empires, U.S.

This ticket has been closed and can no longer be replied to.

**Attachments**

**This ticket currently has no attachments.**

# View ticket

# Ban of Yorkton Chat

**You 2018-12-21 21:04:16**

Hello TwoCents,

When you receive a report about being punished it means one or more messages were reported as being in violation of the Communications Rules. Usually this is because you have sent profanity, personal insults or otherwise offensive content through either the message or chat system.

RULE VIOLATION: Spamming Yorktown Chat
01:40: TwoCents: Attention global players:
01:40: TwoCents: Please be aware of a scheme against the community perpetrated by some of the highest ranking members of this world
01:40: TwoCents: they have created a yo-yo scam in their goods-transactions
01:40: TwoCents: wherein they sell goods for one price, then refuse to give them to you until you pay more
01:41: TwoCents: additionally they are hurting the economy of Yorkton by price-fixing
01:41: TwoCents: which means we all pay higher goods whether we are buying form these players or not.
01:41: TwoCents: End of Message
01:45: TwoCents: Attention players, there is a conspiracy of players who think it is cool and fun to bully other players
01:46: TwoCents: they think because they are able to buy diamonds, they can and should get to hold everyone else back
01:46: TwoCents: thereby increasing their city-power that much further
01:46: TwoCents: do not listen to those who would tell you otherwise
01:46: TwoCents: these credit-card-cowboys think to create a plutocracy
01:47: TwoCents: it is not acceptable here or anywhere
01:47: TwoCents: if players like Qwantus tell you otherwise, ignore him
01:47: TwoCents: he is a mouthpiece for the conspirators

01:47: TwoCents: Plutocracies are the most vulgar form of tyranny

01:48: TwoCents: Do not buy goods from those who would try to cheat you of forge points

01:48: TwoCents: Do not buy goods from those who would try to manipulate prices in this game

01:48: TwoCents: Attention community there is a scam targetting you and your forge points being perpetrated by the highest ranking members

01:49: TwoCents: of this world

01:49: TwoCents: Do not facilitate such vile practices

01:49: TwoCents: They use the power your forgepoints give them to take advantage of other players

01:49: TwoCents: Do not help these players grow their cities so that they may scam other players

01:50: TwoCents: Enough is enough

01:50: TwoCents: do not tolerate this sort of underhanded game-play

01:50: TwoCents: Do not buy goods from these players

01:50: TwoCents: do not listen to their lies

01:51: TwoCents: if you do not know what a plutocracy it is where the wealthy rule by virtue of owning everything

01:51: TwoCents: do not trust the credit-card-cowboys

01:51: TwoCents: they do not have your best interests at heart

01:52: TwoCents: their sole focus is taking advantage of you so that they may grown their own city's power and wealth and then take advantage

01:52: TwoCents: of other players

01:52: TwoCents: If you buy goods from them, you will be assisting them in doing so

01:53: TwoCents: you will be helping to take advantage of the people in our society who need the most protection

01:53: TwoCents: Do not buy goods from the people conspiring to rig the system

01:53: TwoCents: It is not to your benefit, it is not to anyone's benefit except theirs

01:55: TwoCents: Attention global world, do not listen to the mouthpiece of the conspirators

01:55: TwoCents: he is not telling you accurate information

01:55: TwoCents: players are attempting to grow their own cities on your backs and the backs of your fellow non-diamond-spending players

01:56: TwoCents: They purposefully bought their way to the top JUST to take advantage of others who couldn't

01:57: TwoCents: Do not buy goods from players who are trying to take advantage of you and others

This ban is for 24 hours. Please review the GAME RULES to ensure you do not violate them again. Your ban is not subject to appeal and will remain in effect until the ban expires.

Panacea
Community Manager
Forge of Empires, U.S.
TwoCents 2018-12-19 02:15:56
I dont' see anything there that breaks your rules. Could you please explain?
TwoCents 2018-12-19 02:16:57
I still don't see anything there that violates any of your game rules. Could you please explain?
Forge of Empires - Customer Support 2018-12-19 02:19:39
Hello TwoCents,

Seventeen minutes of spamming Global Chat. This is not allowed.

Game Rule: Spamming other players with in-game mails or chat messages is abusive and will not be tolerated.

Panacea
Community Manager
Forge of Empires, U.S.
TwoCents 2018-12-19 02:19:43
Your rules specifically state that spamming is: Using only capital letters, or spamming the same message repeatedly in the chat room is not
permitted as it is poor chat etiquette - I haven't spammed the same message repeatedly. I just type fast.
TwoCents 2018-12-19 02:20:22
It's not my fault I type 150wpm... tell the other players to keep up.
TwoCents 2018-12-19 02:21:38
and besides, there were pauses and other players talking in there. I mean... I had to pause to write the reports of the other players insulting me. You are aware that I did that... so how can pausing, coming out of the game, going back into the game be considered spamming?
TwoCents 2018-12-19 02:22:56
Do you ban other players for typing messages - individually crafted and unique - in global chat at the speed they are accustom to?
TwoCents 2018-12-19 02:24:51
You already banned me for an extra 26 hours anyway, on top of the "7 day" illegitimate ban that you still do not explain, so you can remove the chat-ban now. I've already served that time.
TwoCents 2018-12-19 02:30:58
There are only 2.4 messages a minute there.. Your game system allows messages every 2 seconds. I'm 12.5 times over again within the acceptable limits.
TwoCents 2018-12-19 02:33:54
Excuse me, where did you go? Why are you not answering?
TwoCents 2018-12-19 02:39:39
See... this is part of the problem right here. You not only deny me equal access to the game, you are denying me equal access to your support services. You are purposefully ignoring my

questions so that you can "wait out" the ban-time.
TwoCents 2018-12-19 03:03:08
You have time to close tickets but not answer them?
TwoCents 2018-12-19 03:38:30
You can answer every other ticket but not this one?
TwoCents 2018-12-19 16:22:43
Please respond, you haven't established why you think I was spamming
TwoCents 2018-12-19 20:42:18
Please respond so I may begin my appeal of this ban. Your rules state that I am allowed to appeal and by not telling me what the ban is for you're denying me equal access to the support system and the game.
Forge of Empires - Customer Support 2018-12-19 23:42:12
Hello TwoCents,

You have been given all information. Spamming a channel with the same information over and over is not acceptable. Seventeen minutes of spamming Global Chat. This is not allowed.

Game Rule: Spamming other players with in-game mails or chat messages is abusive and will not be tolerated.


Happy Holidays!

Panacea
Community Manager
Forge of Empires, U.S.

TwoCents 2018-12-20 00:18:22
Actually your rules state "spamming the same message," not giving the same information. I don't see how that's spamming at all...
TwoCents 2018-12-20 00:19:03
By your definition... a person who goes in there and has a conversation for 2 hours has spammed global chat for 2 hours...
TwoCents 2018-12-20 15:33:29
You failed to answer my question... how can typing fast be spamming when it doesn't fit the definition anywhere?
TwoCents 2018-12-20 15:59:11
I don't see an answer to my appeal yet.
Forge of Empires - Customer Support 2018-12-21 20:45:17
Hello TwoCents,

Saying the same thing over and over for a full 20+ minutes is spamming our Global Chat and will not be tolerated. Your ban is concluded and this ticket is now complete. Enjoy the game.

Happy Holidays!

Exhibit 10 – Forge of Empires Support Tickets: TwoCents Submitted by Plaintiff Penny Quinteros
Case: 19-CV-1402 RSM - 677

Panacea
Community Manager
Forge of Empires, U.S.

TwoCents 2018-12-21 20:52:10
I disagree, I didn't say the same thing over and over. I said similar things to different people.
Forge of Empires - Customer Support 2018-12-21 20:53:58
Hello TwoCents,

As the Game Rules state: The Community Management of the US version of Forge of Empires are the final arbiters of any rules dispute. Their interpretation of these rules is final.

This ticket is concluded.

Happy Holidays!

Panacea
Community Manager
Forge of Empires, U.S.

TwoCents 2018-12-21 20:56:00
Yes, but your your rules also state that spamming is exemplified by: Using only capital letters, or spamming the same message repeatedly in the chat room is not permitted as it is poor chat etiquette.

So it's pretty hard to interpret what I did as the above unless you're just making things up.

**Forge of Empires - Customer Support 2018-12-21 21:05:33**

Hello TwoCents,

This ban is concluded so there is no further ban appeal.  This ticket is concluded. Enjoy the game.

Happy Holidays!

Panacea
Community Manager
Forge of Empires, U.S.

---

This ticket has been closed and can no longer be replied to.

## Attachments

Exhibit 10 – Forge of Empires Support Tickets: TwoCents Submitted by Plaintiff Penny Quinteros
Case: 19-CV-1402 RSM - 678

This ticket currently has no attachments.

# View ticket

# Appeal TwoCents

**You 2018-12-21 21:10:04**

TwoCents 2018-12-11 00:32:45
What was I banned for? I didn't do anything against the rules.
TwoCents 2018-12-11 00:36:59
Pardon, I'll continue this appeal ban in a separate thread with a new title so I can keep track of it on my spreadsheet easier. It automatically puts "Appeal TwoCents" as the title otherwise.
Forge of Empires - Customer Support 2018-12-11 00:44:38
Hello TwoCents,

When you receive a report about being punished it means one or more messages were reported as being in violation of the Communications Rules. Usually this is because you have sent profanity, personal insults or otherwise offensive content through either the message or chat system.

Chat Rule Violation: real-life aggression You encouraged another player(s) to slit their wrists

Please review the GAME RULES to ensure you do not violate them again. Your ban is not subject to appeal and will remain in effect until the ban expires.

Happy Holidays!

Panacea
Community Manager
Forge of Empires, U.S.

TwoCents 2018-12-11 00:45:14
I was already warned for that behavior and I did not encourage or repeat it, just simply said I wasn't sorry for it.
TwoCents 2018-12-11 00:45:50
and I explained what happened. You can't double-punish me for it now. You already punished me for it!
TwoCents 2018-12-11 00:46:23
Please don't close my other ticket. I keep all these bans on a spreadsheet. If they all say "appeal twocents" it gets confusing.
TwoCents 2018-12-11 00:47:27
You found my behavior to be "offensive" and I'm appealing. - you punished me for that behavior

Exhibit 10 – Forge of Empires Support Tickets: TwoCents Submitted by Plaintiff Penny Quinteros
Case: 19-CV-1402 RSM - 679

in that thread. I didn't repeat it or bring it up again. So I don't see why I should be banned for it.
TwoCents 2018-12-11 00:48:41
What you should be doing is banning the player who posted the link to said material. Instead of me.
TwoCents 2018-12-11 00:49:28
https://support.innogames.com/t12765172

explain to me, where I said TODAY that someone should slit their wrists.
Forge of Empires - Customer Support 2018-12-11 00:52:48
Hello TwoCents,

I'm trying to locate where you were banned for this previously. When you've had 13 ban appeals in this year alone, it gets confusing. I will unban the account but enough is enough. You continue to slander your fellow players, they continue to slander you. No more "^^steals fps and lies and cheats" and I'll hold you all to the same standard. Its going to be a new year and we should go into it with a clean slate.

The account is now unbanned and will be monitored for compliance. Abide by the rules and enjoy the game. CLICK HERE to review the Game Rules

Happy Holidays!

Panacea
Community Manager
Forge of Empires, U.S.

TwoCents 2018-12-11 00:53:53
I was never banned for this at all. It's what I received my first WARNING for in Yorkton. The title of the thread is:
You found my behavior to be "offensive" and I'm appealing.
TwoCents 2018-12-11 00:56:12
You told me previously, that selling goods was a game activity. If they feel free to sell their goods in global chat, I should be free to DISPUTE said selling. You specifically told me on this subject, "I don't disagree". I'm not SLANDERING anyone. THEY DO everything I've said they've done. They just today got a player kicked out of his guild as retaliation for coming forward to say that he had, indeed, been cheated by blacklisted. I have several other players messaging me thanking me for my help pointing out this issue. THEY PRICE FIX, which is, in of itself scamming and which all of the blacklisted players are COMPLICIT IN. It's only fair and reasonable that I point it out.
TwoCents 2018-12-11 00:59:14
If they don't like it, they are free to disagree with me. I am referring to their in-game activity and that is allowed under the rules using appropriate language. I am referring only to their actions and not the player themselves.
They could for example say: I am an honest player with a good reputation

What they can't do is make up photoshopped screenshots of me threatening to "kill everyone" or

whatever it said. That in itself is posting a link to real-life-aggressive behavior and is against the rules.

TwoCents 2018-12-11 01:03:14

Panacea - these diamond spending yahoos think they own the game and everyone in it. Someone has to stand up for the regular old joes. I'm the only one with enough tenacity and grit to do so. Please, please don't shut me down.

Forge of Empires - Customer Support 2018-12-11 01:03:40

Hello TwoCents,

However, situations change. In this case, you have MORE than made your point and your fellow players disagree with your assessment and feel you are insulting them. When a situation continues, then we must find ways to deescalate. In this case, we will no longer allow either party to continue to insult the other party. If these players "Price Fix", the other players will figure this out and no longer trade. It is not up to you to be the warning label. No further insulting of the blacklisted players and they will not be allowed to continue to insult you.

The account was banned for 24 hours and after your appeal, I have unbanned it. You were warned on 2018-10-18 22:46:19, 2018-10-21 23:24:24, and 2018-11-14 12:59:07. The account is now unbanned and will be monitored for compliance. Abide by the rules and enjoy the game. CLICK HERE to review the Game Rules

Happy Holidays!

Panacea
Community Manager
Forge of Empires, U.S.

TwoCents 2018-12-11 01:05:45

I mean like I pointed out over and over and over today. I hit them with a logical argument... you shouldn't be trusted because your guild has a history of cheating people.

And they respond with... "you're crazing, you're insane, you're posting death-threats, you're a bad mother and women shouldn't play video games,"

and you're banning ME?!

TwoCents 2018-12-11 01:06:40

No, I don't agree to this.

TwoCents 2018-12-11 01:09:42

The incident on the 14th had nothing whatsoever to do with global chat, and the incident on the 21st was because I used the word "cheater"... these aren't big issues. If you would clearly tell me what I can and cannot say they wouldn't have happened. I didn't realize that telling a person who cheats, "you are a cheater" was at all against the rules until you told me so. And I also often banter back and forth using profanity in private messages assuming it's equally-tolerated and used by the other party. I don't think either of those things should've received a warning. AND even if they deserved a warning, they shouldn't escalate to a ban. They simply weren't that big of a deal.

TwoCents 2018-12-11 01:11:00
If my fellow players feel that I am insulting them, perhaps they should go back to 5th grade English class and learn the difference between a noun and a verb.
TwoCents 2018-12-11 01:16:48
So... if we should also "go into this with a clean slate" are you also going to ask the players to give back all the tiles they took in GvG as retaliation from myself and other players who got cheated? Are you going to ask these diamond spending yahoos to stop belligerently badgering my guild with 30 sieges at a time because they have the goods (from cheating other players) to do so? Are you going to ask them to stop placing spies (alts) in my guild, so that I could, potentially move from my PC to my upstairs browser (which took all of 6 minutes) when I'm feeling sick and in pain without getting attacked and losing 6 sectors?

Propaganda is an acceptable means of warfare Panacea, it has a long historical tradition and frankly, outting their goods-selling-cheating practices is pretty much the only thing left to me, since I have NO WAY to compete otherwise.
Forge of Empires - Customer Support 2018-12-11 01:17:16
Hello TwoCents,

As I've said, enough is enough. You have been informed of how I will enforce the rules from this point forward.

I listened to your appeal and unbanned the account. Observe the Game Rules and abide by them.

Enjoy the game.

Happy Holidays!

Panacea
Community Manager
Forge of Empires, U.S.


TwoCents 2018-12-11 01:26:28
I don't think you've listened AT ALL. I'm not DOING anything wrong. And if Blacklisted wants to manufacture insult to get me banned. Too bad for them. They just started attacking me, out of the blue, yesterday. They didn't have to do that. They could've "made peace" but they didn't. All you're doing in handcuffing me. I mean, for Christ's sake, Enam put an fp on the last level of my arc just to prove he could "stick it in me" - said via Discord so I didn't report the conversation -
TwoCents 2018-12-11 01:30:54
They think they can get away with: calling me crazy, calling me a bad mother, photoshopping incidents of me, putting alts in my guild, paying people real $ to make alts for them, selling goods for one price, then after you have your fps in, raising the price. Price Fixing, and then of course let's not forget, retaliating against people who point out said behavior. And oh yeah... using you as a tool to oppress my voice.
TwoCents 2018-12-11 01:41:24
I mean please, look at this again. Look at the precedent you're setting. Anyone who calls people a "noob" or says "your city streets are crooked," or laughs at a person for building a Colosseum

Exhibit 10 – Forge of Empires Support Tickets: TwoCents Submitted by Plaintiff Penny Quinteros
Case: 19-CV-1402 RSM - 682

can now be banned because the other player "felt insulted?" We're talking about IN-GAME behavior! I'm restricting my comments to their IN-GAME behavior. I'm not saying they're cheating on their wives. I'm not saying they lied on their taxes. I'm talking about them going into global chat to solicit goods-buyers.

TwoCents 2018-12-11 01:44:48

They want to keep their GvG worlds, and their goods-selling-racketeering worlds separate. As if they can just go around cheating people without it getting mud on their boots. My goal is to make those worlds collide. It's not against the rules. At all, in any fashion. It's NEVER been against the rules. You are making up new rules as you go and it's simply not fair. You're giving them unfair protection that they don't need and really don't deserve.

TwoCents 2018-12-11 01:46:33

As you told me in J-world. That's what the ignore button is for. If they don't like what I'm saying, they can always just ignore me...

TwoCents 2018-12-11 01:59:41

If you do this, are you going to ban everyone in J world? And I do mean pretty much everyone. Everyone who says I have alts? Everyone who says I'm a man, or a "tranny." Anyone who brings up the fact I ever sent out a picture? Anyone who says I'm rude, mean, nasty, sad, crazy, lonely, need a hug, psycho, et al?

TwoCents 2018-12-11 02:01:11

Anyone who says, "I'm going to harass you out of the game by attacking every guild you're in and every guild you will be in"...

TwoCents 2018-12-11 02:14:18

I mean, you didn't bend the rules for me when people were saying that I was cheating the game. http://prntscr.com/ltebeh

Forge of Empires - Customer Support 2018-12-11 07:32:25

Hello TwoCents,

Once more for good measure- enough is enough. You have been informed of how we will enforce the rules from this point forward.

We've listened to your appeal and unbanned the account. Observe the Game Rules and abide by them.

Enjoy the game.

Happy Holidays!

Panacea
Community Manager
Forge of Empires, U.S.

TwoCents 2018-12-11 11:34:34

You let me get harassed for THREE YEARS for outside of game issues, and those pansies complain they have hurt-feelings over IN-GAME issues and you suddenly change the rules?!!!!!!!? You are a monster!

TwoCents 2018-12-11 12:03:27

Exhibit 10 – Forge of Empires Support Tickets: TwoCents Submitted by Plaintiff Penny Quinteros
Case: 19-CV-1402 RSM - 683

I have played this game for SIX F'ING YEARS! MY KIDS HAVE PLAYED SINCE THEY WERE 5 YEARS OLD! MY HUSBAND PLAYS, MY BROTHER IN LAW, MY NEPHEW, ALL MY FRIENDS. You will have to ban me. This isn't against the rules and I'm not letting you put special rules up just for me to continue your discrimination of me. Your "buddies" from blacklisted don't need nor deserve your protection. SO F'ING BAN ME!

http://prntscr.com/ltmyqu
TwoCents 2018-12-11 12:27:22
Ban me, ban my kids, ban my friends, ban everyone in my fucking guild. Ban me from support, ban me from messaging anyone, ban me from living, ban everyone in every fucking world on the US servers. If you ban me for doing this you will need to ban every player in all worlds on the entire fucking US SERVER. All because you're a stupid twit who wants to coddle those stupid blacklisted fucks from economic sanctions. It's time to go shoot myself in the head because you make the world a fucking DISGUSTING place to live in.
TwoCents 2018-12-11 13:48:56
Did you MUFFLE me in global chat on Y? Did you muffle all of blacklisted too?!
TwoCents 2018-12-11 18:11:52
They are still recruiting people to cheat and steal from. WTF?!
Forge of Empires - Customer Support 2018-12-11 20:56:53
Penny,

I know you are frustrated. I'm sorry. And I'm very sorry about your situation here at the holidays. We have to view the situation from all sides and it is being carefully monitored. But in all seriousness, please don't joke about suicide. It IS serious and I do not wish to think about you even considering this. If you need to talk to someone, please contact the National Suicide Prevention Lifeline at 1-800-273-8255 or talk to me even. I know I'm not your favorite person but I do care and I don't want anything to happen to you.

Panacea
TwoCents 2018-12-11 20:57:53
It's not a joke to me, and I hope you fucking realize the bullshit you've pushed onto me.
TwoCents 2018-12-11 21:00:23
Like I said, just ban me, ban my kids, ban my husband, ban my whole guild. Then the rich, entitled pricks your system rewards can clap themselves on the back and laugh at me some more and get a good chuckle out of how they used you to hurt me and mine.
TwoCents 2018-12-11 21:11:41
I honestly don't care anymore. Do what you want. You know you will anyway. Bye.
Forge of Empires - Customer Support 2018-12-12 19:20:43
Hello TwoCents,

I must ask that you remain civil in discussions with Support.

As to bans, we do not apply bans unless there is violation of a Game Rule. As long as everyone is abiding by the Game Rules, including one account per person, then everyone should be playing.

Exhibit 10 – Forge of Empires Support Tickets: TwoCents Submitted by Plaintiff Penny Quinteros
Case: 19-CV-1402 RSM - 684

Happy Holidays!

Panacea
Community Manager
Forge of Empires, U.S.

TwoCents 2018-12-12 19:38:14
UHH Panacea, that was two days ago that I wrote that. And after I appealed the ban and you overturned it. I went to bed and didn't type anything else in global chat... at all.... I woke up to this chat ban. So why am I banned from chat again?
TwoCents 2018-12-12 20:16:37
You didn't answer any of these questions, just closed the tickets as "duplicate" without providing a response, So I'll be reposting them here - even though this ticket is about a previous ban, not this new chat ban...
APPEAL OF ALL BANS ON MY RECORD:
TwoCents2018-12-11 20:54:21
I didn't do anything to deserve a chat ban.
TwoCents2018-12-11 20:54:44
Point to one thing that I said AFTER you told me how you would start enforcing a "new rule" just for me.
LET'S TALK REASONABLY:
TwoCents2018-12-11 20:45:35
Ok, first off... I haven't targeted anyone. I have constructed a war-plan to target a bigger and much more powerful guild using the only means at my disposal. In order to take down a larger force, propaganda and economic sanctions are totally reasonable. I'm keeping my comments to totally true, yet pretty heinous acts they've committed. And clearly... it's working. It would really help if you would just stop getting in my way. There is no reason you have to ban me. This is an in-game issue. They don't need to sell goods in global chat. If they find the water there too hot, they can simply stop.
TwoCents2018-12-11 20:47:56
It wasn't my choice to have you respond to my tickets right around recalc...
TwoCents2018-12-11 20:49:19
You did that, purposefully delaying responding to me until now. It wasn't an accident on your part.
TwoCents2018-12-11 20:52:58
I have spent hundreds of dollars buying diamonds... trying to keep up with these assholes. Money that I do not have and can't afford to spend. Purchases that I have hidden from my husband so he doesn't get mad. And you come in and hamstring me right at recalc - on purpose- because someone told you they felt slightly insulted that I said they cheated players on goods purchases... I mean really... did you tell them they're being big-fat-ass-babies?
TwoCents2018-12-11 20:56:12
Seriously... go look at how many diamonds I've purchased over the last year trying to fight these belligerent egotistical assholes? I do it because someone has to... it's not fair to let them just walk all over the little-guys.
PANACEA-READ THIS:
Come talk to me - anonymously - in person:

https://discord.gg/m2kVjg

I AM BEING DENIED SERVICE:

You are purposefully ignoring me in hopes that I will go away. You unfairly targeted me with a chat-ban. You have not told me what it's for, or what rules I supposedly violated to get such a ban. You haven't given me any information about it, and are denying me my right to appeal that you give to other players. Your denial of service has cost my guild thousands of goods and hundreds of troops. You are allowing yourself to be used as a means to target and harass me.

PANACEA – YOU NEED TO FIX THIS

Panacea. You need to fix this. Honestly... If you won't let me talk about them in global chat, they need to stop attacking my guild. End of story. They need to stop using their 80 pirate ships to harass and bully players.

http://prntscr.com/ltuexb

TwoCents2018-12-12 11:16:44

You want Y-world to be successful don't you? How long do you think people are going to play if the keep getting bullied by egotistical narcissistic men who think that buying special buildings give them the right to own everyone else? Like I said, I'm literally the only person fighting back against them, but I can't do it without help. Give me back the goods and troops lost yesterday when I lost those sectors. It wasn't fair... you took away my ability to coordinate with my guild, but you didn't take away theirs.

TwoCents2018-12-12 14:13:38

One extra one now. I think you owe my guild an apology about 300 troops and 10,000 of each CA good. People think they can take advantage of our guild because you "banned" me from talking without rhyme or reason.

TwoCents 2018-12-12 20:33:06

Copying this question too:

TwoCents 2018-12-12 20:12:20

I'm sorry, but you made me wait 24 hours to tell me "we've concluded this inquiry?" You're closing my new responses as "duplicates" then taking things I've written 2 days ago as if they're new.

I have legitimate questions about this chat-ban. Namely why you put it in place after you removed the erroneous ban from two nights ago... Please answer my questions instead of closing them as duplicates. Or at least copy them over into the one-thread if you won't answer.

TwoCents 2018-12-12 22:02:06

What do you mean "one account per person." I don't have two accounts. Just this one. And I can 100% prove it to you beyond any reasonable doubt.

Forge of Empires - Customer Support 2018-12-12 22:28:56

Hello TwoCents,

Every open ticket must be addressed which is why we ask that you limit one issue per ticket and do not open multiple tickets of which you have opened appx 8 today and 10 yesterday. You should have one ticket open that addresses your latest chat ban that you have questions regarding. So pick the ticket you wish us to converse and I'll close the rest and we can have a chronological conversation that you (and I) will be able to follow.

Happy Holidays!

Panacea
Community Manager
Forge of Empires, U.S.


TwoCents 2018-12-12 22:30:30
OK, this one is fine.
TwoCents 2018-12-12 22:50:51
Ok, so I don't think I'm understanding well. Can we clarify the order of events? I was warned around the middle of November not to call blacklisted members "cheaters or scammers." During that conversation you said that you did not disagree with me that if it's a part of the game to solicit goods, it's an equal part of the game to stop the solicitation of goods.
I started to criticize blacklisted's sale of goods by saying things such as ^^do not trust this player to sell you goods, they will cheat you out of fps.
Fast forward to Monday, I was doing the same. Blacklisted took exception and started to post links to things said previously. I responded (in what I thought was a reasonable way) to these link-posts admitting I had said them in the past.
Around 9:30 my time, I got kicked out of the game, and when I tried to log in, had a game-ban. I asked you what it was for and you said telling a player to slit his wrists. I explained that was an incident that happened in October and which I'd already been punished for. You then explained your position that I, personally, would no longer be able to say things stopping Blacklisted from selling goods. I disagreed vehemently.
I did not log back into the game at that time, but went to my bed. I logged in via my phone once to put points on someone's arc.
I woke up the next morning to a chat-ban and I have no idea what it is, why I received it, or how long you plan on having it in place. I asked for clarification, but you haven't provided it yet.

Can we start there?
Forge of Empires - Customer Support 2018-12-13 19:15:10
Hello TwoCents,

Your chat ban was initiated when players reported insulting behavior. The chat ban was placed and will remain in effect for 7 days. Should you use your husband's account to continue the behavior then I will extend the chat ban to that account as well. Insulting, including those statements you feel are "true" such as "^^do not trust this player to sell you goods, they will cheat you out of fps. "

Please review the GAME RULES to ensure you do not violate them again. Your ban is not subject to appeal and will remain in effect until the ban expires.

Happy Holidays!

Panacea
Community Manager
Forge of Empires, U.S.

TwoCents 2018-12-13 20:13:39

I have never used my husband's account. Why do you think he didn't say anything in the morning? I was waiting for him to get home from work so he could use it himself. I don't care if they "reported" me for insulting behavior, since I didn't PERFORM any insulting behavior their reports are meaningless.

TwoCents 2018-12-13 20:14:39

As far as, "do not trust this player to sell you goods," I'll keep my comments to my friends and guild so long as you ask blacklisted to only solicit goods within their friends and guild.

TwoCents 2018-12-13 20:15:18

If you want to warn my husband of a behavior, I suggest you follow your own rules and warn him. It's not my responsibility to do so.

TwoCents 2018-12-13 20:17:30

You have also not identified what insulting behavior it is that I may/may not have done. Furthermore, it is SPECIFICALLY allowed within your rules to criticize the way other players play the game. You cannot and will not enforce a "special" rule on me. Know why? Because it's ILLEGAL.

TwoCents 2018-12-13 20:18:21

This is now going on 72 hours waiting for you to tell me what "insulting" behavior I performed. If you cannot give me a clear explanation I just have to assume it's because I didn't perform any insulting behavior.

TwoCents 2018-12-13 20:51:12

And, what I have been saying is 100% true for EVERY blacklisted player, and I can prove it as of today.

TwoCents 2018-12-13 21:13:09

I still insist you tell me EXACTLY what it is I said or did that created this chat-ban on me.

Forge of Empires - Customer Support 2018-12-13 21:51:25

Hello TwoCents,

Examples such as "liars", "cheats", "thieves" or even ""^^do not trust this player to sell you goods, they will cheat you out of fps" are all considering to be insults. Not to mention, encouraging players to kill themselves or do harm which we have discussed before. The rule is simple- Do not insult other players.

As to your husband, I will address his behavior should the need arise. I was making certain that you were not using his account. When exact phrasing is being used on two or more accounts, then we must conclude that the possibility is there that you are using more than one account.

Please review the GAME RULES to ensure you do not violate them again. Your ban is not subject to appeal and will remain in effect until the ban expires.

Panacea
Community Manager
Forge of Empires, U.S.

TwoCents 2018-12-13 22:26:47

Yeah, well it insults me that they have free-reign to solicit goods buyers under false pretenses.

Their actions hurt everyone in Yorkton, and they gain an unfair economic advantage which causes me to feel insulted and pressured to buy diamonds with money I don't have to keep up with their scamming ways. Are you going to stop them from soliciting goods?

It wasn't "exact phrasing"... my husband is from Chile and has trouble with English spelling. Unless he specifically asks me how to spell a word, I'm pretty sure you can see the differences in the grammar and spelling usages.

You haven't explained yet how I could "insult" someone while I was sleeping. And I have already been punished for that asking B-Rad to do the world a favor by offing himself.
TwoCents 2018-12-13 22:37:32
Your rules specifically state:

InnoGames does not accept any publications that the Forge of Empires Team considers illegal, insulting, offensive, threatening, abusive, real-life-aggressive, sexually explicit, pornographic (including, but not limited to drawings and animations), politically extreme, religiously fanatic, endangering youth, racist, playing down the use of illegal drugs or alcohol, or promoting the use of
said substances or in any way inappropriate.POSTING LINKS TO SUCH CONTENT IS ALSO NOT ALLOWED.

If my actions were "insulting," then my definition Enamiccug's actions were also insulting when he posted a link to that "insulting behavior." Yet... I still see him chatting in global chat every day. I see Barth there, I see Full Monte there... These players have called me "crazy" "insane" "psycho" "unhinged" "bitch" "stupid" and pretty much any other insult there is in the book. I said they stole fps from people. Clearly your priority is not on enforcing the game rules. It's on discriminating against me and denying me service to your game.
TwoCents 2018-12-13 22:39:24
It is impossible for me to get a chat-ban while sleeping. aka not posting on Forge of Empires. Therefore I'm asking for redress for your illegal and discriminatory actions in the form of 15,000 of each type of colonial age good, and 1,000 troops distributed across my guild members.
TwoCents 2018-12-13 22:42:06
Please post here where I referred to any specific person on Monday Night and told them to kill themselves. Also please post here where I called anyone specifically on Monday night a liar, cheat or thief (assuming they weren't lying, cheating or stealing. I still maintain that truth can never be offensive).
TwoCents 2018-12-13 22:43:35
And could you please respond to ALL of my comments, instead of just the most recent ones?
Forge of Empires - Customer Support 2018-12-13 23:35:27
Hello TwoCents,

This is not related solely to Monday night. This is a ban related to a series of cummulative statements, insults and behaviors. You will not be remunerated for a ban.

As to other player's actions, as we have discussed numerous times, we will investigate but you will not be informed as to the results of the investigation or any action(s) taken with another

player.

Please review the GAME RULES to ensure you do not violate them again. Your ban is not subject to appeal and will remain in effect until the ban expires.

Happy Holidays!

Panacea
Community Manager
Forge of Empires, U.S.

TwoCents 2018-12-13 23:37:08
I will be remunerated for this ban. I hadn't done any "cumulative" things to indicate I needed a ban, other than what you told me specifically would be allowed. It's not my fault you changed your mind.

TwoCents 2018-12-13 23:38:22
Let me ask you, do you really think what you're doing here is de-escalating the situation? You're unfairly targeting the ONE person in the game you knew would respond poorly to being unfairly targeted. And you're allowing players to take advantage of me while I'm being unfairly targeted by you. How is that "de-escalating" the situation?

TwoCents 2018-12-14 10:52:15
I want to know why I was banned for sleeping.

TwoCents 2018-12-14 18:57:00
Could you please explain what "cumulative" statements I was banned for? I have been the model of good-behavior. If you specifically allowed me to criticize another player's game play using appropriate language, and you explain to me that I CAN say "this player with cheat you on fps" then later you change your mind and say you CANNOT say that... that's not really my fault. You have to explain the rule you want to apply to me, and give me time to adapt to it. You can't change the rule then retroactively ban me for it...

TwoCents 2018-12-14 23:50:15
And again you are closing my tickets without giving me an answer here. Please provided the cumulative summary of information you used to make your decision to deny me service.

Forge of Empires - Customer Support 2018-12-16 01:33:34
Hello TwoCents,

1. We will not be compensating you for any "lost" anything that occurred while your account was under a ban.
2. While I do hope to de-escalate the situation, I do have an obligation to answer your questions and to provide accurate and definitive answers.
3. You were not banned for sleeping. The ban occurred for a continuing pattern of insulting fellow players.
4, We will not be providing a list of statements as most of these were covered on previous game bans. It is not a case of saying "This player is a cheat" or "This player will cheat" but continuing to say these things, not once, but every time another player speaks sets up a pattern of insulting behavior(s) that will not be allowed in FOE chat.
5. First, you have not been denied service. You may continue to play your game. This is a chat

ban and is limited to chat. Two, we answered each of your other tickets before closing them.

Enjoy the game.

Happy Holidays!

Panacea
Community Manager
Forge of Empires, U.S.

TwoCents 2018-12-16 02:00:39
What is the "continuing pattern of insulting fellow players" that you are referring to?
You will compensate me for the ban, because it is illegal
I didn't get any other game bans in Y world, so what do you mean "covered on previous game bans."
You told me it was acceptable to criticize their goods-selling practices using language like, this player cheats you on fp sales, which is what I've restricted my language to.
I have been denied service. You treat me differently than you do other players.
Forge of Empires - Customer Support 2018-12-16 02:04:17
Hello TwoCents,

You have been instructed to not insult other players. To say something once and to say it repeatedly over and over produces a pattern of behavior that is unacceptable. I do apologize for saying "game bans", I meant to say "game tickets". You have not been denied service as your game can be played. All players are held to the same game rules. Enjoy the game.

Happy Holidays!

Panacea
Community Manager
Forge of Empires, U.S.

TwoCents 2018-12-16 02:05:58
Panacea, I honestly do not know what these other players are putting in their reports to you, but I know what is in their "party line." They are saying that I am upset because of them taking NPC GvG sectors and that's why I've gone on this campaign against them. I can prove 100% beyond a reasonable doubt to you that they are LYING on that issue, and I think you need to consider if they are lying on that issue, they are lying on many issues.
on 7/28 I advised you of a cheating scheme with blacklisted - you did nothing in response
on 8/27 I asked you to help me with the diamond players who were domineering the world
it wasn't until 10/19 that I made the comments to B-Rad about slitting his wrists for the benefit of the world.

THEY ARE LYING TO YOU! and you continue to punish me instead of them.
TwoCents 2018-12-16 02:09:11
I can only play a portion of the game... that's not service. As any long-term player will tell you,

interaction with other players is a crucial part of the game play and you're preventing that.
Forge of Empires - Customer Support 2018-12-16 02:11:57
Hello TwoCents,

In the case of a chat ban, we do not base any bans off what a player states in a ticket but on what is documented in the saved chat ban logs when a player is reported.

I understand you believe them to be lying. Even should what you say to be true proves true, there is no rule against a player negotiating goods for one price and then changing it. In fact, there is no rules regarding trades so a player could, in theory, offer you gold for $1 and then not conclude it till you ponied up 1000 forge points. Or any other scenario like that. Is it fair? Probably not, but there is no rule against it. Can you say, "Hey, he scammed me". Yes, we'd allow it. But not over and over and over again for months. Nor can you call them "liars", "cheats' "thief" or any other insult because insulting another player is against the rules.

Enjoy the game.

Happy Holidays!

Panacea
Community Manager
Forge of Empires, U.S.

TwoCents 2018-12-16 02:13:14
I didn't get instructed NOT to tell them "don't buy goods from this player, they will cheat you of fps" until Monday night when you told me it wouldn't be allowed. I can't be held responsible for things said before you changed your mind. After you told me it would "no longer be allowed" I went to bed... Look at your own words, "Once more for good measure- enough is enough. You have been informed of how we will enforce the rules FROM THIS POINT FORWARD."

From the point you told me "enough is enough" I did nothing.
TwoCents 2018-12-16 02:15:50
Telling me "from this point forward it will no longer be allowed," necessitates the meaning that from that point backwards it WAS allowed. Which is why I'm asking you... if I only did behavior that was specifically allowed by you, and written out in game tickets.... WHAT IS MY CHAT BAN FOR?!
TwoCents 2018-12-16 02:23:39
This is exactly my point Panacea - I'm not saying they're cheating the game-system... there are LOTS of things in the game system that people might find offensive. Extorting players for fps not to plunder for example... might be offensive to some players, but it is specifically allowed.

What I'm doing is pointing out their in-game behavior using appropriate language. The world of Y NEEDS me to do this, because if I don't other people who come forward get retaliated against by blacklisted... including Rufus T. Firefly and Langlais the first had his guild attacked by blacklisted when he complained about the fp-deal scam, and the second got kicked out of his guild when Barth muscled his guild-leaders after he came forward to say his entire GUILD had a

message-thread warning of blacklisted cheating several of their members.

Lastly, their price-setting behavior affects everyone in Y-world. It is a scam against the entire community and it has to stop. It is creating a plutocracy in the world instead of a meritocracy. Teddy Roosevelt himself said, "of all forms of tyranny the least attractive and the most vulgar is the tyranny of mere wealth, the tyranny of a plutocracy." In order to bust up a plutocracy the little-guys HAVE to be given equal access to power, such as the power of free speech. If one of our presidents thought their behavior was the most vulgar, then I don't see any problem with pointing this vulgarity out.

TwoCents 2018-12-16 02:27:29

I'm sorry, I'd like to clarify... with this goods-cheating-scheme and price-fixing-scheme they aren't breaking the game rules as indicated above. They are still cheating the game system because they PAY people $$ to get forge points from them, specifically that is not allowed and was reported to you on 07/28/2018

TwoCents 2018-12-16 02:37:14

Panacea,

I can't have a rational conversation with you when you purposefully only respond about once a day and that's at times you know I'm busy. I think it's only fair that you allot a chunk of time to deal with this issue and give me a fair chance to reason with you. You are putting a LOT of stress on me over this during times that I can least afford it (due to the issue with the lawyer, having no $ at the holidays, etc). Quite literally on Wednesday I FORGOT to take my son to school because I busy checking my messages for a response from you.

Maybe other players wouldn't care about a global/guild/whisper chat ban... but I literally named myself TwoCents because I understand the power language can have. It's probably the most important tool in this game - hands down.

TwoCents 2018-12-17 23:37:54

I'm sorry, I still have received no response to this ticket.

TwoCents 2018-12-18 01:39:58

First, You stated in this thread: "Can you say, "Hey, he scammed me". Yes, we'd allow it. But not over and over and over again for months. Nor can you call them "liars", "cheats' "thief" or any other insult because insulting another player is against the rules."

I didn't say anything "over and over again for months" at most I started on October 31st and went through till December 10th with your SPECIFIC permission that it was ok as outlined below. Additionally I did not call anyone a liar, cheat, or thief... I kept my words relegated to their in-game behavior. I didn't 'you're a thief' I said... do not trust this player to sell you goods. He will scam you of fps. The word "scam, lie, steal" in all of my statements from October forward were VERBS. They couldn't meet your criteria of being an insulting label or name. It is literally impossible in the English language for your allegation to be true.

You stated on:

11/26/2018 An appeal of all bans on my record - you are ALLOWED to verbally confront any player you wish. YOU ARE NOT allowed to use profanity - I didn't us profanity and you banned me.

10/23/2018 I was told (again) that my behavior was "offensive" - You however, may still not call him insulting NAMES. You MAY however state what happened.

10/30/2018 Moderators abusing support system - Actually we HAVE discussed this. You can not

use LABELS such as "scammers, liars, cheats, pedofiles" which insult individual players. You MAY attack guilds with game related information buy you may NOT insult other players. - I refrained from LABELING these players "scammers liars or cheats"

10/31/2018 Moderators abusing support system I do not disagree with your logic: There is nothing "harassing" about these behaviors. It takes a lot of time, effort, and good game-play on my behalf to be able to do them successfully. It's not any different than people going into global chat and asking for friends or guild members. It's community-engagement for a cause... As long as you do not insult another player ('insult' as defined "speak to or treat with disrespect or scornful abuse") then there should not be an issue. – specifically I stated the behaviors "I should be allowed to stop this solicitation [of goods ] by whatever means necessary to stop them from building up their cities thus denying them the ability to better be able to attack me.

You SPECIFICALLY stated that there was nothing harassing about stopping blacklisted's solicitation of goods via whatever means necessary. You clarified this by saying "so long as you do not insult players" You stated by insult you meant using the labels "scammers, liars or cheats" or using profanity. I did neither of those things.

You stated a series of conditions and rules that you felt would meet the "insulting" criteria, and my behavior was far below that criteria.

TwoCents 2018-12-18 01:49:01

What you're saying here with this partial ban is that I can sit in the back of the bus with the rest of the women, but I can't sit at the front of the bus with the men. Just allowing service isn't enough. You have to provide me the SAME and EQUITABLE treatment regardless of my gender... which you don't.

TwoCents 2018-12-18 01:55:25

You keep saying that I "insulted" players, which you seem to take as the holy-grail of the Inno rules allowing you to do whatever you want. May I advise you to re-read the rules. There are two exceptions where it is OK to insult other players as detailed out in the rules:

1.) when criticizing another players game-play
2.) when making in-game threats

What I was doing fit within the parameters of the first exception to the rules.

Please find a copy here: https://en0.forgeofempires.com/page/the_game/rules/

TwoCents 2018-12-18 13:36:38

If the ban was for 7 days? Why am I not un-banned?

Forge of Empires - Customer Support 2018-12-19 00:41:12

Hello TwoCents,

I am the Community Manager of the U.S. server and an InnoGames employee. As such, all aspects of the game, rules, players, and moderators are my responsibility.

As the Game Rules state: The Community Management of the US version of Forge of Empires are the final arbiters of any rules dispute. Their interpretation of these rules is final.

The account is now unbanned and will be monitored for compliance. Abide by the rules and enjoy the game. CLICK HERE to review the Game Rules

Exhibit 10 – Forge of Empires Support Tickets: TwoCents Submitted by Plaintiff Penny Quinteros
Case: 19-CV-1402 RSM - 694

Happy Holidays!

Panacea
Community Manager
Forge of Empires, U.S.

TwoCents 2018-12-19 01:17:33
You failed to answer my most basic question... what was I banned for? I cannot begin to compose my appeal until I have a compilation of the details of what I supposedly did wrong.
Forge of Empires - Customer Support 2018-12-19 01:20:16
Hello TwoCents,

There is no further need for any appeal as the ban is concluded. We answered your "most basic question" multiple times. You were banned for insulting other players. The account is now unbanned and will be monitored for compliance. Abide by the rules and enjoy the game. CLICK HERE to review the Game Rules

Happy Holidays!

Panacea
Community Manager
Forge of Empires, U.S.

TwoCents 2018-12-19 01:25:21
You are an employee of InnoGames and you live in the United States, therefore you are not the final arbiter because you still have to comply with the law(s) which prevent discrimination in public accommodations. At this point you haven't even provided a reason for my 8-day denial of service. Which I am still asking (as I have everyday for 8 days) so that I may BEGIN my appeal.
TwoCents 2018-12-19 01:28:48
You need to tell me EXACTLY what I said with a timestamp. If it is cumulative then you need to provide the EXACT thing thaI said in each instance with the date and time of each entry. Anything less is preventing me from formulating my appeal. Furthermore if I do not know what I did wrong how am I to prevent the action in the future?
Forge of Empires - Customer Support 2018-12-19 01:30:41
Hello TwoCents,

Here is the reason for your ban: Insults to other players in Global Chat/Messaging

We will be providing NO additional information as you have received this on multiple tickets at the time of occurrence.

There was no "denial of service".

As the Game Rules state: The Community Management of the US version of Forge of Empires are the final arbiters of any rules dispute. Their interpretation of these rules is final.

The account is now unbanned and will be monitored for compliance. Abide by the rules and enjoy the game. CLICK HERE to review the Game Rules

Happy Holidays!

Panacea
Community Manager
Forge of Empires, U.S.

TwoCents 2018-12-19 01:32:47
I have received NO SUCH information. It doesn't exist in prior warnings or anywhere because you have not provided it to me. I would like to begin my appeal, so please provide me the information I am requesting to do so.
TwoCents 2018-12-19 01:34:28
You can't have one version of the game for some people and another for those you are targetting because of discrimination- you might as well put up "colored and white" drinking fountain signs on your homepage if that's the case.
TwoCents 2018-12-19 01:37:22
As I stated before... your rules have two exceptions-
1.) threats in-game terms
2,) Criticizing other players game-play.

I am allowed to state "you cheat players out of forge points" in no uncertain terms. It is specifically allowed by your rules and has been tolerated for thousands of other players who've said the same.
TwoCents 2018-12-19 02:34:40
Please provide me a detailed list of what I've done to earn this particular ban. Once you do I will be able to formulate an appeal of it.
TwoCents 2018-12-19 20:44:01
I am still waiting for a detailed answer as to what I was banned for so that I may begin my appeal of this ban.
TwoCents 2018-12-20 16:20:34
Still waiting for your answer so I may begin my appeal of this issue.
TwoCents 2018-12-21 18:28:12
Please answer so I may begin my appeal... don't pretend to answer and then don't.
Forge of Empires - Customer Support 2018-12-21 20:46:09
Hello TwoCents,

This ticket has been appealed for over a week. Your ban is completed and this ticket is concluded. Enjoy the game.

Happy Holidays!

Panacea
Community Manager
Forge of Empires, U.S.

Exhibit 10 – Forge of Empires Support Tickets: TwoCents Submitted by Plaintiff Penny Quinteros
Case: 19-CV-1402 RSM - 696

TwoCents 2018-12-21 20:51:31

I'm sorry, but I haven't started yet, so obviously it hasn't been appealed yet.

TwoCents 2018-12-21 20:54:30

You have yet to compensate me the 20,000 of each type in Colonial Age for being unable to participate in guild-chat coordination and the thousands of troops... so I'd like the opportunity to make a rigorous appeal based upon the facts, not guesses as to what you MIGHT have possibly found offensive. You've yet to tell me exactly which words at which times on which days were offensive.

Forge of Empires - Customer Support 2018-12-21 20:55:47

Hello TwoCents,

There is no ban appeal if there is no ban. The ban concluded and therefore there is no further appeal. There will be no compensation for "lost items" during a ban. This ticket is concluded.

Happy Holidays!

Panacea
Community Manager
Forge of Empires, U.S.

TwoCents 2018-12-21 20:56:37

Your game rules specifically state that I have the right to appeal. It doesn't state "if the community manager purposefully ignores you for a week, then you lose that right."

**You 2018-12-21 21:10:49**

Let's be honest, there was NO reason to ban me for a week.. you did it just to be a snot-nosed punk. Which is why you refuse to answer my question of this ticket... "Why was I banned?!"

**Forge of Empires - Customer Support 2018-12-21 21:11:34**

Hello TwoCents,

There will be no further replies to this ban appeal.  Enjoy the game.

Happy Holidays!

Panacea
Community Manager
Forge of Empires, U.S.

---

This ticket has been closed and can no longer be replied to.

**Attachments**

**This ticket currently has no attachments.**

# View ticket

# Ban of Yorkton Chat

**You 2018-12-21 21:25:43**

Hello TwoCents,

When you receive a report about being punished it means one or more messages were reported as being in violation of the Communications Rules. Usually this is because you have sent profanity, personal insults or otherwise offensive content through either the message or chat system.

RULE VIOLATION: Spamming Yorktown Chat
01:40: TwoCents: Attention global players:
01:40: TwoCents: Please be aware of a scheme against the community perpetrated by some of the highest ranking members of this world
01:40: TwoCents: they have created a yo-yo scam in their goods-transactions
01:40: TwoCents: wherein they sell goods for one price, then refuse to give them to you until you pay more
01:41: TwoCents: additionally they are hurting the economy of Yorkton by price-fixing
01:41: TwoCents: which means we all pay higher goods whether we are buying form these players or not.
01:41: TwoCents: End of Message
01:45: TwoCents: Attention players, there is a conspiracy of players who think it is cool and fun to bully other players
01:46: TwoCents: they think because they are able to buy diamonds, they can and should get to hold everyone else back
01:46: TwoCents: thereby increasing their city-power that much further
01:46: TwoCents: do not listen to those who would tell you otherwise
01:46: TwoCents: these credit-card-cowboys think to create a plutocracy
01:47: TwoCents: it is not acceptable here or anywhere
01:47: TwoCents: if players like Qwantus tell you otherwise, ignore him
01:47: TwoCents: he is a mouthpiece for the conspirators

01:47: TwoCents: Plutocracies are the most vulgar form of tyranny
01:48: TwoCents: Do not buy goods from those who would try to cheat you of forge points
01:48: TwoCents: Do not buy goods from those who would try to manipulate prices in this game
01:48: TwoCents: Attention community there is a scam targetting you and your forge points being perpetrated by the highest ranking members
01:49: TwoCents: of this world
01:49: TwoCents: Do not facilitate such vile practices
01:49: TwoCents: They use the power your forgepoints give them to take advantage of other players
01:49: TwoCents: Do not help these players grow their cities so that they may scam other players
01:50: TwoCents: Enough is enough
01:50: TwoCents: do not tolerate this sort of underhanded game-play
01:50: TwoCents: Do not buy goods from these players
01:50: TwoCents: do not listen to their lies
01:51: TwoCents: if you do not know what a plutocracy it is where the wealthy rule by virtue of owning everything
01:51: TwoCents: do not trust the credit-card-cowboys
01:51: TwoCents: they do not have your best interests at heart
01:52: TwoCents: their sole focus is taking advantage of you so that they may grown their own city's power and wealth and then take advantage
01:52: TwoCents: of other players
01:52: TwoCents: If you buy goods from them, you will be assisting them in doing so
01:53: TwoCents: you will be helping to take advantage of the people in our society who need the most protection
01:53: TwoCents: Do not buy goods from the people conspiring to rig the system
01:53: TwoCents: It is not to your benefit, it is not to anyone's benefit except theirs
01:55: TwoCents: Attention global world, do not listen to the mouthpiece of the conspirators
01:55: TwoCents: he is not telling you accurate information
01:55: TwoCents: players are attempting to grow their own cities on your backs and the backs of your fellow non-diamond-spending players
01:56: TwoCents: They purposefully bought their way to the top JUST to take advantage of others who couldn't
01:57: TwoCents: Do not buy goods from players who are trying to take advantage of you and others

This ban is for 24 hours. Please review the GAME RULES to ensure you do not violate them again. Your ban is not subject to appeal and will remain in effect until the ban expires.

Panacea
Community Manager
Forge of Empires, U.S.
TwoCents 2018-12-19 02:15:56
I dont' see anything there that breaks your rules. Could you please explain?
TwoCents 2018-12-19 02:16:57
I still don't see anything there that violates any of your game rules. Could you please explain?
Forge of Empires - Customer Support 2018-12-19 02:19:39
Hello TwoCents,

Seventeen minutes of spamming Global Chat. This is not allowed.

Game Rule: Spamming other players with in-game mails or chat messages is abusive and will not be tolerated.

Panacea
Community Manager
Forge of Empires, U.S.
TwoCents 2018-12-19 02:19:43
Your rules specifically state that spamming is: Using only capital letters, or spamming the same message repeatedly in the chat room is not
permitted as it is poor chat etiquette - I haven't spammed the same message repeatedly. I just type fast.
TwoCents 2018-12-19 02:20:22
It's not my fault I type 150wpm... tell the other players to keep up.
TwoCents 2018-12-19 02:21:38
and besides, there were pauses and other players talking in there. I mean... I had to pause to write the reports of the other players insulting me. You are aware that I did that... so how can pausing, coming out of the game, going back into the game be considered spamming?
TwoCents 2018-12-19 02:22:56
Do you ban other players for typing messages - individually crafted and unique - in global chat at the speed they are accustom to?
TwoCents 2018-12-19 02:24:51
You already banned me for an extra 26 hours anyway, on top of the "7 day" illegitimate ban that you still do not explain, so you can remove the chat-ban now. I've already served that time.
TwoCents 2018-12-19 02:30:58
There are only 2.4 messages a minute there.. Your game system allows messages every 2 seconds. I'm 12.5 times over again within the acceptable limits.
TwoCents 2018-12-19 02:33:54
Excuse me, where did you go? Why are you not answering?
TwoCents 2018-12-19 02:39:39
See... this is part of the problem right here. You not only deny me equal access to the game, you are denying me equal access to your support services. You are purposefully ignoring my

Exhibit 10 – Forge of Empires Support Tickets: TwoCents Submitted by Plaintiff Penny Quinteros
Case: 19-CV-1402 RSM - 700

questions so that you can "wait out" the ban-time.
TwoCents 2018-12-19 03:03:08
You have time to close tickets but not answer them?
TwoCents 2018-12-19 03:38:30
You can answer every other ticket but not this one?
TwoCents 2018-12-19 16:22:43
Please respond, you haven't established why you think I was spamming
TwoCents 2018-12-19 20:42:18
Please respond so I may begin my appeal of this ban. Your rules state that I am allowed to appeal and by not telling me what the ban is for you're denying me equal access to the support system and the game.
Forge of Empires - Customer Support 2018-12-19 23:42:12
Hello TwoCents,

You have been given all information. Spamming a channel with the same information over and over is not acceptable. Seventeen minutes of spamming Global Chat. This is not allowed.

Game Rule: Spamming other players with in-game mails or chat messages is abusive and will not be tolerated.


Happy Holidays!

Panacea
Community Manager
Forge of Empires, U.S.

TwoCents 2018-12-20 00:18:22
Actually your rules state "spamming the same message," not giving the same information. I don't see how that's spamming at all...
TwoCents 2018-12-20 00:19:03
By your definition... a person who goes in there and has a conversation for 2 hours has spammed global chat for 2 hours...
TwoCents 2018-12-20 15:33:29
You failed to answer my question... how can typing fast be spamming when it doesn't fit the definition anywhere?
TwoCents 2018-12-20 15:59:11
I don't see an answer to my appeal yet.
Forge of Empires - Customer Support 2018-12-21 20:45:17
Hello TwoCents,

Saying the same thing over and over for a full 20+ minutes is spamming our Global Chat and will not be tolerated. Your ban is concluded and this ticket is now complete. Enjoy the game.

Happy Holidays!

Panacea
Community Manager
Forge of Empires, U.S.

TwoCents 2018-12-21 20:52:10
I disagree, I didn't say the same thing over and over. I said similar things to different people.
Forge of Empires - Customer Support 2018-12-21 20:53:58
Hello TwoCents,

As the Game Rules state: The Community Management of the US version of Forge of Empires are the final arbiters of any rules dispute. Their interpretation of these rules is final.

This ticket is concluded.

Happy Holidays!

Panacea
Community Manager
Forge of Empires, U.S.

TwoCents 2018-12-21 20:56:00
Yes, but your your rules also state that spamming is exemplified by: Using only capital letters, or spamming the same message repeatedly in the chat room is not permitted as it is poor chat etiquette.

So it's pretty hard to interpret what I did as the above unless you're just making things up.
Forge of Empires - Customer Support 2018-12-21 21:05:33
Hello TwoCents,

This ban is concluded so there is no further ban appeal. This ticket is concluded. Enjoy the game.

Happy Holidays!

Panacea
Community Manager
Forge of Empires, U.S.

You've yet to say how something can be specifically stated one way in the rules, and yet you find the interpretation to be magically opposite the way state.

**Forge of Empires - Customer Support 2018-12-21 21:38:45**

Hello TwoCents,

This ban is concluded so there is no further ban appeal. This ticket is concluded. Enjoy the game.

Exhibit 10 – Forge of Empires Support Tickets: TwoCents Submitted by Plaintiff Penny Quinteros
Case: 19-CV-1402 RSM - 702

Happy Holidays!

Panacea
Community Manager
Forge of Empires, U.S.

---

This ticket has been closed and can no longer be replied to.

**Attachments**

**This ticket currently has no attachments.**

# View ticket

# Appeal TwoCents

**You 2018-12-21 21:20:19**

TwoCents 2018-12-11 00:32:45
What was I banned for? I didn't do anything against the rules.
TwoCents 2018-12-11 00:36:59
Pardon, I'll continue this appeal ban in a separate thread with a new title so I can keep track of it on my spreadsheet easier. It automatically puts "Appeal TwoCents" as the title otherwise.
Forge of Empires - Customer Support 2018-12-11 00:44:38
Hello TwoCents,

When you receive a report about being punished it means one or more messages were reported as being in violation of the Communications Rules. Usually this is because you have sent profanity, personal insults or otherwise offensive content through either the message or chat system.

Chat Rule Violation: real-life aggression You encouraged another player(s) to slit their wrists

Please review the GAME RULES to ensure you do not violate them again. Your ban is not subject to appeal and will remain in effect until the ban expires.

Happy Holidays!

Panacea
Community Manager
Forge of Empires, U.S.

TwoCents 2018-12-11 00:45:14

Exhibit 10 – Forge of Empires Support Tickets: TwoCents Submitted by Plaintiff Penny Quinteros
Case: 19-CV-1402 RSM - 703

I was already warned for that behavior and I did not encourage or repeat it, just simply said I wasn't sorry for it.

TwoCents 2018-12-11 00:45:50

and I explained what happened. You can't double-punish me for it now. You already punished me for it!

TwoCents 2018-12-11 00:46:23

Please don't close my other ticket. I keep all these bans on a spreadsheet. If they all say "appeal twocents" it gets confusing.

TwoCents 2018-12-11 00:47:27

You found my behavior to be "offensive" and I'm appealing. - you punished me for that behavior in that thread. I didn't repeat it or bring it up again. So I don't see why I should be banned for it.

TwoCents 2018-12-11 00:48:41

What you should be doing is banning the player who posted the link to said material. Instead of me.

TwoCents 2018-12-11 00:49:28

https://support.innogames.com/t12765172

explain to me, where I said TODAY that someone should slit their wrists.

Forge of Empires - Customer Support 2018-12-11 00:52:48

Hello TwoCents,

I'm trying to locate where you were banned for this previously. When you've had 13 ban appeals in this year alone, it gets confusing. I will unban the account but enough is enough. You continue to slander your fellow players, they continue to slander you. No more "^^steals fps and lies and cheats" and I'll hold you all to the same standard. Its going to be a new year and we should go into it with a clean slate.

The account is now unbanned and will be monitored for compliance. Abide by the rules and enjoy the game. CLICK HERE to review the Game Rules

Happy Holidays!

Panacea
Community Manager
Forge of Empires, U.S.

TwoCents 2018-12-11 00:53:53

I was never banned for this at all. It's what I received my first WARNING for in Yorkton. The title of the thread is:
You found my behavior to be "offensive" and I'm appealing.

TwoCents 2018-12-11 00:56:12

You told me previously, that selling goods was a game activity. If they feel free to sell their goods in global chat, I should be free to DISPUTE said selling. You specifically told me on this subject, "I don't disagree". I'm not SLANDERING anyone. THEY DO everything I've said they've done. They just today got a player kicked out of his guild as retaliation for coming forward to say that he had, indeed, been cheated by blacklisted. I have several other players

messaging me thanking me for my help pointing out this issue. THEY PRICE FIX, which is, in of itself scamming and which all of the blacklisted players are COMPLICIT IN. It's only fair and reasonable that I point it out.

TwoCents 2018-12-11 00:59:14

If they don't like it, they are free to disagree with me. I am referring to their in-game activity and that is allowed under the rules using appropriate language. I am referring only to their actions and not the player themselves.

They could for example say: I am an honest player with a good reputation

What they can't do is make up photoshopped screenshots of me threatening to "kill everyone" or whatever it said. That in itself is posting a link to real-life-aggressive behavior and is against the rules.

TwoCents 2018-12-11 01:03:14

Panacea - these diamond spending yahoos think they own the game and everyone in it. Someone has to stand up for the regular old joes. I'm the only one with enough tenacity and grit to do so. Please, please don't shut me down.

Forge of Empires - Customer Support 2018-12-11 01:03:40

Hello TwoCents,

However, situations change. In this case, you have MORE than made your point and your fellow players disagree with your assessment and feel you are insulting them. When a situation continues, then we must find ways to deescalate. In this case, we will no longer allow either party to continue to insult the other party. If these players "Price Fix", the other players will figure this out and no longer trade. It is not up to you to be the warning label. No further insulting of the blacklisted players and they will not be allowed to continue to insult you.

The account was banned for 24 hours and after your appeal, I have unbanned it. You were warned on 2018-10-18 22:46:19, 2018-10-21 23:24:24, and 2018-11-14 12:59:07. The account is now unbanned and will be monitored for compliance. Abide by the rules and enjoy the game. CLICK HERE to review the Game Rules

Happy Holidays!

Panacea
Community Manager
Forge of Empires, U.S.

TwoCents 2018-12-11 01:05:45

I mean like I pointed out over and over and over today. I hit them with a logical argument... you shouldn't be trusted because your guild has a history of cheating people.

And they respond with... "you're crazing, you're insane, you're posting death-threats, you're a bad mother and women shouldn't play video games,"

and you're banning ME?!

TwoCents 2018-12-11 01:06:40

Exhibit 10 – Forge of Empires Support Tickets: TwoCents Submitted by Plaintiff Penny Quinteros
Case: 19-CV-1402 RSM - 705

No, I don't agree to this.

TwoCents 2018-12-11 01:09:42

The incident on the 14th had nothing whatsoever to do with global chat, and the incident on the 21st was because I used the word "cheater"... these aren't big issues. If you would clearly tell me what I can and cannot say they wouldn't have happened. I didn't realize that telling a person who cheats, "you are a cheater" was at all against the rules until you told me so. And I also often banter back and forth using profanity in private messages assuming it's equally-tolerated and used by the other party. I don't think either of those things should've received a warning. AND even if they deserved a warning, they shouldn't escalate to a ban. They simply weren't that big of a deal.

TwoCents 2018-12-11 01:11:00

If my fellow players feel that I am insulting them, perhaps they should go back to 5th grade English class and learn the difference between a noun and a verb.

TwoCents 2018-12-11 01:16:48

So... if we should also "go into this with a clean slate" are you also going to ask the players to give back all the tiles they took in GvG as retaliation from myself and other players who got cheated? Are you going to ask these diamond spending yahoos to stop belligerently badgering my guild with 30 sieges at a time because they have the goods (from cheating other players) to do so? Are you going to ask them to stop placing spies (alts) in my guild, so that I could, potentially move from my PC to my upstairs browser (which took all of 6 minutes) when I'm feeling sick and in pain without getting attacked and losing 6 sectors?

Propaganda is an acceptable means of warfare Panacea, it has a long historical tradition and frankly, outting their goods-selling-cheating practices is pretty much the only thing left to me, since I have NO WAY to compete otherwise.

Forge of Empires - Customer Support 2018-12-11 01:17:16

Hello TwoCents,

As I've said, enough is enough. You have been informed of how I will enforce the rules from this point forward.

I listened to your appeal and unbanned the account. Observe the Game Rules and abide by them.

Enjoy the game.

Happy Holidays!

Panacea
Community Manager
Forge of Empires, U.S.

TwoCents 2018-12-11 01:26:28

I don't think you've listened AT ALL. I'm not DOING anything wrong. And if Blacklisted wants to manufacture insult to get me banned. Too bad for them. They just started attacking me, out of the blue, yesterday. They didn't have to do that. They could've "made peace" but they didn't. All you're doing in handcuffing me. I mean, for Christ's sake, Enam put an fp on the last level of my

arc just to prove he could "stick it in me" - said via Discord so I didn't report the conversation - TwoCents 2018-12-11 01:30:54

They think they can get away with: calling me crazy, calling me a bad mother, photoshopping incidents of me, putting alts in my guild, paying people real $ to make alts for them, selling goods for one price, then after you have your fps in, raising the price. Price Fixing, and then of course let's not forget, retaliating against people who point out said behavior. And oh yeah... using you as a tool to oppress my voice.
TwoCents 2018-12-11 01:41:24

I mean please, look at this again. Look at the precedent you're setting. Anyone who calls people a "noob" or says "your city streets are crooked," or laughs at a person for building a Colosseum can now be banned because the other player "felt insulted?" We're talking about IN-GAME behavior! I'm restricting my comments to their IN-GAME behavior. I'm not saying they're cheating on their wives. I'm not saying they lied on their taxes. I'm talking about them going into global chat to solicit goods-buyers.
TwoCents 2018-12-11 01:44:48

They want to keep their GvG worlds, and their goods-selling-racketeering worlds separate. As if they can just go around cheating people without it getting mud on their boots. My goal is to make those worlds collide. It's not against the rules. At all, in any fashion. It's NEVER been against the rules. You are making up new rules as you go and it's simply not fair. You're giving them unfair protection that they don't need and really don't deserve.
TwoCents 2018-12-11 01:46:33

As you told me in J-world. That's what the ignore button is for. If they don't like what I'm saying, they can always just ignore me...
TwoCents 2018-12-11 01:59:41

If you do this, are you going to ban everyone in J world? And I do mean pretty much everyone. Everyone who says I have alts? Everyone who says I'm a man, or a "tranny." Anyone who brings up the fact I ever sent out a picture? Anyone who says I'm rude, mean, nasty, sad, crazy, lonely, need a hug, psycho, et al?
TwoCents 2018-12-11 02:01:11

Anyone who says, "I'm going to harass you out of the game by attacking every guild you're in and every guild you will be in"...
TwoCents 2018-12-11 02:14:18

I mean, you didn't bend the rules for me when people were saying that I was cheating the game. http://prntscr.com/ltebeh
Forge of Empires - Customer Support 2018-12-11 07:32:25
Hello TwoCents,

Once more for good measure- enough is enough. You have been informed of how we will enforce the rules from this point forward.

We've listened to your appeal and unbanned the account. Observe the Game Rules and abide by them.

Enjoy the game.

Happy Holidays!

Exhibit 10 – Forge of Empires Support Tickets: TwoCents Submitted by Plaintiff Penny Quinteros
Case: 19-CV-1402 RSM - 707

Panacea
Community Manager
Forge of Empires, U.S.

TwoCents 2018-12-11 11:34:34
You let me get harassed for THREE YEARS for outside of game issues, and those pansies complain they have hurt-feelings over IN-GAME issues and you suddenly change the rules?!!!!!!!? You are a monster!
TwoCents 2018-12-11 12:03:27
I have played this game for SIX F'ING YEARS! MY KIDS HAVE PLAYED SINCE THEY WERE 5 YEARS OLD! MY HUSBAND PLAYS, MY BROTHER IN LAW, MY NEPHEW, ALL MY FRIENDS. You will have to ban me. This isn't against the rules and I'm not letting you put special rules up just for me to continue your discrimination of me. Your "buddies" from blacklisted don't need nor deserve your protection. SO F'ING BAN ME!

http://prntscr.com/ltmyqu
TwoCents 2018-12-11 12:27:22
Ban me, ban my kids, ban my friends, ban everyone in my fucking guild. Ban me from support, ban me from messaging anyone, ban me from living, ban everyone in every fucking world on the US servers. If you ban me for doing this you will need to ban every player in all worlds on the entire fucking US SERVER. All because you're a stupid twit who wants to coddle those stupid blacklisted fucks from economic sanctions. It's time to go shoot myself in the head because you make the world a fucking DISGUSTING place to live in.
TwoCents 2018-12-11 13:48:56
Did you MUFFLE me in global chat on Y? Did you muffle all of blacklisted too?!
TwoCents 2018-12-11 18:11:52
They are still recruiting people to cheat and steal from. WTF?!
Forge of Empires - Customer Support 2018-12-11 20:56:53
Penny,

I know you are frustrated. I'm sorry. And I'm very sorry about your situation here at the holidays. We have to view the situation from all sides and it is being carefully monitored. But in all seriousness, please don't joke about suicide. It IS serious and I do not wish to think about you even considering this. If you need to talk to someone, please contact the National Suicide Prevention Lifeline at 1-800-273-8255 or talk to me even. I know I'm not your favorite person but I do care and I don't want anything to happen to you.

Panacea
TwoCents 2018-12-11 20:57:53
It's not a joke to me, and I hope you fucking realize the bullshit you've pushed onto me.
TwoCents 2018-12-11 21:00:23
Like I said, just ban me, ban my kids, ban my husband, ban my whole guild. Then the rich, entitled pricks your system rewards can clap themselves on the back and laugh at me some more and get a good chuckle out of how they used you to hurt me and mine.
TwoCents 2018-12-11 21:11:41

I honestly don't care anymore. Do what you want. You know you will anyway. Bye.
Forge of Empires - Customer Support 2018-12-12 19:20:43
Hello TwoCents,

I must ask that you remain civil in discussions with Support.

As to bans, we do not apply bans unless there is violation of a Game Rule. As long as everyone is abiding by the Game Rules, including one account per person, then everyone should be playing.

Happy Holidays!

Panacea
Community Manager
Forge of Empires, U.S.


TwoCents 2018-12-12 19:38:14
UHH Panacea, that was two days ago that I wrote that. And after I appealed the ban and you overturned it. I went to bed and didn't type anything else in global chat... at all.... I woke up to this chat ban. So why am I banned from chat again?
TwoCents 2018-12-12 20:16:37
You didn't answer any of these questions, just closed the tickets as "duplicate" without providing a response, So I'll be reposting them here - even though this ticket is about a previous ban, not this new chat ban...
APPEAL OF ALL BANS ON MY RECORD:
TwoCents2018-12-11 20:54:21
I didn't do anything to deserve a chat ban.
TwoCents2018-12-11 20:54:44
Point to one thing that I said AFTER you told me how you would start enforcing a "new rule" just for me.
LET'S TALK REASONABLY:
TwoCents2018-12-11 20:45:35
Ok, first off... I haven't targeted anyone. I have constructed a war-plan to target a bigger and much more powerful guild using the only means at my disposal. In order to take down a larger force, propaganda and economic sanctions are totally reasonable. I'm keeping my comments to totally true, yet pretty heinous acts they've committed. And clearly... it's working. It would really help if you would just stop getting in my way. There is no reason you have to ban me. This is an in-game issue. They don't need to sell goods in global chat. If they find the water there too hot, they can simply stop.
TwoCents2018-12-11 20:47:56
It wasn't my choice to have you respond to my tickets right around recalc...
TwoCents2018-12-11 20:49:19
You did that, purposefully delaying responding to me until now. It wasn't an accident on your part.
TwoCents2018-12-11 20:52:58
I have spent hundreds of dollars buying diamonds... trying to keep up with these assholes.

Money that I do not have and can't afford to spend. Purchases that I have hidden from my husband so he doesn't get mad. And you come in and hamstring me right at recalc - on purpose- because someone told you they felt slightly insulted that I said they cheated players on goods purchases... I mean really... did you tell them they're being big-fat-ass-babies?
TwoCents2018-12-11 20:56:12
Seriously... go look at how many diamonds I've purchased over the last year trying to fight these belligerent egotistical assholes? I do it because someone has to... it's not fair to let them just walk all over the little-guys.
PANACEA-READ THIS:
Come talk to me - anonymously - in person:

https://discord.gg/m2kVjg
I AM BEING DENIED SERVICE:
You are purposefully ignoring me in hopes that I will go away. You unfairly targeted me with a chat-ban. You have not told me what it's for, or what rules I supposedly violated to get such a ban. You haven't given me any information about it, and are denying me my right to appeal that you give to other players. Your denial of service has cost my guild thousands of goods and hundreds of troops. You are allowing yourself to be used as a means to target and harass me.
PANACEA – YOU NEED TO FIX THIS
Panacea. You need to fix this. Honestly... If you won't let me talk about them in global chat, they need to stop attacking my guild. End of story. They need to stop using their 80 pirate ships to harass and bully players.
http://prntscr.com/ltuexb
TwoCents2018-12-12 11:16:44
You want Y-world to be successful don't you? How long do you think people are going to play if the keep getting bullied by egotistical narcissistic men who think that buying special buildings give them the right to own everyone else? Like I said, I'm literally the only person fighting back against them, but I can't do it without help. Give me back the goods and troops lost yesterday when I lost those sectors. It wasn't fair... you took away my ability to coordinate with my guild, but you didn't take away theirs.
TwoCents2018-12-12 14:13:38
One extra one now. I think you owe my guild an apology about 300 troops and 10,000 of each CA good. People think they can take advantage of our guild because you "banned" me from talking without rhyme or reason.
TwoCents 2018-12-12 20:33:06
Copying this question too:
TwoCents 2018-12-12 20:12:20
I'm sorry, but you made me wait 24 hours to tell me "we've concluded this inquiry?" You're closing my new responses as "duplicates" then taking things I've written 2 days ago as if they're new.

I have legitimate questions about this chat-ban. Namely why you put it in place after you removed the erroneous ban from two nights ago... Please answer my questions instead of closing them as duplicates. Or at least copy them over into the one-thread if you won't answer.
TwoCents 2018-12-12 22:02:06
What do you mean "one account per person." I don't have two accounts. Just this one. And I can

100% prove it to you beyond any reasonable doubt.
Forge of Empires - Customer Support 2018-12-12 22:28:56
Hello TwoCents,

Every open ticket must be addressed which is why we ask that you limit one issue per ticket and do not open multiple tickets of which you have opened appx 8 today and 10 yesterday. You should have one ticket open that addresses your latest chat ban that you have questions regarding. So pick the ticket you wish us to converse and I'll close the rest and we can have a chronological conversation that you (and I) will be able to follow.

Happy Holidays!

Panacea
Community Manager
Forge of Empires, U.S.


TwoCents 2018-12-12 22:30:30
OK, this one is fine.
TwoCents 2018-12-12 22:50:51
Ok, so I don't think I'm understanding well. Can we clarify the order of events? I was warned around the middle of November not to call blacklisted members "cheaters or scammers." During that conversation you said that you did not disagree with me that if it's a part of the game to solicit goods, it's an equal part of the game to stop the solicitation of goods.
I started to criticize blacklisted's sale of goods by saying things such as ^^do not trust this player to sell you goods, they will cheat you out of fps.
Fast forward to Monday, I was doing the same. Blacklisted took exception and started to post links to things said previously. I responded (in what I thought was a reasonable way) to these link-posts admitting I had said them in the past.
Around 9:30 my time, I got kicked out of the game, and when I tried to log in, had a game-ban. I asked you what it was for and you said telling a player to slit his wrists. I explained that was an incident that happened in October and which I'd already been punished for. You then explained your position that I, personally, would no longer be able to say things stopping Blacklisted from selling goods. I disagreed vehemently.
I did not log back into the game at that time, but went to my bed. I logged in via my phone once to put points on someone's arc.
I woke up the next morning to a chat-ban and I have no idea what it is, why I received it, or how long you plan on having it in place. I asked for clarification, but you haven't provided it yet.

Can we start there?
Forge of Empires - Customer Support 2018-12-13 19:15:10
Hello TwoCents,

Your chat ban was initiated when players reported insulting behavior. The chat ban was placed and will remain in effect for 7 days. Should you use your husband's account to continue the behavior then I will extend the chat ban to that account as well. Insulting, including those statements you feel are "true" such as "^^do not trust this player to sell you goods, they will

cheat you out of fps. "

Please review the GAME RULES to ensure you do not violate them again. Your ban is not subject to appeal and will remain in effect until the ban expires.

Happy Holidays!

Panacea
Community Manager
Forge of Empires, U.S.


TwoCents 2018-12-13 20:13:39
I have never used my husband's account. Why do you think he didn't say anything in the morning? I was waiting for him to get home from work so he could use it himself. I don't care if they "reported" me for insulting behavior, since I didn't PERFORM any insulting behavior their reports are meaningless.
TwoCents 2018-12-13 20:14:39
As far as, "do not trust this player to sell you goods," I'll keep my comments to my friends and guild so long as you ask blacklisted to only solicit goods within their friends and guild.
TwoCents 2018-12-13 20:15:18
If you want to warn my husband of a behavior, I suggest you follow your own rules and warn him. It's not my responsibility to do so.
TwoCents 2018-12-13 20:17:30
You have also not identified what insulting behavior it is that I may/may not have done. Furthermore, it is SPECIFICALLY allowed within your rules to criticize the way other players play the game. You cannot and will not enforce a "special" rule on me. Know why? Because it's ILLEGAL.
TwoCents 2018-12-13 20:18:21
This is now going on 72 hours waiting for you to tell me what "insulting" behavior I performed. If you cannot give me a clear explanation I just have to assume it's because I didn't perform any insulting behavior.
TwoCents 2018-12-13 20:51:12
And, what I have been saying is 100% true for EVERY blacklisted player, and I can prove it as of today.
TwoCents 2018-12-13 21:13:09
I still insist you tell me EXACTLY what it is I said or did that created this chat-ban on me.
Forge of Empires - Customer Support 2018-12-13 21:51:25
Hello TwoCents,

Examples such as "liars", "cheats", "thieves" or even ""^^do not trust this player to sell you goods, they will cheat you out of fps" are all considering to be insults. Not to mention, encouraging players to kill themselves or do harm which we have discussed before. The rule is simple- Do not insult other players.

As to your husband, I will address his behavior should the need arise. I was making certain that you were not using his account. When exact phrasing is being used on two or more accounts,

then we must conclude that the possibility is there that you are using more than one account.

Please review the GAME RULES to ensure you do not violate them again. Your ban is not subject to appeal and will remain in effect until the ban expires.

Panacea
Community Manager
Forge of Empires, U.S.
TwoCents 2018-12-13 22:26:47
Yeah, well it insults me that they have free-reign to solicit goods buyers under false pretenses. Their actions hurt everyone in Yorkton, and they gain an unfair economic advantage which causes me to feel insulted and pressured to buy diamonds with money I don't have to keep up with their scamming ways. Are you going to stop them from soliciting goods?

It wasn't "exact phrasing"... my husband is from Chile and has trouble with English spelling. Unless he specifically asks me how to spell a word, I'm pretty sure you can see the differences in the grammar and spelling usages.

You haven't explained yet how I could "insult" someone while I was sleeping. And I have already been punished for that asking B-Rad to do the world a favor by offing himself.
TwoCents 2018-12-13 22:37:32
Your rules specifically state:

InnoGames does not accept any publications that the Forge of Empires Team considers illegal, insulting, offensive, threatening, abusive, real-life-aggressive, sexually explicit, pornographic (including, but not limited to drawings and animations), politically extreme, religiously fanatic, endangering youth, racist, playing down the use of illegal drugs or alcohol, or promoting the use of
said substances or in any way inappropriate.POSTING LINKS TO SUCH CONTENT IS ALSO NOT ALLOWED.

If my actions were "insulting," then my definition Enamiccug's actions were also insulting when he posted a link to that "insulting behavior." Yet... I still see him chatting in global chat every day. I see Barth there, I see Full Monte there... These players have called me "crazy" "insane" "psycho" "unhinged" "bitch" "stupid" and pretty much any other insult there is in the book. I said they stole fps from people. Clearly your priority is not on enforcing the game rules. It's on discriminating against me and denying me service to your game.
TwoCents 2018-12-13 22:39:24
It is impossible for me to get a chat-ban while sleeping. aka not posting on Forge of Empires. Therefore I'm asking for redress for your illegal and discriminatory actions in the form of 15,000 of each type of colonial age good, and 1,000 troops distributed across my guild members.
TwoCents 2018-12-13 22:42:06
Please post here where I referred to any specific person on Monday Night and told them to kill themselves. Also please post here where I called anyone specifically on Monday night a liar, cheat or thief (assuming they weren't lying, cheating or stealing. I still maintain that truth can never be offensive).

Exhibit 10 – Forge of Empires Support Tickets: TwoCents Submitted by Plaintiff Penny Quinteros
Case: 19-CV-1402 RSM - 713

TwoCents 2018-12-13 22:43:35
And could you please respond to ALL of my comments, instead of just the most recent ones?
Forge of Empires - Customer Support 2018-12-13 23:35:27
Hello TwoCents,

This is not related solely to Monday night. This is a ban related to a series of cummulative statements, insults and behaviors. You will not be remunerated for a ban.

As to other player's actions, as we have discussed numerous times, we will investigate but you will not be informed as to the results of the investigation or any action(s) taken with another player.

Please review the GAME RULES to ensure you do not violate them again. Your ban is not subject to appeal and will remain in effect until the ban expires.

Happy Holidays!

Panacea
Community Manager
Forge of Empires, U.S.


TwoCents 2018-12-13 23:37:08
I will be remunerated for this ban. I hadn't done any "cumulative" things to indicate I needed a ban, other than what you told me specifically would be allowed. It's not my fault you changed your mind.
TwoCents 2018-12-13 23:38:22
Let me ask you, do you really think what you're doing here is de-escalating the situation? You're unfairly targeting the ONE person in the game you knew would respond poorly to being unfairly targeted. And you're allowing players to take advantage of me while I'm being unfairly targeted by you. How is that "de-escalating" the situation?
TwoCents 2018-12-14 10:52:15
I want to know why I was banned for sleeping.
TwoCents 2018-12-14 18:57:00
Could you please explain what "cumulative" statements I was banned for? I have been the model of good-behavior. If you specifically allowed me to criticize another player's game play using appropriate language, and you explain to me that I CAN say "this player with cheat you on fps" then later you change your mind and say you CANNOT say that... that's not really my fault. You have to explain the rule you want to apply to me, and give me time to adapt to it. You can't change the rule then retroactively ban me for it...
TwoCents 2018-12-14 23:50:15
And again you are closing my tickets without giving me an answer here. Please provided the cumulative summary of information you used to make your decision to deny me service.
Forge of Empires - Customer Support 2018-12-16 01:33:34
Hello TwoCents,

1. We will not be compensating you for any "lost" anything that occurred while your account

was under a ban.

2. While I do hope to de-escalate the situation, I do have an obligation to answer your questions and to provide accurate and definitive answers.

3. You were not banned for sleeping. The ban occurred for a continuing pattern of insulting fellow players.

4, We will not be providing a list of statements as most of these were covered on previous game bans. It is not a case of saying "This player is a cheat" or "This player will cheat" but continuing to say these things, not once, but every time another player speaks sets up a pattern of insulting behavior(s) that will not be allowed in FOE chat.

5. First, you have not been denied service. You may continue to play your game. This is a chat ban and is limited to chat. Two, we answered each of your other tickets before closing them.

Enjoy the game.

Happy Holidays!

Panacea
Community Manager
Forge of Empires, U.S.


TwoCents 2018-12-16 02:00:39
What is the "continuing pattern of insulting fellow players" that you are referring to?
You will compensate me for the ban, because it is illegal
I didn't get any other game bans in Y world, so what do you mean "covered on previous game bans."
You told me it was acceptable to criticize their goods-selling practices using language like, this player cheats you on fp sales, which is what I've restricted my language to.
I have been denied service. You treat me differently than you do other players.
Forge of Empires - Customer Support 2018-12-16 02:04:17
Hello TwoCents,

You have been instructed to not insult other players. To say something once and to say it repeatedly over and over produces a pattern of behavior that is unacceptable. I do apologize for saying "game bans", I meant to say "game tickets". You have not been denied service as your game can be played. All players are held to the same game rules. Enjoy the game.

Happy Holidays!

Panacea
Community Manager
Forge of Empires, U.S.


TwoCents 2018-12-16 02:05:58
Panacea, I honestly do not know what these other players are putting in their reports to you, but I know what is in their "party line." They are saying that I am upset because of them taking NPC GvG sectors and that's why I've gone on this campaign against them. I can prove 100% beyond a

Exhibit 10 – Forge of Empires Support Tickets: TwoCents Submitted by Plaintiff Penny Quinteros
Case: 19-CV-1402 RSM - 715

reasonable doubt to you that they are LYING on that issue, and I think you need to consider if they are lying on that issue, they are lying on many issues.
on 7/28 I advised you of a cheating scheme with blacklisted - you did nothing in response
on 8/27 I asked you to help me with the diamond players who were domineering the world
it wasn't until 10/19 that I made the comments to B-Rad about slitting his wrists for the benefit of the world.

THEY ARE LYING TO YOU! and you continue to punish me instead of them.
TwoCents 2018-12-16 02:09:11
I can only play a portion of the game... that's not service. As any long-term player will tell you, interaction with other players is a crucial part of the game play and you're preventing that.
Forge of Empires - Customer Support 2018-12-16 02:11:57
Hello TwoCents,

In the case of a chat ban, we do not base any bans off what a player states in a ticket but on what is documented in the saved chat ban logs when a player is reported.

I understand you believe them to be lying. Even should what you say to be true proves true, there is no rule against a player negotiating goods for one price and then changing it. In fact, there is no rules regarding trades so a player could, in theory, offer you gold for $1 and then not conclude it till you ponied up 1000 forge points. Or any other scenario like that. Is it fair? Probably not, but there is no rule against it. Can you say, "Hey, he scammed me". Yes, we'd allow it. But not over and over and over again for months. Nor can you call them "liars", "cheats' "thief" or any other insult because insulting another player is against the rules.

Enjoy the game.

Happy Holidays!

Panacea
Community Manager
Forge of Empires, U.S.

TwoCents 2018-12-16 02:13:14
I didn't get instructed NOT to tell them "don't buy goods from this player, they will cheat you of fps" until Monday night when you told me it wouldn't be allowed. I can't be held responsible for things said before you changed your mind. After you told me it would "no longer be allowed" I went to bed... Look at your own words, "Once more for good measure- enough is enough. You have been informed of how we will enforce the rules FROM THIS POINT FORWARD."

From the point you told me "enough is enough" I did nothing.
TwoCents 2018-12-16 02:15:50
Telling me "from this point forward it will no longer be allowed," necessitates the meaning that from that point backwards it WAS allowed. Which is why I'm asking you... if I only did behavior that was specifically allowed by you, and written out in game tickets.... WHAT IS MY CHAT BAN FOR?!

TwoCents 2018-12-16 02:23:39
This is exactly my point Panacea - I'm not saying they're cheating the game-system... there are LOTS of things in the game system that people might find offensive. Extorting players for fps not to plunder for example... might be offensive to some players, but it is specifically allowed.

What I'm doing is pointing out their in-game behavior using appropriate language. The world of Y NEEDS me to do this, because if I don't other people who come forward get retaliated against by blacklisted... including Rufus T. Firefly and Langlais the first had his guild attacked by blacklisted when he complained about the fp-deal scam, and the second got kicked out of his guild when Barth muscled his guild-leaders after he came forward to say his entire GUILD had a message-thread warning of blacklisted cheating several of their members.

Lastly, their price-setting behavior affects everyone in Y-world. It is a scam against the entire community and it has to stop. It is creating a plutocracy in the world instead of a meritocracy. Teddy Roosevelt himself said, "of all forms of tyranny the least attractive and the most vulgar is the tyranny of mere wealth, the tyranny of a plutocracy." In order to bust up a plutocracy the little-guys HAVE to be given equal access to power, such as the power of free speech. If one of our presidents thought their behavior was the most vulgar, then I don't see any problem with pointing this vulgarity out.
TwoCents 2018-12-16 02:27:29
I'm sorry, I'd like to clarify... with this goods-cheating-scheme and price-fixing-scheme they aren't breaking the game rules as indicated above. They are still cheating the game system because they PAY people $$ to get forge points from them, specifically that is not allowed and was reported to you on 07/28/2018
TwoCents 2018-12-16 02:37:14
Panacea,
I can't have a rational conversation with you when you purposefully only respond about once a day and that's at times you know I'm busy. I think it's only fair that you allot a chunk of time to deal with this issue and give me a fair chance to reason with you. You are putting a LOT of stress on me over this during times that I can least afford it (due to the issue with the lawyer, having no $ at the holidays, etc). Quite literally on Wednesday I FORGOT to take my son to school because I busy checking my messages for a response from you.
Maybe other players wouldn't care about a global/guild/whisper chat ban... but I literally named myself TwoCents because I understand the power language can have. It's probably the most important tool in this game - hands down.
TwoCents 2018-12-17 23:37:54
I'm sorry, I still have received no response to this ticket.
TwoCents 2018-12-18 01:39:58
First, You stated in this thread: "Can you say, "Hey, he scammed me". Yes, we'd allow it. But not over and over and over again for months. Nor can you call them "liars", "cheats' "thief" or any other insult because insulting another player is against the rules."
I didn't say anything "over and over again for months" at most I started on October 31st and went through till December 10th with your SPECIFIC permission that it was ok as outlined below. Additionally I did not call anyone a liar, cheat, or thief... I kept my words relegated to their in-game behavior. I didn't 'you're a thief' I said... do not trust this player to sell you goods. He will scam you of fps. The word "scam, lie, steal" in all of my statements from October forward were

VERBS. They couldn't meet your criteria of being an insulting label or name. It is literally impossible in the English language for your allegation to be true.

You stated on:
11/26/2018 An appeal of all bans on my record - you are ALLOWED to verbally confront any player you wish. YOU ARE NOT allowed to use profanity - I didn't us profanity and you banned me.
10/23/2018 I was told (again) that my behavior was "offensive" - You however, may still not call him insulting NAMES. You MAY however state what happened.
10/30/2018 Moderators abusing support system - Actually we HAVE discussed this. You can not use LABELS such as "scammers, liars, cheats, pedofiles" which insult individual players. You MAY attack guilds with game related information buy you may NOT insult other players. - I refrained from LABELING these players "scammers liars or cheats"
10/31/2018 Moderators abusing support system I do not disagree with your logic: There is nothing "harassing" about these behaviors. It takes a lot of time, effort, and good game-play on my behalf to be able to do them successfully. It's not any different than people going into global chat and asking for friends or guild members. It's community-engagement for a cause... As long as you do not insult another player ('insult' as defined "speak to or treat with disrespect or scornful abuse") then there should not be an issue. – specifically I stated the behaviors "I should be allowed to stop this solicitation [of goods ] by whatever means necessary to stop them from building up their cities thus denying them the ability to better be able to attack me.
You SPECIFICALLY stated that there was nothing harassing about stopping blacklisted's solicitation of goods via whatever means necessary. You clarified this by saying "so long as you do not insult players" You stated by insult you meant using the labels "scammers, liars or cheats" or using profanity. I did neither of those things.

You stated a series of conditions and rules that you felt would meet the "insulting" criteria, and my behavior was far below that criteria.
TwoCents 2018-12-18 01:49:01
What you're saying here with this partial ban is that I can sit in the back of the bus with the rest of the women, but I can't sit at the front of the bus with the men. Just allowing service isn't enough. You have to provide me the SAME and EQUITABLE treatment regardless of my gender... which you don't.
TwoCents 2018-12-18 01:55:25
You keep saying that I "insulted" players, which you seem to take as the holy-grail of the Inno rules allowing you to do whatever you want. May I advise you to re-read the rules. There are two exceptions where it is OK to insult other players as detailed out in the rules:
1.) when criticizing another players game-play
2.) when making in-game threats

What I was doing fit within the parameters of the first exception to the rules.
Please find a copy here: https://en0.forgeofempires.com/page/the_game/rules/
TwoCents 2018-12-18 13:36:38
If the ban was for 7 days? Why am I not un-banned?
Forge of Empires - Customer Support 2018-12-19 00:41:12
Hello TwoCents,

Exhibit 10 – Forge of Empires Support Tickets: TwoCents Submitted by Plaintiff Penny Quinteros
Case: 19-CV-1402 RSM - 718

I am the Community Manager of the U.S. server and an InnoGames employee. As such, all aspects of the game, rules, players, and moderators are my responsibility.

As the Game Rules state: The Community Management of the US version of Forge of Empires are the final arbiters of any rules dispute. Their interpretation of these rules is final.

The account is now unbanned and will be monitored for compliance. Abide by the rules and enjoy the game. CLICK HERE to review the Game Rules

Happy Holidays!

Panacea
Community Manager
Forge of Empires, U.S.


TwoCents 2018-12-19 01:17:33
You failed to answer my most basic question... what was I banned for? I cannot begin to compose my appeal until I have a compilation of the details of what I supposedly did wrong.
Forge of Empires - Customer Support 2018-12-19 01:20:16
Hello TwoCents,

There is no further need for any appeal as the ban is concluded. We answered your "most basic question" multiple times. You were banned for insulting other players. The account is now unbanned and will be monitored for compliance. Abide by the rules and enjoy the game. CLICK HERE to review the Game Rules

Happy Holidays!

Panacea
Community Manager
Forge of Empires, U.S.


TwoCents 2018-12-19 01:25:21
You are an employee of InnoGames and you live in the United States, therefore you are not the final arbiter because you still have to comply with the law(s) which prevent discrimination in public accommodations. At this point you haven't even provided a reason for my 8-day denial of service. Which I am still asking (as I have everyday for 8 days) so that I may BEGIN my appeal.
TwoCents 2018-12-19 01:28:48
You need to tell me EXACTLY what I said with a timestamp. If it is cumulative then you need to provide the EXACT thing thaI said in each instance with the date and time of each entry. Anything less is preventing me from formulating my appeal. Furthermore if I do not know what I did wrong how am I to prevent the action in the future?
Forge of Empires - Customer Support 2018-12-19 01:30:41
Hello TwoCents,

Here is the reason for your ban: Insults to other players in Global Chat/Messaging

We will be providing NO additional information as you have received this on multiple tickets at the time of occurrence.

There was no "denial of service".

As the Game Rules state: The Community Management of the US version of Forge of Empires are the final arbiters of any rules dispute. Their interpretation of these rules is final.

The account is now unbanned and will be monitored for compliance. Abide by the rules and enjoy the game. CLICK HERE to review the Game Rules

Happy Holidays!

Panacea
Community Manager
Forge of Empires, U.S.


TwoCents 2018-12-19 01:32:47
I have received NO SUCH information. It doesn't exist in prior warnings or anywhere because you have not provided it to me. I would like to begin my appeal, so please provide me the information I am requesting to do so.
TwoCents 2018-12-19 01:34:28
You can't have one version of the game for some people and another for those you are targetting because of discrimination- you might as well put up "colored and white" drinking fountain signs on your homepage if that's the case.
TwoCents 2018-12-19 01:37:22
As I stated before... your rules have two exceptions-
1.) threats in-game terms
2,) Criticizing other players game-play.

I am allowed to state "you cheat players out of forge points" in no uncertain terms. It is specifically allowed by your rules and has been tolerated for thousands of other players who've said the same.
TwoCents 2018-12-19 02:34:40
Please provide me a detailed list of what I've done to earn this particular ban. Once you do I will be able to formulate an appeal of it.
TwoCents 2018-12-19 20:44:01
I am still waiting for a detailed answer as to what I was banned for so that I may begin my appeal of this ban.
TwoCents 2018-12-20 16:20:34
Still waiting for your answer so I may begin my appeal of this issue.
TwoCents 2018-12-21 18:28:12
Please answer so I may begin my appeal... don't pretend to answer and then don't.
Forge of Empires - Customer Support 2018-12-21 20:46:09

Hello TwoCents,

This ticket has been appealed for over a week. Your ban is completed and this ticket is concluded. Enjoy the game.

Happy Holidays!

Panacea
Community Manager
Forge of Empires, U.S.

TwoCents 2018-12-21 20:51:31
I'm sorry, but I haven't started yet, so obviously it hasn't been appealed yet.
TwoCents 2018-12-21 20:54:30
You have yet to compensate me the 20,000 of each type in Colonial Age for being unable to participate in guild-chat coordination and the thousands of troops... so I'd like the opportunity to make a rigorous appeal based upon the facts, not guesses as to what you MIGHT have possibly found offensive. You've yet to tell me exactly which words at which times on which days were offensive.
Forge of Empires - Customer Support 2018-12-21 20:55:47
Hello TwoCents,

There is no ban appeal if there is no ban. The ban concluded and therefore there is no further appeal. There will be no compensation for "lost items" during a ban. This ticket is concluded.

Happy Holidays!

Panacea
Community Manager
Forge of Empires, U.S.

TwoCents 2018-12-21 20:56:37
Your game rules specifically state that I have the right to appeal. It doesn't state "if the community manager purposefully ignores you for a week, then you lose that right."
TwoCents 2018-12-21 21:10:49
Let's be honest, there was NO reason to ban me for a week.. you did it just to be a snot-nosed punk. Which is why you refuse to answer my question of this ticket... "Why was I banned?!"
Forge of Empires - Customer Support 2018-12-21 21:11:34
Hello TwoCents,

There will be no further replies to this ban appeal. Enjoy the game.

Happy Holidays!

Panacea

Community Manager
Forge of Empires, U.S.

**Forge of Empires - Customer Support 2018-12-21 21:39:02**

Hello TwoCents,

This ban is concluded so there is no further ban appeal. This ticket is concluded. Enjoy the game.

Happy Holidays!

Panacea
Community Manager
Forge of Empires, U.S.

---

This ticket has been closed and can no longer be replied to.

**Attachments**

This ticket currently has no attachments.

# View ticket

# Appeal TwoCents

**You 2018-12-21 21:15:07**

TwoCents 2018-12-11 00:32:45
What was I banned for? I didn't do anything against the rules.
TwoCents 2018-12-11 00:36:59
Pardon, I'll continue this appeal ban in a separate thread with a new title so I can keep track of it on my spreadsheet easier. It automatically puts "Appeal TwoCents" as the title otherwise.
Forge of Empires - Customer Support 2018-12-11 00:44:38
Hello TwoCents,

When you receive a report about being punished it means one or more messages were reported as being in violation of the Communications Rules. Usually this is because you have sent profanity, personal insults or otherwise offensive content through either the message or chat system.

Chat Rule Violation: real-life aggression You encouraged another player(s) to slit their wrists

Please review the GAME RULES to ensure you do not violate them again. Your ban is not subject to appeal and will remain in effect until the ban expires.

Happy Holidays!

Panacea
Community Manager
Forge of Empires, U.S.

TwoCents 2018-12-11 00:45:14
I was already warned for that behavior and I did not encourage or repeat it, just simply said I wasn't sorry for it.
TwoCents 2018-12-11 00:45:50
and I explained what happened. You can't double-punish me for it now. You already punished me for it!
TwoCents 2018-12-11 00:46:23
Please don't close my other ticket. I keep all these bans on a spreadsheet. If they all say "appeal twocents" it gets confusing.
TwoCents 2018-12-11 00:47:27
You found my behavior to be "offensive" and I'm appealing. - you punished me for that behavior in that thread. I didn't repeat it or bring it up again. So I don't see why I should be banned for it.
TwoCents 2018-12-11 00:48:41
What you should be doing is banning the player who posted the link to said material. Instead of me.
TwoCents 2018-12-11 00:49:28
https://support.innogames.com/t12765172

explain to me, where I said TODAY that someone should slit their wrists.
Forge of Empires - Customer Support 2018-12-11 00:52:48
Hello TwoCents,

I'm trying to locate where you were banned for this previously. When you've had 13 ban appeals in this year alone, it gets confusing. I will unban the account but enough is enough. You continue to slander your fellow players, they continue to slander you. No more "^^steals fps and lies and cheats" and I'll hold you all to the same standard. Its going to be a new year and we should go into it with a clean slate.

The account is now unbanned and will be monitored for compliance. Abide by the rules and enjoy the game. CLICK HERE to review the Game Rules

Happy Holidays!

Panacea
Community Manager
Forge of Empires, U.S.

TwoCents 2018-12-11 00:53:53
I was never banned for this at all. It's what I received my first WARNING for in Yorkton. The title of the thread is:
You found my behavior to be "offensive" and I'm appealing.
TwoCents 2018-12-11 00:56:12
You told me previously, that selling goods was a game activity. If they feel free to sell their goods in global chat, I should be free to DISPUTE said selling. You specifically told me on this subject, "I don't disagree". I'm not SLANDERING anyone. THEY DO everything I've said they've done. They just today got a player kicked out of his guild as retaliation for coming forward to say that he had, indeed, been cheated by blacklisted. I have several other players messaging me thanking me for my help pointing out this issue. THEY PRICE FIX, which is, in of itself scamming and which all of the blacklisted players are COMPLICIT IN. It's only fair and reasonable that I point it out.
TwoCents 2018-12-11 00:59:14
If they don't like it, they are free to disagree with me. I am referring to their in-game activity and that is allowed under the rules using appropriate language. I am referring only to their actions and not the player themselves.
They could for example say: I am an honest player with a good reputation

What they can't do is make up photoshopped screenshots of me threatening to "kill everyone" or whatever it said. That in itself is posting a link to real-life-aggressive behavior and is against the rules.
TwoCents 2018-12-11 01:03:14
Panacea - these diamond spending yahoos think they own the game and everyone in it. Someone has to stand up for the regular old joes. I'm the only one with enough tenacity and grit to do so. Please, please don't shut me down.
Forge of Empires - Customer Support 2018-12-11 01:03:40
Hello TwoCents,

However, situations change. In this case, you have MORE than made your point and your fellow players disagree with your assessment and feel you are insulting them. When a situation continues, then we must find ways to deescalate. In this case, we will no longer allow either party to continue to insult the other party. If these players "Price Fix", the other players will figure this out and no longer trade. It is not up to you to be the warning label. No further insulting of the blacklisted players and they will not be allowed to continue to insult you.

The account was banned for 24 hours and after your appeal, I have unbanned it. You were warned on 2018-10-18 22:46:19, 2018-10-21 23:24:24, and 2018-11-14 12:59:07. The account is now unbanned and will be monitored for compliance. Abide by the rules and enjoy the game. CLICK HERE to review the Game Rules

Happy Holidays!

Panacea
Community Manager

Exhibit 10 – Forge of Empires Support Tickets: TwoCents Submitted by Plaintiff Penny Quinteros
Case: 19-CV-1402 RSM - 724

Forge of Empires, U.S.

TwoCents 2018-12-11 01:05:45
I mean like I pointed out over and over and over today. I hit them with a logical argument... you shouldn't be trusted because your guild has a history of cheating people.

And they respond with... "you're crazing, you're insane, you're posting death-threats, you're a bad mother and women shouldn't play video games,"

and you're banning ME?!
TwoCents 2018-12-11 01:06:40
No, I don't agree to this.
TwoCents 2018-12-11 01:09:42
The incident on the 14th had nothing whatsoever to do with global chat, and the incident on the 21st was because I used the word "cheater"... these aren't big issues. If you would clearly tell me what I can and cannot say they wouldn't have happened. I didn't realize that telling a person who cheats, "you are a cheater" was at all against the rules until you told me so. And I also often banter back and forth using profanity in private messages assuming it's equally-tolerated and used by the other party. I don't think either of those things should've received a warning. AND even if they deserved a warning, they shouldn't escalate to a ban. They simply weren't that big of a deal.
TwoCents 2018-12-11 01:11:00
If my fellow players feel that I am insulting them, perhaps they should go back to 5th grade English class and learn the difference between a noun and a verb.
TwoCents 2018-12-11 01:16:48
So... if we should also "go into this with a clean slate" are you also going to ask the players to give back all the tiles they took in GvG as retaliation from myself and other players who got cheated? Are you going to ask these diamond spending yahoos to stop belligerently badgering my guild with 30 sieges at a time because they have the goods (from cheating other players) to do so? Are you going to ask them to stop placing spies (alts) in my guild, so that I could, potentially move from my PC to my upstairs browser (which took all of 6 minutes) when I'm feeling sick and in pain without getting attacked and losing 6 sectors?

Propaganda is an acceptable means of warfare Panacea, it has a long historical tradition and frankly, outting their goods-selling-cheating practices is pretty much the only thing left to me, since I have NO WAY to compete otherwise.
Forge of Empires - Customer Support 2018-12-11 01:17:16
Hello TwoCents,

As I've said, enough is enough. You have been informed of how I will enforce the rules from this point forward.

I listened to your appeal and unbanned the account. Observe the Game Rules and abide by them.

Enjoy the game.

Exhibit 10 – Forge of Empires Support Tickets: TwoCents Submitted by Plaintiff Penny Quinteros
Case: 19-CV-1402 RSM - 725

Happy Holidays!

Panacea
Community Manager
Forge of Empires, U.S.


TwoCents 2018-12-11 01:26:28
I don't think you've listened AT ALL. I'm not DOING anything wrong. And if Blacklisted wants to manufacture insult to get me banned. Too bad for them. They just started attacking me, out of the blue, yesterday. They didn't have to do that. They could've "made peace" but they didn't. All you're doing in handcuffing me. I mean, for Christ's sake, Enam put an fp on the last level of my arc just to prove he could "stick it in me" - said via Discord so I didn't report the conversation -
TwoCents 2018-12-11 01:30:54
They think they can get away with: calling me crazy, calling me a bad mother, photoshopping incidents of me, putting alts in my guild, paying people real $ to make alts for them, selling goods for one price, then after you have your fps in, raising the price. Price Fixing, and then of course let's not forget, retaliating against people who point out said behavior. And oh yeah... using you as a tool to oppress my voice.
TwoCents 2018-12-11 01:41:24
I mean please, look at this again. Look at the precedent you're setting. Anyone who calls people a "noob" or says "your city streets are crooked," or laughs at a person for building a Colosseum can now be banned because the other player "felt insulted?" We're talking about IN-GAME behavior! I'm restricting my comments to their IN-GAME behavior. I'm not saying they're cheating on their wives. I'm not saying they lied on their taxes. I'm talking about them going into global chat to solicit goods-buyers.
TwoCents 2018-12-11 01:44:48
They want to keep their GvG worlds, and their goods-selling-racketeering worlds separate. As if they can just go around cheating people without it getting mud on their boots. My goal is to make those worlds collide. It's not against the rules. At all, in any fashion. It's NEVER been against the rules. You are making up new rules as you go and it's simply not fair. You're giving them unfair protection that they don't need and really don't deserve.
TwoCents 2018-12-11 01:46:33
As you told me in J-world. That's what the ignore button is for. If they don't like what I'm saying, they can always just ignore me...
TwoCents 2018-12-11 01:59:41
If you do this, are you going to ban everyone in J world? And I do mean pretty much everyone. Everyone who says I have alts? Everyone who says I'm a man, or a "tranny." Anyone who brings up the fact I ever sent out a picture? Anyone who says I'm rude, mean, nasty, sad, crazy, lonely, need a hug, psycho, et al?
TwoCents 2018-12-11 02:01:11
Anyone who says, "I'm going to harass you out of the game by attacking every guild you're in and every guild you will be in"...
TwoCents 2018-12-11 02:14:18
I mean, you didn't bend the rules for me when people were saying that I was cheating the game. http://prntscr.com/ltebeh
Forge of Empires - Customer Support 2018-12-11 07:32:25

Exhibit 10 – Forge of Empires Support Tickets: TwoCents Submitted by Plaintiff Penny Quinteros
Case: 19-CV-1402 RSM - 726

Hello TwoCents,

Once more for good measure- enough is enough. You have been informed of how we will enforce the rules from this point forward.

We've listened to your appeal and unbanned the account. Observe the Game Rules and abide by them.

Enjoy the game.

Happy Holidays!

Panacea
Community Manager
Forge of Empires, U.S.

TwoCents 2018-12-11 11:34:34
You let me get harassed for THREE YEARS for outside of game issues, and those pansies complain they have hurt-feelings over IN-GAME issues and you suddenly change the rules?!!!!!!!? You are a monster!
TwoCents 2018-12-11 12:03:27
I have played this game for SIX F'ING YEARS! MY KIDS HAVE PLAYED SINCE THEY WERE 5 YEARS OLD! MY HUSBAND PLAYS, MY BROTHER IN LAW, MY NEPHEW, ALL MY FRIENDS. You will have to ban me. This isn't against the rules and I'm not letting you put special rules up just for me to continue your discrimination of me. Your "buddies" from blacklisted don't need nor deserve your protection. SO F'ING BAN ME!

http://prntscr.com/ltmyqu
TwoCents 2018-12-11 12:27:22
Ban me, ban my kids, ban my friends, ban everyone in my fucking guild. Ban me from support, ban me from messaging anyone, ban me from living, ban everyone in every fucking world on the US servers. If you ban me for doing this you will need to ban every player in all worlds on the entire fucking US SERVER. All because you're a stupid twit who wants to coddle those stupid blacklisted fucks from economic sanctions. It's time to go shoot myself in the head because you make the world a fucking DISGUSTING place to live in.
TwoCents 2018-12-11 13:48:56
Did you MUFFLE me in global chat on Y? Did you muffle all of blacklisted too?!
TwoCents 2018-12-11 18:11:52
They are still recruiting people to cheat and steal from. WTF?!
Forge of Empires - Customer Support 2018-12-11 20:56:53
Penny,

I know you are frustrated. I'm sorry. And I'm very sorry about your situation here at the holidays. We have to view the situation from all sides and it is being carefully monitored. But in all seriousness, please don't joke about suicide. It IS serious and I do not wish to think about you even considering this. If you need to talk to someone, please contact the National Suicide

Prevention Lifeline at 1-800-273-8255 or talk to me even. I know I'm not your favorite person but I do care and I don't want anything to happen to you.


Panacea
TwoCents 2018-12-11 20:57:53
It's not a joke to me, and I hope you fucking realize the bullshit you've pushed onto me.
TwoCents 2018-12-11 21:00:23
Like I said, just ban me, ban my kids, ban my husband, ban my whole guild. Then the rich, entitled pricks your system rewards can clap themselves on the back and laugh at me some more and get a good chuckle out of how they used you to hurt me and mine.
TwoCents 2018-12-11 21:11:41
I honestly don't care anymore. Do what you want. You know you will anyway. Bye.
Forge of Empires - Customer Support 2018-12-12 19:20:43
Hello TwoCents,

I must ask that you remain civil in discussions with Support.

As to bans, we do not apply bans unless there is violation of a Game Rule. As long as everyone is abiding by the Game Rules, including one account per person, then everyone should be playing.

Happy Holidays!

Panacea
Community Manager
Forge of Empires, U.S.


TwoCents 2018-12-12 19:38:14
UHH Panacea, that was two days ago that I wrote that. And after I appealed the ban and you overturned it. I went to bed and didn't type anything else in global chat... at all.... I woke up to this chat ban. So why am I banned from chat again?
TwoCents 2018-12-12 20:16:37
You didn't answer any of these questions, just closed the tickets as "duplicate" without providing a response, So I'll be reposting them here - even though this ticket is about a previous ban, not this new chat ban...
APPEAL OF ALL BANS ON MY RECORD:
TwoCents2018-12-11 20:54:21
I didn't do anything to deserve a chat ban.
TwoCents2018-12-11 20:54:44
Point to one thing that I said AFTER you told me how you would start enforcing a "new rule" just for me.
LET'S TALK REASONABLY:
TwoCents2018-12-11 20:45:35
Ok, first off... I haven't targeted anyone. I have constructed a war-plan to target a bigger and much more powerful guild using the only means at my disposal. In order to take down a larger force, propaganda and economic sanctions are totally reasonable. I'm keeping my comments to

totally true, yet pretty heinous acts they've committed. And clearly... it's working. It would really help if you would just stop getting in my way. There is no reason you have to ban me. This is an in-game issue. They don't need to sell goods in global chat. If they find the water there too hot, they can simply stop.

TwoCents2018-12-11 20:47:56

It wasn't my choice to have you respond to my tickets right around recalc...

TwoCents2018-12-11 20:49:19

You did that, purposefully delaying responding to me until now. It wasn't an accident on your part.

TwoCents2018-12-11 20:52:58

I have spent hundreds of dollars buying diamonds... trying to keep up with these assholes. Money that I do not have and can't afford to spend. Purchases that I have hidden from my husband so he doesn't get mad. And you come in and hamstring me right at recalc - on purpose- because someone told you they felt slightly insulted that I said they cheated players on goods purchases... I mean really... did you tell them they're being big-fat-ass-babies?

TwoCents2018-12-11 20:56:12

Seriously... go look at how many diamonds I've purchased over the last year trying to fight these belligerent egotistical assholes? I do it because someone has to... it's not fair to let them just walk all over the little-guys.

PANACEA-READ THIS:

Come talk to me - anonymously - in person:

https://discord.gg/m2kVjg

I AM BEING DENIED SERVICE:

You are purposefully ignoring me in hopes that I will go away. You unfairly targeted me with a chat-ban. You have not told me what it's for, or what rules I supposedly violated to get such a ban. You haven't given me any information about it, and are denying me my right to appeal that you give to other players. Your denial of service has cost my guild thousands of goods and hundreds of troops. You are allowing yourself to be used as a means to target and harass me.

PANACEA – YOU NEED TO FIX THIS

Panacea. You need to fix this. Honestly... If you won't let me talk about them in global chat, they need to stop attacking my guild. End of story. They need to stop using their 80 pirate ships to harass and bully players.

http://prntscr.com/ltuexb

TwoCents2018-12-12 11:16:44

You want Y-world to be successful don't you? How long do you think people are going to play if the keep getting bullied by egotistical narcissistic men who think that buying special buildings give them the right to own everyone else? Like I said, I'm literally the only person fighting back against them, but I can't do it without help. Give me back the goods and troops lost yesterday when I lost those sectors. It wasn't fair... you took away my ability to coordinate with my guild, but you didn't take away theirs.

TwoCents2018-12-12 14:13:38

One extra one now. I think you owe my guild an apology about 300 troops and 10,000 of each CA good. People think they can take advantage of our guild because you "banned" me from talking without rhyme or reason.

TwoCents 2018-12-12 20:33:06

Copying this question too:
TwoCents 2018-12-12 20:12:20
I'm sorry, but you made me wait 24 hours to tell me "we've concluded this inquiry?" You're closing my new responses as "duplicates" then taking things I've written 2 days ago as if they're new.

I have legitimate questions about this chat-ban. Namely why you put it in place after you removed the erroneous ban from two nights ago... Please answer my questions instead of closing them as duplicates. Or at least copy them over into the one-thread if you won't answer.
TwoCents 2018-12-12 22:02:06
What do you mean "one account per person." I don't have two accounts. Just this one. And I can 100% prove it to you beyond any reasonable doubt.
Forge of Empires - Customer Support 2018-12-12 22:28:56
Hello TwoCents,

Every open ticket must be addressed which is why we ask that you limit one issue per ticket and do not open multiple tickets of which you have opened appx 8 today and 10 yesterday. You should have one ticket open that addresses your latest chat ban that you have questions regarding. So pick the ticket you wish us to converse and I'll close the rest and we can have a chronological conversation that you (and I) will be able to follow.

Happy Holidays!

Panacea
Community Manager
Forge of Empires, U.S.

TwoCents 2018-12-12 22:30:30
OK, this one is fine.
TwoCents 2018-12-12 22:50:51
Ok, so I don't think I'm understanding well. Can we clarify the order of events? I was warned around the middle of November not to call blacklisted members "cheaters or scammers." During that conversation you said that you did not disagree with me that if it's a part of the game to solicit goods, it's an equal part of the game to stop the solicitation of goods.
I started to criticize blacklisted's sale of goods by saying things such as ^^do not trust this player to sell you goods, they will cheat you out of fps.
Fast forward to Monday, I was doing the same. Blacklisted took exception and started to post links to things said previously. I responded (in what I thought was a reasonable way) to these link-posts admitting I had said them in the past.
Around 9:30 my time, I got kicked out of the game, and when I tried to log in, had a game-ban. I asked you what it was for and you said telling a player to slit his wrists. I explained that was an incident that happened in October and which I'd already been punished for. You then explained your position that I, personally, would no longer be able to say things stopping Blacklisted from selling goods. I disagreed vehemently.
I did not log back into the game at that time, but went to my bed. I logged in via my phone once to put points on someone's arc.

Exhibit 10 – Forge of Empires Support Tickets: TwoCents Submitted by Plaintiff Penny Quinteros
Case: 19-CV-1402 RSM - 730

I woke up the next morning to a chat-ban and I have no idea what it is, why I received it, or how long you plan on having it in place. I asked for clarification, but you haven't provided it yet.

Can we start there?
Forge of Empires - Customer Support 2018-12-13 19:15:10
Hello TwoCents,

Your chat ban was initiated when players reported insulting behavior. The chat ban was placed and will remain in effect for 7 days. Should you use your husband's account to continue the behavior then I will extend the chat ban to that account as well. Insulting, including those statements you feel are "true" such as "^^do not trust this player to sell you goods, they will cheat you out of fps. "

Please review the GAME RULES to ensure you do not violate them again. Your ban is not subject to appeal and will remain in effect until the ban expires.

Happy Holidays!

Panacea
Community Manager
Forge of Empires, U.S.


TwoCents 2018-12-13 20:13:39
I have never used my husband's account. Why do you think he didn't say anything in the morning? I was waiting for him to get home from work so he could use it himself. I don't care if they "reported" me for insulting behavior, since I didn't PERFORM any insulting behavior their reports are meaningless.
TwoCents 2018-12-13 20:14:39
As far as, "do not trust this player to sell you goods," I'll keep my comments to my friends and guild so long as you ask blacklisted to only solicit goods within their friends and guild.
TwoCents 2018-12-13 20:15:18
If you want to warn my husband of a behavior, I suggest you follow your own rules and warn him. It's not my responsibility to do so.
TwoCents 2018-12-13 20:17:30
You have also not identified what insulting behavior it is that I may/may not have done. Furthermore, it is SPECIFICALLY allowed within your rules to criticize the way other players play the game. You cannot and will not enforce a "special" rule on me. Know why? Because it's ILLEGAL.
TwoCents 2018-12-13 20:18:21
This is now going on 72 hours waiting for you to tell me what "insulting" behavior I performed. If you cannot give me a clear explanation I just have to assume it's because I didn't perform any insulting behavior.
TwoCents 2018-12-13 20:51:12
And, what I have been saying is 100% true for EVERY blacklisted player, and I can prove it as of today.
TwoCents 2018-12-13 21:13:09

Exhibit 10 – Forge of Empires Support Tickets: TwoCents Submitted by Plaintiff Penny Quinteros
Case: 19-CV-1402 RSM - 731

I still insist you tell me EXACTLY what it is I said or did that created this chat-ban on me.
Forge of Empires - Customer Support 2018-12-13 21:51:25
Hello TwoCents,

Examples such as "liars", "cheats", "thieves" or even ""^^do not trust this player to sell you goods, they will cheat you out of fps" are all considering to be insults. Not to mention, encouraging players to kill themselves or do harm which we have discussed before. The rule is simple- Do not insult other players.

As to your husband, I will address his behavior should the need arise. I was making certain that you were not using his account. When exact phrasing is being used on two or more accounts, then we must conclude that the possibility is there that you are using more than one account.

Please review the GAME RULES to ensure you do not violate them again. Your ban is not subject to appeal and will remain in effect until the ban expires.


Panacea
Community Manager
Forge of Empires, U.S.
TwoCents 2018-12-13 22:26:47
Yeah, well it insults me that they have free-reign to solicit goods buyers under false pretenses. Their actions hurt everyone in Yorkton, and they gain an unfair economic advantage which causes me to feel insulted and pressured to buy diamonds with money I don't have to keep up with their scamming ways. Are you going to stop them from soliciting goods?

It wasn't "exact phrasing"... my husband is from Chile and has trouble with English spelling. Unless he specifically asks me how to spell a word, I'm pretty sure you can see the differences in the grammar and spelling usages.

You haven't explained yet how I could "insult" someone while I was sleeping. And I have already been punished for that asking B-Rad to do the world a favor by offing himself.
TwoCents 2018-12-13 22:37:32
Your rules specifically state:

InnoGames does not accept any publications that the Forge of Empires Team considers illegal, insulting, offensive, threatening, abusive, real-life-aggressive, sexually explicit, pornographic (including, but not limited to drawings and animations), politically extreme, religiously fanatic, endangering youth, racist, playing down the use of illegal drugs or alcohol, or promoting the use of
said substances or in any way inappropriate.POSTING LINKS TO SUCH CONTENT IS ALSO NOT ALLOWED.

If my actions were "insulting," then my definition Enamiccug's actions were also insulting when he posted a link to that "insulting behavior." Yet... I still see him chatting in global chat every day. I see Barth there, I see Full Monte there... These players have called me "crazy" "insane" "psycho" "unhinged" "bitch" "stupid" and pretty much any other insult there is in the book. I said

they stole fps from people. Clearly your priority is not on enforcing the game rules. It's on discriminating against me and denying me service to your game.

TwoCents 2018-12-13 22:39:24
It is impossible for me to get a chat-ban while sleeping. aka not posting on Forge of Empires. Therefore I'm asking for redress for your illegal and discriminatory actions in the form of 15,000 of each type of colonial age good, and 1,000 troops distributed across my guild members.

TwoCents 2018-12-13 22:42:06
Please post here where I referred to any specific person on Monday Night and told them to kill themselves. Also please post here where I called anyone specifically on Monday night a liar, cheat or thief (assuming they weren't lying, cheating or stealing. I still maintain that truth can never be offensive).

TwoCents 2018-12-13 22:43:35
And could you please respond to ALL of my comments, instead of just the most recent ones?

Forge of Empires - Customer Support 2018-12-13 23:35:27
Hello TwoCents,

This is not related solely to Monday night. This is a ban related to a series of cummulative statements, insults and behaviors. You will not be remunerated for a ban.

As to other player's actions, as we have discussed numerous times, we will investigate but you will not be informed as to the results of the investigation or any action(s) taken with another player.

Please review the GAME RULES to ensure you do not violate them again. Your ban is not subject to appeal and will remain in effect until the ban expires.

Happy Holidays!

Panacea
Community Manager
Forge of Empires, U.S.

TwoCents 2018-12-13 23:37:08
I will be remunerated for this ban. I hadn't done any "cumulative" things to indicate I needed a ban, other than what you told me specifically would be allowed. It's not my fault you changed your mind.

TwoCents 2018-12-13 23:38:22
Let me ask you, do you really think what you're doing here is de-escalating the situation? You're unfairly targeting the ONE person in the game you knew would respond poorly to being unfairly targeted. And you're allowing players to take advantage of me while I'm being unfairly targeted by you. How is that "de-escalating" the situation?

TwoCents 2018-12-14 10:52:15
I want to know why I was banned for sleeping.

TwoCents 2018-12-14 18:57:00
Could you please explain what "cumulative" statements I was banned for? I have been the model of good-behavior. If you specifically allowed me to criticize another player's game play using

appropriate language, and you explain to me that I CAN say "this player with cheat you on fps" then later you change your mind and say you CANNOT say that... that's not really my fault. You have to explain the rule you want to apply to me, and give me time to adapt to it. You can't change the rule then retroactively ban me for it...

TwoCents 2018-12-14 23:50:15

And again you are closing my tickets without giving me an answer here. Please provided the cumulative summary of information you used to make your decision to deny me service.

Forge of Empires - Customer Support 2018-12-16 01:33:34

Hello TwoCents,

1. We will not be compensating you for any "lost" anything that occurred while your account was under a ban.
2. While I do hope to de-escalate the situation, I do have an obligation to answer your questions and to provide accurate and definitive answers.
3. You were not banned for sleeping. The ban occurred for a continuing pattern of insulting fellow players.
4, We will not be providing a list of statements as most of these were covered on previous game bans. It is not a case of saying "This player is a cheat" or "This player will cheat" but continuing to say these things, not once, but every time another player speaks sets up a pattern of insulting behavior(s) that will not be allowed in FOE chat.
5. First, you have not been denied service. You may continue to play your game. This is a chat ban and is limited to chat. Two, we answered each of your other tickets before closing them.

Enjoy the game.

Happy Holidays!

Panacea
Community Manager
Forge of Empires, U.S.

TwoCents 2018-12-16 02:00:39

What is the "continuing pattern of insulting fellow players" that you are referring to?

You will compensate me for the ban, because it is illegal

I didn't get any other game bans in Y world, so what do you mean "covered on previous game bans."

You told me it was acceptable to criticize their goods-selling practices using language like, this player cheats you on fp sales, which is what I've restricted my language to.

I have been denied service. You treat me differently than you do other players.

Forge of Empires - Customer Support 2018-12-16 02:04:17

Hello TwoCents,

You have been instructed to not insult other players. To say something once and to say it repeatedly over and over produces a pattern of behavior that is unacceptable. I do apologize for saying "game bans", I meant to say "game tickets". You have not been denied service as your game can be played. All players are held to the same game rules. Enjoy the game.

Exhibit 10 – Forge of Empires Support Tickets: TwoCents Submitted by Plaintiff Penny Quinteros
Case: 19-CV-1402 RSM - 734

Happy Holidays!

Panacea
Community Manager
Forge of Empires, U.S.

TwoCents 2018-12-16 02:05:58
Panacea, I honestly do not know what these other players are putting in their reports to you, but I know what is in their "party line." They are saying that I am upset because of them taking NPC GvG sectors and that's why I've gone on this campaign against them. I can prove 100% beyond a reasonable doubt to you that they are LYING on that issue, and I think you need to consider if they are lying on that issue, they are lying on many issues.
on 7/28 I advised you of a cheating scheme with blacklisted - you did nothing in response
on 8/27 I asked you to help me with the diamond players who were domineering the world
it wasn't until 10/19 that I made the comments to B-Rad about slitting his wrists for the benefit of the world.

THEY ARE LYING TO YOU! and you continue to punish me instead of them.
TwoCents 2018-12-16 02:09:11
I can only play a portion of the game... that's not service. As any long-term player will tell you, interaction with other players is a crucial part of the game play and you're preventing that.
Forge of Empires - Customer Support 2018-12-16 02:11:57
Hello TwoCents,

In the case of a chat ban, we do not base any bans off what a player states in a ticket but on what is documented in the saved chat ban logs when a player is reported.

I understand you believe them to be lying. Even should what you say to be true proves true, there is no rule against a player negotiating goods for one price and then changing it. In fact, there is no rules regarding trades so a player could, in theory, offer you gold for $1 and then not conclude it till you ponied up 1000 forge points. Or any other scenario like that. Is it fair? Probably not, but there is no rule against it. Can you say, "Hey, he scammed me". Yes, we'd allow it. But not over and over and over again for months. Nor can you call them "liars", "cheats' "thief" or any other insult because insulting another player is against the rules.

Enjoy the game.

Happy Holidays!

Panacea
Community Manager
Forge of Empires, U.S.

TwoCents 2018-12-16 02:13:14
I didn't get instructed NOT to tell them "don't buy goods from this player, they will cheat you of

fps" until Monday night when you told me it wouldn't be allowed. I can't be held responsible for things said before you changed your mind. After you told me it would "no longer be allowed" I went to bed... Look at your own words, "Once more for good measure- enough is enough. You have been informed of how we will enforce the rules FROM THIS POINT FORWARD."

From the point you told me "enough is enough" I did nothing.
TwoCents 2018-12-16 02:15:50
Telling me "from this point forward it will no longer be allowed," necessitates the meaning that from that point backwards it WAS allowed. Which is why I'm asking you... if I only did behavior that was specifically allowed by you, and written out in game tickets.... WHAT IS MY CHAT BAN FOR?!
TwoCents 2018-12-16 02:23:39
This is exactly my point Panacea - I'm not saying they're cheating the game-system... there are LOTS of things in the game system that people might find offensive. Extorting players for fps not to plunder for example... might be offensive to some players, but it is specifically allowed.

What I'm doing is pointing out their in-game behavior using appropriate language. The world of Y NEEDS me to do this, because if I don't other people who come forward get retaliated against by blacklisted... including Rufus T. Firefly and Langlais the first had his guild attacked by blacklisted when he complained about the fp-deal scam, and the second got kicked out of his guild when Barth muscled his guild-leaders after he came forward to say his entire GUILD had a message-thread warning of blacklisted cheating several of their members.

Lastly, their price-setting behavior affects everyone in Y-world. It is a scam against the entire community and it has to stop. It is creating a plutocracy in the world instead of a meritocracy. Teddy Roosevelt himself said, "of all forms of tyranny the least attractive and the most vulgar is the tyranny of mere wealth, the tyranny of a plutocracy." In order to bust up a plutocracy the little-guys HAVE to be given equal access to power, such as the power of free speech. If one of our presidents thought their behavior was the most vulgar, then I don't see any problem with pointing this vulgarity out.
TwoCents 2018-12-16 02:27:29
I'm sorry, I'd like to clarify... with this goods-cheating-scheme and price-fixing-scheme they aren't breaking the game rules as indicated above. They are still cheating the game system because they PAY people $$ to get forge points from them, specifically that is not allowed and was reported to you on 07/28/2018
TwoCents 2018-12-16 02:37:14
Panacea,
I can't have a rational conversation with you when you purposefully only respond about once a day and that's at times you know I'm busy. I think it's only fair that you allot a chunk of time to deal with this issue and give me a fair chance to reason with you. You are putting a LOT of stress on me over this during times that I can least afford it (due to the issue with the lawyer, having no $ at the holidays, etc). Quite literally on Wednesday I FORGOT to take my son to school because I busy checking my messages for a response from you.
Maybe other players wouldn't care about a global/guild/whisper chat ban... but I literally named myself TwoCents because I understand the power language can have. It's probably the most important tool in this game - hands down.

TwoCents 2018-12-17 23:37:54

I'm sorry, I still have received no response to this ticket.

TwoCents 2018-12-18 01:39:58

First, You stated in this thread: "Can you say, "Hey, he scammed me". Yes, we'd allow it. But not over and over and over again for months. Nor can you call them "liars", "cheats' "thief" or any other insult because insulting another player is against the rules."

I didn't say anything "over and over again for months" at most I started on October 31st and went through till December 10th with your SPECIFIC permission that it was ok as outlined below. Additionally I did not call anyone a liar, cheat, or thief... I kept my words relegated to their in-game behavior. I didn't 'you're a thief' I said... do not trust this player to sell you goods. He will scam you of fps. The word "scam, lie, steal" in all of my statements from October forward were VERBS. They couldn't meet your criteria of being an insulting label or name. It is literally impossible in the English language for your allegation to be true.

You stated on:

11/26/2018 An appeal of all bans on my record - you are ALLOWED to verbally confront any player you wish. YOU ARE NOT allowed to use profanity - I didn't us profanity and you banned me.

10/23/2018 I was told (again) that my behavior was "offensive" - You however, may still not call him insulting NAMES. You MAY however state what happened.

10/30/2018 Moderators abusing support system - Actually we HAVE discussed this. You can not use LABELS such as "scammers, liars, cheats, pedofiles" which insult individual players. You MAY attack guilds with game related information buy you may NOT insult other players. - I refrained from LABELING these players "scammers liars or cheats"

10/31/2018 Moderators abusing support system I do not disagree with your logic: There is nothing "harassing" about these behaviors. It takes a lot of time, effort, and good game-play on my behalf to be able to do them successfully. It's not any different than people going into global chat and asking for friends or guild members. It's community-engagement for a cause... As long as you do not insult another player ('insult' as defined "speak to or treat with disrespect or scornful abuse") then there should not be an issue. – specifically I stated the behaviors "I should be allowed to stop this solicitation [of goods ] by whatever means necessary to stop them from building up their cities thus denying them the ability to better be able to attack me.

You SPECIFICALLY stated that there was nothing harassing about stopping blacklisted's solicitation of goods via whatever means necessary. You clarified this by saying "so long as you do not insult players" You stated by insult you meant using the labels "scammers, liars or cheats" or using profanity. I did neither of those things.

You stated a series of conditions and rules that you felt would meet the "insulting" criteria, and my behavior was far below that criteria.

TwoCents 2018-12-18 01:49:01

What you're saying here with this partial ban is that I can sit in the back of the bus with the rest of the women, but I can't sit at the front of the bus with the men. Just allowing service isn't enough. You have to provide me the SAME and EQUITABLE treatment regardless of my gender... which you don't.

TwoCents 2018-12-18 01:55:25

You keep saying that I "insulted" players, which you seem to take as the holy-grail of the Inno

rules allowing you to do whatever you want. May I advise you to re-read the rules. There are two exceptions where it is OK to insult other players as detailed out in the rules:
1.) when criticizing another players game-play
2.) when making in-game threats

What I was doing fit within the parameters of the first exception to the rules.
Please find a copy here: https://en0.forgeofempires.com/page/the_game/rules/
TwoCents 2018-12-18 13:36:38
If the ban was for 7 days? Why am I not un-banned?
Forge of Empires - Customer Support 2018-12-19 00:41:12
Hello TwoCents,

I am the Community Manager of the U.S. server and an InnoGames employee. As such, all aspects of the game, rules, players, and moderators are my responsibility.

As the Game Rules state: The Community Management of the US version of Forge of Empires are the final arbiters of any rules dispute. Their interpretation of these rules is final.

The account is now unbanned and will be monitored for compliance. Abide by the rules and enjoy the game. CLICK HERE to review the Game Rules

Happy Holidays!

Panacea
Community Manager
Forge of Empires, U.S.

TwoCents 2018-12-19 01:17:33
You failed to answer my most basic question... what was I banned for? I cannot begin to compose my appeal until I have a compilation of the details of what I supposedly did wrong.
Forge of Empires - Customer Support 2018-12-19 01:20:16
Hello TwoCents,

There is no further need for any appeal as the ban is concluded. We answered your "most basic question" multiple times. You were banned for insulting other players. The account is now unbanned and will be monitored for compliance. Abide by the rules and enjoy the game. CLICK HERE to review the Game Rules

Happy Holidays!

Panacea
Community Manager
Forge of Empires, U.S.

TwoCents 2018-12-19 01:25:21
You are an employee of InnoGames and you live in the United States, therefore you are not the

final arbiter because you still have to comply with the law(s) which prevent discrimination in public accommodations. At this point you haven't even provided a reason for my 8-day denial of service. Which I am still asking (as I have everyday for 8 days) so that I may BEGIN my appeal.
TwoCents 2018-12-19 01:28:48
You need to tell me EXACTLY what I said with a timestamp. If it is cumulative then you need to provide the EXACT thing thaI said in each instance with the date and time of each entry. Anything less is preventing me from formulating my appeal. Furthermore if I do not know what I did wrong how am I to prevent the action in the future?
Forge of Empires - Customer Support 2018-12-19 01:30:41
Hello TwoCents,

Here is the reason for your ban: Insults to other players in Global Chat/Messaging

We will be providing NO additional information as you have received this on multiple tickets at the time of occurrence.

There was no "denial of service".

As the Game Rules state: The Community Management of the US version of Forge of Empires are the final arbiters of any rules dispute. Their interpretation of these rules is final.

The account is now unbanned and will be monitored for compliance. Abide by the rules and enjoy the game. CLICK HERE to review the Game Rules

Happy Holidays!

Panacea
Community Manager
Forge of Empires, U.S.


TwoCents 2018-12-19 01:32:47
I have received NO SUCH information. It doesn't exist in prior warnings or anywhere because you have not provided it to me. I would like to begin my appeal, so please provide me the information I am requesting to do so.
TwoCents 2018-12-19 01:34:28
You can't have one version of the game for some people and another for those you are targetting because of discrimination- you might as well put up "colored and white" drinking fountain signs on your homepage if that's the case.
TwoCents 2018-12-19 01:37:22
As I stated before... your rules have two exceptions-
1.) threats in-game terms
2,) Criticizing other players game-play.

I am allowed to state "you cheat players out of forge points" in no uncertain terms. It is specifically allowed by your rules and has been tolerated for thousands of other players who've said the same.

TwoCents 2018-12-19 02:34:40

Please provide me a detailed list of what I've done to earn this particular ban. Once you do I will be able to formulate an appeal of it.

TwoCents 2018-12-19 20:44:01

I am still waiting for a detailed answer as to what I was banned for so that I may begin my appeal of this ban.

TwoCents 2018-12-20 16:20:34

Still waiting for your answer so I may begin my appeal of this issue.

TwoCents 2018-12-21 18:28:12

Please answer so I may begin my appeal... don't pretend to answer and then don't.

Forge of Empires - Customer Support 2018-12-21 20:46:09

Hello TwoCents,

This ticket has been appealed for over a week. Your ban is completed and this ticket is concluded. Enjoy the game.

Happy Holidays!

Panacea
Community Manager
Forge of Empires, U.S.

TwoCents 2018-12-21 20:51:31

I'm sorry, but I haven't started yet, so obviously it hasn't been appealed yet.

TwoCents 2018-12-21 20:54:30

You have yet to compensate me the 20,000 of each type in Colonial Age for being unable to participate in guild-chat coordination and the thousands of troops... so I'd like the opportunity to make a rigorous appeal based upon the facts, not guesses as to what you MIGHT have possibly found offensive. You've yet to tell me exactly which words at which times on which days were offensive.

Forge of Empires - Customer Support 2018-12-21 20:55:47

Hello TwoCents,

There is no ban appeal if there is no ban. The ban concluded and therefore there is no further appeal. There will be no compensation for "lost items" during a ban. This ticket is concluded.

Happy Holidays!

Panacea
Community Manager
Forge of Empires, U.S.

TwoCents 2018-12-21 20:56:37

Your game rules specifically state that I have the right to appeal. It doesn't state "if the community manager purposefully ignores you for a week, then you lose that right."

Exhibit 10 – Forge of Empires Support Tickets: TwoCents Submitted by Plaintiff Penny Quinteros
Case: 19-CV-1402 RSM - 740

Your game rules specifically say I have the right to appeal. I haven't done that yet. I asked a question. WHAT WAS I BANNED FOR!!!

**Forge of Empires - Customer Support 2018-12-21 21:39:21**

Hello TwoCents,

This ban is concluded so there is no further ban appeal. This ticket is concluded. Enjoy the game.

Happy Holidays!

Panacea
Community Manager
Forge of Empires, U.S.

---

This ticket has been closed and can no longer be replied to.

**Attachments**

This ticket currently has no attachments.

# View ticket

# Appeal TwoCents

**You 2018-12-21 21:49:07**

View ticket Tickets
Appeal TwoCents

TwoCents2018-12-21 21:15:07

TwoCents 2018-12-11 00:32:45
What was I banned for? I didn't do anything against the rules.
TwoCents 2018-12-11 00:36:59
Pardon, I'll continue this appeal ban in a separate thread with a new title so I can keep track of it on my spreadsheet easier. It automatically puts "Appeal TwoCents" as the title otherwise.
Forge of Empires - Customer Support 2018-12-11 00:44:38
Hello TwoCents,

Exhibit 10 – Forge of Empires Support Tickets: TwoCents Submitted by Plaintiff Penny Quinteros
Case: 19-CV-1402 RSM - 741

When you receive a report about being punished it means one or more messages were reported as being in violation of the Communications Rules. Usually this is because you have sent profanity, personal insults or otherwise offensive content through either the message or chat system.

Chat Rule Violation: real-life aggression You encouraged another player(s) to slit their wrists

Please review the GAME RULES to ensure you do not violate them again. Your ban is not subject to appeal and will remain in effect until the ban expires.

Happy Holidays!

Panacea
Community Manager
Forge of Empires, U.S.


TwoCents 2018-12-11 00:45:14
I was already warned for that behavior and I did not encourage or repeat it, just simply said I wasn't sorry for it.
TwoCents 2018-12-11 00:45:50
and I explained what happened. You can't double-punish me for it now. You already punished me for it!
TwoCents 2018-12-11 00:46:23
Please don't close my other ticket. I keep all these bans on a spreadsheet. If they all say "appeal twocents" it gets confusing.
TwoCents 2018-12-11 00:47:27
You found my behavior to be "offensive" and I'm appealing. - you punished me for that behavior in that thread. I didn't repeat it or bring it up again. So I don't see why I should be banned for it.
TwoCents 2018-12-11 00:48:41
What you should be doing is banning the player who posted the link to said material. Instead of me.
TwoCents 2018-12-11 00:49:28
https://support.innogames.com/t12765172

explain to me, where I said TODAY that someone should slit their wrists.
Forge of Empires - Customer Support 2018-12-11 00:52:48
Hello TwoCents,

I'm trying to locate where you were banned for this previously. When you've had 13 ban appeals in this year alone, it gets confusing. I will unban the account but enough is enough. You continue to slander your fellow players, they continue to slander you. No more "^^steals fps and lies and cheats" and I'll hold you all to the same standard. Its going to be a new year and we should go into it with a clean slate.

The account is now unbanned and will be monitored for compliance. Abide by the rules and enjoy the game. CLICK HERE to review the Game Rules

Exhibit 10 – Forge of Empires Support Tickets: TwoCents Submitted by Plaintiff Penny Quinteros
Case: 19-CV-1402 RSM - 742

Happy Holidays!

Panacea
Community Manager
Forge of Empires, U.S.


TwoCents 2018-12-11 00:53:53
I was never banned for this at all. It's what I received my first WARNING for in Yorkton. The title of the thread is:
You found my behavior to be "offensive" and I'm appealing.
TwoCents 2018-12-11 00:56:12
You told me previously, that selling goods was a game activity. If they feel free to sell their goods in global chat, I should be free to DISPUTE said selling. You specifically told me on this subject, "I don't disagree". I'm not SLANDERING anyone. THEY DO everything I've said they've done. They just today got a player kicked out of his guild as retaliation for coming forward to say that he had, indeed, been cheated by blacklisted. I have several other players messaging me thanking me for my help pointing out this issue. THEY PRICE FIX, which is, in of itself scamming and which all of the blacklisted players are COMPLICIT IN. It's only fair and reasonable that I point it out.
TwoCents 2018-12-11 00:59:14
If they don't like it, they are free to disagree with me. I am referring to their in-game activity and that is allowed under the rules using appropriate language. I am referring only to their actions and not the player themselves.
They could for example say: I am an honest player with a good reputation

What they can't do is make up photoshopped screenshots of me threatening to "kill everyone" or whatever it said. That in itself is posting a link to real-life-aggressive behavior and is against the rules.
TwoCents 2018-12-11 01:03:14
Panacea - these diamond spending yahoos think they own the game and everyone in it. Someone has to stand up for the regular old joes. I'm the only one with enough tenacity and grit to do so. Please, please don't shut me down.
Forge of Empires - Customer Support 2018-12-11 01:03:40
Hello TwoCents,

However, situations change. In this case, you have MORE than made your point and your fellow players disagree with your assessment and feel you are insulting them. When a situation continues, then we must find ways to deescalate. In this case, we will no longer allow either party to continue to insult the other party. If these players "Price Fix", the other players will figure this out and no longer trade. It is not up to you to be the warning label. No further insulting of the blacklisted players and they will not be allowed to continue to insult you.

The account was banned for 24 hours and after your appeal, I have unbanned it. You were warned on 2018-10-18 22:46:19, 2018-10-21 23:24:24, and 2018-11-14 12:59:07. The account is now unbanned and will be monitored for compliance. Abide by the rules and enjoy the game. CLICK HERE to review the Game Rules

Happy Holidays!

Panacea
Community Manager
Forge of Empires, U.S.


TwoCents 2018-12-11 01:05:45
I mean like I pointed out over and over and over today. I hit them with a logical argument... you shouldn't be trusted because your guild has a history of cheating people.

And they respond with... "you're crazing, you're insane, you're posting death-threats, you're a bad mother and women shouldn't play video games,"

and you're banning ME?!
TwoCents 2018-12-11 01:06:40
No, I don't agree to this.
TwoCents 2018-12-11 01:09:42
The incident on the 14th had nothing whatsoever to do with global chat, and the incident on the 21st was because I used the word "cheater"... these aren't big issues. If you would clearly tell me what I can and cannot say they wouldn't have happened. I didn't realize that telling a person who cheats, "you are a cheater" was at all against the rules until you told me so. And I also often banter back and forth using profanity in private messages assuming it's equally-tolerated and used by the other party. I don't think either of those things should've received a warning. AND even if they deserved a warning, they shouldn't escalate to a ban. They simply weren't that big of a deal.
TwoCents 2018-12-11 01:11:00
If my fellow players feel that I am insulting them, perhaps they should go back to 5th grade English class and learn the difference between a noun and a verb.
TwoCents 2018-12-11 01:16:48
So... if we should also "go into this with a clean slate" are you also going to ask the players to give back all the tiles they took in GvG as retaliation from myself and other players who got cheated? Are you going to ask these diamond spending yahoos to stop belligerently badgering my guild with 30 sieges at a time because they have the goods (from cheating other players) to do so? Are you going to ask them to stop placing spies (alts) in my guild, so that I could, potentially move from my PC to my upstairs browser (which took all of 6 minutes) when I'm feeling sick and in pain without getting attacked and losing 6 sectors?

Propaganda is an acceptable means of warfare Panacea, it has a long historical tradition and frankly, outting their goods-selling-cheating practices is pretty much the only thing left to me, since I have NO WAY to compete otherwise.
Forge of Empires - Customer Support 2018-12-11 01:17:16
Hello TwoCents,

As I've said, enough is enough. You have been informed of how I will enforce the rules from this point forward.

Exhibit 10 – Forge of Empires Support Tickets: TwoCents Submitted by Plaintiff Penny Quinteros
Case: 19-CV-1402 RSM - 744

I listened to your appeal and unbanned the account. Observe the Game Rules and abide by them.

Enjoy the game.

Happy Holidays!

Panacea
Community Manager
Forge of Empires, U.S.


TwoCents 2018-12-11 01:26:28
I don't think you've listened AT ALL. I'm not DOING anything wrong. And if Blacklisted wants to manufacture insult to get me banned. Too bad for them. They just started attacking me, out of the blue, yesterday. They didn't have to do that. They could've "made peace" but they didn't. All you're doing in handcuffing me. I mean, for Christ's sake, Enam put an fp on the last level of my arc just to prove he could "stick it in me" - said via Discord so I didn't report the conversation -
TwoCents 2018-12-11 01:30:54
They think they can get away with: calling me crazy, calling me a bad mother, photoshopping incidents of me, putting alts in my guild, paying people real $ to make alts for them, selling goods for one price, then after you have your fps in, raising the price. Price Fixing, and then of course let's not forget, retaliating against people who point out said behavior. And oh yeah... using you as a tool to oppress my voice.
TwoCents 2018-12-11 01:41:24
I mean please, look at this again. Look at the precedent you're setting. Anyone who calls people a "noob" or says "your city streets are crooked," or laughs at a person for building a Colosseum can now be banned because the other player "felt insulted?" We're talking about IN-GAME behavior! I'm restricting my comments to their IN-GAME behavior. I'm not saying they're cheating on their wives. I'm not saying they lied on their taxes. I'm talking about them going into global chat to solicit goods-buyers.
TwoCents 2018-12-11 01:44:48
They want to keep their GvG worlds, and their goods-selling-racketeering worlds separate. As if they can just go around cheating people without it getting mud on their boots. My goal is to make those worlds collide. It's not against the rules. At all, in any fashion. It's NEVER been against the rules. You are making up new rules as you go and it's simply not fair. You're giving them unfair protection that they don't need and really don't deserve.
TwoCents 2018-12-11 01:46:33
As you told me in J-world. That's what the ignore button is for. If they don't like what I'm saying, they can always just ignore me...
TwoCents 2018-12-11 01:59:41
If you do this, are you going to ban everyone in J world? And I do mean pretty much everyone. Everyone who says I have alts? Everyone who says I'm a man, or a "tranny." Anyone who brings up the fact I ever sent out a picture? Anyone who says I'm rude, mean, nasty, sad, crazy, lonely, need a hug, psycho, et al?
TwoCents 2018-12-11 02:01:11
Anyone who says, "I'm going to harass you out of the game by attacking every guild you're in

and every guild you will be in"...
TwoCents 2018-12-11 02:14:18
I mean, you didn't bend the rules for me when people were saying that I was cheating the game.
http://prntscr.com/ltebeh
Forge of Empires - Customer Support 2018-12-11 07:32:25
Hello TwoCents,

Once more for good measure- enough is enough. You have been informed of how we will
enforce the rules from this point forward.

We've listened to your appeal and unbanned the account. Observe the Game Rules and abide by
them.

Enjoy the game.

Happy Holidays!

Panacea
Community Manager
Forge of Empires, U.S.

TwoCents 2018-12-11 11:34:34
You let me get harassed for THREE YEARS for outside of game issues, and those pansies
complain they have hurt-feelings over IN-GAME issues and you suddenly change the
rules?!!!!!!!? You are a monster!
TwoCents 2018-12-11 12:03:27
I have played this game for SIX F'ING YEARS! MY KIDS HAVE PLAYED SINCE THEY
WERE 5 YEARS OLD! MY HUSBAND PLAYS, MY BROTHER IN LAW, MY NEPHEW,
ALL MY FRIENDS. You will have to ban me. This isn't against the rules and I'm not letting you
put special rules up just for me to continue your discrimination of me. Your "buddies" from
blacklisted don't need nor deserve your protection. SO F'ING BAN ME!

http://prntscr.com/ltmyqu
TwoCents 2018-12-11 12:27:22
Ban me, ban my kids, ban my friends, ban everyone in my fucking guild. Ban me from support,
ban me from messaging anyone, ban me from living, ban everyone in every fucking world on the
US servers. If you ban me for doing this you will need to ban every player in all worlds on the
entire fucking US SERVER. All because you're a stupid twit who wants to coddle those stupid
blacklisted fucks from economic sanctions. It's time to go shoot myself in the head because you
make the world a fucking DISGUSTING place to live in.
TwoCents 2018-12-11 13:48:56
Did you MUFFLE me in global chat on Y? Did you muffle all of blacklisted too?!
TwoCents 2018-12-11 18:11:52
They are still recruiting people to cheat and steal from. WTF?!
Forge of Empires - Customer Support 2018-12-11 20:56:53
Penny,

I know you are frustrated. I'm sorry. And I'm very sorry about your situation here at the holidays. We have to view the situation from all sides and it is being carefully monitored. But in all seriousness, please don't joke about suicide. It IS serious and I do not wish to think about you even considering this. If you need to talk to someone, please contact the National Suicide Prevention Lifeline at 1-800-273-8255 or talk to me even. I know I'm not your favorite person but I do care and I don't want anything to happen to you.

Panacea
TwoCents 2018-12-11 20:57:53
It's not a joke to me, and I hope you fucking realize the bullshit you've pushed onto me.
TwoCents 2018-12-11 21:00:23
Like I said, just ban me, ban my kids, ban my husband, ban my whole guild. Then the rich, entitled pricks your system rewards can clap themselves on the back and laugh at me some more and get a good chuckle out of how they used you to hurt me and mine.
TwoCents 2018-12-11 21:11:41
I honestly don't care anymore. Do what you want. You know you will anyway. Bye.
Forge of Empires - Customer Support 2018-12-12 19:20:43
Hello TwoCents,

I must ask that you remain civil in discussions with Support.

As to bans, we do not apply bans unless there is violation of a Game Rule. As long as everyone is abiding by the Game Rules, including one account per person, then everyone should be playing.

Happy Holidays!

Panacea
Community Manager
Forge of Empires, U.S.

TwoCents 2018-12-12 19:38:14
UHH Panacea, that was two days ago that I wrote that. And after I appealed the ban and you overturned it. I went to bed and didn't type anything else in global chat... at all.... I woke up to this chat ban. So why am I banned from chat again?
TwoCents 2018-12-12 20:16:37
You didn't answer any of these questions, just closed the tickets as "duplicate" without providing a response, So I'll be reposting them here - even though this ticket is about a previous ban, not this new chat ban...
APPEAL OF ALL BANS ON MY RECORD:
TwoCents2018-12-11 20:54:21
I didn't do anything to deserve a chat ban.
TwoCents2018-12-11 20:54:44
Point to one thing that I said AFTER you told me how you would start enforcing a "new rule" just for me.

LET'S TALK REASONABLY:

TwoCents2018-12-11 20:45:35

Ok, first off... I haven't targeted anyone. I have constructed a war-plan to target a bigger and much more powerful guild using the only means at my disposal. In order to take down a larger force, propaganda and economic sanctions are totally reasonable. I'm keeping my comments to totally true, yet pretty heinous acts they've committed. And clearly... it's working. It would really help if you would just stop getting in my way. There is no reason you have to ban me. This is an in-game issue. They don't need to sell goods in global chat. If they find the water there too hot, they can simply stop.

TwoCents2018-12-11 20:47:56

It wasn't my choice to have you respond to my tickets right around recalc...

TwoCents2018-12-11 20:49:19

You did that, purposefully delaying responding to me until now. It wasn't an accident on your part.

TwoCents2018-12-11 20:52:58

I have spent hundreds of dollars buying diamonds... trying to keep up with these assholes. Money that I do not have and can't afford to spend. Purchases that I have hidden from my husband so he doesn't get mad. And you come in and hamstring me right at recalc - on purpose- because someone told you they felt slightly insulted that I said they cheated players on goods purchases... I mean really... did you tell them they're being big-fat-ass-babies?

TwoCents2018-12-11 20:56:12

Seriously... go look at how many diamonds I've purchased over the last year trying to fight these belligerent egotistical assholes? I do it because someone has to... it's not fair to let them just walk all over the little-guys.

PANACEA-READ THIS:

Come talk to me - anonymously - in person:

https://discord.gg/m2kVjg

I AM BEING DENIED SERVICE:

You are purposefully ignoring me in hopes that I will go away. You unfairly targeted me with a chat-ban. You have not told me what it's for, or what rules I supposedly violated to get such a ban. You haven't given me any information about it, and are denying me my right to appeal that you give to other players. Your denial of service has cost my guild thousands of goods and hundreds of troops. You are allowing yourself to be used as a means to target and harass me.

PANACEA – YOU NEED TO FIX THIS

Panacea. You need to fix this. Honestly... If you won't let me talk about them in global chat, they need to stop attacking my guild. End of story. They need to stop using their 80 pirate ships to harass and bully players.

http://prntscr.com/ltuexb

TwoCents2018-12-12 11:16:44

You want Y-world to be successful don't you? How long do you think people are going to play if the keep getting bullied by egotistical narcissistic men who think that buying special buildings give them the right to own everyone else? Like I said, I'm literally the only person fighting back against them, but I can't do it without help. Give me back the goods and troops lost yesterday when I lost those sectors. It wasn't fair... you took away my ability to coordinate with my guild, but you didn't take away theirs.

Exhibit 10 – Forge of Empires Support Tickets: TwoCents Submitted by Plaintiff Penny Quinteros
Case: 19-CV-1402 RSM - 748

TwoCents2018-12-12 14:13:38
One extra one now. I think you owe my guild an apology about 300 troops and 10,000 of each CA good. People think they can take advantage of our guild because you "banned" me from talking without rhyme or reason.
TwoCents 2018-12-12 20:33:06
Copying this question too:
TwoCents 2018-12-12 20:12:20
I'm sorry, but you made me wait 24 hours to tell me "we've concluded this inquiry?" You're closing my new responses as "duplicates" then taking things I've written 2 days ago as if they're new.

I have legitimate questions about this chat-ban. Namely why you put it in place after you removed the erroneous ban from two nights ago... Please answer my questions instead of closing them as duplicates. Or at least copy them over into the one-thread if you won't answer.
TwoCents 2018-12-12 22:02:06
What do you mean "one account per person." I don't have two accounts. Just this one. And I can 100% prove it to you beyond any reasonable doubt.
Forge of Empires - Customer Support 2018-12-12 22:28:56
Hello TwoCents,

Every open ticket must be addressed which is why we ask that you limit one issue per ticket and do not open multiple tickets of which you have opened appx 8 today and 10 yesterday. You should have one ticket open that addresses your latest chat ban that you have questions regarding. So pick the ticket you wish us to converse and I'll close the rest and we can have a chronological conversation that you (and I) will be able to follow.

Happy Holidays!

Panacea
Community Manager
Forge of Empires, U.S.

TwoCents 2018-12-12 22:30:30
OK, this one is fine.
TwoCents 2018-12-12 22:50:51
Ok, so I don't think I'm understanding well. Can we clarify the order of events? I was warned around the middle of November not to call blacklisted members "cheaters or scammers." During that conversation you said that you did not disagree with me that if it's a part of the game to solicit goods, it's an equal part of the game to stop the solicitation of goods.
I started to criticize blacklisted's sale of goods by saying things such as ^^do not trust this player to sell you goods, they will cheat you out of fps.
Fast forward to Monday, I was doing the same. Blacklisted took exception and started to post links to things said previously. I responded (in what I thought was a reasonable way) to these link-posts admitting I had said them in the past.
Around 9:30 my time, I got kicked out of the game, and when I tried to log in, had a game-ban. I asked you what it was for and you said telling a player to slit his wrists. I explained that was an

incident that happened in October and which I'd already been punished for. You then explained your position that I, personally, would no longer be able to say things stopping Blacklisted from selling goods. I disagreed vehemently.

I did not log back into the game at that time, but went to my bed. I logged in via my phone once to put points on someone's arc.

I woke up the next morning to a chat-ban and I have no idea what it is, why I received it, or how long you plan on having it in place. I asked for clarification, but you haven't provided it yet.

Can we start there?

Forge of Empires - Customer Support 2018-12-13 19:15:10

Hello TwoCents,

Your chat ban was initiated when players reported insulting behavior. The chat ban was placed and will remain in effect for 7 days. Should you use your husband's account to continue the behavior then I will extend the chat ban to that account as well. Insulting, including those statements you feel are "true" such as "^^do not trust this player to sell you goods, they will cheat you out of fps. "

Please review the GAME RULES to ensure you do not violate them again. Your ban is not subject to appeal and will remain in effect until the ban expires.

Happy Holidays!

Panacea
Community Manager
Forge of Empires, U.S.


TwoCents 2018-12-13 20:13:39

I have never used my husband's account. Why do you think he didn't say anything in the morning? I was waiting for him to get home from work so he could use it himself. I don't care if they "reported" me for insulting behavior, since I didn't PERFORM any insulting behavior their reports are meaningless.

TwoCents 2018-12-13 20:14:39

As far as, "do not trust this player to sell you goods," I'll keep my comments to my friends and guild so long as you ask blacklisted to only solicit goods within their friends and guild.

TwoCents 2018-12-13 20:15:18

If you want to warn my husband of a behavior, I suggest you follow your own rules and warn him. It's not my responsibility to do so.

TwoCents 2018-12-13 20:17:30

You have also not identified what insulting behavior it is that I may/may not have done. Furthermore, it is SPECIFICALLY allowed within your rules to criticize the way other players play the game. You cannot and will not enforce a "special" rule on me. Know why? Because it's ILLEGAL.

TwoCents 2018-12-13 20:18:21

This is now going on 72 hours waiting for you to tell me what "insulting" behavior I performed. If you cannot give me a clear explanation I just have to assume it's because I didn't perform any

insulting behavior.
TwoCents 2018-12-13 20:51:12
And, what I have been saying is 100% true for EVERY blacklisted player, and I can prove it as of today.
TwoCents 2018-12-13 21:13:09
I still insist you tell me EXACTLY what it is I said or did that created this chat-ban on me.
Forge of Empires - Customer Support 2018-12-13 21:51:25
Hello TwoCents,

Examples such as "liars", "cheats", "thieves" or even ""^^do not trust this player to sell you goods, they will cheat you out of fps" are all considering to be insults. Not to mention, encouraging players to kill themselves or do harm which we have discussed before. The rule is simple- Do not insult other players.

As to your husband, I will address his behavior should the need arise. I was making certain that you were not using his account. When exact phrasing is being used on two or more accounts, then we must conclude that the possibility is there that you are using more than one account.

Please review the GAME RULES to ensure you do not violate them again. Your ban is not subject to appeal and will remain in effect until the ban expires.

Panacea
Community Manager
Forge of Empires, U.S.
TwoCents 2018-12-13 22:26:47
Yeah, well it insults me that they have free-reign to solicit goods buyers under false pretenses. Their actions hurt everyone in Yorkton, and they gain an unfair economic advantage which causes me to feel insulted and pressured to buy diamonds with money I don't have to keep up with their scamming ways. Are you going to stop them from soliciting goods?

It wasn't "exact phrasing"... my husband is from Chile and has trouble with English spelling. Unless he specifically asks me how to spell a word, I'm pretty sure you can see the differences in the grammar and spelling usages.

You haven't explained yet how I could "insult" someone while I was sleeping. And I have already been punished for that asking B-Rad to do the world a favor by offing himself.
TwoCents 2018-12-13 22:37:32
Your rules specifically state:

InnoGames does not accept any publications that the Forge of Empires Team considers illegal, insulting, offensive, threatening, abusive, real-life-aggressive, sexually explicit, pornographic (including, but not limited to drawings and animations), politically extreme, religiously fanatic, endangering youth, racist, playing down the use of illegal drugs or alcohol, or promoting the use of
said substances or in any way inappropriate.POSTING LINKS TO SUCH CONTENT IS ALSO NOT ALLOWED.

If my actions were "insulting," then my definition Enamiccug's actions were also insulting when he posted a link to that "insulting behavior." Yet... I still see him chatting in global chat every day. I see Barth there, I see Full Monte there... These players have called me "crazy" "insane" "psycho" "unhinged" "bitch" "stupid" and pretty much any other insult there is in the book. I said they stole fps from people. Clearly your priority is not on enforcing the game rules. It's on discriminating against me and denying me service to your game.

TwoCents 2018-12-13 22:39:24

It is impossible for me to get a chat-ban while sleeping. aka not posting on Forge of Empires. Therefore I'm asking for redress for your illegal and discriminatory actions in the form of 15,000 of each type of colonial age good, and 1,000 troops distributed across my guild members.

TwoCents 2018-12-13 22:42:06

Please post here where I referred to any specific person on Monday Night and told them to kill themselves. Also please post here where I called anyone specifically on Monday night a liar, cheat or thief (assuming they weren't lying, cheating or stealing. I still maintain that truth can never be offensive).

TwoCents 2018-12-13 22:43:35

And could you please respond to ALL of my comments, instead of just the most recent ones?

Forge of Empires - Customer Support 2018-12-13 23:35:27

Hello TwoCents,

This is not related solely to Monday night. This is a ban related to a series of cummulative statements, insults and behaviors. You will not be remunerated for a ban.

As to other player's actions, as we have discussed numerous times, we will investigate but you will not be informed as to the results of the investigation or any action(s) taken with another player.

Please review the GAME RULES to ensure you do not violate them again. Your ban is not subject to appeal and will remain in effect until the ban expires.

Happy Holidays!

Panacea
Community Manager
Forge of Empires, U.S.

TwoCents 2018-12-13 23:37:08

I will be remunerated for this ban. I hadn't done any "cumulative" things to indicate I needed a ban, other than what you told me specifically would be allowed. It's not my fault you changed your mind.

TwoCents 2018-12-13 23:38:22

Let me ask you, do you really think what you're doing here is de-escalating the situation? You're unfairly targeting the ONE person in the game you knew would respond poorly to being unfairly targeted. And you're allowing players to take advantage of me while I'm being unfairly targeted by you. How is that "de-escalating" the situation?

TwoCents 2018-12-14 10:52:15
I want to know why I was banned for sleeping.
TwoCents 2018-12-14 18:57:00
Could you please explain what "cumulative" statements I was banned for? I have been the model of good-behavior. If you specifically allowed me to criticize another player's game play using appropriate language, and you explain to me that I CAN say "this player with cheat you on fps" then later you change your mind and say you CANNOT say that... that's not really my fault. You have to explain the rule you want to apply to me, and give me time to adapt to it. You can't change the rule then retroactively ban me for it...
TwoCents 2018-12-14 23:50:15
And again you are closing my tickets without giving me an answer here. Please provided the cumulative summary of information you used to make your decision to deny me service.
Forge of Empires - Customer Support 2018-12-16 01:33:34
Hello TwoCents,

1. We will not be compensating you for any "lost" anything that occurred while your account was under a ban.
2. While I do hope to de-escalate the situation, I do have an obligation to answer your questions and to provide accurate and definitive answers.
3. You were not banned for sleeping. The ban occurred for a continuing pattern of insulting fellow players.
4, We will not be providing a list of statements as most of these were covered on previous game bans. It is not a case of saying "This player is a cheat" or "This player will cheat" but continuing to say these things, not once, but every time another player speaks sets up a pattern of insulting behavior(s) that will not be allowed in FOE chat.
5. First, you have not been denied service. You may continue to play your game. This is a chat ban and is limited to chat. Two, we answered each of your other tickets before closing them.

Enjoy the game.

Happy Holidays!

Panacea
Community Manager
Forge of Empires, U.S.

TwoCents 2018-12-16 02:00:39
What is the "continuing pattern of insulting fellow players" that you are referring to?
You will compensate me for the ban, because it is illegal
I didn't get any other game bans in Y world, so what do you mean "covered on previous game bans."
You told me it was acceptable to criticize their goods-selling practices using language like, this player cheats you on fp sales, which is what I've restricted my language to.
I have been denied service. You treat me differently than you do other players.
Forge of Empires - Customer Support 2018-12-16 02:04:17
Hello TwoCents,

Exhibit 10 – Forge of Empires Support Tickets: TwoCents Submitted by Plaintiff Penny Quinteros
Case: 19-CV-1402 RSM - 753

You have been instructed to not insult other players. To say something once and to say it repeatedly over and over produces a pattern of behavior that is unacceptable. I do apologize for saying "game bans", I meant to say "game tickets". You have not been denied service as your game can be played. All players are held to the same game rules. Enjoy the game.

Happy Holidays!

Panacea
Community Manager
Forge of Empires, U.S.

TwoCents 2018-12-16 02:05:58
Panacea, I honestly do not know what these other players are putting in their reports to you, but I know what is in their "party line." They are saying that I am upset because of them taking NPC GvG sectors and that's why I've gone on this campaign against them. I can prove 100% beyond a reasonable doubt to you that they are LYING on that issue, and I think you need to consider if they are lying on that issue, they are lying on many issues.
on 7/28 I advised you of a cheating scheme with blacklisted - you did nothing in response
on 8/27 I asked you to help me with the diamond players who were domineering the world
it wasn't until 10/19 that I made the comments to B-Rad about slitting his wrists for the benefit of the world.

THEY ARE LYING TO YOU! and you continue to punish me instead of them.
TwoCents 2018-12-16 02:09:11
I can only play a portion of the game... that's not service. As any long-term player will tell you, interaction with other players is a crucial part of the game play and you're preventing that.
Forge of Empires - Customer Support 2018-12-16 02:11:57
Hello TwoCents,

In the case of a chat ban, we do not base any bans off what a player states in a ticket but on what is documented in the saved chat ban logs when a player is reported.

I understand you believe them to be lying. Even should what you say to be true proves true, there is no rule against a player negotiating goods for one price and then changing it. In fact, there is no rules regarding trades so a player could, in theory, offer you gold for $1 and then not conclude it till you ponied up 1000 forge points. Or any other scenario like that. Is it fair? Probably not, but there is no rule against it. Can you say, "Hey, he scammed me". Yes, we'd allow it. But not over and over and over again for months. Nor can you call them "liars", "cheats' "thief" or any other insult because insulting another player is against the rules.

Enjoy the game.

Happy Holidays!

Panacea

Community Manager
Forge of Empires, U.S.

TwoCents 2018-12-16 02:13:14
I didn't get instructed NOT to tell them "don't buy goods from this player, they will cheat you of fps" until Monday night when you told me it wouldn't be allowed. I can't be held responsible for things said before you changed your mind. After you told me it would "no longer be allowed" I went to bed... Look at your own words, "Once more for good measure- enough is enough. You have been informed of how we will enforce the rules FROM THIS POINT FORWARD."

From the point you told me "enough is enough" I did nothing.
TwoCents 2018-12-16 02:15:50
Telling me "from this point forward it will no longer be allowed," necessitates the meaning that from that point backwards it WAS allowed. Which is why I'm asking you... if I only did behavior that was specifically allowed by you, and written out in game tickets.... WHAT IS MY CHAT BAN FOR?!
TwoCents 2018-12-16 02:23:39
This is exactly my point Panacea - I'm not saying they're cheating the game-system... there are LOTS of things in the game system that people might find offensive. Extorting players for fps not to plunder for example... might be offensive to some players, but it is specifically allowed.

What I'm doing is pointing out their in-game behavior using appropriate language. The world of Y NEEDS me to do this, because if I don't other people who come forward get retaliated against by blacklisted... including Rufus T. Firefly and Langlais the first had his guild attacked by blacklisted when he complained about the fp-deal scam, and the second got kicked out of his guild when Barth muscled his guild-leaders after he came forward to say his entire GUILD had a message-thread warning of blacklisted cheating several of their members.

Lastly, their price-setting behavior affects everyone in Y-world. It is a scam against the entire community and it has to stop. It is creating a plutocracy in the world instead of a meritocracy. Teddy Roosevelt himself said, "of all forms of tyranny the least attractive and the most vulgar is the tyranny of mere wealth, the tyranny of a plutocracy." In order to bust up a plutocracy the little-guys HAVE to be given equal access to power, such as the power of free speech. If one of our presidents thought their behavior was the most vulgar, then I don't see any problem with pointing this vulgarity out.
TwoCents 2018-12-16 02:27:29
I'm sorry, I'd like to clarify... with this goods-cheating-scheme and price-fixing-scheme they aren't breaking the game rules as indicated above. They are still cheating the game system because they PAY people $$ to get forge points from them, specifically that is not allowed and was reported to you on 07/28/2018
TwoCents 2018-12-16 02:37:14
Panacea,
I can't have a rational conversation with you when you purposefully only respond about once a day and that's at times you know I'm busy. I think it's only fair that you allot a chunk of time to deal with this issue and give me a fair chance to reason with you. You are putting a LOT of stress on me over this during times that I can least afford it (due to the issue with the lawyer,

having no $ at the holidays, etc). Quite literally on Wednesday I FORGOT to take my son to school because I busy checking my messages for a response from you.

Maybe other players wouldn't care about a global/guild/whisper chat ban... but I literally named myself TwoCents because I understand the power language can have. It's probably the most important tool in this game - hands down.

TwoCents 2018-12-17 23:37:54

I'm sorry, I still have received no response to this ticket.

TwoCents 2018-12-18 01:39:58

First, You stated in this thread: "Can you say, "Hey, he scammed me". Yes, we'd allow it. But not over and over and over again for months. Nor can you call them "liars", "cheats' "thief" or any other insult because insulting another player is against the rules."

I didn't say anything "over and over again for months" at most I started on October 31st and went through till December 10th with your SPECIFIC permission that it was ok as outlined below. Additionally I did not call anyone a liar, cheat, or thief... I kept my words relegated to their in-game behavior. I didn't 'you're a thief' I said... do not trust this player to sell you goods. He will scam you of fps. The word "scam, lie, steal" in all of my statements from October forward were VERBS. They couldn't meet your criteria of being an insulting label or name. It is literally impossible in the English language for your allegation to be true.

You stated on:

11/26/2018 An appeal of all bans on my record - you are ALLOWED to verbally confront any player you wish. YOU ARE NOT allowed to use profanity - I didn't us profanity and you banned me.

10/23/2018 I was told (again) that my behavior was "offensive" - You however, may still not call him insulting NAMES. You MAY however state what happened.

10/30/2018 Moderators abusing support system - Actually we HAVE discussed this. You can not use LABELS such as "scammers, liars, cheats, pedofiles" which insult individual players. You MAY attack guilds with game related information buy you may NOT insult other players. - I refrained from LABELING these players "scammers liars or cheats"

10/31/2018 Moderators abusing support system I do not disagree with your logic: There is nothing "harassing" about these behaviors. It takes a lot of time, effort, and good game-play on my behalf to be able to do them successfully. It's not any different than people going into global chat and asking for friends or guild members. It's community-engagement for a cause... As long as you do not insult another player ('insult' as defined "speak to or treat with disrespect or scornful abuse") then there should not be an issue. – specifically I stated the behaviors "I should be allowed to stop this solicitation [of goods ] by whatever means necessary to stop them from building up their cities thus denying them the ability to better be able to attack me.

You SPECIFICALLY stated that there was nothing harassing about stopping blacklisted's solicitation of goods via whatever means necessary. You clarified this by saying "so long as you do not insult players" You stated by insult you meant using the labels "scammers, liars or cheats" or using profanity. I did neither of those things.

You stated a series of conditions and rules that you felt would meet the "insulting" criteria, and my behavior was far below that criteria.

TwoCents 2018-12-18 01:49:01

What you're saying here with this partial ban is that I can sit in the back of the bus with the rest

of the women, but I can't sit at the front of the bus with the men. Just allowing service isn't enough. You have to provide me the SAME and EQUITABLE treatment regardless of my gender... which you don't.
TwoCents 2018-12-18 01:55:25
You keep saying that I "insulted" players, which you seem to take as the holy-grail of the Inno rules allowing you to do whatever you want. May I advise you to re-read the rules. There are two exceptions where it is OK to insult other players as detailed out in the rules:
1.) when criticizing another players game-play
2.) when making in-game threats

What I was doing fit within the parameters of the first exception to the rules.
Please find a copy here: https://en0.forgeofempires.com/page/the_game/rules/
TwoCents 2018-12-18 13:36:38
If the ban was for 7 days? Why am I not un-banned?
Forge of Empires - Customer Support 2018-12-19 00:41:12
Hello TwoCents,

I am the Community Manager of the U.S. server and an InnoGames employee. As such, all aspects of the game, rules, players, and moderators are my responsibility.

As the Game Rules state: The Community Management of the US version of Forge of Empires are the final arbiters of any rules dispute. Their interpretation of these rules is final.

The account is now unbanned and will be monitored for compliance. Abide by the rules and enjoy the game. CLICK HERE to review the Game Rules

Happy Holidays!

Panacea
Community Manager
Forge of Empires, U.S.

TwoCents 2018-12-19 01:17:33
You failed to answer my most basic question... what was I banned for? I cannot begin to compose my appeal until I have a compilation of the details of what I supposedly did wrong.
Forge of Empires - Customer Support 2018-12-19 01:20:16
Hello TwoCents,

There is no further need for any appeal as the ban is concluded. We answered your "most basic question" multiple times. You were banned for insulting other players. The account is now unbanned and will be monitored for compliance. Abide by the rules and enjoy the game. CLICK HERE to review the Game Rules

Happy Holidays!

Panacea

Community Manager
Forge of Empires, U.S.

TwoCents 2018-12-19 01:25:21
You are an employee of InnoGames and you live in the United States, therefore you are not the final arbiter because you still have to comply with the law(s) which prevent discrimination in public accommodations. At this point you haven't even provided a reason for my 8-day denial of service. Which I am still asking (as I have everyday for 8 days) so that I may BEGIN my appeal.
TwoCents 2018-12-19 01:28:48
You need to tell me EXACTLY what I said with a timestamp. If it is cumulative then you need to provide the EXACT thing thaI said in each instance with the date and time of each entry. Anything less is preventing me from formulating my appeal. Furthermore if I do not know what I did wrong how am I to prevent the action in the future?
Forge of Empires - Customer Support 2018-12-19 01:30:41
Hello TwoCents,

Here is the reason for your ban: Insults to other players in Global Chat/Messaging

We will be providing NO additional information as you have received this on multiple tickets at the time of occurrence.

There was no "denial of service".

As the Game Rules state: The Community Management of the US version of Forge of Empires are the final arbiters of any rules dispute. Their interpretation of these rules is final.

The account is now unbanned and will be monitored for compliance. Abide by the rules and enjoy the game. CLICK HERE to review the Game Rules

Happy Holidays!

Panacea
Community Manager
Forge of Empires, U.S.

TwoCents 2018-12-19 01:32:47
I have received NO SUCH information. It doesn't exist in prior warnings or anywhere because you have not provided it to me. I would like to begin my appeal, so please provide me the information I am requesting to do so.
TwoCents 2018-12-19 01:34:28
You can't have one version of the game for some people and another for those you are targetting because of discrimination- you might as well put up "colored and white" drinking fountain signs on your homepage if that's the case.
TwoCents 2018-12-19 01:37:22
As I stated before... your rules have two exceptions-
1.) threats in-game terms

2,) Criticizing other players game-play.

I am allowed to state "you cheat players out of forge points" in no uncertain terms. It is specifically allowed by your rules and has been tolerated for thousands of other players who've said the same.
TwoCents 2018-12-19 02:34:40
Please provide me a detailed list of what I've done to earn this particular ban. Once you do I will be able to formulate an appeal of it.
TwoCents 2018-12-19 20:44:01
I am still waiting for a detailed answer as to what I was banned for so that I may begin my appeal of this ban.
TwoCents 2018-12-20 16:20:34
Still waiting for your answer so I may begin my appeal of this issue.
TwoCents 2018-12-21 18:28:12
Please answer so I may begin my appeal... don't pretend to answer and then don't.
Forge of Empires - Customer Support 2018-12-21 20:46:09
Hello TwoCents,

This ticket has been appealed for over a week. Your ban is completed and this ticket is concluded. Enjoy the game.

Happy Holidays!

Panacea
Community Manager
Forge of Empires, U.S.


TwoCents 2018-12-21 20:51:31
I'm sorry, but I haven't started yet, so obviously it hasn't been appealed yet.
TwoCents 2018-12-21 20:54:30
You have yet to compensate me the 20,000 of each type in Colonial Age for being unable to participate in guild-chat coordination and the thousands of troops... so I'd like the opportunity to make a rigorous appeal based upon the facts, not guesses as to what you MIGHT have possibly found offensive. You've yet to tell me exactly which words at which times on which days were offensive.
Forge of Empires - Customer Support 2018-12-21 20:55:47
Hello TwoCents,

There is no ban appeal if there is no ban. The ban concluded and therefore there is no further appeal. There will be no compensation for "lost items" during a ban. This ticket is concluded.

Happy Holidays!

Panacea
Community Manager
Forge of Empires, U.S.

TwoCents 2018-12-21 20:56:37
Your game rules specifically state that I have the right to appeal. It doesn't state "if the community manager purposefully ignores you for a week, then you lose that right."

Your game rules specifically say I have the right to appeal. I haven't done that yet. I asked a question. WHAT WAS I BANNED FOR!!!
Forge of Empires 2018-12-21 21:39:21

New Hello TwoCents,

This ban is concluded so there is no further ban appeal. This ticket is concluded. Enjoy the game.

Happy Holidays!

Panacea


It says I have the ability to appeal in your game rules. It doesn't say "unless the community manager ignores you for a week"

**Forge of Empires - Customer Support 2018-12-21 22:33:49**

Hello TwoCents,

This ban is concluded so there is no further ban appeal. This ticket is concluded. Enjoy the game.

Happy Holidays!

Panacea
Community Manager
Forge of Empires, U.S.

---

This ticket has been closed and can no longer be replied to.

## Attachments

This ticket currently has no attachments.


# View ticket

# Appeal TwoCents

**You 2018-12-21 23:43:45**

TwoCents 2018-12-11 00:32:45
What was I banned for? I didn't do anything against the rules.
TwoCents 2018-12-11 00:36:59
Pardon, I'll continue this appeal ban in a separate thread with a new title so I can keep track of it on my spreadsheet easier. It automatically puts "Appeal TwoCents" as the title otherwise.
Forge of Empires - Customer Support 2018-12-11 00:44:38
Hello TwoCents,

When you receive a report about being punished it means one or more messages were reported as being in violation of the Communications Rules. Usually this is because you have sent profanity, personal insults or otherwise offensive content through either the message or chat system.

Chat Rule Violation: real-life aggression You encouraged another player(s) to slit their wrists

Please review the GAME RULES to ensure you do not violate them again. Your ban is not subject to appeal and will remain in effect until the ban expires.

Happy Holidays!

Panacea
Community Manager
Forge of Empires, U.S.

TwoCents 2018-12-11 00:45:14
I was already warned for that behavior and I did not encourage or repeat it, just simply said I wasn't sorry for it.
TwoCents 2018-12-11 00:45:50
and I explained what happened. You can't double-punish me for it now. You already punished me for it!
TwoCents 2018-12-11 00:46:23
Please don't close my other ticket. I keep all these bans on a spreadsheet. If they all say "appeal twocents" it gets confusing.
TwoCents 2018-12-11 00:47:27
You found my behavior to be "offensive" and I'm appealing. - you punished me for that behavior in that thread. I didn't repeat it or bring it up again. So I don't see why I should be banned for it.
TwoCents 2018-12-11 00:48:41
What you should be doing is banning the player who posted the link to said material. Instead of me.
TwoCents 2018-12-11 00:49:28
https://support.innogames.com/t12765172

Exhibit 10 – Forge of Empires Support Tickets: TwoCents Submitted by Plaintiff Penny Quinteros
Case: 19-CV-1402 RSM - 761

explain to me, where I said TODAY that someone should slit their wrists.
Forge of Empires - Customer Support 2018-12-11 00:52:48
Hello TwoCents,

I'm trying to locate where you were banned for this previously. When you've had 13 ban appeals in this year alone, it gets confusing. I will unban the account but enough is enough. You continue to slander your fellow players, they continue to slander you. No more "^^steals fps and lies and cheats" and I'll hold you all to the same standard. Its going to be a new year and we should go into it with a clean slate.

The account is now unbanned and will be monitored for compliance. Abide by the rules and enjoy the game. CLICK HERE to review the Game Rules

Happy Holidays!

Panacea
Community Manager
Forge of Empires, U.S.


TwoCents 2018-12-11 00:53:53
I was never banned for this at all. It's what I received my first WARNING for in Yorkton. The title of the thread is:
You found my behavior to be "offensive" and I'm appealing.
TwoCents 2018-12-11 00:56:12
You told me previously, that selling goods was a game activity. If they feel free to sell their goods in global chat, I should be free to DISPUTE said selling. You specifically told me on this subject, "I don't disagree". I'm not SLANDERING anyone. THEY DO everything I've said they've done. They just today got a player kicked out of his guild as retaliation for coming forward to say that he had, indeed, been cheated by blacklisted. I have several other players messaging me thanking me for my help pointing out this issue. THEY PRICE FIX, which is, in of itself scamming and which all of the blacklisted players are COMPLICIT IN. It's only fair and reasonable that I point it out.
TwoCents 2018-12-11 00:59:14
If they don't like it, they are free to disagree with me. I am referring to their in-game activity and that is allowed under the rules using appropriate language. I am referring only to their actions and not the player themselves.
They could for example say: I am an honest player with a good reputation

What they can't do is make up photoshopped screenshots of me threatening to "kill everyone" or whatever it said. That in itself is posting a link to real-life-aggressive behavior and is against the rules.
TwoCents 2018-12-11 01:03:14
Panacea - these diamond spending yahoos think they own the game and everyone in it. Someone has to stand up for the regular old joes. I'm the only one with enough tenacity and grit to do so. Please, please don't shut me down.
Forge of Empires - Customer Support 2018-12-11 01:03:40

Exhibit 10 – Forge of Empires Support Tickets: TwoCents Submitted by Plaintiff Penny Quinteros
Case: 19-CV-1402 RSM - 762

Hello TwoCents,

However, situations change. In this case, you have MORE than made your point and your fellow players disagree with your assessment and feel you are insulting them. When a situation continues, then we must find ways to deescalate. In this case, we will no longer allow either party to continue to insult the other party. If these players "Price Fix", the other players will figure this out and no longer trade. It is not up to you to be the warning label. No further insulting of the blacklisted players and they will not be allowed to continue to insult you.

The account was banned for 24 hours and after your appeal, I have unbanned it. You were warned on 2018-10-18 22:46:19, 2018-10-21 23:24:24, and 2018-11-14 12:59:07. The account is now unbanned and will be monitored for compliance. Abide by the rules and enjoy the game. CLICK HERE to review the Game Rules

Happy Holidays!

Panacea
Community Manager
Forge of Empires, U.S.

TwoCents 2018-12-11 01:05:45
I mean like I pointed out over and over and over today. I hit them with a logical argument... you shouldn't be trusted because your guild has a history of cheating people.

And they respond with... "you're crazing, you're insane, you're posting death-threats, you're a bad mother and women shouldn't play video games,"

and you're banning ME?!
TwoCents 2018-12-11 01:06:40
No, I don't agree to this.
TwoCents 2018-12-11 01:09:42
The incident on the 14th had nothing whatsoever to do with global chat, and the incident on the 21st was because I used the word "cheater"... these aren't big issues. If you would clearly tell me what I can and cannot say they wouldn't have happened. I didn't realize that telling a person who cheats, "you are a cheater" was at all against the rules until you told me so. And I also often banter back and forth using profanity in private messages assuming it's equally-tolerated and used by the other party. I don't think either of those things should've received a warning. AND even if they deserved a warning, they shouldn't escalate to a ban. They simply weren't that big of a deal.
TwoCents 2018-12-11 01:11:00
If my fellow players feel that I am insulting them, perhaps they should go back to 5th grade English class and learn the difference between a noun and a verb.
TwoCents 2018-12-11 01:16:48
So... if we should also "go into this with a clean slate" are you also going to ask the players to give back all the tiles they took in GvG as retaliation from myself and other players who got cheated? Are you going to ask these diamond spending yahoos to stop belligerently badgering

my guild with 30 sieges at a time because they have the goods (from cheating other players) to do so? Are you going to ask them to stop placing spies (alts) in my guild, so that I could, potentially move from my PC to my upstairs browser (which took all of 6 minutes) when I'm feeling sick and in pain without getting attacked and losing 6 sectors?

Propaganda is an acceptable means of warfare Panacea, it has a long historical tradition and frankly, outting their goods-selling-cheating practices is pretty much the only thing left to me, since I have NO WAY to compete otherwise.
Forge of Empires - Customer Support 2018-12-11 01:17:16
Hello TwoCents,

As I've said, enough is enough. You have been informed of how I will enforce the rules from this point forward.

I listened to your appeal and unbanned the account. Observe the Game Rules and abide by them.

Enjoy the game.

Happy Holidays!

Panacea
Community Manager
Forge of Empires, U.S.


TwoCents 2018-12-11 01:26:28
I don't think you've listened AT ALL. I'm not DOING anything wrong. And if Blacklisted wants to manufacture insult to get me banned. Too bad for them. They just started attacking me, out of the blue, yesterday. They didn't have to do that. They could've "made peace" but they didn't. All you're doing in handcuffing me. I mean, for Christ's sake, Enam put an fp on the last level of my arc just to prove he could "stick it in me" - said via Discord so I didn't report the conversation -
TwoCents 2018-12-11 01:30:54
They think they can get away with: calling me crazy, calling me a bad mother, photoshopping incidents of me, putting alts in my guild, paying people real $ to make alts for them, selling goods for one price, then after you have your fps in, raising the price. Price Fixing, and then of course let's not forget, retaliating against people who point out said behavior. And oh yeah... using you as a tool to oppress my voice.
TwoCents 2018-12-11 01:41:24
I mean please, look at this again. Look at the precedent you're setting. Anyone who calls people a "noob" or says "your city streets are crooked," or laughs at a person for building a Colosseum can now be banned because the other player "felt insulted?" We're talking about IN-GAME behavior! I'm restricting my comments to their IN-GAME behavior. I'm not saying they're cheating on their wives. I'm not saying they lied on their taxes. I'm talking about them going into global chat to solicit goods-buyers.
TwoCents 2018-12-11 01:44:48
They want to keep their GvG worlds, and their goods-selling-racketeering worlds separate. As if they can just go around cheating people without it getting mud on their boots. My goal is to

make those worlds collide. It's not against the rules. At all, in any fashion. It's NEVER been against the rules. You are making up new rules as you go and it's simply not fair. You're giving them unfair protection that they don't need and really don't deserve.

TwoCents 2018-12-11 01:46:33

As you told me in J-world. That's what the ignore button is for. If they don't like what I'm saying, they can always just ignore me...

TwoCents 2018-12-11 01:59:41

If you do this, are you going to ban everyone in J world? And I do mean pretty much everyone. Everyone who says I have alts? Everyone who says I'm a man, or a "tranny." Anyone who brings up the fact I ever sent out a picture? Anyone who says I'm rude, mean, nasty, sad, crazy, lonely, need a hug, psycho, et al?

TwoCents 2018-12-11 02:01:11

Anyone who says, "I'm going to harass you out of the game by attacking every guild you're in and every guild you will be in"...

TwoCents 2018-12-11 02:14:18

I mean, you didn't bend the rules for me when people were saying that I was cheating the game. http://prntscr.com/ltebeh

Forge of Empires - Customer Support 2018-12-11 07:32:25

Hello TwoCents,

Once more for good measure- enough is enough. You have been informed of how we will enforce the rules from this point forward.

We've listened to your appeal and unbanned the account. Observe the Game Rules and abide by them.

Enjoy the game.

Happy Holidays!

Panacea
Community Manager
Forge of Empires, U.S.

TwoCents 2018-12-11 11:34:34

You let me get harassed for THREE YEARS for outside of game issues, and those pansies complain they have hurt-feelings over IN-GAME issues and you suddenly change the rules?!!!!!!!? You are a monster!

TwoCents 2018-12-11 12:03:27

I have played this game for SIX F'ING YEARS! MY KIDS HAVE PLAYED SINCE THEY WERE 5 YEARS OLD! MY HUSBAND PLAYS, MY BROTHER IN LAW, MY NEPHEW, ALL MY FRIENDS. You will have to ban me. This isn't against the rules and I'm not letting you put special rules up just for me to continue your discrimination of me. Your "buddies" from blacklisted don't need nor deserve your protection. SO F'ING BAN ME!

http://prntscr.com/ltmyqu

Exhibit 10 – Forge of Empires Support Tickets: TwoCents Submitted by Plaintiff Penny Quinteros
Case: 19-CV-1402 RSM - 765

TwoCents 2018-12-11 12:27:22
Ban me, ban my kids, ban my friends, ban everyone in my fucking guild. Ban me from support, ban me from messaging anyone, ban me from living, ban everyone in every fucking world on the US servers. If you ban me for doing this you will need to ban every player in all worlds on the entire fucking US SERVER. All because you're a stupid twit who wants to coddle those stupid blacklisted fucks from economic sanctions. It's time to go shoot myself in the head because you make the world a fucking DISGUSTING place to live in.
TwoCents 2018-12-11 13:48:56
Did you MUFFLE me in global chat on Y? Did you muffle all of blacklisted too?!
TwoCents 2018-12-11 18:11:52
They are still recruiting people to cheat and steal from. WTF?!
Forge of Empires - Customer Support 2018-12-11 20:56:53
Penny,

I know you are frustrated. I'm sorry. And I'm very sorry about your situation here at the holidays. We have to view the situation from all sides and it is being carefully monitored. But in all seriousness, please don't joke about suicide. It IS serious and I do not wish to think about you even considering this. If you need to talk to someone, please contact the National Suicide Prevention Lifeline at 1-800-273-8255 or talk to me even. I know I'm not your favorite person but I do care and I don't want anything to happen to you.

Panacea
TwoCents 2018-12-11 20:57:53
It's not a joke to me, and I hope you fucking realize the bullshit you've pushed onto me.
TwoCents 2018-12-11 21:00:23
Like I said, just ban me, ban my kids, ban my husband, ban my whole guild. Then the rich, entitled pricks your system rewards can clap themselves on the back and laugh at me some more and get a good chuckle out of how they used you to hurt me and mine.
TwoCents 2018-12-11 21:11:41
I honestly don't care anymore. Do what you want. You know you will anyway. Bye.
Forge of Empires - Customer Support 2018-12-12 19:20:43
Hello TwoCents,

I must ask that you remain civil in discussions with Support.

As to bans, we do not apply bans unless there is violation of a Game Rule. As long as everyone is abiding by the Game Rules, including one account per person, then everyone should be playing.

Happy Holidays!

Panacea
Community Manager
Forge of Empires, U.S.

TwoCents 2018-12-12 19:38:14

UHH Panacea, that was two days ago that I wrote that. And after I appealed the ban and you overturned it. I went to bed and didn't type anything else in global chat... at all.... I woke up to this chat ban. So why am I banned from chat again?

TwoCents 2018-12-12 20:16:37

You didn't answer any of these questions, just closed the tickets as "duplicate" without providing a response, So I'll be reposting them here - even though this ticket is about a previous ban, not this new chat ban...

APPEAL OF ALL BANS ON MY RECORD:

TwoCents2018-12-11 20:54:21

I didn't do anything to deserve a chat ban.

TwoCents2018-12-11 20:54:44

Point to one thing that I said AFTER you told me how you would start enforcing a "new rule" just for me.

LET'S TALK REASONABLY:

TwoCents2018-12-11 20:45:35

Ok, first off... I haven't targeted anyone. I have constructed a war-plan to target a bigger and much more powerful guild using the only means at my disposal. In order to take down a larger force, propaganda and economic sanctions are totally reasonable. I'm keeping my comments to totally true, yet pretty heinous acts they've committed. And clearly... it's working. It would really help if you would just stop getting in my way. There is no reason you have to ban me. This is an in-game issue. They don't need to sell goods in global chat. If they find the water there too hot, they can simply stop.

TwoCents2018-12-11 20:47:56

It wasn't my choice to have you respond to my tickets right around recalc...

TwoCents2018-12-11 20:49:19

You did that, purposefully delaying responding to me until now. It wasn't an accident on your part.

TwoCents2018-12-11 20:52:58

I have spent hundreds of dollars buying diamonds... trying to keep up with these assholes. Money that I do not have and can't afford to spend. Purchases that I have hidden from my husband so he doesn't get mad. And you come in and hamstring me right at recalc - on purpose- because someone told you they felt slightly insulted that I said they cheated players on goods purchases... I mean really... did you tell them they're being big-fat-ass-babies?

TwoCents2018-12-11 20:56:12

Seriously... go look at how many diamonds I've purchased over the last year trying to fight these belligerent egotistical assholes? I do it because someone has to... it's not fair to let them just walk all over the little-guys.

PANACEA-READ THIS:

Come talk to me - anonymously - in person:

https://discord.gg/m2kVjg

I AM BEING DENIED SERVICE:

You are purposefully ignoring me in hopes that I will go away. You unfairly targeted me with a chat-ban. You have not told me what it's for, or what rules I supposedly violated to get such a ban. You haven't given me any information about it, and are denying me my right to appeal that you give to other players. Your denial of service has cost my guild thousands of goods and

hundreds of troops. You are allowing yourself to be used as a means to target and harass me.
PANACEA – YOU NEED TO FIX THIS
Panacea. You need to fix this. Honestly... If you won't let me talk about them in global chat, they need to stop attacking my guild. End of story. They need to stop using their 80 pirate ships to harass and bully players.
http://prntscr.com/ltuexb
TwoCents2018-12-12 11:16:44
You want Y-world to be successful don't you? How long do you think people are going to play if the keep getting bullied by egotistical narcissistic men who think that buying special buildings give them the right to own everyone else? Like I said, I'm literally the only person fighting back against them, but I can't do it without help. Give me back the goods and troops lost yesterday when I lost those sectors. It wasn't fair... you took away my ability to coordinate with my guild, but you didn't take away theirs.
TwoCents2018-12-12 14:13:38
One extra one now. I think you owe my guild an apology about 300 troops and 10,000 of each CA good. People think they can take advantage of our guild because you "banned" me from talking without rhyme or reason.
TwoCents 2018-12-12 20:33:06
Copying this question too:
TwoCents 2018-12-12 20:12:20
I'm sorry, but you made me wait 24 hours to tell me "we've concluded this inquiry?" You're closing my new responses as "duplicates" then taking things I've written 2 days ago as if they're new.

I have legitimate questions about this chat-ban. Namely why you put it in place after you removed the erroneous ban from two nights ago... Please answer my questions instead of closing them as duplicates. Or at least copy them over into the one-thread if you won't answer.
TwoCents 2018-12-12 22:02:06
What do you mean "one account per person." I don't have two accounts. Just this one. And I can 100% prove it to you beyond any reasonable doubt.
Forge of Empires - Customer Support 2018-12-12 22:28:56
Hello TwoCents,

Every open ticket must be addressed which is why we ask that you limit one issue per ticket and do not open multiple tickets of which you have opened appx 8 today and 10 yesterday. You should have one ticket open that addresses your latest chat ban that you have questions regarding. So pick the ticket you wish us to converse and I'll close the rest and we can have a chronological conversation that you (and I) will be able to follow.

Happy Holidays!

Panacea
Community Manager
Forge of Empires, U.S.

TwoCents 2018-12-12 22:30:30

Exhibit 10 – Forge of Empires Support Tickets: TwoCents Submitted by Plaintiff Penny Quinteros
Case: 19-CV-1402 RSM - 768

OK, this one is fine.
TwoCents 2018-12-12 22:50:51
Ok, so I don't think I'm understanding well. Can we clarify the order of events? I was warned around the middle of November not to call blacklisted members "cheaters or scammers." During that conversation you said that you did not disagree with me that if it's a part of the game to solicit goods, it's an equal part of the game to stop the solicitation of goods.
I started to criticize blacklisted's sale of goods by saying things such as ^^do not trust this player to sell you goods, they will cheat you out of fps.
Fast forward to Monday, I was doing the same. Blacklisted took exception and started to post links to things said previously. I responded (in what I thought was a reasonable way) to these link-posts admitting I had said them in the past.
Around 9:30 my time, I got kicked out of the game, and when I tried to log in, had a game-ban. I asked you what it was for and you said telling a player to slit his wrists. I explained that was an incident that happened in October and which I'd already been punished for. You then explained your position that I, personally, would no longer be able to say things stopping Blacklisted from selling goods. I disagreed vehemently.
I did not log back into the game at that time, but went to my bed. I logged in via my phone once to put points on someone's arc.
I woke up the next morning to a chat-ban and I have no idea what it is, why I received it, or how long you plan on having it in place. I asked for clarification, but you haven't provided it yet.

Can we start there?
Forge of Empires - Customer Support 2018-12-13 19:15:10
Hello TwoCents,

Your chat ban was initiated when players reported insulting behavior. The chat ban was placed and will remain in effect for 7 days. Should you use your husband's account to continue the behavior then I will extend the chat ban to that account as well. Insulting, including those statements you feel are "true" such as "^^do not trust this player to sell you goods, they will cheat you out of fps. "

Please review the GAME RULES to ensure you do not violate them again. Your ban is not subject to appeal and will remain in effect until the ban expires.

Happy Holidays!

Panacea
Community Manager
Forge of Empires, U.S.

TwoCents 2018-12-13 20:13:39
I have never used my husband's account. Why do you think he didn't say anything in the morning? I was waiting for him to get home from work so he could use it himself. I don't care if they "reported" me for insulting behavior, since I didn't PERFORM any insulting behavior their reports are meaningless.
TwoCents 2018-12-13 20:14:39

As far as, "do not trust this player to sell you goods," I'll keep my comments to my friends and guild so long as you ask blacklisted to only solicit goods within their friends and guild.
TwoCents 2018-12-13 20:15:18
If you want to warn my husband of a behavior, I suggest you follow your own rules and warn him. It's not my responsibility to do so.
TwoCents 2018-12-13 20:17:30
You have also not identified what insulting behavior it is that I may/may not have done. Furthermore, it is SPECIFICALLY allowed within your rules to criticize the way other players play the game. You cannot and will not enforce a "special" rule on me. Know why? Because it's ILLEGAL.
TwoCents 2018-12-13 20:18:21
This is now going on 72 hours waiting for you to tell me what "insulting" behavior I performed. If you cannot give me a clear explanation I just have to assume it's because I didn't perform any insulting behavior.
TwoCents 2018-12-13 20:51:12
And, what I have been saying is 100% true for EVERY blacklisted player, and I can prove it as of today.
TwoCents 2018-12-13 21:13:09
I still insist you tell me EXACTLY what it is I said or did that created this chat-ban on me.
Forge of Empires - Customer Support 2018-12-13 21:51:25
Hello TwoCents,

Examples such as "liars", "cheats", "thieves" or even ""^^do not trust this player to sell you goods, they will cheat you out of fps" are all considering to be insults. Not to mention, encouraging players to kill themselves or do harm which we have discussed before. The rule is simple- Do not insult other players.

As to your husband, I will address his behavior should the need arise. I was making certain that you were not using his account. When exact phrasing is being used on two or more accounts, then we must conclude that the possibility is there that you are using more than one account.

Please review the GAME RULES to ensure you do not violate them again. Your ban is not subject to appeal and will remain in effect until the ban expires.

Panacea
Community Manager
Forge of Empires, U.S.
TwoCents 2018-12-13 22:26:47
Yeah, well it insults me that they have free-reign to solicit goods buyers under false pretenses. Their actions hurt everyone in Yorkton, and they gain an unfair economic advantage which causes me to feel insulted and pressured to buy diamonds with money I don't have to keep up with their scamming ways. Are you going to stop them from soliciting goods?

It wasn't "exact phrasing"... my husband is from Chile and has trouble with English spelling. Unless he specifically asks me how to spell a word, I'm pretty sure you can see the differences in the grammar and spelling usages.

You haven't explained yet how I could "insult" someone while I was sleeping. And I have already been punished for that asking B-Rad to do the world a favor by offing himself.
TwoCents 2018-12-13 22:37:32
Your rules specifically state:

InnoGames does not accept any publications that the Forge of Empires Team considers illegal, insulting, offensive, threatening, abusive, real-life-aggressive, sexually explicit, pornographic (including, but not limited to drawings and animations), politically extreme, religiously fanatic, endangering youth, racist, playing down the use of illegal drugs or alcohol, or promoting the use of
said substances or in any way inappropriate.POSTING LINKS TO SUCH CONTENT IS ALSO NOT ALLOWED.

If my actions were "insulting," then my definition Enamiccug's actions were also insulting when he posted a link to that "insulting behavior." Yet... I still see him chatting in global chat every day. I see Barth there, I see Full Monte there... These players have called me "crazy" "insane" "psycho" "unhinged" "bitch" "stupid" and pretty much any other insult there is in the book. I said they stole fps from people. Clearly your priority is not on enforcing the game rules. It's on discriminating against me and denying me service to your game.
TwoCents 2018-12-13 22:39:24
It is impossible for me to get a chat-ban while sleeping. aka not posting on Forge of Empires. Therefore I'm asking for redress for your illegal and discriminatory actions in the form of 15,000 of each type of colonial age good, and 1,000 troops distributed across my guild members.
TwoCents 2018-12-13 22:42:06
Please post here where I referred to any specific person on Monday Night and told them to kill themselves. Also please post here where I called anyone specifically on Monday night a liar, cheat or thief (assuming they weren't lying, cheating or stealing. I still maintain that truth can never be offensive).
TwoCents 2018-12-13 22:43:35
And could you please respond to ALL of my comments, instead of just the most recent ones?
Forge of Empires - Customer Support 2018-12-13 23:35:27
Hello TwoCents,

This is not related solely to Monday night. This is a ban related to a series of cummulative statements, insults and behaviors. You will not be remunerated for a ban.

As to other player's actions, as we have discussed numerous times, we will investigate but you will not be informed as to the results of the investigation or any action(s) taken with another player.

Please review the GAME RULES to ensure you do not violate them again. Your ban is not subject to appeal and will remain in effect until the ban expires.

Happy Holidays!

Panacea
Community Manager
Forge of Empires, U.S.

TwoCents 2018-12-13 23:37:08
I will be remunerated for this ban. I hadn't done any "cumulative" things to indicate I needed a ban, other than what you told me specifically would be allowed. It's not my fault you changed your mind.
TwoCents 2018-12-13 23:38:22
Let me ask you, do you really think what you're doing here is de-escalating the situation? You're unfairly targeting the ONE person in the game you knew would respond poorly to being unfairly targeted. And you're allowing players to take advantage of me while I'm being unfairly targeted by you. How is that "de-escalating" the situation?
TwoCents 2018-12-14 10:52:15
I want to know why I was banned for sleeping.
TwoCents 2018-12-14 18:57:00
Could you please explain what "cumulative" statements I was banned for? I have been the model of good-behavior. If you specifically allowed me to criticize another player's game play using appropriate language, and you explain to me that I CAN say "this player with cheat you on fps" then later you change your mind and say you CANNOT say that... that's not really my fault. You have to explain the rule you want to apply to me, and give me time to adapt to it. You can't change the rule then retroactively ban me for it...
TwoCents 2018-12-14 23:50:15
And again you are closing my tickets without giving me an answer here. Please provided the cumulative summary of information you used to make your decision to deny me service.
Forge of Empires - Customer Support 2018-12-16 01:33:34
Hello TwoCents,

1. We will not be compensating you for any "lost" anything that occurred while your account was under a ban.
2. While I do hope to de-escalate the situation, I do have an obligation to answer your questions and to provide accurate and definitive answers.
3. You were not banned for sleeping. The ban occurred for a continuing pattern of insulting fellow players.
4, We will not be providing a list of statements as most of these were covered on previous game bans. It is not a case of saying "This player is a cheat" or "This player will cheat" but continuing to say these things, not once, but every time another player speaks sets up a pattern of insulting behavior(s) that will not be allowed in FOE chat.
5. First, you have not been denied service. You may continue to play your game. This is a chat ban and is limited to chat. Two, we answered each of your other tickets before closing them.

Enjoy the game.

Happy Holidays!

Panacea

Exhibit 10 – Forge of Empires Support Tickets: TwoCents Submitted by Plaintiff Penny Quinteros
Case: 19-CV-1402 RSM - 772

Community Manager
Forge of Empires, U.S.

TwoCents 2018-12-16 02:00:39
What is the "continuing pattern of insulting fellow players" that you are referring to?
You will compensate me for the ban, because it is illegal
I didn't get any other game bans in Y world, so what do you mean "covered on previous game bans."
You told me it was acceptable to criticize their goods-selling practices using language like, this player cheats you on fp sales, which is what I've restricted my language to.
I have been denied service. You treat me differently than you do other players.
Forge of Empires - Customer Support 2018-12-16 02:04:17
Hello TwoCents,

You have been instructed to not insult other players. To say something once and to say it repeatedly over and over produces a pattern of behavior that is unacceptable. I do apologize for saying "game bans", I meant to say "game tickets". You have not been denied service as your game can be played. All players are held to the same game rules. Enjoy the game.

Happy Holidays!

Panacea
Community Manager
Forge of Empires, U.S.

TwoCents 2018-12-16 02:05:58
Panacea, I honestly do not know what these other players are putting in their reports to you, but I know what is in their "party line." They are saying that I am upset because of them taking NPC GvG sectors and that's why I've gone on this campaign against them. I can prove 100% beyond a reasonable doubt to you that they are LYING on that issue, and I think you need to consider if they are lying on that issue, they are lying on many issues.
on 7/28 I advised you of a cheating scheme with blacklisted - you did nothing in response
on 8/27 I asked you to help me with the diamond players who were domineering the world
it wasn't until 10/19 that I made the comments to B-Rad about slitting his wrists for the benefit of the world.

THEY ARE LYING TO YOU! and you continue to punish me instead of them.
TwoCents 2018-12-16 02:09:11
I can only play a portion of the game... that's not service. As any long-term player will tell you, interaction with other players is a crucial part of the game play and you're preventing that.
Forge of Empires - Customer Support 2018-12-16 02:11:57
Hello TwoCents,

In the case of a chat ban, we do not base any bans off what a player states in a ticket but on what is documented in the saved chat ban logs when a player is reported.

I understand you believe them to be lying. Even should what you say to be true proves true, there is no rule against a player negotiating goods for one price and then changing it. In fact, there is no rules regarding trades so a player could, in theory, offer you gold for $1 and then not conclude it till you ponied up 1000 forge points. Or any other scenario like that. Is it fair? Probably not, but there is no rule against it. Can you say, "Hey, he scammed me". Yes, we'd allow it. But not over and over and over again for months. Nor can you call them "liars", "cheats' "thief" or any other insult because insulting another player is against the rules.

Enjoy the game.

Happy Holidays!

Panacea
Community Manager
Forge of Empires, U.S.


TwoCents 2018-12-16 02:13:14
I didn't get instructed NOT to tell them "don't buy goods from this player, they will cheat you of fps" until Monday night when you told me it wouldn't be allowed. I can't be held responsible for things said before you changed your mind. After you told me it would "no longer be allowed" I went to bed... Look at your own words, "Once more for good measure- enough is enough. You have been informed of how we will enforce the rules FROM THIS POINT FORWARD."

From the point you told me "enough is enough" I did nothing.
TwoCents 2018-12-16 02:15:50
Telling me "from this point forward it will no longer be allowed," necessitates the meaning that from that point backwards it WAS allowed. Which is why I'm asking you... if I only did behavior that was specifically allowed by you, and written out in game tickets.... WHAT IS MY CHAT BAN FOR?!
TwoCents 2018-12-16 02:23:39
This is exactly my point Panacea - I'm not saying they're cheating the game-system... there are LOTS of things in the game system that people might find offensive. Extorting players for fps not to plunder for example... might be offensive to some players, but it is specifically allowed.

What I'm doing is pointing out their in-game behavior using appropriate language. The world of Y NEEDS me to do this, because if I don't other people who come forward get retaliated against by blacklisted... including Rufus T. Firefly and Langlais the first had his guild attacked by blacklisted when he complained about the fp-deal scam, and the second got kicked out of his guild when Barth muscled his guild-leaders after he came forward to say his entire GUILD had a message-thread warning of blacklisted cheating several of their members.

Lastly, their price-setting behavior affects everyone in Y-world. It is a scam against the entire community and it has to stop. It is creating a plutocracy in the world instead of a meritocracy. Teddy Roosevelt himself said, "of all forms of tyranny the least attractive and the most vulgar is the tyranny of mere wealth, the tyranny of a plutocracy." In order to bust up a plutocracy the little-guys HAVE to be given equal access to power, such as the power of free speech. If one of

Exhibit 10 – Forge of Empires Support Tickets: TwoCents Submitted by Plaintiff Penny Quinteros
Case: 19-CV-1402 RSM - 774

our presidents thought their behavior was the most vulgar, then I don't see any problem with pointing this vulgarity out.

TwoCents 2018-12-16 02:27:29

I'm sorry, I'd like to clarify... with this goods-cheating-scheme and price-fixing-scheme they aren't breaking the game rules as indicated above. They are still cheating the game system because they PAY people $$ to get forge points from them, specifically that is not allowed and was reported to you on 07/28/2018

TwoCents 2018-12-16 02:37:14

Panacea,

I can't have a rational conversation with you when you purposefully only respond about once a day and that's at times you know I'm busy. I think it's only fair that you allot a chunk of time to deal with this issue and give me a fair chance to reason with you. You are putting a LOT of stress on me over this during times that I can least afford it (due to the issue with the lawyer, having no $ at the holidays, etc). Quite literally on Wednesday I FORGOT to take my son to school because I busy checking my messages for a response from you.

Maybe other players wouldn't care about a global/guild/whisper chat ban... but I literally named myself TwoCents because I understand the power language can have. It's probably the most important tool in this game - hands down.

TwoCents 2018-12-17 23:37:54

I'm sorry, I still have received no response to this ticket.

TwoCents 2018-12-18 01:39:58

First, You stated in this thread: "Can you say, "Hey, he scammed me". Yes, we'd allow it. But not over and over and over again for months. Nor can you call them "liars", "cheats' "thief" or any other insult because insulting another player is against the rules."

I didn't say anything "over and over again for months" at most I started on October 31st and went through till December 10th with your SPECIFIC permission that it was ok as outlined below. Additionally I did not call anyone a liar, cheat, or thief... I kept my words relegated to their in-game behavior. I didn't 'you're a thief' I said... do not trust this player to sell you goods. He will scam you of fps. The word "scam, lie, steal" in all of my statements from October forward were VERBS. They couldn't meet your criteria of being an insulting label or name. It is literally impossible in the English language for your allegation to be true.

You stated on:

11/26/2018 An appeal of all bans on my record - you are ALLOWED to verbally confront any player you wish. YOU ARE NOT allowed to use profanity - I didn't us profanity and you banned me.

10/23/2018 I was told (again) that my behavior was "offensive" - You however, may still not call him insulting NAMES. You MAY however state what happened.

10/30/2018 Moderators abusing support system - Actually we HAVE discussed this. You can not use LABELS such as "scammers, liars, cheats, pedofiles" which insult individual players. You MAY attack guilds with game related information buy you may NOT insult other players. - I refrained from LABELING these players "scammers liars or cheats"

10/31/2018 Moderators abusing support system I do not disagree with your logic: There is nothing "harassing" about these behaviors. It takes a lot of time, effort, and good game-play on my behalf to be able to do them successfully. It's not any different than people going into global chat and asking for friends or guild members. It's community-engagement for a cause... As long

as you do not insult another player ('insult' as defined "speak to or treat with disrespect or scornful abuse") then there should not be an issue. – specifically I stated the behaviors "I should be allowed to stop this solicitation [of goods ] by whatever means necessary to stop them from building up their cities thus denying them the ability to better be able to attack me.
You SPECIFICALLY stated that there was nothing harassing about stopping blacklisted's solicitation of goods via whatever means necessary. You clarified this by saying "so long as you do not insult players" You stated by insult you meant using the labels "scammers, liars or cheats" or using profanity. I did neither of those things.

You stated a series of conditions and rules that you felt would meet the "insulting" criteria, and my behavior was far below that criteria.
TwoCents 2018-12-18 01:49:01
What you're saying here with this partial ban is that I can sit in the back of the bus with the rest of the women, but I can't sit at the front of the bus with the men. Just allowing service isn't enough. You have to provide me the SAME and EQUITABLE treatment regardless of my gender... which you don't.
TwoCents 2018-12-18 01:55:25
You keep saying that I "insulted" players, which you seem to take as the holy-grail of the Inno rules allowing you to do whatever you want. May I advise you to re-read the rules. There are two exceptions where it is OK to insult other players as detailed out in the rules:
1.) when criticizing another players game-play
2.) when making in-game threats

What I was doing fit within the parameters of the first exception to the rules.
Please find a copy here: https://en0.forgeofempires.com/page/the_game/rules/
TwoCents 2018-12-18 13:36:38
If the ban was for 7 days? Why am I not un-banned?
Forge of Empires - Customer Support 2018-12-19 00:41:12
Hello TwoCents,

I am the Community Manager of the U.S. server and an InnoGames employee. As such, all aspects of the game, rules, players, and moderators are my responsibility.

As the Game Rules state: The Community Management of the US version of Forge of Empires are the final arbiters of any rules dispute. Their interpretation of these rules is final.

The account is now unbanned and will be monitored for compliance. Abide by the rules and enjoy the game. CLICK HERE to review the Game Rules

Happy Holidays!

Panacea
Community Manager
Forge of Empires, U.S.

TwoCents 2018-12-19 01:17:33

Exhibit 10 – Forge of Empires Support Tickets: TwoCents Submitted by Plaintiff Penny Quinteros
Case: 19-CV-1402 RSM - 776

You failed to answer my most basic question... what was I banned for? I cannot begin to compose my appeal until I have a compilation of the details of what I supposedly did wrong.
Forge of Empires - Customer Support 2018-12-19 01:20:16
Hello TwoCents,

There is no further need for any appeal as the ban is concluded. We answered your "most basic question" multiple times. You were banned for insulting other players. The account is now unbanned and will be monitored for compliance. Abide by the rules and enjoy the game. CLICK HERE to review the Game Rules

Happy Holidays!

Panacea
Community Manager
Forge of Empires, U.S.


TwoCents 2018-12-19 01:25:21
You are an employee of InnoGames and you live in the United States, therefore you are not the final arbiter because you still have to comply with the law(s) which prevent discrimination in public accommodations. At this point you haven't even provided a reason for my 8-day denial of service. Which I am still asking (as I have everyday for 8 days) so that I may BEGIN my appeal.
TwoCents 2018-12-19 01:28:48
You need to tell me EXACTLY what I said with a timestamp. If it is cumulative then you need to provide the EXACT thing thaI said in each instance with the date and time of each entry. Anything less is preventing me from formulating my appeal. Furthermore if I do not know what I did wrong how am I to prevent the action in the future?
Forge of Empires - Customer Support 2018-12-19 01:30:41
Hello TwoCents,

Here is the reason for your ban: Insults to other players in Global Chat/Messaging

We will be providing NO additional information as you have received this on multiple tickets at the time of occurrence.

There was no "denial of service".

As the Game Rules state: The Community Management of the US version of Forge of Empires are the final arbiters of any rules dispute. Their interpretation of these rules is final.

The account is now unbanned and will be monitored for compliance. Abide by the rules and enjoy the game. CLICK HERE to review the Game Rules

Happy Holidays!

Panacea
Community Manager

Exhibit 10 – Forge of Empires Support Tickets: TwoCents Submitted by Plaintiff Penny Quinteros
Case: 19-CV-1402 RSM - 777

Forge of Empires, U.S.

TwoCents 2018-12-19 01:32:47
I have received NO SUCH information. It doesn't exist in prior warnings or anywhere because you have not provided it to me. I would like to begin my appeal, so please provide me the information I am requesting to do so.
TwoCents 2018-12-19 01:34:28
You can't have one version of the game for some people and another for those you are targetting because of discrimination- you might as well put up "colored and white" drinking fountain signs on your homepage if that's the case.
TwoCents 2018-12-19 01:37:22
As I stated before... your rules have two exceptions-
1.) threats in-game terms
2,) Criticizing other players game-play.

I am allowed to state "you cheat players out of forge points" in no uncertain terms. It is specifically allowed by your rules and has been tolerated for thousands of other players who've said the same.
TwoCents 2018-12-19 02:34:40
Please provide me a detailed list of what I've done to earn this particular ban. Once you do I will be able to formulate an appeal of it.
TwoCents 2018-12-19 20:44:01
I am still waiting for a detailed answer as to what I was banned for so that I may begin my appeal of this ban.
TwoCents 2018-12-20 16:20:34
Still waiting for your answer so I may begin my appeal of this issue.
TwoCents 2018-12-21 18:28:12
Please answer so I may begin my appeal... don't pretend to answer and then don't.
Forge of Empires - Customer Support 2018-12-21 20:46:09
Hello TwoCents,

This ticket has been appealed for over a week. Your ban is completed and this ticket is concluded. Enjoy the game.

Happy Holidays!

Panacea
Community Manager
Forge of Empires, U.S.

TwoCents 2018-12-21 20:51:31
I'm sorry, but I haven't started yet, so obviously it hasn't been appealed yet.
TwoCents 2018-12-21 20:54:30
You have yet to compensate me the 20,000 of each type in Colonial Age for being unable to participate in guild-chat coordination and the thousands of troops... so I'd like the opportunity to make a rigorous appeal based upon the facts, not guesses as to what you MIGHT have possibly

found offensive. You've yet to tell me exactly which words at which times on which days were offensive.
Forge of Empires - Customer Support 2018-12-21 20:55:47
Hello TwoCents,

There is no ban appeal if there is no ban. The ban concluded and therefore there is no further appeal. There will be no compensation for "lost items" during a ban. This ticket is concluded.

Happy Holidays!

Panacea
Community Manager
Forge of Empires, U.S.

TwoCents 2018-12-21 20:56:37
Your game rules specifically state that I have the right to appeal. It doesn't state "if the community manager purposefully ignores you for a week, then you lose that right."

Your game rules specifically say I have the right to appeal. I haven't done that yet. I asked a question. WHAT WAS I BANNED FOR!!!
Forge of Empires 2018-12-21 21:39:21

New Hello TwoCents,

This ban is concluded so there is no further ban appeal. This ticket is concluded. Enjoy the game.

Happy Holidays!

Panacea


It says I have the ability to appeal in your game rules. It doesn't say "UNLESS THE COMMUNITY MANAGER IGNORES YOU FOR A WEEK"

**Forge of Empires - Customer Support 2018-12-21 23:48:45**

Hello TwoCents,

Please do not create more than one ticket per issue. As this is a duplicate, we are closing this ticket. If you wish to pose additional information, please post in the pre-existing ticket. Thank you for your cooperation and enjoy the game.

Kind regards,

Seriak

Co-Community Manager
Forge of Empires, U.S.

---

This ticket has been closed and can no longer be replied to.

## Attachments

This ticket currently has no attachments.

# View ticket

# Elevator - Insulting Behavior 2

**You 2018-12-21 21:33:51**

This player is creating a scam-system that takes advantage of every other player in the game.

**Forge of Empires - Customer Support 2018-12-21 21:36:29**

Hello TwoCents,

Thank you for bringing this matter to our attention. We appreciate all players that help the Forge team to keep our game running without rule breakers. TwoCents, I will investigate and take the appropriate action(s) if I find rule breaking.

Happy Holidays!

Panacea
Community Manager
Forge of Empires, U.S.

**You 2018-12-21 23:53:15**

Thank You

---

This ticket has been closed and can no longer be replied to.

## Attachments

Exhibit 10 – Forge of Empires Support Tickets: TwoCents Submitted by Plaintiff Penny Quinteros
Case: 19-CV-1402 RSM - 780

This ticket currently has no attachments.

# View ticket

# Appeal TwoCents

**You 2018-12-21 23:52:55**

TwoCents 2018-12-11 00:32:45
What was I banned for? I didn't do anything against the rules.
TwoCents 2018-12-11 00:36:59
Pardon, I'll continue this appeal ban in a separate thread with a new title so I can keep track of it on my spreadsheet easier. It automatically puts "Appeal TwoCents" as the title otherwise.
Forge of Empires - Customer Support 2018-12-11 00:44:38
Hello TwoCents,

When you receive a report about being punished it means one or more messages were reported as being in violation of the Communications Rules. Usually this is because you have sent profanity, personal insults or otherwise offensive content through either the message or chat system.

Chat Rule Violation: real-life aggression You encouraged another player(s) to slit their wrists

Please review the GAME RULES to ensure you do not violate them again. Your ban is not subject to appeal and will remain in effect until the ban expires.

Happy Holidays!

Panacea
Community Manager
Forge of Empires, U.S.

TwoCents 2018-12-11 00:45:14
I was already warned for that behavior and I did not encourage or repeat it, just simply said I wasn't sorry for it.
TwoCents 2018-12-11 00:45:50
and I explained what happened. You can't double-punish me for it now. You already punished me for it!
TwoCents 2018-12-11 00:46:23
Please don't close my other ticket. I keep all these bans on a spreadsheet. If they all say "appeal twocents" it gets confusing.
TwoCents 2018-12-11 00:47:27
You found my behavior to be "offensive" and I'm appealing. - you punished me for that behavior

Exhibit 10 – Forge of Empires Support Tickets: TwoCents Submitted by Plaintiff Penny Quinteros
Case: 19-CV-1402 RSM - 781

in that thread. I didn't repeat it or bring it up again. So I don't see why I should be banned for it.
TwoCents 2018-12-11 00:48:41
What you should be doing is banning the player who posted the link to said material. Instead of me.
TwoCents 2018-12-11 00:49:28
https://support.innogames.com/t12765172

explain to me, where I said TODAY that someone should slit their wrists.
Forge of Empires - Customer Support 2018-12-11 00:52:48
Hello TwoCents,

I'm trying to locate where you were banned for this previously. When you've had 13 ban appeals in this year alone, it gets confusing. I will unban the account but enough is enough. You continue to slander your fellow players, they continue to slander you. No more "^^steals fps and lies and cheats" and I'll hold you all to the same standard. Its going to be a new year and we should go into it with a clean slate.

The account is now unbanned and will be monitored for compliance. Abide by the rules and enjoy the game. CLICK HERE to review the Game Rules

Happy Holidays!

Panacea
Community Manager
Forge of Empires, U.S.

TwoCents 2018-12-11 00:53:53
I was never banned for this at all. It's what I received my first WARNING for in Yorkton. The title of the thread is:
You found my behavior to be "offensive" and I'm appealing.
TwoCents 2018-12-11 00:56:12
You told me previously, that selling goods was a game activity. If they feel free to sell their goods in global chat, I should be free to DISPUTE said selling. You specifically told me on this subject, "I don't disagree". I'm not SLANDERING anyone. THEY DO everything I've said they've done. They just today got a player kicked out of his guild as retaliation for coming forward to say that he had, indeed, been cheated by blacklisted. I have several other players messaging me thanking me for my help pointing out this issue. THEY PRICE FIX, which is, in of itself scamming and which all of the blacklisted players are COMPLICIT IN. It's only fair and reasonable that I point it out.
TwoCents 2018-12-11 00:59:14
If they don't like it, they are free to disagree with me. I am referring to their in-game activity and that is allowed under the rules using appropriate language. I am referring only to their actions and not the player themselves.
They could for example say: I am an honest player with a good reputation

What they can't do is make up photoshopped screenshots of me threatening to "kill everyone" or

whatever it said. That in itself is posting a link to real-life-aggressive behavior and is against the rules.

TwoCents 2018-12-11 01:03:14

Panacea - these diamond spending yahoos think they own the game and everyone in it. Someone has to stand up for the regular old joes. I'm the only one with enough tenacity and grit to do so. Please, please don't shut me down.

Forge of Empires - Customer Support 2018-12-11 01:03:40

Hello TwoCents,

However, situations change. In this case, you have MORE than made your point and your fellow players disagree with your assessment and feel you are insulting them. When a situation continues, then we must find ways to deescalate. In this case, we will no longer allow either party to continue to insult the other party. If these players "Price Fix", the other players will figure this out and no longer trade. It is not up to you to be the warning label. No further insulting of the blacklisted players and they will not be allowed to continue to insult you.

The account was banned for 24 hours and after your appeal, I have unbanned it. You were warned on 2018-10-18 22:46:19, 2018-10-21 23:24:24, and 2018-11-14 12:59:07. The account is now unbanned and will be monitored for compliance. Abide by the rules and enjoy the game. CLICK HERE to review the Game Rules

Happy Holidays!

Panacea
Community Manager
Forge of Empires, U.S.


TwoCents 2018-12-11 01:05:45

I mean like I pointed out over and over and over today. I hit them with a logical argument... you shouldn't be trusted because your guild has a history of cheating people.

And they respond with... "you're crazing, you're insane, you're posting death-threats, you're a bad mother and women shouldn't play video games,"

and you're banning ME?!

TwoCents 2018-12-11 01:06:40

No, I don't agree to this.

TwoCents 2018-12-11 01:09:42

The incident on the 14th had nothing whatsoever to do with global chat, and the incident on the 21st was because I used the word "cheater"... these aren't big issues. If you would clearly tell me what I can and cannot say they wouldn't have happened. I didn't realize that telling a person who cheats, "you are a cheater" was at all against the rules until you told me so. And I also often banter back and forth using profanity in private messages assuming it's equally-tolerated and used by the other party. I don't think either of those things should've received a warning. AND even if they deserved a warning, they shouldn't escalate to a ban. They simply weren't that big of a deal.

TwoCents 2018-12-11 01:11:00
If my fellow players feel that I am insulting them, perhaps they should go back to 5th grade English class and learn the difference between a noun and a verb.
TwoCents 2018-12-11 01:16:48
So... if we should also "go into this with a clean slate" are you also going to ask the players to give back all the tiles they took in GvG as retaliation from myself and other players who got cheated? Are you going to ask these diamond spending yahoos to stop belligerently badgering my guild with 30 sieges at a time because they have the goods (from cheating other players) to do so? Are you going to ask them to stop placing spies (alts) in my guild, so that I could, potentially move from my PC to my upstairs browser (which took all of 6 minutes) when I'm feeling sick and in pain without getting attacked and losing 6 sectors?

Propaganda is an acceptable means of warfare Panacea, it has a long historical tradition and frankly, outting their goods-selling-cheating practices is pretty much the only thing left to me, since I have NO WAY to compete otherwise.
Forge of Empires - Customer Support 2018-12-11 01:17:16
Hello TwoCents,

As I've said, enough is enough. You have been informed of how I will enforce the rules from this point forward.

I listened to your appeal and unbanned the account. Observe the Game Rules and abide by them.

Enjoy the game.

Happy Holidays!

Panacea
Community Manager
Forge of Empires, U.S.


TwoCents 2018-12-11 01:26:28
I don't think you've listened AT ALL. I'm not DOING anything wrong. And if Blacklisted wants to manufacture insult to get me banned. Too bad for them. They just started attacking me, out of the blue, yesterday. They didn't have to do that. They could've "made peace" but they didn't. All you're doing in handcuffing me. I mean, for Christ's sake, Enam put an fp on the last level of my arc just to prove he could "stick it in me" - said via Discord so I didn't report the conversation -
TwoCents 2018-12-11 01:30:54
They think they can get away with: calling me crazy, calling me a bad mother, photoshopping incidents of me, putting alts in my guild, paying people real $ to make alts for them, selling goods for one price, then after you have your fps in, raising the price. Price Fixing, and then of course let's not forget, retaliating against people who point out said behavior. And oh yeah... using you as a tool to oppress my voice.
TwoCents 2018-12-11 01:41:24
I mean please, look at this again. Look at the precedent you're setting. Anyone who calls people a "noob" or says "your city streets are crooked," or laughs at a person for building a Colosseum

can now be banned because the other player "felt insulted?" We're talking about IN-GAME behavior! I'm restricting my comments to their IN-GAME behavior. I'm not saying they're cheating on their wives. I'm not saying they lied on their taxes. I'm talking about them going into global chat to solicit goods-buyers.

TwoCents 2018-12-11 01:44:48

They want to keep their GvG worlds, and their goods-selling-racketeering worlds separate. As if they can just go around cheating people without it getting mud on their boots. My goal is to make those worlds collide. It's not against the rules. At all, in any fashion. It's NEVER been against the rules. You are making up new rules as you go and it's simply not fair. You're giving them unfair protection that they don't need and really don't deserve.

TwoCents 2018-12-11 01:46:33

As you told me in J-world. That's what the ignore button is for. If they don't like what I'm saying, they can always just ignore me...

TwoCents 2018-12-11 01:59:41

If you do this, are you going to ban everyone in J world? And I do mean pretty much everyone. Everyone who says I have alts? Everyone who says I'm a man, or a "tranny." Anyone who brings up the fact I ever sent out a picture? Anyone who says I'm rude, mean, nasty, sad, crazy, lonely, need a hug, psycho, et al?

TwoCents 2018-12-11 02:01:11

Anyone who says, "I'm going to harass you out of the game by attacking every guild you're in and every guild you will be in"...

TwoCents 2018-12-11 02:14:18

I mean, you didn't bend the rules for me when people were saying that I was cheating the game. http://prntscr.com/ltebeh

Forge of Empires - Customer Support 2018-12-11 07:32:25

Hello TwoCents,

Once more for good measure- enough is enough. You have been informed of how we will enforce the rules from this point forward.

We've listened to your appeal and unbanned the account. Observe the Game Rules and abide by them.

Enjoy the game.

Happy Holidays!

Panacea
Community Manager
Forge of Empires, U.S.

TwoCents 2018-12-11 11:34:34

You let me get harassed for THREE YEARS for outside of game issues, and those pansies complain they have hurt-feelings over IN-GAME issues and you suddenly change the rules?!!!!!!!? You are a monster!

TwoCents 2018-12-11 12:03:27

I have played this game for SIX F'ING YEARS! MY KIDS HAVE PLAYED SINCE THEY WERE 5 YEARS OLD! MY HUSBAND PLAYS, MY BROTHER IN LAW, MY NEPHEW, ALL MY FRIENDS. You will have to ban me. This isn't against the rules and I'm not letting you put special rules up just for me to continue your discrimination of me. Your "buddies" from blacklisted don't need nor deserve your protection. SO F'ING BAN ME!

http://prntscr.com/ltmyqu
TwoCents 2018-12-11 12:27:22
Ban me, ban my kids, ban my friends, ban everyone in my fucking guild. Ban me from support, ban me from messaging anyone, ban me from living, ban everyone in every fucking world on the US servers. If you ban me for doing this you will need to ban every player in all worlds on the entire fucking US SERVER. All because you're a stupid twit who wants to coddle those stupid blacklisted fucks from economic sanctions. It's time to go shoot myself in the head because you make the world a fucking DISGUSTING place to live in.
TwoCents 2018-12-11 13:48:56
Did you MUFFLE me in global chat on Y? Did you muffle all of blacklisted too?!
TwoCents 2018-12-11 18:11:52
They are still recruiting people to cheat and steal from. WTF?!
Forge of Empires - Customer Support 2018-12-11 20:56:53
Penny,

I know you are frustrated. I'm sorry. And I'm very sorry about your situation here at the holidays. We have to view the situation from all sides and it is being carefully monitored. But in all seriousness, please don't joke about suicide. It IS serious and I do not wish to think about you even considering this. If you need to talk to someone, please contact the National Suicide Prevention Lifeline at 1-800-273-8255 or talk to me even. I know I'm not your favorite person but I do care and I don't want anything to happen to you.

Panacea
TwoCents 2018-12-11 20:57:53
It's not a joke to me, and I hope you fucking realize the bullshit you've pushed onto me.
TwoCents 2018-12-11 21:00:23
Like I said, just ban me, ban my kids, ban my husband, ban my whole guild. Then the rich, entitled pricks your system rewards can clap themselves on the back and laugh at me some more and get a good chuckle out of how they used you to hurt me and mine.
TwoCents 2018-12-11 21:11:41
I honestly don't care anymore. Do what you want. You know you will anyway. Bye.
Forge of Empires - Customer Support 2018-12-12 19:20:43
Hello TwoCents,

I must ask that you remain civil in discussions with Support.

As to bans, we do not apply bans unless there is violation of a Game Rule. As long as everyone is abiding by the Game Rules, including one account per person, then everyone should be playing.

Exhibit 10 – Forge of Empires Support Tickets: TwoCents Submitted by Plaintiff Penny Quinteros
Case: 19-CV-1402 RSM - 786

Happy Holidays!

Panacea
Community Manager
Forge of Empires, U.S.

TwoCents 2018-12-12 19:38:14
UHH Panacea, that was two days ago that I wrote that. And after I appealed the ban and you overturned it. I went to bed and didn't type anything else in global chat... at all.... I woke up to this chat ban. So why am I banned from chat again?
TwoCents 2018-12-12 20:16:37
You didn't answer any of these questions, just closed the tickets as "duplicate" without providing a response, So I'll be reposting them here - even though this ticket is about a previous ban, not this new chat ban...
APPEAL OF ALL BANS ON MY RECORD:
TwoCents2018-12-11 20:54:21
I didn't do anything to deserve a chat ban.
TwoCents2018-12-11 20:54:44
Point to one thing that I said AFTER you told me how you would start enforcing a "new rule" just for me.
LET'S TALK REASONABLY:
TwoCents2018-12-11 20:45:35
Ok, first off... I haven't targeted anyone. I have constructed a war-plan to target a bigger and much more powerful guild using the only means at my disposal. In order to take down a larger force, propaganda and economic sanctions are totally reasonable. I'm keeping my comments to totally true, yet pretty heinous acts they've committed. And clearly... it's working. It would really help if you would just stop getting in my way. There is no reason you have to ban me. This is an in-game issue. They don't need to sell goods in global chat. If they find the water there too hot, they can simply stop.
TwoCents2018-12-11 20:47:56
It wasn't my choice to have you respond to my tickets right around recalc...
TwoCents2018-12-11 20:49:19
You did that, purposefully delaying responding to me until now. It wasn't an accident on your part.
TwoCents2018-12-11 20:52:58
I have spent hundreds of dollars buying diamonds... trying to keep up with these assholes. Money that I do not have and can't afford to spend. Purchases that I have hidden from my husband so he doesn't get mad. And you come in and hamstring me right at recalc - on purpose- because someone told you they felt slightly insulted that I said they cheated players on goods purchases... I mean really... did you tell them they're being big-fat-ass-babies?
TwoCents2018-12-11 20:56:12
Seriously... go look at how many diamonds I've purchased over the last year trying to fight these belligerent egotistical assholes? I do it because someone has to... it's not fair to let them just walk all over the little-guys.
PANACEA-READ THIS:
Come talk to me - anonymously - in person:

https://discord.gg/m2kVjg

I AM BEING DENIED SERVICE:

You are purposefully ignoring me in hopes that I will go away. You unfairly targeted me with a chat-ban. You have not told me what it's for, or what rules I supposedly violated to get such a ban. You haven't given me any information about it, and are denying me my right to appeal that you give to other players. Your denial of service has cost my guild thousands of goods and hundreds of troops. You are allowing yourself to be used as a means to target and harass me.

PANACEA – YOU NEED TO FIX THIS

Panacea. You need to fix this. Honestly... If you won't let me talk about them in global chat, they need to stop attacking my guild. End of story. They need to stop using their 80 pirate ships to harass and bully players.

http://prntscr.com/ltuexb

TwoCents2018-12-12 11:16:44

You want Y-world to be successful don't you? How long do you think people are going to play if the keep getting bullied by egotistical narcissistic men who think that buying special buildings give them the right to own everyone else? Like I said, I'm literally the only person fighting back against them, but I can't do it without help. Give me back the goods and troops lost yesterday when I lost those sectors. It wasn't fair... you took away my ability to coordinate with my guild, but you didn't take away theirs.

TwoCents2018-12-12 14:13:38

One extra one now. I think you owe my guild an apology about 300 troops and 10,000 of each CA good. People think they can take advantage of our guild because you "banned" me from talking without rhyme or reason.

TwoCents 2018-12-12 20:33:06

Copying this question too:

TwoCents 2018-12-12 20:12:20

I'm sorry, but you made me wait 24 hours to tell me "we've concluded this inquiry?" You're closing my new responses as "duplicates" then taking things I've written 2 days ago as if they're new.

I have legitimate questions about this chat-ban. Namely why you put it in place after you removed the erroneous ban from two nights ago... Please answer my questions instead of closing them as duplicates. Or at least copy them over into the one-thread if you won't answer.

TwoCents 2018-12-12 22:02:06

What do you mean "one account per person." I don't have two accounts. Just this one. And I can 100% prove it to you beyond any reasonable doubt.

Forge of Empires - Customer Support 2018-12-12 22:28:56

Hello TwoCents,

Every open ticket must be addressed which is why we ask that you limit one issue per ticket and do not open multiple tickets of which you have opened appx 8 today and 10 yesterday. You should have one ticket open that addresses your latest chat ban that you have questions regarding. So pick the ticket you wish us to converse and I'll close the rest and we can have a chronological conversation that you (and I) will be able to follow.

Exhibit 10 – Forge of Empires Support Tickets: TwoCents Submitted by Plaintiff Penny Quinteros
Case: 19-CV-1402 RSM - 788

Happy Holidays!

Panacea
Community Manager
Forge of Empires, U.S.

TwoCents 2018-12-12 22:30:30
OK, this one is fine.
TwoCents 2018-12-12 22:50:51
Ok, so I don't think I'm understanding well. Can we clarify the order of events? I was warned around the middle of November not to call blacklisted members "cheaters or scammers." During that conversation you said that you did not disagree with me that if it's a part of the game to solicit goods, it's an equal part of the game to stop the solicitation of goods.
I started to criticize blacklisted's sale of goods by saying things such as ^^do not trust this player to sell you goods, they will cheat you out of fps.
Fast forward to Monday, I was doing the same. Blacklisted took exception and started to post links to things said previously. I responded (in what I thought was a reasonable way) to these link-posts admitting I had said them in the past.
Around 9:30 my time, I got kicked out of the game, and when I tried to log in, had a game-ban. I asked you what it was for and you said telling a player to slit his wrists. I explained that was an incident that happened in October and which I'd already been punished for. You then explained your position that I, personally, would no longer be able to say things stopping Blacklisted from selling goods. I disagreed vehemently.
I did not log back into the game at that time, but went to my bed. I logged in via my phone once to put points on someone's arc.
I woke up the next morning to a chat-ban and I have no idea what it is, why I received it, or how long you plan on having it in place. I asked for clarification, but you haven't provided it yet.

Can we start there?
Forge of Empires - Customer Support 2018-12-13 19:15:10
Hello TwoCents,

Your chat ban was initiated when players reported insulting behavior. The chat ban was placed and will remain in effect for 7 days. Should you use your husband's account to continue the behavior then I will extend the chat ban to that account as well. Insulting, including those statements you feel are "true" such as "^^do not trust this player to sell you goods, they will cheat you out of fps. "

Please review the GAME RULES to ensure you do not violate them again. Your ban is not subject to appeal and will remain in effect until the ban expires.

Happy Holidays!

Panacea
Community Manager
Forge of Empires, U.S.

TwoCents 2018-12-13 20:13:39

I have never used my husband's account. Why do you think he didn't say anything in the morning? I was waiting for him to get home from work so he could use it himself. I don't care if they "reported" me for insulting behavior, since I didn't PERFORM any insulting behavior their reports are meaningless.

TwoCents 2018-12-13 20:14:39

As far as, "do not trust this player to sell you goods," I'll keep my comments to my friends and guild so long as you ask blacklisted to only solicit goods within their friends and guild.

TwoCents 2018-12-13 20:15:18

If you want to warn my husband of a behavior, I suggest you follow your own rules and warn him. It's not my responsibility to do so.

TwoCents 2018-12-13 20:17:30

You have also not identified what insulting behavior it is that I may/may not have done. Furthermore, it is SPECIFICALLY allowed within your rules to criticize the way other players play the game. You cannot and will not enforce a "special" rule on me. Know why? Because it's ILLEGAL.

TwoCents 2018-12-13 20:18:21

This is now going on 72 hours waiting for you to tell me what "insulting" behavior I performed. If you cannot give me a clear explanation I just have to assume it's because I didn't perform any insulting behavior.

TwoCents 2018-12-13 20:51:12

And, what I have been saying is 100% true for EVERY blacklisted player, and I can prove it as of today.

TwoCents 2018-12-13 21:13:09

I still insist you tell me EXACTLY what it is I said or did that created this chat-ban on me.

Forge of Empires - Customer Support 2018-12-13 21:51:25

Hello TwoCents,

Examples such as "liars", "cheats", "thieves" or even ""^^do not trust this player to sell you goods, they will cheat you out of fps" are all considering to be insults. Not to mention, encouraging players to kill themselves or do harm which we have discussed before. The rule is simple- Do not insult other players.

As to your husband, I will address his behavior should the need arise. I was making certain that you were not using his account. When exact phrasing is being used on two or more accounts, then we must conclude that the possibility is there that you are using more than one account.

Please review the GAME RULES to ensure you do not violate them again. Your ban is not subject to appeal and will remain in effect until the ban expires.

Panacea
Community Manager
Forge of Empires, U.S.

TwoCents 2018-12-13 22:26:47

Yeah, well it insults me that they have free-reign to solicit goods buyers under false pretenses.

Exhibit 10 – Forge of Empires Support Tickets: TwoCents Submitted by Plaintiff Penny Quinteros
Case: 19-CV-1402 RSM - 790

Their actions hurt everyone in Yorkton, and they gain an unfair economic advantage which causes me to feel insulted and pressured to buy diamonds with money I don't have to keep up with their scamming ways. Are you going to stop them from soliciting goods?

It wasn't "exact phrasing"... my husband is from Chile and has trouble with English spelling. Unless he specifically asks me how to spell a word, I'm pretty sure you can see the differences in the grammar and spelling usages.

You haven't explained yet how I could "insult" someone while I was sleeping. And I have already been punished for that asking B-Rad to do the world a favor by offing himself.
TwoCents 2018-12-13 22:37:32
Your rules specifically state:

InnoGames does not accept any publications that the Forge of Empires Team considers illegal, insulting, offensive, threatening, abusive, real-life-aggressive, sexually explicit, pornographic (including, but not limited to drawings and animations), politically extreme, religiously fanatic, endangering youth, racist, playing down the use of illegal drugs or alcohol, or promoting the use of
said substances or in any way inappropriate.POSTING LINKS TO SUCH CONTENT IS ALSO NOT ALLOWED.

If my actions were "insulting," then my definition Enamiccug's actions were also insulting when he posted a link to that "insulting behavior." Yet... I still see him chatting in global chat every day. I see Barth there, I see Full Monte there... These players have called me "crazy" "insane" "psycho" "unhinged" "bitch" "stupid" and pretty much any other insult there is in the book. I said they stole fps from people. Clearly your priority is not on enforcing the game rules. It's on discriminating against me and denying me service to your game.
TwoCents 2018-12-13 22:39:24
It is impossible for me to get a chat-ban while sleeping. aka not posting on Forge of Empires. Therefore I'm asking for redress for your illegal and discriminatory actions in the form of 15,000 of each type of colonial age good, and 1,000 troops distributed across my guild members.
TwoCents 2018-12-13 22:42:06
Please post here where I referred to any specific person on Monday Night and told them to kill themselves. Also please post here where I called anyone specifically on Monday night a liar, cheat or thief (assuming they weren't lying, cheating or stealing. I still maintain that truth can never be offensive).
TwoCents 2018-12-13 22:43:35
And could you please respond to ALL of my comments, instead of just the most recent ones?
Forge of Empires - Customer Support 2018-12-13 23:35:27
Hello TwoCents,

This is not related solely to Monday night. This is a ban related to a series of cummulative statements, insults and behaviors. You will not be remunerated for a ban.

As to other player's actions, as we have discussed numerous times, we will investigate but you will not be informed as to the results of the investigation or any action(s) taken with another

player.

Please review the GAME RULES to ensure you do not violate them again. Your ban is not subject to appeal and will remain in effect until the ban expires.

Happy Holidays!

Panacea
Community Manager
Forge of Empires, U.S.

TwoCents 2018-12-13 23:37:08
I will be remunerated for this ban. I hadn't done any "cumulative" things to indicate I needed a ban, other than what you told me specifically would be allowed. It's not my fault you changed your mind.
TwoCents 2018-12-13 23:38:22
Let me ask you, do you really think what you're doing here is de-escalating the situation? You're unfairly targeting the ONE person in the game you knew would respond poorly to being unfairly targeted. And you're allowing players to take advantage of me while I'm being unfairly targeted by you. How is that "de-escalating" the situation?
TwoCents 2018-12-14 10:52:15
I want to know why I was banned for sleeping.
TwoCents 2018-12-14 18:57:00
Could you please explain what "cumulative" statements I was banned for? I have been the model of good-behavior. If you specifically allowed me to criticize another player's game play using appropriate language, and you explain to me that I CAN say "this player with cheat you on fps" then later you change your mind and say you CANNOT say that... that's not really my fault. You have to explain the rule you want to apply to me, and give me time to adapt to it. You can't change the rule then retroactively ban me for it...
TwoCents 2018-12-14 23:50:15
And again you are closing my tickets without giving me an answer here. Please provided the cumulative summary of information you used to make your decision to deny me service.
Forge of Empires - Customer Support 2018-12-16 01:33:34
Hello TwoCents,

1. We will not be compensating you for any "lost" anything that occurred while your account was under a ban.
2. While I do hope to de-escalate the situation, I do have an obligation to answer your questions and to provide accurate and definitive answers.
3. You were not banned for sleeping. The ban occurred for a continuing pattern of insulting fellow players.
4, We will not be providing a list of statements as most of these were covered on previous game bans. It is not a case of saying "This player is a cheat" or "This player will cheat" but continuing to say these things, not once, but every time another player speaks sets up a pattern of insulting behavior(s) that will not be allowed in FOE chat.
5. First, you have not been denied service. You may continue to play your game. This is a chat

ban and is limited to chat. Two, we answered each of your other tickets before closing them.

Enjoy the game.

Happy Holidays!

Panacea
Community Manager
Forge of Empires, U.S.

TwoCents 2018-12-16 02:00:39
What is the "continuing pattern of insulting fellow players" that you are referring to?
You will compensate me for the ban, because it is illegal
I didn't get any other game bans in Y world, so what do you mean "covered on previous game bans."
You told me it was acceptable to criticize their goods-selling practices using language like, this player cheats you on fp sales, which is what I've restricted my language to.
I have been denied service. You treat me differently than you do other players.
Forge of Empires - Customer Support 2018-12-16 02:04:17
Hello TwoCents,

You have been instructed to not insult other players. To say something once and to say it repeatedly over and over produces a pattern of behavior that is unacceptable. I do apologize for saying "game bans", I meant to say "game tickets". You have not been denied service as your game can be played. All players are held to the same game rules. Enjoy the game.

Happy Holidays!

Panacea
Community Manager
Forge of Empires, U.S.

TwoCents 2018-12-16 02:05:58
Panacea, I honestly do not know what these other players are putting in their reports to you, but I know what is in their "party line." They are saying that I am upset because of them taking NPC GvG sectors and that's why I've gone on this campaign against them. I can prove 100% beyond a reasonable doubt to you that they are LYING on that issue, and I think you need to consider if they are lying on that issue, they are lying on many issues.
on 7/28 I advised you of a cheating scheme with blacklisted - you did nothing in response
on 8/27 I asked you to help me with the diamond players who were domineering the world
it wasn't until 10/19 that I made the comments to B-Rad about slitting his wrists for the benefit of the world.

THEY ARE LYING TO YOU! and you continue to punish me instead of them.
TwoCents 2018-12-16 02:09:11
I can only play a portion of the game... that's not service. As any long-term player will tell you,

interaction with other players is a crucial part of the game play and you're preventing that.
Forge of Empires - Customer Support 2018-12-16 02:11:57
Hello TwoCents,

In the case of a chat ban, we do not base any bans off what a player states in a ticket but on what is documented in the saved chat ban logs when a player is reported.

I understand you believe them to be lying. Even should what you say to be true proves true, there is no rule against a player negotiating goods for one price and then changing it. In fact, there is no rules regarding trades so a player could, in theory, offer you gold for $1 and then not conclude it till you ponied up 1000 forge points. Or any other scenario like that. Is it fair? Probably not, but there is no rule against it. Can you say, "Hey, he scammed me". Yes, we'd allow it. But not over and over and over again for months. Nor can you call them "liars", "cheats' "thief" or any other insult because insulting another player is against the rules.

Enjoy the game.

Happy Holidays!

Panacea
Community Manager
Forge of Empires, U.S.

TwoCents 2018-12-16 02:13:14
I didn't get instructed NOT to tell them "don't buy goods from this player, they will cheat you of fps" until Monday night when you told me it wouldn't be allowed. I can't be held responsible for things said before you changed your mind. After you told me it would "no longer be allowed" I went to bed... Look at your own words, "Once more for good measure- enough is enough. You have been informed of how we will enforce the rules FROM THIS POINT FORWARD."

From the point you told me "enough is enough" I did nothing.
TwoCents 2018-12-16 02:15:50
Telling me "from this point forward it will no longer be allowed," necessitates the meaning that from that point backwards it WAS allowed. Which is why I'm asking you... if I only did behavior that was specifically allowed by you, and written out in game tickets.... WHAT IS MY CHAT BAN FOR?!
TwoCents 2018-12-16 02:23:39
This is exactly my point Panacea - I'm not saying they're cheating the game-system... there are LOTS of things in the game system that people might find offensive. Extorting players for fps not to plunder for example... might be offensive to some players, but it is specifically allowed.

What I'm doing is pointing out their in-game behavior using appropriate language. The world of Y NEEDS me to do this, because if I don't other people who come forward get retaliated against by blacklisted... including Rufus T. Firefly and Langlais the first had his guild attacked by blacklisted when he complained about the fp-deal scam, and the second got kicked out of his guild when Barth muscled his guild-leaders after he came forward to say his entire GUILD had a

message-thread warning of blacklisted cheating several of their members.

Lastly, their price-setting behavior affects everyone in Y-world. It is a scam against the entire community and it has to stop. It is creating a plutocracy in the world instead of a meritocracy. Teddy Roosevelt himself said, "of all forms of tyranny the least attractive and the most vulgar is the tyranny of mere wealth, the tyranny of a plutocracy." In order to bust up a plutocracy the little-guys HAVE to be given equal access to power, such as the power of free speech. If one of our presidents thought their behavior was the most vulgar, then I don't see any problem with pointing this vulgarity out.

TwoCents 2018-12-16 02:27:29

I'm sorry, I'd like to clarify... with this goods-cheating-scheme and price-fixing-scheme they aren't breaking the game rules as indicated above. They are still cheating the game system because they PAY people $$ to get forge points from them, specifically that is not allowed and was reported to you on 07/28/2018

TwoCents 2018-12-16 02:37:14

Panacea,

I can't have a rational conversation with you when you purposefully only respond about once a day and that's at times you know I'm busy. I think it's only fair that you allot a chunk of time to deal with this issue and give me a fair chance to reason with you. You are putting a LOT of stress on me over this during times that I can least afford it (due to the issue with the lawyer, having no $ at the holidays, etc). Quite literally on Wednesday I FORGOT to take my son to school because I busy checking my messages for a response from you.

Maybe other players wouldn't care about a global/guild/whisper chat ban... but I literally named myself TwoCents because I understand the power language can have. It's probably the most important tool in this game - hands down.

TwoCents 2018-12-17 23:37:54

I'm sorry, I still have received no response to this ticket.

TwoCents 2018-12-18 01:39:58

First, You stated in this thread: "Can you say, "Hey, he scammed me". Yes, we'd allow it. But not over and over and over again for months. Nor can you call them "liars", "cheats' "thief" or any other insult because insulting another player is against the rules."

I didn't say anything "over and over again for months" at most I started on October 31st and went through till December 10th with your SPECIFIC permission that it was ok as outlined below. Additionally I did not call anyone a liar, cheat, or thief... I kept my words relegated to their in-game behavior. I didn't 'you're a thief' I said... do not trust this player to sell you goods. He will scam you of fps. The word "scam, lie, steal" in all of my statements from October forward were VERBS. They couldn't meet your criteria of being an insulting label or name. It is literally impossible in the English language for your allegation to be true.

You stated on:

11/26/2018 An appeal of all bans on my record - you are ALLOWED to verbally confront any player you wish. YOU ARE NOT allowed to use profanity - I didn't us profanity and you banned me.

10/23/2018 I was told (again) that my behavior was "offensive" - You however, may still not call him insulting NAMES. You MAY however state what happened.

10/30/2018 Moderators abusing support system - Actually we HAVE discussed this. You can not

use LABELS such as "scammers, liars, cheats, pedofiles" which insult individual players. You MAY attack guilds with game related information buy you may NOT insult other players. - I refrained from LABELING these players "scammers liars or cheats"

10/31/2018 Moderators abusing support system I do not disagree with your logic: There is nothing "harassing" about these behaviors. It takes a lot of time, effort, and good game-play on my behalf to be able to do them successfully. It's not any different than people going into global chat and asking for friends or guild members. It's community-engagement for a cause... As long as you do not insult another player ('insult' as defined "speak to or treat with disrespect or scornful abuse") then there should not be an issue. – specifically I stated the behaviors "I should be allowed to stop this solicitation [of goods ] by whatever means necessary to stop them from building up their cities thus denying them the ability to better be able to attack me.

You SPECIFICALLY stated that there was nothing harassing about stopping blacklisted's solicitation of goods via whatever means necessary. You clarified this by saying "so long as you do not insult players" You stated by insult you meant using the labels "scammers, liars or cheats" or using profanity. I did neither of those things.

You stated a series of conditions and rules that you felt would meet the "insulting" criteria, and my behavior was far below that criteria.

TwoCents 2018-12-18 01:49:01

What you're saying here with this partial ban is that I can sit in the back of the bus with the rest of the women, but I can't sit at the front of the bus with the men. Just allowing service isn't enough. You have to provide me the SAME and EQUITABLE treatment regardless of my gender... which you don't.

TwoCents 2018-12-18 01:55:25

You keep saying that I "insulted" players, which you seem to take as the holy-grail of the Inno rules allowing you to do whatever you want. May I advise you to re-read the rules. There are two exceptions where it is OK to insult other players as detailed out in the rules:

1.) when criticizing another players game-play

2.) when making in-game threats

What I was doing fit within the parameters of the first exception to the rules.

Please find a copy here: https://en0.forgeofempires.com/page/the_game/rules/

TwoCents 2018-12-18 13:36:38

If the ban was for 7 days? Why am I not un-banned?

Forge of Empires - Customer Support 2018-12-19 00:41:12

Hello TwoCents,

I am the Community Manager of the U.S. server and an InnoGames employee. As such, all aspects of the game, rules, players, and moderators are my responsibility.

As the Game Rules state: The Community Management of the US version of Forge of Empires are the final arbiters of any rules dispute. Their interpretation of these rules is final.

The account is now unbanned and will be monitored for compliance. Abide by the rules and enjoy the game. CLICK HERE to review the Game Rules

Exhibit 10 – Forge of Empires Support Tickets: TwoCents Submitted by Plaintiff Penny Quinteros
Case: 19-CV-1402 RSM - 796

Happy Holidays!

Panacea
Community Manager
Forge of Empires, U.S.


TwoCents 2018-12-19 01:17:33
You failed to answer my most basic question... what was I banned for? I cannot begin to compose my appeal until I have a compilation of the details of what I supposedly did wrong.
Forge of Empires - Customer Support 2018-12-19 01:20:16
Hello TwoCents,

There is no further need for any appeal as the ban is concluded. We answered your "most basic question" multiple times. You were banned for insulting other players. The account is now unbanned and will be monitored for compliance. Abide by the rules and enjoy the game. CLICK HERE to review the Game Rules

Happy Holidays!

Panacea
Community Manager
Forge of Empires, U.S.


TwoCents 2018-12-19 01:25:21
You are an employee of InnoGames and you live in the United States, therefore you are not the final arbiter because you still have to comply with the law(s) which prevent discrimination in public accommodations. At this point you haven't even provided a reason for my 8-day denial of service. Which I am still asking (as I have everyday for 8 days) so that I may BEGIN my appeal.
TwoCents 2018-12-19 01:28:48
You need to tell me EXACTLY what I said with a timestamp. If it is cumulative then you need to provide the EXACT thing thaI said in each instance with the date and time of each entry. Anything less is preventing me from formulating my appeal. Furthermore if I do not know what I did wrong how am I to prevent the action in the future?
Forge of Empires - Customer Support 2018-12-19 01:30:41
Hello TwoCents,

Here is the reason for your ban: Insults to other players in Global Chat/Messaging

We will be providing NO additional information as you have received this on multiple tickets at the time of occurrence.

There was no "denial of service".

As the Game Rules state: The Community Management of the US version of Forge of Empires are the final arbiters of any rules dispute. Their interpretation of these rules is final.

The account is now unbanned and will be monitored for compliance. Abide by the rules and enjoy the game. CLICK HERE to review the Game Rules

Happy Holidays!

Panacea
Community Manager
Forge of Empires, U.S.


TwoCents 2018-12-19 01:32:47
I have received NO SUCH information. It doesn't exist in prior warnings or anywhere because you have not provided it to me. I would like to begin my appeal, so please provide me the information I am requesting to do so.
TwoCents 2018-12-19 01:34:28
You can't have one version of the game for some people and another for those you are targetting because of discrimination- you might as well put up "colored and white" drinking fountain signs on your homepage if that's the case.
TwoCents 2018-12-19 01:37:22
As I stated before... your rules have two exceptions-
1.) threats in-game terms
2,) Criticizing other players game-play.

I am allowed to state "you cheat players out of forge points" in no uncertain terms. It is specifically allowed by your rules and has been tolerated for thousands of other players who've said the same.
TwoCents 2018-12-19 02:34:40
Please provide me a detailed list of what I've done to earn this particular ban. Once you do I will be able to formulate an appeal of it.
TwoCents 2018-12-19 20:44:01
I am still waiting for a detailed answer as to what I was banned for so that I may begin my appeal of this ban.
TwoCents 2018-12-20 16:20:34
Still waiting for your answer so I may begin my appeal of this issue.
TwoCents 2018-12-21 18:28:12
Please answer so I may begin my appeal... don't pretend to answer and then don't.
Forge of Empires - Customer Support 2018-12-21 20:46:09
Hello TwoCents,

This ticket has been appealed for over a week. Your ban is completed and this ticket is concluded. Enjoy the game.

Happy Holidays!

Panacea
Community Manager
Forge of Empires, U.S.

TwoCents 2018-12-21 20:51:31
I'm sorry, but I haven't started yet, so obviously it hasn't been appealed yet.
TwoCents 2018-12-21 20:54:30
You have yet to compensate me the 20,000 of each type in Colonial Age for being unable to participate in guild-chat coordination and the thousands of troops... so I'd like the opportunity to make a rigorous appeal based upon the facts, not guesses as to what you MIGHT have possibly found offensive. You've yet to tell me exactly which words at which times on which days were offensive.
Forge of Empires - Customer Support 2018-12-21 20:55:47
Hello TwoCents,

There is no ban appeal if there is no ban. The ban concluded and therefore there is no further appeal. There will be no compensation for "lost items" during a ban. This ticket is concluded.

Happy Holidays!

Panacea
Community Manager
Forge of Empires, U.S.

TwoCents 2018-12-21 20:56:37
Your game rules specifically state that I have the right to appeal. It doesn't state "if the community manager purposefully ignores you for a week, then you lose that right."

Your game rules specifically say I have the right to appeal. I haven't done that yet. I asked a question. WHAT WAS I BANNED FOR!!!
Forge of Empires 2018-12-21 21:39:21

New Hello TwoCents,

This ban is concluded so there is no further ban appeal. This ticket is concluded. Enjoy the game.

Happy Holidays!

Panacea


It says I have the ability to appeal in your game rules. It doesn't say "UNLESS THE COMMUNITY MANAGER IGNORES YOU FOR A WEEK"

**Forge of Empires - Customer Support 2018-12-21 23:54:57**

Hello TwoCents,

Please do not create more than one ticket per issue. As this is a duplicate, we are closing this

ticket. If you wish to pose additional information, please post in the pre-existing ticket. Thank you for your cooperation and enjoy the game.

Kind regards,

Seriak
Co-Community Manager
Forge of Empires, U.S.

---

This ticket has been closed and can no longer be replied to.

## Attachments

This ticket currently has no attachments.

# View ticket

# A Metaphor for your consideration 1.2

**You 2018-12-19 03:02:49**

This isn't a duplicate of any other ticket. It is a metaphor for you.
https://www.youtube.com/watch?v=e7xDVKj1ubg

**Forge of Empires - Customer Support 2018-12-19 03:25:34**

Hello TwoCents,

Thanks... I think.  :)

Happy Holidays!

Panacea
Community Manager
Forge of Empires, U.S.

**You 2018-12-21 23:54:13**

So you think it was a compliment then?

**Forge of Empires - Customer Support 2018-12-21 23:55:16**

Exhibit 10 – Forge of Empires Support Tickets: TwoCents Submitted by Plaintiff Penny Quinteros
Case: 19-CV-1402 RSM - 800

Hello TwoCents,

Please do not create more than one ticket per issue. As this is a duplicate, we are closing this ticket. If you wish to pose additional information, please post in the pre-existing ticket. Thank you for your cooperation and enjoy the game.

Kind regards,

Seriak
Co-Community Manager
Forge of Empires, U.S.

---

This ticket has been closed and can no longer be replied to.

**Attachments**

**This ticket currently has no attachments.**

# View ticket

# Appeal TwoCents

**You 2018-12-22 00:18:05**

TwoCents 2018-12-11 00:32:45
What was I banned for? I didn't do anything against the rules.
TwoCents 2018-12-11 00:36:59
Pardon, I'll continue this appeal ban in a separate thread with a new title so I can keep track of it on my spreadsheet easier. It automatically puts "Appeal TwoCents" as the title otherwise.
Forge of Empires - Customer Support 2018-12-11 00:44:38
Hello TwoCents,

When you receive a report about being punished it means one or more messages were reported as being in violation of the Communications Rules. Usually this is because you have sent profanity, personal insults or otherwise offensive content through either the message or chat system.

Chat Rule Violation: real-life aggression You encouraged another player(s) to slit their wrists

Please review the GAME RULES to ensure you do not violate them again. Your ban is not subject to appeal and will remain in effect until the ban expires.

Happy Holidays!

Panacea
Community Manager
Forge of Empires, U.S.


TwoCents 2018-12-11 00:45:14
I was already warned for that behavior and I did not encourage or repeat it, just simply said I wasn't sorry for it.
TwoCents 2018-12-11 00:45:50
and I explained what happened. You can't double-punish me for it now. You already punished me for it!
TwoCents 2018-12-11 00:46:23
Please don't close my other ticket. I keep all these bans on a spreadsheet. If they all say "appeal twocents" it gets confusing.
TwoCents 2018-12-11 00:47:27
You found my behavior to be "offensive" and I'm appealing. - you punished me for that behavior in that thread. I didn't repeat it or bring it up again. So I don't see why I should be banned for it.
TwoCents 2018-12-11 00:48:41
What you should be doing is banning the player who posted the link to said material. Instead of me.
TwoCents 2018-12-11 00:49:28
https://support.innogames.com/t12765172

explain to me, where I said TODAY that someone should slit their wrists.
Forge of Empires - Customer Support 2018-12-11 00:52:48
Hello TwoCents,

I'm trying to locate where you were banned for this previously. When you've had 13 ban appeals in this year alone, it gets confusing. I will unban the account but enough is enough. You continue to slander your fellow players, they continue to slander you. No more "^^steals fps and lies and cheats" and I'll hold you all to the same standard. Its going to be a new year and we should go into it with a clean slate.

The account is now unbanned and will be monitored for compliance. Abide by the rules and enjoy the game. CLICK HERE to review the Game Rules

Happy Holidays!

Panacea
Community Manager
Forge of Empires, U.S.


TwoCents 2018-12-11 00:53:53
I was never banned for this at all. It's what I received my first WARNING for in Yorkton. The title of the thread is:
You found my behavior to be "offensive" and I'm appealing.
TwoCents 2018-12-11 00:56:12

You told me previously, that selling goods was a game activity. If they feel free to sell their goods in global chat, I should be free to DISPUTE said selling. You specifically told me on this subject, "I don't disagree". I'm not SLANDERING anyone. THEY DO everything I've said they've done. They just today got a player kicked out of his guild as retaliation for coming forward to say that he had, indeed, been cheated by blacklisted. I have several other players messaging me thanking me for my help pointing out this issue. THEY PRICE FIX, which is, in of itself scamming and which all of the blacklisted players are COMPLICIT IN. It's only fair and reasonable that I point it out.

TwoCents 2018-12-11 00:59:14

If they don't like it, they are free to disagree with me. I am referring to their in-game activity and that is allowed under the rules using appropriate language. I am referring only to their actions and not the player themselves.

They could for example say: I am an honest player with a good reputation

What they can't do is make up photoshopped screenshots of me threatening to "kill everyone" or whatever it said. That in itself is posting a link to real-life-aggressive behavior and is against the rules.

TwoCents 2018-12-11 01:03:14

Panacea - these diamond spending yahoos think they own the game and everyone in it. Someone has to stand up for the regular old joes. I'm the only one with enough tenacity and grit to do so. Please, please don't shut me down.

Forge of Empires - Customer Support 2018-12-11 01:03:40

Hello TwoCents,

However, situations change. In this case, you have MORE than made your point and your fellow players disagree with your assessment and feel you are insulting them. When a situation continues, then we must find ways to deescalate. In this case, we will no longer allow either party to continue to insult the other party. If these players "Price Fix", the other players will figure this out and no longer trade. It is not up to you to be the warning label. No further insulting of the blacklisted players and they will not be allowed to continue to insult you.

The account was banned for 24 hours and after your appeal, I have unbanned it. You were warned on 2018-10-18 22:46:19, 2018-10-21 23:24:24, and 2018-11-14 12:59:07. The account is now unbanned and will be monitored for compliance. Abide by the rules and enjoy the game. CLICK HERE to review the Game Rules

Happy Holidays!

Panacea
Community Manager
Forge of Empires, U.S.

TwoCents 2018-12-11 01:05:45

I mean like I pointed out over and over and over today. I hit them with a logical argument... you shouldn't be trusted because your guild has a history of cheating people.

And they respond with... "you're crazing, you're insane, you're posting death-threats, you're a bad mother and women shouldn't play video games,"

and you're banning ME?!
TwoCents 2018-12-11 01:06:40
No, I don't agree to this.
TwoCents 2018-12-11 01:09:42
The incident on the 14th had nothing whatsoever to do with global chat, and the incident on the 21st was because I used the word "cheater"... these aren't big issues. If you would clearly tell me what I can and cannot say they wouldn't have happened. I didn't realize that telling a person who cheats, "you are a cheater" was at all against the rules until you told me so. And I also often banter back and forth using profanity in private messages assuming it's equally-tolerated and used by the other party. I don't think either of those things should've received a warning. AND even if they deserved a warning, they shouldn't escalate to a ban. They simply weren't that big of a deal.
TwoCents 2018-12-11 01:11:00
If my fellow players feel that I am insulting them, perhaps they should go back to 5th grade English class and learn the difference between a noun and a verb.
TwoCents 2018-12-11 01:16:48
So... if we should also "go into this with a clean slate" are you also going to ask the players to give back all the tiles they took in GvG as retaliation from myself and other players who got cheated? Are you going to ask these diamond spending yahoos to stop belligerently badgering my guild with 30 sieges at a time because they have the goods (from cheating other players) to do so? Are you going to ask them to stop placing spies (alts) in my guild, so that I could, potentially move from my PC to my upstairs browser (which took all of 6 minutes) when I'm feeling sick and in pain without getting attacked and losing 6 sectors?

Propaganda is an acceptable means of warfare Panacea, it has a long historical tradition and frankly, outting their goods-selling-cheating practices is pretty much the only thing left to me, since I have NO WAY to compete otherwise.
Forge of Empires - Customer Support 2018-12-11 01:17:16
Hello TwoCents,

As I've said, enough is enough. You have been informed of how I will enforce the rules from this point forward.

I listened to your appeal and unbanned the account. Observe the Game Rules and abide by them.

Enjoy the game.

Happy Holidays!

Panacea
Community Manager
Forge of Empires, U.S.

TwoCents 2018-12-11 01:26:28

I don't think you've listened AT ALL. I'm not DOING anything wrong. And if Blacklisted wants to manufacture insult to get me banned. Too bad for them. They just started attacking me, out of the blue, yesterday. They didn't have to do that. They could've "made peace" but they didn't. All you're doing in handcuffing me. I mean, for Christ's sake, Enam put an fp on the last level of my arc just to prove he could "stick it in me" - said via Discord so I didn't report the conversation -

TwoCents 2018-12-11 01:30:54

They think they can get away with: calling me crazy, calling me a bad mother, photoshopping incidents of me, putting alts in my guild, paying people real $ to make alts for them, selling goods for one price, then after you have your fps in, raising the price. Price Fixing, and then of course let's not forget, retaliating against people who point out said behavior. And oh yeah... using you as a tool to oppress my voice.

TwoCents 2018-12-11 01:41:24

I mean please, look at this again. Look at the precedent you're setting. Anyone who calls people a "noob" or says "your city streets are crooked," or laughs at a person for building a Colosseum can now be banned because the other player "felt insulted?" We're talking about IN-GAME behavior! I'm restricting my comments to their IN-GAME behavior. I'm not saying they're cheating on their wives. I'm not saying they lied on their taxes. I'm talking about them going into global chat to solicit goods-buyers.

TwoCents 2018-12-11 01:44:48

They want to keep their GvG worlds, and their goods-selling-racketeering worlds separate. As if they can just go around cheating people without it getting mud on their boots. My goal is to make those worlds collide. It's not against the rules. At all, in any fashion. It's NEVER been against the rules. You are making up new rules as you go and it's simply not fair. You're giving them unfair protection that they don't need and really don't deserve.

TwoCents 2018-12-11 01:46:33

As you told me in J-world. That's what the ignore button is for. If they don't like what I'm saying, they can always just ignore me...

TwoCents 2018-12-11 01:59:41

If you do this, are you going to ban everyone in J world? And I do mean pretty much everyone. Everyone who says I have alts? Everyone who says I'm a man, or a "tranny." Anyone who brings up the fact I ever sent out a picture? Anyone who says I'm rude, mean, nasty, sad, crazy, lonely, need a hug, psycho, et al?

TwoCents 2018-12-11 02:01:11

Anyone who says, "I'm going to harass you out of the game by attacking every guild you're in and every guild you will be in"...

TwoCents 2018-12-11 02:14:18

I mean, you didn't bend the rules for me when people were saying that I was cheating the game. http://prntscr.com/ltebeh

Forge of Empires - Customer Support 2018-12-11 07:32:25

Hello TwoCents,

Once more for good measure- enough is enough. You have been informed of how we will enforce the rules from this point forward.

We've listened to your appeal and unbanned the account. Observe the Game Rules and abide by

them.

Enjoy the game.

Happy Holidays!

Panacea
Community Manager
Forge of Empires, U.S.


TwoCents 2018-12-11 11:34:34
You let me get harassed for THREE YEARS for outside of game issues, and those pansies complain they have hurt-feelings over IN-GAME issues and you suddenly change the rules?!!!!!!!? You are a monster!
TwoCents 2018-12-11 12:03:27
I have played this game for SIX F'ING YEARS! MY KIDS HAVE PLAYED SINCE THEY WERE 5 YEARS OLD! MY HUSBAND PLAYS, MY BROTHER IN LAW, MY NEPHEW, ALL MY FRIENDS. You will have to ban me. This isn't against the rules and I'm not letting you put special rules up just for me to continue your discrimination of me. Your "buddies" from blacklisted don't need nor deserve your protection. SO F'ING BAN ME!

http://prntscr.com/ltmyqu
TwoCents 2018-12-11 12:27:22
Ban me, ban my kids, ban my friends, ban everyone in my fucking guild. Ban me from support, ban me from messaging anyone, ban me from living, ban everyone in every fucking world on the US servers. If you ban me for doing this you will need to ban every player in all worlds on the entire fucking US SERVER. All because you're a stupid twit who wants to coddle those stupid blacklisted fucks from economic sanctions. It's time to go shoot myself in the head because you make the world a fucking DISGUSTING place to live in.
TwoCents 2018-12-11 13:48:56
Did you MUFFLE me in global chat on Y? Did you muffle all of blacklisted too?!
TwoCents 2018-12-11 18:11:52
They are still recruiting people to cheat and steal from. WTF?!
Forge of Empires - Customer Support 2018-12-11 20:56:53
Penny,

I know you are frustrated. I'm sorry. And I'm very sorry about your situation here at the holidays. We have to view the situation from all sides and it is being carefully monitored. But in all seriousness, please don't joke about suicide. It IS serious and I do not wish to think about you even considering this. If you need to talk to someone, please contact the National Suicide Prevention Lifeline at 1-800-273-8255 or talk to me even. I know I'm not your favorite person but I do care and I don't want anything to happen to you.

Panacea
TwoCents 2018-12-11 20:57:53
It's not a joke to me, and I hope you fucking realize the bullshit you've pushed onto me.

TwoCents 2018-12-11 21:00:23

Like I said, just ban me, ban my kids, ban my husband, ban my whole guild. Then the rich, entitled pricks your system rewards can clap themselves on the back and laugh at me some more and get a good chuckle out of how they used you to hurt me and mine.

TwoCents 2018-12-11 21:11:41

I honestly don't care anymore. Do what you want. You know you will anyway. Bye.

Forge of Empires - Customer Support 2018-12-12 19:20:43

Hello TwoCents,

I must ask that you remain civil in discussions with Support.

As to bans, we do not apply bans unless there is violation of a Game Rule. As long as everyone is abiding by the Game Rules, including one account per person, then everyone should be playing.

Happy Holidays!

Panacea
Community Manager
Forge of Empires, U.S.

TwoCents 2018-12-12 19:38:14

UHH Panacea, that was two days ago that I wrote that. And after I appealed the ban and you overturned it. I went to bed and didn't type anything else in global chat... at all.... I woke up to this chat ban. So why am I banned from chat again?

TwoCents 2018-12-12 20:16:37

You didn't answer any of these questions, just closed the tickets as "duplicate" without providing a response, So I'll be reposting them here - even though this ticket is about a previous ban, not this new chat ban...

APPEAL OF ALL BANS ON MY RECORD:

TwoCents2018-12-11 20:54:21

I didn't do anything to deserve a chat ban.

TwoCents2018-12-11 20:54:44

Point to one thing that I said AFTER you told me how you would start enforcing a "new rule" just for me.

LET'S TALK REASONABLY:

TwoCents2018-12-11 20:45:35

Ok, first off... I haven't targeted anyone. I have constructed a war-plan to target a bigger and much more powerful guild using the only means at my disposal. In order to take down a larger force, propaganda and economic sanctions are totally reasonable. I'm keeping my comments to totally true, yet pretty heinous acts they've committed. And clearly... it's working. It would really help if you would just stop getting in my way. There is no reason you have to ban me. This is an in-game issue. They don't need to sell goods in global chat. If they find the water there too hot, they can simply stop.

TwoCents2018-12-11 20:47:56

It wasn't my choice to have you respond to my tickets right around recalc...

Exhibit 10 – Forge of Empires Support Tickets: TwoCents Submitted by Plaintiff Penny Quinteros
Case: 19-CV-1402 RSM - 807

TwoCents2018-12-11 20:49:19

You did that, purposefully delaying responding to me until now. It wasn't an accident on your part.

TwoCents2018-12-11 20:52:58

I have spent hundreds of dollars buying diamonds... trying to keep up with these assholes. Money that I do not have and can't afford to spend. Purchases that I have hidden from my husband so he doesn't get mad. And you come in and hamstring me right at recalc - on purpose- because someone told you they felt slightly insulted that I said they cheated players on goods purchases... I mean really... did you tell them they're being big-fat-ass-babies?

TwoCents2018-12-11 20:56:12

Seriously... go look at how many diamonds I've purchased over the last year trying to fight these belligerent egotistical assholes? I do it because someone has to... it's not fair to let them just walk all over the little-guys.

PANACEA-READ THIS:

Come talk to me - anonymously - in person:

https://discord.gg/m2kVjg

I AM BEING DENIED SERVICE:

You are purposefully ignoring me in hopes that I will go away. You unfairly targeted me with a chat-ban. You have not told me what it's for, or what rules I supposedly violated to get such a ban. You haven't given me any information about it, and are denying me my right to appeal that you give to other players. Your denial of service has cost my guild thousands of goods and hundreds of troops. You are allowing yourself to be used as a means to target and harass me.

PANACEA – YOU NEED TO FIX THIS

Panacea. You need to fix this. Honestly... If you won't let me talk about them in global chat, they need to stop attacking my guild. End of story. They need to stop using their 80 pirate ships to harass and bully players.

http://prntscr.com/ltuexb

TwoCents2018-12-12 11:16:44

You want Y-world to be successful don't you? How long do you think people are going to play if the keep getting bullied by egotistical narcissistic men who think that buying special buildings give them the right to own everyone else? Like I said, I'm literally the only person fighting back against them, but I can't do it without help. Give me back the goods and troops lost yesterday when I lost those sectors. It wasn't fair... you took away my ability to coordinate with my guild, but you didn't take away theirs.

TwoCents2018-12-12 14:13:38

One extra one now. I think you owe my guild an apology about 300 troops and 10,000 of each CA good. People think they can take advantage of our guild because you "banned" me from talking without rhyme or reason.

TwoCents 2018-12-12 20:33:06

Copying this question too:

TwoCents 2018-12-12 20:12:20

I'm sorry, but you made me wait 24 hours to tell me "we've concluded this inquiry?" You're closing my new responses as "duplicates" then taking things I've written 2 days ago as if they're new.

I have legitimate questions about this chat-ban. Namely why you put it in place after you removed the erroneous ban from two nights ago... Please answer my questions instead of closing them as duplicates. Or at least copy them over into the one-thread if you won't answer.
TwoCents 2018-12-12 22:02:06
What do you mean "one account per person." I don't have two accounts. Just this one. And I can 100% prove it to you beyond any reasonable doubt.
Forge of Empires - Customer Support 2018-12-12 22:28:56
Hello TwoCents,

Every open ticket must be addressed which is why we ask that you limit one issue per ticket and do not open multiple tickets of which you have opened appx 8 today and 10 yesterday. You should have one ticket open that addresses your latest chat ban that you have questions regarding. So pick the ticket you wish us to converse and I'll close the rest and we can have a chronological conversation that you (and I) will be able to follow.

Happy Holidays!

Panacea
Community Manager
Forge of Empires, U.S.

TwoCents 2018-12-12 22:30:30
OK, this one is fine.
TwoCents 2018-12-12 22:50:51
Ok, so I don't think I'm understanding well. Can we clarify the order of events? I was warned around the middle of November not to call blacklisted members "cheaters or scammers." During that conversation you said that you did not disagree with me that if it's a part of the game to solicit goods, it's an equal part of the game to stop the solicitation of goods.
I started to criticize blacklisted's sale of goods by saying things such as ^^do not trust this player to sell you goods, they will cheat you out of fps.
Fast forward to Monday, I was doing the same. Blacklisted took exception and started to post links to things said previously. I responded (in what I thought was a reasonable way) to these link-posts admitting I had said them in the past.
Around 9:30 my time, I got kicked out of the game, and when I tried to log in, had a game-ban. I asked you what it was for and you said telling a player to slit his wrists. I explained that was an incident that happened in October and which I'd already been punished for. You then explained your position that I, personally, would no longer be able to say things stopping Blacklisted from selling goods. I disagreed vehemently.
I did not log back into the game at that time, but went to my bed. I logged in via my phone once to put points on someone's arc.
I woke up the next morning to a chat-ban and I have no idea what it is, why I received it, or how long you plan on having it in place. I asked for clarification, but you haven't provided it yet.

Can we start there?
Forge of Empires - Customer Support 2018-12-13 19:15:10
Hello TwoCents,

Exhibit 10 – Forge of Empires Support Tickets: TwoCents Submitted by Plaintiff Penny Quinteros
Case: 19-CV-1402 RSM - 809

Your chat ban was initiated when players reported insulting behavior. The chat ban was placed and will remain in effect for 7 days. Should you use your husband's account to continue the behavior then I will extend the chat ban to that account as well. Insulting, including those statements you feel are "true" such as "^^do not trust this player to sell you goods, they will cheat you out of fps. "

Please review the GAME RULES to ensure you do not violate them again. Your ban is not subject to appeal and will remain in effect until the ban expires.

Happy Holidays!

Panacea
Community Manager
Forge of Empires, U.S.


TwoCents 2018-12-13 20:13:39
I have never used my husband's account. Why do you think he didn't say anything in the morning? I was waiting for him to get home from work so he could use it himself. I don't care if they "reported" me for insulting behavior, since I didn't PERFORM any insulting behavior their reports are meaningless.
TwoCents 2018-12-13 20:14:39
As far as, "do not trust this player to sell you goods," I'll keep my comments to my friends and guild so long as you ask blacklisted to only solicit goods within their friends and guild.
TwoCents 2018-12-13 20:15:18
If you want to warn my husband of a behavior, I suggest you follow your own rules and warn him. It's not my responsibility to do so.
TwoCents 2018-12-13 20:17:30
You have also not identified what insulting behavior it is that I may/may not have done. Furthermore, it is SPECIFICALLY allowed within your rules to criticize the way other players play the game. You cannot and will not enforce a "special" rule on me. Know why? Because it's ILLEGAL.
TwoCents 2018-12-13 20:18:21
This is now going on 72 hours waiting for you to tell me what "insulting" behavior I performed. If you cannot give me a clear explanation I just have to assume it's because I didn't perform any insulting behavior.
TwoCents 2018-12-13 20:51:12
And, what I have been saying is 100% true for EVERY blacklisted player, and I can prove it as of today.
TwoCents 2018-12-13 21:13:09
I still insist you tell me EXACTLY what it is I said or did that created this chat-ban on me.
Forge of Empires - Customer Support 2018-12-13 21:51:25
Hello TwoCents,

Examples such as "liars", "cheats", "thieves" or even ""^^do not trust this player to sell you goods, they will cheat you out of fps" are all considering to be insults. Not to mention,

encouraging players to kill themselves or do harm which we have discussed before. The rule is simple- Do not insult other players.

As to your husband, I will address his behavior should the need arise. I was making certain that you were not using his account. When exact phrasing is being used on two or more accounts, then we must conclude that the possibility is there that you are using more than one account.

Please review the GAME RULES to ensure you do not violate them again. Your ban is not subject to appeal and will remain in effect until the ban expires.

Panacea
Community Manager
Forge of Empires, U.S.
TwoCents 2018-12-13 22:26:47
Yeah, well it insults me that they have free-reign to solicit goods buyers under false pretenses. Their actions hurt everyone in Yorkton, and they gain an unfair economic advantage which causes me to feel insulted and pressured to buy diamonds with money I don't have to keep up with their scamming ways. Are you going to stop them from soliciting goods?

It wasn't "exact phrasing"... my husband is from Chile and has trouble with English spelling. Unless he specifically asks me how to spell a word, I'm pretty sure you can see the differences in the grammar and spelling usages.

You haven't explained yet how I could "insult" someone while I was sleeping. And I have already been punished for that asking B-Rad to do the world a favor by offing himself.
TwoCents 2018-12-13 22:37:32
Your rules specifically state:

InnoGames does not accept any publications that the Forge of Empires Team considers illegal, insulting, offensive, threatening, abusive, real-life-aggressive, sexually explicit, pornographic (including, but not limited to drawings and animations), politically extreme, religiously fanatic, endangering youth, racist, playing down the use of illegal drugs or alcohol, or promoting the use of
said substances or in any way inappropriate.POSTING LINKS TO SUCH CONTENT IS ALSO NOT ALLOWED.

If my actions were "insulting," then my definition Enamiccug's actions were also insulting when he posted a link to that "insulting behavior." Yet... I still see him chatting in global chat every day. I see Barth there, I see Full Monte there... These players have called me "crazy" "insane" "psycho" "unhinged" "bitch" "stupid" and pretty much any other insult there is in the book. I said they stole fps from people. Clearly your priority is not on enforcing the game rules. It's on discriminating against me and denying me service to your game.
TwoCents 2018-12-13 22:39:24
It is impossible for me to get a chat-ban while sleeping. aka not posting on Forge of Empires. Therefore I'm asking for redress for your illegal and discriminatory actions in the form of 15,000 of each type of colonial age good, and 1,000 troops distributed across my guild members.

TwoCents 2018-12-13 22:42:06
Please post here where I referred to any specific person on Monday Night and told them to kill themselves. Also please post here where I called anyone specifically on Monday night a liar, cheat or thief (assuming they weren't lying, cheating or stealing. I still maintain that truth can never be offensive).
TwoCents 2018-12-13 22:43:35
And could you please respond to ALL of my comments, instead of just the most recent ones?
Forge of Empires - Customer Support 2018-12-13 23:35:27
Hello TwoCents,

This is not related solely to Monday night. This is a ban related to a series of cummulative statements, insults and behaviors. You will not be remunerated for a ban.

As to other player's actions, as we have discussed numerous times, we will investigate but you will not be informed as to the results of the investigation or any action(s) taken with another player.

Please review the GAME RULES to ensure you do not violate them again. Your ban is not subject to appeal and will remain in effect until the ban expires.

Happy Holidays!

Panacea
Community Manager
Forge of Empires, U.S.


TwoCents 2018-12-13 23:37:08
I will be remunerated for this ban. I hadn't done any "cumulative" things to indicate I needed a ban, other than what you told me specifically would be allowed. It's not my fault you changed your mind.
TwoCents 2018-12-13 23:38:22
Let me ask you, do you really think what you're doing here is de-escalating the situation? You're unfairly targeting the ONE person in the game you knew would respond poorly to being unfairly targeted. And you're allowing players to take advantage of me while I'm being unfairly targeted by you. How is that "de-escalating" the situation?
TwoCents 2018-12-14 10:52:15
I want to know why I was banned for sleeping.
TwoCents 2018-12-14 18:57:00
Could you please explain what "cumulative" statements I was banned for? I have been the model of good-behavior. If you specifically allowed me to criticize another player's game play using appropriate language, and you explain to me that I CAN say "this player with cheat you on fps" then later you change your mind and say you CANNOT say that... that's not really my fault. You have to explain the rule you want to apply to me, and give me time to adapt to it. You can't change the rule then retroactively ban me for it...
TwoCents 2018-12-14 23:50:15
And again you are closing my tickets without giving me an answer here. Please provided the

cumulative summary of information you used to make your decision to deny me service.
Forge of Empires - Customer Support 2018-12-16 01:33:34
Hello TwoCents,

1. We will not be compensating you for any "lost" anything that occurred while your account was under a ban.
2. While I do hope to de-escalate the situation, I do have an obligation to answer your questions and to provide accurate and definitive answers.
3. You were not banned for sleeping. The ban occurred for a continuing pattern of insulting fellow players.
4, We will not be providing a list of statements as most of these were covered on previous game bans. It is not a case of saying "This player is a cheat" or "This player will cheat" but continuing to say these things, not once, but every time another player speaks sets up a pattern of insulting behavior(s) that will not be allowed in FOE chat.
5. First, you have not been denied service. You may continue to play your game. This is a chat ban and is limited to chat. Two, we answered each of your other tickets before closing them.

Enjoy the game.

Happy Holidays!

Panacea
Community Manager
Forge of Empires, U.S.

TwoCents 2018-12-16 02:00:39
What is the "continuing pattern of insulting fellow players" that you are referring to?
You will compensate me for the ban, because it is illegal
I didn't get any other game bans in Y world, so what do you mean "covered on previous game bans."
You told me it was acceptable to criticize their goods-selling practices using language like, this player cheats you on fp sales, which is what I've restricted my language to.
I have been denied service. You treat me differently than you do other players.
Forge of Empires - Customer Support 2018-12-16 02:04:17
Hello TwoCents,

You have been instructed to not insult other players. To say something once and to say it repeatedly over and over produces a pattern of behavior that is unacceptable. I do apologize for saying "game bans", I meant to say "game tickets". You have not been denied service as your game can be played. All players are held to the same game rules. Enjoy the game.

Happy Holidays!

Panacea
Community Manager
Forge of Empires, U.S.

TwoCents 2018-12-16 02:05:58
Panacea, I honestly do not know what these other players are putting in their reports to you, but I know what is in their "party line." They are saying that I am upset because of them taking NPC GvG sectors and that's why I've gone on this campaign against them. I can prove 100% beyond a reasonable doubt to you that they are LYING on that issue, and I think you need to consider if they are lying on that issue, they are lying on many issues.
on 7/28 I advised you of a cheating scheme with blacklisted - you did nothing in response
on 8/27 I asked you to help me with the diamond players who were domineering the world
it wasn't until 10/19 that I made the comments to B-Rad about slitting his wrists for the benefit of the world.

THEY ARE LYING TO YOU! and you continue to punish me instead of them.
TwoCents 2018-12-16 02:09:11
I can only play a portion of the game... that's not service. As any long-term player will tell you, interaction with other players is a crucial part of the game play and you're preventing that.
Forge of Empires - Customer Support 2018-12-16 02:11:57
Hello TwoCents,

In the case of a chat ban, we do not base any bans off what a player states in a ticket but on what is documented in the saved chat ban logs when a player is reported.

I understand you believe them to be lying. Even should what you say to be true proves true, there is no rule against a player negotiating goods for one price and then changing it. In fact, there is no rules regarding trades so a player could, in theory, offer you gold for $1 and then not conclude it till you ponied up 1000 forge points. Or any other scenario like that. Is it fair? Probably not, but there is no rule against it. Can you say, "Hey, he scammed me". Yes, we'd allow it. But not over and over and over again for months. Nor can you call them "liars", "cheats' "thief" or any other insult because insulting another player is against the rules.

Enjoy the game.

Happy Holidays!

Panacea
Community Manager
Forge of Empires, U.S.

TwoCents 2018-12-16 02:13:14
I didn't get instructed NOT to tell them "don't buy goods from this player, they will cheat you of fps" until Monday night when you told me it wouldn't be allowed. I can't be held responsible for things said before you changed your mind. After you told me it would "no longer be allowed" I went to bed... Look at your own words, "Once more for good measure- enough is enough. You have been informed of how we will enforce the rules FROM THIS POINT FORWARD."

From the point you told me "enough is enough" I did nothing.

Exhibit 10 – Forge of Empires Support Tickets: TwoCents Submitted by Plaintiff Penny Quinteros
Case: 19-CV-1402 RSM - 814

TwoCents 2018-12-16 02:15:50

Telling me "from this point forward it will no longer be allowed," necessitates the meaning that from that point backwards it WAS allowed. Which is why I'm asking you... if I only did behavior that was specifically allowed by you, and written out in game tickets.... WHAT IS MY CHAT BAN FOR?!

TwoCents 2018-12-16 02:23:39

This is exactly my point Panacea - I'm not saying they're cheating the game-system... there are LOTS of things in the game system that people might find offensive. Extorting players for fps not to plunder for example... might be offensive to some players, but it is specifically allowed.

What I'm doing is pointing out their in-game behavior using appropriate language. The world of Y NEEDS me to do this, because if I don't other people who come forward get retaliated against by blacklisted... including Rufus T. Firefly and Langlais the first had his guild attacked by blacklisted when he complained about the fp-deal scam, and the second got kicked out of his guild when Barth muscled his guild-leaders after he came forward to say his entire GUILD had a message-thread warning of blacklisted cheating several of their members.

Lastly, their price-setting behavior affects everyone in Y-world. It is a scam against the entire community and it has to stop. It is creating a plutocracy in the world instead of a meritocracy. Teddy Roosevelt himself said, "of all forms of tyranny the least attractive and the most vulgar is the tyranny of mere wealth, the tyranny of a plutocracy." In order to bust up a plutocracy the little-guys HAVE to be given equal access to power, such as the power of free speech. If one of our presidents thought their behavior was the most vulgar, then I don't see any problem with pointing this vulgarity out.

TwoCents 2018-12-16 02:27:29

I'm sorry, I'd like to clarify... with this goods-cheating-scheme and price-fixing-scheme they aren't breaking the game rules as indicated above. They are still cheating the game system because they PAY people $$ to get forge points from them, specifically that is not allowed and was reported to you on 07/28/2018

TwoCents 2018-12-16 02:37:14

Panacea,

I can't have a rational conversation with you when you purposefully only respond about once a day and that's at times you know I'm busy. I think it's only fair that you allot a chunk of time to deal with this issue and give me a fair chance to reason with you. You are putting a LOT of stress on me over this during times that I can least afford it (due to the issue with the lawyer, having no $ at the holidays, etc). Quite literally on Wednesday I FORGOT to take my son to school because I busy checking my messages for a response from you.

Maybe other players wouldn't care about a global/guild/whisper chat ban... but I literally named myself TwoCents because I understand the power language can have. It's probably the most important tool in this game - hands down.

TwoCents 2018-12-17 23:37:54

I'm sorry, I still have received no response to this ticket.

TwoCents 2018-12-18 01:39:58

First, You stated in this thread: "Can you say, "Hey, he scammed me". Yes, we'd allow it. But not over and over and over again for months. Nor can you call them "liars", "cheats' "thief" or any other insult because insulting another player is against the rules."

I didn't say anything "over and over again for months" at most I started on October 31st and went through till December 10th with your SPECIFIC permission that it was ok as outlined below. Additionally I did not call anyone a liar, cheat, or thief... I kept my words relegated to their in-game behavior. I didn't 'you're a thief' I said... do not trust this player to sell you goods. He will scam you of fps. The word "scam, lie, steal" in all of my statements from October forward were VERBS. They couldn't meet your criteria of being an insulting label or name. It is literally impossible in the English language for your allegation to be true.

You stated on:
11/26/2018 An appeal of all bans on my record - you are ALLOWED to verbally confront any player you wish. YOU ARE NOT allowed to use profanity - I didn't us profanity and you banned me.
10/23/2018 I was told (again) that my behavior was "offensive" - You however, may still not call him insulting NAMES. You MAY however state what happened.
10/30/2018 Moderators abusing support system - Actually we HAVE discussed this. You can not use LABELS such as "scammers, liars, cheats, pedofiles" which insult individual players. You MAY attack guilds with game related information buy you may NOT insult other players. - I refrained from LABELING these players "scammers liars or cheats"
10/31/2018 Moderators abusing support system I do not disagree with your logic: There is nothing "harassing" about these behaviors. It takes a lot of time, effort, and good game-play on my behalf to be able to do them successfully. It's not any different than people going into global chat and asking for friends or guild members. It's community-engagement for a cause... As long as you do not insult another player ('insult' as defined "speak to or treat with disrespect or scornful abuse") then there should not be an issue. – specifically I stated the behaviors "I should be allowed to stop this solicitation [of goods ] by whatever means necessary to stop them from building up their cities thus denying them the ability to better be able to attack me.
You SPECIFICALLY stated that there was nothing harassing about stopping blacklisted's solicitation of goods via whatever means necessary. You clarified this by saying "so long as you do not insult players" You stated by insult you meant using the labels "scammers, liars or cheats" or using profanity. I did neither of those things.

You stated a series of conditions and rules that you felt would meet the "insulting" criteria, and my behavior was far below that criteria.
TwoCents 2018-12-18 01:49:01
What you're saying here with this partial ban is that I can sit in the back of the bus with the rest of the women, but I can't sit at the front of the bus with the men. Just allowing service isn't enough. You have to provide me the SAME and EQUITABLE treatment regardless of my gender... which you don't.
TwoCents 2018-12-18 01:55:25
You keep saying that I "insulted" players, which you seem to take as the holy-grail of the Inno rules allowing you to do whatever you want. May I advise you to re-read the rules. There are two exceptions where it is OK to insult other players as detailed out in the rules:
1.) when criticizing another players game-play
2.) when making in-game threats

What I was doing fit within the parameters of the first exception to the rules.

Please find a copy here: https://en0.forgeofempires.com/page/the_game/rules/
TwoCents 2018-12-18 13:36:38
If the ban was for 7 days? Why am I not un-banned?
Forge of Empires - Customer Support 2018-12-19 00:41:12
Hello TwoCents,

I am the Community Manager of the U.S. server and an InnoGames employee. As such, all aspects of the game, rules, players, and moderators are my responsibility.

As the Game Rules state: The Community Management of the US version of Forge of Empires are the final arbiters of any rules dispute. Their interpretation of these rules is final.

The account is now unbanned and will be monitored for compliance. Abide by the rules and enjoy the game. CLICK HERE to review the Game Rules

Happy Holidays!

Panacea
Community Manager
Forge of Empires, U.S.

TwoCents 2018-12-19 01:17:33
You failed to answer my most basic question... what was I banned for? I cannot begin to compose my appeal until I have a compilation of the details of what I supposedly did wrong.
Forge of Empires - Customer Support 2018-12-19 01:20:16
Hello TwoCents,

There is no further need for any appeal as the ban is concluded. We answered your "most basic question" multiple times. You were banned for insulting other players. The account is now unbanned and will be monitored for compliance. Abide by the rules and enjoy the game. CLICK HERE to review the Game Rules

Happy Holidays!

Panacea
Community Manager
Forge of Empires, U.S.

TwoCents 2018-12-19 01:25:21
You are an employee of InnoGames and you live in the United States, therefore you are not the final arbiter because you still have to comply with the law(s) which prevent discrimination in public accommodations. At this point you haven't even provided a reason for my 8-day denial of service. Which I am still asking (as I have everyday for 8 days) so that I may BEGIN my appeal.
TwoCents 2018-12-19 01:28:48
You need to tell me EXACTLY what I said with a timestamp. If it is cumulative then you need to provide the EXACT thing thaI said in each instance with the date and time of each entry.

Exhibit 10 – Forge of Empires Support Tickets: TwoCents Submitted by Plaintiff Penny Quinteros
Case: 19-CV-1402 RSM - 817

Anything less is preventing me from formulating my appeal. Furthermore if I do not know what I did wrong how am I to prevent the action in the future?

Forge of Empires - Customer Support 2018-12-19 01:30:41

Hello TwoCents,

Here is the reason for your ban: Insults to other players in Global Chat/Messaging

We will be providing NO additional information as you have received this on multiple tickets at the time of occurrence.

There was no "denial of service".

As the Game Rules state: The Community Management of the US version of Forge of Empires are the final arbiters of any rules dispute. Their interpretation of these rules is final.

The account is now unbanned and will be monitored for compliance. Abide by the rules and enjoy the game. CLICK HERE to review the Game Rules

Happy Holidays!

Panacea
Community Manager
Forge of Empires, U.S.

TwoCents 2018-12-19 01:32:47

I have received NO SUCH information. It doesn't exist in prior warnings or anywhere because you have not provided it to me. I would like to begin my appeal, so please provide me the information I am requesting to do so.

TwoCents 2018-12-19 01:34:28

You can't have one version of the game for some people and another for those you are targetting because of discrimination- you might as well put up "colored and white" drinking fountain signs on your homepage if that's the case.

TwoCents 2018-12-19 01:37:22

As I stated before... your rules have two exceptions-

1.) threats in-game terms

2,) Criticizing other players game-play.

I am allowed to state "you cheat players out of forge points" in no uncertain terms. It is specifically allowed by your rules and has been tolerated for thousands of other players who've said the same.

TwoCents 2018-12-19 02:34:40

Please provide me a detailed list of what I've done to earn this particular ban. Once you do I will be able to formulate an appeal of it.

TwoCents 2018-12-19 20:44:01

I am still waiting for a detailed answer as to what I was banned for so that I may begin my appeal of this ban.

TwoCents 2018-12-20 16:20:34
Still waiting for your answer so I may begin my appeal of this issue.
TwoCents 2018-12-21 18:28:12
Please answer so I may begin my appeal... don't pretend to answer and then don't.
Forge of Empires - Customer Support 2018-12-21 20:46:09
Hello TwoCents,

This ticket has been appealed for over a week. Your ban is completed and this ticket is concluded. Enjoy the game.

Happy Holidays!

Panacea
Community Manager
Forge of Empires, U.S.


TwoCents 2018-12-21 20:51:31
I'm sorry, but I haven't started yet, so obviously it hasn't been appealed yet.
TwoCents 2018-12-21 20:54:30
You have yet to compensate me the 20,000 of each type in Colonial Age for being unable to participate in guild-chat coordination and the thousands of troops... so I'd like the opportunity to make a rigorous appeal based upon the facts, not guesses as to what you MIGHT have possibly found offensive. You've yet to tell me exactly which words at which times on which days were offensive.
Forge of Empires - Customer Support 2018-12-21 20:55:47
Hello TwoCents,

There is no ban appeal if there is no ban. The ban concluded and therefore there is no further appeal. There will be no compensation for "lost items" during a ban. This ticket is concluded.

Happy Holidays!

Panacea
Community Manager
Forge of Empires, U.S.


TwoCents 2018-12-21 20:56:37
Your game rules specifically state that I have the right to appeal. It doesn't state "if the community manager purposefully ignores you for a week, then you lose that right."

Your game rules specifically say I have the right to appeal. I haven't done that yet. I asked a question. WHAT WAS I BANNED FOR!!!
Forge of Empires 2018-12-21 21:39:21

New Hello TwoCents,

Exhibit 10 – Forge of Empires Support Tickets: TwoCents Submitted by Plaintiff Penny Quinteros
Case: 19-CV-1402 RSM - 819

This ban is concluded so there is no further ban appeal. This ticket is concluded. Enjoy the game.

Happy Holidays!

Panacea


It says I have the ability to appeal in your game rules. It doesn't say "UNLESS THE COMMUNITY MANAGER IGNORES YOU FOR A WEEK"

**Forge of Empires - Customer Support 2018-12-22 00:23:32**

Hello TwoCents,

Please do not create more than one ticket per issue. As this is a duplicate, we are closing this ticket. If you wish to pose additional information, please post in the pre-existing ticket. Thank you for your cooperation and enjoy the game.

Kind regards,

Seriak
Co-Community Manager
Forge of Empires, U.S.

_____

This ticket has been closed and can no longer be replied to.

**Attachments**

**This ticket currently has no attachments.**

# View ticket

# Seriak - Question for you

**You 2018-12-22 00:30:16**

How many people have you banned for saying "do not buy goods from this person, they will cheat you on fps"?

**Forge of Empires - Customer Support 2018-12-22 00:36:01**

Hello TwoCents,

Exhibit 10 – Forge of Empires Support Tickets: TwoCents Submitted by Plaintiff Penny Quinteros
Case: 19-CV-1402 RSM - 820

If the conversation was limited to the information you provided, I do not believe a ban would be warranted in this case.

Kind regards,

Seriak
Co-Community Manager
Forge of Empires, U.S.

**You 2018-12-22 00:38:16**

So, it wouldn't deserve a 7 day ban?

**You 2018-12-22 00:38:53**

As the co-community manager, you should know... why did Panacea ban ME for it when she doesn't ban other players (other than her gender-discrimination which I'm already aware of).

**You 2018-12-22 00:40:27**

Could you please go into global chat and yank the two yahoos who think it's funny to call me sad, lonely and crazy...

**You 2018-12-22 00:40:45**

Instead of you know... banning me for doing nothing wrong?

**Forge of Empires - Customer Support 2018-12-22 00:42:53**

If the CM of the US server has banned you for breaching our communication rules.  You will need to reach out to them to determine why.  I would not be able to interfere in this process.

I apologize for any inconvenience.

Please do report anyone you feel is breaking our communication rules.

Kind regards,

Seriak
Co-Community Manager
Forge of Empires, U.S.

**You 2018-12-22 00:45:22**

I asked and asked and asked and she wouldn't say why. And I AM reporting them.. I have been reporting them. Please DO SOMETHING ABOUT IT. Thank you very much.

**You 2018-12-22 00:53:56**

Seriak, no offense, but I feel I have every right to verbally defend myself if confronted. It's a human right. You don't yank these players, then I WILL take them out behind the woodshed and mess em up (verbally speaking of course). And it will be your fault for not enforcing your game rules that such steps were necessary.

**You 2018-12-22 01:07:51**

You know Seriak... I just seriously can't believe this unequal SHIT you moderators pull. Men are apparently given free reign to call me a "crazy, unstable, unhinged, stupid woman" and yet I can't say that they cheat when they sell goods to people.

---

This ticket has been closed and can no longer be replied to.

**Attachments**

**This ticket currently has no attachments.**

# View ticket

# A Metaphor for your consideration 1.3

**You 2018-12-21 23:59:17**

This isn't a duplicate of any other ticket. It is a metaphor for you.
https://www.youtube.com/watch?v=e7xDVKj1ubg
Forge of Empires - Customer Support 2018-12-19 03:25:34
Hello TwoCents,

Thanks... I think. :)

Happy Holidays!

Panacea
Community Manager
Forge of Empires, U.S.

TwoCents 2018-12-21 23:54:13
So you think it was a compliment then?
Forge of Empires - Customer Support 2018-12-21 23:55:16
Hello TwoCents,

Exhibit 10 – Forge of Empires Support Tickets: TwoCents Submitted by Plaintiff Penny Quinteros
Case: 19-CV-1402 RSM - 822

Please do not create more than one ticket per issue. As this is a duplicate, we are closing this ticket. If you wish to pose additional information, please post in the pre-existing ticket. Thank you for your cooperation and enjoy the game.

Kind regards,

Seriak
Co-Community Manager
Forge of Empires, U.S.

Exactly what ticket is this a duplicate of? If you're so insistent in closing them?

**Forge of Empires - Customer Support 2018-12-22 01:26:21**

Hello TwoCents,

Please do not create more than one ticket per issue. As this is a duplicate, we are closing this ticket. If you wish to pose additional information, please post in the pre-existing ticket. Thank you for your cooperation and enjoy the game.

Kind regards,

Sgt. Bothari
Co-Community Manager
Forge of Empires, U.S.

---

This ticket has been closed and can no longer be replied to.

**Attachments**

This ticket currently has no attachments.

# View ticket

# Appeal TwoCents

**You 2018-12-22 01:41:57**

Exhibit 10 – Forge of Empires Support Tickets: TwoCents Submitted by Plaintiff Penny Quinteros
Case: 19-CV-1402 RSM - 823

TwoCents 2018-12-11 00:32:45
What was I banned for? I didn't do anything against the rules.
TwoCents 2018-12-11 00:36:59
Pardon, I'll continue this appeal ban in a separate thread with a new title so I can keep track of it on my spreadsheet easier. It automatically puts "Appeal TwoCents" as the title otherwise.
Forge of Empires - Customer Support 2018-12-11 00:44:38
Hello TwoCents,

When you receive a report about being punished it means one or more messages were reported as being in violation of the Communications Rules. Usually this is because you have sent profanity, personal insults or otherwise offensive content through either the message or chat system.

Chat Rule Violation: real-life aggression You encouraged another player(s) to slit their wrists

Please review the GAME RULES to ensure you do not violate them again. Your ban is not subject to appeal and will remain in effect until the ban expires.

Happy Holidays!

Panacea
Community Manager
Forge of Empires, U.S.

TwoCents 2018-12-11 00:45:14
I was already warned for that behavior and I did not encourage or repeat it, just simply said I wasn't sorry for it.
TwoCents 2018-12-11 00:45:50
and I explained what happened. You can't double-punish me for it now. You already punished me for it!
TwoCents 2018-12-11 00:46:23
Please don't close my other ticket. I keep all these bans on a spreadsheet. If they all say "appeal twocents" it gets confusing.
TwoCents 2018-12-11 00:47:27
You found my behavior to be "offensive" and I'm appealing. - you punished me for that behavior in that thread. I didn't repeat it or bring it up again. So I don't see why I should be banned for it.
TwoCents 2018-12-11 00:48:41
What you should be doing is banning the player who posted the link to said material. Instead of me.
TwoCents 2018-12-11 00:49:28
https://support.innogames.com/t12765172

explain to me, where I said TODAY that someone should slit their wrists.
Forge of Empires - Customer Support 2018-12-11 00:52:48
Hello TwoCents,

I'm trying to locate where you were banned for this previously. When you've had 13 ban appeals

in this year alone, it gets confusing. I will unban the account but enough is enough. You continue to slander your fellow players, they continue to slander you. No more "^^steals fps and lies and cheats" and I'll hold you all to the same standard. Its going to be a new year and we should go into it with a clean slate.

The account is now unbanned and will be monitored for compliance. Abide by the rules and enjoy the game. CLICK HERE to review the Game Rules

Happy Holidays!

Panacea
Community Manager
Forge of Empires, U.S.


TwoCents 2018-12-11 00:53:53
I was never banned for this at all. It's what I received my first WARNING for in Yorkton. The title of the thread is:
You found my behavior to be "offensive" and I'm appealing.
TwoCents 2018-12-11 00:56:12
You told me previously, that selling goods was a game activity. If they feel free to sell their goods in global chat, I should be free to DISPUTE said selling. You specifically told me on this subject, "I don't disagree". I'm not SLANDERING anyone. THEY DO everything I've said they've done. They just today got a player kicked out of his guild as retaliation for coming forward to say that he had, indeed, been cheated by blacklisted. I have several other players messaging me thanking me for my help pointing out this issue. THEY PRICE FIX, which is, in of itself scamming and which all of the blacklisted players are COMPLICIT IN. It's only fair and reasonable that I point it out.
TwoCents 2018-12-11 00:59:14
If they don't like it, they are free to disagree with me. I am referring to their in-game activity and that is allowed under the rules using appropriate language. I am referring only to their actions and not the player themselves.
They could for example say: I am an honest player with a good reputation

What they can't do is make up photoshopped screenshots of me threatening to "kill everyone" or whatever it said. That in itself is posting a link to real-life-aggressive behavior and is against the rules.
TwoCents 2018-12-11 01:03:14
Panacea - these diamond spending yahoos think they own the game and everyone in it. Someone has to stand up for the regular old joes. I'm the only one with enough tenacity and grit to do so. Please, please don't shut me down.
Forge of Empires - Customer Support 2018-12-11 01:03:40
Hello TwoCents,

However, situations change. In this case, you have MORE than made your point and your fellow players disagree with your assessment and feel you are insulting them. When a situation continues, then we must find ways to deescalate. In this case, we will no longer allow either

party to continue to insult the other party. If these players "Price Fix", the other players will figure this out and no longer trade. It is not up to you to be the warning label. No further insulting of the blacklisted players and they will not be allowed to continue to insult you.

The account was banned for 24 hours and after your appeal, I have unbanned it. You were warned on 2018-10-18 22:46:19, 2018-10-21 23:24:24, and 2018-11-14 12:59:07. The account is now unbanned and will be monitored for compliance. Abide by the rules and enjoy the game. CLICK HERE to review the Game Rules

Happy Holidays!

Panacea
Community Manager
Forge of Empires, U.S.


TwoCents 2018-12-11 01:05:45
I mean like I pointed out over and over and over today. I hit them with a logical argument... you shouldn't be trusted because your guild has a history of cheating people.

And they respond with... "you're crazing, you're insane, you're posting death-threats, you're a bad mother and women shouldn't play video games,"

and you're banning ME?!
TwoCents 2018-12-11 01:06:40
No, I don't agree to this.
TwoCents 2018-12-11 01:09:42
The incident on the 14th had nothing whatsoever to do with global chat, and the incident on the 21st was because I used the word "cheater"... these aren't big issues. If you would clearly tell me what I can and cannot say they wouldn't have happened. I didn't realize that telling a person who cheats, "you are a cheater" was at all against the rules until you told me so. And I also often banter back and forth using profanity in private messages assuming it's equally-tolerated and used by the other party. I don't think either of those things should've received a warning. AND even if they deserved a warning, they shouldn't escalate to a ban. They simply weren't that big of a deal.
TwoCents 2018-12-11 01:11:00
If my fellow players feel that I am insulting them, perhaps they should go back to 5th grade English class and learn the difference between a noun and a verb.
TwoCents 2018-12-11 01:16:48
So... if we should also "go into this with a clean slate" are you also going to ask the players to give back all the tiles they took in GvG as retaliation from myself and other players who got cheated? Are you going to ask these diamond spending yahoos to stop belligerently badgering my guild with 30 sieges at a time because they have the goods (from cheating other players) to do so? Are you going to ask them to stop placing spies (alts) in my guild, so that I could, potentially move from my PC to my upstairs browser (which took all of 6 minutes) when I'm feeling sick and in pain without getting attacked and losing 6 sectors?

Propaganda is an acceptable means of warfare Panacea, it has a long historical tradition and frankly, outting their goods-selling-cheating practices is pretty much the only thing left to me, since I have NO WAY to compete otherwise.

Forge of Empires - Customer Support 2018-12-11 01:17:16

Hello TwoCents,

As I've said, enough is enough. You have been informed of how I will enforce the rules from this point forward.

I listened to your appeal and unbanned the account. Observe the Game Rules and abide by them.

Enjoy the game.

Happy Holidays!

Panacea
Community Manager
Forge of Empires, U.S.

TwoCents 2018-12-11 01:26:28

I don't think you've listened AT ALL. I'm not DOING anything wrong. And if Blacklisted wants to manufacture insult to get me banned. Too bad for them. They just started attacking me, out of the blue, yesterday. They didn't have to do that. They could've "made peace" but they didn't. All you're doing in handcuffing me. I mean, for Christ's sake, Enam put an fp on the last level of my arc just to prove he could "stick it in me" - said via Discord so I didn't report the conversation -

TwoCents 2018-12-11 01:30:54

They think they can get away with: calling me crazy, calling me a bad mother, photoshopping incidents of me, putting alts in my guild, paying people real $ to make alts for them, selling goods for one price, then after you have your fps in, raising the price. Price Fixing, and then of course let's not forget, retaliating against people who point out said behavior. And oh yeah... using you as a tool to oppress my voice.

TwoCents 2018-12-11 01:41:24

I mean please, look at this again. Look at the precedent you're setting. Anyone who calls people a "noob" or says "your city streets are crooked," or laughs at a person for building a Colosseum can now be banned because the other player "felt insulted?" We're talking about IN-GAME behavior! I'm restricting my comments to their IN-GAME behavior. I'm not saying they're cheating on their wives. I'm not saying they lied on their taxes. I'm talking about them going into global chat to solicit goods-buyers.

TwoCents 2018-12-11 01:44:48

They want to keep their GvG worlds, and their goods-selling-racketeering worlds separate. As if they can just go around cheating people without it getting mud on their boots. My goal is to make those worlds collide. It's not against the rules. At all, in any fashion. It's NEVER been against the rules. You are making up new rules as you go and it's simply not fair. You're giving them unfair protection that they don't need and really don't deserve.

TwoCents 2018-12-11 01:46:33

As you told me in J-world. That's what the ignore button is for. If they don't like what I'm saying,

Exhibit 10 – Forge of Empires Support Tickets: TwoCents Submitted by Plaintiff Penny Quinteros
Case: 19-CV-1402 RSM - 827

they can always just ignore me...
TwoCents 2018-12-11 01:59:41
If you do this, are you going to ban everyone in J world? And I do mean pretty much everyone. Everyone who says I have alts? Everyone who says I'm a man, or a "tranny." Anyone who brings up the fact I ever sent out a picture? Anyone who says I'm rude, mean, nasty, sad, crazy, lonely, need a hug, psycho, et al?
TwoCents 2018-12-11 02:01:11
Anyone who says, "I'm going to harass you out of the game by attacking every guild you're in and every guild you will be in"...
TwoCents 2018-12-11 02:14:18
I mean, you didn't bend the rules for me when people were saying that I was cheating the game.
http://prntscr.com/ltebeh
Forge of Empires - Customer Support 2018-12-11 07:32:25
Hello TwoCents,

Once more for good measure- enough is enough. You have been informed of how we will enforce the rules from this point forward.

We've listened to your appeal and unbanned the account. Observe the Game Rules and abide by them.

Enjoy the game.

Happy Holidays!

Panacea
Community Manager
Forge of Empires, U.S.


TwoCents 2018-12-11 11:34:34
You let me get harassed for THREE YEARS for outside of game issues, and those pansies complain they have hurt-feelings over IN-GAME issues and you suddenly change the rules?!!!!!!!? You are a monster!
TwoCents 2018-12-11 12:03:27
I have played this game for SIX F'ING YEARS! MY KIDS HAVE PLAYED SINCE THEY WERE 5 YEARS OLD! MY HUSBAND PLAYS, MY BROTHER IN LAW, MY NEPHEW, ALL MY FRIENDS. You will have to ban me. This isn't against the rules and I'm not letting you put special rules up just for me to continue your discrimination of me. Your "buddies" from blacklisted don't need nor deserve your protection. SO F'ING BAN ME!

http://prntscr.com/ltmyqu
TwoCents 2018-12-11 12:27:22
Ban me, ban my kids, ban my friends, ban everyone in my fucking guild. Ban me from support, ban me from messaging anyone, ban me from living, ban everyone in every fucking world on the US servers. If you ban me for doing this you will need to ban every player in all worlds on the entire fucking US SERVER. All because you're a stupid twit who wants to coddle those stupid

blacklisted fucks from economic sanctions. It's time to go shoot myself in the head because you make the world a fucking DISGUSTING place to live in.
TwoCents 2018-12-11 13:48:56
Did you MUFFLE me in global chat on Y? Did you muffle all of blacklisted too?!
TwoCents 2018-12-11 18:11:52
They are still recruiting people to cheat and steal from. WTF?!
Forge of Empires - Customer Support 2018-12-11 20:56:53
Penny,

I know you are frustrated. I'm sorry. And I'm very sorry about your situation here at the holidays. We have to view the situation from all sides and it is being carefully monitored. But in all seriousness, please don't joke about suicide. It IS serious and I do not wish to think about you even considering this. If you need to talk to someone, please contact the National Suicide Prevention Lifeline at 1-800-273-8255 or talk to me even. I know I'm not your favorite person but I do care and I don't want anything to happen to you.

Panacea
TwoCents 2018-12-11 20:57:53
It's not a joke to me, and I hope you fucking realize the bullshit you've pushed onto me.
TwoCents 2018-12-11 21:00:23
Like I said, just ban me, ban my kids, ban my husband, ban my whole guild. Then the rich, entitled pricks your system rewards can clap themselves on the back and laugh at me some more and get a good chuckle out of how they used you to hurt me and mine.
TwoCents 2018-12-11 21:11:41
I honestly don't care anymore. Do what you want. You know you will anyway. Bye.
Forge of Empires - Customer Support 2018-12-12 19:20:43
Hello TwoCents,

I must ask that you remain civil in discussions with Support.

As to bans, we do not apply bans unless there is violation of a Game Rule. As long as everyone is abiding by the Game Rules, including one account per person, then everyone should be playing.

Happy Holidays!

Panacea
Community Manager
Forge of Empires, U.S.

TwoCents 2018-12-12 19:38:14
UHH Panacea, that was two days ago that I wrote that. And after I appealed the ban and you overturned it. I went to bed and didn't type anything else in global chat... at all.... I woke up to this chat ban. So why am I banned from chat again?
TwoCents 2018-12-12 20:16:37
You didn't answer any of these questions, just closed the tickets as "duplicate" without providing

a response, So I'll be reposting them here - even though this ticket is about a previous ban, not this new chat ban...

APPEAL OF ALL BANS ON MY RECORD:

TwoCents2018-12-11 20:54:21

I didn't do anything to deserve a chat ban.

TwoCents2018-12-11 20:54:44

Point to one thing that I said AFTER you told me how you would start enforcing a "new rule" just for me.

LET'S TALK REASONABLY:

TwoCents2018-12-11 20:45:35

Ok, first off... I haven't targeted anyone. I have constructed a war-plan to target a bigger and much more powerful guild using the only means at my disposal. In order to take down a larger force, propaganda and economic sanctions are totally reasonable. I'm keeping my comments to totally true, yet pretty heinous acts they've committed. And clearly... it's working. It would really help if you would just stop getting in my way. There is no reason you have to ban me. This is an in-game issue. They don't need to sell goods in global chat. If they find the water there too hot, they can simply stop.

TwoCents2018-12-11 20:47:56

It wasn't my choice to have you respond to my tickets right around recalc...

TwoCents2018-12-11 20:49:19

You did that, purposefully delaying responding to me until now. It wasn't an accident on your part.

TwoCents2018-12-11 20:52:58

I have spent hundreds of dollars buying diamonds... trying to keep up with these assholes. Money that I do not have and can't afford to spend. Purchases that I have hidden from my husband so he doesn't get mad. And you come in and hamstring me right at recalc - on purpose- because someone told you they felt slightly insulted that I said they cheated players on goods purchases... I mean really... did you tell them they're being big-fat-ass-babies?

TwoCents2018-12-11 20:56:12

Seriously... go look at how many diamonds I've purchased over the last year trying to fight these belligerent egotistical assholes? I do it because someone has to... it's not fair to let them just walk all over the little-guys.

PANACEA-READ THIS:

Come talk to me - anonymously - in person:

https://discord.gg/m2kVjg

I AM BEING DENIED SERVICE:

You are purposefully ignoring me in hopes that I will go away. You unfairly targeted me with a chat-ban. You have not told me what it's for, or what rules I supposedly violated to get such a ban. You haven't given me any information about it, and are denying me my right to appeal that you give to other players. Your denial of service has cost my guild thousands of goods and hundreds of troops. You are allowing yourself to be used as a means to target and harass me.

PANACEA – YOU NEED TO FIX THIS

Panacea. You need to fix this. Honestly... If you won't let me talk about them in global chat, they need to stop attacking my guild. End of story. They need to stop using their 80 pirate ships to harass and bully players.

http://prntscr.com/ltuexb

TwoCents2018-12-12 11:16:44

You want Y-world to be successful don't you? How long do you think people are going to play if the keep getting bullied by egotistical narcissistic men who think that buying special buildings give them the right to own everyone else? Like I said, I'm literally the only person fighting back against them, but I can't do it without help. Give me back the goods and troops lost yesterday when I lost those sectors. It wasn't fair... you took away my ability to coordinate with my guild, but you didn't take away theirs.

TwoCents2018-12-12 14:13:38

One extra one now. I think you owe my guild an apology about 300 troops and 10,000 of each CA good. People think they can take advantage of our guild because you "banned" me from talking without rhyme or reason.

TwoCents 2018-12-12 20:33:06

Copying this question too:

TwoCents 2018-12-12 20:12:20

I'm sorry, but you made me wait 24 hours to tell me "we've concluded this inquiry?" You're closing my new responses as "duplicates" then taking things I've written 2 days ago as if they're new.

I have legitimate questions about this chat-ban. Namely why you put it in place after you removed the erroneous ban from two nights ago... Please answer my questions instead of closing them as duplicates. Or at least copy them over into the one-thread if you won't answer.

TwoCents 2018-12-12 22:02:06

What do you mean "one account per person." I don't have two accounts. Just this one. And I can 100% prove it to you beyond any reasonable doubt.

Forge of Empires - Customer Support 2018-12-12 22:28:56

Hello TwoCents,

Every open ticket must be addressed which is why we ask that you limit one issue per ticket and do not open multiple tickets of which you have opened appx 8 today and 10 yesterday. You should have one ticket open that addresses your latest chat ban that you have questions regarding. So pick the ticket you wish us to converse and I'll close the rest and we can have a chronological conversation that you (and I) will be able to follow.

Happy Holidays!

Panacea
Community Manager
Forge of Empires, U.S.

TwoCents 2018-12-12 22:30:30

OK, this one is fine.

TwoCents 2018-12-12 22:50:51

Ok, so I don't think I'm understanding well. Can we clarify the order of events? I was warned around the middle of November not to call blacklisted members "cheaters or scammers." During that conversation you said that you did not disagree with me that if it's a part of the game to

solicit goods, it's an equal part of the game to stop the solicitation of goods.

I started to criticize blacklisted's sale of goods by saying things such as ^^do not trust this player to sell you goods, they will cheat you out of fps.

Fast forward to Monday, I was doing the same. Blacklisted took exception and started to post links to things said previously. I responded (in what I thought was a reasonable way) to these link-posts admitting I had said them in the past.

Around 9:30 my time, I got kicked out of the game, and when I tried to log in, had a game-ban. I asked you what it was for and you said telling a player to slit his wrists. I explained that was an incident that happened in October and which I'd already been punished for. You then explained your position that I, personally, would no longer be able to say things stopping Blacklisted from selling goods. I disagreed vehemently.

I did not log back into the game at that time, but went to my bed. I logged in via my phone once to put points on someone's arc.

I woke up the next morning to a chat-ban and I have no idea what it is, why I received it, or how long you plan on having it in place. I asked for clarification, but you haven't provided it yet.

Can we start there?

Forge of Empires - Customer Support 2018-12-13 19:15:10

Hello TwoCents,

Your chat ban was initiated when players reported insulting behavior. The chat ban was placed and will remain in effect for 7 days. Should you use your husband's account to continue the behavior then I will extend the chat ban to that account as well. Insulting, including those statements you feel are "true" such as "^^do not trust this player to sell you goods, they will cheat you out of fps. "

Please review the GAME RULES to ensure you do not violate them again. Your ban is not subject to appeal and will remain in effect until the ban expires.

Happy Holidays!

Panacea
Community Manager
Forge of Empires, U.S.

TwoCents 2018-12-13 20:13:39

I have never used my husband's account. Why do you think he didn't say anything in the morning? I was waiting for him to get home from work so he could use it himself. I don't care if they "reported" me for insulting behavior, since I didn't PERFORM any insulting behavior their reports are meaningless.

TwoCents 2018-12-13 20:14:39

As far as, "do not trust this player to sell you goods," I'll keep my comments to my friends and guild so long as you ask blacklisted to only solicit goods within their friends and guild.

TwoCents 2018-12-13 20:15:18

If you want to warn my husband of a behavior, I suggest you follow your own rules and warn him. It's not my responsibility to do so.

TwoCents 2018-12-13 20:17:30

You have also not identified what insulting behavior it is that I may/may not have done. Furthermore, it is SPECIFICALLY allowed within your rules to criticize the way other players play the game. You cannot and will not enforce a "special" rule on me. Know why? Because it's ILLEGAL.

TwoCents 2018-12-13 20:18:21

This is now going on 72 hours waiting for you to tell me what "insulting" behavior I performed. If you cannot give me a clear explanation I just have to assume it's because I didn't perform any insulting behavior.

TwoCents 2018-12-13 20:51:12

And, what I have been saying is 100% true for EVERY blacklisted player, and I can prove it as of today.

TwoCents 2018-12-13 21:13:09

I still insist you tell me EXACTLY what it is I said or did that created this chat-ban on me.

Forge of Empires - Customer Support 2018-12-13 21:51:25

Hello TwoCents,

Examples such as "liars", "cheats", "thieves" or even ""^^do not trust this player to sell you goods, they will cheat you out of fps" are all considering to be insults. Not to mention, encouraging players to kill themselves or do harm which we have discussed before. The rule is simple- Do not insult other players.

As to your husband, I will address his behavior should the need arise. I was making certain that you were not using his account. When exact phrasing is being used on two or more accounts, then we must conclude that the possibility is there that you are using more than one account.

Please review the GAME RULES to ensure you do not violate them again. Your ban is not subject to appeal and will remain in effect until the ban expires.

Panacea
Community Manager
Forge of Empires, U.S.

TwoCents 2018-12-13 22:26:47

Yeah, well it insults me that they have free-reign to solicit goods buyers under false pretenses. Their actions hurt everyone in Yorkton, and they gain an unfair economic advantage which causes me to feel insulted and pressured to buy diamonds with money I don't have to keep up with their scamming ways. Are you going to stop them from soliciting goods?

It wasn't "exact phrasing"... my husband is from Chile and has trouble with English spelling. Unless he specifically asks me how to spell a word, I'm pretty sure you can see the differences in the grammar and spelling usages.

You haven't explained yet how I could "insult" someone while I was sleeping. And I have already been punished for that asking B-Rad to do the world a favor by offing himself.

TwoCents 2018-12-13 22:37:32

Your rules specifically state:

InnoGames does not accept any publications that the Forge of Empires Team considers illegal, insulting, offensive, threatening, abusive, real-life-aggressive, sexually explicit, pornographic (including, but not limited to drawings and animations), politically extreme, religiously fanatic, endangering youth, racist, playing down the use of illegal drugs or alcohol, or promoting the use of
said substances or in any way inappropriate.POSTING LINKS TO SUCH CONTENT IS ALSO NOT ALLOWED.

If my actions were "insulting," then my definition Enamiccug's actions were also insulting when he posted a link to that "insulting behavior." Yet... I still see him chatting in global chat every day. I see Barth there, I see Full Monte there... These players have called me "crazy" "insane" "psycho" "unhinged" "bitch" "stupid" and pretty much any other insult there is in the book. I said they stole fps from people. Clearly your priority is not on enforcing the game rules. It's on discriminating against me and denying me service to your game.
TwoCents 2018-12-13 22:39:24
It is impossible for me to get a chat-ban while sleeping. aka not posting on Forge of Empires. Therefore I'm asking for redress for your illegal and discriminatory actions in the form of 15,000 of each type of colonial age good, and 1,000 troops distributed across my guild members.
TwoCents 2018-12-13 22:42:06
Please post here where I referred to any specific person on Monday Night and told them to kill themselves. Also please post here where I called anyone specifically on Monday night a liar, cheat or thief (assuming they weren't lying, cheating or stealing. I still maintain that truth can never be offensive).
TwoCents 2018-12-13 22:43:35
And could you please respond to ALL of my comments, instead of just the most recent ones?
Forge of Empires - Customer Support 2018-12-13 23:35:27
Hello TwoCents,

This is not related solely to Monday night. This is a ban related to a series of cummulative statements, insults and behaviors. You will not be remunerated for a ban.

As to other player's actions, as we have discussed numerous times, we will investigate but you will not be informed as to the results of the investigation or any action(s) taken with another player.

Please review the GAME RULES to ensure you do not violate them again. Your ban is not subject to appeal and will remain in effect until the ban expires.

Happy Holidays!

Panacea
Community Manager
Forge of Empires, U.S.

TwoCents 2018-12-13 23:37:08

Exhibit 10 – Forge of Empires Support Tickets: TwoCents Submitted by Plaintiff Penny Quinteros
Case: 19-CV-1402 RSM - 834

I will be remunerated for this ban. I hadn't done any "cumulative" things to indicate I needed a ban, other than what you told me specifically would be allowed. It's not my fault you changed your mind.

TwoCents 2018-12-13 23:38:22

Let me ask you, do you really think what you're doing here is de-escalating the situation? You're unfairly targeting the ONE person in the game you knew would respond poorly to being unfairly targeted. And you're allowing players to take advantage of me while I'm being unfairly targeted by you. How is that "de-escalating" the situation?

TwoCents 2018-12-14 10:52:15

I want to know why I was banned for sleeping.

TwoCents 2018-12-14 18:57:00

Could you please explain what "cumulative" statements I was banned for? I have been the model of good-behavior. If you specifically allowed me to criticize another player's game play using appropriate language, and you explain to me that I CAN say "this player with cheat you on fps" then later you change your mind and say you CANNOT say that... that's not really my fault. You have to explain the rule you want to apply to me, and give me time to adapt to it. You can't change the rule then retroactively ban me for it...

TwoCents 2018-12-14 23:50:15

And again you are closing my tickets without giving me an answer here. Please provided the cumulative summary of information you used to make your decision to deny me service.

Forge of Empires - Customer Support 2018-12-16 01:33:34

Hello TwoCents,

1. We will not be compensating you for any "lost" anything that occurred while your account was under a ban.

2. While I do hope to de-escalate the situation, I do have an obligation to answer your questions and to provide accurate and definitive answers.

3. You were not banned for sleeping. The ban occurred for a continuing pattern of insulting fellow players.

4, We will not be providing a list of statements as most of these were covered on previous game bans. It is not a case of saying "This player is a cheat" or "This player will cheat" but continuing to say these things, not once, but every time another player speaks sets up a pattern of insulting behavior(s) that will not be allowed in FOE chat.

5. First, you have not been denied service. You may continue to play your game. This is a chat ban and is limited to chat. Two, we answered each of your other tickets before closing them.

Enjoy the game.

Happy Holidays!

Panacea
Community Manager
Forge of Empires, U.S.

TwoCents 2018-12-16 02:00:39

What is the "continuing pattern of insulting fellow players" that you are referring to?

Exhibit 10 – Forge of Empires Support Tickets: TwoCents Submitted by Plaintiff Penny Quinteros
Case: 19-CV-1402 RSM - 835

You will compensate me for the ban, because it is illegal

I didn't get any other game bans in Y world, so what do you mean "covered on previous game bans."

You told me it was acceptable to criticize their goods-selling practices using language like, this player cheats you on fp sales, which is what I've restricted my language to.

I have been denied service. You treat me differently than you do other players.

Forge of Empires - Customer Support 2018-12-16 02:04:17

Hello TwoCents,

You have been instructed to not insult other players. To say something once and to say it repeatedly over and over produces a pattern of behavior that is unacceptable. I do apologize for saying "game bans", I meant to say "game tickets". You have not been denied service as your game can be played. All players are held to the same game rules. Enjoy the game.

Happy Holidays!

Panacea
Community Manager
Forge of Empires, U.S.

TwoCents 2018-12-16 02:05:58

Panacea, I honestly do not know what these other players are putting in their reports to you, but I know what is in their "party line." They are saying that I am upset because of them taking NPC GvG sectors and that's why I've gone on this campaign against them. I can prove 100% beyond a reasonable doubt to you that they are LYING on that issue, and I think you need to consider if they are lying on that issue, they are lying on many issues.

on 7/28 I advised you of a cheating scheme with blacklisted - you did nothing in response

on 8/27 I asked you to help me with the diamond players who were domineering the world

it wasn't until 10/19 that I made the comments to B-Rad about slitting his wrists for the benefit of the world.

THEY ARE LYING TO YOU! and you continue to punish me instead of them.

TwoCents 2018-12-16 02:09:11

I can only play a portion of the game... that's not service. As any long-term player will tell you, interaction with other players is a crucial part of the game play and you're preventing that.

Forge of Empires - Customer Support 2018-12-16 02:11:57

Hello TwoCents,

In the case of a chat ban, we do not base any bans off what a player states in a ticket but on what is documented in the saved chat ban logs when a player is reported.

I understand you believe them to be lying. Even should what you say to be true proves true, there is no rule against a player negotiating goods for one price and then changing it. In fact, there is no rules regarding trades so a player could, in theory, offer you gold for $1 and then not conclude it till you ponied up 1000 forge points. Or any other scenario like that. Is it fair? Probably not, but there is no rule against it. Can you say, "Hey, he scammed me". Yes, we'd allow it. But not

over and over and over again for months. Nor can you call them "liars", "cheats' "thief" or any other insult because insulting another player is against the rules.

Enjoy the game.

Happy Holidays!

Panacea
Community Manager
Forge of Empires, U.S.

TwoCents 2018-12-16 02:13:14
I didn't get instructed NOT to tell them "don't buy goods from this player, they will cheat you of fps" until Monday night when you told me it wouldn't be allowed. I can't be held responsible for things said before you changed your mind. After you told me it would "no longer be allowed" I went to bed... Look at your own words, "Once more for good measure- enough is enough. You have been informed of how we will enforce the rules FROM THIS POINT FORWARD."

From the point you told me "enough is enough" I did nothing.
TwoCents 2018-12-16 02:15:50
Telling me "from this point forward it will no longer be allowed," necessitates the meaning that from that point backwards it WAS allowed. Which is why I'm asking you... if I only did behavior that was specifically allowed by you, and written out in game tickets.... WHAT IS MY CHAT BAN FOR?!
TwoCents 2018-12-16 02:23:39
This is exactly my point Panacea - I'm not saying they're cheating the game-system... there are LOTS of things in the game system that people might find offensive. Extorting players for fps not to plunder for example... might be offensive to some players, but it is specifically allowed.

What I'm doing is pointing out their in-game behavior using appropriate language. The world of Y NEEDS me to do this, because if I don't other people who come forward get retaliated against by blacklisted... including Rufus T. Firefly and Langlais the first had his guild attacked by blacklisted when he complained about the fp-deal scam, and the second got kicked out of his guild when Barth muscled his guild-leaders after he came forward to say his entire GUILD had a message-thread warning of blacklisted cheating several of their members.

Lastly, their price-setting behavior affects everyone in Y-world. It is a scam against the entire community and it has to stop. It is creating a plutocracy in the world instead of a meritocracy. Teddy Roosevelt himself said, "of all forms of tyranny the least attractive and the most vulgar is the tyranny of mere wealth, the tyranny of a plutocracy." In order to bust up a plutocracy the little-guys HAVE to be given equal access to power, such as the power of free speech. If one of our presidents thought their behavior was the most vulgar, then I don't see any problem with pointing this vulgarity out.
TwoCents 2018-12-16 02:27:29
I'm sorry, I'd like to clarify... with this goods-cheating-scheme and price-fixing-scheme they aren't breaking the game rules as indicated above. They are still cheating the game system

because they PAY people $$ to get forge points from them, specifically that is not allowed and was reported to you on 07/28/2018
TwoCents 2018-12-16 02:37:14
Panacea,
I can't have a rational conversation with you when you purposefully only respond about once a day and that's at times you know I'm busy. I think it's only fair that you allot a chunk of time to deal with this issue and give me a fair chance to reason with you. You are putting a LOT of stress on me over this during times that I can least afford it (due to the issue with the lawyer, having no $ at the holidays, etc). Quite literally on Wednesday I FORGOT to take my son to school because I busy checking my messages for a response from you.
Maybe other players wouldn't care about a global/guild/whisper chat ban... but I literally named myself TwoCents because I understand the power language can have. It's probably the most important tool in this game - hands down.
TwoCents 2018-12-17 23:37:54
I'm sorry, I still have received no response to this ticket.
TwoCents 2018-12-18 01:39:58
First, You stated in this thread: "Can you say, "Hey, he scammed me". Yes, we'd allow it. But not over and over and over again for months. Nor can you call them "liars", "cheats' "thief" or any other insult because insulting another player is against the rules."
I didn't say anything "over and over again for months" at most I started on October 31st and went through till December 10th with your SPECIFIC permission that it was ok as outlined below. Additionally I did not call anyone a liar, cheat, or thief... I kept my words relegated to their in-game behavior. I didn't 'you're a thief' I said... do not trust this player to sell you goods. He will scam you of fps. The word "scam, lie, steal" in all of my statements from October forward were VERBS. They couldn't meet your criteria of being an insulting label or name. It is literally impossible in the English language for your allegation to be true.

You stated on:
11/26/2018 An appeal of all bans on my record - you are ALLOWED to verbally confront any player you wish. YOU ARE NOT allowed to use profanity - I didn't us profanity and you banned me.
10/23/2018 I was told (again) that my behavior was "offensive" - You however, may still not call him insulting NAMES. You MAY however state what happened.
10/30/2018 Moderators abusing support system - Actually we HAVE discussed this. You can not use LABELS such as "scammers, liars, cheats, pedofiles" which insult individual players. You MAY attack guilds with game related information buy you may NOT insult other players. - I refrained from LABELING these players "scammers liars or cheats"
10/31/2018 Moderators abusing support system I do not disagree with your logic: There is nothing "harassing" about these behaviors. It takes a lot of time, effort, and good game-play on my behalf to be able to do them successfully. It's not any different than people going into global chat and asking for friends or guild members. It's community-engagement for a cause... As long as you do not insult another player ('insult' as defined "speak to or treat with disrespect or scornful abuse") then there should not be an issue. – specifically I stated the behaviors "I should be allowed to stop this solicitation [of goods ] by whatever means necessary to stop them from building up their cities thus denying them the ability to better be able to attack me.
You SPECIFICALLY stated that there was nothing harassing about stopping blacklisted's

solicitation of goods via whatever means necessary. You clarified this by saying "so long as you do not insult players" You stated by insult you meant using the labels "scammers, liars or cheats" or using profanity. I did neither of those things.

You stated a series of conditions and rules that you felt would meet the "insulting" criteria, and my behavior was far below that criteria.

TwoCents 2018-12-18 01:49:01

What you're saying here with this partial ban is that I can sit in the back of the bus with the rest of the women, but I can't sit at the front of the bus with the men. Just allowing service isn't enough. You have to provide me the SAME and EQUITABLE treatment regardless of my gender... which you don't.

TwoCents 2018-12-18 01:55:25

You keep saying that I "insulted" players, which you seem to take as the holy-grail of the Inno rules allowing you to do whatever you want. May I advise you to re-read the rules. There are two exceptions where it is OK to insult other players as detailed out in the rules:

1.) when criticizing another players game-play

2.) when making in-game threats

What I was doing fit within the parameters of the first exception to the rules.

Please find a copy here: https://en0.forgeofempires.com/page/the_game/rules/

TwoCents 2018-12-18 13:36:38

If the ban was for 7 days? Why am I not un-banned?

Forge of Empires - Customer Support 2018-12-19 00:41:12

Hello TwoCents,

I am the Community Manager of the U.S. server and an InnoGames employee. As such, all aspects of the game, rules, players, and moderators are my responsibility.

As the Game Rules state: The Community Management of the US version of Forge of Empires are the final arbiters of any rules dispute. Their interpretation of these rules is final.

The account is now unbanned and will be monitored for compliance. Abide by the rules and enjoy the game. CLICK HERE to review the Game Rules

Happy Holidays!

Panacea
Community Manager
Forge of Empires, U.S.

TwoCents 2018-12-19 01:17:33

You failed to answer my most basic question... what was I banned for? I cannot begin to compose my appeal until I have a compilation of the details of what I supposedly did wrong.

Forge of Empires - Customer Support 2018-12-19 01:20:16

Hello TwoCents,

There is no further need for any appeal as the ban is concluded. We answered your "most basic question" multiple times. You were banned for insulting other players. The account is now unbanned and will be monitored for compliance. Abide by the rules and enjoy the game. CLICK HERE to review the Game Rules

Happy Holidays!

Panacea
Community Manager
Forge of Empires, U.S.

TwoCents 2018-12-19 01:25:21
You are an employee of InnoGames and you live in the United States, therefore you are not the final arbiter because you still have to comply with the law(s) which prevent discrimination in public accommodations. At this point you haven't even provided a reason for my 8-day denial of service. Which I am still asking (as I have everyday for 8 days) so that I may BEGIN my appeal.
TwoCents 2018-12-19 01:28:48
You need to tell me EXACTLY what I said with a timestamp. If it is cumulative then you need to provide the EXACT thing thaI said in each instance with the date and time of each entry. Anything less is preventing me from formulating my appeal. Furthermore if I do not know what I did wrong how am I to prevent the action in the future?
Forge of Empires - Customer Support 2018-12-19 01:30:41
Hello TwoCents,

Here is the reason for your ban: Insults to other players in Global Chat/Messaging

We will be providing NO additional information as you have received this on multiple tickets at the time of occurrence.

There was no "denial of service".

As the Game Rules state: The Community Management of the US version of Forge of Empires are the final arbiters of any rules dispute. Their interpretation of these rules is final.

The account is now unbanned and will be monitored for compliance. Abide by the rules and enjoy the game. CLICK HERE to review the Game Rules

Happy Holidays!

Panacea
Community Manager
Forge of Empires, U.S.

TwoCents 2018-12-19 01:32:47
I have received NO SUCH information. It doesn't exist in prior warnings or anywhere because you have not provided it to me. I would like to begin my appeal, so please provide me the

information I am requesting to do so.
TwoCents 2018-12-19 01:34:28
You can't have one version of the game for some people and another for those you are targetting because of discrimination- you might as well put up "colored and white" drinking fountain signs on your homepage if that's the case.
TwoCents 2018-12-19 01:37:22
As I stated before... your rules have two exceptions-
1.) threats in-game terms
2,) Criticizing other players game-play.

I am allowed to state "you cheat players out of forge points" in no uncertain terms. It is specifically allowed by your rules and has been tolerated for thousands of other players who've said the same.
TwoCents 2018-12-19 02:34:40
Please provide me a detailed list of what I've done to earn this particular ban. Once you do I will be able to formulate an appeal of it.
TwoCents 2018-12-19 20:44:01
I am still waiting for a detailed answer as to what I was banned for so that I may begin my appeal of this ban.
TwoCents 2018-12-20 16:20:34
Still waiting for your answer so I may begin my appeal of this issue.
TwoCents 2018-12-21 18:28:12
Please answer so I may begin my appeal... don't pretend to answer and then don't.
Forge of Empires - Customer Support 2018-12-21 20:46:09
Hello TwoCents,

This ticket has been appealed for over a week. Your ban is completed and this ticket is concluded. Enjoy the game.

Happy Holidays!

Panacea
Community Manager
Forge of Empires, U.S.


TwoCents 2018-12-21 20:51:31
I'm sorry, but I haven't started yet, so obviously it hasn't been appealed yet.
TwoCents 2018-12-21 20:54:30
You have yet to compensate me the 20,000 of each type in Colonial Age for being unable to participate in guild-chat coordination and the thousands of troops... so I'd like the opportunity to make a rigorous appeal based upon the facts, not guesses as to what you MIGHT have possibly found offensive. You've yet to tell me exactly which words at which times on which days were offensive.
Forge of Empires - Customer Support 2018-12-21 20:55:47
Hello TwoCents,

There is no ban appeal if there is no ban. The ban concluded and therefore there is no further appeal. There will be no compensation for "lost items" during a ban. This ticket is concluded.

Happy Holidays!

Panacea
Community Manager
Forge of Empires, U.S.

TwoCents 2018-12-21 20:56:37
Your game rules specifically state that I have the right to appeal. It doesn't state "if the community manager purposefully ignores you for a week, then you lose that right."

Your game rules specifically say I have the right to appeal. I haven't done that yet. I asked a question. WHAT WAS I BANNED FOR!!!
Forge of Empires 2018-12-21 21:39:21

New Hello TwoCents,

This ban is concluded so there is no further ban appeal. This ticket is concluded. Enjoy the game.

Happy Holidays!

Panacea


It says I have the ability to appeal in your game rules. It doesn't say "UNLESS THE COMMUNITY MANAGER IGNORES YOU FOR A WEEK"

**Forge of Empires - Customer Support 2018-12-22 08:14:45**

Hello TwoCents,

You appealed using everything in your arsenal. There is no further ban so there is no further ban appeal.  This ban is completed. There is no further ban appeal.  Enjoy the game.

Happy Holidays!

Panacea
Community Manager
Forge of Empires, U.S.

---

This ticket has been closed and can no longer be replied to.

**Attachments**

This ticket currently has no attachments.

# View ticket

# For your review

**You 2018-12-19 03:14:36**

You've seriously discriminated against me enough. You've pushed things beyond any acceptable bounds. Let me show you what I filed today - http://prntscr.com/lwuwnx

Notice that is YOUR name that will be on record with the Washington State Human Rights Commission, not InnoGames, you.

**Forge of Empires - Customer Support 2018-12-19 03:27:23**

Hello TwoCents,

Please be aware that the Forge of Empires support team is in no way shape or form, responsible for legal issues. Please inform your lawyer to contact our legal department in Hamburg, Germany. Our address data is as follows:
InnoGames GmbH
Friesenstraße 13
20097 Hamburg
Germany


Happy Holidays!

Panacea
Community Manager
Forge of Empires, U.S.

**You 2018-12-19 03:28:20**

I'm sure they will be getting a copy of it shortly.
Happy Holidays to you too. I hope you can see it when you google yourself.

**You 2018-12-21 23:54:00**

Exhibit 10 – Forge of Empires Support Tickets: TwoCents Submitted by Plaintiff Penny Quinteros
Case: 19-CV-1402 RSM - 843

I can't wait until you get what is coming down the pipe to you :D

**Forge of Empires - Customer Support 2018-12-22 08:07:47**

Hello TwoCents,

Please be aware that the Forge of Empires support team is in no way shape or form, responsible for legal issues. Please inform your lawyer to contact our legal department in Hamburg, Germany. Our address data is as follows:InnoGames GmbH
Friesenstraße 13
20097 Hamburg
Germany

Happy Holidays!

Panacea
Community Manager
Forge of Empires, U.S.

**You 2018-12-22 14:53:37**

Still can't wait until you get it.

This ticket has been closed and can no longer be replied to.

**Attachments**

**This ticket currently has no attachments.**

# View ticket

# Appeal TwoCents

**You 2018-12-23 01:36:51**

TwoCents 2018-12-11 00:32:45
What was I banned for? I didn't do anything against the rules.
TwoCents 2018-12-11 00:36:59
Pardon, I'll continue this appeal ban in a separate thread with a new title so I can keep track of it on my spreadsheet easier. It automatically puts "Appeal TwoCents" as the title otherwise.
Forge of Empires - Customer Support 2018-12-11 00:44:38
Hello TwoCents,

When you receive a report about being punished it means one or more messages were reported as being in violation of the Communications Rules. Usually this is because you have sent profanity, personal insults or otherwise offensive content through either the message or chat system.

Chat Rule Violation: real-life aggression You encouraged another player(s) to slit their wrists

Please review the GAME RULES to ensure you do not violate them again. Your ban is not subject to appeal and will remain in effect until the ban expires.

Happy Holidays!

Panacea
Community Manager
Forge of Empires, U.S.


TwoCents 2018-12-11 00:45:14
I was already warned for that behavior and I did not encourage or repeat it, just simply said I wasn't sorry for it.
TwoCents 2018-12-11 00:45:50
and I explained what happened. You can't double-punish me for it now. You already punished me for it!
TwoCents 2018-12-11 00:46:23
Please don't close my other ticket. I keep all these bans on a spreadsheet. If they all say "appeal twocents" it gets confusing.
TwoCents 2018-12-11 00:47:27
You found my behavior to be "offensive" and I'm appealing. - you punished me for that behavior in that thread. I didn't repeat it or bring it up again. So I don't see why I should be banned for it.
TwoCents 2018-12-11 00:48:41
What you should be doing is banning the player who posted the link to said material. Instead of me.
TwoCents 2018-12-11 00:49:28
https://support.innogames.com/t12765172

explain to me, where I said TODAY that someone should slit their wrists.
Forge of Empires - Customer Support 2018-12-11 00:52:48
Hello TwoCents,

I'm trying to locate where you were banned for this previously. When you've had 13 ban appeals in this year alone, it gets confusing. I will unban the account but enough is enough. You continue to slander your fellow players, they continue to slander you. No more "^^steals fps and lies and cheats" and I'll hold you all to the same standard. Its going to be a new year and we should go into it with a clean slate.

The account is now unbanned and will be monitored for compliance. Abide by the rules and enjoy the game. CLICK HERE to review the Game Rules

Exhibit 10 – Forge of Empires Support Tickets: TwoCents Submitted by Plaintiff Penny Quinteros
Case: 19-CV-1402 RSM - 845

Happy Holidays!

Panacea
Community Manager
Forge of Empires, U.S.

TwoCents 2018-12-11 00:53:53
I was never banned for this at all. It's what I received my first WARNING for in Yorkton. The title of the thread is:
You found my behavior to be "offensive" and I'm appealing.
TwoCents 2018-12-11 00:56:12
You told me previously, that selling goods was a game activity. If they feel free to sell their goods in global chat, I should be free to DISPUTE said selling. You specifically told me on this subject, "I don't disagree". I'm not SLANDERING anyone. THEY DO everything I've said they've done. They just today got a player kicked out of his guild as retaliation for coming forward to say that he had, indeed, been cheated by blacklisted. I have several other players messaging me thanking me for my help pointing out this issue. THEY PRICE FIX, which is, in of itself scamming and which all of the blacklisted players are COMPLICIT IN. It's only fair and reasonable that I point it out.
TwoCents 2018-12-11 00:59:14
If they don't like it, they are free to disagree with me. I am referring to their in-game activity and that is allowed under the rules using appropriate language. I am referring only to their actions and not the player themselves.
They could for example say: I am an honest player with a good reputation

What they can't do is make up photoshopped screenshots of me threatening to "kill everyone" or whatever it said. That in itself is posting a link to real-life-aggressive behavior and is against the rules.
TwoCents 2018-12-11 01:03:14
Panacea - these diamond spending yahoos think they own the game and everyone in it. Someone has to stand up for the regular old joes. I'm the only one with enough tenacity and grit to do so. Please, please don't shut me down.
Forge of Empires - Customer Support 2018-12-11 01:03:40
Hello TwoCents,

However, situations change. In this case, you have MORE than made your point and your fellow players disagree with your assessment and feel you are insulting them. When a situation continues, then we must find ways to deescalate. In this case, we will no longer allow either party to continue to insult the other party. If these players "Price Fix", the other players will figure this out and no longer trade. It is not up to you to be the warning label. No further insulting of the blacklisted players and they will not be allowed to continue to insult you.

The account was banned for 24 hours and after your appeal, I have unbanned it. You were warned on 2018-10-18 22:46:19, 2018-10-21 23:24:24, and 2018-11-14 12:59:07. The account is now unbanned and will be monitored for compliance. Abide by the rules and enjoy the game.
CLICK HERE to review the Game Rules

Happy Holidays!

Panacea
Community Manager
Forge of Empires, U.S.

TwoCents 2018-12-11 01:05:45
I mean like I pointed out over and over and over today. I hit them with a logical argument... you shouldn't be trusted because your guild has a history of cheating people.

And they respond with... "you're crazing, you're insane, you're posting death-threats, you're a bad mother and women shouldn't play video games,"

and you're banning ME?!
TwoCents 2018-12-11 01:06:40
No, I don't agree to this.
TwoCents 2018-12-11 01:09:42
The incident on the 14th had nothing whatsoever to do with global chat, and the incident on the 21st was because I used the word "cheater"... these aren't big issues. If you would clearly tell me what I can and cannot say they wouldn't have happened. I didn't realize that telling a person who cheats, "you are a cheater" was at all against the rules until you told me so. And I also often banter back and forth using profanity in private messages assuming it's equally-tolerated and used by the other party. I don't think either of those things should've received a warning. AND even if they deserved a warning, they shouldn't escalate to a ban. They simply weren't that big of a deal.
TwoCents 2018-12-11 01:11:00
If my fellow players feel that I am insulting them, perhaps they should go back to 5th grade English class and learn the difference between a noun and a verb.
TwoCents 2018-12-11 01:16:48
So... if we should also "go into this with a clean slate" are you also going to ask the players to give back all the tiles they took in GvG as retaliation from myself and other players who got cheated? Are you going to ask these diamond spending yahoos to stop belligerently badgering my guild with 30 sieges at a time because they have the goods (from cheating other players) to do so? Are you going to ask them to stop placing spies (alts) in my guild, so that I could, potentially move from my PC to my upstairs browser (which took all of 6 minutes) when I'm feeling sick and in pain without getting attacked and losing 6 sectors?

Propaganda is an acceptable means of warfare Panacea, it has a long historical tradition and frankly, outting their goods-selling-cheating practices is pretty much the only thing left to me, since I have NO WAY to compete otherwise.
Forge of Empires - Customer Support 2018-12-11 01:17:16
Hello TwoCents,

As I've said, enough is enough. You have been informed of how I will enforce the rules from this point forward.

Exhibit 10 – Forge of Empires Support Tickets: TwoCents Submitted by Plaintiff Penny Quinteros
Case: 19-CV-1402 RSM - 847

I listened to your appeal and unbanned the account. Observe the Game Rules and abide by them.

Enjoy the game.

Happy Holidays!

Panacea
Community Manager
Forge of Empires, U.S.


TwoCents 2018-12-11 01:26:28
I don't think you've listened AT ALL. I'm not DOING anything wrong. And if Blacklisted wants to manufacture insult to get me banned. Too bad for them. They just started attacking me, out of the blue, yesterday. They didn't have to do that. They could've "made peace" but they didn't. All you're doing in handcuffing me. I mean, for Christ's sake, Enam put an fp on the last level of my arc just to prove he could "stick it in me" - said via Discord so I didn't report the conversation -
TwoCents 2018-12-11 01:30:54
They think they can get away with: calling me crazy, calling me a bad mother, photoshopping incidents of me, putting alts in my guild, paying people real $ to make alts for them, selling goods for one price, then after you have your fps in, raising the price. Price Fixing, and then of course let's not forget, retaliating against people who point out said behavior. And oh yeah... using you as a tool to oppress my voice.
TwoCents 2018-12-11 01:41:24
I mean please, look at this again. Look at the precedent you're setting. Anyone who calls people a "noob" or says "your city streets are crooked," or laughs at a person for building a Colosseum can now be banned because the other player "felt insulted?" We're talking about IN-GAME behavior! I'm restricting my comments to their IN-GAME behavior. I'm not saying they're cheating on their wives. I'm not saying they lied on their taxes. I'm talking about them going into global chat to solicit goods-buyers.
TwoCents 2018-12-11 01:44:48
They want to keep their GvG worlds, and their goods-selling-racketeering worlds separate. As if they can just go around cheating people without it getting mud on their boots. My goal is to make those worlds collide. It's not against the rules. At all, in any fashion. It's NEVER been against the rules. You are making up new rules as you go and it's simply not fair. You're giving them unfair protection that they don't need and really don't deserve.
TwoCents 2018-12-11 01:46:33
As you told me in J-world. That's what the ignore button is for. If they don't like what I'm saying, they can always just ignore me...
TwoCents 2018-12-11 01:59:41
If you do this, are you going to ban everyone in J world? And I do mean pretty much everyone. Everyone who says I have alts? Everyone who says I'm a man, or a "tranny." Anyone who brings up the fact I ever sent out a picture? Anyone who says I'm rude, mean, nasty, sad, crazy, lonely, need a hug, psycho, et al?
TwoCents 2018-12-11 02:01:11
Anyone who says, "I'm going to harass you out of the game by attacking every guild you're in

and every guild you will be in"...
TwoCents 2018-12-11 02:14:18
I mean, you didn't bend the rules for me when people were saying that I was cheating the game.
http://prntscr.com/ltebeh
Forge of Empires - Customer Support 2018-12-11 07:32:25
Hello TwoCents,

Once more for good measure- enough is enough. You have been informed of how we will enforce the rules from this point forward.

We've listened to your appeal and unbanned the account. Observe the Game Rules and abide by them.

Enjoy the game.

Happy Holidays!

Panacea
Community Manager
Forge of Empires, U.S.

TwoCents 2018-12-11 11:34:34
You let me get harassed for THREE YEARS for outside of game issues, and those pansies complain they have hurt-feelings over IN-GAME issues and you suddenly change the rules?!!!!!!!? You are a monster!
TwoCents 2018-12-11 12:03:27
I have played this game for SIX F'ING YEARS! MY KIDS HAVE PLAYED SINCE THEY WERE 5 YEARS OLD! MY HUSBAND PLAYS, MY BROTHER IN LAW, MY NEPHEW, ALL MY FRIENDS. You will have to ban me. This isn't against the rules and I'm not letting you put special rules up just for me to continue your discrimination of me. Your "buddies" from blacklisted don't need nor deserve your protection. SO F'ING BAN ME!

http://prntscr.com/ltmyqu
TwoCents 2018-12-11 12:27:22
Ban me, ban my kids, ban my friends, ban everyone in my fucking guild. Ban me from support, ban me from messaging anyone, ban me from living, ban everyone in every fucking world on the US servers. If you ban me for doing this you will need to ban every player in all worlds on the entire fucking US SERVER. All because you're a stupid twit who wants to coddle those stupid blacklisted fucks from economic sanctions. It's time to go shoot myself in the head because you make the world a fucking DISGUSTING place to live in.
TwoCents 2018-12-11 13:48:56
Did you MUFFLE me in global chat on Y? Did you muffle all of blacklisted too?!
TwoCents 2018-12-11 18:11:52
They are still recruiting people to cheat and steal from. WTF?!
Forge of Empires - Customer Support 2018-12-11 20:56:53
Penny,

I know you are frustrated. I'm sorry. And I'm very sorry about your situation here at the holidays. We have to view the situation from all sides and it is being carefully monitored. But in all seriousness, please don't joke about suicide. It IS serious and I do not wish to think about you even considering this. If you need to talk to someone, please contact the National Suicide Prevention Lifeline at 1-800-273-8255 or talk to me even. I know I'm not your favorite person but I do care and I don't want anything to happen to you.

Panacea
TwoCents 2018-12-11 20:57:53
It's not a joke to me, and I hope you fucking realize the bullshit you've pushed onto me.
TwoCents 2018-12-11 21:00:23
Like I said, just ban me, ban my kids, ban my husband, ban my whole guild. Then the rich, entitled pricks your system rewards can clap themselves on the back and laugh at me some more and get a good chuckle out of how they used you to hurt me and mine.
TwoCents 2018-12-11 21:11:41
I honestly don't care anymore. Do what you want. You know you will anyway. Bye.
Forge of Empires - Customer Support 2018-12-12 19:20:43
Hello TwoCents,

I must ask that you remain civil in discussions with Support.

As to bans, we do not apply bans unless there is violation of a Game Rule. As long as everyone is abiding by the Game Rules, including one account per person, then everyone should be playing.

Happy Holidays!

Panacea
Community Manager
Forge of Empires, U.S.

TwoCents 2018-12-12 19:38:14
UHH Panacea, that was two days ago that I wrote that. And after I appealed the ban and you overturned it. I went to bed and didn't type anything else in global chat... at all.... I woke up to this chat ban. So why am I banned from chat again?
TwoCents 2018-12-12 20:16:37
You didn't answer any of these questions, just closed the tickets as "duplicate" without providing a response, So I'll be reposting them here - even though this ticket is about a previous ban, not this new chat ban...
APPEAL OF ALL BANS ON MY RECORD:
TwoCents2018-12-11 20:54:21
I didn't do anything to deserve a chat ban.
TwoCents2018-12-11 20:54:44
Point to one thing that I said AFTER you told me how you would start enforcing a "new rule" just for me.

LET'S TALK REASONABLY:

TwoCents2018-12-11 20:45:35

Ok, first off... I haven't targeted anyone. I have constructed a war-plan to target a bigger and much more powerful guild using the only means at my disposal. In order to take down a larger force, propaganda and economic sanctions are totally reasonable. I'm keeping my comments to totally true, yet pretty heinous acts they've committed. And clearly... it's working. It would really help if you would just stop getting in my way. There is no reason you have to ban me. This is an in-game issue. They don't need to sell goods in global chat. If they find the water there too hot, they can simply stop.

TwoCents2018-12-11 20:47:56

It wasn't my choice to have you respond to my tickets right around recalc...

TwoCents2018-12-11 20:49:19

You did that, purposefully delaying responding to me until now. It wasn't an accident on your part.

TwoCents2018-12-11 20:52:58

I have spent hundreds of dollars buying diamonds... trying to keep up with these assholes. Money that I do not have and can't afford to spend. Purchases that I have hidden from my husband so he doesn't get mad. And you come in and hamstring me right at recalc - on purpose- because someone told you they felt slightly insulted that I said they cheated players on goods purchases... I mean really... did you tell them they're being big-fat-ass-babies?

TwoCents2018-12-11 20:56:12

Seriously... go look at how many diamonds I've purchased over the last year trying to fight these belligerent egotistical assholes? I do it because someone has to... it's not fair to let them just walk all over the little-guys.

PANACEA-READ THIS:

Come talk to me - anonymously - in person:

https://discord.gg/m2kVjg

I AM BEING DENIED SERVICE:

You are purposefully ignoring me in hopes that I will go away. You unfairly targeted me with a chat-ban. You have not told me what it's for, or what rules I supposedly violated to get such a ban. You haven't given me any information about it, and are denying me my right to appeal that you give to other players. Your denial of service has cost my guild thousands of goods and hundreds of troops. You are allowing yourself to be used as a means to target and harass me.

PANACEA – YOU NEED TO FIX THIS

Panacea. You need to fix this. Honestly... If you won't let me talk about them in global chat, they need to stop attacking my guild. End of story. They need to stop using their 80 pirate ships to harass and bully players.

http://prntscr.com/ltuexb

TwoCents2018-12-12 11:16:44

You want Y-world to be successful don't you? How long do you think people are going to play if the keep getting bullied by egotistical narcissistic men who think that buying special buildings give them the right to own everyone else? Like I said, I'm literally the only person fighting back against them, but I can't do it without help. Give me back the goods and troops lost yesterday when I lost those sectors. It wasn't fair... you took away my ability to coordinate with my guild, but you didn't take away theirs.

TwoCents2018-12-12 14:13:38
One extra one now. I think you owe my guild an apology about 300 troops and 10,000 of each CA good. People think they can take advantage of our guild because you "banned" me from talking without rhyme or reason.
TwoCents 2018-12-12 20:33:06
Copying this question too:
TwoCents 2018-12-12 20:12:20
I'm sorry, but you made me wait 24 hours to tell me "we've concluded this inquiry?" You're closing my new responses as "duplicates" then taking things I've written 2 days ago as if they're new.

I have legitimate questions about this chat-ban. Namely why you put it in place after you removed the erroneous ban from two nights ago... Please answer my questions instead of closing them as duplicates. Or at least copy them over into the one-thread if you won't answer.
TwoCents 2018-12-12 22:02:06
What do you mean "one account per person." I don't have two accounts. Just this one. And I can 100% prove it to you beyond any reasonable doubt.
Forge of Empires - Customer Support 2018-12-12 22:28:56
Hello TwoCents,

Every open ticket must be addressed which is why we ask that you limit one issue per ticket and do not open multiple tickets of which you have opened appx 8 today and 10 yesterday. You should have one ticket open that addresses your latest chat ban that you have questions regarding. So pick the ticket you wish us to converse and I'll close the rest and we can have a chronological conversation that you (and I) will be able to follow.

Happy Holidays!

Panacea
Community Manager
Forge of Empires, U.S.

TwoCents 2018-12-12 22:30:30
OK, this one is fine.
TwoCents 2018-12-12 22:50:51
Ok, so I don't think I'm understanding well. Can we clarify the order of events? I was warned around the middle of November not to call blacklisted members "cheaters or scammers." During that conversation you said that you did not disagree with me that if it's a part of the game to solicit goods, it's an equal part of the game to stop the solicitation of goods.
I started to criticize blacklisted's sale of goods by saying things such as ^^do not trust this player to sell you goods, they will cheat you out of fps.
Fast forward to Monday, I was doing the same. Blacklisted took exception and started to post links to things said previously. I responded (in what I thought was a reasonable way) to these link-posts admitting I had said them in the past.
Around 9:30 my time, I got kicked out of the game, and when I tried to log in, had a game-ban. I asked you what it was for and you said telling a player to slit his wrists. I explained that was an

incident that happened in October and which I'd already been punished for. You then explained your position that I, personally, would no longer be able to say things stopping Blacklisted from selling goods. I disagreed vehemently.

I did not log back into the game at that time, but went to my bed. I logged in via my phone once to put points on someone's arc.

I woke up the next morning to a chat-ban and I have no idea what it is, why I received it, or how long you plan on having it in place. I asked for clarification, but you haven't provided it yet.

Can we start there?

Forge of Empires - Customer Support 2018-12-13 19:15:10

Hello TwoCents,

Your chat ban was initiated when players reported insulting behavior. The chat ban was placed and will remain in effect for 7 days. Should you use your husband's account to continue the behavior then I will extend the chat ban to that account as well. Insulting, including those statements you feel are "true" such as "^^do not trust this player to sell you goods, they will cheat you out of fps. "

Please review the GAME RULES to ensure you do not violate them again. Your ban is not subject to appeal and will remain in effect until the ban expires.

Happy Holidays!

Panacea
Community Manager
Forge of Empires, U.S.

TwoCents 2018-12-13 20:13:39

I have never used my husband's account. Why do you think he didn't say anything in the morning? I was waiting for him to get home from work so he could use it himself. I don't care if they "reported" me for insulting behavior, since I didn't PERFORM any insulting behavior their reports are meaningless.

TwoCents 2018-12-13 20:14:39

As far as, "do not trust this player to sell you goods," I'll keep my comments to my friends and guild so long as you ask blacklisted to only solicit goods within their friends and guild.

TwoCents 2018-12-13 20:15:18

If you want to warn my husband of a behavior, I suggest you follow your own rules and warn him. It's not my responsibility to do so.

TwoCents 2018-12-13 20:17:30

You have also not identified what insulting behavior it is that I may/may not have done. Furthermore, it is SPECIFICALLY allowed within your rules to criticize the way other players play the game. You cannot and will not enforce a "special" rule on me. Know why? Because it's ILLEGAL.

TwoCents 2018-12-13 20:18:21

This is now going on 72 hours waiting for you to tell me what "insulting" behavior I performed. If you cannot give me a clear explanation I just have to assume it's because I didn't perform any

insulting behavior.
TwoCents 2018-12-13 20:51:12
And, what I have been saying is 100% true for EVERY blacklisted player, and I can prove it as of today.
TwoCents 2018-12-13 21:13:09
I still insist you tell me EXACTLY what it is I said or did that created this chat-ban on me.
Forge of Empires - Customer Support 2018-12-13 21:51:25
Hello TwoCents,

Examples such as "liars", "cheats", "thieves" or even ""^^do not trust this player to sell you goods, they will cheat you out of fps" are all considering to be insults. Not to mention, encouraging players to kill themselves or do harm which we have discussed before. The rule is simple- Do not insult other players.

As to your husband, I will address his behavior should the need arise. I was making certain that you were not using his account. When exact phrasing is being used on two or more accounts, then we must conclude that the possibility is there that you are using more than one account.

Please review the GAME RULES to ensure you do not violate them again. Your ban is not subject to appeal and will remain in effect until the ban expires.

Panacea
Community Manager
Forge of Empires, U.S.
TwoCents 2018-12-13 22:26:47
Yeah, well it insults me that they have free-reign to solicit goods buyers under false pretenses. Their actions hurt everyone in Yorkton, and they gain an unfair economic advantage which causes me to feel insulted and pressured to buy diamonds with money I don't have to keep up with their scamming ways. Are you going to stop them from soliciting goods?

It wasn't "exact phrasing"... my husband is from Chile and has trouble with English spelling. Unless he specifically asks me how to spell a word, I'm pretty sure you can see the differences in the grammar and spelling usages.

You haven't explained yet how I could "insult" someone while I was sleeping. And I have already been punished for that asking B-Rad to do the world a favor by offing himself.
TwoCents 2018-12-13 22:37:32
Your rules specifically state:

InnoGames does not accept any publications that the Forge of Empires Team considers illegal, insulting, offensive, threatening, abusive, real-life-aggressive, sexually explicit, pornographic (including, but not limited to drawings and animations), politically extreme, religiously fanatic, endangering youth, racist, playing down the use of illegal drugs or alcohol, or promoting the use of
said substances or in any way inappropriate.POSTING LINKS TO SUCH CONTENT IS ALSO NOT ALLOWED.

Exhibit 10 – Forge of Empires Support Tickets: TwoCents Submitted by Plaintiff Penny Quinteros
Case: 19-CV-1402 RSM - 854

If my actions were "insulting," then my definition Enamiccug's actions were also insulting when he posted a link to that "insulting behavior." Yet... I still see him chatting in global chat every day. I see Barth there, I see Full Monte there... These players have called me "crazy" "insane" "psycho" "unhinged" "bitch" "stupid" and pretty much any other insult there is in the book. I said they stole fps from people. Clearly your priority is not on enforcing the game rules. It's on discriminating against me and denying me service to your game.

TwoCents 2018-12-13 22:39:24

It is impossible for me to get a chat-ban while sleeping. aka not posting on Forge of Empires. Therefore I'm asking for redress for your illegal and discriminatory actions in the form of 15,000 of each type of colonial age good, and 1,000 troops distributed across my guild members.

TwoCents 2018-12-13 22:42:06

Please post here where I referred to any specific person on Monday Night and told them to kill themselves. Also please post here where I called anyone specifically on Monday night a liar, cheat or thief (assuming they weren't lying, cheating or stealing. I still maintain that truth can never be offensive).

TwoCents 2018-12-13 22:43:35

And could you please respond to ALL of my comments, instead of just the most recent ones?

Forge of Empires - Customer Support 2018-12-13 23:35:27

Hello TwoCents,

This is not related solely to Monday night. This is a ban related to a series of cummulative statements, insults and behaviors. You will not be remunerated for a ban.

As to other player's actions, as we have discussed numerous times, we will investigate but you will not be informed as to the results of the investigation or any action(s) taken with another player.

Please review the GAME RULES to ensure you do not violate them again. Your ban is not subject to appeal and will remain in effect until the ban expires.

Happy Holidays!

Panacea
Community Manager
Forge of Empires, U.S.

TwoCents 2018-12-13 23:37:08

I will be remunerated for this ban. I hadn't done any "cumulative" things to indicate I needed a ban, other than what you told me specifically would be allowed. It's not my fault you changed your mind.

TwoCents 2018-12-13 23:38:22

Let me ask you, do you really think what you're doing here is de-escalating the situation? You're unfairly targeting the ONE person in the game you knew would respond poorly to being unfairly targeted. And you're allowing players to take advantage of me while I'm being unfairly targeted by you. How is that "de-escalating" the situation?

TwoCents 2018-12-14 10:52:15
I want to know why I was banned for sleeping.
TwoCents 2018-12-14 18:57:00
Could you please explain what "cumulative" statements I was banned for? I have been the model of good-behavior. If you specifically allowed me to criticize another player's game play using appropriate language, and you explain to me that I CAN say "this player with cheat you on fps" then later you change your mind and say you CANNOT say that... that's not really my fault. You have to explain the rule you want to apply to me, and give me time to adapt to it. You can't change the rule then retroactively ban me for it...
TwoCents 2018-12-14 23:50:15
And again you are closing my tickets without giving me an answer here. Please provided the cumulative summary of information you used to make your decision to deny me service.
Forge of Empires - Customer Support 2018-12-16 01:33:34
Hello TwoCents,

1. We will not be compensating you for any "lost" anything that occurred while your account was under a ban.
2. While I do hope to de-escalate the situation, I do have an obligation to answer your questions and to provide accurate and definitive answers.
3. You were not banned for sleeping. The ban occurred for a continuing pattern of insulting fellow players.
4, We will not be providing a list of statements as most of these were covered on previous game bans. It is not a case of saying "This player is a cheat" or "This player will cheat" but continuing to say these things, not once, but every time another player speaks sets up a pattern of insulting behavior(s) that will not be allowed in FOE chat.
5. First, you have not been denied service. You may continue to play your game. This is a chat ban and is limited to chat. Two, we answered each of your other tickets before closing them.

Enjoy the game.

Happy Holidays!

Panacea
Community Manager
Forge of Empires, U.S.


TwoCents 2018-12-16 02:00:39
What is the "continuing pattern of insulting fellow players" that you are referring to?
You will compensate me for the ban, because it is illegal
I didn't get any other game bans in Y world, so what do you mean "covered on previous game bans."
You told me it was acceptable to criticize their goods-selling practices using language like, this player cheats you on fp sales, which is what I've restricted my language to.
I have been denied service. You treat me differently than you do other players.
Forge of Empires - Customer Support 2018-12-16 02:04:17
Hello TwoCents,

You have been instructed to not insult other players. To say something once and to say it repeatedly over and over produces a pattern of behavior that is unacceptable. I do apologize for saying "game bans", I meant to say "game tickets". You have not been denied service as your game can be played. All players are held to the same game rules. Enjoy the game.

Happy Holidays!

Panacea
Community Manager
Forge of Empires, U.S.


TwoCents 2018-12-16 02:05:58
Panacea, I honestly do not know what these other players are putting in their reports to you, but I know what is in their "party line." They are saying that I am upset because of them taking NPC GvG sectors and that's why I've gone on this campaign against them. I can prove 100% beyond a reasonable doubt to you that they are LYING on that issue, and I think you need to consider if they are lying on that issue, they are lying on many issues.
on 7/28 I advised you of a cheating scheme with blacklisted - you did nothing in response
on 8/27 I asked you to help me with the diamond players who were domineering the world
it wasn't until 10/19 that I made the comments to B-Rad about slitting his wrists for the benefit of the world.

THEY ARE LYING TO YOU! and you continue to punish me instead of them.
TwoCents 2018-12-16 02:09:11
I can only play a portion of the game... that's not service. As any long-term player will tell you, interaction with other players is a crucial part of the game play and you're preventing that.
Forge of Empires - Customer Support 2018-12-16 02:11:57
Hello TwoCents,

In the case of a chat ban, we do not base any bans off what a player states in a ticket but on what is documented in the saved chat ban logs when a player is reported.

I understand you believe them to be lying. Even should what you say to be true proves true, there is no rule against a player negotiating goods for one price and then changing it. In fact, there is no rules regarding trades so a player could, in theory, offer you gold for $1 and then not conclude it till you ponied up 1000 forge points. Or any other scenario like that. Is it fair? Probably not, but there is no rule against it. Can you say, "Hey, he scammed me". Yes, we'd allow it. But not over and over and over again for months. Nor can you call them "liars", "cheats' "thief" or any other insult because insulting another player is against the rules.

Enjoy the game.

Happy Holidays!

Panacea

Exhibit 10 – Forge of Empires Support Tickets: TwoCents Submitted by Plaintiff Penny Quinteros
Case: 19-CV-1402 RSM - 857

Community Manager
Forge of Empires, U.S.

TwoCents 2018-12-16 02:13:14
I didn't get instructed NOT to tell them "don't buy goods from this player, they will cheat you of fps" until Monday night when you told me it wouldn't be allowed. I can't be held responsible for things said before you changed your mind. After you told me it would "no longer be allowed" I went to bed... Look at your own words, "Once more for good measure- enough is enough. You have been informed of how we will enforce the rules FROM THIS POINT FORWARD."

From the point you told me "enough is enough" I did nothing.
TwoCents 2018-12-16 02:15:50
Telling me "from this point forward it will no longer be allowed," necessitates the meaning that from that point backwards it WAS allowed. Which is why I'm asking you... if I only did behavior that was specifically allowed by you, and written out in game tickets.... WHAT IS MY CHAT BAN FOR?!
TwoCents 2018-12-16 02:23:39
This is exactly my point Panacea - I'm not saying they're cheating the game-system... there are LOTS of things in the game system that people might find offensive. Extorting players for fps not to plunder for example... might be offensive to some players, but it is specifically allowed.

What I'm doing is pointing out their in-game behavior using appropriate language. The world of Y NEEDS me to do this, because if I don't other people who come forward get retaliated against by blacklisted... including Rufus T. Firefly and Langlais the first had his guild attacked by blacklisted when he complained about the fp-deal scam, and the second got kicked out of his guild when Barth muscled his guild-leaders after he came forward to say his entire GUILD had a message-thread warning of blacklisted cheating several of their members.

Lastly, their price-setting behavior affects everyone in Y-world. It is a scam against the entire community and it has to stop. It is creating a plutocracy in the world instead of a meritocracy. Teddy Roosevelt himself said, "of all forms of tyranny the least attractive and the most vulgar is the tyranny of mere wealth, the tyranny of a plutocracy." In order to bust up a plutocracy the little-guys HAVE to be given equal access to power, such as the power of free speech. If one of our presidents thought their behavior was the most vulgar, then I don't see any problem with pointing this vulgarity out.
TwoCents 2018-12-16 02:27:29
I'm sorry, I'd like to clarify... with this goods-cheating-scheme and price-fixing-scheme they aren't breaking the game rules as indicated above. They are still cheating the game system because they PAY people $$ to get forge points from them, specifically that is not allowed and was reported to you on 07/28/2018
TwoCents 2018-12-16 02:37:14
Panacea,
I can't have a rational conversation with you when you purposefully only respond about once a day and that's at times you know I'm busy. I think it's only fair that you allot a chunk of time to deal with this issue and give me a fair chance to reason with you. You are putting a LOT of stress on me over this during times that I can least afford it (due to the issue with the lawyer,

having no $ at the holidays, etc). Quite literally on Wednesday I FORGOT to take my son to school because I busy checking my messages for a response from you.

Maybe other players wouldn't care about a global/guild/whisper chat ban... but I literally named myself TwoCents because I understand the power language can have. It's probably the most important tool in this game - hands down.

TwoCents 2018-12-17 23:37:54

I'm sorry, I still have received no response to this ticket.

TwoCents 2018-12-18 01:39:58

First, You stated in this thread: "Can you say, "Hey, he scammed me". Yes, we'd allow it. But not over and over and over again for months. Nor can you call them "liars", "cheats' "thief" or any other insult because insulting another player is against the rules."

I didn't say anything "over and over again for months" at most I started on October 31st and went through till December 10th with your SPECIFIC permission that it was ok as outlined below. Additionally I did not call anyone a liar, cheat, or thief... I kept my words relegated to their in-game behavior. I didn't 'you're a thief' I said... do not trust this player to sell you goods. He will scam you of fps. The word "scam, lie, steal" in all of my statements from October forward were VERBS. They couldn't meet your criteria of being an insulting label or name. It is literally impossible in the English language for your allegation to be true.

You stated on:

11/26/2018 An appeal of all bans on my record - you are ALLOWED to verbally confront any player you wish. YOU ARE NOT allowed to use profanity - I didn't us profanity and you banned me.

10/23/2018 I was told (again) that my behavior was "offensive" - You however, may still not call him insulting NAMES. You MAY however state what happened.

10/30/2018 Moderators abusing support system - Actually we HAVE discussed this. You can not use LABELS such as "scammers, liars, cheats, pedofiles" which insult individual players. You MAY attack guilds with game related information buy you may NOT insult other players. - I refrained from LABELING these players "scammers liars or cheats"

10/31/2018 Moderators abusing support system I do not disagree with your logic: There is nothing "harassing" about these behaviors. It takes a lot of time, effort, and good game-play on my behalf to be able to do them successfully. It's not any different than people going into global chat and asking for friends or guild members. It's community-engagement for a cause... As long as you do not insult another player ('insult' as defined "speak to or treat with disrespect or scornful abuse") then there should not be an issue. – specifically I stated the behaviors "I should be allowed to stop this solicitation [of goods ] by whatever means necessary to stop them from building up their cities thus denying them the ability to better be able to attack me.

You SPECIFICALLY stated that there was nothing harassing about stopping blacklisted's solicitation of goods via whatever means necessary. You clarified this by saying "so long as you do not insult players" You stated by insult you meant using the labels "scammers, liars or cheats" or using profanity. I did neither of those things.

You stated a series of conditions and rules that you felt would meet the "insulting" criteria, and my behavior was far below that criteria.

TwoCents 2018-12-18 01:49:01

What you're saying here with this partial ban is that I can sit in the back of the bus with the rest

of the women, but I can't sit at the front of the bus with the men. Just allowing service isn't enough. You have to provide me the SAME and EQUITABLE treatment regardless of my gender... which you don't.
TwoCents 2018-12-18 01:55:25
You keep saying that I "insulted" players, which you seem to take as the holy-grail of the Inno rules allowing you to do whatever you want. May I advise you to re-read the rules. There are two exceptions where it is OK to insult other players as detailed out in the rules:
1.) when criticizing another players game-play
2.) when making in-game threats

What I was doing fit within the parameters of the first exception to the rules.
Please find a copy here: https://en0.forgeofempires.com/page/the_game/rules/
TwoCents 2018-12-18 13:36:38
If the ban was for 7 days? Why am I not un-banned?
Forge of Empires - Customer Support 2018-12-19 00:41:12
Hello TwoCents,

I am the Community Manager of the U.S. server and an InnoGames employee. As such, all aspects of the game, rules, players, and moderators are my responsibility.

As the Game Rules state: The Community Management of the US version of Forge of Empires are the final arbiters of any rules dispute. Their interpretation of these rules is final.

The account is now unbanned and will be monitored for compliance. Abide by the rules and enjoy the game. CLICK HERE to review the Game Rules

Happy Holidays!

Panacea
Community Manager
Forge of Empires, U.S.

TwoCents 2018-12-19 01:17:33
You failed to answer my most basic question... what was I banned for? I cannot begin to compose my appeal until I have a compilation of the details of what I supposedly did wrong.
Forge of Empires - Customer Support 2018-12-19 01:20:16
Hello TwoCents,

There is no further need for any appeal as the ban is concluded. We answered your "most basic question" multiple times. You were banned for insulting other players. The account is now unbanned and will be monitored for compliance. Abide by the rules and enjoy the game. CLICK HERE to review the Game Rules

Happy Holidays!

Panacea

Community Manager
Forge of Empires, U.S.

TwoCents 2018-12-19 01:25:21
You are an employee of InnoGames and you live in the United States, therefore you are not the final arbiter because you still have to comply with the law(s) which prevent discrimination in public accommodations. At this point you haven't even provided a reason for my 8-day denial of service. Which I am still asking (as I have everyday for 8 days) so that I may BEGIN my appeal.
TwoCents 2018-12-19 01:28:48
You need to tell me EXACTLY what I said with a timestamp. If it is cumulative then you need to provide the EXACT thing thaI said in each instance with the date and time of each entry. Anything less is preventing me from formulating my appeal. Furthermore if I do not know what I did wrong how am I to prevent the action in the future?
Forge of Empires - Customer Support 2018-12-19 01:30:41
Hello TwoCents,

Here is the reason for your ban: Insults to other players in Global Chat/Messaging

We will be providing NO additional information as you have received this on multiple tickets at the time of occurrence.

There was no "denial of service".

As the Game Rules state: The Community Management of the US version of Forge of Empires are the final arbiters of any rules dispute. Their interpretation of these rules is final.

The account is now unbanned and will be monitored for compliance. Abide by the rules and enjoy the game. CLICK HERE to review the Game Rules

Happy Holidays!

Panacea
Community Manager
Forge of Empires, U.S.

TwoCents 2018-12-19 01:32:47
I have received NO SUCH information. It doesn't exist in prior warnings or anywhere because you have not provided it to me. I would like to begin my appeal, so please provide me the information I am requesting to do so.
TwoCents 2018-12-19 01:34:28
You can't have one version of the game for some people and another for those you are targetting because of discrimination- you might as well put up "colored and white" drinking fountain signs on your homepage if that's the case.
TwoCents 2018-12-19 01:37:22
As I stated before... your rules have two exceptions-
1.) threats in-game terms

2,) Criticizing other players game-play.

I am allowed to state "you cheat players out of forge points" in no uncertain terms. It is specifically allowed by your rules and has been tolerated for thousands of other players who've said the same.

TwoCents 2018-12-19 02:34:40

Please provide me a detailed list of what I've done to earn this particular ban. Once you do I will be able to formulate an appeal of it.

TwoCents 2018-12-19 20:44:01

I am still waiting for a detailed answer as to what I was banned for so that I may begin my appeal of this ban.

TwoCents 2018-12-20 16:20:34

Still waiting for your answer so I may begin my appeal of this issue.

TwoCents 2018-12-21 18:28:12

Please answer so I may begin my appeal... don't pretend to answer and then don't.

Forge of Empires - Customer Support 2018-12-21 20:46:09

Hello TwoCents,

This ticket has been appealed for over a week. Your ban is completed and this ticket is concluded. Enjoy the game.

Happy Holidays!

Panacea
Community Manager
Forge of Empires, U.S.

TwoCents 2018-12-21 20:51:31

I'm sorry, but I haven't started yet, so obviously it hasn't been appealed yet.

TwoCents 2018-12-21 20:54:30

You have yet to compensate me the 20,000 of each type in Colonial Age for being unable to participate in guild-chat coordination and the thousands of troops... so I'd like the opportunity to make a rigorous appeal based upon the facts, not guesses as to what you MIGHT have possibly found offensive. You've yet to tell me exactly which words at which times on which days were offensive.

Forge of Empires - Customer Support 2018-12-21 20:55:47

Hello TwoCents,

There is no ban appeal if there is no ban. The ban concluded and therefore there is no further appeal. There will be no compensation for "lost items" during a ban. This ticket is concluded.

Happy Holidays!

Panacea
Community Manager
Forge of Empires, U.S.

TwoCents 2018-12-21 20:56:37
Your game rules specifically state that I have the right to appeal. It doesn't state "if the community manager purposefully ignores you for a week, then you lose that right."

Your game rules specifically say I have the right to appeal. I haven't done that yet. I asked a question. WHAT WAS I BANNED FOR!!!
Forge of Empires 2018-12-21 21:39:21

New Hello TwoCents,

This ban is concluded so there is no further ban appeal. This ticket is concluded. Enjoy the game.

Happy Holidays!

Panacea


It says I have the ability to appeal in your game rules. It doesn't say "UNLESS THE COMMUNITY MANAGER IGNORES YOU FOR A WEEK"
Forge of Empires - Customer Support 2018-12-22 08:14:45
Hello TwoCents,

You appealed using everything in your arsenal. There is no further ban so there is no further ban appeal. This ban is completed. There is no further ban appeal. Enjoy the game.

Happy Holidays!

Panacea
Community Manager
Forge of Empires, U.S.

- It wasn't "everything in my arsenal"... you have yet to establish that I did anything wrong, so I haven't yet had the opportunity to address whatever incident(s) I got banned for. If the ban was cumulative, surely there are several incidents where it is document that I did something wrong. So PROVE IT!

**Forge of Empires - Customer Support 2018-12-23 02:28:30**

Hello TwoCents,

There is no further ban so there is no further ban appeal. This ban is completed. There is no further ban appeal. Enjoy the game.

Happy Holidays!

Panacea
Community Manager
Forge of Empires, U.S.

---

This ticket has been closed and can no longer be replied to.

**Attachments**

This ticket currently has no attachments.

# View ticket

# This player attacked me and it hurt my feelings

**You 2018-12-11 12:35:03**

Hello,
This player attacked one of my GvG sectors and it hurt my feelings and made me feel insulted. I insist you give him a ban.
Thank You.

**Forge of Empires - Customer Support 2018-12-11 20:16:29**

Hello TwoCents,

Attacking GvG sections is part of the game. If this "hurts your feelings", I suggest that you no longer play GvG or that you find a game where you have no or limited amount of player or moderator interaction. Enjoy the non-GvG portions of the game.

Happy Holidays!

Panacea
Community Manager
Forge of Empires, U.S.

**You 2018-12-11 20:16:39**

How much more in diamonds do I have to buy each month to get that "special" attention you are giving to blacklisted?

**You 2018-12-11 20:17:29**

Complaining about people cheating others on goods is also a part of the game. Perhaps you should tell blacklisted to stop selling goods if it hurts their feelings.

**Forge of Empires - Customer Support 2018-12-11 20:21:49**

Hello TwoCents,

Diamond purchasers do not receive preferential treatment in Support.

"Complaints" or issues presented to Support are all taken seriously.  I can not tell you if any other player has complained abut "hurt their feelings" or not. I can not tell you anything about another player.

Attacking GvG sections is part of the game.  If this "hurts your feelings", I suggest that you no longer play GvG or that you find a game where you have no or limited amount of player or moderator interaction.  Enjoy the non-GvG portions of the game.

Happy Holidays!

Panacea
Community Manager
Forge of Empires, U.S.

**You 2018-12-11 20:24:07**

That's a TOTAL lie. Everything you just said is a total lie there. You are giving them special attention. YOU FRICKIN REMOVED MY ABILITY TO TALK IN THE GAME, when I DIDN'T ACTUALLY SAY ANYTHING WRONG!

People have been harassing me for 3 frickin years, and you didn't muffle them... but the minute I hurt someone's fp production via goods sales... you silence me?!

Now let's talk about "fair" or "equitable"

**You 2018-12-21 23:55:02**

Where is the fairness and equability in your actions? How many other people have you banned for complaining about unfair goods-selling practices?

**Forge of Empires - Customer Support 2018-12-22 08:11:55**

Hello TwoCents,

You have never been banned for "complaining about unfair goods-selling practices".  You were banned for 1) insulting another player(s) and then 2) spamming Global Chat.  However, please be aware that even HAD these players had restrictive goods selling, there is no rule against this.

Diamond purchasers do not receive preferential treatment in Support.

"Complaints" or issues presented to Support are all taken seriously.  I can not tell you if any other player has complained abut "hurt their feelings" or not. I can not tell you anything about another player.

Attacking GvG sections is part of the game.  If this "hurts your feelings", I suggest that you no longer play GvG or that you find a game where you have no or limited amount of player or moderator interaction.  Enjoy the non-GvG portions of the game.

Happy Holidays!

Panacea
Community Manager
Forge of Empires, U.S.


**You 2018-12-22 14:52:54**

I have played THIS game for 6 YEARS.... Invested thousands of dollars and thousands of hours! I'd like to be able to do it free from harassment and your discriminatory practices!

I didn't use any insulting names. That's the rules. I criticized other players gaming techniques using appropriate language ... and I got a 7 day ban which actually turned into an 8 day ban!!! Meanwhile the other parties are free to call me a crazy, unhinged idiotic woman? A bad mother?

Enforce your rules equally or not at all. These players feel like they have carte blanche to attack my guild and I because of your actions

**Forge of Empires - Customer Support 2018-12-22 22:34:20**

Hello TwoCents,

Thank you for your comments. Enjoy the game.

Happy Holidays!

Panacea
Community Manager
Forge of Empires, U.S.

**You 2018-12-23 01:34:36**

I'm sorry, it was part of our conversation. You banned me for complaining about goods-selling practices. If you want to couch it in terms of "insulting other players" then you really need to establish that. I specifically followed your rules so as not to use any insulting names. You have yet to establish even one incident after you told me to stop calling them liars, scammers and cheats, that I didn't do exactly as we discussed. I criticized their actions, not them personally. And yet I got a 7 day ban for criticizing their goods-selling practices.

**Forge of Empires - Customer Support 2018-12-23 02:29:08**

Hello TwoCents,

Thank you for your comments. Enjoy the game.

Happy Holidays!

Panacea
Community Manager
Forge of Empires, U.S.

---

This ticket has been closed and can no longer be replied to.

**Attachments**

**This ticket currently has no attachments.**

# View ticket

# A player attacked me and it hurt my feelings

**You 2018-12-23 03:19:48**

View ticket Tickets
This player attacked me and it hurt my feelings

Reported players: EnamIccug

TwoCents 2018-12-11 12:35:03

Hello,
This player attacked one of my GvG sectors and it hurt my feelings and made me feel insulted. I

Exhibit 10 – Forge of Empires Support Tickets: TwoCents Submitted by Plaintiff Penny Quinteros
Case: 19-CV-1402 RSM - 867

insist you give him a ban.
Thank You.
Forge of Empires 2018-12-11 20:16:29

Hello TwoCents,

Attacking GvG sections is part of the game. If this "hurts your feelings", I suggest that you no longer play GvG or that you find a game where you have no or limited amount of player or moderator interaction. Enjoy the non-GvG portions of the game.

Happy Holidays!

Panacea
Community Manager
Forge of Empires, U.S.

TwoCents 2018-12-11 20:16:39

How much more in diamonds do I have to buy each month to get that "special" attention you are giving to blacklisted?
TwoCents 2018-12-11 20:17:29

Complaining about people cheating others on goods is also a part of the game. Perhaps you should tell blacklisted to stop selling goods if it hurts their feelings.
Forge of Empires 2018-12-11 20:21:49

Hello TwoCents,

Diamond purchasers do not receive preferential treatment in Support.

"Complaints" or issues presented to Support are all taken seriously. I can not tell you if any other player has complained abut "hurt their feelings" or not. I can not tell you anything about another player.

Attacking GvG sections is part of the game. If this "hurts your feelings", I suggest that you no longer play GvG or that you find a game where you have no or limited amount of player or moderator interaction. Enjoy the non-GvG portions of the game.

Happy Holidays!

Panacea
Community Manager
Forge of Empires, U.S.

TwoCents 2018-12-11 20:24:07

That's a TOTAL lie. Everything you just said is a total lie there. You are giving them special attention. YOU FRICKIN REMOVED MY ABILITY TO TALK IN THE GAME, when I DIDN'T ACTUALLY SAY ANYTHING WRONG!

People have been harassing me for 3 frickin years, and you didn't muffle them... but the minute I hurt someone's fp production via goods sales... you silence me?!

Now let's talk about "fair" or "equitable"
TwoCents 2018-12-21 23:55:02

Where is the fairness and equability in your actions? How many other people have you banned for complaining about unfair goods-selling practices?
Forge of Empires 2018-12-22 08:11:55

Hello TwoCents,

You have never been banned for "complaining about unfair goods-selling practices". You were banned for 1) insulting another player(s) and then 2) spamming Global Chat. However, please be aware that even HAD these players had restrictive goods selling, there is no rule against this.

Diamond purchasers do not receive preferential treatment in Support.

"Complaints" or issues presented to Support are all taken seriously. I can not tell you if any other player has complained abut "hurt their feelings" or not. I can not tell you anything about another player.

Attacking GvG sections is part of the game. If this "hurts your feelings", I suggest that you no longer play GvG or that you find a game where you have no or limited amount of player or moderator interaction. Enjoy the non-GvG portions of the game.

Happy Holidays!

Panacea
Community Manager
Forge of Empires, U.S.

TwoCents 2018-12-22 14:52:54

I have played THIS game for 6 YEARS.... Invested thousands of dollars and thousands of hours! I'd like to be able to do it free from harassment and your discriminatory practices!

I didn't use any insulting names. That's the rules. I criticized other players gaming techniques using appropriate language ... and I got a 7 day ban which actually turned into an 8 day ban!!! Meanwhile the other parties are free to call me a crazy, unhinged idiotic woman? A bad mother?

Enforce your rules equally or not at all. These players feel like they have carte blanche to attack

my guild and I because of your actions
Forge of Empires 2018-12-22 22:34:20

Hello TwoCents,

Thank you for your comments. Enjoy the game.

Happy Holidays!

Panacea
Community Manager
Forge of Empires, U.S.

TwoCents 2018-12-23 01:34:36

I'm sorry, it was part of our conversation. You banned me for complaining about goods-selling practices. If you want to couch it in terms of "insulting other players" then you really need to establish that. I specifically followed your rules so as not to use any insulting names. You have yet to establish even one incident after you told me to stop calling them liars, scammers and cheats, that I didn't do exactly as we discussed. I criticized their actions, not them personally. And yet I got a 7 day ban for criticizing their goods-selling practices.
Forge of Empires 2018-12-23 02:29:08

Hello TwoCents,

Thank you for your comments. Enjoy the game.

Happy Holidays!

Panacea
Community Manager
Forge of Empires, U.S.

- Let me get this straight... my concern is that you are unfairly banning me because of my gender and your answer is "thank you for your comments".... How about, "I'm sorry I unfairly targeted you for a ban. I can see now that it was inappropriate because your comments didn't rise to the level of"insulting names" but theirs did. I can see how my misguided actions made them feel empowered to continue their domineering and tyranny which is not allowed in Forge of Empires. We'll rectify it right away." ohhh right.... that'd be the answer of someone who knew what they were doing.

**Forge of Empires - Customer Support 2018-12-23 03:24:34**

Hello TwoCents,

You were not unfairly targeted for a ban. We've heard what you have said and we appreciate

your comments. Enjoy the game.

Happy Holidays!

Panacea
Community Manager
Forge of Empires, U.S.

---

This ticket has been closed and can no longer be replied to.

**Attachments**

This ticket currently has no attachments.

# View ticket

# A player attacked me and it hurt my feelings

**You 2018-12-23 03:40:11**

View ticket Tickets
A player attacked me and it hurt my feelings

Reported players: EnamIccug

TwoCents 2018-12-23 03:19:48

View ticket Tickets
This player attacked me and it hurt my feelings

Reported players: EnamIccug

TwoCents 2018-12-11 12:35:03

Hello,
This player attacked one of my GvG sectors and it hurt my feelings and made me feel insulted. I
insist you give him a ban.
Thank You.
Forge of Empires 2018-12-11 20:16:29

Exhibit 10 – Forge of Empires Support Tickets: TwoCents Submitted by Plaintiff Penny Quinteros
Case: 19-CV-1402 RSM - 871

Hello TwoCents,

Attacking GvG sections is part of the game. If this "hurts your feelings", I suggest that you no longer play GvG or that you find a game where you have no or limited amount of player or moderator interaction. Enjoy the non-GvG portions of the game.

Happy Holidays!

Panacea
Community Manager
Forge of Empires, U.S.

TwoCents 2018-12-11 20:16:39

How much more in diamonds do I have to buy each month to get that "special" attention you are giving to blacklisted?
TwoCents 2018-12-11 20:17:29

Complaining about people cheating others on goods is also a part of the game. Perhaps you should tell blacklisted to stop selling goods if it hurts their feelings.
Forge of Empires 2018-12-11 20:21:49

Hello TwoCents,

Diamond purchasers do not receive preferential treatment in Support.

"Complaints" or issues presented to Support are all taken seriously. I can not tell you if any other player has complained abut "hurt their feelings" or not. I can not tell you anything about another player.

Attacking GvG sections is part of the game. If this "hurts your feelings", I suggest that you no longer play GvG or that you find a game where you have no or limited amount of player or moderator interaction. Enjoy the non-GvG portions of the game.

Happy Holidays!

Panacea
Community Manager
Forge of Empires, U.S.

TwoCents 2018-12-11 20:24:07

That's a TOTAL lie. Everything you just said is a total lie there. You are giving them special attention. YOU FRICKIN REMOVED MY ABILITY TO TALK IN THE GAME, when I DIDN'T ACTUALLY SAY ANYTHING WRONG!

Exhibit 10 – Forge of Empires Support Tickets: TwoCents Submitted by Plaintiff Penny Quinteros
Case: 19-CV-1402 RSM - 872

People have been harassing me for 3 frickin years, and you didn't muffle them... but the minute I hurt someone's fp production via goods sales... you silence me?!

Now let's talk about "fair" or "equitable"
TwoCents 2018-12-21 23:55:02

Where is the fairness and equability in your actions? How many other people have you banned for complaining about unfair goods-selling practices?
Forge of Empires 2018-12-22 08:11:55

Hello TwoCents,

You have never been banned for "complaining about unfair goods-selling practices". You were banned for 1) insulting another player(s) and then 2) spamming Global Chat. However, please be aware that even HAD these players had restrictive goods selling, there is no rule against this.

Diamond purchasers do not receive preferential treatment in Support.

"Complaints" or issues presented to Support are all taken seriously. I can not tell you if any other player has complained abut "hurt their feelings" or not. I can not tell you anything about another player.

Attacking GvG sections is part of the game. If this "hurts your feelings", I suggest that you no longer play GvG or that you find a game where you have no or limited amount of player or moderator interaction. Enjoy the non-GvG portions of the game.

Happy Holidays!

Panacea
Community Manager
Forge of Empires, U.S.

TwoCents 2018-12-22 14:52:54

I have played THIS game for 6 YEARS.... Invested thousands of dollars and thousands of hours! I'd like to be able to do it free from harassment and your discriminatory practices!

I didn't use any insulting names. That's the rules. I criticized other players gaming techniques using appropriate language ... and I got a 7 day ban which actually turned into an 8 day ban!!! Meanwhile the other parties are free to call me a crazy, unhinged idiotic woman? A bad mother?

Enforce your rules equally or not at all. These players feel like they have carte blanche to attack my guild and I because of your actions
Forge of Empires 2018-12-22 22:34:20

Hello TwoCents,

Exhibit 10 – Forge of Empires Support Tickets: TwoCents Submitted by Plaintiff Penny Quinteros
Case: 19-CV-1402 RSM - 873

Thank you for your comments. Enjoy the game.

Happy Holidays!

Panacea
Community Manager
Forge of Empires, U.S.

TwoCents 2018-12-23 01:34:36

I'm sorry, it was part of our conversation. You banned me for complaining about goods-selling practices. If you want to couch it in terms of "insulting other players" then you really need to establish that. I specifically followed your rules so as not to use any insulting names. You have yet to establish even one incident after you told me to stop calling them liars, scammers and cheats, that I didn't do exactly as we discussed. I criticized their actions, not them personally. And yet I got a 7 day ban for criticizing their goods-selling practices.
Forge of Empires 2018-12-23 02:29:08

Hello TwoCents,

Thank you for your comments. Enjoy the game.

Happy Holidays!

Panacea
Community Manager
Forge of Empires, U.S.

- Let me get this straight... my concern is that you are unfairly banning me because of my gender and your answer is "thank you for your comments".... How about, "I'm sorry I unfairly targeted you for a ban. I can see now that it was inappropriate because your comments didn't rise to the level of"insulting names" but theirs did. I can see how my misguided actions made them feel empowered to continue their domineering and tyranny which is not allowed in Forge of Empires. We'll rectify it right away." ohhh right.... that'd be the answer of someone who knew what they were doing.
Forge of Empires 2018-12-23 03:24:34

New Hello TwoCents,

You were not unfairly targeted for a ban. We've heard what you have said and we appreciate your comments. Enjoy the game.

Happy Holidays!

Panacea

Community Manager
Forge of Empires, U.S.

-You DID unfairly target me, on dozens of occasions! You haven't listened to a word I said. You've purposefully ignored me hoping the ban-time will run out so you don't have to answer for your illegal denial of service. PROVE that I did anything wrong?! Better yet PROVE that I did something more than the thousands of men playing who say the exact same things I do or worse and never get banned for them!!!

**Forge of Empires - Customer Support 2018-12-23 10:18:10**

Hello TwoCents,

We've heard what you have said and we appreciate your comments. Enjoy the game.

Happy Holidays!

Panacea
Community Manager
Forge of Empires, U.S.

---

This ticket has been closed and can no longer be replied to.

**Attachments**

This ticket currently has no attachments.

# View ticket

# BA player stuck on quest

**You 2018-12-23 02:42:39**

Your rule changes have made the event-quest impossible for a bronze-age player to complete. I'm stuck on quest 51.... donate 50 goods from my era or below or win 10 battles. You took away PvP from BA players... so I have no battles I can win, and the treasury doesn't accept BA goods (nor do medals or higher age goods count). Why put in an impossibile set of circumstances? It's not just me going to have this problem but all Bronze players...

**Forge of Empires - Customer Support 2018-12-23 03:13:01**

Exhibit 10 – Forge of Empires Support Tickets: TwoCents Submitted by Plaintiff Penny Quinteros
Case: 19-CV-1402 RSM - 875

Hello TwoCents,

Thank you for contacting Support.  Your concern is important to us.  We are reviewing your ticket and will reply as soon as possible.

Thank you for your patience.

Happy Holidays!

Panacea
Community Manager
Forge of Empires, U.S.

**Forge of Empires - Customer Support 2018-12-23 10:20:58**

Hello TwoCents,

I will ask that the Development Team look at that quest for fairness.  In the meantime, I have set your quest to Accomplished and you should be able to progress at this time.  Enjoy the event.

Happy Holidays!

Panacea
Community Manager
Forge of Empires, U.S.

---

This ticket has been closed and can no longer be replied to.

**Attachments**

This ticket currently has no attachments.

# View ticket

# Can't type in chat

**You 2018-12-26 21:06:01**

Exhibit 10 – Forge of Empires Support Tickets: TwoCents Submitted by Plaintiff Penny Quinteros
Case: 19-CV-1402 RSM - 876

What's going on? I can't type in chat.

**Forge of Empires - Customer Support 2018-12-27 12:53:31**

Hello TwoCents,

Please do not create more than one ticket per issue. As this is a duplicate, we are closing this ticket. If you wish to pose additional information, please post in the pre-existing ticket. Creating more than one ticket slows the appeal process. You must wait until your original ticket has been reviewed and replied to.

Thank you for your cooperation

Kind regards,

Sgt. Bothari
Co-Community Manager
Forge of Empires, U.S.

---

This ticket has been closed and can no longer be replied to.

**Attachments**

**This ticket currently has no attachments.**

# View ticket

# Excuse Me...

**You 2018-12-27 03:04:01**

Excuse me, but I can't talk in Y and no one is answering my tickets as to why. Are there any moderators actually working today or did you all take the day off?

**Forge of Empires - Customer Support 2018-12-27 12:53:44**

Hello TwoCents,

Please do not create more than one ticket per issue. As this is a duplicate, we are closing this ticket. If you wish to pose additional information, please post in the pre-existing ticket. Creating more than one ticket slows the appeal process. You must wait until your original ticket has been reviewed and replied to.

Thank you for your cooperation

Kind regards,

Sgt. Bothari
Co-Community Manager
Forge of Empires, U.S.

---

This ticket has been closed and can no longer be replied to.

**Attachments**

This ticket currently has no attachments.

# View ticket

# Can't type in Chat...

**You 2018-12-27 01:08:53**

So... yeah... what's that all about?

**Forge of Empires - Customer Support 2018-12-27 12:54:16**

Hello TwoCents,

Please do not create more than one ticket per issue. As this is a duplicate, we are closing this ticket. If you wish to pose additional information, please post in the pre-existing ticket. Creating more than one ticket slows the appeal process. You must wait until your original ticket has been reviewed and replied to.

Thank you for your cooperation

Kind regards,

Sgt. Bothari
Co-Community Manager
Forge of Empires, U.S.

---

This ticket has been closed and can no longer be replied to.

**Attachments**

**This ticket currently has no attachments.**

# View ticket

# Still waiting for the bug to be fixed

**You 2018-12-27 15:42:58**

Still can't type in global chat. Are you going to fix it?

**Forge of Empires - Customer Support 2018-12-27 15:43:36**

Hello TwoCents,

Please do not create more than one ticket per issue. As this is a duplicate, we are closing this ticket. If you wish to pose additional information, please post in the pre-existing ticket. Thank you for your cooperation and enjoy the game.

Kind regards,

Sgt. Bothari
Co-Community Manager
Forge of Empires, U.S.

---

This ticket has been closed and can no longer be replied to.

**Attachments**

This ticket currently has no attachments.

# View ticket

# Hello, Man you named himself after a sexual-psychopath...

Exhibit 10 – Forge of Empires Support Tickets: TwoCents Submitted by Plaintiff Penny Quinteros
Case: 19-CV-1402 RSM - 879

**You 2018-12-27 16:36:37**

Hello, Man you named himself after a sexual-psychopathic-literary-figure,
Please don't ignore me. You need to fix my account. And you need to answer for why it was banned and not un-banned for no apparent reason.
Sincerely,
Woman who likes to be outspoken and not muffled by men.

**You 2018-12-27 16:37:34**

Man who*... typo.

---

This ticket has been closed and can no longer be replied to.

**Attachments**

**This ticket currently has no attachments.**

# View ticket

# Man who finds enjoyment in rapist-names...

**You 2018-12-27 16:49:00**

Man who finds enjoyment in rapist-names...
Please answer the question. Why have you not unbanned my account yet? Why have you not fixed it? Why was I banned in the first place?
Sincerely,
Woman who refuses to be silenced by sexist men.

---

This ticket has been closed and can no longer be replied to.

**Attachments**

**This ticket currently has no attachments.**

# View ticket

# You sexist piece of ...

Exhibit 10 – Forge of Empires Support Tickets: TwoCents Submitted by Plaintiff Penny Quinteros
Case: 19-CV-1402 RSM - 880

**You 2018-12-27 17:29:16**

You sexist piece of ****,
Stop f'ing with me and FIX IT!
Sincerely,
Woman who won't be a good girl and shut the hell up

---

This ticket has been closed and can no longer be replied to.

**Attachments**

**This ticket currently has no attachments.**

# View ticket

# Can't type in chat

**You 2018-12-27 14:53:44**

Why can I still not type in chat?

**Forge of Empires - Customer Support 2018-12-27 15:11:53**

Hello TwoCents,

You are not globally muted, there is no reason for you to not be able to use chat. I suggest your re-log in to the game.

Kind regards,

Sgt. Bothari
Co-Community Manager
Forge of Empires, U.S.

**You 2018-12-27 15:17:25**

Well, I tried logging in, and I still can't type in chat. So there is a bug.

**You 2018-12-27 15:18:37**

I mean I tried logging out and re-logging in, and it still isn't working.

**You 2018-12-27 15:19:45**

Just tried refreshing again for the 3rd time. Still not working.

**You 2018-12-27 15:42:22**

Hello! Are you going to fix this bug?

**Forge of Empires - Customer Support 2018-12-27 15:43:18**

I have checked the setting yet again and it shows you not muted globally.

Normally I would log in to the city and check it myself, but given the circumstance I will not do so on your city.

If I have your permission, I will do so, but you will have say it in so many words.

Kind regards,

Sgt. Bothari
Co-Community Manager
Forge of Empires, U.S.

**You 2018-12-27 15:49:38**

of course you can't log into my city...

**You 2018-12-27 15:50:13**

I'm not going to let you violate my account just so you can fix what is broken on your end. Sorry.

**You 2018-12-27 15:52:00**

And since you apparently have so much time on your hands that you want to go poking around into my private account, why don't you answer why I got slapped with what I assume was a ban (although you've not specifically said that) while I wasn't even logged on?

**You 2018-12-27 15:59:27**

I tell you what... if you want to go poking around in my undercarriage... you got 2 minutes to do so... but you have to post what I tell you to in Global Chat in the hopes that it is working again:
"Attention Global Chat:
There is a crime being perpetrated on the community of Yorkton
by several high-ranking players."

**You 2018-12-27 16:02:27**

Exhibit 10 – Forge of Empires Support Tickets: TwoCents Submitted by Plaintiff Penny Quinteros
Case: 19-CV-1402 RSM - 882

Sorry, time's-up... guess you'll have to live knowing you didn't get to be me even for a little while. You poor man. Do you need a grief counselor now?

**Forge of Empires - Customer Support 2018-12-27 16:21:02**

I am sorry, your account is not chat banned.

any other issues brought up are not pertinent to this ticket and will not be commented upon.

Kind regards,

Sgt. Bothari
Co-Community Manager
Forge of Empires, U.S.

**You 2018-12-27 16:27:50**

Well, apparently is IS chat banned. Or am I just supposed to take your word for it that you've pressed the right button.

**You 2018-12-27 16:30:03**

You've banned me for no reason, you have yet to un-ban me for no reason... I guess I'm just supposed to sit here and be your guinea pig for no reason... oh yeah, and your "fix" is to violate my account. Have I left out any pertinent details?

**Forge of Empires - Customer Support 2018-12-27 16:59:41**

I was not the one to ban you. Panacea banned you for affronts several days ago. As she is on vacation however I get to answer your ticket.

Once again, I have checked the setting for global mute and it is not on for your city.

Kind regards,

Sgt. Bothari
Co-Community Manager
Forge of Empires, U.S.

**You 2018-12-27 17:03:08**

Well, it's not my problem if Inno chose to under staff itself. Call her on her vacation.

**You 2018-12-27 17:04:15**

And once again... I don't believe you. You didn't "uncheck" the setting for global mute on my city. You are simply punishing me because you have the ability to do. You are unfairly targeting me.

**You 2018-12-27 17:06:01**

And btw, there were no "affronts" several days ago. If there were, PROVE IT, and tell me how long the ban was for for said "affronts".

**You 2018-12-27 17:17:14**

Studies show that the "silencing" of women impacts the heart, brain, and body like a virus. It can lead to:

Headaches and inter cranial elevations of blood pressure
Increased risk of Aneurysm
Hypertension and other Cardiovascular symptoms
Respiratory symptoms such as shortness of breath
Digestive problems
An overall diminished sense of agency – feeling stuck with few options
Cognitive spin – perseverating over conversations and encounters
Deficit thinking – a saboteur's voice that chatters about inadequacy
Emotional trauma – similar to physical trauma that creates fear and uncertainty
Isolation – deepening sense of loneliness
Loss of self – the authentic leadership voice has slowly disappeared

This is what you are doing to me right now... you are silencing me because you feel like you are in a power-position. So I don't care if Panacea is "on vacation. She shouldn't have banned me for nothing - taking away my agency without rhyme or reason and then disappeared to ignore me. Find someone who can answer my question and fix this problem.

**You 2018-12-27 17:22:39**

https://medium.com/publishous/the-cultural-silencing-of-women-94f27fbb7ef1

**You 2018-12-27 17:37:43**

http://geekfeminism.wikia.com/wiki/Silencing

**Forge of Empires - Customer Support 2018-12-27 17:52:29**

I am sorry, but if you continue to insult staff any tickets doing so will simply be closed.

Kind regards,

Sgt. Bothari

Exhibit 10 – Forge of Empires Support Tickets: TwoCents Submitted by Plaintiff Penny Quinteros
Case: 19-CV-1402 RSM - 884

Co-Community Manager
Forge of Empires, U.S.

This ticket has been closed and can no longer be replied to.

**Attachments**

**This ticket currently has no attachments.**

# View ticket

# Did you ban the people earlier?

**You 2018-12-27 17:43:11**

Did you ban the people referring to me as a "girl" earlier when I reported them? Or do you just silence and target women?

**Forge of Empires - Customer Support 2018-12-27 17:52:46**

Hello TwoCents,

Thank you for bringing this matter to our attention. We appreciate all players that help the Forge team to keep our game running without rule breakers. TwoCents, I will investigate and take the appropriate action(s) if I find rule breaking.

Kind regards,

Sgt. Bothari
Co-Community Manager
Forge of Empires, U.S.

This ticket has been closed and can no longer be replied to.

**Attachments**

**This ticket currently has no attachments.**

# View ticket

Exhibit 10 – Forge of Empires Support Tickets: TwoCents Submitted by Plaintiff Penny Quinteros
Case: 19-CV-1402 RSM - 885

# Stop focusing on irrelevant issues

**You 2018-12-27 18:10:03**

demanding that a marginalized person change their methods for addressing privilege and a host of other things that are design[ed] to control the means of communication and discourse.

- Stop trying to silence me by demanding that I change my method of addressing you. I can address you in any way that I see fit. It doesn't change the substance of my argument. You [InnoGames] are purposefully silencing me because I spoke up about the sexual-crime I was the victim of while playing on your server.

**Forge of Empires - Customer Support 2018-12-27 18:15:38**

Hello TwoCents,

Please do not create more than one ticket per issue. As this is a duplicate, we are closing this ticket. If you wish to pose additional information, please post in the pre-existing ticket. Thank you for your cooperation and enjoy the game.

Kind regards,

Sgt. Bothari
Co-Community Manager
Forge of Empires, U.S.

---

This ticket has been closed and can no longer be replied to.

## Attachments

This ticket currently has no attachments.

# View ticket

# Stop closing my tickets when you haven't answered them

**You 2018-12-27 18:17:50**

Exhibit 10 – Forge of Empires Support Tickets: TwoCents Submitted by Plaintiff Penny Quinteros
Case: 19-CV-1402 RSM - 886

WHY AM I STILL NOT ABLE TO TALK IN GLOBAL CHAT? YOU HAVEN'T REMOVED THE MUFFLE ON ME!!!!!!!!!

**Forge of Empires - Customer Support 2018-12-27 18:19:30**

Hello TwoCents,

Please do not create more than one ticket per issue. As this is a duplicate, we are closing this ticket. If you wish to pose additional information, please post in the pre-existing ticket. Thank you for your cooperation and enjoy the game.

Kind regards,

Sgt. Bothari
Co-Community Manager
Forge of Empires, U.S.

---

This ticket has been closed and can no longer be replied to.

**Attachments**

**This ticket currently has no attachments.**

# View ticket

# Stop closing my tickets when you haven't answered them 1.2

**You 2018-12-27 18:22:59**

WHY AM I STILL NOT ABLE TO TALK IN GLOBAL CHAT? YOU HAVEN'T REMOVED THE MUFFLE ON ME!!!!!!!!!

**Forge of Empires - Customer Support 2018-12-27 18:28:40**

Hello TwoCents,

Please do not create more than one ticket per issue. As this is a duplicate, we are closing this ticket. If you wish to pose additional information, please post in the pre-existing ticket. Thank you for your cooperation and enjoy the game.

Kind regards,

Sgt. Bothari
Co-Community Manager
Forge of Empires, U.S.

---

This ticket has been closed and can no longer be replied to.

**Attachments**

**This ticket currently has no attachments.**

# View ticket

# Stop closing my tickets when you haven't answered them 1.3

**You 2018-12-27 18:37:34**

WHY AM I STILL NOT ABLE TO TALK IN GLOBAL CHAT? YOU HAVEN'T REMOVED THE MUFFLE ON ME!!!!!!!!!

**Forge of Empires - Customer Support 2018-12-27 19:26:02**

Hello TwoCents,

Please do not create more than one ticket per issue. As this is a duplicate, we are closing this ticket. If you wish to pose additional information, please post in the pre-existing ticket. Thank you for your cooperation and enjoy the game.

Kind regards,

Sgt. Bothari
Co-Community Manager
Forge of Empires, U.S.

---

This ticket has been closed and can no longer be replied to.

**Attachments**

Exhibit 10 – Forge of Empires Support Tickets: TwoCents Submitted by Plaintiff Penny Quinteros
Case: 19-CV-1402 RSM - 888

This ticket currently has no attachments.

# View ticket

# Call the woman on the fucking phone

**You 2018-12-27 18:44:19**

Studies show that the "silencing" of women impacts the heart, brain, and body like a virus. It can lead to:

Headaches and inter cranial elevations of blood pressure
Increased risk of Aneurysm
Hypertension and other Cardiovascular symptoms
Respiratory symptoms such as shortness of breath
Digestive problems
An overall diminished sense of agency – feeling stuck with few options
Cognitive spin – perseverating over conversations and encounters
Deficit thinking – a saboteur's voice that chatters about inadequacy
Emotional trauma – similar to physical trauma that creates fear and uncertainty
Isolation – deepening sense of loneliness
Loss of self – the authentic leadership voice has slowly disappeared

This is what you are doing to me right now... you are silencing me because you feel like you are in a power-position. So I don't care if Panacea is "on vacation." She shouldn't have banned me for nothing - taking away my agency without rhyme or reason and then disappeared to ignore me. Find someone who can answer my question and fix this problem.

**Forge of Empires - Customer Support 2018-12-27 19:26:32**

Hello TwoCents,

Please do not create more than one ticket per issue. As this is a duplicate, we are closing this ticket. If you wish to pose additional information, please post in the pre-existing ticket. Thank you for your cooperation and enjoy the game.

Kind regards,

Sgt. Bothari
Co-Community Manager
Forge of Empires, U.S.

---

Exhibit 10 – Forge of Empires Support Tickets: TwoCents Submitted by Plaintiff Penny Quinteros
Case: 19-CV-1402 RSM - 889

This ticket has been closed and can no longer be replied to.

**Attachments**

**This ticket currently has no attachments.**

# View ticket

# Sexism - Silencing

**You 2018-12-27 18:32:19**

demanding that a marginalized person change their methods for addressing privilege and a host of other things that are design[ed] to control the means of communication and discourse.

- Stop trying to silence me by demanding that I change my method of addressing you. I can address you in any way that I see fit. It doesn't change the substance of my argument. You [InnoGames] are purposefully silencing me because I spoke up about the sexual-crime I was the victim of while playing on your server.

- You [InnoGames] are denying me service which is gender-discrimination and purposefully silencing me because I spoke up about a sexual crime committed against me while playing on your servers.

-You [InnoGames] refuse to provide me support to my bonafide questions by prematurely closing my tickets claiming they are duplicates, ignoring me, asking me to change my manner of address etc. You focus on irrelevant issues instead of my main concerns as an attempt to avoid answering.

-You [InnoGames] as retaliation for speaking up about said sexual-harassment following my being a victim of a crime, hold me to a different standard than you hold all other male players. You claim I use insulting language and ban me for it, when you do not ban other players who use similar or more egregious language. In order for your rules not to be sexist they must be administered equally to all players.

**Forge of Empires - Customer Support 2018-12-27 22:55:58**

Hello TwoCents,

When you receive a report about being punished it means one or more messages were reported as being in violation of the Communications Rules. Usually this is because you have sent profanity, personal insults or otherwise offensive content through either the message or chat system.

Please review the GAME RULES to ensure you do not violate them again. Your ban is not subject to appeal and will remain in effect until the ban expires.

Kind regards,

Sgt. Bothari
Co-Community Manager
Forge of Empires, U.S.

This ticket has been closed and can no longer be replied to.

**Attachments**

**This ticket currently has no attachments.**

# View ticket

# Are you gonna un-ban me or what?

**You 2018-12-27 19:32:34**

Are you gonna un-ban me or what?

**Forge of Empires - Customer Support 2018-12-27 22:56:28**

Hello TwoCents,

Please do not create more than one ticket per issue. As this is a duplicate, we are closing this ticket. If you wish to pose additional information, please post in the pre-existing ticket. Thank you for your cooperation and enjoy the game.

Kind regards,

Sgt. Bothari
Co-Community Manager
Forge of Empires, U.S.

This ticket has been closed and can no longer be replied to.

**Attachments**

This ticket currently has no attachments.

# View ticket

# Are you going to remove my ban or what?

**You 2018-12-27 21:56:02**

Are you going to remove my ban or what?

**Forge of Empires - Customer Support 2018-12-28 01:39:05**

Hello TwoCents,

Please do not create more than one ticket per issue. As this is a duplicate, we are closing this ticket. If you wish to pose additional information, please post in the pre-existing ticket. Thank you for your cooperation and enjoy the game.

Kind regards,

Sgt. Bothari
Co-Community Manager
Forge of Empires, U.S.

This ticket has been closed and can no longer be replied to.

**Attachments**

**This ticket currently has no attachments.**

# View ticket

# Sexism 1.2

**You 2018-12-28 00:00:29**

demanding that a marginalized person change their methods for addressing privilege and a host of other things that are design[ed] to control the means of communication and discourse.

- Stop trying to silence me by demanding that I change my method of addressing you. I can address you in any way that I see fit. It doesn't change the substance of my argument. You [InnoGames] are purposefully silencing me because I spoke up about the sexual-crime I was the victim of while playing on your server.

- You [InnoGames] are denying me service which is gender-discrimination and purposefully silencing me because I spoke up about a sexual crime committed against me while playing on your servers.

-You [InnoGames] refuse to provide me support to my bonafide questions by prematurely closing my tickets claiming they are duplicates, ignoring me, asking me to change my manner of address etc. You focus on irrelevant issues instead of my main concerns as an attempt to avoid answering.

-You [InnoGames] as retaliation for speaking up about said sexual-harassment following my being a victim of a crime, hold me to a different standard than you hold all other male players. You claim I use insulting language and ban me for it, when you do not ban other players who use similar or more egregious language. In order for your rules not to be sexist they must be administered equally to all players.

Forge of Empires - Customer Support 2018-12-27 22:55:58
New Hello TwoCents,

When you receive a report about being punished it means one or more messages were reported as being in violation of the Communications Rules. Usually this is because you have sent profanity, personal insults or otherwise offensive content through either the message or chat system.

Please review the GAME RULES to ensure you do not violate them again. Your ban is not subject to appeal and will remain in effect until the ban expires.

Kind regards,

Sgt. Bothari
Co-Community Manager
Forge of Empires, U.S.

-Considering I wasn't even on to break any of the game rules, I'm going to say your statement is impossible and mine is correct.

**Forge of Empires - Customer Support 2018-12-28 01:39:25**

Hello TwoCents,

Please do not create more than one ticket per issue. As this is a duplicate, we are closing this ticket. If you wish to pose additional information, please post in the pre-existing ticket. Thank you for your cooperation and enjoy the game.

Kind regards,

Sgt. Bothari
Co-Community Manager
Forge of Empires, U.S.

---

This ticket has been closed and can no longer be replied to.

**Attachments**

**This ticket currently has no attachments.**

# View ticket

# Why can't I scout a province?

**You 2018-12-28 04:39:19**

I need to scout a province for the event and I can't seem to do so. Could you tell me what the problem might be?
http://prntscr.com/m0ix51

---

This ticket has been closed and can no longer be replied to.

**Attachments**

**This ticket currently has no attachments.**

# View ticket

# Get someone here who can answer my questions

**You 2018-12-28 02:03:52**

Studies show that the "silencing" of women impacts the heart, brain, and body like a virus. It can lead to:

Headaches and inter cranial elevations of blood pressure
Increased risk of Aneurysm
Hypertension and other Cardiovascular symptoms
Respiratory symptoms such as shortness of breath
Digestive problems
An overall diminished sense of agency – feeling stuck with few options
Cognitive spin – perseverating over conversations and encounters
Deficit thinking – a saboteur's voice that chatters about inadequacy
Emotional trauma – similar to physical trauma that creates fear and uncertainty
Isolation – deepening sense of loneliness
Loss of self – the authentic leadership voice has slowly disappeared

This is what you are doing to me right now... you are silencing me because you feel like you are in a power-position. So I don't care if Panacea is "on vacation." She shouldn't have banned me for nothing - taking away my agency without rhyme or reason and then disappeared to ignore me. Find someone who can answer my question and fix this problem

-What you're doing is WRONG. Totally and absolutely WRONG. Get someone here who can answer my questions. It was impossible for me to have gotten a ban. IMPOSSIBLE. So find someone who can remove it.

**Forge of Empires - Customer Support 2018-12-28 11:21:19**

Hello TwoCents,

Please do not create more than one ticket per issue. As this is a duplicate, we are closing this ticket. If you wish to pose additional information, please post in the pre-existing ticket. Thank you for your cooperation and enjoy the game.

Kind regards,

Sgt. Bothari
Co-Community Manager
Forge of Empires, U.S.

---

This ticket has been closed and can no longer be replied to.

## Attachments

This ticket currently has no attachments.

# View ticket

Exhibit 10 – Forge of Empires Support Tickets: TwoCents Submitted by Plaintiff Penny Quinteros
Case: 19-CV-1402 RSM - 895

# When are you going to un-ban me.

**You 2018-12-28 13:11:18**

Your answer of "I had someone else double check-cross my heart" Isn't good enough. I don't believe you ever unbanned me. You're just enjoying your power over me.

**Forge of Empires - Customer Support 2018-12-28 19:22:27**

Hello TwoCents,

Please do not create more than one ticket per issue. As this is a duplicate, we are closing this ticket. If you wish to pose additional information, please post in the pre-existing ticket. Thank you for your cooperation and enjoy the game.

Kind regards,

Sgt. Bothari
Co-Community Manager
Forge of Empires, U.S.

---

This ticket has been closed and can no longer be replied to.

**Attachments**

**This ticket currently has no attachments.**

# View ticket

# When are you going to un-ban me?

**You 2018-12-28 13:02:41**

I don't have access to the game's global chat. When are you going to unban me?

**Forge of Empires - Customer Support 2018-12-28 19:22:46**

Hello TwoCents,

Please do not create more than one ticket per issue. As this is a duplicate, we are closing this ticket. If you wish to pose additional information, please post in the pre-existing ticket. Thank you for your cooperation and enjoy the game.

Kind regards,

Sgt. Bothari
Co-Community Manager
Forge of Empires, U.S.

---

This ticket has been closed and can no longer be replied to.

**Attachments**

**This ticket currently has no attachments.**

# View ticket

# When are you going to unban me?

**You 2018-12-28 19:38:05**

Still waiting for an answer as to why I can't type in global chat...

**Forge of Empires - Customer Support 2018-12-29 11:07:57**

Hello TwoCents,

Please do not create more than one ticket per issue. As this is a duplicate, we are closing this ticket. If you wish to pose additional information, please post in the pre-existing ticket. Thank you for your cooperation and enjoy the game.

Kind regards,

Sgt. Bothari
Co-Community Manager
Forge of Empires, U.S.

---

This ticket has been closed and can no longer be replied to.

**Attachments**

Exhibit 10 – Forge of Empires Support Tickets: TwoCents Submitted by Plaintiff Penny Quinteros
Case: 19-CV-1402 RSM - 897

**This ticket currently has no attachments.**

# View ticket

# Why was I banned?

**You 2018-12-29 03:12:30**

Why was I banned?

**Forge of Empires - Customer Support 2018-12-29 12:19:11**

Hello TwoCents,

When you receive a report about being punished it means one or more messages were reported as being in violation of the Communications Rules. Usually this is because you have sent profanity, personal insults or otherwise offensive content through either the message or chat system.

Please review the GAME RULES to ensure you do not violate them again. Your ban is not subject to appeal and will remain in effect until the ban expires.

Kind regards,

Sgt. Bothari
Co-Community Manager
Forge of Empires, U.S.

This ticket has been closed and can no longer be replied to.

## Attachments

This ticket currently has no attachments.

# View ticket

# Moderator being biased and sexist

**You 2018-12-29 15:50:29**

Exhibit 10 – Forge of Empires Support Tickets: TwoCents Submitted by Plaintiff Penny Quinteros
Case: 19-CV-1402 RSM - 898

This moderator is denying me game-service because of gender-discrimination.

**You 2018-12-29 15:51:00**

Sgt. Bothari and Panacea

**Forge of Empires - Customer Support 2018-12-29 16:07:32**

Hello TwoCents,

I am sorry but you have full access to your game at this time.

Kind regards,

Sgt. Bothari
Co-Community Manager
Forge of Empires, U.S.

---

This ticket has been closed and can no longer be replied to.

**Attachments**

This ticket currently has no attachments.

# View ticket

# Appeal TwoCents

**You 2018-12-26 20:20:28**

Could you please explain why I can't type in chat?

**Forge of Empires - Customer Support 2018-12-27 12:53:12**

Hello TwoCents,

When you receive a report about being punished it means one or more messages were reported as being in violation of the Communications Rules. Usually this is because you have sent profanity, personal insults or otherwise offensive content through either the message or chat system.

Exhibit 10 – Forge of Empires Support Tickets: TwoCents Submitted by Plaintiff Penny Quinteros
Case: 19-CV-1402 RSM - 899

Please review the GAME RULES to ensure you do not violate them again. Your ban is not subject to appeal and will remain in effect until the ban expires.

I spoke with Panacea she said the time limit was up and the ban to be lifted. You have now been given access to Global chat again.

Kind regards,

Sgt. Bothari
Co-Community Manager
Forge of Empires, U.S.

**You 2018-12-27 13:00:25**

Care to enlighten me how I got a ban when I wasn't even playing?

**You 2018-12-27 13:03:17**

Just to be clear, I'm not actually appealing anything until I get an answer as to what actually occurred, how it broke the game rules, and how long the ban was "supposed" to be for. As of right now I'm just assuming that Panacea thought to give herself a christmas present by trolling me.

**You 2018-12-27 13:08:09**

You still haven't answered what the ban was for, how it broke the rules, and how long it was for. Your rules specifically state I have the option of appealing bans.... how am I supposed to do that with no information?

**You 2018-12-27 14:53:18**

Excuse me, You still haven't answered what the ban was for, how it broke the rules, and how long it was for. Your rules specifically state I have the option of appealing bans.... how am I supposed to do that with no information?
Also, why is my ban still in place?

**You 2018-12-29 15:48:01**

You are specifically breaking your own rules

**Forge of Empires - Customer Support 2018-12-29 16:08:23**

Please do not create more than one ticket per issue. As this is a duplicate, we are closing this ticket. If you wish to pose additional information, please post in the pre-existing ticket. Thank you for your cooperation and enjoy the game.

Kind regards,

Sgt. Bothari
Co-Community Manager
Forge of Empires, U.S.

---

This ticket has been closed and can no longer be replied to.

**Attachments**

This ticket currently has no attachments.

# View ticket

# Why was I banned?

**You 2018-12-29 15:42:07**

View ticket Tickets
Why was I banned?

TwoCents 2018-12-29 03:12:30

New Why was I banned?
Forge of Empires 2018-12-29 12:19:11

New Hello TwoCents,

When you receive a report about being punished it means one or more messages were reported as being in violation of the Communications Rules. Usually this is because you have sent profanity, personal insults or otherwise offensive content through either the message or chat system.

Please review the GAME RULES to ensure you do not violate them again. Your ban is not subject to appeal and will remain in effect until the ban expires.

Kind regards,

Sgt. Bothari
Co-Community Manager

Exhibit 10 – Forge of Empires Support Tickets: TwoCents Submitted by Plaintiff Penny Quinteros
Case: 19-CV-1402 RSM - 901

Forge of Empires, U.S.

--Three problems with that... 1.) I didn't receive any report about being punished so your statement does not apply. 2.) This says why people are USUALLY banned, but not why I SPECIFICALLY was banned 3.) I didn't break ANY rules since I was not on. --

**Forge of Empires - Customer Support 2018-12-29 16:09:08**

Hello TwoCents,

Please do not create more than one ticket per issue. As this is a duplicate, we are closing this ticket. If you wish to pose additional information, please post in the pre-existing ticket. Thank you for your cooperation and enjoy the game.

Kind regards,

Sgt. Bothari
Co-Community Manager
Forge of Empires, U.S.

This ticket has been closed and can no longer be replied to.

**Attachments**

**This ticket currently has no attachments.**

# View ticket

# Moderators being biased and sexist

**You 2018-12-29 16:42:11**

View ticket Tickets
Appeal TwoCents

TwoCents 2018-12-26 20:20:28

Could you please explain why I can't type in chat?
Forge of Empires 2018-12-27 12:53:12

Hello TwoCents,

Exhibit 10 – Forge of Empires Support Tickets: TwoCents Submitted by Plaintiff Penny Quinteros
Case: 19-CV-1402 RSM - 902

When you receive a report about being punished it means one or more messages were reported as being in violation of the Communications Rules. Usually this is because you have sent profanity, personal insults or otherwise offensive content through either the message or chat system.

Please review the GAME RULES to ensure you do not violate them again. Your ban is not subject to appeal and will remain in effect until the ban expires.

I spoke with Panacea she said the time limit was up and the ban to be lifted. You have now been given access to Global chat again.

Kind regards,

Sgt. Bothari
Co-Community Manager
Forge of Empires, U.S.
TwoCents 2018-12-27 13:00:25

Care to enlighten me how I got a ban when I wasn't even playing?
TwoCents 2018-12-27 13:03:17

Just to be clear, I'm not actually appealing anything until I get an answer as to what actually occurred, how it broke the game rules, and how long the ban was "supposed" to be for. As of right now I'm just assuming that Panacea thought to give herself a christmas present by trolling me.
TwoCents 2018-12-27 13:08:09

You still haven't answered what the ban was for, how it broke the rules, and how long it was for. Your rules specifically state I have the option of appealing bans.... how am I supposed to do that with no information?
TwoCents 2018-12-27 14:53:18

Excuse me, You still haven't answered what the ban was for, how it broke the rules, and how long it was for. Your rules specifically state I have the option of appealing bans.... how am I supposed to do that with no information?
Also, why is my ban still in place?
TwoCents 2018-12-29 15:48:01

You are specifically breaking your own rules
Forge of Empires 2018-12-29 16:08:23

New Please do not create more than one ticket per issue. As this is a duplicate, we are closing this ticket. If you wish to pose additional information, please post in the pre-existing ticket. Thank you for your cooperation and enjoy the game.

Kind regards,

Sgt. Bothari
Co-Community Manager
Forge of Empires, U.S.

-Under your own rules you are required to allow me to appeal a ban - I cannot appeal something unless I know what the ban was for. For all I know someone illegally accessed my account while I was sleeping. I have NO idea what the ban was for and so you need to provide me that information. Please note: I am SPECIFICALLY asking why I was banned, not why people are "USUALLY" banned.

**You 2018-12-29 16:44:11**

You, moderator who names himself after a fictional rapist and Panacea are denying me game service because of gender-discrimination. How do I contact your direct supervisors?

---

This ticket has been closed and can no longer be replied to.

**Attachments**

**This ticket currently has no attachments.**

# View ticket

# When are you going to unban me?

**You 2018-12-29 17:09:55**

View ticket Tickets
Why was I banned?

TwoCents 2018-12-29 15:42:07

View ticket Tickets
Why was I banned?

TwoCents 2018-12-29 03:12:30

New Why was I banned?
Forge of Empires 2018-12-29 12:19:11

New Hello TwoCents,

Exhibit 10 – Forge of Empires Support Tickets: TwoCents Submitted by Plaintiff Penny Quinteros
Case: 19-CV-1402 RSM - 904

When you receive a report about being punished it means one or more messages were reported as being in violation of the Communications Rules. Usually this is because you have sent profanity, personal insults or otherwise offensive content through either the message or chat system.

Please review the GAME RULES to ensure you do not violate them again. Your ban is not subject to appeal and will remain in effect until the ban expires.

Kind regards,

Sgt. Bothari
Co-Community Manager
Forge of Empires, U.S.

--Three problems with that... 1.) I didn't receive any report about being punished so your statement does not apply. 2.) This says why people are USUALLY banned, but not why I SPECIFICALLY was banned 3.) I didn't break ANY rules since I was not on. --
Forge of Empires 2018-12-29 16:09:08

Hello TwoCents,

Please do not create more than one ticket per issue. As this is a duplicate, we are closing this ticket. If you wish to pose additional information, please post in the pre-existing ticket. Thank you for your cooperation and enjoy the game.

Kind regards,

Sgt. Bothari
Co-Community Manager
Forge of Empires, U.S.

-When are you going to un-ban me?

**Forge of Empires - Customer Support 2018-12-29 18:01:41**

Hello TwoCents,

Please do not create more than one ticket per issue. As this is a duplicate, we are closing this ticket. If you wish to pose additional information, please post in the pre-existing ticket. Thank you for your cooperation and enjoy the game.

Kind regards,

Sgt. Bothari
Co-Community Manager
Forge of Empires, U.S.

---

This ticket has been closed and can no longer be replied to.

**Attachments**

**This ticket currently has no attachments.**

# View ticket

# When are you going to un-ban me?

**You 2018-12-30 00:23:30**

TwoCents 2018-12-29 17:09:55
New View ticket Tickets
Why was I banned?

TwoCents 2018-12-29 15:42:07

View ticket Tickets
Why was I banned?

TwoCents 2018-12-29 03:12:30

New Why was I banned?
Forge of Empires 2018-12-29 12:19:11

New Hello TwoCents,

When you receive a report about being punished it means one or more messages were reported as being in violation of the Communications Rules. Usually this is because you have sent profanity, personal insults or otherwise offensive content through either the message or chat system.


Please review the GAME RULES to ensure you do not violate them again. Your ban is not subject to appeal and will remain in effect until the ban expires.

Kind regards,

Sgt. Bothari

Co-Community Manager
Forge of Empires, U.S.


--Three problems with that... 1.) I didn't receive any report about being punished so your statement does not apply. 2.) This says why people are USUALLY banned, but not why I SPECIFICALLY was banned 3.) I didn't break ANY rules since I was not on. --
Forge of Empires 2018-12-29 16:09:08

Hello TwoCents,

Please do not create more than one ticket per issue. As this is a duplicate, we are closing this ticket. If you wish to pose additional information, please post in the pre-existing ticket. Thank you for your cooperation and enjoy the game.

Kind regards,

Sgt. Bothari
Co-Community Manager
Forge of Empires, U.S.


-When are you going to un-ban me?
Forge of Empires - Customer Support 2018-12-29 18:01:41
New Hello TwoCents,

Please do not create more than one ticket per issue. As this is a duplicate, we are closing this ticket. If you wish to pose additional information, please post in the pre-existing ticket. Thank you for your cooperation and enjoy the game.

Kind regards,

Sgt. Bothari
Co-Community Manager
Forge of Empires, U.S.

- When are you going to unban me?

**Forge of Empires - Customer Support 2018-12-30 03:50:46**

Hello TwoCents,

Please do not create more than one ticket per issue. As this is a duplicate, we are closing this ticket. If you wish to pose additional information, please post in the pre-existing ticket. Thank you for your cooperation and enjoy the game.

Exhibit 10 – Forge of Empires Support Tickets: TwoCents Submitted by Plaintiff Penny Quinteros
Case: 19-CV-1402 RSM - 907

Kind regards,

Sgt. Bothari
Co-Community Manager
Forge of Empires, U.S.

---

This ticket has been closed and can no longer be replied to.

**Attachments**

This ticket currently has no attachments.

# View ticket

# Why was I banned? 1.2

**You 2018-12-29 16:29:10**

View ticket Tickets
Why was I banned?

TwoCents2018-12-29 15:42:07

New View ticket Tickets
Why was I banned?

TwoCents 2018-12-29 03:12:30

New Why was I banned?
Forge of Empires 2018-12-29 12:19:11

New Hello TwoCents,

When you receive a report about being punished it means one or more messages were reported as being in violation of the Communications Rules. Usually this is because you have sent profanity, personal insults or otherwise offensive content through either the message or chat system.

Please review the GAME RULES to ensure you do not violate them again. Your ban is not subject to appeal and will remain in effect until the ban expires.

Exhibit 10 – Forge of Empires Support Tickets: TwoCents Submitted by Plaintiff Penny Quinteros
Case: 19-CV-1402 RSM - 908

Kind regards,

Sgt. Bothari
Co-Community Manager
Forge of Empires, U.S.


--Three problems with that... 1.) I didn't receive any report about being punished so your statement does not apply. 2.) This says why people are USUALLY banned, but not why I SPECIFICALLY was banned 3.) I didn't break ANY rules since I was not on. --
Forge of Empires 2018-12-29 16:09:08

New Hello TwoCents,

Please do not create more than one ticket per issue. As this is a duplicate, we are closing this ticket. If you wish to pose additional information, please post in the pre-existing ticket. Thank you for your cooperation and enjoy the game.

Kind regards,

Sgt. Bothari
Co-Community Manager
Forge of Empires, U.S.


-Please don't silence me by ignoring my questions and closing my tickets without answers.

**You 2018-12-30 00:24:30**

Why was I banned?

**Forge of Empires - Customer Support 2018-12-30 03:51:07**

Hello TwoCents,

Please do not create more than one ticket per issue. As this is a duplicate, we are closing this ticket. If you wish to pose additional information, please post in the pre-existing ticket. Thank you for your cooperation and enjoy the game.

Kind regards,

Sgt. Bothari
Co-Community Manager
Forge of Empires, U.S.

This ticket has been closed and can no longer be replied to.

**Attachments**

This ticket currently has no attachments.

# View ticket

# Why was I banned 1.3?

**You 2018-12-30 03:58:45**

TwoCents 2018-12-29 16:29:10
View ticket Tickets
Why was I banned?

TwoCents2018-12-29 15:42:07

New View ticket Tickets
Why was I banned?

TwoCents 2018-12-29 03:12:30

New Why was I banned?
Forge of Empires 2018-12-29 12:19:11

New Hello TwoCents,

When you receive a report about being punished it means one or more messages were reported as being in violation of the Communications Rules. Usually this is because you have sent profanity, personal insults or otherwise offensive content through either the message or chat system.

Please review the GAME RULES to ensure you do not violate them again. Your ban is not subject to appeal and will remain in effect until the ban expires.

Kind regards,

Sgt. Bothari
Co-Community Manager
Forge of Empires, U.S.

Exhibit 10 – Forge of Empires Support Tickets: TwoCents Submitted by Plaintiff Penny Quinteros
Case: 19-CV-1402 RSM - 910

--Three problems with that... 1.) I didn't receive any report about being punished so your statement does not apply. 2.) This says why people are USUALLY banned, but not why I SPECIFICALLY was banned 3.) I didn't break ANY rules since I was not on. --
Forge of Empires 2018-12-29 16:09:08

New Hello TwoCents,

Please do not create more than one ticket per issue. As this is a duplicate, we are closing this ticket. If you wish to pose additional information, please post in the pre-existing ticket. Thank you for your cooperation and enjoy the game.

Kind regards,

Sgt. Bothari
Co-Community Manager
Forge of Empires, U.S.


-Please don't silence me by ignoring my questions and closing my tickets without answers.
TwoCents 2018-12-30 00:24:30
New Why was I banned?
Forge of Empires - Customer Support 2018-12-30 03:51:07
New Hello TwoCents,

Please do not create more than one ticket per issue. As this is a duplicate, we are closing this ticket. If you wish to pose additional information, please post in the pre-existing ticket. Thank you for your cooperation and enjoy the game.

Kind regards,

Sgt. Bothari
Co-Community Manager
Forge of Empires, U.S.

- Why was I banned?

**Forge of Empires - Customer Support 2018-12-30 11:13:09**

Hello TwoCents,

Please do not create more than one ticket per issue. As this is a duplicate, we are closing this ticket. If you wish to pose additional information, please post in the pre-existing ticket. Thank you for your cooperation and enjoy the game.

Kind regards,

Sgt. Bothari
Co-Community Manager
Forge of Empires, U.S.

---

This ticket has been closed and can no longer be replied to.

## Attachments

**This ticket currently has no attachments.**

# View ticket

# Are you a football fan?

### You 2018-12-30 15:34:29

Are you a football fan, man who named himself after a fictional rapist?

### You 2018-12-30 15:35:01

I like the Seahawks myself. What's your favorite team?

### Forge of Empires - Customer Support 2018-12-30 15:56:44

Hello TwoCents,

Irrelevant to a support ticket

Kind regards,

Sgt. Bothari
Co-Community Manager
Forge of Empires, U.S.

---

This ticket has been closed and can no longer be replied to.

## Attachments

This ticket currently has no attachments.

Exhibit 10 – Forge of Empires Support Tickets: TwoCents Submitted by Plaintiff Penny Quinteros
Case: 19-CV-1402 RSM - 912

# View ticket

# Are you a football fan?

**You 2018-12-30 16:14:33**

View ticket Tickets
Are you a football fan?

TwoCents 2018-12-30 15:34:29

Are you a football fan, man who named himself after a fictional rapist?
TwoCents 2018-12-30 15:35:01

I like the Seahawks myself. What's your favorite team?
Forge of Empires 2018-12-30 15:56:44

Hello TwoCents,

Irrelevant to a support ticket

Kind regards,

Sgt. Bothari
Co-Community Manager


- It's not irrelevant. It's directly related. If you will answer my question I will explain how. I am seeking common ground in understanding... putting my argument in a language you're intimately familiar with. So... are you a football fan?

**Forge of Empires - Customer Support 2018-12-30 17:15:24**

Hello TwoCents,

Thank you for contacting Support.  Your concern is important to us.  We are reviewing your ticket and will reply as soon as possible.

Thank you for your patience.

Kind regards,

Menace

Exhibit 10 – Forge of Empires Support Tickets: TwoCents Submitted by Plaintiff Penny Quinteros
Case: 19-CV-1402 RSM - 913

Senior Ingame Moderator
Forge of Empires, U.S.

**Forge of Empires - Customer Support 2018-12-30 17:26:20**

Hello TwoCents,

I am sorry, it is irrelevant.
The fact that you called me a rapist in your initial post to this ticket also is an insult. I will not continue to engage you in this ticket.

Kind regards,

Sgt. Bothari
Co-Community Manager
Forge of Empires, U.S.

---

This ticket has been closed and can no longer be replied to.

**Attachments**

**This ticket currently has no attachments.**

# View ticket

# Are you a football fan 1.3?

**You 2018-12-30 17:33:21**

View ticket Tickets
Are you a football fan?

TwoCents 2018-12-30 16:14:33

View ticket Tickets
Are you a football fan?

TwoCents 2018-12-30 15:34:29

Are you a football fan, man who named himself after a fictional rapist?
TwoCents 2018-12-30 15:35:01

I like the Seahawks myself. What's your favorite team?

Exhibit 10 – Forge of Empires Support Tickets: TwoCents Submitted by Plaintiff Penny Quinteros
Case: 19-CV-1402 RSM - 914

Forge of Empires 2018-12-30 15:56:44

Hello TwoCents,

Irrelevant to a support ticket

Kind regards,

Sgt. Bothari
Co-Community Manager


- It's not irrelevant. It's directly related. If you will answer my question I will explain how. I am seeking common ground in understanding... putting my argument in a language you're intimately familiar with. So... are you a football fan?
Forge of Empires 2018-12-30 17:15:24

New Hello TwoCents,

Thank you for contacting Support. Your concern is important to us. We are reviewing your ticket and will reply as soon as possible.

Thank you for your patience.

Kind regards,

Menace
Senior Ingame Moderator
Forge of Empires, U.S.
Forge of Empires 2018-12-30 17:26:20

New Hello TwoCents,

I am sorry, it is irrelevant.
The fact that you called me a rapist in your initial post to this ticket also is an insult. I will not continue to engage you in this ticket.

Kind regards,

Sgt. Bothari
Co-Community Manager
Forge of Empires, U.S.

-If you're insulted by your choice of names then that's your problem. Sgt. Bothari is a fictional character who is a sadistic rapist. Not like I chose the name-you did.

-It is relevant, football and FoE are both games therefore there are a lot of similarities, which I can use to explain and explore my position.

---

This ticket has been closed and can no longer be replied to.

**Attachments**

**This ticket currently has no attachments.**

# View ticket

# Are you a football fan 1.5?

**You 2018-12-30 20:22:22**

View ticket Tickets
Are you a football fan 1.3?

TwoCents 2018-12-30 17:33:21

View ticket Tickets
Are you a football fan?

TwoCents 2018-12-30 16:14:33

View ticket Tickets
Are you a football fan?

TwoCents 2018-12-30 15:34:29

Are you a football fan, man who named himself after a fictional rapist?
TwoCents 2018-12-30 15:35:01

I like the Seahawks myself. What's your favorite team?
Forge of Empires 2018-12-30 15:56:44

Hello TwoCents,

Irrelevant to a support ticket

Kind regards,

Sgt. Bothari

Exhibit 10 – Forge of Empires Support Tickets: TwoCents Submitted by Plaintiff Penny Quinteros
Case: 19-CV-1402 RSM - 916

Co-Community Manager

- It's not irrelevant. It's directly related. If you will answer my question I will explain how. I am seeking common ground in understanding... putting my argument in a language you're intimately familiar with. So... are you a football fan?
Forge of Empires 2018-12-30 17:15:24

New Hello TwoCents,

Thank you for contacting Support. Your concern is important to us. We are reviewing your ticket and will reply as soon as possible.

Thank you for your patience.

Kind regards,

Menace
Senior Ingame Moderator
Forge of Empires, U.S.
Forge of Empires 2018-12-30 17:26:20

New Hello TwoCents,

I am sorry, it is irrelevant.
The fact that you called me a rapist in your initial post to this ticket also is an insult. I will not continue to engage you in this ticket.

Kind regards,

Sgt. Bothari
Co-Community Manager
Forge of Empires, U.S.

-If you're insulted by your choice of names then that's your problem. Sgt. Bothari is a fictional character who is a sadistic rapist. Not like I chose the name-you did.

-It is relevant, football and FoE are both games therefore there are a lot of similarities, which I can use to explain and explore my position.

**Forge of Empires - Customer Support 2018-12-31 02:32:35**

Hello TwoCents,

Please do not create more than one ticket per issue. As this is a duplicate, we are closing this ticket. If you wish to pose additional information, please post in the pre-existing ticket. Thank

you for your cooperation and enjoy the game.

Kind regards,

Sgt. Bothari
Co-Community Manager
Forge of Empires, U.S.

---

This ticket has been closed and can no longer be replied to.

**Attachments**

**This ticket currently has no attachments.**

# View ticket

# Appeal TwoCents 1.2 re unknown incident starting in Dec 2018

**You 2018-12-30 20:44:27**

TwoCents 2018-12-26 20:20:28
Could you please explain why I can't type in chat?
Forge of Empires - Customer Support 2018-12-27 12:53:12
Hello TwoCents,

When you receive a report about being punished it means one or more messages were reported as being in violation of the Communications Rules. Usually this is because you have sent profanity, personal insults or otherwise offensive content through either the message or chat system.

Please review the GAME RULES to ensure you do not violate them again. Your ban is not subject to appeal and will remain in effect until the ban expires.

I spoke with Panacea she said the time limit was up and the ban to be lifted. You have now been given access to Global chat again.

Kind regards,

Sgt. Bothari
Co-Community Manager

Forge of Empires, U.S.
TwoCents 2018-12-27 13:00:25
Care to enlighten me how I got a ban when I wasn't even playing?
TwoCents 2018-12-27 13:03:17
Just to be clear, I'm not actually appealing anything until I get an answer as to what actually occurred, how it broke the game rules, and how long the ban was "supposed" to be for. As of right now I'm just assuming that Panacea thought to give herself a christmas present by trolling me.
TwoCents 2018-12-27 13:08:09
You still haven't answered what the ban was for, how it broke the rules, and how long it was for. Your rules specifically state I have the option of appealing bans.... how am I supposed to do that with no information?
TwoCents 2018-12-27 14:53:18
Excuse me, You still haven't answered what the ban was for, how it broke the rules, and how long it was for. Your rules specifically state I have the option of appealing bans.... how am I supposed to do that with no information?
Also, why is my ban still in place?
TwoCents 2018-12-29 15:48:01
You are specifically breaking your own rules
Forge of Empires - Customer Support 2018-12-29 16:08:23
Please do not create more than one ticket per issue. As this is a duplicate, we are closing this ticket. If you wish to pose additional information, please post in the pre-existing ticket. Thank you for your cooperation and enjoy the game.

Kind regards,

Sgt. Bothari
Co-Community Manager
Forge of Empires, U.S.

**Forge of Empires - Customer Support 2018-12-31 02:34:07**

Hello TwoCents,

Please do not create more than one ticket per issue. As this is a duplicate, we are closing this ticket. If you wish to pose additional information, please post in the pre-existing ticket. Thank you for your cooperation and enjoy the game.

Kind regards,

Sgt. Bothari
Co-Community Manager
Forge of Empires, U.S.

This ticket has been closed and can no longer be replied to.

**Attachments**

This ticket currently has no attachments.

# View ticket

# Why was I banned 1.4

**You 2018-12-30 17:42:31**

View ticket Tickets
Why was I banned 1.3?

TwoCents 2018-12-30 03:58:45

TwoCents 2018-12-29 16:29:10
View ticket Tickets
Why was I banned?

TwoCents2018-12-29 15:42:07

New View ticket Tickets
Why was I banned?

TwoCents 2018-12-29 03:12:30

New Why was I banned?
Forge of Empires 2018-12-29 12:19:11

New Hello TwoCents,

When you receive a report about being punished it means one or more messages were reported as being in violation of the Communications Rules. Usually this is because you have sent profanity, personal insults or otherwise offensive content through either the message or chat system.

Please review the GAME RULES to ensure you do not violate them again. Your ban is not subject to appeal and will remain in effect until the ban expires.

Kind regards,

Sgt. Bothari

Co-Community Manager
Forge of Empires, U.S.


--Three problems with that... 1.) I didn't receive any report about being punished so your statement does not apply. 2.) This says why people are USUALLY banned, but not why I SPECIFICALLY was banned 3.) I didn't break ANY rules since I was not on. --
Forge of Empires 2018-12-29 16:09:08

New Hello TwoCents,

Please do not create more than one ticket per issue. As this is a duplicate, we are closing this ticket. If you wish to pose additional information, please post in the pre-existing ticket. Thank you for your cooperation and enjoy the game.

Kind regards,

Sgt. Bothari
Co-Community Manager
Forge of Empires, U.S.


-Please don't silence me by ignoring my questions and closing my tickets without answers.
TwoCents 2018-12-30 00:24:30
New Why was I banned?
Forge of Empires - Customer Support 2018-12-30 03:51:07
New Hello TwoCents,

Please do not create more than one ticket per issue. As this is a duplicate, we are closing this ticket. If you wish to pose additional information, please post in the pre-existing ticket. Thank you for your cooperation and enjoy the game.

Kind regards,

Sgt. Bothari
Co-Community Manager
Forge of Empires, U.S.

- Why was I banned?
Forge of Empires 2018-12-30 11:13:09

Hello TwoCents,

Please do not create more than one ticket per issue. As this is a duplicate, we are closing this ticket. If you wish to pose additional information, please post in the pre-existing ticket. Thank you for your cooperation and enjoy the game.

Kind regards,

Sgt. Bothari
Co-Community Manager
Forge of Empires, U.S.

-Why was I banned?

**You 2018-12-30 20:23:27**

Why was I banned?

**Forge of Empires - Customer Support 2018-12-31 02:34:30**

Hello TwoCents,

Please do not create more than one ticket per issue. As this is a duplicate, we are closing this ticket. If you wish to pose additional information, please post in the pre-existing ticket. Thank you for your cooperation and enjoy the game.

Kind regards,

Sgt. Bothari
Co-Community Manager
Forge of Empires, U.S.

---

This ticket has been closed and can no longer be replied to.

**Attachments**

This ticket currently has no attachments.

# View ticket

# When are you going to un-ban me 1.2

**You 2018-12-30 17:47:57**

View ticket TicketsIssue resolved
When are you going to un-ban me?

Attachments: 0

TwoCents 2018-12-28 01:53:14

You've left this ban in place long enough. When are you going to unban me?
Forge of Empires 2018-12-28 11:21:05

Hello TwoCents,

I am sorry I had someone else double check the setting and confirmed it is indeed removed. Your ban was lifted previously as you have been told.

Kind regards,

Sgt. Bothari
Co-Community Manager
Forge of Empires, U.S.
TwoCents 2018-12-28 12:55:24

Prove it. Prove it. Prove it. Prove it. Prove it. Prove it. Prove it. Prove it. Prove it. Prove it. Prove it. Prove it. Prove it. Prove it. Prove it. Prove it. Prove it. Prove it. Prove it. Prove it. Prove it. Prove it. Prove it. Prove it. Prove it. Prove it. Prove it. Prove it. Prove it. Prove it. Prove it. Prove it. Prove it. Prove it. Prove it. Prove it.
TwoCents 2018-12-29 15:42:32

When are you going to unban me?
Forge of Empires 2018-12-29 16:09:40

Your ban was removed Several days ago.

Kind regards,

Sgt. Bothari
Co-Community Manager
Forge of Empires, U.S.
TwoCents 2018-12-29 16:26:54

It was not
Forge of Empires 2018-12-29 18:04:13

Then how was it you were talking in global last evening as recorded in a reported conversation (official record)

22:22: TwoCents: ^^ do not trust this
player to sell you goods
time reported 2018-12-28T22:38:34-0500

Kind regards,

Sgt. Bothari
Co-Community Manager
Forge of Empires, U.S.
TwoCents 2018-12-29 18:33:41

I was testing to see if it was working. 1 time out of 1,000 doesn't count as functional does it?
Forge of Empires 2018-12-29 18:36:29

Obviously it IS working then. so, there was your proof.

Kind regards,

Sgt. Bothari
Co-Community Manager
Forge of Empires, U.S.
TwoCents 2018-12-29 18:39:51

Then why is it not working NOW! Obviously you're just toying with me. Whoever took it OFF last night was probably the person you had check... then your sexist self put it BACK on to toy with me. Now FIX IT!
TwoCents 2018-12-29 18:42:15

And don't give me shit about "official record"... if it comes from you it's not trustworthy at all. I highly doubt there was any record last night of anything. Even if there was... what fucking NANCY would report me for saying not to trust a player in a goods transaction!!!!
Forge of Empires 2018-12-29 18:58:05

I am sorry, it was proven and recorded that you CAN chat in global. The ban was removed the morning of the 26th.

This ticket is concluded.

Kind regards,

Sgt. Bothari
Co-Community Manager
Forge of Empires, U.S.
TwoCents 2018-12-29 20:43:00

I'm sorry, but it was proven I could chat once, not that I can chat now! Which I cannot.

TwoCents 2018-12-30 00:24:17

I'm sorry, but it was proven I could chat once, not that I can chat now! Which I cannot.

-When are you going to unban me?

**You 2018-12-30 20:23:13**

When are you going to unban me?

**Forge of Empires - Customer Support 2018-12-31 02:36:34**

Hello TwoCents,

Please do not create more than one ticket per issue. As this is a duplicate, we are closing this ticket. If you wish to pose additional information, please post in the pre-existing ticket. Thank you for your cooperation and enjoy the game.

Kind regards,

Sgt. Bothari
Co-Community Manager
Forge of Empires, U.S.

This ticket has been closed and can no longer be replied to.

**Attachments**

This ticket currently has no attachments.

# View ticket

# Are you a football fan 1.4?

**You 2018-12-30 19:11:45**

View ticket Tickets
Are you a football fan 1.3?

TwoCents 2018-12-30 17:33:21

Exhibit 10 – Forge of Empires Support Tickets: TwoCents Submitted by Plaintiff Penny Quinteros
Case: 19-CV-1402 RSM - 925

View ticket Tickets
Are you a football fan?

TwoCents 2018-12-30 16:14:33

View ticket Tickets
Are you a football fan?

TwoCents 2018-12-30 15:34:29

Are you a football fan, man who named himself after a fictional rapist?
TwoCents 2018-12-30 15:35:01

I like the Seahawks myself. What's your favorite team?
Forge of Empires 2018-12-30 15:56:44

Hello TwoCents,

Irrelevant to a support ticket

Kind regards,

Sgt. Bothari
Co-Community Manager


- It's not irrelevant. It's directly related. If you will answer my question I will explain how. I am seeking common ground in understanding... putting my argument in a language you're intimately familiar with. So... are you a football fan?
Forge of Empires 2018-12-30 17:15:24

New Hello TwoCents,

Thank you for contacting Support. Your concern is important to us. We are reviewing your ticket and will reply as soon as possible.

Thank you for your patience.

Kind regards,

Menace
Senior Ingame Moderator
Forge of Empires, U.S.
Forge of Empires 2018-12-30 17:26:20

New Hello TwoCents,

Exhibit 10 – Forge of Empires Support Tickets: TwoCents Submitted by Plaintiff Penny Quinteros
Case: 19-CV-1402 RSM - 926

I am sorry, it is irrelevant.
The fact that you called me a rapist in your initial post to this ticket also is an insult. I will not continue to engage you in this ticket.

Kind regards,

Sgt. Bothari
Co-Community Manager
Forge of Empires, U.S.

-If you're insulted by your choice of names then that's your problem. Sgt. Bothari is a fictional character who is a sadistic rapist. Not like I chose the name-you did.

-It is relevant, football and FoE are both games therefore there are a lot of similarities, which I can use to explain and explore my position.

**You 2018-12-30 20:22:36**

well, are you a football fan?

**Forge of Empires - Customer Support 2018-12-31 02:37:44**

Hello TwoCents,

Please do not create more than one ticket per issue. As this is a duplicate, we are closing this ticket. If you wish to pose additional information, please post in the pre-existing ticket. Thank you for your cooperation and enjoy the game.

Kind regards,

Sgt. Bothari
Co-Community Manager
Forge of Empires, U.S.

---

This ticket has been closed and can no longer be replied to.

## Attachments

This ticket currently has no attachments.

# View ticket

Exhibit 10 – Forge of Empires Support Tickets: TwoCents Submitted by Plaintiff Penny Quinteros
Case: 19-CV-1402 RSM - 927

# Sexism 1.3

**You 2018-12-28 01:46:43**

TwoCents 2018-12-28 00:00:29
demanding that a marginalized person change their methods for addressing privilege and a host of other things that are design[ed] to control the means of communication and discourse.

- Stop trying to silence me by demanding that I change my method of addressing you. I can address you in any way that I see fit. It doesn't change the substance of my argument. You [InnoGames] are purposefully silencing me because I spoke up about the sexual-crime I was the victim of while playing on your server.

- You [InnoGames] are denying me service which is gender-discrimination and purposefully silencing me because I spoke up about a sexual crime committed against me while playing on your servers.

-You [InnoGames] refuse to provide me support to my bonafide questions by prematurely closing my tickets claiming they are duplicates, ignoring me, asking me to change my manner of address etc. You focus on irrelevant issues instead of my main concerns as an attempt to avoid answering.

-You [InnoGames] as retaliation for speaking up about said sexual-harassment following my being a victim of a crime, hold me to a different standard than you hold all other male players. You claim I use insulting language and ban me for it, when you do not ban other players who use similar or more egregious language. In order for your rules not to be sexist they must be administered equally to all players.
Forge of Empires - Customer Support 2018-12-27 22:55:58
New Hello TwoCents,

When you receive a report about being punished it means one or more messages were reported as being in violation of the Communications Rules. Usually this is because you have sent profanity, personal insults or otherwise offensive content through either the message or chat system.


Please review the GAME RULES to ensure you do not violate them again. Your ban is not subject to appeal and will remain in effect until the ban expires.

Kind regards,

Sgt. Bothari
Co-Community Manager
Forge of Empires, U.S.

-Considering I wasn't even on to break any of the game rules, I'm going to say your statement is

impossible and mine is correct.
Forge of Empires - Customer Support 2018-12-28 01:39:25
Hello TwoCents,

Please do not create more than one ticket per issue. As this is a duplicate, we are closing this ticket. If you wish to pose additional information, please post in the pre-existing ticket. Thank you for your cooperation and enjoy the game.

Kind regards,

Sgt. Bothari
Co-Community Manager
Forge of Empires, U.S.

- When you've closed tickets 1,2 then the third ticket isn't a duplicate of any open tickets is it?

**You 2018-12-29 15:43:25**

Stop your sexist behavior and stop trying to silence me.

**You 2018-12-30 20:24:34**

Stop your sexist behavior as outlined above.

**Forge of Empires - Customer Support 2018-12-31 02:38:27**

Hello TwoCents,

Please do not create more than one ticket per issue. As this is a duplicate, we are closing this ticket. If you wish to pose additional information, please post in the pre-existing ticket. Thank you for your cooperation and enjoy the game.

Kind regards,

Sgt. Bothari
Co-Community Manager
Forge of Empires, U.S.

---

This ticket has been closed and can no longer be replied to.

## Attachments

This ticket currently has no attachments.

# View ticket

# Appeal TwoCents 1.3 Re unknow incident occuring Dec 2018

**You 2018-12-31 04:18:38**

View ticket Tickets
Appeal TwoCents 1.2 re unknown incident starting in Dec 2018

TwoCents 2018-12-30 20:44:27

New TwoCents 2018-12-26 20:20:28
Could you please explain why I can't type in chat?
Forge of Empires - Customer Support 2018-12-27 12:53:12
Hello TwoCents,

When you receive a report about being punished it means one or more messages were reported as being in violation of the Communications Rules. Usually this is because you have sent profanity, personal insults or otherwise offensive content through either the message or chat system.


Please review the GAME RULES to ensure you do not violate them again. Your ban is not subject to appeal and will remain in effect until the ban expires.


I spoke with Panacea she said the time limit was up and the ban to be lifted. You have now been given access to Global chat again.

Kind regards,

Sgt. Bothari
Co-Community Manager
Forge of Empires, U.S.
TwoCents 2018-12-27 13:00:25
Care to enlighten me how I got a ban when I wasn't even playing?
TwoCents 2018-12-27 13:03:17
Just to be clear, I'm not actually appealing anything until I get an answer as to what actually occurred, how it broke the game rules, and how long the ban was "supposed" to be for. As of right now I'm just assuming that Panacea thought to give herself a christmas present by trolling me.
TwoCents 2018-12-27 13:08:09
You still haven't answered what the ban was for, how it broke the rules, and how long it was for.

Exhibit 10 – Forge of Empires Support Tickets: TwoCents Submitted by Plaintiff Penny Quinteros
Case: 19-CV-1402 RSM - 930

Your rules specifically state I have the option of appealing bans.... how am I supposed to do that with no information?
TwoCents 2018-12-27 14:53:18
Excuse me, You still haven't answered what the ban was for, how it broke the rules, and how long it was for. Your rules specifically state I have the option of appealing bans.... how am I supposed to do that with no information?
Also, why is my ban still in place?
TwoCents 2018-12-29 15:48:01
You are specifically breaking your own rules
Forge of Empires - Customer Support 2018-12-29 16:08:23
Please do not create more than one ticket per issue. As this is a duplicate, we are closing this ticket. If you wish to pose additional information, please post in the pre-existing ticket. Thank you for your cooperation and enjoy the game.

Kind regards,

Sgt. Bothari
Co-Community Manager
Forge of Empires, U.S.
Forge of Empires 2018-12-31 02:34:07

New Hello TwoCents,

Please do not create more than one ticket per issue. As this is a duplicate, we are closing this ticket. If you wish to pose additional information, please post in the pre-existing ticket. Thank you for your cooperation and enjoy the game.

Kind regards,

Man who enjoys naming himself after a fictional rapist
Co-Community Manager
Forge of Empires, U.S.

What was I banned for?

**Forge of Empires - Customer Support 2018-12-31 11:57:15**

Hello TwoCents,

Please do not create more than one ticket per issue. As this is a duplicate, we are closing this ticket. If you wish to pose additional information, please post in the pre-existing ticket. Thank you for your cooperation and enjoy the game.

Kind regards,

Sgt. Bothari

Co-Community Manager
Forge of Empires, U.S.

---

This ticket has been closed and can no longer be replied to.

**Attachments**

This ticket currently has no attachments.

# View ticket

# Are you a football fan 1.6

**You 2018-12-31 04:13:32**

View ticket Tickets
Are you a football fan 1.5?

TwoCents 2018-12-30 20:22:22

New View ticket Tickets
Are you a football fan 1.3?

TwoCents 2018-12-30 17:33:21

View ticket Tickets
Are you a football fan?

TwoCents 2018-12-30 16:14:33

View ticket Tickets
Are you a football fan?

TwoCents 2018-12-30 15:34:29

Are you a football fan, man who named himself after a fictional rapist?
TwoCents 2018-12-30 15:35:01

I like the Seahawks myself. What's your favorite team?
Forge of Empires 2018-12-30 15:56:44

Exhibit 10 – Forge of Empires Support Tickets: TwoCents Submitted by Plaintiff Penny Quinteros
Case: 19-CV-1402 RSM - 932

Hello TwoCents,

Irrelevant to a support ticket

Kind regards,

Sgt. Bothari
Co-Community Manager


- It's not irrelevant. It's directly related. If you will answer my question I will explain how. I am seeking common ground in understanding... putting my argument in a language you're intimately familiar with. So... are you a football fan?
Forge of Empires 2018-12-30 17:15:24

New Hello TwoCents,

Thank you for contacting Support. Your concern is important to us. We are reviewing your ticket and will reply as soon as possible.

Thank you for your patience.

Kind regards,

Menace
Senior Ingame Moderator
Forge of Empires, U.S.
Forge of Empires 2018-12-30 17:26:20

New Hello TwoCents,

I am sorry, it is irrelevant.
The fact that you called me a rapist in your initial post to this ticket also is an insult. I will not continue to engage you in this ticket.

Kind regards,

Sgt. Bothari
Co-Community Manager
Forge of Empires, U.S.

-If you're insulted by your choice of names then that's your problem. Sgt. Bothari is a fictional character who is a sadistic rapist. Not like I chose the name-you did.

-It is relevant, football and FoE are both games therefore there are a lot of similarities, which I can use to explain and explore my position.

Forge of Empires 2018-12-31 02:32:35

New Hello TwoCents,

Please do not create more than one ticket per issue. As this is a duplicate, we are closing this ticket. If you wish to pose additional information, please post in the pre-existing ticket. Thank you for your cooperation and enjoy the game.

Kind regards,

Sgt. Bothari
Co-Community Manager
Forge of Empires, U.S.

-are you a football fan?

**Forge of Empires - Customer Support 2018-12-31 11:57:49**

Hello TwoCents,

Whether I am a fan or not this is irrelevant to the game.

Kind regards,

Sgt. Bothari
Co-Community Manager
Forge of Empires, U.S.

---

This ticket has been closed and can no longer be replied to.

**Attachments**

This ticket currently has no attachments.

# View ticket

# Sexism 1.5

**You 2018-12-31 04:08:11**

Exhibit 10 – Forge of Empires Support Tickets: TwoCents Submitted by Plaintiff Penny Quinteros
Case: 19-CV-1402 RSM - 934

View ticket Tickets
Sexism 1.3

TwoCents 2018-12-28 01:46:43

TwoCents 2018-12-28 00:00:29
demanding that a marginalized person change their methods for addressing privilege and a host of other things that are design[ed] to control the means of communication and discourse.

- Stop trying to silence me by demanding that I change my method of addressing you. I can address you in any way that I see fit. It doesn't change the substance of my argument. You [InnoGames] are purposefully silencing me because I spoke up about the sexual-crime I was the victim of while playing on your server.

- You [InnoGames] are denying me service which is gender-discrimination and purposefully silencing me because I spoke up about a sexual crime committed against me while playing on your servers.

-You [InnoGames] refuse to provide me support to my bonafide questions by prematurely closing my tickets claiming they are duplicates, ignoring me, asking me to change my manner of address etc. You focus on irrelevant issues instead of my main concerns as an attempt to avoid answering.

-You [InnoGames] as retaliation for speaking up about said sexual-harassment following my being a victim of a crime, hold me to a different standard than you hold all other male players. You claim I use insulting language and ban me for it, when you do not ban other players who use similar or more egregious language. In order for your rules not to be sexist they must be administered equally to all players.
Forge of Empires - Customer Support 2018-12-27 22:55:58
New Hello TwoCents,

When you receive a report about being punished it means one or more messages were reported as being in violation of the Communications Rules. Usually this is because you have sent profanity, personal insults or otherwise offensive content through either the message or chat system.

Please review the GAME RULES to ensure you do not violate them again. Your ban is not subject to appeal and will remain in effect until the ban expires.

Kind regards,

Sgt. Bothari
Co-Community Manager
Forge of Empires, U.S.

-Considering I wasn't even on to break any of the game rules, I'm going to say your statement is

impossible and mine is correct.
Forge of Empires - Customer Support 2018-12-28 01:39:25
Hello TwoCents,

Please do not create more than one ticket per issue. As this is a duplicate, we are closing this
ticket. If you wish to pose additional information, please post in the pre-existing ticket. Thank
you for your cooperation and enjoy the game.

Kind regards,

Sgt. Bothari
Co-Community Manager
Forge of Empires, U.S.

- When you've closed tickets 1,2 then the third ticket isn't a duplicate of any open tickets is it?
TwoCents 2018-12-29 15:43:25

Stop your sexist behavior and stop trying to silence me.
TwoCents 2018-12-30 20:24:34

Stop your sexist behavior as outlined above.
Forge of Empires 2018-12-31 02:38:27

Hello TwoCents,

Please do not create more than one ticket per issue. As this is a duplicate, we are closing this
ticket. If you wish to pose additional information, please post in the pre-existing ticket. Thank
you for your cooperation and enjoy the game.

Kind regards,

Sgt. Bothari
Co-Community Manager
Forge of Empires, U.S.

-stop your sexist behavior

**Forge of Empires - Customer Support 2018-12-31 11:58:10**

Hello TwoCents,

Please do not create more than one ticket per issue. As this is a duplicate, we are closing this
ticket. If you wish to pose additional information, please post in the pre-existing ticket. Thank
you for your cooperation and enjoy the game.

Kind regards,

Sgt. Bothari
Co-Community Manager
Forge of Empires, U.S.

---

This ticket has been closed and can no longer be replied to.

**Attachments**

**This ticket currently has no attachments.**

# View ticket

# When are you going to un-ban me?

**You 2018-12-31 04:02:42**

View ticket Tickets
When are you going to un-ban me 1.2

TwoCents 2018-12-30 17:47:57

View ticket TicketsIssue resolved
When are you going to un-ban me?

Attachments: 0

TwoCents 2018-12-28 01:53:14

You've left this ban in place long enough. When are you going to unban me?
Forge of Empires 2018-12-28 11:21:05

Hello TwoCents,

I am sorry I had someone else double check the setting and confirmed it is indeed removed. Your ban was lifted previously as you have been told.

Kind regards,

Sgt. Bothari
Co-Community Manager
Forge of Empires, U.S.
TwoCents 2018-12-28 12:55:24

Exhibit 10 – Forge of Empires Support Tickets: TwoCents Submitted by Plaintiff Penny Quinteros
Case: 19-CV-1402 RSM - 937

Prove it. Prove it. Prove it. Prove it. Prove it. Prove it. Prove it. Prove it. Prove it. Prove it. Prove it. Prove it. Prove it. Prove it. Prove it. Prove it. Prove it. Prove it. Prove it. Prove it. Prove it. Prove it. Prove it. Prove it. Prove it. Prove it. Prove it. Prove it. Prove it. Prove it. Prove it. Prove it. Prove it. Prove it. Prove it. Prove it.
TwoCents 2018-12-29 15:42:32

When are you going to unban me?
Forge of Empires 2018-12-29 16:09:40

Your ban was removed Several days ago.

Kind regards,

Sgt. Bothari
Co-Community Manager
Forge of Empires, U.S.
TwoCents 2018-12-29 16:26:54

It was not
Forge of Empires 2018-12-29 18:04:13

Then how was it you were talking in global last evening as recorded in a reported conversation (official record)

22:22: TwoCents: ^^ do not trust this
player to sell you goods
time reported 2018-12-28T22:38:34-0500

Kind regards,

Sgt. Bothari
Co-Community Manager
Forge of Empires, U.S.
TwoCents 2018-12-29 18:33:41

I was testing to see if it was working. 1 time out of 1,000 doesn't count as functional does it?
Forge of Empires 2018-12-29 18:36:29

Obviously it IS working then. so, there was your proof.

Kind regards,

Sgt. Bothari
Co-Community Manager
Forge of Empires, U.S.

TwoCents 2018-12-29 18:39:51

Then why is it not working NOW! Obviously you're just toying with me. Whoever took it OFF last night was probably the person you had check... then your sexist self put it BACK on to toy with me. Now FIX IT!
TwoCents 2018-12-29 18:42:15

And don't give me shit about "official record"... if it comes from you it's not trustworthy at all. I highly doubt there was any record last night of anything. Even if there was... what fucking NANCY would report me for saying not to trust a player in a goods transaction!!!!
Forge of Empires 2018-12-29 18:58:05

I am sorry, it was proven and recorded that you CAN chat in global. The ban was removed the morning of the 26th.

This ticket is concluded.

Kind regards,

Sgt. Bothari
Co-Community Manager
Forge of Empires, U.S.
TwoCents 2018-12-29 20:43:00

I'm sorry, but it was proven I could chat once, not that I can chat now! Which I cannot.
TwoCents 2018-12-30 00:24:17

I'm sorry, but it was proven I could chat once, not that I can chat now! Which I cannot.

-When are you going to unban me?
TwoCents 2018-12-30 20:23:13

New When are you going to unban me?
Forge of Empires 2018-12-31 02:36:34

New Hello TwoCents,

Please do not create more than one ticket per issue. As this is a duplicate, we are closing this ticket. If you wish to pose additional information, please post in the pre-existing ticket. Thank you for your cooperation and enjoy the game.

Kind regards,

Sgt. Bothari
Co-Community Manager
Forge of Empires, U.S.

Exhibit 10 – Forge of Empires Support Tickets: TwoCents Submitted by Plaintiff Penny Quinteros
Case: 19-CV-1402 RSM - 939

-when are you going to unban me?

**Forge of Empires - Customer Support 2018-12-31 11:58:25**

Hello TwoCents,

Please do not create more than one ticket per issue. As this is a duplicate, we are closing this ticket. If you wish to pose additional information, please post in the pre-existing ticket. Thank you for your cooperation and enjoy the game.

Kind regards,

Sgt. Bothari
Co-Community Manager
Forge of Empires, U.S.

---

This ticket has been closed and can no longer be replied to.

**Attachments**

This ticket currently has no attachments.

# View ticket

# When are you going to un-ban me?

**You 2018-12-31 19:17:48**

When are you going to un-ban me?
TwoCents 2018-12-31 04:02:42
New View ticket Tickets
When are you going to un-ban me 1.2

TwoCents 2018-12-30 17:47:57

View ticket TicketsIssue resolved
When are you going to un-ban me?

Attachments: 0

TwoCents 2018-12-28 01:53:14

You've left this ban in place long enough. When are you going to unban me?
Forge of Empires 2018-12-28 11:21:05

Hello TwoCents,

I am sorry I had someone else double check the setting and confirmed it is indeed removed. Your ban was lifted previously as you have been told.

Kind regards,

Sgt. Bothari
Co-Community Manager
Forge of Empires, U.S.
TwoCents 2018-12-28 12:55:24

Prove it. Prove it. Prove it. Prove it. Prove it. Prove it. Prove it. Prove it. Prove it. Prove it. Prove it. Prove it. Prove it. Prove it. Prove it. Prove it. Prove it. Prove it. Prove it. Prove it. Prove it. Prove it. Prove it. Prove it. Prove it. Prove it. Prove it. Prove it. Prove it. Prove it. Prove it. Prove it. Prove it. Prove it. Prove it.
TwoCents 2018-12-29 15:42:32

When are you going to unban me?
Forge of Empires 2018-12-29 16:09:40

Your ban was removed Several days ago.

Kind regards,

Sgt. Bothari
Co-Community Manager
Forge of Empires, U.S.
TwoCents 2018-12-29 16:26:54

It was not
Forge of Empires 2018-12-29 18:04:13

Then how was it you were talking in global last evening as recorded in a reported conversation (official record)

22:22: TwoCents: ^^ do not trust this
player to sell you goods
time reported 2018-12-28T22:38:34-0500

Exhibit 10 – Forge of Empires Support Tickets: TwoCents Submitted by Plaintiff Penny Quinteros
Case: 19-CV-1402 RSM - 941

Kind regards,

Sgt. Bothari
Co-Community Manager
Forge of Empires, U.S.
TwoCents 2018-12-29 18:33:41

I was testing to see if it was working. 1 time out of 1,000 doesn't count as functional does it?
Forge of Empires 2018-12-29 18:36:29

Obviously it IS working then. so, there was your proof.

Kind regards,

Sgt. Bothari
Co-Community Manager
Forge of Empires, U.S.
TwoCents 2018-12-29 18:39:51

Then why is it not working NOW! Obviously you're just toying with me. Whoever took it OFF last night was probably the person you had check... then your sexist self put it BACK on to toy with me. Now FIX IT!
TwoCents 2018-12-29 18:42:15

And don't give me shit about "official record"... if it comes from you it's not trustworthy at all. I highly doubt there was any record last night of anything. Even if there was... what fucking NANCY would report me for saying not to trust a player in a goods transaction!!!!
Forge of Empires 2018-12-29 18:58:05

I am sorry, it was proven and recorded that you CAN chat in global. The ban was removed the morning of the 26th.

This ticket is concluded.

Kind regards,

Sgt. Bothari
Co-Community Manager
Forge of Empires, U.S.
TwoCents 2018-12-29 20:43:00

I'm sorry, but it was proven I could chat once, not that I can chat now! Which I cannot.
TwoCents 2018-12-30 00:24:17

I'm sorry, but it was proven I could chat once, not that I can chat now! Which I cannot.

-When are you going to unban me?
TwoCents 2018-12-30 20:23:13

New When are you going to unban me?
Forge of Empires 2018-12-31 02:36:34

New Hello TwoCents,

Please do not create more than one ticket per issue. As this is a duplicate, we are closing this ticket. If you wish to pose additional information, please post in the pre-existing ticket. Thank you for your cooperation and enjoy the game.

Kind regards,

Sgt. Bothari
Co-Community Manager
Forge of Empires, U.S.

-when are you going to unban me?
Forge of Empires - Customer Support 2018-12-31 11:58:25
New Hello TwoCents,

Please do not create more than one ticket per issue. As this is a duplicate, we are closing this ticket. If you wish to pose additional information, please post in the pre-existing ticket. Thank you for your cooperation and enjoy the game.

Kind regards,

Sgt. Bothari
Co-Community Manager
Forge of Empires, U.S.

-When are you going to unban me?

**Forge of Empires - Customer Support 2019-01-01 02:34:06**

Hello TwoCents,

Please do not create more than one ticket per issue. As this is a duplicate, we are closing this ticket. If you wish to pose additional information, please post in the pre-existing ticket. Thank you for your cooperation and enjoy the game.

Kind regards,

Sgt. Bothari

Co-Community Manager
Forge of Empires, U.S.

---

This ticket has been closed and can no longer be replied to.

## Attachments

This ticket currently has no attachments.

# View ticket

# Sexism 1.6

**You 2018-12-31 19:27:12**

Sexism 1.5
TwoCents 2018-12-31 04:08:11
New View ticket Tickets
Sexism 1.3

TwoCents 2018-12-28 01:46:43

TwoCents 2018-12-28 00:00:29
demanding that a marginalized person change their methods for addressing privilege and a host of other things that are design[ed] to control the means of communication and discourse.

- Stop trying to silence me by demanding that I change my method of addressing you. I can address you in any way that I see fit. It doesn't change the substance of my argument. You [InnoGames] are purposefully silencing me because I spoke up about the sexual-crime I was the victim of while playing on your server.

- You [InnoGames] are denying me service which is gender-discrimination and purposefully silencing me because I spoke up about a sexual crime committed against me while playing on your servers.

-You [InnoGames] refuse to provide me support to my bonafide questions by prematurely closing my tickets claiming they are duplicates, ignoring me, asking me to change my manner of address etc. You focus on irrelevant issues instead of my main concerns as an attempt to avoid answering.

-You [InnoGames] as retaliation for speaking up about said sexual-harassment following my

Exhibit 10 – Forge of Empires Support Tickets: TwoCents Submitted by Plaintiff Penny Quinteros
Case: 19-CV-1402 RSM - 944

being a victim of a crime, hold me to a different standard than you hold all other male players. You claim I use insulting language and ban me for it, when you do not ban other players who use similar or more egregious language. In order for your rules not to be sexist they must be administered equally to all players.
Forge of Empires - Customer Support 2018-12-27 22:55:58
New Hello TwoCents,

When you receive a report about being punished it means one or more messages were reported as being in violation of the Communications Rules. Usually this is because you have sent profanity, personal insults or otherwise offensive content through either the message or chat system.

Please review the GAME RULES to ensure you do not violate them again. Your ban is not subject to appeal and will remain in effect until the ban expires.

Kind regards,

Sgt. Bothari
Co-Community Manager
Forge of Empires, U.S.

-Considering I wasn't even on to break any of the game rules, I'm going to say your statement is impossible and mine is correct.
Forge of Empires - Customer Support 2018-12-28 01:39:25
Hello TwoCents,

Please do not create more than one ticket per issue. As this is a duplicate, we are closing this ticket. If you wish to pose additional information, please post in the pre-existing ticket. Thank you for your cooperation and enjoy the game.

Kind regards,

Sgt. Bothari
Co-Community Manager
Forge of Empires, U.S.

- When you've closed tickets 1,2 then the third ticket isn't a duplicate of any open tickets is it?
TwoCents 2018-12-29 15:43:25

Stop your sexist behavior and stop trying to silence me.
TwoCents 2018-12-30 20:24:34

Stop your sexist behavior as outlined above.
Forge of Empires 2018-12-31 02:38:27

Hello TwoCents,

Exhibit 10 – Forge of Empires Support Tickets: TwoCents Submitted by Plaintiff Penny Quinteros
Case: 19-CV-1402 RSM - 945

Please do not create more than one ticket per issue. As this is a duplicate, we are closing this ticket. If you wish to pose additional information, please post in the pre-existing ticket. Thank you for your cooperation and enjoy the game.

Kind regards,

Sgt. Bothari
Co-Community Manager
Forge of Empires, U.S.

-stop your sexist behavior
Forge of Empires - Customer Support 2018-12-31 11:58:10
New Hello TwoCents,

Please do not create more than one ticket per issue. As this is a duplicate, we are closing this ticket. If you wish to pose additional information, please post in the pre-existing ticket. Thank you for your cooperation and enjoy the game.

Kind regards,

Sgt. Bothari
Co-Community Manager
Forge of Empires, U.S.

-stop your sexist behavior.

**Forge of Empires - Customer Support 2019-01-01 02:34:42**

Hello TwoCents,

Please do not create more than one ticket per issue. As this is a duplicate, we are closing this ticket. If you wish to pose additional information, please post in the pre-existing ticket. Thank you for your cooperation and enjoy the game.

Kind regards,

Sgt. Bothari
Co-Community Manager
Forge of Empires, U.S.

This ticket has been closed and can no longer be replied to.

**Attachments**

Exhibit 10 – Forge of Empires Support Tickets: TwoCents Submitted by Plaintiff Penny Quinteros
Case: 19-CV-1402 RSM - 946

This ticket currently has no attachments.

# View ticket

# Are you a football fan 1.7

**You 2018-12-31 19:42:12**

Are you a football fan 1.6
TwoCents 2018-12-31 04:13:32
New View ticket Tickets
Are you a football fan 1.5?

TwoCents 2018-12-30 20:22:22

New View ticket Tickets
Are you a football fan 1.3?

TwoCents 2018-12-30 17:33:21

View ticket Tickets
Are you a football fan?

TwoCents 2018-12-30 16:14:33

View ticket Tickets
Are you a football fan?

TwoCents 2018-12-30 15:34:29

Are you a football fan, man who named himself after a fictional rapist?
TwoCents 2018-12-30 15:35:01

I like the Seahawks myself. What's your favorite team?
Forge of Empires 2018-12-30 15:56:44

Hello TwoCents,

Irrelevant to a support ticket

Kind regards,

Sgt. Bothari
Co-Community Manager

- It's not irrelevant. It's directly related. If you will answer my question I will explain how. I am seeking common ground in understanding... putting my argument in a language you're intimately familiar with. So... are you a football fan?
Forge of Empires 2018-12-30 17:15:24

New Hello TwoCents,

Thank you for contacting Support. Your concern is important to us. We are reviewing your ticket and will reply as soon as possible.

Thank you for your patience.

Kind regards,

Menace
Senior Ingame Moderator
Forge of Empires, U.S.
Forge of Empires 2018-12-30 17:26:20

New Hello TwoCents,

I am sorry, it is irrelevant.
The fact that you called me a rapist in your initial post to this ticket also is an insult. I will not continue to engage you in this ticket.

Kind regards,

Sgt. Bothari
Co-Community Manager
Forge of Empires, U.S.

-If you're insulted by your choice of names then that's your problem. Sgt. Bothari is a fictional character who is a sadistic rapist. Not like I chose the name-you did.

-It is relevant, football and FoE are both games therefore there are a lot of similarities, which I can use to explain and explore my position.
Forge of Empires 2018-12-31 02:32:35

New Hello TwoCents,

Please do not create more than one ticket per issue. As this is a duplicate, we are closing this ticket. If you wish to pose additional information, please post in the pre-existing ticket. Thank

you for your cooperation and enjoy the game.

Kind regards,

Sgt. Bothari
Co-Community Manager
Forge of Empires, U.S.

-are you a football fan?
Forge of Empires - Customer Support 2018-12-31 11:57:49
New Hello TwoCents,

Whether I am a fan or not this is irrelevant to the game.

Kind regards,

Sgt. Bothari
Co-Community Manager
Forge of Empires, U.S.

- I think it's relevant. Are you saying that my thoughts don't matter?

**Forge of Empires - Customer Support 2019-01-01 02:36:21**

Hello TwoCents,

It is irrelevant as far as playing FoE is concerned as there is no NFL football in it. Thus this
ticket has no reason to exist.

Kind regards,

Sgt. Bothari
Co-Community Manager
Forge of Empires, U.S.

---

This ticket has been closed and can no longer be replied to.

## Attachments

This ticket currently has no attachments.

# View ticket

Exhibit 10 – Forge of Empires Support Tickets: TwoCents Submitted by Plaintiff Penny Quinteros
Case: 19-CV-1402 RSM - 949

# Why was I banned 1.5?

**You 2018-12-31 20:08:30**

Why was I banned 1.4
TwoCents 2018-12-30 17:42:31
View ticket Tickets
Why was I banned 1.3?

TwoCents 2018-12-30 03:58:45

TwoCents 2018-12-29 16:29:10
View ticket Tickets
Why was I banned?

TwoCents2018-12-29 15:42:07

New View ticket Tickets
Why was I banned?

TwoCents 2018-12-29 03:12:30

New Why was I banned?
Forge of Empires 2018-12-29 12:19:11

New Hello TwoCents,

When you receive a report about being punished it means one or more messages were reported as being in violation of the Communications Rules. Usually this is because you have sent profanity, personal insults or otherwise offensive content through either the message or chat system.


Please review the GAME RULES to ensure you do not violate them again. Your ban is not subject to appeal and will remain in effect until the ban expires.

Kind regards,

Sgt. Bothari
Co-Community Manager
Forge of Empires, U.S.


--Three problems with that... 1.) I didn't receive any report about being punished so your statement does not apply. 2.) This says why people are USUALLY banned, but not why I SPECIFICALLY was banned 3.) I didn't break ANY rules since I was not on. --

Forge of Empires 2018-12-29 16:09:08

New Hello TwoCents,

Please do not create more than one ticket per issue. As this is a duplicate, we are closing this ticket. If you wish to pose additional information, please post in the pre-existing ticket. Thank you for your cooperation and enjoy the game.

Kind regards,

Sgt. Bothari
Co-Community Manager
Forge of Empires, U.S.


-Please don't silence me by ignoring my questions and closing my tickets without answers.
TwoCents 2018-12-30 00:24:30
New Why was I banned?
Forge of Empires - Customer Support 2018-12-30 03:51:07
New Hello TwoCents,

Please do not create more than one ticket per issue. As this is a duplicate, we are closing this ticket. If you wish to pose additional information, please post in the pre-existing ticket. Thank you for your cooperation and enjoy the game.

Kind regards,

Sgt. Bothari
Co-Community Manager
Forge of Empires, U.S.

- Why was I banned?
Forge of Empires 2018-12-30 11:13:09

Hello TwoCents,

Please do not create more than one ticket per issue. As this is a duplicate, we are closing this ticket. If you wish to pose additional information, please post in the pre-existing ticket. Thank you for your cooperation and enjoy the game.

Kind regards,

Sgt. Bothari
Co-Community Manager
Forge of Empires, U.S.

-Why was I banned?
TwoCents 2018-12-30 20:23:27
New Why was I banned?
Forge of Empires - Customer Support 2018-12-31 02:34:30
New Hello TwoCents,

Please do not create more than one ticket per issue. As this is a duplicate, we are closing this ticket. If you wish to pose additional information, please post in the pre-existing ticket. Thank you for your cooperation and enjoy the game.

Kind regards,

Sgt. Bothari
Co-Community Manager
Forge of Empires, U.S.

-Why was I banned?

**Forge of Empires - Customer Support 2019-01-01 02:38:08**

Hello TwoCents,

Please do not create more than one ticket per issue. As this is a duplicate, we are closing this ticket. If you wish to pose additional information, please post in the pre-existing ticket. Thank you for your cooperation and enjoy the game.

Kind regards,

Sgt. Bothari
Co-Community Manager
Forge of Empires, U.S.

---

This ticket has been closed and can no longer be replied to.

**Attachments**

**This ticket currently has no attachments.**

# View ticket

# Are you a football fan 1.8?

**You 2019-01-01 02:42:57**

View ticket Tickets
Are you a football fan 1.7

TwoCents 2018-12-31 19:42:12

New Are you a football fan 1.6
TwoCents 2018-12-31 04:13:32
New View ticket Tickets
Are you a football fan 1.5?

TwoCents 2018-12-30 20:22:22

New View ticket Tickets
Are you a football fan 1.3?

TwoCents 2018-12-30 17:33:21

View ticket Tickets
Are you a football fan?

TwoCents 2018-12-30 16:14:33

View ticket Tickets
Are you a football fan?

TwoCents 2018-12-30 15:34:29

Are you a football fan, man who named himself after a fictional rapist?
TwoCents 2018-12-30 15:35:01

I like the Seahawks myself. What's your favorite team?
Forge of Empires 2018-12-30 15:56:44

Hello TwoCents,

Irrelevant to a support ticket

Kind regards,

Sgt. Bothari
Co-Community Manager


- It's not irrelevant. It's directly related. If you will answer my question I will explain how. I am seeking common ground in understanding... putting my argument in a language you're intimately familiar with. So... are you a football fan?

Forge of Empires 2018-12-30 17:15:24

New Hello TwoCents,

Thank you for contacting Support. Your concern is important to us. We are reviewing your ticket and will reply as soon as possible.

Thank you for your patience.

Kind regards,

Menace
Senior Ingame Moderator
Forge of Empires, U.S.
Forge of Empires 2018-12-30 17:26:20

New Hello TwoCents,

I am sorry, it is irrelevant.
The fact that you called me a rapist in your initial post to this ticket also is an insult. I will not continue to engage you in this ticket.

Kind regards,

Sgt. Bothari
Co-Community Manager
Forge of Empires, U.S.

-If you're insulted by your choice of names then that's your problem. Sgt. Bothari is a fictional character who is a sadistic rapist. Not like I chose the name-you did.

-It is relevant, football and FoE are both games therefore there are a lot of similarities, which I can use to explain and explore my position.
Forge of Empires 2018-12-31 02:32:35

New Hello TwoCents,

Please do not create more than one ticket per issue. As this is a duplicate, we are closing this ticket. If you wish to pose additional information, please post in the pre-existing ticket. Thank you for your cooperation and enjoy the game.

Kind regards,

Sgt. Bothari
Co-Community Manager
Forge of Empires, U.S.

-are you a football fan?
Forge of Empires - Customer Support 2018-12-31 11:57:49
New Hello TwoCents,

Whether I am a fan or not this is irrelevant to the game.

Kind regards,

Sgt. Bothari
Co-Community Manager
Forge of Empires, U.S.

- I think it's relevant. Are you saying that my thoughts don't matter?
Forge of Empires 2019-01-01 02:36:21

New Hello TwoCents,

It is irrelevant as far as playing FoE is concerned as there is no NFL football in it. Thus this ticket has no reason to exist.

Kind regards,

Sgt. Bothari
Co-Community Manager
Forge of Empires, U.S.

- it is relevant to properly support FoE to discuss things in common terms, therefore it is entirely relevant to this support ticket.

---

This ticket has been closed and can no longer be replied to.

**Attachments**

**This ticket currently has no attachments.**

# View ticket

# I didn't insult you

**You 2018-12-27 18:00:04**

Exhibit 10 – Forge of Empires Support Tickets: TwoCents Submitted by Plaintiff Penny Quinteros
Case: 19-CV-1402 RSM - 955

I didn't insult you. I told the truth about you. You just are silencing me because you don't want me to speak up and tell you that truth. Instead of focusing on HOW I'm saying something... why don't you focus on WHY I'm saying it!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!

**You 2018-12-27 18:00:39**

Studies show that the "silencing" of women impacts the heart, brain, and body like a virus. It can lead to:

Headaches and inter cranial elevations of blood pressure
Increased risk of Aneurysm
Hypertension and other Cardiovascular symptoms
Respiratory symptoms such as shortness of breath
Digestive problems
An overall diminished sense of agency – feeling stuck with few options
Cognitive spin – perseverating over conversations and encounters
Deficit thinking – a saboteur's voice that chatters about inadequacy
Emotional trauma – similar to physical trauma that creates fear and uncertainty
Isolation – deepening sense of loneliness
Loss of self – the authentic leadership voice has slowly disappeared

This is what you are doing to me right now... you are silencing me because you feel like you are in a power-position. So I don't care if Panacea is "on vacation. She shouldn't have banned me for nothing - taking away my agency without rhyme or reason and then disappeared to ignore me. Find someone who can answer my question and fix this problem.

**You 2018-12-27 18:06:07**

"demanding that a marginalized person change their methods for addressing privilege and a host of other things that are design[ed] to control the means of communication and discourse." - did you even read what I sent you?

**Forge of Empires - Customer Support 2018-12-27 18:09:27**

Hello TwoCents,

I am sorry but the reported affronts and insults to other players were the reason you were banned by Panacea.
THAT is the reason, the same issue that triggered your previous bans, just new occurrences.

Kind regards,

Sgt. Bothari
Co-Community Manager
Forge of Empires, U.S.

**You 2018-12-27 18:10:30**

I have NO IDEA what you're talking about. THERE WERE NO AFFRONTS OR INSULTS TO OTHER PLAYERS!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!

**You 2018-12-27 18:10:59**

By the way, "affronting" someone isn't against your game rules, nor is insulting someone. Just using INSULTING NAMES. Please read your game rules.

**You 2018-12-27 18:16:54**

demanding that a marginalized person change their methods for addressing privilege and a host of other things that are design[ed] to control the means of communication and discourse.

- Stop trying to silence me by demanding that I change my method of addressing you. I can address you in any way that I see fit. It doesn't change the substance of my argument. You [InnoGames] are purposefully silencing me because I spoke up about the sexual-crime I was the victim of while playing on your server.

**You 2018-12-27 18:18:52**

If you want to say that I affronted or insulted another player more than other people insult or affront other players on a daily basis without getting bans then PROVE IT! JUST FRICKING PROVE IT!

**You 2018-12-29 15:47:17**

I have no idea what you're talking about. If you do not tell me what caused the ban I have no options but to guess. My guess is that a moderator got their panties wedgied over christmas and had to take it out on someone... since... like I said... I did nothing wrong. How are you expecting me to "modify" my behavior if you won't tell me what I did wrong?

**You 2018-12-30 00:24:47**

Stop silencing me by ignoring me.

**You 2018-12-30 20:23:42**

Stop silencing me by ignoring me?

**You 2018-12-31 04:00:58**

Stop silencing me by ignoring me?

**You 2019-01-01 02:43:47**

stop silencing me by ignoring me

---

This ticket has been closed and can no longer be replied to.

**Attachments**

This ticket currently has no attachments.

# View ticket

# Moderators being biased and sexist

**You 2018-12-29 18:38:16**

View ticket Tickets
Moderators being biased and sexist

TwoCents 2018-12-29 16:42:11

View ticket Tickets
Appeal TwoCents

TwoCents 2018-12-26 20:20:28

Could you please explain why I can't type in chat?
Forge of Empires 2018-12-27 12:53:12

Hello TwoCents,

When you receive a report about being punished it means one or more messages were reported as being in violation of the Communications Rules. Usually this is because you have sent profanity, personal insults or otherwise offensive content through either the message or chat system.

Please review the GAME RULES to ensure you do not violate them again. Your ban is not subject to appeal and will remain in effect until the ban expires.

Exhibit 10 – Forge of Empires Support Tickets: TwoCents Submitted by Plaintiff Penny Quinteros
Case: 19-CV-1402 RSM - 958

I spoke with Panacea she said the time limit was up and the ban to be lifted. You have now been given access to Global chat again.

Kind regards,

Sgt. Bothari
Co-Community Manager
Forge of Empires, U.S.
TwoCents 2018-12-27 13:00:25

Care to enlighten me how I got a ban when I wasn't even playing?
TwoCents 2018-12-27 13:03:17

Just to be clear, I'm not actually appealing anything until I get an answer as to what actually occurred, how it broke the game rules, and how long the ban was "supposed" to be for. As of right now I'm just assuming that Panacea thought to give herself a christmas present by trolling me.
TwoCents 2018-12-27 13:08:09

You still haven't answered what the ban was for, how it broke the rules, and how long it was for. Your rules specifically state I have the option of appealing bans.... how am I supposed to do that with no information?
TwoCents 2018-12-27 14:53:18

Excuse me, You still haven't answered what the ban was for, how it broke the rules, and how long it was for. Your rules specifically state I have the option of appealing bans.... how am I supposed to do that with no information?
Also, why is my ban still in place?
TwoCents 2018-12-29 15:48:01

You are specifically breaking your own rules
Forge of Empires 2018-12-29 16:08:23

New Please do not create more than one ticket per issue. As this is a duplicate, we are closing this ticket. If you wish to pose additional information, please post in the pre-existing ticket. Thank you for your cooperation and enjoy the game.

Kind regards,

Sgt. Bothari
Co-Community Manager
Forge of Empires, U.S.

-Under your own rules you are required to allow me to appeal a ban - I cannot appeal something unless I know what the ban was for. For all I know someone illegally accessed my account while

I was sleeping. I have NO idea what the ban was for and so you need to provide me that information. Please note: I am SPECIFICALLY asking why I was banned, not why people are "USUALLY" banned.
TwoCents 2018-12-29 16:44:11

New You, moderator who names himself after a fictional rapist and Panacea are denying me game service because of gender-discrimination. How do I contact your direct supervisors?

-Please provide me the name of your supervisor so I may make a complaint about both of yours inappropriate conduct.

**Forge of Empires - Customer Support 2018-12-29 19:00:30**

Hello TwoCents,

My supervisor is Panacea. She will be available again next week.

Kind regards,

Sgt. Bothari
Co-Community Manager
Forge of Empires, U.S.

**You 2018-12-29 20:42:08**

And who is her supervisor? Since she isn't available.

**Forge of Empires - Customer Support 2018-12-29 22:11:09**

As Panacea is the top US Manager, There is no one higher for you to refer to here.

Kind regards,

Sgt. Bothari
Co-Community Manager
Forge of Empires, U.S.

**You 2018-12-29 22:31:50**

Well clearly there is someone who employs her. Who is her boss?

**Forge of Empires - Customer Support 2018-12-30 03:51:45**

The contact information for Germany is on the website.

Kind regards,

Sgt. Bothari
Co-Community Manager
Forge of Empires, U.S.

**You 2018-12-30 03:58:00**

And who would I contact in Germany? Who is Panacea's boss?

**You 2018-12-30 04:03:18**

Like I said, your staffing problems are not my concern. If your boss is on vacation, then your boss's boss should be covering for her. Or do you expect people will just sit on their thumbs and twist while she takes her leisure?

**Forge of Empires - Customer Support 2018-12-30 11:18:07**

I am sorry, Our staffing and who covers whom is not yours to dictate. Panacea is the top US Manager. In her Absence I am covering for her. If you do not care to deal with me, you can await her return next week.

Kind regards,

Sgt. Bothari
Co-Community Manager
Forge of Empires, U.S.

**You 2018-12-30 15:10:00**

Your staffing is none of my concern nor is your internal structure for who handles support tickets. I'm not complaing about a support-related issue. I'm trying to inform InnoGames of the criminal acts of their Community Manager and their Co-Community Management. You'd think InnoGames would want to hear about that... considering you're making their company violate the law... But hey... if you insist they don't care if you break the law... who am I to argue?

**Forge of Empires - Customer Support 2018-12-30 15:22:40**

If you do not care to deal with either of us, then the info to contact Germany is on the website as I previously stated.

Kind regards,

Sgt. Bothari
Co-Community Manager
Forge of Empires, U.S.

**You 2018-12-30 15:30:20**

Yes, and I need a name of a person to contact in Germany

**Forge of Empires - Customer Support 2018-12-30 15:57:36**

I have no name to offer you. The person answering the phone will be able to direct your call

Kind regards,

Sgt. Bothari
Co-Community Manager
Forge of Empires, U.S.

**You 2018-12-30 16:10:30**

She doesn't...

**Forge of Empires - Customer Support 2018-12-30 17:22:50**

I am sorry, but that is all I have to offer you. I suggest to take it up with Innogames Corporate if you do not care to deal with Panacea.

Kind regards,

Sgt. Bothari
Co-Community Manager
Forge of Empires, U.S.

**You 2018-12-30 17:30:04**

Well certainly when they receive my lawsuit I will "take it up with them." Considering you all are doing nothing to resolve this issue short of that.

**Forge of Empires - Customer Support 2018-12-30 19:02:06**

Please be aware that the Forge of Empires support team is in no way shape or form, responsible for legal issues. Please inform your lawyer to contact our legal department in Hamburg, Germany. Our address data is as follows:
InnoGames GmbH
Friesenstraße 13
20097 Hamburg
Germany

Kind regards,

Sgt. Bothari
Co-Community Manager
Forge of Empires, U.S.

**You 2018-12-30 19:10:01**

Already done. ut that doesn't resolve the fact that you are blatantly denying me service because of my gender today!

**You 2018-12-30 20:22:56**

So, how can I report your sexism and bias?

**Forge of Empires - Customer Support 2019-01-02 19:40:58**

Hello TwoCents,

You would report Sgt. Bothari to me. I've read your ticket and investigated.  There is no evidence of gender bias.  This ticket is being concluded.  Enjoy the game.

With regards,

Panacea
Community Manager
Forge of Empires, U.S.

---

This ticket has been closed and can no longer be replied to.

**Attachments**

This ticket currently has no attachments.

# View ticket

# Moderators being biased and sexist

**You 2019-01-02 20:24:21**

Exhibit 10 – Forge of Empires Support Tickets: TwoCents Submitted by Plaintiff Penny Quinteros
Case: 19-CV-1402 RSM - 963

Moderators being biased and sexist
TwoCents 2018-12-29 18:38:16
View ticket Tickets
Moderators being biased and sexist

TwoCents 2018-12-29 16:42:11

View ticket Tickets
Appeal TwoCents

TwoCents 2018-12-26 20:20:28

Could you please explain why I can't type in chat?
Forge of Empires 2018-12-27 12:53:12

Hello TwoCents,

When you receive a report about being punished it means one or more messages were reported as being in violation of the Communications Rules. Usually this is because you have sent profanity, personal insults or otherwise offensive content through either the message or chat system.


Please review the GAME RULES to ensure you do not violate them again. Your ban is not subject to appeal and will remain in effect until the ban expires.


I spoke with Panacea she said the time limit was up and the ban to be lifted. You have now been given access to Global chat again.

Kind regards,

Sgt. Bothari
Co-Community Manager
Forge of Empires, U.S.
TwoCents 2018-12-27 13:00:25

Care to enlighten me how I got a ban when I wasn't even playing?
TwoCents 2018-12-27 13:03:17

Just to be clear, I'm not actually appealing anything until I get an answer as to what actually occurred, how it broke the game rules, and how long the ban was "supposed" to be for. As of right now I'm just assuming that Panacea thought to give herself a christmas present by trolling me.
TwoCents 2018-12-27 13:08:09

You still haven't answered what the ban was for, how it broke the rules, and how long it was for.

Exhibit 10 – Forge of Empires Support Tickets: TwoCents Submitted by Plaintiff Penny Quinteros
Case: 19-CV-1402 RSM - 964

Your rules specifically state I have the option of appealing bans.... how am I supposed to do that with no information?
TwoCents 2018-12-27 14:53:18

Excuse me, You still haven't answered what the ban was for, how it broke the rules, and how long it was for. Your rules specifically state I have the option of appealing bans.... how am I supposed to do that with no information?
Also, why is my ban still in place?
TwoCents 2018-12-29 15:48:01

You are specifically breaking your own rules
Forge of Empires 2018-12-29 16:08:23

New Please do not create more than one ticket per issue. As this is a duplicate, we are closing this ticket. If you wish to pose additional information, please post in the pre-existing ticket. Thank you for your cooperation and enjoy the game.

Kind regards,

Sgt. Bothari
Co-Community Manager
Forge of Empires, U.S.

-Under your own rules you are required to allow me to appeal a ban - I cannot appeal something unless I know what the ban was for. For all I know someone illegally accessed my account while I was sleeping. I have NO idea what the ban was for and so you need to provide me that information. Please note: I am SPECIFICALLY asking why I was banned, not why people are "USUALLY" banned.
TwoCents 2018-12-29 16:44:11

New You, moderator who names himself after a fictional rapist and Panacea are denying me game service because of gender-discrimination. How do I contact your direct supervisors?

-Please provide me the name of your supervisor so I may make a complaint about both of yours inappropriate conduct.
Forge of Empires - Customer Support 2018-12-29 19:00:30
Hello TwoCents,

My supervisor is Panacea. She will be available again next week.

Kind regards,

Sgt. Bothari
Co-Community Manager
Forge of Empires, U.S.
TwoCents 2018-12-29 20:42:08

And who is her supervisor? Since she isn't available.
Forge of Empires - Customer Support 2018-12-29 22:11:09
As Panacea is the top US Manager, There is no one higher for you to refer to here.

Kind regards,

Sgt. Bothari
Co-Community Manager
Forge of Empires, U.S.
TwoCents 2018-12-29 22:31:50
Well clearly there is someone who employs her. Who is her boss?
Forge of Empires - Customer Support 2018-12-30 03:51:45
The contact information for Germany is on the website.

Kind regards,

Sgt. Bothari
Co-Community Manager
Forge of Empires, U.S.
TwoCents 2018-12-30 03:58:00
And who would I contact in Germany? Who is Panacea's boss?
TwoCents 2018-12-30 04:03:18
Like I said, your staffing problems are not my concern. If your boss is on vacation, then your boss's boss should be covering for her. Or do you expect people will just sit on their thumbs and twist while she takes her leisure?
Forge of Empires - Customer Support 2018-12-30 11:18:07
I am sorry, Our staffing and who covers whom is not yours to dictate. Panacea is the top US Manager. In her Absence I am covering for her. If you do not care to deal with me, you can await her return next week.

Kind regards,

Sgt. Bothari
Co-Community Manager
Forge of Empires, U.S.
TwoCents 2018-12-30 15:10:00
Your staffing is none of my concern nor is your internal structure for who handles support tickets. I'm not complaing about a support-related issue. I'm trying to inform InnoGames of the criminal acts of their Community Manager and their Co-Community Management. You'd think InnoGames would want to hear about that... considering you're making their company violate the law... But hey... if you insist they don't care if you break the law... who am I to argue?
Forge of Empires - Customer Support 2018-12-30 15:22:40
If you do not care to deal with either of us, then the info to contact Germany is on the website as I previously stated.

Kind regards,

Exhibit 10 – Forge of Empires Support Tickets: TwoCents Submitted by Plaintiff Penny Quinteros
Case: 19-CV-1402 RSM - 966

Sgt. Bothari
Co-Community Manager
Forge of Empires, U.S.
TwoCents 2018-12-30 15:30:20
Yes, and I need a name of a person to contact in Germany
Forge of Empires - Customer Support 2018-12-30 15:57:36
I have no name to offer you. The person answering the phone will be able to direct your call

Kind regards,

Sgt. Bothari
Co-Community Manager
Forge of Empires, U.S.
TwoCents 2018-12-30 16:10:30
She doesn't...
Forge of Empires - Customer Support 2018-12-30 17:22:50
I am sorry, but that is all I have to offer you. I suggest to take it up with Innogames Corporate if you do not care to deal with Panacea.

Kind regards,

Sgt. Bothari
Co-Community Manager
Forge of Empires, U.S.
TwoCents 2018-12-30 17:30:04
Well certainly when they receive my lawsuit I will "take it up with them." Considering you all are doing nothing to resolve this issue short of that.
Forge of Empires - Customer Support 2018-12-30 19:02:06
Please be aware that the Forge of Empires support team is in no way shape or form, responsible for legal issues. Please inform your lawyer to contact our legal department in Hamburg, Germany. Our address data is as follows:
InnoGames GmbH
Friesenstraße 13
20097 Hamburg
Germany

Kind regards,

Sgt. Bothari
Co-Community Manager
Forge of Empires, U.S.
TwoCents 2018-12-30 19:10:01
Already done. ut that doesn't resolve the fact that you are blatantly denying me service because of my gender today!
TwoCents 2018-12-30 20:22:56

New So, how can I report your sexism and bias?
Forge of Empires - Customer Support 2019-01-02 19:40:58
New Hello TwoCents,

You would report Sgt. Bothari to me. I've read your ticket and investigated. There is no evidence of gender bias. This ticket is being concluded. Enjoy the game.

With regards,

Panacea
Community Manager
Forge of Empires, U.S.

- well that's great that you've pre-determined that Bothari isn't gender-biased before I even explain WHY I would think so.... I'm glad you're not PREJUDICE or anything...

**Forge of Empires - Customer Support 2019-01-02 20:34:10**

Hello TwoCents,

The <u>only</u> information needed or considered would be contained within the ticket. There is no evidence of gender bias. This ticket is being concluded. Enjoy the game.

With regards,

Panacea
Community Manager
Forge of Empires, U.S.

**You 2019-01-02 20:39:28**

Yep... just like you not to listen to anything but your own echo chamber.

**You 2019-01-02 21:12:41**

Well considering that my tickets kept getting closed without an answer to them, the one you ACTUALLY responded to was a copy of the "appeal twocents" ticket, not the "moderators being biased" ticket. If you had ACTUALLY read it like you said you had, then you would've realized that. Instead you just claimed to have read it, and then claimed "there is no evidence of gender bias"... glad you can conclude that without having actually read the thing - at all-

**Forge of Empires - Customer Support 2019-01-04 21:12:55**

Hello TwoCents,

This ticket is concluded. Enjoy the game.

With regards,

Panacea
Community Manager
Forge of Empires, U.S.

**You 2019-01-04 21:51:00**

Right... you didn't read the ticket, and now you're closing it without an answer because of that fact.

---

This ticket has been closed and can no longer be replied to.

**Attachments**

This ticket currently has no attachments.

# View ticket

# Are you a football fan 1.9?

**You 2019-01-02 19:51:35**

Are you a football fan 1.8?
TwoCents 2019-01-01 02:42:57
New View ticket Tickets
Are you a football fan 1.7

TwoCents 2018-12-31 19:42:12

New Are you a football fan 1.6
TwoCents 2018-12-31 04:13:32
New View ticket Tickets
Are you a football fan 1.5?

TwoCents 2018-12-30 20:22:22

New View ticket Tickets
Are you a football fan 1.3?

Exhibit 10 – Forge of Empires Support Tickets: TwoCents Submitted by Plaintiff Penny Quinteros
Case: 19-CV-1402 RSM - 969

TwoCents 2018-12-30 17:33:21

View ticket Tickets
Are you a football fan?

TwoCents 2018-12-30 16:14:33

View ticket Tickets
Are you a football fan?

TwoCents 2018-12-30 15:34:29

Are you a football fan, man who named himself after a fictional rapist?
TwoCents 2018-12-30 15:35:01

I like the Seahawks myself. What's your favorite team?
Forge of Empires 2018-12-30 15:56:44

Hello TwoCents,

Irrelevant to a support ticket

Kind regards,

Sgt. Bothari
Co-Community Manager


- It's not irrelevant. It's directly related. If you will answer my question I will explain how. I am
seeking common ground in understanding... putting my argument in a language you're intimately
familiar with. So... are you a football fan?
Forge of Empires 2018-12-30 17:15:24

New Hello TwoCents,

Thank you for contacting Support. Your concern is important to us. We are reviewing your ticket
and will reply as soon as possible.

Thank you for your patience.

Kind regards,

Menace
Senior Ingame Moderator
Forge of Empires, U.S.
Forge of Empires 2018-12-30 17:26:20

Exhibit 10 – Forge of Empires Support Tickets: TwoCents Submitted by Plaintiff Penny Quinteros
Case: 19-CV-1402 RSM - 970

New Hello TwoCents,

I am sorry, it is irrelevant.
The fact that you called me a rapist in your initial post to this ticket also is an insult. I will not continue to engage you in this ticket.

Kind regards,

Sgt. Bothari
Co-Community Manager
Forge of Empires, U.S.

-If you're insulted by your choice of names then that's your problem. Sgt. Bothari is a fictional character who is a sadistic rapist. Not like I chose the name-you did.

-It is relevant, football and FoE are both games therefore there are a lot of similarities, which I can use to explain and explore my position.
Forge of Empires 2018-12-31 02:32:35

New Hello TwoCents,

Please do not create more than one ticket per issue. As this is a duplicate, we are closing this ticket. If you wish to pose additional information, please post in the pre-existing ticket. Thank you for your cooperation and enjoy the game.

Kind regards,

Sgt. Bothari
Co-Community Manager
Forge of Empires, U.S.

-are you a football fan?
Forge of Empires - Customer Support 2018-12-31 11:57:49
New Hello TwoCents,

Whether I am a fan or not this is irrelevant to the game.

Kind regards,

Sgt. Bothari
Co-Community Manager
Forge of Empires, U.S.

- I think it's relevant. Are you saying that my thoughts don't matter?
Forge of Empires 2019-01-01 02:36:21

New Hello TwoCents,

It is irrelevant as far as playing FoE is concerned as there is no NFL football in it. Thus this ticket has no reason to exist.

Kind regards,

Sgt. Bothari
Co-Community Manager
Forge of Empires, U.S.

- it is relevant to properly support FoE to discuss things in common terms, therefore it is entirely relevant to this support ticket.

**Forge of Empires - Customer Support 2019-01-03 19:35:11**

Hello TwoCents,

Thank you for contacting Support.  Your concern is important to us.  We are reviewing your ticket and will reply as soon as possible.

Thank you for your patience.

With regards,

Panacea
Community Manager
Forge of Empires, U.S.

**You 2019-01-04 18:59:08**

Are you a football fan Panacea?

**Forge of Empires - Customer Support 2019-01-04 21:12:21**

Hello TwoCents,

No, I am not. Thank you for asking.  Enjoy the game.

With regards,

Panacea
Community Manager
Forge of Empires, U.S.

Exhibit 10 – Forge of Empires Support Tickets: TwoCents Submitted by Plaintiff Penny Quinteros
Case: 19-CV-1402 RSM - 972

**You 2019-01-04 21:51:19**

So what game/sport do you enjoy? If any?

---

This ticket has been closed and can no longer be replied to.

**Attachments**

This ticket currently has no attachments.

# View ticket

# Appeal TwoCents 1.5 re unknown incident starting in Dec 2018

**You 2019-01-06 00:56:49**

Appeal TwoCents 1.3 Re unknow incident occuring Dec 2018
TwoCents 2018-12-31 04:18:38
New View ticket Tickets
Appeal TwoCents 1.2 re unknown incident starting in Dec 2018

TwoCents 2018-12-30 20:44:27

New TwoCents 2018-12-26 20:20:28
Could you please explain why I can't type in chat?
Forge of Empires - Customer Support 2018-12-27 12:53:12
Hello TwoCents,

When you receive a report about being punished it means one or more messages were reported as being in violation of the Communications Rules. Usually this is because you have sent profanity, personal insults or otherwise offensive content through either the message or chat system.

Please review the GAME RULES to ensure you do not violate them again. Your ban is not subject to appeal and will remain in effect until the ban expires.

I spoke with Panacea she said the time limit was up and the ban to be lifted. You have now been given access to Global chat again.

Exhibit 10 – Forge of Empires Support Tickets: TwoCents Submitted by Plaintiff Penny Quinteros
Case: 19-CV-1402 RSM - 973

Kind regards,

Sgt. Bothari
Co-Community Manager
Forge of Empires, U.S.
TwoCents 2018-12-27 13:00:25
Care to enlighten me how I got a ban when I wasn't even playing?
TwoCents 2018-12-27 13:03:17
Just to be clear, I'm not actually appealing anything until I get an answer as to what actually occurred, how it broke the game rules, and how long the ban was "supposed" to be for. As of right now I'm just assuming that Panacea thought to give herself a christmas present by trolling me.
TwoCents 2018-12-27 13:08:09
You still haven't answered what the ban was for, how it broke the rules, and how long it was for. Your rules specifically state I have the option of appealing bans.... how am I supposed to do that with no information?
TwoCents 2018-12-27 14:53:18
Excuse me, You still haven't answered what the ban was for, how it broke the rules, and how long it was for. Your rules specifically state I have the option of appealing bans.... how am I supposed to do that with no information?
Also, why is my ban still in place?
TwoCents 2018-12-29 15:48:01
You are specifically breaking your own rules
Forge of Empires - Customer Support 2018-12-29 16:08:23
Please do not create more than one ticket per issue. As this is a duplicate, we are closing this ticket. If you wish to pose additional information, please post in the pre-existing ticket. Thank you for your cooperation and enjoy the game.

Kind regards,

Sgt. Bothari
Co-Community Manager
Forge of Empires, U.S.
Forge of Empires 2018-12-31 02:34:07

New Hello TwoCents,

Please do not create more than one ticket per issue. As this is a duplicate, we are closing this ticket. If you wish to pose additional information, please post in the pre-existing ticket. Thank you for your cooperation and enjoy the game.

Kind regards,

Man who enjoys naming himself after a fictional rapist
Co-Community Manager

Forge of Empires, U.S.

What was I banned for?
Forge of Empires - Customer Support 2018-12-31 11:57:15
New Hello TwoCents,

Please do not create more than one ticket per issue. As this is a duplicate, we are closing this ticket. If you wish to pose additional information, please post in the pre-existing ticket. Thank you for your cooperation and enjoy the game.

Kind regards,

Sgt. Bothari
Co-Community Manager
Forge of Empires, U.S.

-What was I banned for?
TwoCents 2019-01-01 02:43:26
What was I banned for?
Forge of Empires - Customer Support 2019-01-02 19:39:04
Hello TwoCents,

The account is unbanned and there is no need for any type of appeal. Abide by the rules and enjoy the game. CLICK HERE to review the Game Rules

With regards,

Panacea
Community Manager
Forge of Empires, U.S.

TwoCents 2019-01-02 19:50:40
And yet I didn't get the opportunity TO appeal... so I think that there is a reason to appeal since your discipline is progressive.
Forge of Empires - Customer Support 2019-01-04 21:13:20
Hello TwoCents,

This ticket is concluded. There is no ban and therefore no need for appeal. Enjoy the game.

With regards,

Panacea
Community Manager
Forge of Empires, U.S.

TwoCents 2019-01-04 21:50:31

There was a ban was there not?

-A ban existed or a ban did not exist?

**Forge of Empires - Customer Support 2019-01-06 01:12:03**

Hello TwoCents,

Please do not create more than one ticket per issue. As this is a duplicate, we are closing this ticket. If you wish to pose additional information, please post in the pre-existing ticket. Thank you for your cooperation and enjoy the game.

With regards,

Panacea
Community Manager
Forge of Empires, U.S.

---

This ticket has been closed and can no longer be replied to.

**Attachments**

**This ticket currently has no attachments.**

# View ticket

# Oh the irony.....

**You 2019-01-06 21:38:59**

Do you care to explain to me why people can have names like "Chief Crapping Goat" or "YouCandyAzzez" when I cant' say "don't buy goods from that person, they'll scam you?"

**Forge of Empires - Customer Support 2019-01-06 22:07:23**

Hello TwoCents,

Thank you for bringing this matter to our attention, we appreciate all players that help the Forge team to keep our game running without rule breakers. I will investigate and take the appropriate action(s) if I find rule breaking.

If this conversation is taking place in chat, please take two steps-

1. Press your right button on your mouse and 'Report' the player. This takes a screenshot of the conversation and reports it directly to a group of moderators who handle these promptly.
2. Right click and press'ignore'. This will take him from your chat screen.

If this conversation is taking place via the messaging system, due to our Privacy Rules we can not look in your Messages.
1. Please left click on the player's name. This will bring up a menu that has 'Report'. Press the 'Report' button. It brings up a window for your report. This will capture the message and send it directly to the moderators.

No matter which, please do not engage this person in the future. Once reported using the REPORT feature, we will be able to act on the report. Thank you.

With regards,

Panacea
Community Manager
Forge of Empires, U.S.

**You 2019-01-06 22:14:04**

way to avoid answering the question... how is it that people are ALLOWED names like that when you BAN me for doing NOTHING!

This ticket has been closed and can no longer be replied to.

**Attachments**

This ticket currently has no attachments.

# View ticket

# Did a Ban exist?

**You 2019-01-06 01:19:27**

Did a ban exist that you started sometime before Christmas and lasted until after Christmas? Or a ban did not exist then?

**Forge of Empires - Customer Support 2019-01-06 19:32:57**

Exhibit 10 – Forge of Empires Support Tickets: TwoCents Submitted by Plaintiff Penny Quinteros
Case: 19-CV-1402 RSM - 977

Hello TwoCents,

You did not have a game ban at or near Christmas. We do not have information regarding dates of chat bans. Enjoy the game.

With regards,

Panacea
Community Manager
Forge of Empires, U.S.

**You 2019-01-06 19:38:34**

so a chat-ban existed then or it did not exist then?

**You 2019-01-06 20:13:09**

and why do you not have information regarding your own progressive discipline systems?

**Forge of Empires - Customer Support 2019-01-06 21:26:58**

Hello TwoCents,

I've given you the information I have available. Enjoy the game.

With regards,

Panacea
Community Manager
Forge of Empires, U.S.

**You 2019-01-06 21:33:10**

Well, are you saying that you have memory problems and forgot if you game me a chat ban or something?

**You 2019-01-06 21:33:31**

I mean... it was only 2 weeks ago... you can't remember?

**Forge of Empires - Customer Support 2019-01-06 22:14:10**

Hello TwoCents,

You can't seem to remember either if you are having to ask. I've given you the information I have available. Enjoy the game.

With regards,

Panacea
Community Manager
Forge of Empires, U.S.

**You 2019-01-06 22:16:52**

No, the problem is that I don't KNOW what is going on. Sometimes I can talk, sometimes I can't... so I'm not sure whether you ever banned me or your system is messing up or if there was a ban and it was removed. Please detail the scenario for me.

**Forge of Empires - Customer Support 2019-01-06 22:20:36**

Hello TwoCents,

The account was unbanned over a week ago and has not been rebanned since that time.  Please feel free to chat at any point you wish. I would remind you to follow the Game Rules and not insult your fellow players.  Enjoy the game.

With regards,

Panacea
Community Manager
Forge of Empires, U.S.

**You 2019-01-06 22:20:56**

ok, so a bad did exist. Would you please tell me what it was for?

**Forge of Empires - Customer Support 2019-01-06 22:22:07**

Hello TwoCents,

We have unbanned the account and will NOT be going over this territory again.  The account was unbanned over a week ago and has not been rebanned since that time.  Please feel free to chat at any point you wish. I would remind you to follow the Game Rules and not insult your fellow players.  Enjoy the game.

With regards,

Panacea
Community Manager
Forge of Empires, U.S.

**You 2019-01-06 23:47:53**

Your concerns are noted, but I don't think you get the opportunity to tell me "we will NOT being going over this territory again." In your rules it states that I have the ability to appeal a ban. You didn't give me that opportunity.

**Forge of Empires - Customer Support 2019-01-07 01:55:59**

Hello TwoCents,

You appealed the ban from the beginning as soon as you questioned the presence of the chat mute and the reasons behind this. You were told it was for the continuing insults to your fellow players. You stated your case at the time.  It was considered and the mute was continued until 2018-12-28 when it was verified for you that the mute had expired and you were free to use chat as long as you obeyed the rules for chat.

As this is becoming the same ticket as "When are you going to unban me?"  I will be closing this ticket as a duplicate. Enjoy the game.

With regards,

Panacea
Community Manager
Forge of Empires, U.S.

---

This ticket has been closed and can no longer be replied to.

**Attachments**

**This ticket currently has no attachments.**

# View ticket

# Are you a football fan 1.10

**You 2019-01-07 00:10:10**

Are you a football fan 1.9?
TwoCents 2019-01-02 19:51:35
Are you a football fan 1.8?
TwoCents 2019-01-01 02:42:57
New View ticket Tickets

Exhibit 10 – Forge of Empires Support Tickets: TwoCents Submitted by Plaintiff Penny Quinteros
Case: 19-CV-1402 RSM - 980

Are you a football fan 1.7

TwoCents 2018-12-31 19:42:12

New Are you a football fan 1.6
TwoCents 2018-12-31 04:13:32
New View ticket Tickets
Are you a football fan 1.5?

TwoCents 2018-12-30 20:22:22

New View ticket Tickets
Are you a football fan 1.3?

TwoCents 2018-12-30 17:33:21

View ticket Tickets
Are you a football fan?

TwoCents 2018-12-30 16:14:33

View ticket Tickets
Are you a football fan?

TwoCents 2018-12-30 15:34:29

Are you a football fan, man who named himself after a fictional rapist?
TwoCents 2018-12-30 15:35:01

I like the Seahawks myself. What's your favorite team?
Forge of Empires 2018-12-30 15:56:44

Hello TwoCents,

Irrelevant to a support ticket

Kind regards,

Sgt. Bothari
Co-Community Manager


- It's not irrelevant. It's directly related. If you will answer my question I will explain how. I am
seeking common ground in understanding... putting my argument in a language you're intimately
familiar with. So... are you a football fan?
Forge of Empires 2018-12-30 17:15:24

Exhibit 10 – Forge of Empires Support Tickets: TwoCents Submitted by Plaintiff Penny Quinteros
Case: 19-CV-1402 RSM - 981

New Hello TwoCents,

Thank you for contacting Support. Your concern is important to us. We are reviewing your ticket and will reply as soon as possible.

Thank you for your patience.

Kind regards,

Menace
Senior Ingame Moderator
Forge of Empires, U.S.
Forge of Empires 2018-12-30 17:26:20

New Hello TwoCents,

I am sorry, it is irrelevant.
The fact that you called me a rapist in your initial post to this ticket also is an insult. I will not continue to engage you in this ticket.

Kind regards,

Sgt. Bothari
Co-Community Manager
Forge of Empires, U.S.

-If you're insulted by your choice of names then that's your problem. Sgt. Bothari is a fictional character who is a sadistic rapist. Not like I chose the name-you did.

-It is relevant, football and FoE are both games therefore there are a lot of similarities, which I can use to explain and explore my position.
Forge of Empires 2018-12-31 02:32:35

New Hello TwoCents,

Please do not create more than one ticket per issue. As this is a duplicate, we are closing this ticket. If you wish to pose additional information, please post in the pre-existing ticket. Thank you for your cooperation and enjoy the game.

Kind regards,

Sgt. Bothari
Co-Community Manager
Forge of Empires, U.S.

Exhibit 10 – Forge of Empires Support Tickets: TwoCents Submitted by Plaintiff Penny Quinteros
Case: 19-CV-1402 RSM - 982

-are you a football fan?
Forge of Empires - Customer Support 2018-12-31 11:57:49
New Hello TwoCents,

Whether I am a fan or not this is irrelevant to the game.

Kind regards,

Sgt. Bothari
Co-Community Manager
Forge of Empires, U.S.

- I think it's relevant. Are you saying that my thoughts don't matter?
Forge of Empires 2019-01-01 02:36:21

New Hello TwoCents,

It is irrelevant as far as playing FoE is concerned as there is no NFL football in it. Thus this ticket has no reason to exist.

Kind regards,

Sgt. Bothari
Co-Community Manager
Forge of Empires, U.S.

- it is relevant to properly support FoE to discuss things in common terms, therefore it is entirely relevant to this support ticket.
Forge of Empires - Customer Support 2019-01-03 19:35:11
Hello TwoCents,

Thank you for contacting Support. Your concern is important to us. We are reviewing your ticket and will reply as soon as possible.

Thank you for your patience.

With regards,

Panacea
Community Manager
Forge of Empires, U.S.

TwoCents 2019-01-04 18:59:08
Are you a football fan Panacea?
Forge of Empires - Customer Support 2019-01-04 21:12:21
Hello TwoCents,

No, I am not. Thank you for asking. Enjoy the game.

With regards,

Panacea
Community Manager
Forge of Empires, U.S.

TwoCents 2019-01-04 21:51:19
So what game/sport do you enjoy? If any?

Panacea What game/sport do you enjoy? If any?

**Forge of Empires - Customer Support 2019-01-07 01:56:35**

Hello TwoCents,

This ticket has nothing to do with Support and will be closed. Please use Support as intended.

With regards,

Panacea
Community Manager
Forge of Empires, U.S.

This ticket has been closed and can no longer be replied to.

**Attachments**

**This ticket currently has no attachments.**

# View ticket

# Appeal TwoCents 1.4 re unknown incident starting in Dec 2018

**You 2018-12-31 19:56:44**

Appeal TwoCents 1.3 Re unknow incident occuring Dec 2018
TwoCents 2018-12-31 04:18:38

New View ticket Tickets
Appeal TwoCents 1.2 re unknown incident starting in Dec 2018

TwoCents 2018-12-30 20:44:27

New TwoCents 2018-12-26 20:20:28
Could you please explain why I can't type in chat?
Forge of Empires - Customer Support 2018-12-27 12:53:12
Hello TwoCents,

When you receive a report about being punished it means one or more messages were reported as being in violation of the Communications Rules. Usually this is because you have sent profanity, personal insults or otherwise offensive content through either the message or chat system.

Please review the GAME RULES to ensure you do not violate them again. Your ban is not subject to appeal and will remain in effect until the ban expires.

I spoke with Panacea she said the time limit was up and the ban to be lifted. You have now been given access to Global chat again.

Kind regards,

Sgt. Bothari
Co-Community Manager
Forge of Empires, U.S.
TwoCents 2018-12-27 13:00:25
Care to enlighten me how I got a ban when I wasn't even playing?
TwoCents 2018-12-27 13:03:17
Just to be clear, I'm not actually appealing anything until I get an answer as to what actually occurred, how it broke the game rules, and how long the ban was "supposed" to be for. As of right now I'm just assuming that Panacea thought to give herself a christmas present by trolling me.
TwoCents 2018-12-27 13:08:09
You still haven't answered what the ban was for, how it broke the rules, and how long it was for. Your rules specifically state I have the option of appealing bans.... how am I supposed to do that with no information?
TwoCents 2018-12-27 14:53:18
Excuse me, You still haven't answered what the ban was for, how it broke the rules, and how long it was for. Your rules specifically state I have the option of appealing bans.... how am I supposed to do that with no information?
Also, why is my ban still in place?
TwoCents 2018-12-29 15:48:01
You are specifically breaking your own rules
Forge of Empires - Customer Support 2018-12-29 16:08:23

Please do not create more than one ticket per issue. As this is a duplicate, we are closing this ticket. If you wish to pose additional information, please post in the pre-existing ticket. Thank you for your cooperation and enjoy the game.

Kind regards,

Sgt. Bothari
Co-Community Manager
Forge of Empires, U.S.
Forge of Empires 2018-12-31 02:34:07

New Hello TwoCents,

Please do not create more than one ticket per issue. As this is a duplicate, we are closing this ticket. If you wish to pose additional information, please post in the pre-existing ticket. Thank you for your cooperation and enjoy the game.

Kind regards,

Man who enjoys naming himself after a fictional rapist
Co-Community Manager
Forge of Empires, U.S.

What was I banned for?
Forge of Empires - Customer Support 2018-12-31 11:57:15
New Hello TwoCents,

Please do not create more than one ticket per issue. As this is a duplicate, we are closing this ticket. If you wish to pose additional information, please post in the pre-existing ticket. Thank you for your cooperation and enjoy the game.

Kind regards,

Sgt. Bothari
Co-Community Manager
Forge of Empires, U.S.

-What was I banned for?

**You 2019-01-01 02:43:26**

What was I banned for?

**Forge of Empires - Customer Support 2019-01-02 19:39:04**

Exhibit 10 – Forge of Empires Support Tickets: TwoCents Submitted by Plaintiff Penny Quinteros
Case: 19-CV-1402 RSM - 986

Hello TwoCents,

The account is unbanned and there is no need for any type of appeal. Abide by the rules and enjoy the game. CLICK HERE to review the Game Rules

With regards,

Panacea
Community Manager
Forge of Empires, U.S.

**You 2019-01-02 19:50:40**

And yet I didn't get the opportunity TO appeal... so I think that there is a reason to appeal since your discipline is progressive.

**Forge of Empires - Customer Support 2019-01-04 21:13:20**

Hello TwoCents,

This ticket is concluded. There is no ban and therefore no need for appeal. Enjoy the game.

With regards,

Panacea
Community Manager
Forge of Empires, U.S.

**You 2019-01-04 21:50:31**

There was a ban was there not?

**Forge of Empires - Customer Support 2019-01-06 22:14:58**

Hello TwoCents,

The account was unbanned over a week ago and has not been rebanned since that time.  Please feel free to chat at any point you wish. I would remind you to follow the Game Rules and not insult your fellow players.  Enjoy the game.

With regards,

Panacea
Community Manager
Forge of Empires, U.S.

**You 2019-01-06 22:15:38**

so you're admitting there WAS a ban. What was it for please?

**Forge of Empires - Customer Support 2019-01-07 01:58:16**

Hello TwoCents,

You appealed the ban from the beginning as soon as you questioned the presence of the chat mute and the reasons behind this. You were told it was for the continuing insults to your fellow players. You stated your case at the time.  It was considered and the mute was continued until 2018-12-28 when it was verified for you that the mute had expired and you were free to use chat as long as you obeyed the rules for chat.

As this is becoming the same ticket as "When are you going to unban me?"  I will be closing this ticket as a duplicate. Enjoy the game.

With regards,

Panacea
Community Manager
Forge of Empires, U.S.

---

This ticket has been closed and can no longer be replied to.

**Attachments**

This ticket currently has no attachments.

# View ticket

# Appeal TwoCents 1.6 re unknown incident starting in Dec 2018

**You 2019-01-07 02:00:49**

Appeal TwoCents 1.3 Re unknow incident occuring Dec 2018
TwoCents 2018-12-31 04:18:38
New View ticket Tickets

Exhibit 10 – Forge of Empires Support Tickets: TwoCents Submitted by Plaintiff Penny Quinteros
Case: 19-CV-1402 RSM - 988

Appeal TwoCents 1.2 re unknown incident starting in Dec 2018

TwoCents 2018-12-30 20:44:27

New TwoCents 2018-12-26 20:20:28
Could you please explain why I can't type in chat?
Forge of Empires - Customer Support 2018-12-27 12:53:12
Hello TwoCents,

When you receive a report about being punished it means one or more messages were reported as being in violation of the Communications Rules. Usually this is because you have sent profanity, personal insults or otherwise offensive content through either the message or chat system.

Please review the GAME RULES to ensure you do not violate them again. Your ban is not subject to appeal and will remain in effect until the ban expires.

I spoke with Panacea she said the time limit was up and the ban to be lifted. You have now been given access to Global chat again.

Kind regards,

Sgt. Bothari
Co-Community Manager
Forge of Empires, U.S.
TwoCents 2018-12-27 13:00:25
Care to enlighten me how I got a ban when I wasn't even playing?
TwoCents 2018-12-27 13:03:17
Just to be clear, I'm not actually appealing anything until I get an answer as to what actually occurred, how it broke the game rules, and how long the ban was "supposed" to be for. As of right now I'm just assuming that Panacea thought to give herself a christmas present by trolling me.
TwoCents 2018-12-27 13:08:09
You still haven't answered what the ban was for, how it broke the rules, and how long it was for. Your rules specifically state I have the option of appealing bans.... how am I supposed to do that with no information?
TwoCents 2018-12-27 14:53:18
Excuse me, You still haven't answered what the ban was for, how it broke the rules, and how long it was for. Your rules specifically state I have the option of appealing bans.... how am I supposed to do that with no information?
Also, why is my ban still in place?
TwoCents 2018-12-29 15:48:01
You are specifically breaking your own rules
Forge of Empires - Customer Support 2018-12-29 16:08:23
Please do not create more than one ticket per issue. As this is a duplicate, we are closing this

ticket. If you wish to pose additional information, please post in the pre-existing ticket. Thank you for your cooperation and enjoy the game.

Kind regards,

Sgt. Bothari
Co-Community Manager
Forge of Empires, U.S.
Forge of Empires 2018-12-31 02:34:07

New Hello TwoCents,

Please do not create more than one ticket per issue. As this is a duplicate, we are closing this ticket. If you wish to pose additional information, please post in the pre-existing ticket. Thank you for your cooperation and enjoy the game.

Kind regards,

Man who enjoys naming himself after a fictional rapist
Co-Community Manager
Forge of Empires, U.S.

What was I banned for?
Forge of Empires - Customer Support 2018-12-31 11:57:15
New Hello TwoCents,

Please do not create more than one ticket per issue. As this is a duplicate, we are closing this ticket. If you wish to pose additional information, please post in the pre-existing ticket. Thank you for your cooperation and enjoy the game.

Kind regards,

Sgt. Bothari
Co-Community Manager
Forge of Empires, U.S.

-What was I banned for?
TwoCents 2019-01-01 02:43:26
What was I banned for?
Forge of Empires - Customer Support 2019-01-02 19:39:04
Hello TwoCents,

The account is unbanned and there is no need for any type of appeal. Abide by the rules and enjoy the game. CLICK HERE to review the Game Rules

With regards,

Panacea
Community Manager
Forge of Empires, U.S.

TwoCents 2019-01-02 19:50:40
And yet I didn't get the opportunity TO appeal... so I think that there is a reason to appeal since your discipline is progressive.
Forge of Empires - Customer Support 2019-01-04 21:13:20
Hello TwoCents,

This ticket is concluded. There is no ban and therefore no need for appeal. Enjoy the game.

With regards,

Panacea
Community Manager
Forge of Empires, U.S.

TwoCents 2019-01-04 21:50:31
There was a ban was there not?
Forge of Empires - Customer Support 2019-01-06 22:14:58
Hello TwoCents,

The account was unbanned over a week ago and has not been rebanned since that time. Please feel free to chat at any point you wish. I would remind you to follow the Game Rules and not insult your fellow players. Enjoy the game.

With regards,

Panacea
Community Manager
Forge of Empires, U.S.

TwoCents 2019-01-06 22:15:38
so you're admitting there WAS a ban. What was it for please?
Forge of Empires - Customer Support 2019-01-07 01:58:16
Hello TwoCents,

You appealed the ban from the beginning as soon as you questioned the presence of the chat mute and the reasons behind this. You were told it was for the continuing insults to your fellow players. You stated your case at the time. It was considered and the mute was continued until 2018-12-28 when it was verified for you that the mute had expired and you were free to use chat as long as you obeyed the rules for chat.

As this is becoming the same ticket as "When are you going to unban me?" I will be closing this

ticket as a duplicate. Enjoy the game.

With regards,

Panacea
Community Manager
Forge of Empires, U.S.

But considering I wasn't on at the time to "insult my fellow players" your answer has no meaning and is just a make-believe story. So I'm asking again... WHAT WAS I BANNED FOR?

This ticket has been closed and can no longer be replied to.

**Attachments**

**This ticket currently has no attachments.**

# View ticket

# Are you a football fan 1.11

**You 2019-01-07 02:11:26**

Are you a football fan 1.10
TwoCents 2019-01-07 00:10:10
Are you a football fan 1.9?
TwoCents 2019-01-02 19:51:35
Are you a football fan 1.8?
TwoCents 2019-01-01 02:42:57
New View ticket Tickets
Are you a football fan 1.7

TwoCents 2018-12-31 19:42:12

New Are you a football fan 1.6
TwoCents 2018-12-31 04:13:32
New View ticket Tickets
Are you a football fan 1.5?

TwoCents 2018-12-30 20:22:22

New View ticket Tickets
Are you a football fan 1.3?

TwoCents 2018-12-30 17:33:21

View ticket Tickets
Are you a football fan?

TwoCents 2018-12-30 16:14:33

View ticket Tickets
Are you a football fan?

TwoCents 2018-12-30 15:34:29

Are you a football fan, man who named himself after a fictional rapist?
TwoCents 2018-12-30 15:35:01

I like the Seahawks myself. What's your favorite team?
Forge of Empires 2018-12-30 15:56:44

Hello TwoCents,

Irrelevant to a support ticket

Kind regards,

Sgt. Bothari
Co-Community Manager


- It's not irrelevant. It's directly related. If you will answer my question I will explain how. I am
seeking common ground in understanding... putting my argument in a language you're intimately
familiar with. So... are you a football fan?
Forge of Empires 2018-12-30 17:15:24

New Hello TwoCents,

Thank you for contacting Support. Your concern is important to us. We are reviewing your ticket
and will reply as soon as possible.

Thank you for your patience.

Kind regards,

Menace
Senior Ingame Moderator
Forge of Empires, U.S.

Forge of Empires 2018-12-30 17:26:20

New Hello TwoCents,

I am sorry, it is irrelevant.
The fact that you called me a rapist in your initial post to this ticket also is an insult. I will not continue to engage you in this ticket.

Kind regards,

Sgt. Bothari
Co-Community Manager
Forge of Empires, U.S.

-If you're insulted by your choice of names then that's your problem. Sgt. Bothari is a fictional character who is a sadistic rapist. Not like I chose the name-you did.

-It is relevant, football and FoE are both games therefore there are a lot of similarities, which I can use to explain and explore my position.
Forge of Empires 2018-12-31 02:32:35

New Hello TwoCents,

Please do not create more than one ticket per issue. As this is a duplicate, we are closing this ticket. If you wish to pose additional information, please post in the pre-existing ticket. Thank you for your cooperation and enjoy the game.

Kind regards,

Sgt. Bothari
Co-Community Manager
Forge of Empires, U.S.

-are you a football fan?
Forge of Empires - Customer Support 2018-12-31 11:57:49
New Hello TwoCents,

Whether I am a fan or not this is irrelevant to the game.

Kind regards,

Sgt. Bothari
Co-Community Manager
Forge of Empires, U.S.

- I think it's relevant. Are you saying that my thoughts don't matter?

Forge of Empires 2019-01-01 02:36:21

New Hello TwoCents,

It is irrelevant as far as playing FoE is concerned as there is no NFL football in it. Thus this ticket has no reason to exist.

Kind regards,

Sgt. Bothari
Co-Community Manager
Forge of Empires, U.S.

- it is relevant to properly support FoE to discuss things in common terms, therefore it is entirely relevant to this support ticket.
Forge of Empires - Customer Support 2019-01-03 19:35:11
Hello TwoCents,

Thank you for contacting Support. Your concern is important to us. We are reviewing your ticket and will reply as soon as possible.

Thank you for your patience.

With regards,

Panacea
Community Manager
Forge of Empires, U.S.

TwoCents 2019-01-04 18:59:08
Are you a football fan Panacea?
Forge of Empires - Customer Support 2019-01-04 21:12:21
Hello TwoCents,

No, I am not. Thank you for asking. Enjoy the game.

With regards,

Panacea
Community Manager
Forge of Empires, U.S.

TwoCents 2019-01-04 21:51:19
So what game/sport do you enjoy? If any?

Panacea What game/sport do you enjoy? If any?

Forge of Empires - Customer Support 2019-01-07 01:56:35
Hello TwoCents,

This ticket has nothing to do with Support and will be closed. Please use Support as intended.

With regards,

Panacea
Community Manager
Forge of Empires, U.S.

- How do you know it has nothing to do with Support? As far as I'm concerned it has everything to do with support. I am attempting to speak to you in a language that you'll understand. Forge of Empires is a game, so I am relating it to another game that you'd (presumably) enjoy.

**Forge of Empires - Customer Support 2019-01-07 02:22:08**

Hello TwoCents,

This ticket has nothing to do with Support and will be closed. We will not be releasing any personal information including those games in which we might like or play. Please use Support as intended.

With regards,

Panacea
Community Manager
Forge of Empires, U.S.

---

This ticket has been closed and can no longer be replied to.

**Attachments**

**This ticket currently has no attachments.**

# View ticket

# Appeal TwoCents 1.7 re unknown incident starting in Dec 2018

**You 2019-01-07 02:26:04**

Exhibit 10 – Forge of Empires Support Tickets: TwoCents Submitted by Plaintiff Penny Quinteros
Case: 19-CV-1402 RSM - 996

Appeal TwoCents 1.6 re unknown incident starting in Dec 2018
TwoCents 2019-01-07 02:00:49
Appeal TwoCents 1.3 Re unknow incident occuring Dec 2018
TwoCents 2018-12-31 04:18:38
New View ticket Tickets
Appeal TwoCents 1.2 re unknown incident starting in Dec 2018

TwoCents 2018-12-30 20:44:27

New TwoCents 2018-12-26 20:20:28
Could you please explain why I can't type in chat?
Forge of Empires - Customer Support 2018-12-27 12:53:12
Hello TwoCents,

When you receive a report about being punished it means one or more messages were reported as being in violation of the Communications Rules. Usually this is because you have sent profanity, personal insults or otherwise offensive content through either the message or chat system.


Please review the GAME RULES to ensure you do not violate them again. Your ban is not subject to appeal and will remain in effect until the ban expires.


I spoke with Panacea she said the time limit was up and the ban to be lifted. You have now been given access to Global chat again.

Kind regards,

Sgt. Bothari
Co-Community Manager
Forge of Empires, U.S.
TwoCents 2018-12-27 13:00:25
Care to enlighten me how I got a ban when I wasn't even playing?
TwoCents 2018-12-27 13:03:17
Just to be clear, I'm not actually appealing anything until I get an answer as to what actually occurred, how it broke the game rules, and how long the ban was "supposed" to be for. As of right now I'm just assuming that Panacea thought to give herself a christmas present by trolling me.
TwoCents 2018-12-27 13:08:09
You still haven't answered what the ban was for, how it broke the rules, and how long it was for. Your rules specifically state I have the option of appealing bans.... how am I supposed to do that with no information?
TwoCents 2018-12-27 14:53:18
Excuse me, You still haven't answered what the ban was for, how it broke the rules, and how long it was for. Your rules specifically state I have the option of appealing bans.... how am I supposed to do that with no information?

Exhibit 10 – Forge of Empires Support Tickets: TwoCents Submitted by Plaintiff Penny Quinteros
Case: 19-CV-1402 RSM - 997

Also, why is my ban still in place?
TwoCents 2018-12-29 15:48:01
You are specifically breaking your own rules
Forge of Empires - Customer Support 2018-12-29 16:08:23
Please do not create more than one ticket per issue. As this is a duplicate, we are closing this ticket. If you wish to pose additional information, please post in the pre-existing ticket. Thank you for your cooperation and enjoy the game.

Kind regards,

Sgt. Bothari
Co-Community Manager
Forge of Empires, U.S.
Forge of Empires 2018-12-31 02:34:07

New Hello TwoCents,

Please do not create more than one ticket per issue. As this is a duplicate, we are closing this ticket. If you wish to pose additional information, please post in the pre-existing ticket. Thank you for your cooperation and enjoy the game.

Kind regards,

Man who enjoys naming himself after a fictional rapist
Co-Community Manager
Forge of Empires, U.S.

What was I banned for?
Forge of Empires - Customer Support 2018-12-31 11:57:15
New Hello TwoCents,

Please do not create more than one ticket per issue. As this is a duplicate, we are closing this ticket. If you wish to pose additional information, please post in the pre-existing ticket. Thank you for your cooperation and enjoy the game.

Kind regards,

Sgt. Bothari
Co-Community Manager
Forge of Empires, U.S.

-What was I banned for?
TwoCents 2019-01-01 02:43:26
What was I banned for?
Forge of Empires - Customer Support 2019-01-02 19:39:04
Hello TwoCents,

The account is unbanned and there is no need for any type of appeal. Abide by the rules and enjoy the game. CLICK HERE to review the Game Rules

With regards,

Panacea
Community Manager
Forge of Empires, U.S.

TwoCents 2019-01-02 19:50:40
And yet I didn't get the opportunity TO appeal... so I think that there is a reason to appeal since your discipline is progressive.
Forge of Empires - Customer Support 2019-01-04 21:13:20
Hello TwoCents,

This ticket is concluded. There is no ban and therefore no need for appeal. Enjoy the game.

With regards,

Panacea
Community Manager
Forge of Empires, U.S.

TwoCents 2019-01-04 21:50:31
There was a ban was there not?
Forge of Empires - Customer Support 2019-01-06 22:14:58
Hello TwoCents,

The account was unbanned over a week ago and has not been rebanned since that time. Please feel free to chat at any point you wish. I would remind you to follow the Game Rules and not insult your fellow players. Enjoy the game.

With regards,

Panacea
Community Manager
Forge of Empires, U.S.

TwoCents 2019-01-06 22:15:38
so you're admitting there WAS a ban. What was it for please?
Forge of Empires - Customer Support 2019-01-07 01:58:16
Hello TwoCents,

You appealed the ban from the beginning as soon as you questioned the presence of the chat mute and the reasons behind this. You were told it was for the continuing insults to your fellow

players. You stated your case at the time. It was considered and the mute was continued until 2018-12-28 when it was verified for you that the mute had expired and you were free to use chat as long as you obeyed the rules for chat.

As this is becoming the same ticket as "When are you going to unban me?" I will be closing this ticket as a duplicate. Enjoy the game.

With regards,

Panacea
Community Manager
Forge of Empires, U.S.

But considering I wasn't on at the time to "insult my fellow players" your answer has no meaning and is just a make-believe story. So I'm asking again... WHAT WAS I BANNED FOR?

You've only established that you have denied me service, but have yet to establish that I insulted anyone more than or equal to the way other people insult people every day in your game qualifying me for discipline. As a matter of fact, you haven't established that I was even on, or talking in your game... at all... when you denied me service. It'd be very hard to establish that, considering I WASN'T on.

**Forge of Empires - Customer Support 2019-01-07 02:27:23**

Hello TwoCents,

You appealed the ban from the beginning as soon as you questioned the presence of the chat mute and the reasons behind this. You were told it was for the continuing insults to your fellow players. You stated your case at the time. It was considered and the mute was continued until 2018-12-28 when it was verified for you that the mute had expired and you were free to use chat as long as you obeyed the rules for chat.

As this is the same ticket as "When are you going to unban me?" I will be closing this ticket as a duplicate. Enjoy the game.

With regards,

Panacea
Community Manager
Forge of Empires, U.S.

---

This ticket has been closed and can no longer be replied to.

## Attachments

**This ticket currently has no attachments.**

# View ticket

# Are you a football fan 1.12

**You 2019-01-07 02:31:10**

Are you a football fan 1.11
TwoCents 2019-01-07 02:11:26
Are you a football fan 1.10
TwoCents 2019-01-07 00:10:10
Are you a football fan 1.9?
TwoCents 2019-01-02 19:51:35
Are you a football fan 1.8?
TwoCents 2019-01-01 02:42:57
New View ticket Tickets
Are you a football fan 1.7

TwoCents 2018-12-31 19:42:12

New Are you a football fan 1.6
TwoCents 2018-12-31 04:13:32
New View ticket Tickets
Are you a football fan 1.5?

TwoCents 2018-12-30 20:22:22

New View ticket Tickets
Are you a football fan 1.3?

TwoCents 2018-12-30 17:33:21

View ticket Tickets
Are you a football fan?

TwoCents 2018-12-30 16:14:33

View ticket Tickets
Are you a football fan?

TwoCents 2018-12-30 15:34:29

Are you a football fan, man who named himself after a fictional rapist?

TwoCents 2018-12-30 15:35:01

I like the Seahawks myself. What's your favorite team?
Forge of Empires 2018-12-30 15:56:44

Hello TwoCents,

Irrelevant to a support ticket

Kind regards,

Sgt. Bothari
Co-Community Manager


- It's not irrelevant. It's directly related. If you will answer my question I will explain how. I am seeking common ground in understanding... putting my argument in a language you're intimately familiar with. So... are you a football fan?
Forge of Empires 2018-12-30 17:15:24

New Hello TwoCents,

Thank you for contacting Support. Your concern is important to us. We are reviewing your ticket and will reply as soon as possible.

Thank you for your patience.

Kind regards,

Menace
Senior Ingame Moderator
Forge of Empires, U.S.
Forge of Empires 2018-12-30 17:26:20

New Hello TwoCents,

I am sorry, it is irrelevant.
The fact that you called me a rapist in your initial post to this ticket also is an insult. I will not continue to engage you in this ticket.

Kind regards,

Sgt. Bothari
Co-Community Manager
Forge of Empires, U.S.

Exhibit 10 – Forge of Empires Support Tickets: TwoCents Submitted by Plaintiff Penny Quinteros
Case: 19-CV-1402 RSM - 1002

-If you're insulted by your choice of names then that's your problem. Sgt. Bothari is a fictional character who is a sadistic rapist. Not like I chose the name-you did.

-It is relevant, football and FoE are both games therefore there are a lot of similarities, which I can use to explain and explore my position.
Forge of Empires 2018-12-31 02:32:35

New Hello TwoCents,

Please do not create more than one ticket per issue. As this is a duplicate, we are closing this ticket. If you wish to pose additional information, please post in the pre-existing ticket. Thank you for your cooperation and enjoy the game.

Kind regards,

Sgt. Bothari
Co-Community Manager
Forge of Empires, U.S.

-are you a football fan?
Forge of Empires - Customer Support 2018-12-31 11:57:49
New Hello TwoCents,

Whether I am a fan or not this is irrelevant to the game.

Kind regards,

Sgt. Bothari
Co-Community Manager
Forge of Empires, U.S.

- I think it's relevant. Are you saying that my thoughts don't matter?
Forge of Empires 2019-01-01 02:36:21

New Hello TwoCents,

It is irrelevant as far as playing FoE is concerned as there is no NFL football in it. Thus this ticket has no reason to exist.

Kind regards,

Sgt. Bothari
Co-Community Manager
Forge of Empires, U.S.

- it is relevant to properly support FoE to discuss things in common terms, therefore it is entirely

relevant to this support ticket.
Forge of Empires - Customer Support 2019-01-03 19:35:11
Hello TwoCents,

Thank you for contacting Support. Your concern is important to us. We are reviewing your ticket and will reply as soon as possible.

Thank you for your patience.

With regards,

Panacea
Community Manager
Forge of Empires, U.S.

TwoCents 2019-01-04 18:59:08
Are you a football fan Panacea?
Forge of Empires - Customer Support 2019-01-04 21:12:21
Hello TwoCents,

No, I am not. Thank you for asking. Enjoy the game.

With regards,

Panacea
Community Manager
Forge of Empires, U.S.

TwoCents 2019-01-04 21:51:19
So what game/sport do you enjoy? If any?

Panacea What game/sport do you enjoy? If any?
Forge of Empires - Customer Support 2019-01-07 01:56:35
Hello TwoCents,

This ticket has nothing to do with Support and will be closed. Please use Support as intended.

With regards,

Panacea
Community Manager
Forge of Empires, U.S.

- How do you know it has nothing to do with Support? As far as I'm concerned it has everything to do with support. I am attempting to speak to you in a language that you'll understand. Forge of Empires is a game, so I am relating it to another game that you'd (presumably) enjoy.

Forge of Empires - Customer Support 2019-01-07 02:22:08
Hello TwoCents,

This ticket has nothing to do with Support and will be closed. We will not be releasing any personal information including those games in which we might like or play. Please use Support as intended.

With regards,

Panacea
Community Manager
Forge of Empires, U.S.

I'm sorry, did you fail to read my message to you regarding forms of sexism your company has performed? Insisting that I change my manner of addressing you (a person in a power-position) is a way to silence and oppress women. I am trying to relate to you with something we'd both understand and you insist on making me modify my manner of addressing you. So I'll ask again, what game/sport do you enjoy?

**Forge of Empires - Customer Support 2019-01-07 10:04:00**

Hello TwoCents,

Your issues regarding sexism are being addressed on Sexism 1.7.  No one has asked you to address me as anything other than Panacea.  I will not be answering any personal questions.

This ticket has nothing to do with Support and will be closed. We will not be releasing any personal information including those games in which we might like or play. Please use Support as intended.

With regards,

Panacea
Community Manager
Forge of Empires, U.S.

---

This ticket has been closed and can no longer be replied to.

## Attachments

**This ticket currently has no attachments.**

# View ticket

Exhibit 10 – Forge of Empires Support Tickets: TwoCents Submitted by Plaintiff Penny Quinteros
Case: 19-CV-1402 RSM - 1005

# Are you a football fan 1.13

**You 2019-01-07 23:44:15**

Are you a football fan 1.12
TwoCents 2019-01-07 02:31:10
New Are you a football fan 1.11
TwoCents 2019-01-07 02:11:26
Are you a football fan 1.10
TwoCents 2019-01-07 00:10:10
Are you a football fan 1.9?
TwoCents 2019-01-02 19:51:35
Are you a football fan 1.8?
TwoCents 2019-01-01 02:42:57
New View ticket Tickets
Are you a football fan 1.7

TwoCents 2018-12-31 19:42:12

New Are you a football fan 1.6
TwoCents 2018-12-31 04:13:32
New View ticket Tickets
Are you a football fan 1.5?

TwoCents 2018-12-30 20:22:22

New View ticket Tickets
Are you a football fan 1.3?

TwoCents 2018-12-30 17:33:21

View ticket Tickets
Are you a football fan?

TwoCents 2018-12-30 16:14:33

View ticket Tickets
Are you a football fan?

TwoCents 2018-12-30 15:34:29

Are you a football fan, man who named himself after a fictional rapist?
TwoCents 2018-12-30 15:35:01

I like the Seahawks myself. What's your favorite team?

Exhibit 10 – Forge of Empires Support Tickets: TwoCents Submitted by Plaintiff Penny Quinteros
Case: 19-CV-1402 RSM - 1006

Forge of Empires 2018-12-30 15:56:44

Hello TwoCents,

Irrelevant to a support ticket

Kind regards,

Sgt. Bothari
Co-Community Manager


- It's not irrelevant. It's directly related. If you will answer my question I will explain how. I am seeking common ground in understanding... putting my argument in a language you're intimately familiar with. So... are you a football fan?
Forge of Empires 2018-12-30 17:15:24

New Hello TwoCents,

Thank you for contacting Support. Your concern is important to us. We are reviewing your ticket and will reply as soon as possible.

Thank you for your patience.

Kind regards,

Menace
Senior Ingame Moderator
Forge of Empires, U.S.
Forge of Empires 2018-12-30 17:26:20

New Hello TwoCents,

I am sorry, it is irrelevant.
The fact that you called me a rapist in your initial post to this ticket also is an insult. I will not continue to engage you in this ticket.

Kind regards,

Sgt. Bothari
Co-Community Manager
Forge of Empires, U.S.

-If you're insulted by your choice of names then that's your problem. Sgt. Bothari is a fictional character who is a sadistic rapist. Not like I chose the name-you did.

-It is relevant, football and FoE are both games therefore there are a lot of similarities, which I can use to explain and explore my position.
Forge of Empires 2018-12-31 02:32:35

New Hello TwoCents,

Please do not create more than one ticket per issue. As this is a duplicate, we are closing this ticket. If you wish to pose additional information, please post in the pre-existing ticket. Thank you for your cooperation and enjoy the game.

Kind regards,

Sgt. Bothari
Co-Community Manager
Forge of Empires, U.S.

-are you a football fan?
Forge of Empires - Customer Support 2018-12-31 11:57:49
New Hello TwoCents,

Whether I am a fan or not this is irrelevant to the game.

Kind regards,

Sgt. Bothari
Co-Community Manager
Forge of Empires, U.S.

- I think it's relevant. Are you saying that my thoughts don't matter?
Forge of Empires 2019-01-01 02:36:21

New Hello TwoCents,

It is irrelevant as far as playing FoE is concerned as there is no NFL football in it. Thus this ticket has no reason to exist.

Kind regards,

Sgt. Bothari
Co-Community Manager
Forge of Empires, U.S.

- it is relevant to properly support FoE to discuss things in common terms, therefore it is entirely relevant to this support ticket.
Forge of Empires - Customer Support 2019-01-03 19:35:11
Hello TwoCents,

Thank you for contacting Support. Your concern is important to us. We are reviewing your ticket and will reply as soon as possible.

Thank you for your patience.

With regards,

Panacea
Community Manager
Forge of Empires, U.S.

TwoCents 2019-01-04 18:59:08
Are you a football fan Panacea?
Forge of Empires - Customer Support 2019-01-04 21:12:21
Hello TwoCents,

No, I am not. Thank you for asking. Enjoy the game.

With regards,

Panacea
Community Manager
Forge of Empires, U.S.

TwoCents 2019-01-04 21:51:19
So what game/sport do you enjoy? If any?

Panacea What game/sport do you enjoy? If any?
Forge of Empires - Customer Support 2019-01-07 01:56:35
Hello TwoCents,

This ticket has nothing to do with Support and will be closed. Please use Support as intended.

With regards,

Panacea
Community Manager
Forge of Empires, U.S.

- How do you know it has nothing to do with Support? As far as I'm concerned it has everything to do with support. I am attempting to speak to you in a language that you'll understand. Forge of Empires is a game, so I am relating it to another game that you'd (presumably) enjoy.
Forge of Empires - Customer Support 2019-01-07 02:22:08
Hello TwoCents,

This ticket has nothing to do with Support and will be closed. We will not be releasing any personal information including those games in which we might like or play. Please use Support as intended.

With regards,

Panacea
Community Manager
Forge of Empires, U.S.

I'm sorry, did you fail to read my message to you regarding forms of sexism your company has performed? Insisting that I change my manner of addressing you (a person in a power-position) is a way to silence and oppress women. I am trying to relate to you with something we'd both understand and you insist on making me modify my manner of addressing you. So I'll ask again, what game/sport do you enjoy?
Forge of Empires - Customer Support 2019-01-07 10:04:00
New Hello TwoCents,

Your issues regarding sexism are being addressed on Sexism 1.7. No one has asked you to address me as anything other than Panacea. I will not be answering any personal questions.

This ticket has nothing to do with Support and will be closed. We will not be releasing any personal information including those games in which we might like or play. Please use Support as intended.

With regards,

Panacea
Community Manager
Forge of Empires, U.S.

-When I say that you've asked me to change my manner of addressing you, I'm stating that you asked me to change the way I speak to you as a form of making me "play by your rules." You're not listening to what I'm saying, you're only criticizing the WAY I say it. This ticket has EVERYTHING to do with the support you and your moderators are offering to me, and nothing at all to do with "personal questions." I'm trying to find "common ground" to talk to you about. Make it up if you don't want to answer truthfully! What games do you enjoy?

---

This ticket has been closed and can no longer be replied to.

## Attachments

**This ticket currently has no attachments.**

# View ticket

# Appeal TwoCents 1.7 re unknown incident starting in Dec 2018

**You 2019-01-07 02:37:03**

Appeal TwoCents 1.7 re unknown incident starting in Dec 2018
TwoCents 2019-01-07 02:26:04
New Appeal TwoCents 1.6 re unknown incident starting in Dec 2018
TwoCents 2019-01-07 02:00:49
Appeal TwoCents 1.3 Re unknow incident occuring Dec 2018
TwoCents 2018-12-31 04:18:38
New View ticket Tickets
Appeal TwoCents 1.2 re unknown incident starting in Dec 2018

TwoCents 2018-12-30 20:44:27

New TwoCents 2018-12-26 20:20:28
Could you please explain why I can't type in chat?
Forge of Empires - Customer Support 2018-12-27 12:53:12
Hello TwoCents,

When you receive a report about being punished it means one or more messages were reported as being in violation of the Communications Rules. Usually this is because you have sent profanity, personal insults or otherwise offensive content through either the message or chat system.


Please review the GAME RULES to ensure you do not violate them again. Your ban is not subject to appeal and will remain in effect until the ban expires.


I spoke with Panacea she said the time limit was up and the ban to be lifted. You have now been given access to Global chat again.

Kind regards,

Sgt. Bothari
Co-Community Manager
Forge of Empires, U.S.
TwoCents 2018-12-27 13:00:25

Care to enlighten me how I got a ban when I wasn't even playing?
TwoCents 2018-12-27 13:03:17
Just to be clear, I'm not actually appealing anything until I get an answer as to what actually occurred, how it broke the game rules, and how long the ban was "supposed" to be for. As of right now I'm just assuming that Panacea thought to give herself a christmas present by trolling me.
TwoCents 2018-12-27 13:08:09
You still haven't answered what the ban was for, how it broke the rules, and how long it was for. Your rules specifically state I have the option of appealing bans.... how am I supposed to do that with no information?
TwoCents 2018-12-27 14:53:18
Excuse me, You still haven't answered what the ban was for, how it broke the rules, and how long it was for. Your rules specifically state I have the option of appealing bans.... how am I supposed to do that with no information?
Also, why is my ban still in place?
TwoCents 2018-12-29 15:48:01
You are specifically breaking your own rules
Forge of Empires - Customer Support 2018-12-29 16:08:23
Please do not create more than one ticket per issue. As this is a duplicate, we are closing this ticket. If you wish to pose additional information, please post in the pre-existing ticket. Thank you for your cooperation and enjoy the game.

Kind regards,

Sgt. Bothari
Co-Community Manager
Forge of Empires, U.S.
Forge of Empires 2018-12-31 02:34:07

New Hello TwoCents,

Please do not create more than one ticket per issue. As this is a duplicate, we are closing this ticket. If you wish to pose additional information, please post in the pre-existing ticket. Thank you for your cooperation and enjoy the game.

Kind regards,

Man who enjoys naming himself after a fictional rapist
Co-Community Manager
Forge of Empires, U.S.

What was I banned for?
Forge of Empires - Customer Support 2018-12-31 11:57:15
New Hello TwoCents,

Please do not create more than one ticket per issue. As this is a duplicate, we are closing this

ticket. If you wish to pose additional information, please post in the pre-existing ticket. Thank you for your cooperation and enjoy the game.

Kind regards,

Sgt. Bothari
Co-Community Manager
Forge of Empires, U.S.

-What was I banned for?
TwoCents 2019-01-01 02:43:26
What was I banned for?
Forge of Empires - Customer Support 2019-01-02 19:39:04
Hello TwoCents,

The account is unbanned and there is no need for any type of appeal. Abide by the rules and enjoy the game. CLICK HERE to review the Game Rules

With regards,

Panacea
Community Manager
Forge of Empires, U.S.

TwoCents 2019-01-02 19:50:40
And yet I didn't get the opportunity TO appeal... so I think that there is a reason to appeal since your discipline is progressive.
Forge of Empires - Customer Support 2019-01-04 21:13:20
Hello TwoCents,

This ticket is concluded. There is no ban and therefore no need for appeal. Enjoy the game.

With regards,

Panacea
Community Manager
Forge of Empires, U.S.

TwoCents 2019-01-04 21:50:31
There was a ban was there not?
Forge of Empires - Customer Support 2019-01-06 22:14:58
Hello TwoCents,

The account was unbanned over a week ago and has not been rebanned since that time. Please feel free to chat at any point you wish. I would remind you to follow the Game Rules and not insult your fellow players. Enjoy the game.

With regards,

Panacea
Community Manager
Forge of Empires, U.S.

TwoCents 2019-01-06 22:15:38
so you're admitting there WAS a ban. What was it for please?
Forge of Empires - Customer Support 2019-01-07 01:58:16
Hello TwoCents,

You appealed the ban from the beginning as soon as you questioned the presence of the chat mute and the reasons behind this. You were told it was for the continuing insults to your fellow players. You stated your case at the time. It was considered and the mute was continued until 2018-12-28 when it was verified for you that the mute had expired and you were free to use chat as long as you obeyed the rules for chat.

As this is becoming the same ticket as "When are you going to unban me?" I will be closing this ticket as a duplicate. Enjoy the game.

With regards,

Panacea
Community Manager
Forge of Empires, U.S.

But considering I wasn't on at the time to "insult my fellow players" your answer has no meaning and is just a make-believe story. So I'm asking again... WHAT WAS I BANNED FOR?

You've only established that you have denied me service, but have yet to establish that I insulted anyone more than or equal to the way other people insult people every day in your game qualifying me for discipline. As a matter of fact, you haven't established that I was even on, or talking in your game... at all... when you denied me service. It'd be very hard to establish that, considering I WASN'T on.
Forge of Empires - Customer Support 2019-01-07 02:27:23
New Hello TwoCents,

You appealed the ban from the beginning as soon as you questioned the presence of the chat mute and the reasons behind this. You were told it was for the continuing insults to your fellow players. You stated your case at the time. It was considered and the mute was continued until 2018-12-28 when it was verified for you that the mute had expired and you were free to use chat as long as you obeyed the rules for chat.

As this is the same ticket as "When are you going to unban me?" I will be closing this ticket as a duplicate. Enjoy the game.

With regards,

Panacea
Community Manager
Forge of Empires, U.S.

**Forge of Empires - Customer Support 2019-01-07 23:30:15**

Hello TwoCents,

You have added nothing to this conversation so I will be closing this ticket as a duplicate.  Enjoy the game.

With regards,

Panacea
Community Manager
Forge of Empires, U.S.

**You 2019-01-07 23:36:33**

I'm sorry that you feel I'm not adding additional information, but would you please check. I specifically stated that I wasn't going to appeal then ban until I knew exactly what it was for, which has not yet been provided to me.

**Forge of Empires - Customer Support 2019-01-07 23:52:04**

Hello TwoCents,

You were told it was for the continuing insults to your fellow players. You stated your case at the time. It was considered and the mute was continued until 2018-12-28 when it was verified for you that the mute had expired and you were free to use chat as long as you obeyed the rules for chat.  The chat mute is concluded and there is no reason for any further appeal.  This ticket is now closed.

With regards,

Panacea
Community Manager
Forge of Empires, U.S.

---

This ticket has been closed and can no longer be replied to.

Exhibit 10 – Forge of Empires Support Tickets: TwoCents Submitted by Plaintiff Penny Quinteros
Case: 19-CV-1402 RSM - 1015

**Attachments**

This ticket currently has no attachments.

# View ticket

# Moderators being biased and sexist 1.2

**You 2019-01-07 02:46:31**

Moderators being biased and sexist
TwoCents 2019-01-02 20:24:21
Moderators being biased and sexist
TwoCents 2018-12-29 18:38:16
View ticket Tickets
Moderators being biased and sexist

TwoCents 2018-12-29 16:42:11

View ticket Tickets
Appeal TwoCents

TwoCents 2018-12-26 20:20:28

Could you please explain why I can't type in chat?
Forge of Empires 2018-12-27 12:53:12

Hello TwoCents,

When you receive a report about being punished it means one or more messages were reported as being in violation of the Communications Rules. Usually this is because you have sent profanity, personal insults or otherwise offensive content through either the message or chat system.

Please review the GAME RULES to ensure you do not violate them again. Your ban is not subject to appeal and will remain in effect until the ban expires.

I spoke with Panacea she said the time limit was up and the ban to be lifted. You have now been given access to Global chat again.

Kind regards,

Sgt. Bothari
Co-Community Manager
Forge of Empires, U.S.
TwoCents 2018-12-27 13:00:25

Care to enlighten me how I got a ban when I wasn't even playing?
TwoCents 2018-12-27 13:03:17

Just to be clear, I'm not actually appealing anything until I get an answer as to what actually occurred, how it broke the game rules, and how long the ban was "supposed" to be for. As of right now I'm just assuming that Panacea thought to give herself a christmas present by trolling me.
TwoCents 2018-12-27 13:08:09

You still haven't answered what the ban was for, how it broke the rules, and how long it was for. Your rules specifically state I have the option of appealing bans.... how am I supposed to do that with no information?
TwoCents 2018-12-27 14:53:18

Excuse me, You still haven't answered what the ban was for, how it broke the rules, and how long it was for. Your rules specifically state I have the option of appealing bans.... how am I supposed to do that with no information?
Also, why is my ban still in place?
TwoCents 2018-12-29 15:48:01

You are specifically breaking your own rules
Forge of Empires 2018-12-29 16:08:23

New Please do not create more than one ticket per issue. As this is a duplicate, we are closing this ticket. If you wish to pose additional information, please post in the pre-existing ticket. Thank you for your cooperation and enjoy the game.

Kind regards,

Sgt. Bothari
Co-Community Manager
Forge of Empires, U.S.

-Under your own rules you are required to allow me to appeal a ban - I cannot appeal something unless I know what the ban was for. For all I know someone illegally accessed my account while I was sleeping. I have NO idea what the ban was for and so you need to provide me that information. Please note: I am SPECIFICALLY asking why I was banned, not why people are "USUALLY" banned.
TwoCents 2018-12-29 16:44:11

New You, moderator who names himself after a fictional rapist and Panacea are denying me game service because of gender-discrimination. How do I contact your direct supervisors?

-Please provide me the name of your supervisor so I may make a complaint about both of yours inappropriate conduct.
Forge of Empires - Customer Support 2018-12-29 19:00:30
Hello TwoCents,

My supervisor is Panacea. She will be available again next week.

Kind regards,

Sgt. Bothari
Co-Community Manager
Forge of Empires, U.S.
TwoCents 2018-12-29 20:42:08
And who is her supervisor? Since she isn't available.
Forge of Empires - Customer Support 2018-12-29 22:11:09
As Panacea is the top US Manager, There is no one higher for you to refer to here.

Kind regards,

Sgt. Bothari
Co-Community Manager
Forge of Empires, U.S.
TwoCents 2018-12-29 22:31:50
Well clearly there is someone who employs her. Who is her boss?
Forge of Empires - Customer Support 2018-12-30 03:51:45
The contact information for Germany is on the website.

Kind regards,

Sgt. Bothari
Co-Community Manager
Forge of Empires, U.S.
TwoCents 2018-12-30 03:58:00
And who would I contact in Germany? Who is Panacea's boss?
TwoCents 2018-12-30 04:03:18
Like I said, your staffing problems are not my concern. If your boss is on vacation, then your boss's boss should be covering for her. Or do you expect people will just sit on their thumbs and twist while she takes her leisure?
Forge of Empires - Customer Support 2018-12-30 11:18:07
I am sorry, Our staffing and who covers whom is not yours to dictate. Panacea is the top US Manager. In her Absence I am covering for her. If you do not care to deal with me, you can await her return next week.

Exhibit 10 – Forge of Empires Support Tickets: TwoCents Submitted by Plaintiff Penny Quinteros
Case: 19-CV-1402 RSM - 1018

Kind regards,

Sgt. Bothari
Co-Community Manager
Forge of Empires, U.S.
TwoCents 2018-12-30 15:10:00
Your staffing is none of my concern nor is your internal structure for who handles support tickets. I'm not complaing about a support-related issue. I'm trying to inform InnoGames of the criminal acts of their Community Manager and their Co-Community Management. You'd think InnoGames would want to hear about that... considering you're making their company violate the law... But hey... if you insist they don't care if you break the law... who am I to argue?
Forge of Empires - Customer Support 2018-12-30 15:22:40
If you do not care to deal with either of us, then the info to contact Germany is on the website as I previously stated.

Kind regards,

Sgt. Bothari
Co-Community Manager
Forge of Empires, U.S.
TwoCents 2018-12-30 15:30:20
Yes, and I need a name of a person to contact in Germany
Forge of Empires - Customer Support 2018-12-30 15:57:36
I have no name to offer you. The person answering the phone will be able to direct your call

Kind regards,

Sgt. Bothari
Co-Community Manager
Forge of Empires, U.S.
TwoCents 2018-12-30 16:10:30
She doesn't...
Forge of Empires - Customer Support 2018-12-30 17:22:50
I am sorry, but that is all I have to offer you. I suggest to take it up with Innogames Corporate if you do not care to deal with Panacea.

Kind regards,

Sgt. Bothari
Co-Community Manager
Forge of Empires, U.S.
TwoCents 2018-12-30 17:30:04
Well certainly when they receive my lawsuit I will "take it up with them." Considering you all are doing nothing to resolve this issue short of that.
Forge of Empires - Customer Support 2018-12-30 19:02:06
Please be aware that the Forge of Empires support team is in no way shape or form, responsible

for legal issues. Please inform your lawyer to contact our legal department in Hamburg, Germany. Our address data is as follows:
InnoGames GmbH
Friesenstraße 13
20097 Hamburg
Germany

Kind regards,

Sgt. Bothari
Co-Community Manager
Forge of Empires, U.S.
TwoCents 2018-12-30 19:10:01
Already done. ut that doesn't resolve the fact that you are blatantly denying me service because of my gender today!
TwoCents 2018-12-30 20:22:56
New So, how can I report your sexism and bias?
Forge of Empires - Customer Support 2019-01-02 19:40:58
New Hello TwoCents,

You would report Sgt. Bothari to me. I've read your ticket and investigated. There is no evidence of gender bias. This ticket is being concluded. Enjoy the game.

With regards,

Panacea
Community Manager
Forge of Empires, U.S.

- well that's great that you've pre-determined that Bothari isn't gender-biased before I even explain WHY I would think so.... I'm glad you're not PREJUDICE or anything...
Forge of Empires - Customer Support 2019-01-02 20:34:10
Hello TwoCents,

The only information needed or considered would be contained within the ticket. There is no evidence of gender bias. This ticket is being concluded. Enjoy the game.

With regards,

Panacea
Community Manager
Forge of Empires, U.S.

TwoCents 2019-01-02 20:39:28
Yep... just like you not to listen to anything but your own echo chamber.
TwoCents 2019-01-02 21:12:41

Well considering that my tickets kept getting closed without an answer to them, the one you ACTUALLY responded to was a copy of the "appeal twocents" ticket, not the "moderators being biased" ticket. If you had ACTUALLY read it like you said you had, then you would've realized that. Instead you just claimed to have read it, and then claimed "there is no evidence of gender bias"... glad you can conclude that without having actually read the thing - at all-
Forge of Empires - Customer Support 2019-01-04 21:12:55
Hello TwoCents,

This ticket is concluded. Enjoy the game.

With regards,

Panacea
Community Manager
Forge of Empires, U.S.

TwoCents 2019-01-04 21:51:00
New Right... you didn't read the ticket, and now you're closing it without an answer because of that fact.

You and the moderator who has named himself after a fictional rapist are denying me full access to your game without restriction because of gender-discrimination. I would like to file a complaint with your supervisor. Please provide me the name to address my complaint to. Thank You.

**Forge of Empires - Customer Support 2019-01-07 12:44:58**

Hello TwoCents,

Thanks for your patience. Panacea has asked me to review your ticket.

Whilst I've admittedly not taken the time to read your other 537 tickets, I am aware of your situation as you know. I'm unsure where you got the impression that your relationship with support is in any way determined by your gender. I've seen no evidence of this claim in any of your interactions with support. Its possible I could have missed something in the vast quantities of tickets, but of the ones I have reviewed, I've seen nothing along those lines. Could you articulate properly why you feel this way?

To the wider topic, I'm unsure I understand what it is you're trying to achieve by using support in the way you are. Your insistence of abusing the support function is merely watering down any real points or concerns you may attempt to raise in the future.

Your mute status on chat is no longer in effect, and hasn't been for some time. If you don't wish to participate in chat, that is your decision. If you choose to participate in chat, though, then you must do so within the confines of our rules, which we've explained to you in the past.

Kind regards,

Richard Stephenson
Community Manager

**You 2019-01-07 18:38:07**

Well sir, the fact that I've had to place 537 tickets and practically stand on my head or jump up and down to get someone to take my situation seriously should be evidence enough that I am not treated with the same respect that other players are. My concerns are serious as detailed below, but your moderators keep blowing me off, not responding to my tickets or responding with vague placating answers.

According to the law in my state: any action which directly or INDIRECTLY results in any distinction, restriction, or discrimination such as refusing or withholding admission or patronage is illegal if based upon certain protected statuses - such as gender. Your moderators are fully aware of my gender because of the issue that I had previously. I am alleging that your moderators and game-structure both directly and indirectly allow gender to influence their decisions to deny me equal-access to game services.

Allow me to make an analogy: In the game of football, "unnecessary roughness" is a penalty. Imagine if only the black players were flagged for this penalty-even the slightest of infractions-while the white players go unpunished for equivalent or more severe actions? Imagine further if these black players were kicked out of the game when penalized or had to play with their mouths covered with tape? Wouldn't you agree that would be a form of discrimination? That is exactly what is occurring in this situation, only not with race, but gender.

On July 25, 2016 I was the victim of a gender-based hate crime while playing your game. For weeks previous to this, one male player (Me38Mag) targeted me for harassment, telling my friends that I was "only pretending to be a woman to play them." He said that I was a player that people had hated D12UNK who was no longer playing the game (D12UNK's real-life name was Drew apparently). He was assisted in this harassment by several others. It was particularly brutal, my friends, even long-time friends were unfriending me. I wasn't able to function in the game no one would pick up my trades, aid my buildings etc. It got to the point that one of my long-term friends(Gensmoky) in SEVERAL WORLDS started to believe Me38 and was harassing me. They (Me38 and Gensmoky) told me the only thing I could do was to send them a picture of my breasts for review to "prove" I was a woman. I told them, I wouldn't send it to Me38, but I would send it to Gensmoky. Which I did. I sent a photo of my breasts in a semi-transparent bra to Gensmoky. He then went into global chat and said the picture was "legit" and stopped harassing me. I have a screenshot of this incident. I also reported several players during the time of this incident, which should've created a "log" of the incident for your records.

I thought that was it and I went to bed, but the next morning I woke up to one of my other friends(TommyV72) asking me why he was getting sent naked pictures of me. I have no idea how Me38Mag got the picture. I BELIEVE he was friends with a moderator who saw my reported whisper to Gensmoky and passed along the link, however I suppose it is also possible

that Gensmoky, under the mistaken impression that Me38 thought I actually was a man and wasn't just straight-out harassing me, gave Me38 the link who then disseminated it using InnoGames servers. I have no idea HOW Me38 got the picture. I did not send it to him. But manipulating me into sending it as an attempt to stop gender-harassment and then passing it along to who knows how many thousands of your game players rises to the level of a federal crime. Which I have reported to the FBI.

Now, I'm sure you're saying, ok... that's terrible... but where does InnoGames Moderators come into the picture? Well first off, I didn't report the photo-incident right away to you because I didn't fully understand that I was the victim of manipulation. My thought reasoning was that Me38 was genuinely confused about my gender and identity and I was clearing up his mistake. It wasn't until someone pointed out to me that he KNEW or should've just accepted that I was a woman all along, but was purposefully harassing me that I started to realize the depths of the crime. I did, however, report the incident about a week later. I told your moderators that I had used the "report" feature on several players during that conversation, but your moderators REFUSED to even try to go back to look to see the records of what occurred.

Additionally, after that event, my harassers went on a campaign to "report" me out of the game, reporting anything and everything that I did. It doesn't matter if your moderators knew I was a woman or not, the players knew. They were the ones making the reports. They didn't like a woman who wasn't ashamed of being the victim of sexually-based-crime such as having my breasts flashed all over the internet without my permission. They didn't like that I stood up to the man who committed this crime against me and vocally and frequently told him so.

The way your system is set-up... requiring that a person be "reported" before they are sanctioned allows the players to have undue control over the system. It allows the system to be gender-biased, and creates a situation wherein InnoGames is indirectly creating gender-discrimination. Male jokes and bad/insulting language are seen as "locker room humor" and laughed off... females using the same language are seen as "psycho, crazy, unhinged" etc. I can establish this with screenshots beyond any reasonable doubt. I have seen men make the most sexist "jokes" about rape and murder http://prntscr.com/m48iwk
About women riding their menstrual cycles off cliffs http://prntscr.com/m48jqa Here is one just straight up saying "die b***h". http://prntscr.com/m48kii
These men 1.) aren't reported like the women are for same/similar language and 2.) aren't sanctioned by your moderators when they are reported. I know this because they're still in the game making the same "jokes" day after day even after I've reported them. The fact that you have a moderator who named himself after a character described as a "psychopathic and sadistic rapist" is evidence that you are NOT taking this issue seriously...

Meanwhile I'm getting banned for things such as... reciting T.S. Elliot poetry in global chat (someone claimed I was spamming, even though someone else ASKED me to read a poem), I have been banned for TYPING asterisks... not allowing the the censor to pick up bad language... but actually typing out five/four etc asterisks.
One particular incident was my getting banned for calling someone "grand canyon" in a conversation when the male player did not get banned for asking "who lit your tampon fuse on fire."

Another long-lasting incident is the 2 1/2 years of harassment I've had to deal with by a character who named himself Max Bowner (pronounced as in max boner... as in a large erection... he freely admits this is what he named himself after). I'll be sitting in a conversation with people and he'll come in with gems like this: http://prntscr.com/m48ihu or http://prntscr.com/m48n0o . This man had the name of an engorged penis for 4.5 years and was never sanctioned for it until I had to throw a fit. He was/is allowed to harass me for YEARS but instead of banning him, your moderators ban me for things that aren't even against your rules.

I recently got into a dispute with several diamond-players in Y world. They use their ability to buy diamonds to scam and cheat other players. They purposefully have told me their goal was to buy diamonds first so they could use other players. They scam low-level players by rising their prices after they've invested fps on goods-buying deals, and they price-fix goods. Of course none of these things are against the rules, I know that. But what they're doing is creating a plutocracy in the game. The older-worlds aren't like that because there are plenty of non-diamond-spending high level players. I see myself as an advocate to stop these players from being able to buy and scam their way to the top of the game. It got really heated one night after they attacked us in GvG in Industrial Age... keep in mind they specifically TOLD me they had no interest in taking land below PE... they just didn't want anyone else to have the land because they're bullies. I admit I did say one of them should kill himself, which I was warned for via the report system... alright... I crossed the line on this occasion (which men often cross as you can see from my above screenshots). I was warned and I didn't repeat the behavior.

Then all of a sudden I start getting week-long bans for saying "don't buy goods from this player, they will scam you?" And the people I'm talking about are freely allowed to call me "unhinged, crazy, psycho, a bad mother for playing a game" etc. I'm CRITICIZING THEIR GAME-BEHAVIOR WHICH IS ALLOWED UNDER YOUR RULES. AND THEY'RE INSULTING MY IDENTITY AS A MOTHER/WOMAN AND USING GENDER-RELATED SLURS and I'm the one getting banned while they don't. If you don't see the gender-bias in there... I simply don't know what to tell you.

I'm tired of being held to "special" rules while other players aren't held to the same rules. If you want to say that calling someone a "scammer or liar" is insulting them, then you need to hold that same standard throughout ALL of your worlds whether people are reported for saying such or not. Anything less allows the male players to gang-up on the female players because they're not playing "guild mother" and pretending to get snacks for the men.

I think it's also important to note that when I attempt to bring up these issues with Panacea, the man named after a rapist etc... I am systematically ignored. My messages are closed without answers, and when i re-post these messages they are closed as duplicates. Your moderators specifically answer tickets at "recalc" when they know I can't respond. More importantly though, your moderators will ban me without telling me why. When I ask "why" they give me some lame answer about "players are usually banned for breaking the rules," then they purposefully ignore my questions about why I was banned until the ban has expired. After which they say "oh you can't appeal now, the ban has expired, have a great day!"
If someone has said that I did something wrong, I have the RIGHT to know what it is BEFORE I

appeal it. Otherwise I just have to "guess" what the moderators are talking about.

Panacea specifically banned me for no reason before she went on vacation. She just didn't want me to be able to talk while she was away. I couldn't have done ANYTHING wrong, because when the ban went in place I had been away from the game myself for several days. She refuses to answer what it was for, and she refused to allow me the ability to appeal the ban. There was no reason I was banned and she is simply retaliating against me because she sees me as a "troublemaker" for reporting the crime that was committed against me on your servers and refusing to "shut up" about it.

Bothari is turning on/off my chat-ban to toy with me because he doesn't like the fact that I pointed out he has a sexist name. He is using his power-position to taunt me.

Your moderators have previously accused me of "having a vulgar upbringing," "allowing my tensions to run high," "letting a game affect my personal life." I don't have to tell you that accusing a woman of having an overly-excessive emotional reaction is a form of sexism. Which your moderators have done on several occasions. My emotional reactions are my own and no business of your staff and team.

InnoGames is allowing both direct and indirect gender-discrimination to decide if I am allowed to have fair and equal access to your game which is in direct violation of the law... but you all don't care to do anything about it. I have to literally type myself blue to get any response from you whatsoever. So that is what I'll continue to do.

**Forge of Empires - Customer Support 2019-01-08 05:29:20**

Thanks for your response.

To keep my response succinct. You are not being held to special rules, merely the same rules as any other player. I can appreciate your life experiences may lead you to draw a different conclusion, however, it simply isn't the case. If anyone else had been acting in the fashion you were, they too would receive the same sanctions.

Screenshots have not, and will not, ever be used as a form of proof to report messages. No exceptions. If you see inappropriate messages ingame, either in chat, or in private messages, report them. Don't respond in kind, or you will be held to the same sanctions. If you choose not to use the report system to report infractions, then these infractions will go unpunished, again, no exceptions.

Your assertion that people are getting away with breaking the rules is simply an assumption based on your observation. As you know, not all reported messages lead to sanctions, and not all sanctions lead to bans. If you report a message, and the player is still in chat, then its likely they have not met a threshold to receive a more serious sanction. This has happened to you, and happens to many other players every day. If a comment is deemed extreme, it can lead to an immediate time out ban. If a comment is particularly heinous, it may lead to permanent exclusion. Again, these kinds of decisions aren't made based on people's gender, or really any

other factor.

We do as much as we can to remove personal biases from the moderation system, including peer review of tickets and reported content. We also have a pretty diverse team made up of different genders and nationalities, to try to keep a somewhat fair balance. Although, admittedly, this isn't something we specifically set out to achieve, and simply the organic nature of how volunteer/paid employee teams tend to evolve within the InnoGames support system.

Lastly, it is important to note that standardized privacy rules dictate that we don't discuss who reported a message when you receive a warning. We wouldn't do it for others, and won't do it for you.

The reality is simple. Your insistence in using the support system in the manner you've grown accustomed to is merely harming your cause. You are gaining nothing by sending in tens of tickets per day, and frankly, will continue to gain nothing if you continue to do so.

You can choose to follow our communication rules, and correctly report others via the ingame reporting system or you can not. You can choose to utilize the support system correctly, or you can not. The ball is kind of in your court, here.

Thanks for your time.

Kind regards,

Richard Stephenson
Community Manager

**You 2019-01-08 05:52:34**

My allegations are serious, and have been systematically sneered at and ignored. Every single one of the screenshots I've sent you have been reported via your report function, and if I could draw your attention to the screennames of those commiting the infractions you might realize how clearly biased your moderators are being... i c ur anus is shot? need I say more?

You will sit here right now and guarantee me that anyone and everyone who has used or will use the words scam(mer) or lie(liar) will be punished with 7+ day chat bans regardless of if they are reported or not?

I don't care if YOU think my allegations are being "watered down." You don't get to control how I combat sexual discrimination via your company.

Consider for a moment how your moderators have treated me... and then tell me that I shouldn't do everything I can to fight back against that?

**You 2019-01-08 05:59:04**

Pardon, the name is " i c ur anus is HOT" as well as "You Candy Azzez" and Max Bowner...

You're right, my referring to people scamming forge points is WAY WAY out of line... I should be punished with 7 day chat bans because my behavior is just SO terrible in light of the game-play of others *scoffs*
Your hypocrisy right now is staggering.

I don't honestly care if you "try" to be unbiased, clearly you are failing.

**You 2019-01-08 06:08:05**

Sorry, another observation of mine: "Your assertion that people are getting away with breaking the rules is simply an assumption based on your observation. As you know, not all reported messages lead to sanctions, and not all sanctions lead to bans. If you report a message, and the player is still in chat, then its likely they have not met a threshold to receive a more serious sanction."

-This is the exact reason that I SHOULD be allowed to appeal a ban after the time-frame has expired. If my bans lead to progressive discipline, then I should be allowed to appeal a ban regardless of if your moderators manage to ignore me until the time expires or not. Otherwise you are continuing the cycle of bias.

**Forge of Empires - Customer Support 2019-01-08 06:56:20**

Alright, I can't say I didn't try to reason with you. I appreciate your time, and I'm sorry that you're unable, or unwilling, to have a reasonable conversation about your issues.

Take care.

Kind regards,

Richard Stephenson
Community Manager

**You 2019-01-08 07:09:14**

Well, I am a reasonable person. I'm smart, educated and generally well-mannered. I do however find your above statement to be very insulting.

Your company focuses on the DATA of events. DATA to drive decision. I have the data to backup my argument point for point, where all you have is supposition and "gut instinct."

So if anyone here is being "unreasonable" I'd say that person is you for being unwilling to accept that your company is acting in a biased fashioned.

**You 2019-01-08 12:23:35**

If you were serious about "being reasonable," why does InnoGames continue to allow a man to sexually harass me in U-world even though I've reported him at least 3 times over the last week?

---

This ticket has been closed and can no longer be replied to.

**Attachments**

This ticket currently has no attachments.

# View ticket

# Moderators being biased and sexist 1.3

**You 2019-01-09 18:11:18**

Moderators being biased and sexist 1.2
TwoCents 2019-01-07 02:46:31
Moderators being biased and sexist
TwoCents 2019-01-02 20:24:21
Moderators being biased and sexist
TwoCents 2018-12-29 18:38:16
View ticket Tickets
Moderators being biased and sexist

TwoCents 2018-12-29 16:42:11

View ticket Tickets
Appeal TwoCents

TwoCents 2018-12-26 20:20:28

Could you please explain why I can't type in chat?
Forge of Empires 2018-12-27 12:53:12

Hello TwoCents,

When you receive a report about being punished it means one or more messages were reported as being in violation of the Communications Rules. Usually this is because you have sent profanity, personal insults or otherwise offensive content through either the message or chat system.

Please review the GAME RULES to ensure you do not violate them again. Your ban is not subject to appeal and will remain in effect until the ban expires.


I spoke with Panacea she said the time limit was up and the ban to be lifted. You have now been given access to Global chat again.

Kind regards,

Sgt. Bothari
Co-Community Manager
Forge of Empires, U.S.
TwoCents 2018-12-27 13:00:25

Care to enlighten me how I got a ban when I wasn't even playing?
TwoCents 2018-12-27 13:03:17

Just to be clear, I'm not actually appealing anything until I get an answer as to what actually occurred, how it broke the game rules, and how long the ban was "supposed" to be for. As of right now I'm just assuming that Panacea thought to give herself a christmas present by trolling me.
TwoCents 2018-12-27 13:08:09

You still haven't answered what the ban was for, how it broke the rules, and how long it was for. Your rules specifically state I have the option of appealing bans.... how am I supposed to do that with no information?
TwoCents 2018-12-27 14:53:18

Excuse me, You still haven't answered what the ban was for, how it broke the rules, and how long it was for. Your rules specifically state I have the option of appealing bans.... how am I supposed to do that with no information?
Also, why is my ban still in place?
TwoCents 2018-12-29 15:48:01

You are specifically breaking your own rules
Forge of Empires 2018-12-29 16:08:23

New Please do not create more than one ticket per issue. As this is a duplicate, we are closing this ticket. If you wish to pose additional information, please post in the pre-existing ticket. Thank you for your cooperation and enjoy the game.

Kind regards,

Sgt. Bothari
Co-Community Manager
Forge of Empires, U.S.

Exhibit 10 – Forge of Empires Support Tickets: TwoCents Submitted by Plaintiff Penny Quinteros
Case: 19-CV-1402 RSM - 1029

-Under your own rules you are required to allow me to appeal a ban - I cannot appeal something unless I know what the ban was for. For all I know someone illegally accessed my account while I was sleeping. I have NO idea what the ban was for and so you need to provide me that information. Please note: I am SPECIFICALLY asking why I was banned, not why people are "USUALLY" banned.
TwoCents 2018-12-29 16:44:11

New You, moderator who names himself after a fictional rapist and Panacea are denying me game service because of gender-discrimination. How do I contact your direct supervisors?

-Please provide me the name of your supervisor so I may make a complaint about both of yours inappropriate conduct.
Forge of Empires - Customer Support 2018-12-29 19:00:30
Hello TwoCents,

My supervisor is Panacea. She will be available again next week.

Kind regards,

Sgt. Bothari
Co-Community Manager
Forge of Empires, U.S.
TwoCents 2018-12-29 20:42:08
And who is her supervisor? Since she isn't available.
Forge of Empires - Customer Support 2018-12-29 22:11:09
As Panacea is the top US Manager, There is no one higher for you to refer to here.

Kind regards,

Sgt. Bothari
Co-Community Manager
Forge of Empires, U.S.
TwoCents 2018-12-29 22:31:50
Well clearly there is someone who employs her. Who is her boss?
Forge of Empires - Customer Support 2018-12-30 03:51:45
The contact information for Germany is on the website.

Kind regards,

Sgt. Bothari
Co-Community Manager
Forge of Empires, U.S.
TwoCents 2018-12-30 03:58:00
And who would I contact in Germany? Who is Panacea's boss?
TwoCents 2018-12-30 04:03:18

Exhibit 10 – Forge of Empires Support Tickets: TwoCents Submitted by Plaintiff Penny Quinteros
Case: 19-CV-1402 RSM - 1030

Like I said, your staffing problems are not my concern. If your boss is on vacation, then your boss's boss should be covering for her. Or do you expect people will just sit on their thumbs and twist while she takes her leisure?

Forge of Empires - Customer Support 2018-12-30 11:18:07

I am sorry, Our staffing and who covers whom is not yours to dictate. Panacea is the top US Manager. In her Absence I am covering for her. If you do not care to deal with me, you can await her return next week.

Kind regards,

Sgt. Bothari
Co-Community Manager
Forge of Empires, U.S.
TwoCents 2018-12-30 15:10:00

Your staffing is none of my concern nor is your internal structure for who handles support tickets. I'm not complaing about a support-related issue. I'm trying to inform InnoGames of the criminal acts of their Community Manager and their Co-Community Management. You'd think InnoGames would want to hear about that... considering you're making their company violate the law... But hey... if you insist they don't care if you break the law... who am I to argue?

Forge of Empires - Customer Support 2018-12-30 15:22:40

If you do not care to deal with either of us, then the info to contact Germany is on the website as I previously stated.

Kind regards,

Sgt. Bothari
Co-Community Manager
Forge of Empires, U.S.
TwoCents 2018-12-30 15:30:20

Yes, and I need a name of a person to contact in Germany

Forge of Empires - Customer Support 2018-12-30 15:57:36

I have no name to offer you. The person answering the phone will be able to direct your call

Kind regards,

Sgt. Bothari
Co-Community Manager
Forge of Empires, U.S.
TwoCents 2018-12-30 16:10:30

She doesn't...

Forge of Empires - Customer Support 2018-12-30 17:22:50

I am sorry, but that is all I have to offer you. I suggest to take it up with Innogames Corporate if you do not care to deal with Panacea.

Kind regards,

Sgt. Bothari
Co-Community Manager
Forge of Empires, U.S.
TwoCents 2018-12-30 17:30:04
Well certainly when they receive my lawsuit I will "take it up with them." Considering you all are doing nothing to resolve this issue short of that.
Forge of Empires - Customer Support 2018-12-30 19:02:06
Please be aware that the Forge of Empires support team is in no way shape or form, responsible for legal issues. Please inform your lawyer to contact our legal department in Hamburg, Germany. Our address data is as follows:
InnoGames GmbH
Friesenstraße 13
20097 Hamburg
Germany

Kind regards,

Sgt. Bothari
Co-Community Manager
Forge of Empires, U.S.
TwoCents 2018-12-30 19:10:01
Already done. ut that doesn't resolve the fact that you are blatantly denying me service because of my gender today!
TwoCents 2018-12-30 20:22:56
New So, how can I report your sexism and bias?
Forge of Empires - Customer Support 2019-01-02 19:40:58
New Hello TwoCents,

You would report Sgt. Bothari to me. I've read your ticket and investigated. There is no evidence of gender bias. This ticket is being concluded. Enjoy the game.

With regards,

Panacea
Community Manager
Forge of Empires, U.S.

- well that's great that you've pre-determined that Bothari isn't gender-biased before I even explain WHY I would think so.... I'm glad you're not PREJUDICE or anything...
Forge of Empires - Customer Support 2019-01-02 20:34:10
Hello TwoCents,

The only information needed or considered would be contained within the ticket. There is no evidence of gender bias. This ticket is being concluded. Enjoy the game.

With regards,

Panacea
Community Manager
Forge of Empires, U.S.


TwoCents 2019-01-02 20:39:28
Yep... just like you not to listen to anything but your own echo chamber.
TwoCents 2019-01-02 21:12:41
Well considering that my tickets kept getting closed without an answer to them, the one you
ACTUALLY responded to was a copy of the "appeal twocents" ticket, not the "moderators being
biased" ticket. If you had ACTUALLY read it like you said you had, then you would've realized
that. Instead you just claimed to have read it, and then claimed "there is no evidence of gender
bias"... glad you can conclude that without having actually read the thing - at all-
Forge of Empires - Customer Support 2019-01-04 21:12:55
Hello TwoCents,

This ticket is concluded. Enjoy the game.

With regards,

Panacea
Community Manager
Forge of Empires, U.S.


TwoCents 2019-01-04 21:51:00
New Right... you didn't read the ticket, and now you're closing it without an answer because of
that fact.

You and the moderator who has named himself after a fictional rapist are denying me full access
to your game without restriction because of gender-discrimination. I would like to file a
complaint with your supervisor. Please provide me the name to address my complaint to. Thank
You.
Forge of Empires - Customer Support 2019-01-07 12:44:58
Hello TwoCents,

Thanks for your patience. Panacea has asked me to review your ticket.

Whilst I've admittedly not taken the time to read your other 537 tickets, I am aware of your
situation as you know. I'm unsure where you got the impression that your relationship with
support is in any way determined by your gender. I've seen no evidence of this claim in any of
your interactions with support. Its possible I could have missed something in the vast quantities
of tickets, but of the ones I have reviewed, I've seen nothing along those lines. Could you
articulate properly why you feel this way?

To the wider topic, I'm unsure I understand what it is you're trying to achieve by using support in
the way you are. Your insistence of abusing the support function is merely watering down any

real points or concerns you may attempt to raise in the future.

Your mute status on chat is no longer in effect, and hasn't been for some time. If you don't wish to participate in chat, that is your decision. If you choose to participate in chat, though, then you must do so within the confines of our rules, which we've explained to you in the past.

Kind regards,

Richard Stephenson
Community Manager
TwoCents 2019-01-07 18:38:07
Well sir, the fact that I've had to place 537 tickets and practically stand on my head or jump up and down to get someone to take my situation seriously should be evidence enough that I am not treated with the same respect that other players are. My concerns are serious as detailed below, but your moderators keep blowing me off, not responding to my tickets or responding with vague placating answers.

According to the law in my state: any action which directly or INDIRECTLY results in any distinction, restriction, or discrimination such as refusing or withholding admission or patronage is illegal if based upon certain protected statuses - such as gender. Your moderators are fully aware of my gender because of the issue that I had previously. I am alleging that your moderators and game-structure both directly and indirectly allow gender to influence their decisions to deny me equal-access to game services.

Allow me to make an analogy: In the game of football, "unnecessary roughness" is a penalty. Imagine if only the black players were flagged for this penalty-even the slightest of infractions-while the white players go unpunished for equivalent or more severe actions? Imagine further if these black players were kicked out of the game when penalized or had to play with their mouths covered with tape? Wouldn't you agree that would be a form of discrimination? That is exactly what is occurring in this situation, only not with race, but gender.

On July 25, 2016 I was the victim of a gender-based hate crime while playing your game. For weeks previous to this, one male player (Me38Mag) targeted me for harassment, telling my friends that I was "only pretending to be a woman to play them." He said that I was a player that people had hated D12UNK who was no longer playing the game (D12UNK's real-life name was Drew apparently). He was assisted in this harassment by several others. It was particularly brutal, my friends, even long-time friends were unfriending me. I wasn't able to function in the game no one would pick up my trades, aid my buildings etc. It got to the point that one of my long-term friends(Gensmoky) in SEVERAL WORLDS started to believe Me38 and was harassing me. They (Me38 and Gensmoky) told me the only thing I could do was to send them a picture of my breasts for review to "prove" I was a woman. I told them, I wouldn't send it to Me38, but I would send it to Gensmoky. Which I did. I sent a photo of my breasts in a semi-transparent bra to Gensmoky. He then went into global chat and said the picture was "legit" and stopped harassing me. I have a screenshot of this incident. I also reported several players during the time of this incident, which should've created a "log" of the incident for your records.

I thought that was it and I went to bed, but the next morning I woke up to one of my other friends(TommyV72) asking me why he was getting sent naked pictures of me. I have no idea how Me38Mag got the picture. I BELIEVE he was friends with a moderator who saw my reported whisper to Gensmoky and passed along the link, however I suppose it is also possible that Gensmoky, under the mistaken impression that Me38 thought I actually was a man and wasn't just straight-out harassing me, gave Me38 the link who then disseminated it using InnoGames servers. I have no idea HOW Me38 got the picture. I did not send it to him. But manipulating me into sending it as an attempt to stop gender-harassment and then passing it along to who knows how many thousands of your game players rises to the level of a federal crime. Which I have reported to the FBI.

Now, I'm sure you're saying, ok... that's terrible... but where does InnoGames Moderators come into the picture? Well first off, I didn't report the photo-incident right away to you because I didn't fully understand that I was the victim of manipulation. My thought reasoning was that Me38 was genuinely confused about my gender and identity and I was clearing up his mistake. It wasn't until someone pointed out to me that he KNEW or should've just accepted that I was a woman all along, but was purposefully harassing me that I started to realize the depths of the crime. I did, however, report the incident about a week later. I told your moderators that I had used the "report" feature on several players during that conversation, but your moderators REFUSED to even try to go back to look to see the records of what occurred.

Additionally, after that event, my harassers went on a campaign to "report" me out of the game, reporting anything and everything that I did. It doesn't matter if your moderators knew I was a woman or not, the players knew. They were the ones making the reports. They didn't like a woman who wasn't ashamed of being the victim of sexually-based-crime such as having my breasts flashed all over the internet without my permission. They didn't like that I stood up to the man who committed this crime against me and vocally and frequently told him so.

The way your system is set-up... requiring that a person be "reported" before they are sanctioned allows the players to have undue control over the system. It allows the system to be gender-biased, and creates a situation wherein InnoGames is indirectly creating gender-discrimination. Male jokes and bad/insulting language are seen as "locker room humor" and laughed off... females using the same language are seen as "psycho, crazy, unhinged" etc. I can establish this with screenshots beyond any reasonable doubt. I have seen men make the most sexist "jokes" about rape and murder http://prntscr.com/m48iwk
About women riding their menstrual cycles off cliffs http://prntscr.com/m48jqa Here is one just straight up saying "die b***h". http://prntscr.com/m48kii
These men 1.) aren't reported like the women are for same/similar language and 2.) aren't sanctioned by your moderators when they are reported. I know this because they're still in the game making the same "jokes" day after day even after I've reported them. The fact that you have a moderator who named himself after a character described as a "psychopathic and sadistic rapist" is evidence that you are NOT taking this issue seriously...

Meanwhile I'm getting banned for things such as... reciting T.S. Elliot poetry in global chat (someone claimed I was spamming, even though someone else ASKED me to read a poem), I have been banned for TYPING asterisks... not allowing the the censor to pick up bad language...

but actually typing out five/four etc asterisks.

One particular incident was my getting banned for calling someone "grand canyon" in a conversation when the male player did not get banned for asking "who lit your tampon fuse on fire."

Another long-lasting incident is the 2 1/2 years of harassment I've had to deal with by a character who named himself Max Bowner (pronounced as in max boner... as in a large erection... he freely admits this is what he named himself after). I'll be sitting in a conversation with people and he'll come in with gems like this: http://prntscr.com/m48ihu or http://prntscr.com/m48n0o . This man had the name of an engorged penis for 4.5 years and was never sanctioned for it until I had to throw a fit. He was/is allowed to harass me for YEARS but instead of banning him, your moderators ban me for things that aren't even against your rules.

I recently got into a dispute with several diamond-players in Y world. They use their ability to buy diamonds to scam and cheat other players. They purposefully have told me their goal was to buy diamonds first so they could use other players. They scam low-level players by rising their prices after they've invested fps on goods-buying deals, and they price-fix goods. Of course none of these things are against the rules, I know that. But what they're doing is creating a plutocracy in the game. The older-worlds aren't like that because there are plenty of non-diamond-spending high level players. I see myself as an advocate to stop these players from being able to buy and scam their way to the top of the game. It got really heated one night after they attacked us in GvG in Industrial Age... keep in mind they specifically TOLD me they had no interest in taking land below PE... they just didn't want anyone else to have the land because they're bullies. I admit I did say one of them should kill himself, which I was warned for via the report system... alright... I crossed the line on this occasion (which men often cross as you can see from my above screenshots). I was warned and I didn't repeat the behavior.

Then all of a sudden I start getting week-long bans for saying "don't buy goods from this player, they will scam you?" And the people I'm talking about are freely allowed to call me "unhinged, crazy, psycho, a bad mother for playing a game" etc. I'm CRITICIZING THEIR GAME-BEHAVIOR WHICH IS ALLOWED UNDER YOUR RULES. AND THEY'RE INSULTING MY IDENTITY AS A MOTHER/WOMAN AND USING GENDER-RELATED SLURS and I'm the one getting banned while they don't. If you don't see the gender-bias in there... I simply don't know what to tell you.

I'm tired of being held to "special" rules while other players aren't held to the same rules. If you want to say that calling someone a "scammer or liar" is insulting them, then you need to hold that same standard throughout ALL of your worlds whether people are reported for saying such or not. Anything less allows the male players to gang-up on the female players because they're not playing "guild mother" and pretending to get snacks for the men.

I think it's also important to note that when I attempt to bring up these issues with Panacea, the man named after a rapist etc... I am systematically ignored. My messages are closed without answers, and when i re-post these messages they are closed as duplicates. Your moderators specifically answer tickets at "recalc" when they know I can't respond. More importantly though, your moderators will ban me without telling me why. When I ask "why" they give me some lame

answer about "players are usually banned for breaking the rules," then they purposefully ignore my questions about why I was banned until the ban has expired. After which they say "oh you can't appeal now, the ban has expired, have a great day!"
If someone has said that I did something wrong, I have the RIGHT to know what it is BEFORE I appeal it. Otherwise I just have to "guess" what the moderators are talking about.

Panacea specifically banned me for no reason before she went on vacation. She just didn't want me to be able to talk while she was away. I couldn't have done ANYTHING wrong, because when the ban went in place I had been away from the game myself for several days. She refuses to answer what it was for, and she refused to allow me the ability to appeal the ban. There was no reason I was banned and she is simply retaliating against me because she sees me as a "troublemaker" for reporting the crime that was committed against me on your servers and refusing to "shut up" about it.

Bothari is turning on/off my chat-ban to toy with me because he doesn't like the fact that I pointed out he has a sexist name. He is using his power-position to taunt me.

Your moderators have previously accused me of "having a vulgar upbringing," "allowing my tensions to run high," "letting a game affect my personal life." I don't have to tell you that accusing a woman of having an overly-excessive emotional reaction is a form of sexism. Which your moderators have done on several occasions. My emotional reactions are my own and no business of your staff and team.

InnoGames is allowing both direct and indirect gender-discrimination to decide if I am allowed to have fair and equal access to your game which is in direct violation of the law... but you all don't care to do anything about it. I have to literally type myself blue to get any response from you whatsoever. So that is what I'll continue to do.
Forge of Empires - Customer Support 2019-01-08 05:29:20
Thanks for your response.

To keep my response succinct. You are not being held to special rules, merely the same rules as any other player. I can appreciate your life experiences may lead you to draw a different conclusion, however, it simply isn't the case. If anyone else had been acting in the fashion you were, they too would receive the same sanctions.

Screenshots have not, and will not, ever be used as a form of proof to report messages. No exceptions. If you see inappropriate messages ingame, either in chat, or in private messages, report them. Don't respond in kind, or you will be held to the same sanctions. If you choose not to use the report system to report infractions, then these infractions will go unpunished, again, no exceptions.

Your assertion that people are getting away with breaking the rules is simply an assumption based on your observation. As you know, not all reported messages lead to sanctions, and not all sanctions lead to bans. If you report a message, and the player is still in chat, then its likely they have not met a threshold to receive a more serious sanction. This has happened to you, and happens to many other players every day. If a comment is deemed extreme, it can lead to an

immediate time out ban. If a comment is particularly heinous, it may lead to permanent exclusion. Again, these kinds of decisions aren't made based on people's gender, or really any other factor.

We do as much as we can to remove personal biases from the moderation system, including peer review of tickets and reported content. We also have a pretty diverse team made up of different genders and nationalities, to try to keep a somewhat fair balance. Although, admittedly, this isn't something we specifically set out to achieve, and simply the organic nature of how volunteer/paid employee teams tend to evolve within the InnoGames support system.

Lastly, it is important to note that standardized privacy rules dictate that we don't discuss who reported a message when you receive a warning. We wouldn't do it for others, and won't do it for you.

The reality is simple. Your insistence in using the support system in the manner you've grown accustomed to is merely harming your cause. You are gaining nothing by sending in tens of tickets per day, and frankly, will continue to gain nothing if you continue to do so.

You can choose to follow our communication rules, and correctly report others via the ingame reporting system or you can not. You can choose to utilize the support system correctly, or you can not. The ball is kind of in your court, here.

Thanks for your time.

Kind regards,

Richard Stephenson
Community Manager
TwoCents 2019-01-08 05:52:34
My allegations are serious, and have been systematically sneered at and ignored. Every single one of the screenshots I've sent you have been reported via your report function, and if I could draw your attention to the screennames of those commiting the infractions you might realize how clearly biased your moderators are being... i c ur anus is shot? need I say more?

You will sit here right now and guarantee me that anyone and everyone who has used or will use the words scam(mer) or lie(liar) will be punished with 7+ day chat bans regardless of if they are reported or not?

I don't care if YOU think my allegations are being "watered down." You don't get to control how I combat sexual discrimination via your company.

Consider for a moment how your moderators have treated me... and then tell me that I shouldn't do everything I can to fight back against that?
TwoCents 2019-01-08 05:59:04
Pardon, the name is " i c ur anus is HOT" as well as "You Candy Azzez" and Max Bowner...

You're right, my referring to people scamming forge points is WAY WAY out of line... I should be punished with 7 day chat bans because my behavior is just SO terrible in light of the game-play of others *scoffs*
Your hypocrisy right now is staggering.

I don't honestly care if you "try" to be unbiased, clearly you are failing.
TwoCents 2019-01-08 06:08:05
Sorry, another observation of mine: "Your assertion that people are getting away with breaking the rules is simply an assumption based on your observation. As you know, not all reported messages lead to sanctions, and not all sanctions lead to bans. If you report a message, and the player is still in chat, then its likely they have not met a threshold to receive a more serious sanction."

-This is the exact reason that I SHOULD be allowed to appeal a ban after the time-frame has expired. If my bans lead to progressive discipline, then I should be allowed to appeal a ban regardless of if your moderators manage to ignore me until the time expires or not. Otherwise you are continuing the cycle of bias.
Forge of Empires - Customer Support 2019-01-08 06:56:20
Alright, I can't say I didn't try to reason with you. I appreciate your time, and I'm sorry that you're unable, or unwilling, to have a reasonable conversation about your issues.

Take care.

Kind regards,

Richard Stephenson
Community Manager
TwoCents 2019-01-08 07:09:14
Well, I am a reasonable person. I'm smart, educated and generally well-mannered. I do however find your above statement to be very insulting.

Your company focuses on the DATA of events. DATA to drive decision. I have the data to backup my argument point for point, where all you have is supposition and "gut instinct."

So if anyone here is being "unreasonable" I'd say that person is you for being unwilling to accept that your company is acting in a biased fashioned.
TwoCents 2019-01-08 12:23:35

If you were serious about "being reasonable," why does InnoGames continue to allow a man to sexually harass me in U-world even though I've reported him at least 3 times over the last week?

You forgot to answer the question before you closed the ticket.

---

This ticket has been closed and can no longer be replied to.

**Attachments**

This ticket currently has no attachments.

# View ticket

# Why isn't my chat working properly?

**You 2019-01-10 03:21:43**

Please fix my chat, it's not functioning properly. Stop toying with me, it has nothing to do with my firewall. You are just toggling on and off the button to gaslight me.

**Forge of Empires - Customer Support 2019-01-10 09:57:17**

Hello TwoCents,

You have been notified that as of 2019-01-10 your Yorkton chat was muted due to your repeated insults to other players.  Please refer to that ticket.

Please do not create more than one ticket per issue. As this is a duplicate, we are closing this ticket. If you wish to pose additional information, please post in the pre-existing ticket. Thank you for your cooperation and enjoy the game.

With regards,

Panacea
Community Manager
Forge of Empires, U.S.

---

This ticket has been closed and can no longer be replied to.

**Attachments**

**This ticket currently has no attachments.**

# View ticket

Exhibit 10 – Forge of Empires Support Tickets: TwoCents Submitted by Plaintiff Penny Quinteros
Case: 19-CV-1402 RSM - 1040

# Regina George the Goat

**You 2019-01-10 03:15:44**

This player is an alt of Bartholomew the GOAT... he uses her to fight in both his own guild and another guild at the same time.

**Forge of Empires - Customer Support 2019-01-10 09:57:38**

Hello TwoCents,

Thank you for bringing this matter to our attention. We appreciate all players that help the Forge team to keep our game running without rule breakers. TwoCents, I will investigate and take the appropriate action(s) if I find rule breaking.

With regards,

Panacea
Community Manager
Forge of Empires, U.S.

---

This ticket has been closed and can no longer be replied to.

## Attachments

This ticket currently has no attachments.

# View ticket

# Arcadius-Alt 1.0

**You 2019-01-10 02:56:46**

This player is using an alt to push his city

**Forge of Empires - Customer Support 2019-01-10 09:57:54**

Hello TwoCents,

Thank you for bringing this matter to our attention. We appreciate all players that help the Forge team to keep our game running without rule breakers. TwoCents, I will investigate and take the appropriate action(s) if I find rule breaking.

With regards,

Panacea
Community Manager
Forge of Empires, U.S.

---

This ticket has been closed and can no longer be replied to.

**Attachments**

**This ticket currently has no attachments.**

# View ticket

# KenD26 Alt 1.0

**You 2019-01-10 03:31:56**

this player uses an alt to advance his city

**Forge of Empires - Customer Support 2019-01-10 09:55:31**

Hello TwoCents,

Thank you for bringing this matter to our attention. We appreciate all players that help the Forge team to keep our game running without rule breakers. TwoCents, I will investigate and take the appropriate action(s) if I find rule breaking.

With regards,

Panacea
Community Manager
Forge of Empires, U.S.

**You 2019-01-10 11:45:20**

And are you actually going to investigate it this time?

**Forge of Empires - Customer Support 2019-01-10 16:09:16**

Hello TwoCents,

I will investigate and take the appropriate action(s) if I find rule breaking.

With regards,

Panacea
Community Manager
Forge of Empires, U.S.

---

This ticket has been closed and can no longer be replied to.

**Attachments**

**This ticket currently has no attachments.**

# View ticket

# Tual the Mighty - Alt

**You 2019-01-10 11:49:08**

This player uses an alt called spark727 to help level his gbs.

**Forge of Empires - Customer Support 2019-01-10 16:11:11**

Hello TwoCents,

Thank you for bringing this matter to our attention. We appreciate all players that help the Forge team to keep our game running without rule breakers. TwoCents, I will investigate and take the appropriate action(s) if I find rule breaking.

With regards,

Panacea
Community Manager
Forge of Empires, U.S.

---

This ticket has been closed and can no longer be replied to.

**Attachments**

**This ticket currently has no attachments.**

# View ticket

# Chat not working properly

**You 2019-01-10 03:05:07**

My chat isn't functioning properly, can you please fix it?

**Forge of Empires - Customer Support 2019-01-10 09:56:49**

Hello TwoCents,

You have been notified that as of 2019-01-10 your Yorkton chat was muted due to your repeated insults to other players.  Please refer to that ticket.

Please do not create more than one ticket per issue. As this is a duplicate, we are closing this ticket. If you wish to pose additional information, please post in the pre-existing ticket. Thank you for your cooperation and enjoy the game.

With regards,

Panacea
Community Manager
Forge of Empires, U.S.

**You 2019-01-10 11:39:05**

I don't know what you're talking about. I didn't insult any other players and this is the same thing that has happened over the last 2 weeks all along. Are you sure you're not just making things up at this point?

**Forge of Empires - Customer Support 2019-01-10 16:09:45**

Hello TwoCents,

You have been notified that as of 2019-01-10 your Yorkton chat was muted due to your repeated insults to other players.  Please refer to that ticket.

Please do not create more than one ticket per issue. As this is a duplicate, we are closing this ticket. If you wish to pose additional information, please post in the pre-existing ticket. Thank you for your cooperation and enjoy the game.

With regards,

Panacea
Community Manager
Forge of Empires, U.S.

**You 2019-01-10 19:03:12**

And what time was that muffle created?

This ticket has been closed and can no longer be replied to.

**Attachments**

This ticket currently has no attachments.

# View ticket

# Player with an Alt

**You 2019-01-09 19:50:52**

This player is using an alt to advance his game.

**Forge of Empires - Customer Support 2019-01-10 02:41:56**

Hello TwoCents,

Thank you for bringing this matter to our attention. We appreciate all players that help the Forge team to keep our game running without rule breakers. TwoCents, I will investigate and take the appropriate action(s) if I find rule breaking.

With regards,

Panacea
Community Manager
Forge of Empires, U.S.

**You 2019-01-10 02:58:05**

And will you actually investigate?

**Forge of Empires - Customer Support 2019-01-10 03:43:28**

Hello TwoCents,

TwoCents, I will investigate and take the appropriate action(s) if I find rule breaking.

With regards,

Panacea
Community Manager
Forge of Empires, U.S.

**You 2019-01-10 11:45:28**

And are you actually going to investigate it this time?

**Forge of Empires - Customer Support 2019-01-10 21:12:03**

Hello TwoCents,

TwoCents, I will investigate and take the appropriate action(s) if I find rule breaking.  You will not be informed of the outcome as we can not discuss the actions taken/not taken with another player.

With regards,

Panacea
Community Manager
Forge of Empires, U.S.

---

This ticket has been closed and can no longer be replied to.

## Attachments

**This ticket currently has no attachments.**

# View ticket

Exhibit 10 – Forge of Empires Support Tickets: TwoCents Submitted by Plaintiff Penny Quinteros
Case: 19-CV-1402 RSM - 1046

# Appeal TwoCents 1.8 re unknown incident starting in Dec 2018

**You 2019-01-07 23:53:52**

Appeal TwoCents 1.7 re unknown incident starting in Dec 2018
TwoCents 2019-01-07 02:37:03
Appeal TwoCents 1.7 re unknown incident starting in Dec 2018
TwoCents 2019-01-07 02:26:04
New Appeal TwoCents 1.6 re unknown incident starting in Dec 2018
TwoCents 2019-01-07 02:00:49
Appeal TwoCents 1.3 Re unknow incident occuring Dec 2018
TwoCents 2018-12-31 04:18:38
New View ticket Tickets
Appeal TwoCents 1.2 re unknown incident starting in Dec 2018

TwoCents 2018-12-30 20:44:27

New TwoCents 2018-12-26 20:20:28
Could you please explain why I can't type in chat?
Forge of Empires - Customer Support 2018-12-27 12:53:12
Hello TwoCents,

When you receive a report about being punished it means one or more messages were reported as being in violation of the Communications Rules. Usually this is because you have sent profanity, personal insults or otherwise offensive content through either the message or chat system.

Please review the GAME RULES to ensure you do not violate them again. Your ban is not subject to appeal and will remain in effect until the ban expires.

I spoke with Panacea she said the time limit was up and the ban to be lifted. You have now been given access to Global chat again.

Kind regards,

Sgt. Bothari
Co-Community Manager
Forge of Empires, U.S.
TwoCents 2018-12-27 13:00:25
Care to enlighten me how I got a ban when I wasn't even playing?
TwoCents 2018-12-27 13:03:17
Just to be clear, I'm not actually appealing anything until I get an answer as to what actually

occurred, how it broke the game rules, and how long the ban was "supposed" to be for. As of right now I'm just assuming that Panacea thought to give herself a christmas present by trolling me.
TwoCents 2018-12-27 13:08:09
You still haven't answered what the ban was for, how it broke the rules, and how long it was for. Your rules specifically state I have the option of appealing bans.... how am I supposed to do that with no information?
TwoCents 2018-12-27 14:53:18
Excuse me, You still haven't answered what the ban was for, how it broke the rules, and how long it was for. Your rules specifically state I have the option of appealing bans.... how am I supposed to do that with no information?
Also, why is my ban still in place?
TwoCents 2018-12-29 15:48:01
You are specifically breaking your own rules
Forge of Empires - Customer Support 2018-12-29 16:08:23
Please do not create more than one ticket per issue. As this is a duplicate, we are closing this ticket. If you wish to pose additional information, please post in the pre-existing ticket. Thank you for your cooperation and enjoy the game.

Kind regards,

Sgt. Bothari
Co-Community Manager
Forge of Empires, U.S.
Forge of Empires 2018-12-31 02:34:07

New Hello TwoCents,

Please do not create more than one ticket per issue. As this is a duplicate, we are closing this ticket. If you wish to pose additional information, please post in the pre-existing ticket. Thank you for your cooperation and enjoy the game.

Kind regards,

Man who enjoys naming himself after a fictional rapist
Co-Community Manager
Forge of Empires, U.S.

What was I banned for?
Forge of Empires - Customer Support 2018-12-31 11:57:15
New Hello TwoCents,

Please do not create more than one ticket per issue. As this is a duplicate, we are closing this ticket. If you wish to pose additional information, please post in the pre-existing ticket. Thank you for your cooperation and enjoy the game.

Kind regards,

Sgt. Bothari
Co-Community Manager
Forge of Empires, U.S.

-What was I banned for?
TwoCents 2019-01-01 02:43:26
What was I banned for?
Forge of Empires - Customer Support 2019-01-02 19:39:04
Hello TwoCents,

The account is unbanned and there is no need for any type of appeal. Abide by the rules and enjoy the game. CLICK HERE to review the Game Rules

With regards,

Panacea
Community Manager
Forge of Empires, U.S.

TwoCents 2019-01-02 19:50:40
And yet I didn't get the opportunity TO appeal... so I think that there is a reason to appeal since your discipline is progressive.
Forge of Empires - Customer Support 2019-01-04 21:13:20
Hello TwoCents,

This ticket is concluded. There is no ban and therefore no need for appeal. Enjoy the game.

With regards,

Panacea
Community Manager
Forge of Empires, U.S.

TwoCents 2019-01-04 21:50:31
There was a ban was there not?
Forge of Empires - Customer Support 2019-01-06 22:14:58
Hello TwoCents,

The account was unbanned over a week ago and has not been rebanned since that time. Please feel free to chat at any point you wish. I would remind you to follow the Game Rules and not insult your fellow players. Enjoy the game.

With regards,

Panacea
Community Manager
Forge of Empires, U.S.

TwoCents 2019-01-06 22:15:38
so you're admitting there WAS a ban. What was it for please?
Forge of Empires - Customer Support 2019-01-07 01:58:16
Hello TwoCents,

You appealed the ban from the beginning as soon as you questioned the presence of the chat mute and the reasons behind this. You were told it was for the continuing insults to your fellow players. You stated your case at the time. It was considered and the mute was continued until 2018-12-28 when it was verified for you that the mute had expired and you were free to use chat as long as you obeyed the rules for chat.

As this is becoming the same ticket as "When are you going to unban me?" I will be closing this ticket as a duplicate. Enjoy the game.

With regards,

Panacea
Community Manager
Forge of Empires, U.S.

But considering I wasn't on at the time to "insult my fellow players" your answer has no meaning and is just a make-believe story. So I'm asking again... WHAT WAS I BANNED FOR?

You've only established that you have denied me service, but have yet to establish that I insulted anyone more than or equal to the way other people insult people every day in your game qualifying me for discipline. As a matter of fact, you haven't established that I was even on, or talking in your game... at all... when you denied me service. It'd be very hard to establish that, considering I WASN'T on.
Forge of Empires - Customer Support 2019-01-07 02:27:23
New Hello TwoCents,

You appealed the ban from the beginning as soon as you questioned the presence of the chat mute and the reasons behind this. You were told it was for the continuing insults to your fellow players. You stated your case at the time. It was considered and the mute was continued until 2018-12-28 when it was verified for you that the mute had expired and you were free to use chat as long as you obeyed the rules for chat.

As this is the same ticket as "When are you going to unban me?" I will be closing this ticket as a duplicate. Enjoy the game.

With regards,

Panacea
Community Manager
Forge of Empires, U.S.
Forge of Empires - Customer Support 2019-01-07 23:30:15
Hello TwoCents,

You have added nothing to this conversation so I will be closing this ticket as a duplicate. Enjoy the game.

With regards,

Panacea
Community Manager
Forge of Empires, U.S.

TwoCents 2019-01-07 23:36:33
New I'm sorry that you feel I'm not adding additional information, but would you please check. I specifically stated that I wasn't going to appeal then ban until I knew exactly what it was for, which has not yet been provided to me.
Forge of Empires - Customer Support 2019-01-07 23:52:04
New Hello TwoCents,

You were told it was for the continuing insults to your fellow players. You stated your case at the time. It was considered and the mute was continued until 2018-12-28 when it was verified for you that the mute had expired and you were free to use chat as long as you obeyed the rules for chat. The chat mute is concluded and there is no reason for any further appeal. This ticket is now closed.

With regards,

Panacea
Community Manager
Forge of Empires, U.S.

- Well obviously what I was told was a lie. It's an impossibility. So I'd like to know the ACTUAL reason I was banned BEFORE I start appealing. Thank You.

**Forge of Empires - Customer Support 2019-01-08 19:51:05**

Hello TwoCents,

No ban is in force at this time and there is no need to appeal since the ban has concluded over a week ago.  This ticket is concluded.

With regards,

Panacea
Community Manager
Forge of Empires, U.S.

**You 2019-01-08 19:55:23**

well that's great... could you please fix my ability to communicate in global chat since you're the ones who broke it then?

**Forge of Empires - Customer Support 2019-01-08 20:03:26**

Hello TwoCents,

Your chat is not banned nor is it "broken". You've used it many times over the past week. No other player is stating there is any problem with chat on Y. No ban is in force at this time and there is no need to appeal since the ban has concluded over a week ago. This ticket is concluded.

With regards,

Panacea
Community Manager
Forge of Empires, U.S.

**You 2019-01-08 20:07:13**

Uhh yes, it is. Are you going to tell me that I'm imagining it?

**Forge of Empires - Customer Support 2019-01-12 22:33:58**

Hello TwoCents,

This ticket is now closed as your chat mute has rendered this ticket obsolete. Enjoy the game.

With regards,

Panacea
Community Manager
Forge of Empires, U.S.

---

This ticket has been closed and can no longer be replied to.

## Attachments

This ticket currently has no attachments.

# View ticket

# When are you going to un-ban me?

**You 2018-12-28 01:53:14**

You've left this ban in place long enough. When are you going to unban me?

**Forge of Empires - Customer Support 2018-12-28 11:21:05**

Hello TwoCents,

I am sorry I had someone else double check the setting and confirmed it is indeed removed. Your ban was lifted previously as you have been told.

Kind regards,

Sgt. Bothari
Co-Community Manager
Forge of Empires, U.S.

**You 2018-12-28 12:55:24**

Prove it. Prove it. Prove it. Prove it. Prove it. Prove it. Prove it. Prove it. Prove it. Prove it. Prove it. Prove it. Prove it. Prove it. Prove it. Prove it. Prove it. Prove it. Prove it. Prove it. Prove it. Prove it. Prove it. Prove it. Prove it. Prove it. Prove it. Prove it. Prove it. Prove it. Prove it. Prove it. Prove it. Prove it. Prove it. Prove it. Prove it.

**You 2018-12-29 15:42:32**

When are you going to unban me?

**Forge of Empires - Customer Support 2018-12-29 16:09:40**

Your ban was removed Several days ago.

Kind regards,

Exhibit 10 – Forge of Empires Support Tickets: TwoCents Submitted by Plaintiff Penny Quinteros
Case: 19-CV-1402 RSM - 1053

Sgt. Bothari
Co-Community Manager
Forge of Empires, U.S.

### You 2018-12-29 16:26:54

It was not

### Forge of Empires - Customer Support 2018-12-29 18:04:13

Then how was it you were talking in global last evening as recorded in a reported conversation (official record)

- 22:22: TwoCents: ^^ do not trust this player to sell you goods

time reported 2018-12-28T22:38:34-0500

Kind regards,

Sgt. Bothari
Co-Community Manager
Forge of Empires, U.S.

### You 2018-12-29 18:33:41

I was testing to see if it was working. 1 time out of 1,000 doesn't count as functional does it?

### Forge of Empires - Customer Support 2018-12-29 18:36:29

Obviously it IS working then. so, there was your proof.

Kind regards,

Sgt. Bothari
Co-Community Manager
Forge of Empires, U.S.

### You 2018-12-29 18:39:51

Then why is it not working NOW! Obviously you're just toying with me. Whoever took it OFF last night was probably the person you had check... then your sexist self put it BACK on to toy with me. Now FIX IT!

Exhibit 10 – Forge of Empires Support Tickets: TwoCents Submitted by Plaintiff Penny Quinteros
Case: 19-CV-1402 RSM - 1054

### You 2018-12-29 18:42:15

And don't give me shit about "official record"... if it comes from you it's not trustworthy at all. I highly doubt there was any record last night of anything. Even if there was... what fucking NANCY would report me for saying not to trust a player in a goods transaction!!!!

### Forge of Empires - Customer Support 2018-12-29 18:58:05

I am sorry, it was proven and recorded that you CAN chat in global. The ban was removed the morning of the 26th.

This ticket is concluded.

Kind regards,

Sgt. Bothari
Co-Community Manager
Forge of Empires, U.S.

### You 2018-12-29 20:43:00

I'm sorry, but it was proven I could chat once, not that I can chat now! Which I cannot.

### You 2018-12-30 00:24:17

I'm sorry, but it was proven I could chat once, not that I can chat now! Which I cannot.

### You 2018-12-30 20:24:09

when are you going to unban me?

### Forge of Empires - Customer Support 2019-01-02 19:37:16

Hello TwoCents,

I have checked the status of your ban. You are completely unbanned. This ticket is concluded.

With regards,

Panacea
Community Manager
Forge of Empires, U.S.

**You 2019-01-02 19:51:01**

I'm not unbanned, still can't talk in global chat. So when ARE you going to unban me?

**Forge of Empires - Customer Support 2019-01-02 20:32:57**

Hello TwoCents,

I have checked the status of your ban. You are completely unbanned. This ticket is concluded.

With regards,

Panacea
Community Manager
Forge of Empires, U.S.

**You 2019-01-02 20:39:42**

I'm not unbanned. I still can't talk.

**Forge of Empires - Customer Support 2019-01-03 19:36:57**

Hello TwoCents,

We have chats from Global Chat from you at two different times on 12/30 and again on 12/31.  Please check your settings and try again as there is no global ban on your account at this time.

With regards,

Panacea
Community Manager
Forge of Empires, U.S.

**You 2019-01-04 18:58:52**

Just because I can chat at times on global chat, doesn't mean you assholes aren't toggling that button on and off to mess with me. I'm telling you. It's NOT WORKING properly. Is there something about YOUR SHIT IS BROKEN, that you don't understand?

**Forge of Empires - Customer Support 2019-01-04 21:00:44**

Hello TwoCents,

You are severely mistaken if you believe we are "toggling that button on and off to mess with me."  The account was unbanned over a week ago and has not been rebanned since that time.  Please feel free to chat at any point you wish. I would remind you to follow the Game Rules and not insult your fellow players.  Enjoy the game.

With regards,

Panacea
Community Manager
Forge of Empires, U.S.

### You 2019-01-04 21:51:40

^^ not true.

### Forge of Empires - Customer Support 2019-01-06 22:14:47

Hello TwoCents,

The account was unbanned over a week ago and has not been rebanned since that time.  Please feel free to chat at any point you wish. I would remind you to follow the Game Rules and not insult your fellow players.  Enjoy the game.

With regards,

Panacea
Community Manager
Forge of Empires, U.S.

### You 2019-01-06 22:16:05

I'm sorry, but you're simply mistaken. The ban is still in place... hence the reason I can't type in global chat right this minute.

### Forge of Empires - Customer Support 2019-01-06 22:20:28

Hello TwoCents,

The account was unbanned over a week ago and has not been rebanned since that time.  Please feel free to chat at any point you wish. I would remind you to follow the Game Rules and not insult your fellow players.  Enjoy the game.

With regards,

Panacea
Community Manager
Forge of Empires, U.S.

**You 2019-01-06 22:21:19**

I don't know what you're talking about. I can't type in global chat right now... so there is obviously a problem.

**Forge of Empires - Customer Support 2019-01-07 01:57:41**

Hello TwoCents,

Then the problem exists with your system as you are completely free to chat (as long as you follow the rules). Enjoy the game.

With regards,

Panacea
Community Manager
Forge of Empires, U.S.

**You 2019-01-07 02:01:57**

I'm sorry... my system just randomly stopped working to allow me to chat at the exact same time as you created a new muffle feature and started testing it out on me like your own personal guinea pig? You really do like to make things up, don't you?

**Forge of Empires - Customer Support 2019-01-07 02:13:40**

Hello TwoCents,

One, we do not have a "new muffle feature", it is a long existing feature and one used regularly. You are not being used "like your own personal guinea pig". You have been recorded at least three times since your ban concluded as chatting in global chat so it is not on our side. Please refresh your system and enjoy the game.

With regards,

Panacea

Exhibit 10 – Forge of Empires Support Tickets: TwoCents Submitted by Plaintiff Penny Quinteros
Case: 19-CV-1402 RSM - 1058

Community Manager
Forge of Empires, U.S.

### You 2019-01-07 02:18:55

Oh yeah, Iceman told me that it was new. He got the information from you. Are you lying or is he lying?

### You 2019-01-07 02:21:59

And, by the way, you can delete your conversation with him, but that didn't stop him from taking screenshots of it. A hacker? please... Iceman is a law-enforcement official...

### Forge of Empires - Customer Support 2019-01-07 02:25:04

Hello TwoCents,

One, we do not have a "new muffle feature", it is a long existing feature and one used regularly. You have been recorded at least three times since your ban concluded as chatting in global chat so it is not on our side. Please refresh your system and enjoy the game.

And I am unsure of who you are referring to as "Iceman" or what you are referring.

With regards,

Panacea
Community Manager
Forge of Empires, U.S.

### You 2019-01-07 02:27:20

hahaha... I'll be sure to send him a screenshot of your response. I think he'll like that. "Deny deny deny" only works for politicians woman.

### You 2019-01-07 02:31:29

When are you going to unban me?

### Forge of Empires - Customer Support 2019-01-07 23:29:29

Hello TwoCents,

You are currently unbanned and using global chat (as evidenced by your reporting of other players). Please refresh your system and enjoy the game.

With regards,

Panacea
Community Manager
Forge of Empires, U.S.

### You 2019-01-07 23:37:13

I can report other players even when on chat-mute (I think) or am I just supposed to sit back and let other people insult me while doing nothing about it?

### Forge of Empires - Customer Support 2019-01-07 23:43:41

Hello TwoCents,

We have documented conversation with you participating so we are glad to hear that your chat is working again.  Enjoy the game.

With regards,

Panacea
Community Manager
Forge of Empires, U.S.

### You 2019-01-07 23:45:39

I never claimed it didn't work ALL the time. I'm saying it works sometimes and doesn't work other times. What you're saying, that you have "document conversations" doesn't discount the validity of what I'm saying. I'm telling you, my chat isn't functioning 100% and you're saying "well it worked once so it must work all the time." It's simply not true. It's not working!

### Forge of Empires - Customer Support 2019-01-07 23:48:00

Hello TwoCents,

There is nothing more that we are able to do. Different fire walls can have an impact on chat performance (albeit this is very rare) so you might want to check there. I do apologize for your inconvenience.

With regards,

Panacea
Community Manager
Forge of Empires, U.S.

### You 2019-01-07 23:49:07

You're right... the system I've been playing on for over a year just suddenly stopped working at the SAME EXACT time that you muffled me in your game by random coincidence... Get real... YOUR system is broken and denying me equal-access to the game!

### Forge of Empires - Customer Support 2019-01-08 19:48:31

Hello TwoCents,

There is nothing more that we are able to do. Different fire walls can have an impact on chat performance (albeit this is very rare) so you might want to check there. I do apologize for your inconvenience.

With regards,

Panacea
Community Manager
Forge of Empires, U.S.

### You 2019-01-08 19:57:03

Well, you broke it, you need to fix it.

### Forge of Empires - Customer Support 2019-01-08 19:58:11

Hello TwoCents,

There is nothing more that we are able to do. Different fire walls can have an impact on chat performance (albeit this is very rare) so you might want to check there. I do apologize for your inconvenience.

With regards,

Panacea
Community Manager
Forge of Empires, U.S.

### You 2019-01-08 19:59:44

Please stop messaging me at recalc. I'm busy fighting off the 240 diamond spending yahoos you're allowing to take over your game. Stop putting a barrier up to that.

### Forge of Empires - Customer Support 2019-01-08 20:00:54

Hello TwoCents,

This is when my hours working begin and as you have so many tickets and respond so quickly, this is when I have the time to answer you.  Should you find this inconvenient, please wait to answer.

With regards,

Panacea
Community Manager
Forge of Empires, U.S.

### You 2019-01-08 20:09:50

IT FUCKING CAUSED ME TO GET BOOTED AT RECALC YOU SKANKY WHORE!

### You 2019-01-08 20:11:08

Just wondering how you like the sexually-based insults targeted at you day after day after day....

### You 2019-01-10 19:03:51

What time was the muffle created on 1/10/19?

### You 2019-01-10 19:04:07

Sorry, wrong ticket.

### Forge of Empires - Customer Support 2019-01-12 22:38:48

Hello TwoCents,

We must insist that you remain civil and that profanity is not used in the Support system.

Since your chat mute of 2019-01-10, this ticket is now obsolete and is being closed.

With regards,

Panacea

Exhibit 10 – Forge of Empires Support Tickets: TwoCents Submitted by Plaintiff Penny Quinteros
Case: 19-CV-1402 RSM - 1062

Community Manager
Forge of Empires, U.S.

---

This ticket has been closed and can no longer be replied to.

**Attachments**

# This ticket currently has no attachments.

# View ticket

# Why was I banned?

**You 2019-01-02 20:41:05**

What the FUCK is wrong with you you stupid fucking bitch!!!!! TELL ME WHY I WAS FUCKING BANNED AND GIVE ME THE OPPORTUNITY TO APPEAL LIKE YOU GIVE ALL THE REST OF THE STUPID ASS-LICKING TWITS PLAYING THIS STUPID FUCKING GAME!

**You 2019-01-02 20:43:47**

apparently "regular" language doesn't work with you. you deny me over and over again the right to even ask a basic question of support or to put in a simple appeal... so maybe when you read this you pussy-munching whore, you'll think... ohh... wait... maybe I SHOULD deal reasonably with her instead of ignoring her at every opportunity.

**Forge of Empires - Customer Support 2019-01-03 19:22:04**

Hello TwoCents,

Thank you for contacting Support.  Your concern is important to us.  We are reviewing your ticket and will reply as soon as possible.

Thank you for your patience.

With regards,

Panacea

Exhibit 10 – Forge of Empires Support Tickets: TwoCents Submitted by Plaintiff Penny Quinteros
Case: 19-CV-1402 RSM - 1063

Community Manager
Forge of Empires, U.S.

**You 2019-01-13 02:51:42**

Thank you for contacting TwoCents. Your concern is important to us. We are reviewing your statement and will reply as soon as possible.

---

This ticket has been closed and can no longer be replied to.

**Attachments**

This ticket currently has no attachments.

# View ticket

# Sexism 1.7

**You 2019-01-02 21:13:22**

Sexism 1.5
TwoCents 2018-12-31 04:08:11
New View ticket Tickets
Sexism 1.3

TwoCents 2018-12-28 01:46:43

TwoCents 2018-12-28 00:00:29
demanding that a marginalized person change their methods for addressing privilege and a host of other things that are design[ed] to control the means of communication and discourse.

- Stop trying to silence me by demanding that I change my method of addressing you. I can address you in any way that I see fit. It doesn't change the substance of my argument. You [InnoGames] are purposefully silencing me because I spoke up about the sexual-crime I was the victim of while playing on your server.

- You [InnoGames] are denying me service which is gender-discrimination and purposefully silencing me because I spoke up about a sexual crime committed against me while playing on your servers.

-You [InnoGames] refuse to provide me support to my bonafide questions by prematurely

closing my tickets claiming they are duplicates, ignoring me, asking me to change my manner of address etc. You focus on irrelevant issues instead of my main concerns as an attempt to avoid answering.

-You [InnoGames] as retaliation for speaking up about said sexual-harassment following my being a victim of a crime, hold me to a different standard than you hold all other male players. You claim I use insulting language and ban me for it, when you do not ban other players who use similar or more egregious language. In order for your rules not to be sexist they must be administered equally to all players.
Forge of Empires - Customer Support 2018-12-27 22:55:58
New Hello TwoCents,

When you receive a report about being punished it means one or more messages were reported as being in violation of the Communications Rules. Usually this is because you have sent profanity, personal insults or otherwise offensive content through either the message or chat system.


Please review the GAME RULES to ensure you do not violate them again. Your ban is not subject to appeal and will remain in effect until the ban expires.

Kind regards,

Sgt. Bothari
Co-Community Manager
Forge of Empires, U.S.

-Considering I wasn't even on to break any of the game rules, I'm going to say your statement is impossible and mine is correct.
Forge of Empires - Customer Support 2018-12-28 01:39:25
Hello TwoCents,

Please do not create more than one ticket per issue. As this is a duplicate, we are closing this ticket. If you wish to pose additional information, please post in the pre-existing ticket. Thank you for your cooperation and enjoy the game.

Kind regards,

Sgt. Bothari
Co-Community Manager
Forge of Empires, U.S.

- When you've closed tickets 1,2 then the third ticket isn't a duplicate of any open tickets is it?
TwoCents 2018-12-29 15:43:25

Stop your sexist behavior and stop trying to silence me.
TwoCents 2018-12-30 20:24:34

Exhibit 10 – Forge of Empires Support Tickets: TwoCents Submitted by Plaintiff Penny Quinteros
Case: 19-CV-1402 RSM - 1065

Stop your sexist behavior as outlined above.
Forge of Empires 2018-12-31 02:38:27

Hello TwoCents,

Please do not create more than one ticket per issue. As this is a duplicate, we are closing this ticket. If you wish to pose additional information, please post in the pre-existing ticket. Thank you for your cooperation and enjoy the game.

Kind regards,

Sgt. Bothari
Co-Community Manager
Forge of Empires, U.S.

-stop your sexist behavior
Forge of Empires - Customer Support 2018-12-31 11:58:10
New Hello TwoCents,

Please do not create more than one ticket per issue. As this is a duplicate, we are closing this ticket. If you wish to pose additional information, please post in the pre-existing ticket. Thank you for your cooperation and enjoy the game.

Kind regards,

Sgt. Bothari
Co-Community Manager
Forge of Empires, U.S.

-stop your sexist behavior.

**Forge of Empires - Customer Support 2019-01-03 19:21:47**

Hello TwoCents,

Thank you for contacting Support.  Your concern is important to us.  We are reviewing your ticket and will reply as soon as possible.

Thank you for your patience.

With regards,

Panacea
Community Manager
Forge of Empires, U.S.

**You 2019-01-07 02:33:44**

Please review the above statement for ways that your company has denied me service based upon your gender-discrimination.

**Forge of Empires - Customer Support 2019-01-07 09:56:26**

Hello TwoCents,

At no time was a ban placed in order to "silence you" because you spoke up about a "sexual crime".   In fact, I am unsure of what you are refering. You had a ban placed because of your continuing behavior to insult your fellow players.

There is no "gender discrimination" occurring. Our moderators do not know and have no way to know which players are which gender. This allows the player to be answered the same way regardless of gender.

Again, you were not "denied service".  You were chat banned placed because of your continuing behavior to insult your fellow players.

We have repeatedly attempted to answer your questions but you do not choose to accept the answer. This is your decision but does not affect our answers to your inquiries.

You are not "held to a different standard than all other male players.) Again, our moderators do not know and have no way to know which players are which gender. This allows the player to be answered the same way regardless of gender.  We will not be discussing with you the actions taken with other players other than to say that rules are applied equally to all players.

With regards,

Panacea
Community Manager
Forge of Empires, U.S.

**You 2019-01-07 19:03:46**

"Again, you were not "denied service". You were chat banned placed because of your continuing behavior to insult your fellow players." - Perhaps you need to be familiarized with the law. The law states, "any action which directly or indirectly results in any DISTINCTION, RESTRICTION..." Because you're not allowing me to have EQUAL access to your game chat-bans would still be considered a discriminatory act if done because of bias.

Your moderators are fully aware of my gender. Or perhaps you think, like others have, that I need to "prove" it to you?

Additionally, whether you are aware of my gender or not doesn't stop indirect discrimination

from occurring. How else would you explain the fact that the male-appearing characters are sanctioned (based upon the percentage playing) far less often than the female-appearing characters? You can claim that the rules are being applied equally, but I know for a fact that they are not. The men in this game are allowed to gang-up on the women, and you reinforce and help to create that environment.

**Forge of Empires - Customer Support 2019-01-07 23:45:25**

Hello TwoCents,

"if done because of bias" is the operative words.  Again, you were not "denied service" because of sexism or gender, you were chat muted because of your continuing behavior to insult your fellow players.

We will not be discussing with you the actions taken with other players other than to say that rules are applied equally to all players.

With regards,

Panacea
Community Manager
Forge of Empires, U.S.

**You 2019-01-07 23:46:19**

DIRECT or INDIRECT bias... the fact that you ban some people (women) and not other people (men) shows your bias.

**You 2019-01-07 23:48:10**

and a chat-mute IS a denial of service... at least according to the law... I don't know what you're basing your opinion on, probably your own infallible self-aggrandizing ego.

**Forge of Empires - Customer Support 2019-01-07 23:49:13**

Hello TwoCents,

On the contrary, we have no way of knowing if players are male or female when banned so this eliminates bias on the part of moderators.  We will not be discussing with you the actions taken with other players other than to say that rules are applied equally to all players.  Enjoy the game.

With regards,

Panacea
Community Manager
Forge of Empires, U.S.

**You 2019-01-07 23:50:41**

That's why I said "indirect" bias is still bias woman.

**You 2019-01-07 23:51:23**

Just because YOU don't know what a person's ACTUAL gender is means nothing. The players who are making the reports know.

**You 2019-01-07 23:52:45**

We will not be discussing with you the actions taken with other players other than to say that rules are applied equally to all players.

You're a liar.

You DO NOT ban everyone who says that another player is cheating or scamming or lying about goods-transactions. I KNOW you do not. I've documented it a hundred times across multiple worlds!

**You 2019-01-08 00:01:56**

We will not be discussing with you the actions taken with other players other than to say that rules are applied equally to all players.

You're a liar.

You DO NOT ban everyone who says that another player is cheating or scamming or lying about goods-transactions. I KNOW you do not. I've documented it a hundred times across multiple worlds!

**Forge of Empires - Customer Support 2019-01-08 19:50:29**

Hello TwoCents,

As richard.stephenson told you, your assertion that people are getting away with breaking the rules is simply an assumption based on your observation. As you know, not all reported messages lead to sanctions, and not all sanctions lead to bans. If you report a message, and the player is still in chat, then its likely they have not met a threshold to receive a more serious sanction. This has happened to you, and happens to many other players every day. If a comment is deemed extreme, it can lead to an immediate time out ban. If a comment is particularly heinous, it may lead to permanent exclusion. Again, these kinds of decisions aren't made based on people's gender, or really any other factor.

Enjoy the game.

With regards,

Panacea
Community Manager
Forge of Empires, U.S.

**You 2019-01-08 19:56:17**

It's actually a fact that I've tested via trial-error and collected data on. Have YOU collected data on it? If not, please shut up.

**Forge of Empires - Customer Support 2019-01-08 19:59:48**

Hello TwoCents,

We have extensive data collected via much more scientific manner than "trial/error".  And please do not tell me to "shut up".

With regards,

Panacea
Community Manager
Forge of Empires, U.S.

**You 2019-01-08 20:03:51**

Thank you, you stupid cunt, my sectors were taken no thanks to you. Eat shit and die

**You 2019-01-08 20:05:02**

Is that a better way to address you?

**You 2019-01-08 20:06:51**

My data is scientific, and as Whas his nuts said... you "work" on preventing bias by getting a diverse moderator team. you don't do anything else.. that's not exactly scientific research on preventing bias.

**Forge of Empires - Customer Support 2019-01-08 20:11:42**

Hello TwoCents,

If you can not and will not be civil, then please wait your turn to have your ticket(s) addressed.

With regards,

Panacea
Community Manager
Forge of Empires, U.S.

**You 2019-01-08 20:12:44**

YOU BE FUCKING CIVIL AND STOP MAKING ME GET BOOTED AT RECALC!

**Forge of Empires - Customer Support 2019-01-12 22:37:45**

Hello TwoCents,

**We must insist that you remain civil and that profanity is not used in the Support system.**

As richard.stephenson told you, your assertion that people are getting away with breaking the rules is simply an assumption based on your observation. As you know, not all reported messages lead to sanctions, and not all sanctions lead to bans. If you report a message, and the player is still in chat, then its likely they have not met a threshold to receive a more serious sanction. This has happened to you, and happens to many other players every day. If a comment is deemed extreme, it can lead to an immediate time out ban. If a comment is particularly heinous, it may lead to permanent exclusion. Again, these kinds of decisions aren't made based on people's gender, or really any other factor.

Enjoy the game.

With regards,

Panacea
Community Manager
Forge of Empires, U.S.

**You 2019-01-13 02:43:41**

Heinous like, "don't buy goods from this person?"

**You 2019-01-13 19:24:12**

Heinous like, "don't buy goods from this person?"

---

This ticket has been closed and can no longer be replied to.

## Attachments

**This ticket currently has no attachments.**

# View ticket

# When are you going to un-ban me?

**You 2019-01-10 00:15:31**

Just asking again... when are you guys going to fix my chat?

**Forge of Empires - Customer Support 2019-01-10 02:51:08**

Hello TwoCents,

This is not a case of 'fixing' your chat.  When you receive a report about being punished it means one or more messages were reported as being in violation of the Communications Rules. Usually this is because you have sent profanity, personal insults or otherwise offensive content through either the message or chat system.

Rule Violation:  insults to another player

- 22:45: TwoCents: Do not buy goods from  Enamlccug, he will cheat you of fps
- 22:50: TwoCents: ^^ this person will cheat you on goods-transactions

Please review the GAME RULES to ensure you do not violate them again. Your ban is not subject to appeal and will remain in effect until the ban expires.

With regards,

Panacea
Community Manager
Forge of Empires, U.S.

**You 2019-01-10 02:57:35**

I haven't received any report about being punished. What are you talking about?

**Forge of Empires - Customer Support 2019-01-10 03:45:18**

Hello TwoCents,

This is your report if you have not received the message yet.  Your Yorkton chat has been muted as of

Exhibit 10 – Forge of Empires Support Tickets: TwoCents Submitted by Plaintiff Penny Quinteros
Case: 19-CV-1402 RSM - 1072

2019-01-10 until further notice for continuing insults to other players.

Enjoy the game.

With regards,

Panacea
Community Manager
Forge of Empires, U.S.

### You 2019-01-10 11:39:37

I'm sorry, I don't know what you're talking about. I didn't insult anyone.

### You 2019-01-10 11:40:23

are you saying that you banned me AGAIN for no reason?! When did it start - exactly what time and date.

### You 2019-01-10 19:04:16

What time was the muffle created on 1/10/19?

### Forge of Empires - Customer Support 2019-01-10 21:10:08

Hello TwoCents,

You were not muted for "no reason".  The reason was you continuing to insult your fellow players. It does not matter what time the chat was muffled.   This will be a permanent chat mute as you have been repeatedly warned not to abuse chat or insult your fellow players and you continued to do so despite the warnings and bans.

You may continue to play the game.  Enjoy the game.

With regards,

Panacea
Community Manager
Forge of Empires, U.S.

### You 2019-01-11 01:49:29

Well, since I'm not breaking any rules that seems a little drastic

**You 2019-01-11 01:50:46**

Could you please tell me the exact time and date this was done? It matters to me.

**You 2019-01-11 02:04:51**

Please tell me, how much money have I invested in Forge of Empires under the TwoCents player name since I started?

**Forge of Empires - Customer Support 2019-01-12 22:35:57**

Hello TwoCents,

The chat mute was initiate on 2019-01-10 and while I am uncertain as to the exact time of the chat mute, you were informed at 03:45.

As to your financial status, I am trying to obtain this information for you.

With regards,

Panacea
Community Manager
Forge of Empires, U.S.

**You 2019-01-13 02:50:33**

Thank you for contacting TwoCents. Your concern is important to us. We are reviewing your statement and will reply as soon as possible.

**Forge of Empires - Customer Support 2019-01-14 20:50:50**

Hello TwoCents,

As the question regarding how much you have spent is handled on another ticket, I am closing this one now as a duplicate.

With regards,

Panacea
Community Manager
Forge of Empires, U.S.

**You 2019-01-14 20:55:20**

And? It doesn't seem to be a duplicate to me.

---

This ticket has been closed and can no longer be replied to.

**Attachments**

# This ticket currently has no attachments.

# View ticket

# Did a Ban exist? 1.2

**You 2019-01-07 02:18:28**

Did a Ban exist?
TwoCents 2019-01-06 01:19:27
Did a ban exist that you started sometime before Christmas and lasted until after Christmas? Or a ban did not exist then?
Forge of Empires - Customer Support 2019-01-06 19:32:57
Hello TwoCents,

You did not have a game ban at or near Christmas. We do not have information regarding dates of chat bans. Enjoy the game.

With regards,

Panacea
Community Manager
Forge of Empires, U.S.

TwoCents 2019-01-06 19:38:34
so a chat-ban existed then or it did not exist then?
TwoCents 2019-01-06 20:13:09
and why do you not have information regarding your own progressive discipline systems?
Forge of Empires - Customer Support 2019-01-06 21:26:58
Hello TwoCents,

I've given you the information I have available. Enjoy the game.

With regards,

Panacea
Community Manager
Forge of Empires, U.S.

TwoCents 2019-01-06 21:33:10
Well, are you saying that you have memory problems and forgot if you game me a chat ban or something?
TwoCents 2019-01-06 21:33:31
I mean... it was only 2 weeks ago... you can't remember?
Forge of Empires - Customer Support 2019-01-06 22:14:10
Hello TwoCents,

You can't seem to remember either if you are having to ask. I've given you the information I have available. Enjoy the game.

With regards,

Panacea
Community Manager
Forge of Empires, U.S.

TwoCents 2019-01-06 22:16:52
No, the problem is that I don't KNOW what is going on. Sometimes I can talk, sometimes I can't... so I'm not sure whether you ever banned me or your system is messing up or if there was a ban and it was removed. Please detail the scenario for me.
Forge of Empires - Customer Support 2019-01-06 22:20:36
Hello TwoCents,

The account was unbanned over a week ago and has not been rebanned since that time. Please feel free to chat at any point you wish. I would remind you to follow the Game Rules and not insult your fellow players. Enjoy the game.

With regards,

Panacea
Community Manager
Forge of Empires, U.S.

TwoCents 2019-01-06 22:20:56
ok, so a bad did exist. Would you please tell me what it was for?
Forge of Empires - Customer Support 2019-01-06 22:22:07
Hello TwoCents,

We have unbanned the account and will NOT be going over this territory again. The account was unbanned over a week ago and has not been rebanned since that time. Please feel free to chat at

any point you wish. I would remind you to follow the Game Rules and not insult your fellow players. Enjoy the game.

With regards,

Panacea
Community Manager
Forge of Empires, U.S.

TwoCents 2019-01-06 23:47:53
Your concerns are noted, but I don't think you get the opportunity to tell me "we will NOT being going over this territory again." In your rules it states that I have the ability to appeal a ban. You didn't give me that opportunity.
Forge of Empires - Customer Support 2019-01-07 01:55:59
Hello TwoCents,

You appealed the ban from the beginning as soon as you questioned the presence of the chat mute and the reasons behind this. You were told it was for the continuing insults to your fellow players. You stated your case at the time. It was considered and the mute was continued until 2018-12-28 when it was verified for you that the mute had expired and you were free to use chat as long as you obeyed the rules for chat.

As this is becoming the same ticket as "When are you going to unban me?" I will be closing this ticket as a duplicate. Enjoy the game.

With regards,

Panacea
Community Manager
Forge of Empires, U.S.

- I didn't appeal any ban, as a matter of fact, I specifically said that I wasn't GOING to appeal any ban until I learned what the ban was for. Which I still haven't learned. So if you could please tell me. When was the ban put in place, how many hours was it for, what was the infraction that you allege I committed etc.

**Forge of Empires - Customer Support 2019-01-07 02:26:03**

Hello TwoCents,

No ban is in force at this time and there is no need to appeal since the ban has concluded over a week ago.  This ticket is concluded.

With regards,

Panacea

Community Manager
Forge of Empires, U.S.

**You 2019-01-07 02:32:16**

SO a ban existed, but you've yet to establish that it had anything at all to do with my actions. You have however established that you put it in place and left on vacation for the purpose of denying my my opportunity to appeal.

**Forge of Empires - Customer Support 2019-01-07 09:58:48**

Hello TwoCents,

I most certainly have not "established" that as fact. There was someone here to answer your questions and manage your chat mute in every minute of my absence.  My "purpose" for taking a few days off had nothing to do with "denying (you) opportunity to appeal".

No ban is in force at this time and there is no need to appeal since the ban has concluded over a week ago.  This ticket is concluded.

With regards,

Panacea
Community Manager
Forge of Empires, U.S.

**You 2019-01-07 18:56:16**

As a matter of fact Panacea, Bothari told me he didn't KNOW why I was banned specifically. That only you could answer that question and you were on vacation. And my point is the reverse of what you're saying... my point is... you put me on chat-ban for no reason whatsoever so you felt like you could take a vacation... I didn't do anything wrong, you did it simply so I wouldn't "cause trouble" while you were gone.
There is a reason to appeal... because in your mind, this was a "valid" reason to ban me... which it isn't.

**Forge of Empires - Customer Support 2019-01-07 23:31:49**

Hello TwoCents,

You were banned and informed that the reason for the ban was continuing to insult other players prior to my "leaving on vacation".  No ban is in force at this time and there is no need to appeal since the ban has concluded over a week ago.  This ticket is concluded.

With regards,

Panacea
Community Manager
Forge of Empires, U.S.

**You 2019-01-07 23:35:31**

ok, well how did I insult other players when I wasn't on?

**Forge of Empires - Customer Support 2019-01-08 19:50:52**

Hello TwoCents,

No ban is in force at this time and there is no need to appeal since the ban has concluded over a week ago.  This ticket is concluded.

With regards,

Panacea
Community Manager
Forge of Empires, U.S.

**You 2019-01-08 19:55:43**

You didn't answer how I could've insulted other players when I wasn't on?

**Forge of Empires - Customer Support 2019-01-08 20:02:00**

Hello TwoCents,

No ban is in force at this time and there is no need to appeal since the ban has concluded over a week ago.  This ticket is concluded.

With regards,

Panacea
Community Manager
Forge of Empires, U.S.

**You 2019-01-08 20:07:43**

I'm asking what the ban was for. I haven't started to appeal it yet. I can't appeal it until I know what it's for.

**Forge of Empires - Customer Support 2019-01-12 22:36:24**

Exhibit 10 – Forge of Empires Support Tickets: TwoCents Submitted by Plaintiff Penny Quinteros
Case: 19-CV-1402 RSM - 1079

Hello TwoCents,

No ban is in force at this time and there is no need to appeal since the ban has concluded over a week ago.  This ticket is concluded.

With regards,

Panacea
Community Manager
Forge of Empires, U.S.

**You 2019-01-13 02:45:23**

It was used as part of the progressive discipline patter, therefore since it "remains on my record" and in your minds, I should be allowed to appeal it.

**You 2019-01-13 19:23:51**

It was used as part of the progressive discipline patter, therefore since it "remains on my record" and in your minds, I should be allowed to appeal it.

**You 2019-01-13 23:26:01**

It was used as part of the progressive discipline patter, therefore since it "remains on my record" and in your minds, I should be allowed to appeal it.

**Forge of Empires - Customer Support 2019-01-14 22:56:27**

Hello TwoCents,

No ban is in force at this time and there is no need to appeal since the ban has concluded over a week ago.  This ticket is concluded.

With regards,

Panacea
Community Manager
Forge of Empires, U.S.

**You 2019-01-14 23:25:54**

You're saying that I do not have a permanent ban on my record now that you informed me of at 3:45 on 01-10-19?

**Forge of Empires - Customer Support 2019-01-15 04:17:21**

Exhibit 10 – Forge of Empires Support Tickets: TwoCents Submitted by Plaintiff Penny Quinteros
Case: 19-CV-1402 RSM - 1080

Hello TwoCents,

The ban you are referring to in this ticket was one you received before Christmas.  This is why we ask that you do not keep so many tickets open. You have a ticket open that addresses your current ban but this ticket is not it.  This ticket will be closed to avoid any further confusion.

With regards,

Panacea
Community Manager
Forge of Empires, U.S.

---

This ticket has been closed and can no longer be replied to.

## Attachments

This ticket currently has no attachments.

# View ticket

# Oh the irony 1.2

**You 2019-01-06 22:17:45**

Oh the irony.....
Reported players: Chief Crapping Goat, YouCandyAzzez

TwoCents 2019-01-06 21:38:59
Do you care to explain to me why people can have names like "Chief Crapping Goat" or "YouCandyAzzez" when I cant' say "don't buy goods from that person, they'll scam you?"
Forge of Empires - Customer Support 2019-01-06 22:07:23
Hello TwoCents,

Thank you for bringing this matter to our attention, we appreciate all players that help the Forge team to keep our game running without rule breakers. I will investigate and take the appropriate action(s) if I find rule breaking.

If this conversation is taking place in chat, please take two steps-
1. Press your right button on your mouse and 'Report' the player. This takes a screenshot of the conversation and reports it directly to a group of moderators who handle these promptly.

Exhibit 10 – Forge of Empires Support Tickets: TwoCents Submitted by Plaintiff Penny Quinteros
Case: 19-CV-1402 RSM - 1081

2. Right click and press'ignore'. This will take him from your chat screen.

If this conversation is taking place via the messaging system, due to our Privacy Rules we can not look in your Messages.
1. Please left click on the player's name. This will bring up a menu that has 'Report'. Press the 'Report' button. It brings up a window for your report. This will capture the message and send it directly to the moderators.

No matter which, please do not engage this person in the future. Once reported using the REPORT feature, we will be able to act on the report. Thank you.

With regards,

Panacea
Community Manager
Forge of Empires, U.S.

TwoCents 2019-01-06 22:14:04
New way to avoid answering the question... how is it that people are ALLOWED names like that when you BAN me for doing NOTHING!

You forgot to answer this before you closed it.

**Forge of Empires - Customer Support 2019-01-07 01:51:29**

Hello TwoCents,

There was no question posed.  I had provided the answer.  Enjoy the game.

With regards,

Panacea
Community Manager
Forge of Empires, U.S.

**You 2019-01-07 02:32:58**

Oh yes, a question was posed. Didn't you see the "?" at the end of the sentence?

**Forge of Empires - Customer Support 2019-01-07 10:00:33**

Hello TwoCents,

TwoCents 2019-01-06 22:14:04
New way to avoid answering the question... how is it that people are ALLOWED names like that when you BAN me for doing NOTHING!

You forgot to answer this before you closed it.

There is no question here.  There was no question posed.  I had provided the answer to how to report players with whom you feel are violating a game rule.  Enjoy the game.

With regards,

Panacea
Community Manager
Forge of Empires, U.S.

**You 2019-01-07 16:55:30**

You failed to answer the first question, which I restated with emphasis. HOW IS IT THAT PEOPLE ARE ALLOWED NAMES LIKE THAT WHEN YOU BAN ME FOR DOING NOTHING!

**Forge of Empires - Customer Support 2019-01-08 19:52:51**

Hello TwoCents,

Players are all held to the same rules. Some players have names that are against the game rules are no longer playing and therefore can not be changed. Some players are in the process of having their names changed. However, none of this has anything to do with the fact that you have to abide by the game rules as well.  Each are held to the same game rules.

Enjoy the game.

With regards,

Panacea
Community Manager
Forge of Empires, U.S.

**You 2019-01-08 19:54:58**

uhh... then why is someone allowed to sexually harass me in U world as we speak with no repercussions?

**Forge of Empires - Customer Support 2019-01-08 19:57:27**

Hello TwoCents,

I am unable to discuss with you any actions taken with another player.  Enjoy the game.

With regards,

Panacea
Community Manager
Forge of Empires, U.S.

**You 2019-01-08 19:58:05**

What you mean is... you can't answer for that because you're allowing gender bias to exist, so you're going to hide behind your "shield" of... I can't discuss other players...

**Forge of Empires - Customer Support 2019-01-08 20:01:43**

Hello TwoCents,

I am unable to discuss with you any actions taken with another player. This is the same for you as it is for any other player. Enjoy the game.

With regards,

Panacea
Community Manager
Forge of Empires, U.S.

**You 2019-01-08 20:08:48**

Right. #1 you're a fucking liar. #2 you're a god damned mother-fucking liar. #3 you're not able to discuss it because it doesn't happen.

**Forge of Empires - Customer Support 2019-01-12 22:36:59**

Hello TwoCents,

**We must insist that you remain civil and that profanity is not used in the Support system.**

I am unable to discuss with you any actions taken with another player. This is the same for you as it is for any other player. Enjoy the game.

With regards,

Panacea
Community Manager
Forge of Empires, U.S.

Exhibit 10 – Forge of Empires Support Tickets: TwoCents Submitted by Plaintiff Penny Quinteros
Case: 19-CV-1402 RSM - 1084

**You 2019-01-13 02:49:26**

Thank you for contacting TwoCents. Your concern is important to us. We are reviewing your statement and will reply as soon as possible.

**You 2019-01-13 19:23:19**

Thank you for contacting TwoCents. Your concern is important to us. We are reviewing your statement and will reply as soon as possible.

**You 2019-01-13 23:27:05**

So the people today discussing playing with an erection and masturbating into socks... totally ok behavior... it's that heinous behavior like telling a person not to buy goods that gets one banned?

**Forge of Empires - Customer Support 2019-01-14 20:48:08**

Hello TwoCents,

You reported players and action was taken. Thank you.

With regards,

Panacea
Community Manager
Forge of Empires, U.S.

**You 2019-01-14 20:56:04**

sorry, it didn't rise to the level of my heinous actions... I guess that's why no one else is reporting it...

**Forge of Empires - Customer Support 2019-01-14 22:57:05**

Hello TwoCents,

You reported players and action was taken. This ticket is concluded.

With regards,

Panacea
Community Manager
Forge of Empires, U.S.

**You 2019-01-14 23:40:49**

I think not... who ELSE reported these players in addition to myself? How many other players? (Not names, numbers)

**Forge of Empires - Customer Support 2019-01-15 04:18:34**

Hello TwoCents,

Reports are entirely confidential. You will not now or ever be given the names or numbers of players who submit reports.  This ticket is now concluded and will be closed.

With regards,

Panacea
Community Manager
Forge of Empires, U.S.

---

This ticket has been closed and can no longer be replied to.

**Attachments**

This ticket currently has no attachments.

# View ticket

# Lag caused diamond purchase

**You 2019-01-14 11:39:11**

I just apparently researched thatched houses using diamonds in O world... there was no warning pop up or anything. I clicked on the thatched houses button and when it didn't come up I touched it again... then all the screens flashed and my diamonds were being deducted. Considering I'm only playing O world to look at HDDDDD's Atomium there, and I had a full fp bar at the time, I'm obviously not dying to spend diamonds on Bronze Age tech... lol...

**Forge of Empires - Customer Support 2019-01-14 20:47:36**

Hello TwoCents,

You did a instant research and unlock of Thatched Houses. If you would like, I will relock that tech and return the diamonds. Please let me know.

With regards,

Panacea
Community Manager
Forge of Empires, U.S.

**You 2019-01-14 20:57:24**

that'd be fine.

**Forge of Empires - Customer Support 2019-01-14 22:59:18**

Hello TwoCents,

As a one time courtesy, I have relocked Thatched Houses and placed 300 diamonds into your user account.  Enjoy the game.

With regards,

Panacea
Community Manager
Forge of Empires, U.S.

**You 2019-01-14 23:26:45**

Great, now let's work on your sexism.

**Forge of Empires - Customer Support 2019-01-15 04:19:46**

Hello TwoCents,

This ticket is concluded and is being closed.

With regards,

Panacea
Community Manager
Forge of Empires, U.S.

---

This ticket has been closed and can no longer be replied to.

## Attachments

Exhibit 10 – Forge of Empires Support Tickets: TwoCents Submitted by Plaintiff Penny Quinteros
Case: 19-CV-1402 RSM - 1087

This ticket currently has no attachments.

# View ticket

# Did a Ban exist? 1.3

**You 2019-01-15 07:30:49**

Did a Ban exist? 1.2
TwoCents 2019-01-07 02:18:28
Did a Ban exist?
TwoCents 2019-01-06 01:19:27
Did a ban exist that you started sometime before Christmas and lasted until after Christmas? Or a ban did not exist then?
Forge of Empires - Customer Support 2019-01-06 19:32:57
Hello TwoCents,

You did not have a game ban at or near Christmas. We do not have information regarding dates of chat bans. Enjoy the game.

With regards,

Panacea
Community Manager
Forge of Empires, U.S.

TwoCents 2019-01-06 19:38:34
so a chat-ban existed then or it did not exist then?
TwoCents 2019-01-06 20:13:09
and why do you not have information regarding your own progressive discipline systems?
Forge of Empires - Customer Support 2019-01-06 21:26:58
Hello TwoCents,

I've given you the information I have available. Enjoy the game.

With regards,

Panacea
Community Manager
Forge of Empires, U.S.

TwoCents 2019-01-06 21:33:10

Exhibit 10 – Forge of Empires Support Tickets: TwoCents Submitted by Plaintiff Penny Quinteros
Case: 19-CV-1402 RSM - 1088

Well, are you saying that you have memory problems and forgot if you game me a chat ban or something?
TwoCents 2019-01-06 21:33:31
I mean... it was only 2 weeks ago... you can't remember?
Forge of Empires - Customer Support 2019-01-06 22:14:10
Hello TwoCents,

You can't seem to remember either if you are having to ask. I've given you the information I have available. Enjoy the game.

With regards,

Panacea
Community Manager
Forge of Empires, U.S.

TwoCents 2019-01-06 22:16:52
No, the problem is that I don't KNOW what is going on. Sometimes I can talk, sometimes I can't... so I'm not sure whether you ever banned me or your system is messing up or if there was a ban and it was removed. Please detail the scenario for me.
Forge of Empires - Customer Support 2019-01-06 22:20:36
Hello TwoCents,

The account was unbanned over a week ago and has not been rebanned since that time. Please feel free to chat at any point you wish. I would remind you to follow the Game Rules and not insult your fellow players. Enjoy the game.

With regards,

Panacea
Community Manager
Forge of Empires, U.S.

TwoCents 2019-01-06 22:20:56
ok, so a bad did exist. Would you please tell me what it was for?
Forge of Empires - Customer Support 2019-01-06 22:22:07
Hello TwoCents,

We have unbanned the account and will NOT be going over this territory again. The account was unbanned over a week ago and has not been rebanned since that time. Please feel free to chat at any point you wish. I would remind you to follow the Game Rules and not insult your fellow players. Enjoy the game.

With regards,

Panacea

Community Manager
Forge of Empires, U.S.

TwoCents 2019-01-06 23:47:53
Your concerns are noted, but I don't think you get the opportunity to tell me "we will NOT being going over this territory again." In your rules it states that I have the ability to appeal a ban. You didn't give me that opportunity.
Forge of Empires - Customer Support 2019-01-07 01:55:59
Hello TwoCents,

You appealed the ban from the beginning as soon as you questioned the presence of the chat mute and the reasons behind this. You were told it was for the continuing insults to your fellow players. You stated your case at the time. It was considered and the mute was continued until 2018-12-28 when it was verified for you that the mute had expired and you were free to use chat as long as you obeyed the rules for chat.

As this is becoming the same ticket as "When are you going to unban me?" I will be closing this ticket as a duplicate. Enjoy the game.

With regards,

Panacea
Community Manager
Forge of Empires, U.S.

- I didn't appeal any ban, as a matter of fact, I specifically said that I wasn't GOING to appeal any ban until I learned what the ban was for. Which I still haven't learned. So if you could please tell me. When was the ban put in place, how many hours was it for, what was the infraction that you allege I committed etc.
Forge of Empires - Customer Support 2019-01-07 02:26:03
Hello TwoCents,

No ban is in force at this time and there is no need to appeal since the ban has concluded over a week ago. This ticket is concluded.

With regards,

Panacea
Community Manager
Forge of Empires, U.S.

TwoCents 2019-01-07 02:32:16
SO a ban existed, but you've yet to establish that it had anything at all to do with my actions. You have however established that you put it in place and left on vacation for the purpose of denying my my opportunity to appeal.
Forge of Empires - Customer Support 2019-01-07 09:58:48

Exhibit 10 – Forge of Empires Support Tickets: TwoCents Submitted by Plaintiff Penny Quinteros
Case: 19-CV-1402 RSM - 1090

Hello TwoCents,

I most certainly have not "established" that as fact. There was someone here to answer your questions and manage your chat mute in every minute of my absence. My "purpose" for taking a few days off had nothing to do with "denying (you) opportunity to appeal".

No ban is in force at this time and there is no need to appeal since the ban has concluded over a week ago. This ticket is concluded.

With regards,

Panacea
Community Manager
Forge of Empires, U.S.

TwoCents 2019-01-07 18:56:16
As a matter of fact Panacea, Bothari told me he didn't KNOW why I was banned specifically. That only you could answer that question and you were on vacation. And my point is the reverse of what you're saying... my point is... you put me on chat-ban for no reason whatsoever so you felt like you could take a vacation... I didn't do anything wrong, you did it simply so I wouldn't "cause trouble" while you were gone.
There is a reason to appeal... because in your mind, this was a "valid" reason to ban me... which it isn't.
Forge of Empires - Customer Support 2019-01-07 23:31:49
Hello TwoCents,

You were banned and informed that the reason for the ban was continuing to insult other players prior to my "leaving on vacation". No ban is in force at this time and there is no need to appeal since the ban has concluded over a week ago. This ticket is concluded.

With regards,

Panacea
Community Manager
Forge of Empires, U.S.

TwoCents 2019-01-07 23:35:31
ok, well how did I insult other players when I wasn't on?
Forge of Empires - Customer Support 2019-01-08 19:50:52
Hello TwoCents,

No ban is in force at this time and there is no need to appeal since the ban has concluded over a week ago. This ticket is concluded.

With regards,

Panacea
Community Manager
Forge of Empires, U.S.

TwoCents 2019-01-08 19:55:43
You didn't answer how I could've insulted other players when I wasn't on?
Forge of Empires - Customer Support 2019-01-08 20:02:00
Hello TwoCents,

No ban is in force at this time and there is no need to appeal since the ban has concluded over a
week ago. This ticket is concluded.

With regards,

Panacea
Community Manager
Forge of Empires, U.S.

TwoCents 2019-01-08 20:07:43
I'm asking what the ban was for. I haven't started to appeal it yet. I can't appeal it until I know
what it's for.
Forge of Empires - Customer Support 2019-01-12 22:36:24
Hello TwoCents,

No ban is in force at this time and there is no need to appeal since the ban has concluded over a
week ago. This ticket is concluded.

With regards,

Panacea
Community Manager
Forge of Empires, U.S.

TwoCents 2019-01-13 02:45:23
It was used as part of the progressive discipline patter, therefore since it "remains on my record"
and in your minds, I should be allowed to appeal it.
TwoCents 2019-01-13 19:23:51
It was used as part of the progressive discipline patter, therefore since it "remains on my record"
and in your minds, I should be allowed to appeal it.
TwoCents 2019-01-13 23:26:01
It was used as part of the progressive discipline patter, therefore since it "remains on my record"
and in your minds, I should be allowed to appeal it.
Forge of Empires - Customer Support 2019-01-14 22:56:27
Hello TwoCents,

No ban is in force at this time and there is no need to appeal since the ban has concluded over a

week ago. This ticket is concluded.

With regards,

Panacea
Community Manager
Forge of Empires, U.S.

TwoCents 2019-01-14 23:25:54
New You're saying that I do not have a permanent ban on my record now that you informed me of at 3:45 on 01-10-19?
Forge of Empires - Customer Support 2019-01-15 04:17:21
New Hello TwoCents,

The ban you are referring to in this ticket was one you received before Christmas. This is why we ask that you do not keep so many tickets open. You have a ticket open that addresses your current ban but this ticket is not it. This ticket will be closed to avoid any further confusion.

With regards,

Panacea
Community Manager
Forge of Empires, U.S.

No... I'm saying because a ban exists NOW that all previous bans should be appealable because they led to "points" on my account that were not removed but should've been removed if you had given me the proper opportunity to appeal them.

**Forge of Empires - Customer Support 2019-01-15 10:54:12**

Hello TwoCents,

I'm afraid that is not how it works. The ban you are referring to in this ticket was one you received before Christmas. This is why we ask that you do not keep so many tickets open. You have a ticket open that addresses your current ban but this ticket is not it. This ticket will be closed to avoid any further confusion.

With regards,

Panacea
Community Manager
Forge of Empires, U.S.

---

This ticket has been closed and can no longer be replied to.

**Attachments**

This ticket currently has no attachments.

# View ticket

# Oh the iron 1.3

**You 2019-01-15 07:23:06**

Oh the irony 1.2
TwoCents 2019-01-06 22:17:45
Oh the irony.....
Reported players: Chief Crapping Goat, YouCandyAzzez

TwoCents 2019-01-06 21:38:59
Do you care to explain to me why people can have names like "Chief Crapping Goat" or "YouCandyAzzez" when I cant' say "don't buy goods from that person, they'll scam you?"
Forge of Empires - Customer Support 2019-01-06 22:07:23
Hello TwoCents,

Thank you for bringing this matter to our attention, we appreciate all players that help the Forge team to keep our game running without rule breakers. I will investigate and take the appropriate action(s) if I find rule breaking.

If this conversation is taking place in chat, please take two steps-
1. Press your right button on your mouse and 'Report' the player. This takes a screenshot of the conversation and reports it directly to a group of moderators who handle these promptly.
2. Right click and press'ignore'. This will take him from your chat screen.

If this conversation is taking place via the messaging system, due to our Privacy Rules we can not look in your Messages.
1. Please left click on the player's name. This will bring up a menu that has 'Report'. Press the 'Report' button. It brings up a window for your report. This will capture the message and send it directly to the moderators.

No matter which, please do not engage this person in the future. Once reported using the REPORT feature, we will be able to act on the report. Thank you.

With regards,

Panacea

Exhibit 10 – Forge of Empires Support Tickets: TwoCents Submitted by Plaintiff Penny Quinteros
Case: 19-CV-1402 RSM - 1094

Community Manager
Forge of Empires, U.S.

TwoCents 2019-01-06 22:14:04
New way to avoid answering the question... how is it that people are ALLOWED names like that when you BAN me for doing NOTHING!

You forgot to answer this before you closed it.
Forge of Empires - Customer Support 2019-01-07 01:51:29
Hello TwoCents,

There was no question posed. I had provided the answer. Enjoy the game.

With regards,

Panacea
Community Manager
Forge of Empires, U.S.

TwoCents 2019-01-07 02:32:58
Oh yes, a question was posed. Didn't you see the "?" at the end of the sentence?
Forge of Empires - Customer Support 2019-01-07 10:00:33
Hello TwoCents,

TwoCents 2019-01-06 22:14:04
New way to avoid answering the question... how is it that people are ALLOWED names like that when you BAN me for doing NOTHING!

You forgot to answer this before you closed it.

There is no question here. There was no question posed. I had provided the answer to how to report players with whom you feel are violating a game rule. Enjoy the game.

With regards,

Panacea
Community Manager
Forge of Empires, U.S.

TwoCents 2019-01-07 16:55:30
You failed to answer the first question, which I restated with emphasis. HOW IS IT THAT PEOPLE ARE ALLOWED NAMES LIKE THAT WHEN YOU BAN ME FOR DOING NOTHING!
Forge of Empires - Customer Support 2019-01-08 19:52:51

Exhibit 10 – Forge of Empires Support Tickets: TwoCents Submitted by Plaintiff Penny Quinteros
Case: 19-CV-1402 RSM - 1095

Hello TwoCents,

Players are all held to the same rules. Some players have names that are against the game rules are no longer playing and therefore can not be changed. Some players are in the process of having their names changed. However, none of this has anything to do with the fact that you have to abide by the game rules as well. Each are held to the same game rules.

Enjoy the game.

With regards,

Panacea
Community Manager
Forge of Empires, U.S.

TwoCents 2019-01-08 19:54:58
uhh... then why is someone allowed to sexually harass me in U world as we speak with no repercussions?
Forge of Empires - Customer Support 2019-01-08 19:57:27
Hello TwoCents,

I am unable to discuss with you any actions taken with another player. Enjoy the game.

With regards,

Panacea
Community Manager
Forge of Empires, U.S.

TwoCents 2019-01-08 19:58:05
What you mean is... you can't answer for that because you're allowing gender bias to exist, so you're going to hide behind your "shield" of... I can't discuss other players...
Forge of Empires - Customer Support 2019-01-08 20:01:43
Hello TwoCents,

I am unable to discuss with you any actions taken with another player. This is the same for you as it is for any other player. Enjoy the game.

With regards,

Panacea
Community Manager
Forge of Empires, U.S.

TwoCents 2019-01-08 20:08:48
Right. #1 you're a fucking liar. #2 you're a god damned mother-fucking liar. #3 you're not able to

discuss it because it doesn't happen.
Forge of Empires - Customer Support 2019-01-12 22:36:59
Hello TwoCents,

We must insist that you remain civil and that profanity is not used in the Support system.

I am unable to discuss with you any actions taken with another player. This is the same for you as it is for any other player. Enjoy the game.


With regards,

Panacea
Community Manager
Forge of Empires, U.S.


TwoCents 2019-01-13 02:49:26

Thank you for contacting TwoCents. Your concern is important to us. We are reviewing your statement and will reply as soon as possible.
TwoCents 2019-01-13 19:23:19
Thank you for contacting TwoCents. Your concern is important to us. We are reviewing your statement and will reply as soon as possible.
TwoCents 2019-01-13 23:27:05
So the people today discussing playing with an erection and masturbating into socks... totally ok behavior... it's that heinous behavior like telling a person not to buy goods that gets one banned?
Forge of Empires - Customer Support 2019-01-14 20:48:08
Hello TwoCents,

You reported players and action was taken. Thank you.

With regards,

Panacea
Community Manager
Forge of Empires, U.S.


TwoCents 2019-01-14 20:56:04
sorry, it didn't rise to the level of my heinous actions... I guess that's why no one else is reporting it...
Forge of Empires - Customer Support 2019-01-14 22:57:05
Hello TwoCents,

You reported players and action was taken. This ticket is concluded.

With regards,

Panacea
Community Manager
Forge of Empires, U.S.

TwoCents 2019-01-14 23:40:49
New I think not... who ELSE reported these players in addition to myself? How many other players? (Not names, numbers)
Forge of Empires - Customer Support 2019-01-15 04:18:34
New Hello TwoCents,

Reports are entirely confidential. You will not now or ever be given the names or numbers of players who submit reports. This ticket is now concluded and will be closed.

With regards,

Panacea
Community Manager
Forge of Empires, U.S.

- The only reason you're claiming this is a matter of confidentiality is because you don't want me to see how biased your game is. It's not my responsibility to establish non-bias in your game. It's not fair that some players get reported for minor offenses while those same reporters don't report others for egregious offenses. It creates an inherent bias that you are trying to sweep under the rug. You keep telling me that your game CAN'T be biased because you (moderators) don't know the gender of the reporting player and you treat all incoming reports equally... HOWEVER that doesn't address the fact that the reports coming into you AREN'T equal, nor have you EVER addressed that fact except to hide it.

**Forge of Empires - Customer Support 2019-01-15 10:56:03**

Hello TwoCents,

I do apologize if that is how you feel but reports have always been confidential and will remain so. You will not now or ever be given the names or numbers of players who submit reports. This ticket is now concluded and will be closed.

With regards,

Panacea
Community Manager
Forge of Empires, U.S.

---

This ticket has been closed and can no longer be replied to.

Exhibit 10 – Forge of Empires Support Tickets: TwoCents Submitted by Plaintiff Penny Quinteros
Case: 19-CV-1402 RSM - 1098

**Attachments**

**This ticket currently has no attachments.**

# View ticket

# Won't let us move HQ

**You 2019-01-15 07:11:41**

Excuse me, none of our guild moved our HQ yesterday, but the game won't let us move it now... could you please explain what's going on? My fighters have only 2 minutes left to be here, and we CAN'T FIGHT! You're game-glitch is going to get us kicked off the map!

**Forge of Empires - Customer Support 2019-01-15 13:47:49**

Hello TwoCents,

Your headquarters was moved 2 minutes after reset last night and can not be moved a second time.

headquarter_placed  IndeCents [23, 12] House of Innocents 2019-01-14  20:02:06  ColonialAge

With regards,

Panacea
Community Manager
Forge of Empires, U.S.

**You 2019-01-15 13:54:38**

I'll talk to him about it. He did say the game glitched out on him at recalc yesterday (I wasn't home).

This ticket has been closed and can no longer be replied to.

**Attachments**

This ticket currently has no attachments.

# View ticket

Exhibit 10 – Forge of Empires Support Tickets: TwoCents Submitted by Plaintiff Penny Quinteros
Case: 19-CV-1402 RSM - 1099

# $$ How Much? 1.0

**You 2019-01-11 21:42:11**

TwoCents 2019-01-11 02:04:51
Please tell me, how much money have I invested in Forge of Empires under the TwoCents player name since I started?

**Forge of Empires - Customer Support 2019-01-11 22:38:24**

Hello TwoCents,

Thank you for contacting Support.  Your concern is important to us.  We are reviewing your ticket and will reply as soon as possible.

Thank you for your patience.

With regards,

Panacea
Community Manager
Forge of Empires, U.S.

**You 2019-01-11 22:50:05**

I have no patience left for your actions, please answer the question.

**You 2019-01-12 20:32:53**

Please answer the question. I think 48 hours is long enough for you to find the answer.

**Forge of Empires - Customer Support 2019-01-12 22:40:04**

Hello TwoCents,

Please be patient.  It is the weekend and the offices of InnoGames are not open for me to be able to obtain whether this information is available.

Enjoy the game.

With regards,

Panacea
Community Manager
Forge of Empires, U.S.

**You 2019-01-13 02:46:00**

Alright, I'll wait until Mon or Tues.

**Forge of Empires - Customer Support 2019-01-14 20:48:45**

Hello TwoCents,

Thank you, I have passed this onto the payment team. We apologize for the delay. Please be patient while we research the issue.

With regards,

Panacea
Community Manager
Forge of Empires, U.S.

**You 2019-01-14 20:55:03**

Excuse me? you just now passed along the information and I need to wait again?

**Forge of Empires - Customer Support 2019-01-14 21:27:53**

Hello TwoCents,

I apologize but I had to wait until the Payment Team is available. Please be patient as this is not a normal request.

With regards,

Panacea
Community Manager
Forge of Empires, U.S.

**You 2019-01-14 23:41:42**

I have no patience left for people like you.

**Forge of Empires - Customer Support 2019-01-15 05:53:40**

Hello TwoCents,

Your first purchase was made on 2016-04-03. Since that time you have spent $8,626.41. If you would like, the Payment Team can provide a list of all purchases.

With regards,

Panacea
Community Manager
Forge of Empires, U.S.

**You 2019-01-15 07:12:07**

Yes please have them email it to me. Also please tell me how much time I've spent on this game.

**Forge of Empires - Customer Support 2019-01-15 10:49:23**

Hello TwoCents,

We do not keep track of the amount of time spent on the game. If that is a metric players wish, they will have to monitor this themselves.  As to the purchases, please be patient.

With regards,

Panacea
Community Manager
Forge of Empires, U.S.

**You 2019-01-15 11:26:56**

In general you know though the amount of time players spend on the game? You've provided me my log-in and log-out times before.

**Forge of Empires - Customer Support 2019-01-15 11:37:02**

Hello TwoCents,

To which email address would you like your payment information sent?

We do not have available information on the amount of time players spend on the game.

With regards,

Panacea
Community Manager
Forge of Empires, U.S.

**You 2019-01-15 11:48:18**

elilyn@comcast.net

**Forge of Empires - Customer Support 2019-01-15 11:54:14**

Exhibit 10 – Forge of Empires Support Tickets: TwoCents Submitted by Plaintiff Penny Quinteros
Case: 19-CV-1402 RSM - 1102

Hello TwoCents,

THank you.

With regards,

Panacea
Community Manager
Forge of Empires, U.S.

**Forge of Empires - Customer Support 2019-01-16 09:59:38**

Hello TwoCents,

The list of payments has been sent to the email address you provided.

With regards,

Panacea
Community Manager
Forge of Empires, U.S.

---

This ticket has been closed and can no longer be replied to.

**Attachments**

**This ticket currently has no attachments.**

# View ticket

# Caon64 - transmitting and viewing photo of me via your serve

**You 2019-01-16 18:59:01**

This has already been reported, and you really need to DO Something about this. This person has only been playing a few months... so people are STILL getting sent a photo of my breasts via Inno's systems. It is STILL an ongoing sexual crime and you REALLY need to enforce it.

**Forge of Empires - Customer Support 2019-01-16 20:15:04**

Exhibit 10 – Forge of Empires Support Tickets: TwoCents Submitted by Plaintiff Penny Quinteros
Case: 19-CV-1402 RSM - 1103

Hello TwoCents,

Thank you for bringing this matter to our attention. I will investigate and take the appropriate action(s) if I find rule breaking.  I saw where you had submitted this Report and we will investigate and take action should there be any rule violations.

With regards,

Panacea
Community Manager
Forge of Empires, U.S.


**You 2019-01-16 20:25:55**

Please keep in mind that knowing of a player breaking the rules and not reporting it is also against the rules. Regardless what photo he's talking about (even if it were of my face or my big toe) it is against your terms and conditions to send around ANY photos without my permission. If you want to "start a new year" and "turn over a new leaf" and all that jazz... finding out who is sending around my photo and banning them would be a really good start. I'm not telling you what you HAVE to do, but might I suggest banning Caon, advising him that you will not let him back in the game unless he reports who gave him the photo...

**You 2019-01-16 20:29:59**

specifically your terms and conditions state:

"12.3 As User, you will refrain from any action that endangers or disrupts the operation and functionality of the Games and the successful collaboration with other users. In particular, you are prohibited from...

duplicating or making publicly accessible an image of another person without the relevant person's written approval"

**Forge of Empires - Customer Support 2019-01-16 20:50:49**

I understand the Terms and Conditions and whether you believe so or not, I do know how to do my job.  Thank you.

With regards,

Panacea
Community Manager
Forge of Empires, U.S.


**You 2019-01-16 20:52:58**

Exhibit 10 – Forge of Empires Support Tickets: TwoCents Submitted by Plaintiff Penny Quinteros
Case: 19-CV-1402 RSM - 1104

and yet I am talking to the man in global chat as we speak, so shall we discuss the second part of your above statement?

**Forge of Empires - Customer Support 2019-01-16 21:02:29**

No, not a bit.

With regards,

Panacea
Community Manager
Forge of Empires, U.S.

**You 2019-01-16 21:04:47**

*sigh* ... Julie, just do something. Enforce your rules equally like you say you're going to. That's all I want and all I've ever wanted. I've put $8626.41 and thousands of dollars into THIS game. I'm not going anywhere. I think I deserve fair treatment, don't you?

**Forge of Empires - Customer Support 2019-01-16 21:14:59**

Hello TwoCents,

One, I refer to you by your ingame name and would prefer if you do the same for me. Two, you have no idea just how fairly you are treated. We do our *very*, utmost best to make sure that you, everyone you report and everyone who reports you are held to the game rules without bias. Three, it would not matter if you played without using any diamonds and hadn't spent a cent, we still would hold you to the game rules and the fact that you do make purchases doesn't mean it garners you any favors whatsoever.

So please, if you need to, report a player. Then please, leave it up to us to investigate and enact action when and if it is necessary.

Enjoy the game.

With regards,

Panacea
Community Manager
Forge of Empires, U.S.

**You 2019-01-16 21:17:26**

I agree, which is why I never brought it up before (the diamond spending thing). It does however bolster the fact that I'm not going anywhere... I need you to fix this game - get people to stop

harassing me and reporting me into oblivion - because you are seriously inflicting emotional harm on me at this point.

**You 2019-01-16 21:21:00**

It's not FAIR from the get-go Panacea. How many OTHER people reported the people in global chat today except me! And the only reason I was ABLE to report them was because I took them OFF ignore. You keep arguing that you're fair because you enforce the rules fairly... but if the things put before you are UNFAIR from the get-go then your system can't be FAIR.

Do you think it's "fair" that I got permanently chat-banned for saying that someone was scamming on goods purchases? Looking at it in the light of what other people say on every server every day without getting reported?

**Forge of Empires - Customer Support 2019-01-16 21:25:41**

Hello TwoCents,

I am not inflicting "emotional harm". Its my job to enforce the game rules and I do, fairly and equitably.  Your decision "not to go anywhere" to your emotional harm is certainly your own choice- and entirely your own choice.

As to "fairness", we gave you multiple warnings about continuing to insult other players (your "scamming goods"). You elected to continue. However, it doesn't matter what other players say. They are held to the same set of game rules. If they continue, they run the same risk. However, typically, the player abides by the game rules and a permanent chat mute does not become necessary.  As to how many other people report, again, I can not and will not be providing this information.

We do our very, utmost best to make sure that you, everyone you report and everyone who reports you are held to the game rules without bias. So again please, if you need to, report a player. Then please, leave it up to us to investigate and enact action when and if it is necessary.

With regards,

Panacea
Community Manager
Forge of Empires, U.S.

**You 2019-01-16 21:45:28**

You gave me warnings to stop insulting people. Your warnings didn't specifically state "scamming fps" except for 1.

**You 2019-01-16 21:46:14**

Stating you are scamming fps is allowed under your system, as is "you are stealing my goods!" when someone plunders you. It is an exception to the "insulting" rule to be allowed to criticize game-play.

**You 2019-01-16 21:47:25**

Also, what do you do to the people who are breaking the rules but who are NOT reported? That's the inequality I'm addressing and what you refuse to address.

**Forge of Empires - Customer Support 2019-01-16 22:27:13**

Hello TwoCents,

When you continue to "you are stealing my goods" once, twice, even a dozen times that's still an insult. When it is without cease, that takes it from insult to spamming. We did notify you of this on many occasions.  There is no exception to the rule to criticize game play. You can generally poke fun at an entire guild "Your guild is full of noobs" but when it is specific to one player, then there are no exceptions. Those are insults. There will always be gray areas and this is where the experience of the moderator when they investigate and act come into play.  I hope this makes things clearer.

As to "not reported", it would depend on the rule. Multiple accounts and pushes may be found by moderators but I suspect you are more interested in players 'insulting' other players and those are almost always reported by either the players involved or other players who were privy to the conversation in global chat.  That isn't inequality, that is simply how the system works.

Enjoy the game.

With regards,

Panacea
Community Manager
Forge of Empires, U.S.

**You 2019-01-16 22:36:36**

Actually, it seems you failed to gather my meaning from my "three pumps" argument... if something is insulting it's insulting the first time you say it. It doesn't BECOME insulting in the aggregate. Never once did you say it rose to the level of spamming, and it ONLY becomes spamming if everyone selling goods in every world is also spamming.

Reread your rules, it says it is allowed to call SOMEONE a noob... not a guild... but a person, therefore the exception to the rule applies to individuals.

There is inequality, because players are more likely to report some people and not others... Like that article I sent you, they're MORE likely to see female actions as offensive than male actions.

Exhibit 10 – Forge of Empires Support Tickets: TwoCents Submitted by Plaintiff Penny Quinteros
Case: 19-CV-1402 RSM - 1107

**You 2019-01-16 22:38:34**

It is how the system designed and instituted by InnoGames works... that doesn't mean it is inherently fair... it's not. It's a bad system that opens the door to discrimination like we're talking about here.

**You 2019-01-16 22:40:58**

Your "grey areas" that "experienced moderators" can adjudicate seem a lot like "retaliate against TwoCents for being a pain in the ass"...

**Forge of Empires - Customer Support 2019-01-16 22:44:05**

Hello TwoCents,

I apologize and should have used a different example other than the one word in the English dictionary I shouldn't have selected "noob".  As to "aggregate" and "spamming" and "equality" we will have to agree to disagree.

As to the "gray areas",  once again,  you have no idea just how fairly you are treated. We do our very, utmost best to make sure that you, everyone you report and everyone who reports you are held to the game rules without bias.

Have a nice evening.

With regards,

Panacea
Community Manager
Forge of Empires, U.S.

**You 2019-01-16 22:55:48**

See... we don't have to "agree to disagree"... I am the ultimate decision maker for how I behave... If you want me to modify/change my behavior then you're just going to have to establish that I am in some way incorrect.

As far as I can see, you're banning me for something that isn't against the rules. It falls under the "it is allowed to criticize a players way of playing" exception.

You warned me that I was insulting people, but didn't explain how or why that was happening. Therefore your warnings have no meaning.

But let's not lose sight of the bottom line here... you put a permanent chat-ban on my account for criticizing the way a player sells their goods, when you failed to put permanent chat bans on

people who have sexually harassed me for 3 years. The proof is simply in the pudding Panacea, you can't claim your rules are equal when you have such disparity of outcomes.

**Forge of Empires - Customer Support 2019-01-17 01:23:04**

Hello TwoCents,

I am certainly sorry you feel that way but there are variables (such as the number of warnings, the severity of the offense, etc) that you have no way of knowing and I am unable to discuss with you the actions taken with another player. As such, there is no way to continue this conversation.

The final decision here is that I am the Community Manager of the U.S. server and an InnoGames employee. As such, all aspects of the game, rules, players, and moderators are my responsibility and as the Game Rules state: The Community Management of the US version of Forge of Empires are the final arbiters of any rules dispute. Their interpretation of these rules is final.

With regards,

Panacea
Community Manager
Forge of Empires, U.S.

**You 2019-01-17 22:43:46**

Yes, but you didn't even give me any "warnings" regarding the particular phrasing "don't buy goods from this person, they will cheat you of fps etc." We specifically discussed that it would be OK so long as I didn't use the names, scammer, cheater, liar. You specifically said you didn't disagree... if they have the right to go in and solicit goods sales, I have the right to go in and de-solicit goods sales. It's specifically part of the game, they are growing their cities astronomically via goods sales, so I should have the opportunity to stop that.

Once you said "enough is enough" you immediately gave me a chat-ban for a week without even giving me the chance to comply! Then I came back and used generic phrasing and you banned me saying I was spamming. Spamming and Insulting are different things. After that you gave me a mysterious ban for "insulting" fellow players without explaining what phrasing I used that was insulting to you.

Honestly, it doesn't matter though. I continue to hold firm to the idea that telling people not to buy goods from a person because they will cheat you of forge points is a game-based phrase. It has no meaning outside of Forge of Empires. I could say it to a priest and it wouldn't insult him. Therefore it falls within the "you are allowed to criticize other players way of playing" exception. Furthermore, it is something that happens every day in every world... I'm not going to let you put on "special TwoCents" rules.

**Forge of Empires - Customer Support 2019-01-18 15:14:50**

Hello TwoCents,

As the Game Rules state: The Community Management of the US version of Forge of Empires are the final arbiters of any rules dispute. Their interpretation of these rules is final.

Enjoy the game.

With regards,

Panacea
Community Manager
Forge of Empires, U.S.

**You 2019-01-18 16:02:00**

And I'm the arbiter of my own actions; I'm not going to comply with false-interpretations that are against morality.

---

This ticket has been closed and can no longer be replied to.

**Attachments**

**This ticket currently has no attachments.**

# View ticket

# Are you a football fan 1.14

**You 2019-01-08 06:35:32**

Are you a football fan 1.13
TwoCents 2019-01-07 23:44:15
Are you a football fan 1.12
TwoCents 2019-01-07 02:31:10
New Are you a football fan 1.11
TwoCents 2019-01-07 02:11:26
Are you a football fan 1.10
TwoCents 2019-01-07 00:10:10
Are you a football fan 1.9?
TwoCents 2019-01-02 19:51:35
Are you a football fan 1.8?
TwoCents 2019-01-01 02:42:57
New View ticket Tickets

Are you a football fan 1.7

TwoCents 2018-12-31 19:42:12

New Are you a football fan 1.6
TwoCents 2018-12-31 04:13:32
New View ticket Tickets
Are you a football fan 1.5?

TwoCents 2018-12-30 20:22:22

New View ticket Tickets
Are you a football fan 1.3?

TwoCents 2018-12-30 17:33:21

View ticket Tickets
Are you a football fan?

TwoCents 2018-12-30 16:14:33

View ticket Tickets
Are you a football fan?

TwoCents 2018-12-30 15:34:29

Are you a football fan, man who named himself after a fictional rapist?
TwoCents 2018-12-30 15:35:01

I like the Seahawks myself. What's your favorite team?
Forge of Empires 2018-12-30 15:56:44

Hello TwoCents,

Irrelevant to a support ticket

Kind regards,

Sgt. Bothari
Co-Community Manager


- It's not irrelevant. It's directly related. If you will answer my question I will explain how. I am seeking common ground in understanding... putting my argument in a language you're intimately familiar with. So... are you a football fan?
Forge of Empires 2018-12-30 17:15:24

New Hello TwoCents,

Thank you for contacting Support. Your concern is important to us. We are reviewing your ticket and will reply as soon as possible.

Thank you for your patience.

Kind regards,

Menace
Senior Ingame Moderator
Forge of Empires, U.S.
Forge of Empires 2018-12-30 17:26:20

New Hello TwoCents,

I am sorry, it is irrelevant.
The fact that you called me a rapist in your initial post to this ticket also is an insult. I will not continue to engage you in this ticket.

Kind regards,

Sgt. Bothari
Co-Community Manager
Forge of Empires, U.S.

-If you're insulted by your choice of names then that's your problem. Sgt. Bothari is a fictional character who is a sadistic rapist. Not like I chose the name-you did.

-It is relevant, football and FoE are both games therefore there are a lot of similarities, which I can use to explain and explore my position.
Forge of Empires 2018-12-31 02:32:35

New Hello TwoCents,

Please do not create more than one ticket per issue. As this is a duplicate, we are closing this ticket. If you wish to pose additional information, please post in the pre-existing ticket. Thank you for your cooperation and enjoy the game.

Kind regards,

Sgt. Bothari
Co-Community Manager
Forge of Empires, U.S.

-are you a football fan?
Forge of Empires - Customer Support 2018-12-31 11:57:49
New Hello TwoCents,

Whether I am a fan or not this is irrelevant to the game.

Kind regards,

Sgt. Bothari
Co-Community Manager
Forge of Empires, U.S.

- I think it's relevant. Are you saying that my thoughts don't matter?
Forge of Empires 2019-01-01 02:36:21

New Hello TwoCents,

It is irrelevant as far as playing FoE is concerned as there is no NFL football in it. Thus this ticket has no reason to exist.

Kind regards,

Sgt. Bothari
Co-Community Manager
Forge of Empires, U.S.

- it is relevant to properly support FoE to discuss things in common terms, therefore it is entirely relevant to this support ticket.
Forge of Empires - Customer Support 2019-01-03 19:35:11
Hello TwoCents,

Thank you for contacting Support. Your concern is important to us. We are reviewing your ticket and will reply as soon as possible.

Thank you for your patience.

With regards,

Panacea
Community Manager
Forge of Empires, U.S.

TwoCents 2019-01-04 18:59:08
Are you a football fan Panacea?
Forge of Empires - Customer Support 2019-01-04 21:12:21
Hello TwoCents,

No, I am not. Thank you for asking. Enjoy the game.

With regards,

Panacea
Community Manager
Forge of Empires, U.S.

TwoCents 2019-01-04 21:51:19
So what game/sport do you enjoy? If any?

Panacea What game/sport do you enjoy? If any?
Forge of Empires - Customer Support 2019-01-07 01:56:35
Hello TwoCents,

This ticket has nothing to do with Support and will be closed. Please use Support as intended.

With regards,

Panacea
Community Manager
Forge of Empires, U.S.

- How do you know it has nothing to do with Support? As far as I'm concerned it has everything to do with support. I am attempting to speak to you in a language that you'll understand. Forge of Empires is a game, so I am relating it to another game that you'd (presumably) enjoy.
Forge of Empires - Customer Support 2019-01-07 02:22:08
Hello TwoCents,

This ticket has nothing to do with Support and will be closed. We will not be releasing any personal information including those games in which we might like or play. Please use Support as intended.

With regards,

Panacea
Community Manager
Forge of Empires, U.S.

I'm sorry, did you fail to read my message to you regarding forms of sexism your company has performed? Insisting that I change my manner of addressing you (a person in a power-position) is a way to silence and oppress women. I am trying to relate to you with something we'd both understand and you insist on making me modify my manner of addressing you. So I'll ask again, what game/sport do you enjoy?
Forge of Empires - Customer Support 2019-01-07 10:04:00

New Hello TwoCents,

Your issues regarding sexism are being addressed on Sexism 1.7. No one has asked you to address me as anything other than Panacea. I will not be answering any personal questions.

This ticket has nothing to do with Support and will be closed. We will not be releasing any personal information including those games in which we might like or play. Please use Support as intended.

With regards,

Panacea
Community Manager
Forge of Empires, U.S.

-When I say that you've asked me to change my manner of addressing you, I'm stating that you asked me to change the way I speak to you as a form of making me "play by your rules." You're not listening to what I'm saying, you're only criticizing the WAY I say it. This ticket has EVERYTHING to do with the support you and your moderators are offering to me, and nothing at all to do with "personal questions." I'm trying to find "common ground" to talk to you about. Make it up if you don't want to answer truthfully! What games do you enjoy?

**Forge of Empires - Customer Support 2019-01-08 19:53:21**

Hello TwoCents,

This ticket has nothing to do with Support and will be closed. We will not be releasing any personal information including those games in which we might like or play. Please use Support as intended.

With regards,

Panacea
Community Manager
Forge of Empires, U.S.

**You 2019-01-08 19:54:33**

I disagree, it has everything to do with Forge of Empires.

**Forge of Empires - Customer Support 2019-01-08 19:57:45**

Hello TwoCents,

This ticket has nothing to do with Support and will be closed. We will not be releasing any personal information including those games in which we might like or play. Please use Support

as intended.

With regards,

Panacea
Community Manager
Forge of Empires, U.S.

**You 2019-01-08 19:58:32**

How would you know if it has anything to do with support or not? I haven't made my statement about it yet?

**Forge of Empires - Customer Support 2019-01-08 20:01:14**

Hello TwoCents,

This ticket has nothing to do with Support and will be closed. We will not be releasing any personal information including those games in which we might like or play. Please use Support as intended.

With regards,

Panacea
Community Manager
Forge of Empires, U.S.

**You 2019-01-08 20:09:25**

Like I said, how the fuck would you know what this ticket is about since no one from your side has fucking said anything credible or substantial?

**Forge of Empires - Customer Support 2019-01-12 22:33:09**

Hello TwoCents,

We must insist that you remain civil and that profanity is not used in the Support system.  This ticket has nothing to do with Support and will be closed. We will not be releasing any personal information including those games in which we might like or play. Please use Support as intended.

With regards,

Panacea
Community Manager
Forge of Empires, U.S.

**You 2019-01-13 02:50:56**

Thank you for contacting TwoCents. Your concern is important to us. We are reviewing your statement and will reply as soon as possible.

**You 2019-01-13 19:23:28**

Thank you for contacting TwoCents. Your concern is important to us. We are reviewing your statement and will reply as soon as possible.

**You 2019-01-13 23:26:20**

Are you a Forge of Empires Fan?

**Forge of Empires - Customer Support 2019-01-14 22:53:57**

Hello TwoCents,

Absolutely, that much I'm willing to tell.  But as this ticket has nothing to do with Support and will be closed. We will not be releasing any personal information including those games in which we might like or play. Please use Support as intended.

With regards,

Panacea
Community Manager
Forge of Empires, U.S.

**You 2019-01-14 23:41:21**

So, you're willing to disclose that you enjoy one type of game, why not the other?

**Forge of Empires - Customer Support 2019-01-15 04:15:23**

Hello TwoCents,

Because THIS is Forge of Empires which I'm not certain you remember.  As this ticket has nothing to do with Support and will be closed. We will not be releasing any personal information including those games in which we might like or play. Please use Support as intended.

With regards,

Panacea
Community Manager
Forge of Empires, U.S.

**You 2019-01-15 07:14:11**

actually this is the support for Forge of Empires, not Forge of Empires itself, which makes it very difficult to USE Forge of Empires to make a metaphor ABOUT Forge of Empires.

**You 2019-01-15 07:32:19**

"Because THIS is Forge of Empires which I'm not certain you remember."

Could you please explain what you mean when making that statement?

**Forge of Empires - Customer Support 2019-01-15 10:51:52**

Hello TwoCents,

You've spent over a week asking me about other games. As this ticket has nothing to do with Support and will be closed.

With regards,

Panacea
Community Manager
Forge of Empires, U.S.

**You 2019-01-15 11:05:18**

It has everything to do with support, your obstinance is just preventing it.

**Forge of Empires - Customer Support 2019-01-15 11:38:50**

Hello TwoCents,

It has nothing to do with Support.  As this ticket has nothing to do with Support and will be closed.

With regards,

Panacea
Community Manager
Forge of Empires, U.S.

**You 2019-01-15 11:45:42**

How would you know it has nothing to do with support? I haven't made my point yet.

**Forge of Empires - Customer Support 2019-01-15 11:52:47**

Hello TwoCents,

Then I strongly suggest making your point in the first message and not the 20th.  Its much more effective.

With regards,

Panacea
Community Manager
Forge of Empires, U.S.

**You 2019-01-15 11:54:08**

My point can only be made on the basis of shared knowledge, at which end I'm trying to determine what things we have common knowledge of

**Forge of Empires - Customer Support 2019-01-15 11:56:29**

Hello TwoCents,

Then it will have to be a point unmade as there will be no "shared knowledge" of my personal interests.  Enjoy the game.

With regards,

Panacea
Community Manager
Forge of Empires, U.S.

**You 2019-01-15 12:01:59**

Which is patently unfair to deny me support and the ability to make points regarding my argument with the company...

**Forge of Empires - Customer Support 2019-01-15 21:07:07**

Hello TwoCents,

No one has denied you support as indicated by your 558 tickets.  If you have a question, please ask. Otherwise, I am closing this ticket.

With regards,

Panacea
Community Manager
Forge of Empires, U.S.

**You 2019-01-15 21:14:07**

Well, considering of those 558 tickets, 500 were closed with only a canned platitude or without a response at all... I'd say that shows a consistent denial of service.

**Forge of Empires - Customer Support 2019-01-15 21:16:45**

Hello TwoCents,

On each, you were answered without canned platitude (how do you answer "Do you like football?" with a canned platitude?). I'm sorry that you do not like our answers but if you would ask legitimate questions about the game and that Support can answer, we will be happy to do so.

With regards,

Panacea
Community Manager
Forge of Empires, U.S.

**You 2019-01-15 21:23:21**

Perhaps that's the reason that I ask these types of questions, so that you can't just shuffle them aside with canned responses. I'll ask a legitimate question now: Do you like American Football?

**Forge of Empires - Customer Support 2019-01-15 21:26:18**

Hello TwoCents,

I will N.O.T. answer any personal questions.   I'm sorry that you do not like our answers but if you would ask legitimate questions about the game and that Support can answer, we will be happy to do so.

With regards,

Panacea
Community Manager
Forge of Empires, U.S.

**You 2019-01-15 21:27:24**

alright, do you know and understand the rules of American Football?

**You 2019-01-15 21:29:14**

Can I guess which team you like? Is it the Arizona Cardinals?

**Forge of Empires - Customer Support 2019-01-15 21:32:36**

Hello TwoCents,

I will N.O.T. answer any personal questions.   I'm sorry that you do not like our answers but if you would ask legitimate questions about the game and that Support can answer, we will be happy to do so.

With regards,

Panacea
Community Manager
Forge of Empires, U.S.

**You 2019-01-15 21:36:05**

So it is the Arizona Cardinals then... that team sucks Panacea, why would you like them?

**Forge of Empires - Customer Support 2019-01-15 21:37:27**

Hello TwoCents,

I will N.O.T. answer any personal questions.   I'm sorry that you do not like our answers but if you would ask legitimate questions about the game and that Support can answer, we will be happy to do so.

With regards,

Panacea
Community Manager
Forge of Empires, U.S.

**You 2019-01-15 21:37:59**

Why would you like the Arizona Cardinals?

**You 2019-01-24 01:02:19**

You are a Cardinals fan though right?

This ticket has been closed and can no longer be replied to.

**Attachments**

Exhibit 10 – Forge of Empires Support Tickets: TwoCents Submitted by Plaintiff Penny Quinteros
Case: 19-CV-1402 RSM - 1121

This ticket currently has no attachments.

# View ticket

# Unjust - you know it is

**You 2019-01-28 20:17:59**

This is just not right Panacea, you banned me from Y world for "calling people cheaters" when I said they would Cheat a person of fps. Today you let B-Rad call me a game-cheater which is NOT criticizing an ingame activity. and now you're letting people taunt me about this unjust, inappropriate, and capricious ban you've got on me. Then you let people taunt me for your stupid pussy-ass actions. Fucking remove it.

**Forge of Empires - Customer Support 2019-01-28 22:38:22**

Hello TwoCents,

Thank you for bringing this matter to our attention. We appreciate all players that help the Forge team to keep our game running without rule breakers. TwoCents, I will investigate and take the appropriate action(s) if I find rule breaking.

With regards,

Panacea
Community Manager
Forge of Empires, U.S.

**You 2019-01-29 01:04:54**

and? and? and?

**Forge of Empires - Customer Support 2019-01-29 11:23:34**

Hello TwoCents,

Once again, you will not be informed of any action/non-action taken with another player.

Enjoy the game,

With regards,

Exhibit 10 – Forge of Empires Support Tickets: TwoCents Submitted by Plaintiff Penny Quinteros
Case: 19-CV-1402 RSM - 1122

Panacea
Community Manager
Forge of Empires, U.S.

**You 2019-01-29 12:08:38**

Once again, I don't give a flying fuck about the actions of another player, I only care that you are unfairly targeting me trying to hide the fact.

---

This ticket has been closed and can no longer be replied to.

**Attachments**

This ticket currently has no attachments.

# View ticket

# Guild with offensive name FUPA

**You 2019-01-29 16:03:07**

This guild has an offensive name. FUPA = Fat Upper Pubic Area. It's a word designed to insult and shame fat women.

**Forge of Empires - Customer Support 2019-01-29 16:10:54**

Hello TwoCents,

Thank you for bringing this matter to our attention. We appreciate all players that help the Forge team to keep our game running without rule breakers. TwoCents, I will investigate and take the appropriate action(s) if I find rule breaking.

Kind regards,

Sgt. Bothari
Co-Community Manager
Forge of Empires, U.S.

**You 2019-01-29 16:16:47**

Ok dude who named himself after a fictional rapist, we know you're not gonna do shit about it, so why even bother pretending that you will?

**Forge of Empires - Customer Support 2019-01-29 16:53:17**

you may want ot refresh your browser and prepare an apology.

Kind regards,

Sgt. Bothari
Co-Community Manager
Forge of Empires, U.S.

**You 2019-01-29 16:53:40**

you may want to suck it

---

This ticket has been closed and can no longer be replied to.

**Attachments**

**This ticket currently has no attachments.**

# View ticket

# Question regarding previous ticket

**You 2019-01-14 23:36:53**

On 11/26/2018 in a ticket titled An appeal of all bans on my record you stated:

Forge of Empires - Customer Support2018-11-26 03:37:34
Hello TwoCents,

There are no game rules that address the issues you are discussing. Perhaps in the future the game rules will adapt to address this but it is not the case now. I will talk to the moderators about this issue however, many of the moderators you indicate are no longer with us.

Having said this, there is truly little benefit to continuing this ticket if this is the direction you are going. As such, I am closing this ticket at this time.

Enjoy the game.

Respectfully,

Panacea
Community Manager
Forge of Empires, U.S.

Are you saying that there are no specific game rules preventing sexism in chat/Forge of Empires?

**Forge of Empires - Customer Support 2019-01-15 04:14:38**

Hello TwoCents,

I'm sorry but if you are going to start recycling tickets from months ago, you'll have to give me more background than that.  In general, sexism would be considered under "insulting a fellow player".  However, there is not a rule that addresses sexism directly which is what led to the answer you received.

Enjoy the game.

With regards,

Panacea
Community Manager
Forge of Empires, U.S.

**You 2019-01-15 07:15:23**

So, when a fellow player calls me "girl" and "honey" and "much kisses my love" acting in a way that demeans females OR says "women should be cooking dinner and having babies" is that against the game rules?

**Forge of Empires - Customer Support 2019-01-15 10:50:47**

Hello TwoCents,

In general, sexism would be considered under "insulting a fellow player".  However, there is not a rule that addresses sexism directly which is what led to the answer you received.

With regards,

Panacea
Community Manager
Forge of Empires, U.S.

**You 2019-01-15 11:08:36**

So to answer my question... girl, honey, kisses my love... these things would get a player banned?

**Forge of Empires - Customer Support 2019-01-15 11:38:05**

Hello TwoCents,

We do not give out answer to questions such as these. This may be taken out of context.  There is not a rule that addresses sexism directly which is what led to the answer you received.

With regards,

Panacea
Community Manager
Forge of Empires, U.S.

**You 2019-01-15 11:47:57**

There is no rule against sexism/sexist behavior? So if a player were engaging in sexism what they had to say would ALSO have to be found insulting or offensive to be punishable?

**Forge of Empires - Customer Support 2019-01-15 11:57:53**

Hello TwoCents,

We do not give out answer to questions such as these. This may be taken out of context.  There is not a rule that addresses sexism directly which is what led to the answer you received.

With regards,

Panacea
Community Manager
Forge of Empires, U.S.

**You 2019-01-15 12:03:45**

My statement was a generalization of what you previously said... because you "do not have a rule against sexism" the sexist language/behavior cannot be sanctioned unless it is also found insulting/offensive?

**Forge of Empires - Customer Support 2019-01-15 21:19:01**

Hello TwoCents,

We do not give out answer to questions such as these. This may be taken out of context.  There is not a rule that addresses sexism directly which is what led to the answer you received.

With regards,

Panacea
Community Manager
Forge of Empires, U.S.

**You 2019-01-15 21:25:13**

Yes, but as you so often point out, you are the final arbiter of rules and penalties occurring on the US servers. You should be able to answer general questions about your rules, such as: does a player who uses sexist language ALSO have to use offensive/insulting language in order to be punished?

**Forge of Empires - Customer Support 2019-01-15 21:33:35**

Hello TwoCents,

It would depend on the context and what was actually said. I am unable to grant you some type of general answer to this question.

With regards,

Panacea
Community Manager
Forge of Empires, U.S.

**You 2019-01-15 21:34:18**

and my context was, "girl" "honey" "sweetheart" and "kisses my love"

**Forge of Empires - Customer Support 2019-01-15 21:37:09**

Hello TwoCents,

I'm very sorry but if you wish to report a player who says this, we will be happy to look at these phrases in context.   I will investigate and take the appropriate action(s) if I find rule breaking.

If this conversation is taking place in chat, please take two steps-
1. Press your right button on your mouse and 'Report' the player. This takes a screenshot of the conversation and reports it directly to a group of moderators who handle these promptly.
2. Right click and press'ignore'. This will take him from your chat screen.

If this conversation is taking place via the messaging system, due to our Privacy Rules we can not look in your Messages.
1. Please left click on the player's name. This will bring up a menu that has 'Report'. Press the

'Report' button. It brings up a window for your report. This will capture the message and send it directly to the moderators.

No matter which, please do not engage this person in the future. Once reported using the REPORT feature, we will be able to act on the report. Thank you.

With regards,

Panacea
Community Manager
Forge of Empires, U.S.

**You 2019-01-15 21:38:42**

I'm saying, rule-breaking is rule-breaking right? Does it matter why a person is being sexist?

**Forge of Empires - Customer Support 2019-01-15 21:42:11**

Hello TwoCents,

I'm very sorry but if you wish to report a player who says this, we will be happy to look at these phrases in context.   I will investigate and take the appropriate action(s) if I find rule breaking.

With regards,

Panacea
Community Manager
Forge of Empires, U.S.

**You 2019-01-15 21:43:28**

You are aware that I've reported players like this in the past and you haven't found their behavior to be "insulting/offensive" even though it was sexist, correct?

**Forge of Empires - Customer Support 2019-01-15 21:45:03**

Hello TwoCents,

You have no idea the outcome of the reports you've submitted. We will not divulge the outcome of any report or any action/lack of action taken with another player.  I'm very sorry but if you wish to report a player who says this, we will be happy to look at these phrases in context.   I will investigate and take the appropriate action(s) if I find rule breaking.

With regards,

Panacea

Community Manager
Forge of Empires, U.S.

**You 2019-01-15 21:46:42**

I know that a person/persons wasn't sanctioned for an action if they are freely able to repeat the action 12 days in a row...

**Forge of Empires - Customer Support 2019-01-15 21:47:23**

Hello TwoCents,

You have no idea the outcome of the reports you've submitted. We will not divulge the outcome of any report or any action/lack of action taken with another player.  I'm very sorry but if you wish to report a player who says this, we will be happy to look at these phrases in context.   I will investigate and take the appropriate action(s) if I find rule breaking.

With regards,

Panacea
Community Manager
Forge of Empires, U.S.

**You 2019-01-15 21:48:14**

hahaha... so I report people, nothing happens to them, no sanctions are taken, and then you say "report these players." What's the point of doing something so futile since you don't punish them?

**Forge of Empires - Customer Support 2019-01-24 01:38:34**

Hello TwoCents,

As we've discussed, you do not know the actions taken with other players as we will not divulge the outcome of any report or any action/lack of action taken with another player.  I'm very sorry but if you wish to report a player, we will be happy to look at these phrases in context.   I will investigate and take the appropriate action(s) if I find rule breaking.

Enjoy the game.

With regards,

Panacea
Community Manager
Forge of Empires, U.S.

Exhibit 10 – Forge of Empires Support Tickets: TwoCents Submitted by Plaintiff Penny Quinteros
Case: 19-CV-1402 RSM - 1129

**You 2019-01-24 02:04:40**

What's the point of doing something so futile since you don't punish them?

**Forge of Empires - Customer Support 2019-02-02 22:45:47**

Hello TwoCents,

As we've discussed, you do not know the actions taken with other players as we will not divulge the outcome of any report or any action/lack of action taken with another player.  I'm very sorry but if you wish to report a player, we will be happy to look at these phrases in context.   I will investigate and take the appropriate action(s) if I find rule breaking.

Enjoy the game.

With regards,

Panacea
Community Manager
Forge of Empires, U.S.

**You 2019-02-02 22:54:43**

I know the actions you've taken, don't make the mistake of thinking I don't.

**Forge of Empires - Customer Support 2019-02-02 23:02:53**

Hello TwoCents,

Thank you for keeping such close tabs on me.  I appreciate your interest in the game.

With regards,

Panacea
Community Manager
Forge of Empires, U.S.

**You 2019-02-02 23:09:58**

You're welcome.

**You 2019-02-02 23:28:21**

You're welcome.

**You 2019-02-02 23:51:16**

You're welcome.

---

This ticket has been closed and can no longer be replied to.

**Attachments**

**This ticket currently has no attachments.**

# View ticket

# While you're at it...

**You 2019-02-03 00:47:27**

While you're deciding how to respond to my questions by placing them in "pending" status without answering them, would you please explain why you think it's not malfeasance to change your game rules without notifying players of the changes?

**Forge of Empires - Customer Support 2019-02-03 01:59:35**

Hello TwoCents,

Please do not create more than one ticket per issue. As this is a duplicate, we are closing this ticket. If you wish to pose additional information, please post in the pre-existing ticket. Thank you for your cooperation and enjoy the game.

With regards,

Panacea
Community Manager
Forge of Empires, U.S.

---

This ticket has been closed and can no longer be replied to.

**Attachments**

This ticket currently has no attachments.

# View ticket

# Spartan3331 - Question

**You 2019-02-10 00:47:55**

Hey, Panacea, this dude seems to think he's your best friend and that he's "T-World Royalty" because of it. He says you're giving him 2 free Colosus prints cuz he is friends with the moderators. Say it ain't so... cuz after all the time you and I have spent together you and me are like peas 'n carrots. I'd hate to think someone else was moving in on you.

**Forge of Empires - Customer Support 2019-02-10 00:56:08**

Hello TwoCents,

Many players think that they are my "best friend". You should know by now not to believe everything you read in Global Chat.

Enjoy the game.

With regards,

Panacea
Community Manager
Forge of Empires, U.S.

**You 2019-02-10 00:57:56**

Of course I know that, I just got insecure for a minute... needed a little reassurance. I DID report him btw. I'd appreciate if you'd teach him that Inno rules apply to everyone...

**You 2019-02-10 01:04:50**

Btw, it was in private messages that he said this, which are attached.

**Forge of Empires - Customer Support 2019-02-10 02:09:00**

Hello TwoCents,

Thank you for bringing this matter to our attention. We appreciate all players that help the Forge team to keep our game running without rule breakers. TwoCents, I will investigate and take the appropriate action(s) if I find rule breaking.

With regards,

Panacea
Community Manager
Forge of Empires, U.S.

**You 2019-02-10 03:11:03**

Are you Starlight?

**Forge of Empires - Customer Support 2019-02-10 03:53:19**

Hello TwoCents,

I'm not certain I understand your question.

With regards,

Panacea
Community Manager
Forge of Empires, U.S.

**You 2019-02-10 12:14:51**

Are you the player Starlight on Water?

**Forge of Empires - Customer Support 2019-02-10 20:19:44**

Hello TwoCents,

No but even if I were, I would not tell you or any player my player name.  As a matter of point, I no longer actively play on the U.S. server.

With regards,

Panacea
Community Manager
Forge of Empires, U.S.

**You 2019-02-10 20:39:30**

you sure? You just said you had trouble keeping up with your 2 worlds...

**Forge of Empires - Customer Support 2019-02-10 20:42:59**

Hello TwoCents,

Exhibit 10 – Forge of Empires Support Tickets: TwoCents Submitted by Plaintiff Penny Quinteros
Case: 19-CV-1402 RSM - 1133

Of course, I am sure.  I play Beta in order to be able to answer your questions when the events get to our server.

Enjoy the game.

With regards,

Panacea
Community Manager
Forge of Empires, U.S.

**You 2019-02-10 20:49:08**

My husband plays Beta. I'll tell him to say hi.
Penny

**You 2019-02-10 22:36:47**

Are you aware that your "contact support" feature is broken? It used to work regardless of where you right-clicked. Now it only works if you right-click in a non-playable area such as the water. It doesn't work from the GvG screen at all, can't click anywhere around your city... etc.

**Forge of Empires - Customer Support 2019-02-10 23:21:41**

Hello TwoCents,

Thank you for letting us know.

With regards,

Panacea
Community Manager
Forge of Empires, U.S.

---

This ticket has been closed and can no longer be replied to.

## Attachments

This ticket currently has no attachments.

# View ticket

# An Administrator found your in game behavior - 2/11/19 1.4

**You 2019-02-11 21:26:30**

What, exactly, did I do to deserve this warning?

**Forge of Empires - Customer Support 2019-02-11 21:31:29**

Hello TwoCents,

Please do not create more than one ticket per issue. As this is a duplicate, we are closing this ticket. If you wish to pose additional information, please post in the pre-existing ticket. Thank you for your cooperation and enjoy the game.

With regards,

Panacea
Community Manager
Forge of Empires, U.S.

---

This ticket has been closed and can no longer be replied to.

**Attachments**

**This ticket currently has no attachments.**

# View ticket

# An Administrator found your in game behavior - 2/11/19 1.3

**You 2019-02-11 21:20:30**

What, exactly, did I do to cause a warning?

**Forge of Empires - Customer Support 2019-02-11 21:31:40**

Hello TwoCents,

Please do not create more than one ticket per issue. As this is a duplicate, we are closing this ticket. If you wish to pose additional information, please post in the pre-existing ticket. Thank you for your cooperation and enjoy the game.

With regards,

Panacea
Community Manager
Forge of Empires, U.S.

---

This ticket has been closed and can no longer be replied to.

**Attachments**

This ticket currently has no attachments.

# View ticket

# An Administrator found your in game behavior - 2/11/19 1.5

**You 2019-02-11 21:31:38**

What, exactly, did I do to deserve this? What is this? a warning? a ban? what?

**Forge of Empires - Customer Support 2019-02-11 21:31:51**

Hello TwoCents,

Please do not create more than one ticket per issue. As this is a duplicate, we are closing this ticket. If you wish to pose additional information, please post in the pre-existing ticket. Thank you for your cooperation and enjoy the game.

With regards,

Panacea
Community Manager
Forge of Empires, U.S.

---

This ticket has been closed and can no longer be replied to.

**Attachments**

**This ticket currently has no attachments.**

# View ticket

# An Administrator found your in game behavior - 2/11/19 1.2

**You 2019-02-11 21:14:52**

What, exactly, was this for?

**Forge of Empires - Customer Support 2019-02-11 21:34:01**

Hello TwoCents,

Please do not create more than one ticket per issue. As this is a duplicate, we are closing this ticket. If you wish to pose additional information, please post in the pre-existing ticket. Thank you for your cooperation and enjoy the game.

With regards,

Panacea
Community Manager
Forge of Empires, U.S.

---

This ticket has been closed and can no longer be replied to.

**Attachments**

**This ticket currently has no attachments.**

# View ticket

# Didn't get my last Colosus upgrade

**You 2019-02-08 18:00:05**

I'm not sure what happened on this world Panacea. Before the event ended I went through all my worlds to make sure I'd have enough upgrades to get all my worlds a level 10 colosus (except O world cuz I just didn't have the ability to do the quest there.) I'm sure you can see with my diamond-purchase record that the worlds I didn't have enough upgrades on, I purchased until I did. For some reason though, U world never came out with the right number of upgrades. It wasn't from the league reward. I got that as expected. It was like my last touchdown didn't register or something. Can you help me please?

**Forge of Empires - Customer Support 2019-02-09 04:18:47**

Hello TwoCents,

Thank you for contacting Support.  Your concern is important to us.  We are reviewing your ticket and will reply as soon as possible.

Thank you for your patience.

With regards,

Panacea
Community Manager
Forge of Empires, U.S.

**Forge of Empires - Customer Support 2019-02-10 00:32:33**

Hello TwoCents,

Please be patient. I'm researching this for you.

With regards,

Panacea
Community Manager
Forge of Empires, U.S.

**You 2019-02-10 00:39:33**

Ok, may I ask another question?

**You 2019-02-10 00:40:06**

I'll put a new ticket..

**Forge of Empires - Customer Support 2019-02-12 02:46:33**

Thanks so much for your patience. I've taken this ticket over from Panacea as I've spent quite a bit of time checking over logs this morning to make sure I've not gotten anything wrong here. In short, on this world it looks like you didn't finish the final daily quest, and as such, you unfortunately missed out on the last Upgrade kit from the counter quests at the bottom.

For clarity, you received:

Level 1 building for completing the first 5 quests.
Upgrade kits for finishing quests 15 and 40.
You ran the field and achieved a score of 726, which equates to a little over 9 times, which equals 5 upgrade kits (Grand prizes 1,3,5,7,9).
You finished in Bronze and got one upgrade kit.

This leaves you, unfortunately, with 1 upgrade kit missing from the uncompleted quest. The final days quest was to Complete 5 Guild Expedition encounters by negotiating without losing or Defeat 36 units, and Pay 52,500 supplies. When I compare the logs on the other worlds where you did get the full Colossus, you completed all the quests and received the final upgrade kit.

Unfortunately, this puts you in the same boat as a few other players, who also didn't finish all the quests. Its easily overlooked when you play a lot of worlds.

Thanks again for your time.

Kind regards,

Richard Stephenson
Community Manager

**You 2019-02-12 15:40:58**

That's impossible. I went through several times and checked to make sure I completed everything. SEVERAL TIMES. Your game must've had a glitch.

**You 2019-02-12 15:42:02**

Don't fucking assume that it was a mistake I made because "it's easily overlooked when you play a lot of worlds." YOUR GAME FUCKED UP!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!

!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!
FUCKING FIX IT YOU DISGUSTING PIECE OF DOG SHIT!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!

**You 2019-02-12 15:42:56**

YOUR GAME FUCKED UP.

**You 2019-02-12 15:43:04**

YOUR GAME FUCKED UP

**You 2019-02-12 16:05:11**

Let me give you a piece of advice on customer service fucker... When I contact you to tell you that I am having a problem, please don't assume that I "made a mistake." I didn't make a fucking mistake. Your game made an error in some way. Either it told me the quest was completed when it wasn't, or the completion of the quest didn't register properly. Either way... I didn't make a fucking mistake. You did by making an ASSUMPTION. Is that the kind of shit they teach you at Leeds Beckett University? How to make stupid fucking errors based upon jumping the gun?

This ticket has been closed and can no longer be replied to.

**Attachments**

This ticket currently has no attachments.

# View ticket

# YOUR GAME FUCKED UP 1.6

**You 2019-02-12 16:13:25**

YOUR GAME FUCKED UP

**Forge of Empires - Customer Support 2019-02-12 16:17:53**

Hello TwoCents,

Please do not create more than one ticket per issue. As this is a duplicate, we are closing this ticket. If you wish to pose additional information, please post in the pre-existing ticket. Thank you for your cooperation and enjoy the game.

With regards,

Panacea
Community Manager
Forge of Empires, U.S.

---

This ticket has been closed and can no longer be replied to.

## Attachments

**This ticket currently has no attachments.**

# View ticket

# YOUR GAME FUCKED UP 1.5

**You 2019-02-12 16:08:18**

YOUR GAME FUCKED UP

**Forge of Empires - Customer Support 2019-02-12 16:18:05**

Hello TwoCents,

Please do not create more than one ticket per issue. As this is a duplicate, we are closing this ticket. If you wish to pose additional information, please post in the pre-existing ticket. Thank you for your cooperation and enjoy the game.

With regards,

Panacea
Community Manager
Forge of Empires, U.S.

---

This ticket has been closed and can no longer be replied to.

## Attachments

**This ticket currently has no attachments.**

# View ticket

# YOUR GAME FUCKED UP 1.4

**You 2019-02-12 16:02:50**

YOUR GAME FUCKED UP

**Forge of Empires - Customer Support 2019-02-12 16:18:17**

Hello TwoCents,

Please do not create more than one ticket per issue. As this is a duplicate, we are closing this ticket. If you wish to pose additional information, please post in the pre-existing ticket. Thank you for your cooperation and enjoy the game.

With regards,

Panacea
Community Manager
Forge of Empires, U.S.

---

This ticket has been closed and can no longer be replied to.

**Attachments**

**This ticket currently has no attachments.**

# View ticket

# YOUR GAME FUCKED UP 1.2

**You 2019-02-12 15:49:36**

YOUR GAME FUCKED UP!

**Forge of Empires - Customer Support 2019-02-12 16:18:41**

Hello TwoCents,

Please do not create more than one ticket per issue. As this is a duplicate, we are closing this ticket. If you wish to pose additional information, please post in the pre-existing ticket. Thank you for your cooperation and enjoy the game.

With regards,

Panacea
Community Manager
Forge of Empires, U.S.

---

This ticket has been closed and can no longer be replied to.

**Attachments**

**This ticket currently has no attachments.**

# View ticket

# YOUR GAME FUCKED UP 1.3

**You 2019-02-12 15:55:11**

YOUR GAME FUCKED UP

**Forge of Empires - Customer Support 2019-02-12 16:19:01**

Hello TwoCents,

Please do not create more than one ticket per issue. As this is a duplicate, we are closing this ticket. If you wish to pose additional information, please post in the pre-existing ticket. Thank you for your cooperation and enjoy the game.

With regards,

Panacea
Community Manager
Forge of Empires, U.S.

---

Exhibit 10 – Forge of Empires Support Tickets: TwoCents Submitted by Plaintiff Penny Quinteros
Case: 19-CV-1402 RSM - 1143

This ticket has been closed and can no longer be replied to.

**Attachments**

**This ticket currently has no attachments.**

# View ticket

# YOUR GAME FUCKED UP

**You 2019-02-12 15:44:09**

YOUR GAME FUCKED UP!

**Forge of Empires - Customer Support 2019-02-12 16:17:35**

Hello TwoCents,

First, we must ask that you remain civil in discussing an issue with Support.

Please provide more information than this.

With regards,

Panacea
Community Manager
Forge of Empires, U.S.

**Forge of Empires - Customer Support 2019-02-12 16:21:05**

Hello TwoCents,

Never mind. I see this is in response to another ticket.

Please do not create more than one ticket per issue. As this is a duplicate, we are closing this ticket. If you wish to pose additional information, please post in the pre-existing ticket. Thank you for your cooperation and enjoy the game.

With regards,

Panacea
Community Manager
Forge of Empires, U.S.

This ticket has been closed and can no longer be replied to.

**Attachments**

**This ticket currently has no attachments.**

# View ticket

# YOUR GAME FUCKED UP 1.7

**You 2019-02-12 16:35:38**

Hello Panacea,

First, we must ask that you remain civil in discussing a support issue with me.

Please provide more information than this.

With regards,

TwoCents
The Woman Who is Better than You

**Forge of Empires - Customer Support 2019-02-12 16:38:24**

Hello TwoCents,

Please do not create more than one ticket per issue. As this is a duplicate, we are closing this ticket. If you wish to pose additional information, please post in the pre-existing ticket. Thank you for your cooperation and enjoy the game.

With regards,

Panacea
Community Manager
Forge of Empires, U.S.

This ticket has been closed and can no longer be replied to.

**Attachments**

**This ticket currently has no attachments.**

# View ticket

# YOUR GAME FUCKED UP 1.8

**You 2019-02-12 16:46:47**

YOUR GAME FUCKED UP

**Forge of Empires - Customer Support 2019-02-12 16:52:35**

Hello TwoCents,

Please do not create more than one ticket per issue. As this is a duplicate, we are closing this ticket. If you wish to pose additional information, please post in the pre-existing ticket. Thank you for your cooperation and enjoy the game.

With regards,

Panacea
Community Manager
Forge of Empires, U.S.

---

This ticket has been closed and can no longer be replied to.

**Attachments**

**This ticket currently has no attachments.**

# View ticket

# Diamond purchase on T world

**You 2019-01-25 18:05:39**

I'm trying to buy a starter-package of diamonds on T world and the computer isn't letting me do so.

**Forge of Empires - Customer Support 2019-01-25 22:48:58**

Hello TwoCents,

What seems to be the issue? When you press the '+' button, what happens? At what point do you run into difficulty? Be as detailed as possible in order for us to be able to assist you. Any screenshots are helpful. Thank you.

With regards,

Panacea
Community Manager
Forge of Empires, U.S.

**You 2019-01-25 22:58:29**

I type in my credit card numer and it says "invalid card"... I checked it several times. It did allow me to complete the purchase with paypal. Does it only allow new world incentives once per payment type?

**Forge of Empires - Customer Support 2019-01-25 23:10:45**

Hello TwoCents,

The package you selected 'Special Starter package XL' should be allowed to be purchased more than once in my experience. However, I will verify this once Payments opens in the morning. I am glad you were able to use PayPal which would have been my next suggestion as many credit cards place limits on the number of international transactions that may be purchased at one time. Yours may be one of these and may need to be pre-approved for international transactions.

I apologize for the inconvenience.

With regards,

Panacea
Community Manager
Forge of Empires, U.S.

**You 2019-01-28 20:15:14**

And? Did you get an answer or were you just blowing smoke up my ass?

**Forge of Empires - Customer Support 2019-01-28 23:21:41**

Hello TwoCents,

I apologize for the delay. Players are allowed to purchase one Special Starter package of each type (S, M, L , XL).

With regards,

Panacea
Community Manager
Forge of Empires, U.S.

**You 2019-01-29 01:05:12**

well, that sucks.

**You 2019-01-29 12:08:54**

well that sucks

**Forge of Empires - Customer Support 2019-01-29 21:01:24**

Hello TwoCents,

I'm sorry but those are the restrictions on those packages. Enjoy the game.

With regards,

Panacea
Community Manager
Forge of Empires, U.S.

**You 2019-01-29 22:58:52**

why?

**Forge of Empires - Customer Support 2019-01-30 02:26:03**

Hello TwoCents,

 There are many decisions made as not to allow diamond players to gain too large an advantage over players who are not purchasing diamonds. This is one of those.

Enjoy the game.

With regards,

Panacea
Community Manager
Forge of Empires, U.S.

**You 2019-01-30 02:33:44**

omg, that was the funniest thing you've said in weeks. People are spending more than it costs to buy a new CAR! Blacklisted is the #1 guild on all the US servers because they bought their way there. Y world has only been open 1 year.... people have been working YEARS AND YEARS AND YEARS and these plutocratic fucks make all their efforts useless... and this is your answer to it?! Jesus fucking christ woman... wake up!

**Forge of Empires - Customer Support 2019-01-30 02:40:36**

Hello TwoCents,

I suggest if you do not like our answers, that you quit writing to Support for those answers. We do our best to provide you with accurate responses in a timely manner of which you cuss, demean, belittle the moderators, me included, who take their time to answer you.

InnoGames keeps track of those players "spending more ....than a car". They watch how these players impact the game and make adjustments to the game (periodically) in order to limit such impact although I appreciate you calling our attention to the matter.

With regards,

Panacea
Community Manager
Forge of Empires, U.S.

**You 2019-01-30 02:46:44**

I suggest you provide support instead of making up prevaricating puff-ball answers.

**You 2019-01-30 02:48:23**

Do the "adjustments to the game" that InnoGames make include handcuffing the only people fighting against the plutocrats by putting inequitable bans on them?

**Forge of Empires - Customer Support 2019-01-30 23:03:24**

Hello TwoCents,

All players abide by the same game rules.

Enjoy the game.

With regards,

Panacea

Community Manager
Forge of Empires, U.S.

**You 2019-01-30 23:20:30**

actually they don't. only the players that get reported are subject to the sanctions.

**Forge of Empires - Customer Support 2019-01-30 23:31:42**

Hello TwoCents,

Thank you for your interpretation of our policies but the game rules are published and all players are subject to them.

Enjoy the game.

With regards,

Panacea
Community Manager
Forge of Empires, U.S.

**You 2019-01-30 23:52:47**

There is no interpretation. You yourself have told me that only players that get reported are subject to punishment. That you can't and don't go searching through chat to moderate the game. Therefore only the people getting reported are subject to the rules.

**Forge of Empires - Customer Support 2019-01-31 01:44:57**

Hello TwoCents,

The game rules are published and all players are subject to them.

With regards,

Panacea
Community Manager
Forge of Empires, U.S.

**You 2019-01-31 02:08:53**

except only the unpopular ones are ACTUALLY subject to them.

**You 2019-02-07 23:22:39**

except only the unpopular ones are ACTUALLY subject to them.

**You 2019-02-12 17:02:53**

except only the unpopular ones are ACTUALLY subject to them.

---

This ticket has been closed and can no longer be replied to.

**Attachments**

**This ticket currently has no attachments.**

# View ticket

# YOUR GAME FUCKED UP 1.9

**You 2019-02-12 18:00:47**

YOUR GAME FUCKED UP

**Forge of Empires - Customer Support 2019-02-12 18:05:22**

Hello TwoCents,

Please do not create more than one ticket per issue. As this is a duplicate, we are closing this ticket. If you wish to pose additional information, please post in the pre-existing ticket. Thank you for your cooperation and enjoy the game.

With regards,

Panacea
Community Manager
Forge of Empires, U.S.

---

This ticket has been closed and can no longer be replied to.

**Attachments**

**This ticket currently has no attachments.**

# View ticket

# YOUR GAME FUCKED UP 2.0

**You 2019-02-12 18:11:43**

If you don't want me to put in multiple tickets, then answer the original one.

**Forge of Empires - Customer Support 2019-02-12 18:39:32**

Hello TwoCents,

Please do not create more than one ticket per issue. As this is a duplicate, we are closing this ticket. If you wish to pose additional information, please post in the pre-existing ticket. Thank you for your cooperation and enjoy the game.

With regards,

Panacea
Community Manager
Forge of Empires, U.S.

---

This ticket has been closed and can no longer be replied to.

**Attachments**

**This ticket currently has no attachments.**

# View ticket

# Reparations

**You 2019-01-21 20:36:29**

Just letting you know that you owe my guild 50,000 of each type of good and 5,000 troops each for your illegal actions.

**Forge of Empires - Customer Support 2019-01-21 22:55:39**

Hello TwoCents,

I am sorry but as they game is functioning correctly, no renumeration is indicated.  Enjoy the game.

With regards,

Panacea
Community Manager
Forge of Empires, U.S.

**You 2019-01-21 23:20:24**

I'm sorry, you're right... the game IS functioning correctly... as sexist as you created it to be...

**You 2019-01-21 23:57:22**

Well, isn't that what you just said? Your game is running as it's supposed to... which means that the sexist outcomes are built into the structure of the game?

**Forge of Empires - Customer Support 2019-01-22 08:07:21**

Hello TwoCents,

Please do not try to read more into a sentence than what I have typed.  Enjoy the game.

With regards,

Panacea
Community Manager
Forge of Empires, U.S.

**You 2019-01-22 19:12:56**

Why not? You do it all the time.

**You 2019-01-22 19:58:53**

Why not? You do it all the time.

**You 2019-01-22 21:45:36**

Why not? You do it all the time.

**You 2019-01-23 00:08:14**

Why not? You do it all the time.

**You 2019-02-02 23:12:17**

Why not? You do it all the time.

**Forge of Empires - Customer Support 2019-02-02 23:20:32**

Hello TwoCents,

Enjoy the game.

With regards,

Panacea
Community Manager
Forge of Empires, U.S.

**You 2019-02-02 23:27:32**

Why not? You do it all the time.

**You 2019-02-12 17:08:36**

Why not? You do it all the time.

**You 2019-02-12 20:59:57**

Why not? You do it all the time.

**Forge of Empires - Customer Support 2019-02-12 21:10:45**

Hello TwoCents,

There will be no reparations of any kind to your guild.  This ticket is now concluded.

With regards,

Panacea
Community Manager
Forge of Empires, U.S.

This ticket has been closed and can no longer be replied to.

**Attachments**

**This ticket currently has no attachments.**

# View ticket

# Caon64 - insulting behavior

**You 2019-01-21 21:40:02**

Panacea this is the dozenth time I've reported Caon64 for accusing me of being a cheater. As we all know, that is a heinous activity that results in being permanently banned from chat.... doesn't it?

**Forge of Empires - Customer Support 2019-01-21 23:50:27**

Hello TwoCents,

Thank you for bringing this matter to our attention. We appreciate all players that help the Forge team to keep our game running without rule breakers. TwoCents, I will investigate and take the appropriate action(s) if I find rule breaking.

With regards,

Panacea
Community Manager
Forge of Empires, U.S.

**You 2019-01-21 23:56:50**

yeah... right... how about "appropriate and EQUAL" action...

**Forge of Empires - Customer Support 2019-01-22 08:12:38**

Hello TwoCents,

As each player may have various histories by which they may or may not have had warnings, bans or mutes in the past, all of these factor into what action is taken with a current infraction. Because of this, two players may say the exact same thing on the same day and time and have two different actions taken. We have explained this to you on numerous occasions. Having said this, we take the same approach with the same rules to the same players so from that aspect, we do take appropriate and equal action to players with the same infraction.

Enjoy the game.

With regards,

Panacea
Community Manager
Forge of Empires, U.S.

**You 2019-01-22 19:12:43**

Yes, so a person who calls me a cheater for months, should've resulted in multiple warnings and hence the man is continuing despite your intervention.

**Forge of Empires - Customer Support 2019-01-22 19:27:10**

Hello TwoCents,

I suggest you report the player when/if he says you are a cheater and we will then take appropriate action.

With regards,

Panacea
Community Manager
Forge of Empires, U.S.

**You 2019-01-22 19:58:38**

the last dozen times don't count?

**Forge of Empires - Customer Support 2019-01-22 20:26:12**

Hello TwoCents,

If you wish continued action, then that requires continued reporting.  Sometimes reports do not require action, etc.  Thank you.

With regards,

Panacea
Community Manager
Forge of Empires, U.S.

**You 2019-01-22 20:33:06**

exactly how many times do I have to report someone for calling me a cheater in order for you permanently ban him? Because you did it on OTHER people's reports after 3 times.

**You 2019-01-22 20:34:11**

Plus, let's keep in mind that he's calling me a cheater META to the game... as in... not "you are cheating a person of forge points"... but an actual cheater, whereas I kept my responses to in-game activities, something sanctioned by your rules.

**You 2019-01-22 20:34:43**

Plus, also keep in mind that my actions were specifically sanctioned by you until you had a "mood of the day" change of heart...

**Forge of Empires - Customer Support 2019-01-22 21:09:17**

Hello TwoCents,

This is a little like someone being pulled over by the police and saying, "The blue car was going faster than me and you didn't stop him!"  All players are held to the game rules. What you did or didn't do has no bearing on what other players did or didn't do. All are held to the same 55 mile an hour speed limit- or game rules, in this case.

With regards,

Panacea
Community Manager
Forge of Empires, U.S.

**You 2019-01-22 21:16:23**

Well, it's sort of like the one woman among 1,000 male drivers getting pulled over when all were going the same speed....

**Forge of Empires - Customer Support 2019-01-22 21:24:11**

Hello TwoCents,

Perhaps to you it seems that way.  I've been playing FoE for six years and in that time, I've never had the first "sexist" anything happen within my game or chat.  I don't know that anyone knows I'm female except a few guildmates.  Some may know based on the avatar I've selected.  But regardless, I've never had any trouble or anything troubling. However, I am sorry you feel this continues to happen to you.

With regards,

Panacea
Community Manager
Forge of Empires, U.S.

Exhibit 10 – Forge of Empires Support Tickets: TwoCents Submitted by Plaintiff Penny Quinteros
Case: 19-CV-1402 RSM - 1157

**You 2019-01-22 21:31:37**

maybe you just don't notice it.... are you trying to suggest that there isn't rampant sexism in video games?

Or are you saying that asking me for a picture to "prove" I'm a woman isn't sexist? Or people sexually harassing me for years afterwords for being a "butthurt dumb fucking bitch" isn't in some way gender-discrimination?

Your own game designers just went to a conference where the topic of sexism in games was discussed... perhaps relating it to your own narrow-experiences isn't giving you the full scope of the situation.

**You 2019-01-22 21:40:19**

And let's just be clear. I don't "feel" like it's happening to me. It IS happening to me. You, Julie/Panacea, whatever you want to call yourself allow a man to call me a cheater on at least a dozen occasions that I have documented. You haven't sanctioned him on any of these incidents... I KNOW you haven't because he continues to talk in global chat without interruption after you've acknowledged the reports.

Yet, I use in-game phraseology to state that someone is cheating other people of forge points. I did it on three occasions. Of these three occasions I got a week long ban that you refused to explain (a day long ban for mysterious spamming) another week long ban that you refused to explain, and then permanently banned...

You're right... there is NOTHING fishy going on there... *rolls eyes*

**Forge of Empires - Customer Support 2019-01-22 23:09:07**

Hello TwoCents,

You do not know the outcome of actions taken with another player. You may "think" you do, but you do not. We do not discuss the actions taken with another player with anyone except that player.  If you wish continued action, then that requires continued reporting.  Sometimes reports do not require action, etc.  Thank you.

With regards,

Panacea
Community Manager
Forge of Empires, U.S.

**You 2019-01-23 00:08:05**

I know when people are talking in global chat and when they aren't. I know that you haven't given any week-long muffles or perma-muffles people who call ME a cheater over and over for months...

**Forge of Empires - Customer Support 2019-01-23 09:47:48**

Hello TwoCents,

Then, as I said, please continue to report. Reporting is the only way action will ever be taken for those violating chat rules.

With regards,

Panacea
Community Manager
Forge of Empires, U.S.

**You 2019-01-23 11:04:20**

How many times do you have recorded that I've reported him?

**Forge of Empires - Customer Support 2019-01-23 18:29:51**

Hello TwoCents,

As I've told you on numerous occasions, we do not discuss another player's account with anyone other than that player.

With regards,

Panacea
Community Manager
Forge of Empires, U.S.

**You 2019-01-23 18:53:54**

I'm not asking for information about another player's account. I'm asking how many times I've reported someone... data collected from me based upon my action and therefore something you are required to release.

**Forge of Empires - Customer Support 2019-01-23 21:06:13**

Hello TwoCents,

I'm afraid that's not how its done. We do not discuss another player's account with anyone other than that player.

With regards,

Panacea
Community Manager
Forge of Empires, U.S.

**You 2019-01-24 01:00:10**

I'm afraid that you're mistaken... I'm asking for my personal information. How many reports have I made over the last week?

**Forge of Empires - Customer Support 2019-01-24 02:18:30**

Hello TwoCents,

We do not keep lists of "how many reports have I made over the last week".  If you wish to maintain lists of reports, you will have to make notes as you do them.

With regards,

Panacea
Community Manager
Forge of Empires, U.S.

**You 2019-01-24 02:24:28**

Well, I do of course (keep notes) but I want to make sure that your accounting agrees with mine and they aren't just shuffled off for no reason.

**Forge of Empires - Customer Support 2019-02-02 23:45:29**

Hello TwoCents,

We do not keep lists of "how many reports have I made over the last week".  If you wish to maintain lists of reports, you will have to make notes as you do them.

With regards,

Panacea
Community Manager
Forge of Empires, U.S.

**You 2019-02-02 23:49:17**

who says I'm not? I'm simply illustrating for you the fact that you don't enforce your rules equally.

**Forge of Empires - Customer Support 2019-02-02 23:55:15**

Hello TwoCents,

You are certainly entitled to your own opinion.

With regards,

Panacea
Community Manager
Forge of Empires, U.S.

**You 2019-02-02 23:55:51**

As you are entitled to your delusions.

**You 2019-02-03 00:05:27**

As you are entitled to your delusions.

**You 2019-02-03 00:11:33**

As you are entitled to your delusions.

**You 2019-02-12 17:05:13**

As you are entitled to your delusions.

**You 2019-02-12 21:01:08**

As you are entitled to your delusions.

**Forge of Empires - Customer Support 2019-02-12 21:11:46**

Hello TwoCents,

As each player may have various histories by which they may or may not have had warnings, bans or mutes in the past, all of these factor into what action is taken with a current infraction. Because of this, two players may say the exact same thing on the same day and time and have two different actions taken. We have explained this to you on numerous occasions. Having said this, we take the same approach with the same rules to the same players so from that aspect, we do take appropriate and equal action to players with the same infraction.

This ticket is now concluded.

With regards,

Panacea
Community Manager
Forge of Empires, U.S.

---

This ticket has been closed and can no longer be replied to.

**Attachments**

**This ticket currently has no attachments.**

# View ticket

# B-Radley Maximus - spamming global chat

**You 2019-01-23 12:43:27**

This player keeps spamming global chat with the following messages:

18:30: B-Radley Maximus: Selling FE, TE, CE, PME goods. Best prices and best seller to work with guaranteed~!

And before you say "report him via the system"... I've already reported him several times and he's not stopping.

**Forge of Empires - Customer Support 2019-01-23 12:53:52**

Hello TwoCents,

Thank you for contacting Support. I'm SLK350 and I'll be happy to assist you!

Unfortunately, I can not access messages or chat from this ticket. It must be reported from the player reporting tool. I'm not sure what you described is against the rules. But, then again, I can not speak for the Moderators that answer the reported messages.

Kind regards,

Exhibit 10 – Forge of Empires Support Tickets: TwoCents Submitted by Plaintiff Penny Quinteros
Case: 19-CV-1402 RSM - 1162

SLK350
Ingame Moderator
Forge of Empires, U.S.

### You 2019-01-23 12:59:45

Read again, I DID report it.

### You 2019-01-23 13:00:41

It is obviously against the rules based upon the precedent Panacea has set regarding spamming "repeating messages with similar topics over the course of time."

### You 2019-01-23 13:02:06

Which is why I'm wondering why you're not enforcing the rules your community manager has set into place...

### You 2019-01-23 13:03:18

09:57: King Koch The Great: Selling ARC / AO / CF / TRAZ Goods Dirt Cheap! Send message for info! :)

here is another player doing it right now.

### Forge of Empires - Customer Support 2019-01-23 13:11:37

I didn't say you didn't report it.

I explained that we have no access to messages through this system. This means that I can not verify anything you are saying. Which also means I can take no action. Again, this must be reported through the player reporting tool.

You are asking for an answer. I am trying to explain why someone posting about selling goods may not be banned. This in itself is NOT a breach of the rules. Again, because I do not have access to the actual report, I can only speculate.

https://en.wiki.forgeofempires.com/index.php?title=Rules

Kind regards,

SLK350
Ingame Moderator
Forge of Empires, U.S.

Exhibit 10 – Forge of Empires Support Tickets: TwoCents Submitted by Plaintiff Penny Quinteros
Case: 19-CV-1402 RSM - 1163

**You 2019-01-23 18:57:34**

The problems you have with your "systems" not functioning between each other isn't really my problem. Get better systems if they don't work the way you need them too.
I'm telling you that I properly reported someone spamming chat repeatedly and I'm wondering why you haven't taken action to fix it. Lame excuses aren't gonna cut it.
In point of fact, anyone selling goods in global chat IS spamming by rule... therefore you should be warning/banning everyone doing it.

**Forge of Empires - Customer Support 2019-01-23 21:02:42**

Thank you for bringing this matter to our attention, we appreciate all players that help the Forge team to keep our game running without rule breakers. I will investigate and take the appropriate action(s) if I find rule breaking.

If this conversation is taking place in chat, please take two steps-
1. Press your right button on your mouse and 'Report' the player. This takes a screenshot of the conversation and reports it directly to a group of moderators who handle these promptly.
2. Right click and press'ignore'. This will take him from your chat screen.

If this conversation is taking place via the messaging system, due to our Privacy Rules we can not look in your Messages.
1. Please left click on the player's name. This will bring up a menu that has 'Report'. Press the 'Report' button. It brings up a window for your report. This will capture the message and send it directly to the moderators.

No matter which, please do not engage this person in the future. Once reported using the REPORT feature, we will be able to act on the report. Thank you.

With regards,

Panacea
Community Manager
Forge of Empires, U.S.

**You 2019-01-24 01:01:33**

According to the rules posted by your moderator, I'd like to speak to the community manager of the international version of the game (since he/she is the final arbiter)

**Forge of Empires - Customer Support 2019-01-24 02:06:18**

Hello TwoCents,

The International Community Manager is the final arbiter of the International server of Forge of Empires. The U.S. Community Manager is the final arbiter of the U.S. server of Forge of Empires. The Danish Community Manager is the final arbiter of the Danish server of Forge of Empires.  The Mexico Community Manager is the... well, you get the picture.  You play on the U.S. server so you get the U.S. Community Manager who is me.

With regards,

Panacea
Community Manager
Forge of Empires, U.S.

## You 2019-01-24 02:07:36

Then why did your moderator mislead me with your published rules?

## Forge of Empires - Customer Support 2019-01-24 02:10:31

Hello TwoCents,

I am unsure what you read that you may have misunderstood however, our rules are clear and have been provided to you.

The Community Management of the US version of Forge of Empires are the final arbiters of any rules dispute. Their interpretation of these rules is final.

With regards,

Panacea
Community Manager
Forge of Empires, U.S.

## You 2019-01-24 02:15:00

You can see the link the moderator provided right... is he/she just stupid then? Or did he/she purposefully mislead me?

## Forge of Empires - Customer Support 2019-01-24 02:23:41

Hello TwoCents,

The moderator was not stupid. That version is from the wiki which is shared with the International version of the game as we are all English speaking.  We have made the appropriate and much needed alteration to the rules to reflect both versions. Thank you for calling this to our attention.

Enjoy the game.

With regards,

Panacea
Community Manager
Forge of Empires, U.S.

### You 2019-01-24 02:27:15

seeing as how my dispute started BEFORE you changed the rules, I insist you honor the terms of our agreement that were inforce at the time.

### Forge of Empires - Customer Support 2019-01-24 02:30:35

Hello TwoCents,

Simply because you were directed to the wiki which had the International rules posted on them, that requires our apology to you, nothing more.  The rules for the U.S. Forge of Empires has not changed since 2015 and are posted on the browser game itself which you play daily and on our forum.

Enjoy the game.

With regards,

Panacea
Community Manager
Forge of Empires, U.S.

### You 2019-01-24 02:32:52

Actually what it does is create a mutually binding written contract between us based upon what the "rules" of this game are. We are both required to follow them. Aren't we?

### Forge of Empires - Customer Support 2019-01-24 02:38:55

Hello TwoCents,

The rules for the U.S. Forge of Empires have not changed since 2015 and are posted on the browser game itself and on our forum.

With regards,

Panacea
Community Manager
Forge of Empires, U.S.

### You 2019-01-24 02:42:51

Well, I hate to point out that you are in breech of the contract you created. You DID just change your rules as you so pointedly noted. The rules in effect before the change clearly stated that you ARE NOT the final arbiter of rule disputes, so I'd like to speak with the person who is. You are required to uphold the contract or it becomes null and void (and thus any punishment I've received for breaking said contract would be an illegal denial of service).

### You 2019-01-24 02:48:46

Speaking of, may I please have a copy of the game rules that were in effect when I actually started my account and agreed to our contract? I think that was 2011...

### Forge of Empires - Customer Support 2019-01-24 02:54:33

Hello TwoCents,

When the rules changed you were notified and given a period of time to either agree to the new rules and play or to no longer play the game. You elected to agree to the new rules and continue to play. Therefore, the "old" rules are null and void to use your wording.

Again, you abide by the Forge of Empire rules for the version you are playing.  I am the Community Manager of the U.S. server and an InnoGames employee. As such, all aspects of the game, rules, players, and moderators are my responsibility.  As the Game Rules state:

**The Community Management of the US version of Forge of Empires are the final arbiters of any rules dispute. Their interpretation of these rules is final.**

With regards,

Exhibit 10 – Forge of Empires Support Tickets: TwoCents Submitted by Plaintiff Penny Quinteros
Case: 19-CV-1402 RSM - 1167

Panacea
Community Manager
Forge of Empires, U.S.

### You 2019-01-24 02:55:39

Actually, I wasn't. At no time was I notified of any rule changes.

### You 2019-01-24 02:56:47

So if you would please be so kind as to give me a copy of the 2011 rules, which are in effect for me since you failed in your obligation to notify me of any changes.

### Forge of Empires - Customer Support 2019-01-24 02:59:51

Hello TwoCents,

Every player was notified of the changes ingame.    There was an ingame announcement on Sept 1, 2015:

We have updated the game...
We have updated the game rules. You can find the detailed description of the changes on the community forum (please click the arrow to read it). Yours, Forge of Empires Team


Enjoy the game.

With regards,

Panacea
Community Manager
Forge of Empires, U.S.

### You 2019-01-24 03:01:07

I didn't get that message because I wasn't playing in 2015

### You 2019-01-24 03:01:55

I didn't come back until 2016, and there was no such announcement in my game.

### Forge of Empires - Customer Support 2019-01-24 03:04:56

Hello TwoCents,

It would still be in your messages until you read it. Even if you "came back in 2016" the "new" rules would have been on the front page of your Welcome page for your review at any time. It is the player's responsibility to be familiar with the rules.

Enjoy the game.

With regards,

Panacea
Community Manager
Forge of Empires, U.S.

### You 2019-01-24 03:08:09

The message system deletes messages older than 6 months. There was no message regarding rule changes in my inbox or anywhere else. You failed to notify me of rule changes, so theold rules are still in effect.

### You 2019-01-24 03:10:35

Exactly where did I sign or agree to the term "it is the player's responsibility to be aware of rule changes." I don't recall signing that...

### Forge of Empires - Customer Support 2019-01-24 03:15:49

Hello TwoCents,

No one is required to "sign that".  I never said ""it is the player's responsibility to be aware of rule changes."  I said "It is the player's responsibility to be familiar with the rules. "

Every game has rules. It is the player's responsibility to know and abide by the rules. Every day. The posted rules from 2015 would have been in effect whenever you 'returned' to the game. The "old rules" were not.

Enjoy the game.

With regards,

Panacea

Exhibit 10 – Forge of Empires Support Tickets: TwoCents Submitted by Plaintiff Penny Quinteros
Case: 19-CV-1402 RSM - 1169

Community Manager
Forge of Empires, U.S.

### You 2019-01-24 03:18:23

Well how was I to know there were "posted rules" or that these posted rules had changed... Not all games post rules, so it's false to say I should've assumed they were there and gone looking for them.

### You 2019-01-24 03:19:49

you are required to notify me of rule changes based upon our contract. You didn't, therefore you cannot hold me to the stipulations in the new rules.

### Forge of Empires - Customer Support 2019-02-02 23:45:06

Hello TwoCents,

All players were notified of rule changes. You state you weren't playing the game at the time but that does not relieve you of the obligation to know and follow the game rules.  You agree to the Terms and Conditions by playing the game.

Enjoy the game.

With regards,

Panacea
Community Manager
Forge of Empires, U.S.

### You 2019-02-02 23:49:56

I disagree, your terms and conditions specifically state that you must notify me of rule changes. You are equally obliged to follow your contract as I am.

### Forge of Empires - Customer Support 2019-02-02 23:54:47

Hello TwoCents,

We did inform all players of the rules via ingame notification and on the forum. You have continued to play the game even after being informed of the rules.  As per the Terms and Conditions, if you did not/do not wish to play by the game rules, you can notify the game in writing and close your account.

We certainly hope you reconsider and continue to play and enjoy the game.

Exhibit 10 – Forge of Empires Support Tickets: TwoCents Submitted by Plaintiff Penny Quinteros
Case: 19-CV-1402 RSM - 1170

With regards,

Panacea
Community Manager
Forge of Empires, U.S.

### You 2019-02-02 23:57:12

Actually, you didn't. You missed me. If you look at my gaming log you can verify that is correct. I still haven't been properly informed of the changes to your game rules. Exactly what changes were made? Where is the copy of the old rules that I can compare them to?
And you can refund me the $9,000 I spent on a service made under false pretenses (assuming I were to close my account).

### Forge of Empires - Customer Support 2019-02-03 00:02:54

Hello TwoCents,

Again, as in numerous times past, here are the Game Rules:
https://us0.forgeofempires.com/page/the_game/rules/

Rules

1. One account per player

Each player may have only one account per world. Each account may have only one user and may not be logged into or played by any other player.
Sharing your password with another person is forbidden.
Knowing, storing, or asking passwords for other players' accounts is forbidden. If another player sends you their password, you must always report them.

- Examples:
- It is allowed for two or more players to use the same computer and/or internet connection, provided each player only controls the actions of his/her assigned account (please contact support to make them aware).
- It is forbidden to create multiple accounts on a single world for any reason.
- It is allowed to use the same account to play on multiple worlds.
- It is allowed to use multiple accounts to play Forge of Empires but never on the same world.
- You may not access (or have access to) any account that does not belong to you, on any world.
- It is forbidden to play for another player if they are temporarily away, or for any other reason.
- It is forbidden to force entry into an account or attempt to trick another player into giving you their login information.
- It is forbidden to ask another player for their login information.

2. Sharing a device and/or internet connection

It is allowed for two or more players to use the same computer and/or internet connection, provided each player only controls the actions of his/her account (please contact Support to make them aware).

- Examples:
- It is allowed for you and your brother to each have your own account on Forge of Empires provided that you both only have access to your own account.
- It is allowed to login at your work or school provided that only you have access to your account.

3. Communication

InnoGames does not accept any publications that the Forge of Empires Team considers illegal, insulting, offensive, threatening, abusive, real-life-aggressive, sexually explicit, pornographic (including, but not limited to drawings and animations), profanity, politically extreme, religiously fanatic, endangering youth, racist, playing down the use of illegal drugs or alcohol, or promoting the use of said substances or in any way inappropriate. Posting links to such content is also not allowed.

Spamming other players with in-game mails or chat messages is abusive and will not be tolerated.
It is against the rules to impersonate any staff member or suggest acquaintances with them in order to force any kind of behavior.

- Examples:
- It is forbidden to use inappropriate names,
- It is forbidden to advertise competitors' games, post inappropriate content or links to such, post links to moneymaking sites or links to competitors' games.
- It is allowed to refer to a player as a noob or to criticize their way of playing using appropriate language.
- Threats are only allowed when they relate to the game and not real life. For example, saying that you will attack someone with your units if he does not give you Forge Points is allowed. However, it is not allowed to say that you will find someone and beat him up if he does not give you Forge Points.
- Using only capital letters, or spamming the same message repeatedly in the chat room is not permitted as it is poor chat etiquette.
- We ask players to not use account names that include whole e-mail addresses, full names or telephone numbers, for player safety and safety of personal data.
- Encouraging other players to break rules is forbidden.

4. Language

This Forge of Empires server is an English game. The use of other languages in the game is forbidden. This means all communication and all publications must be in English.
A short phrase or a universally known saying in another language is permitted, provided that this is translated to English either directly following or preceding it. It is not necessary to translate proper names.

Support requests must also be created in understandable English, otherwise an answer might be not be given.

Exhibit 10 – Forge of Empires Support Tickets: TwoCents Submitted by Plaintiff Penny Quinteros
Case: 19-CV-1402 RSM - 1172

5. Transfer of accounts and Diamonds

It is not allowed to play accounts for commercial purposes. It is not allowed to sell, buy, trade or offer accounts in exchange for Diamonds or any other benefit.

It is not allowed to exchange in-game items (e.g. goods, Forge Points etc.) for Diamonds or outside benefits (such as money, vouchers etc.).

An account can be transferred for free to another person. A prior express approval from the Support team must be given. An account may only be transferred once.

Diamonds may only be used by the account that bought them. Transferring Diamonds to another account is not possible.

6. Bots and scripts

It is strictly forbidden to use bots or scripts.

- Examples:
- It is strictly forbidden to use bots or scripts that automatically collect your resources.
- It is not allowed to use click-bots or scripts that minimize your manual clicks.
- You may not use programs that mimic premium features or provide an unfair advantage.

7. Bugs
Each player is required to report serious errors immediately to the Forge of Empires Team. A player is not allowed to knowingly take advantage of bugs.

If you notice that a player is abusing a bug in the game you must report him.

If you notice a spelling error or typo, you are not obligated to report it, however you are encouraged to do so for the improvement of the game

8. Pushing

Operating a push account or knowingly benefiting from it is forbidden. A push account is an account that is mainly used to help another account while neglecting other parts of the game. This means that it is not allowed to use an account solely for the purpose of helping another account grow, or to knowingly receive benefits or any kind of support from such account.

Trades in any form (goods, Forge Points, etc.) that involve multiple worlds are forbidden.

9. Miscellaneous

Please treat other Forge of Empires Community members with respect. Following the rules helps to create a fun and fair environment for everyone.

The Community Management of the US version of Forge of Empires are the final arbiters of any rules dispute. Their interpretation of these rules is final.

Forge of Empires Team reserves the right to exclude anyone from the game. Bans can be appealed via the Support System.

Please be aware that in-game items can be removed from an account as a punishment, and that Diamonds aren't refunded to players who are banned for breaking our rules.

If you believe someone is breaking the rules, you can contact the Support Team.

Knowingly benefiting from another player breaking the rules is prohibited. If you think you have benefited from a breach of rules, you must report this.

It is not allowed to mistreat the Support Team or abuse the Support system.

These rules can be adapted to different cases in the interests of maintaining fair play within the game.

10. Account deletion

Game accounts may be deleted after 30 days of inactivity. Please note that any Diamonds left on the account will remain on the master account and will not be deleted, unless a complete account deletion has been requested.

Rules Revised: 01.09.2015


You are only entitled to any purchase made within the past 14 days. Do I need to ask our Payment Team to begin refunds for that time period?

With regards,

Panacea
Community Manager
Forge of Empires, U.S.

**You 2019-02-03 00:03:08**

In the State of Washington, I'm actually allowed to ask for triple damages under the law for your violations, so you can pay me back $27,000 (assuming I were to close my account due to your breach of contract).

**You 2019-02-03 00:05:15**

Exhibit 10 – Forge of Empires Support Tickets: TwoCents Submitted by Plaintiff Penny Quinteros
Case: 19-CV-1402 RSM - 1174

unfair and deceptive trade practices. Your "clickwrap" agreement doesn't protect you against gross negligence. I'm allowed to ask for whatever is reasonable under the law.

### Forge of Empires - Customer Support 2019-02-03 00:07:05

Hello TwoCents,

Please be aware that the Forge of Empires support team is in no way shape or form, responsible for legal issues. Please inform your lawyer to contact our legal department in Hamburg, Germany. Our address data is as follows:
InnoGames GmbH
Friesenstraße 13
20097 Hamburg
Germany


With regards,

Panacea
Community Manager
Forge of Empires, U.S.

### You 2019-02-03 00:08:29

Which is exactly why I haven't appealed my "permanent chat muffle"... I'm leaving it up to my lawyer to handle :D

### You 2019-02-03 00:11:24

Which is exactly why I haven't appealed my "permanent chat muffle"... I'm leaving it up to my lawyer to handle :D

### You 2019-02-12 17:05:27

Which is exactly why I haven't appealed my "permanent chat muffle"... I'm leaving it up to my lawyer to handle :D

### You 2019-02-12 21:00:37

Which is exactly why I haven't appealed my "permanent chat muffle"... I'm leaving it up to my lawyer to handle :D

**Forge of Empires - Customer Support 2019-02-12 21:12:39**

Hello TwoCents,

Thank you for bringing this matter to our attention, we appreciate all players that help the Forge team to keep our game running without rule breakers. I will investigate and take the appropriate action(s) if I find rule breaking.

If this conversation is taking place in chat, please take two steps-
1. Press your right button on your mouse and 'Report' the player. This takes a screenshot of the conversation and reports it directly to a group of moderators who handle these promptly.
2. Right click and press'ignore'. This will take him from your chat screen.

If this conversation is taking place via the messaging system, due to our Privacy Rules we can not look in your Messages.
1. Please left click on the player's name. This will bring up a menu that has 'Report'. Press the 'Report' button. It brings up a window for your report. This will capture the message and send it directly to the moderators.

This ticket is now concluded.

With regards,

Panacea
Community Manager
Forge of Empires, U.S.

---

This ticket has been closed and can no longer be replied to.

**Attachments**

# This ticket currently has no attachments.

# View ticket

Exhibit 10 – Forge of Empires Support Tickets: TwoCents Submitted by Plaintiff Penny Quinteros
Case: 19-CV-1402 RSM - 1176

# DrowsyDragon - Ain't he got a pretty mouth pa!

**You 2019-01-24 13:45:20**

I specifically was banned in June of 2017 for saying "Aint he got a pretty mouth pa".

Your moderator Sgt Bothari said that it was sexually explicit content. These are his exact words, "A quote from a rape scene in "Deliverance" could not possibly have any other meaning."

However, for some reason, you're not banning someone else saying the exact same phrase: "10:16: DrowsyDragon: he got a real purty mouth, ain't he?"

Could you please explain your hypocrisy to me?

**Forge of Empires - Customer Support 2019-01-24 20:35:39**

Hello TwoCents,

Thank you for bringing this matter to our attention, we appreciate all players that help the Forge team to keep our game running without rule breakers. I will investigate and take the appropriate action(s) if I find rule breaking.

If this conversation is taking place in chat, please take two steps-
1. Press your right button on your mouse and 'Report' the player. This takes a screenshot of the conversation and reports it directly to a group of moderators who handle these promptly.
2. Right click and press 'ignore'. This will take him from your chat screen.

If this conversation is taking place via the messaging system, due to our Privacy Rules we can not look in your Messages.
1. Please left click on the player's name. This will bring up a menu that has 'Report'. Press the 'Report' button. It brings up a window for your report. This will capture the message and send it directly to the moderators.

No matter which, please do not engage this person in the future. Once reported using the REPORT feature, we will be able to act on the report. Thank you.

With regards,

Panacea
Community Manager
Forge of Empires, U.S.

**You 2019-01-25 01:27:15**

Exhibit 10 – Forge of Empires Support Tickets: TwoCents Submitted by Plaintiff Penny Quinteros
Case: 19-CV-1402 RSM - 1177

If you'll please reexamine my post, my question wasn't how to report someone, but how does InnoGames explain it's hypocrisy?

**Forge of Empires - Customer Support 2019-01-25 02:19:59**

Hello TwoCents,

How do you know any hypocrisy exists?  I am unable to discuss the actions taken with another player.  However, all players abide the same game rules.   TwoCents, I will investigate and take the appropriate action(s) if I find rule breaking.

With regards,

Panacea
Community Manager
Forge of Empires, U.S.

**You 2019-01-25 02:26:39**

I know hypocrisy exists because I talk to other players...

**Forge of Empires - Customer Support 2019-01-25 14:28:58**

Hello TwoCents,

I suggest you let us handle this based on facts. Thank you for reporting.

With regards,

Panacea
Community Manager
Forge of Empires, U.S.

**You 2019-01-25 15:17:18**

I'm asking you for an explanation of your hypocrisy, not to "handle" anything. I want to know why you ban me when you don't ban other people for the exact same thing. I've alleged it is because of your gender-discrimination. Do you have an alternate explanation for your hypocrisy? Or is my conclusion correct?

**Forge of Empires - Customer Support 2019-01-25 16:05:24**

Hello TwoCents,

You have no idea what is happening on the accounts of other players. I am unable to discuss the actions taken with another player.  However, **all players abide the same game**

Exhibit 10 – Forge of Empires Support Tickets: TwoCents Submitted by Plaintiff Penny Quinteros
Case: 19-CV-1402 RSM - 1178

**rules**.   TwoCents, I will investigate and take the appropriate action(s) if I find rule breaking.

With regards,

Panacea
Community Manager
Forge of Empires, U.S.

### You 2019-01-25 17:04:33

I'm no so much concerned about if PLAYERS abide by the same rules, but if the moderators and yourself enforce them equally and fairly. I'd rather no players were subjected to your capricious and arbitrary enforcement of vague rules.

### You 2019-01-25 18:55:38

Could you please explain why she is now allowed to spam global chat with non-nonsensical quotes for 30ish minutes when I can't send an actual message related to the game without it being called "spamming"?

### Forge of Empires - Customer Support 2019-01-25 22:59:26

Hello TwoCents,

You reported the player and the appropriate action(s) have been taken if the report has been validated.

Enjoy the game.

With regards,

Panacea
Community Manager
Forge of Empires, U.S.

### You 2019-01-26 00:51:01

lol... you're such a liar sometimes

### You 2019-01-28 20:14:52

lol... you're such a liar sometimes

### You 2019-02-07 23:22:51

lol... you're such a liar sometimes

**You 2019-02-12 17:02:44**

lol... you're such a liar sometimes

**You 2019-02-12 21:02:14**

lol... you're such a liar sometimes

**Forge of Empires - Customer Support 2019-02-12 21:13:38**

Hello TwoCents,

Thank you for bringing this matter to our attention, we appreciate all players that help the Forge team to keep our game running without rule breakers. I will investigate and take the appropriate action(s) if I find rule breaking.

If this conversation is taking place in chat, please take two steps-
1. Press your right button on your mouse and 'Report' the player. This takes a screenshot of the conversation and reports it directly to a group of moderators who handle these promptly.
2. Right click and press'ignore'. This will take him from your chat screen.

If this conversation is taking place via the messaging system, due to our Privacy Rules we can not look in your Messages.
1. Please left click on the player's name. This will bring up a menu that has 'Report'. Press the 'Report' button. It brings up a window for your report. This will capture the message and send it directly to the moderators.

This ticket is now concluded.

With regards,

Panacea
Community Manager
Forge of Empires, U.S.

---

This ticket has been closed and can no longer be replied to.

## Attachments

This ticket currently has no attachments.

# View ticket

# Alts Sir Baldy Dejvi

**You 2019-01-29 15:01:00**

these players are alts, you won't do shit about it, enjoy the game, with regards Panaceas

**Forge of Empires - Customer Support 2019-01-29 22:52:17**

Hello TwoCents,

Thank you for bringing this matter to our attention. We appreciate all players that help the Forge team to keep our game running without rule breakers. TwoCents, I will investigate and take the appropriate action(s) if I find rule breaking.

With regards,

Panacea
Community Manager
Forge of Empires, U.S.

**You 2019-01-29 22:59:06**

you forgot "enjoy the game"

**Forge of Empires - Customer Support 2019-01-30 02:19:26**

Hello TwoCents,

Enjoy the game.

With regards,

Panacea
Community Manager
Forge of Empires, U.S.

**You 2019-01-30 02:34:23**

There we go... that's the Panacea we all know and love.

**You 2019-01-30 02:47:01**

There we go... that's the Panacea we all know and love.

**You 2019-01-30 11:13:50**

There we go... that's the Panacea we all know and love.

**You 2019-01-30 23:20:44**

There we go... that's the Panacea we all know and love.

**You 2019-01-30 23:52:58**

There we go... that's the Panacea we all know and love.

**You 2019-01-31 02:09:46**

There we go... that's the Panacea we all know and love.

**You 2019-02-07 23:22:21**

There we go... that's the Panacea we all know and love.

**You 2019-02-12 17:03:02**

There we go... that's the Panacea we all know and love.

**You 2019-02-12 21:02:04**

There we go... that's the Panacea we all know and love.

**Forge of Empires - Customer Support 2019-02-12 21:14:17**

Hello TwoCents,

Thank you for bringing this matter to our attention. We appreciate all players that help the Forge team to keep our game running without rule breakers. TwoCents, I will investigate and take the appropriate action(s) if I find rule breaking.

This ticket is now concluded.

With regards,

Panacea
Community Manager
Forge of Empires, U.S.

This ticket has been closed and can no longer be replied to.

**Attachments**

**This ticket currently has no attachments.**

# View ticket

# While you're at it 1.2

**You 2019-02-03 02:09:25**

While you're deciding how to respond to my questions by placing them in "pending" status without answering them, would you please explain why you think it's not malfeasance to change your game rules without notifying players of the changes?
Forge of Empires - Customer Support 2019-02-03 01:59:35
Hello TwoCents,

Please do not create more than one ticket per issue. As this is a duplicate, we are closing this ticket. If you wish to pose additional information, please post in the pre-existing ticket. Thank you for your cooperation and enjoy the game.

With regards,

Panacea
Community Manager
Forge of Empires, U.S.


- I'm afraid you're mistaken. This is a separate issue I'm addressing. You stated your rules last changed in 2015, but that is an outright lie.

**Forge of Empires - Customer Support 2019-02-03 02:10:43**

Hello TwoCents,

Thank you for contacting Support.  Your concern is important to us.  We are reviewing your ticket and will reply as soon as possible.

Thank you for your patience.

With regards,

Exhibit 10 – Forge of Empires Support Tickets: TwoCents Submitted by Plaintiff Penny Quinteros
Case: 19-CV-1402 RSM - 1183

Panacea
Community Manager
Forge of Empires, U.S.


**You 2019-02-12 17:03:38**

While you're deciding how to respond to my questions by placing them in "pending" status without answering them, would you please explain why you think it's not malfeasance to change your game rules without notifying players of the changes?
Forge of Empires - Customer Support 2019-02-03 01:59:35
Hello TwoCents,

Please do not create more than one ticket per issue. As this is a duplicate, we are closing this ticket. If you wish to pose additional information, please post in the pre-existing ticket. Thank you for your cooperation and enjoy the game.

With regards,

Panacea
Community Manager
Forge of Empires, U.S.


- I'm afraid you're mistaken. This is a separate issue I'm addressing. You stated your rules last changed in 2015, but that is an outright lie.

**You 2019-02-12 21:01:38**

While you're deciding how to respond to my questions by placing them in "pending" status without answering them, would you please explain why you think it's not malfeasance to change your game rules without notifying players of the changes?
Forge of Empires - Customer Support 2019-02-03 01:59:35
Hello TwoCents,

Please do not create more than one ticket per issue. As this is a duplicate, we are closing this ticket. If you wish to pose additional information, please post in the pre-existing ticket. Thank you for your cooperation and enjoy the game.

With regards,

Panacea
Community Manager
Forge of Empires, U.S.

- I'm afraid you're mistaken. This is a separate issue I'm addressing. You stated your rules last changed in 2015, but that is an outright lie.

**Forge of Empires - Customer Support 2019-02-12 21:16:08**

Hello TwoCents,

The rules were changed in 2015 and have been available for all players every day on the PC Welcome page, the forum and from Support.

This ticket is now concluded.

With regards,

Panacea
Community Manager
Forge of Empires, U.S.

---

This ticket has been closed and can no longer be replied to.

**Attachments**

**This ticket currently has no attachments.**

# View ticket

# Question regarding previous ticket 1.2

**You 2019-02-03 02:14:26**

Question regarding previous ticket
TwoCents 2019-01-14 23:36:53
On 11/26/2018 in a ticket titled An appeal of all bans on my record you stated:

Forge of Empires - Customer Support2018-11-26 03:37:34
Hello TwoCents,

There are no game rules that address the issues you are discussing. Perhaps in the future the game rules will adapt to address this but it is not the case now. I will talk to the moderators about this issue however, many of the moderators you indicate are no longer with us.

Having said this, there is truly little benefit to continuing this ticket if this is the direction you are going. As such, I am closing this ticket at this time.

Enjoy the game.

Respectfully,

Panacea
Community Manager
Forge of Empires, U.S.

Are you saying that there are no specific game rules preventing sexism in chat/Forge of Empires?
Forge of Empires - Customer Support 2019-01-15 04:14:38
Hello TwoCents,

I'm sorry but if you are going to start recycling tickets from months ago, you'll have to give me more background than that. In general, sexism would be considered under "insulting a fellow player". However, there is not a rule that addresses sexism directly which is what led to the answer you received.

Enjoy the game.

With regards,

Panacea
Community Manager
Forge of Empires, U.S.

TwoCents 2019-01-15 07:15:23
So, when a fellow player calls me "girl" and "honey" and "much kisses my love" acting in a way that demeans females OR says "women should be cooking dinner and having babies" is that against the game rules?
Forge of Empires - Customer Support 2019-01-15 10:50:47
Hello TwoCents,

In general, sexism would be considered under "insulting a fellow player". However, there is not a rule that addresses sexism directly which is what led to the answer you received.

With regards,

Panacea
Community Manager

Forge of Empires, U.S.


TwoCents 2019-01-15 11:08:36

So to answer my question... girl, honey, kisses my love... these things would get a player banned?

Forge of Empires - Customer Support 2019-01-15 11:38:05

Hello TwoCents,

We do not give out answer to questions such as these. This may be taken out of context. There is not a rule that addresses sexism directly which is what led to the answer you received.

With regards,

Panacea
Community Manager
Forge of Empires, U.S.


TwoCents 2019-01-15 11:47:57

There is no rule against sexism/sexist behavior? So if a player were engaging in sexism what they had to say would ALSO have to be found insulting or offensive to be punishable?

Forge of Empires - Customer Support 2019-01-15 11:57:53

Hello TwoCents,

We do not give out answer to questions such as these. This may be taken out of context. There is not a rule that addresses sexism directly which is what led to the answer you received.

With regards,

Panacea
Community Manager
Forge of Empires, U.S.


TwoCents 2019-01-15 12:03:45

My statement was a generalization of what you previously said... because you "do not have a rule against sexism" the sexist language/behavior cannot be sanctioned unless it is also found insulting/offensive?

Forge of Empires - Customer Support 2019-01-15 21:19:01

Hello TwoCents,

We do not give out answer to questions such as these. This may be taken out of context. There is not a rule that addresses sexism directly which is what led to the answer you received.

With regards,

Panacea
Community Manager
Forge of Empires, U.S.

TwoCents 2019-01-15 21:25:13
Yes, but as you so often point out, you are the final arbiter of rules and penalties occurring on the US servers. You should be able to answer general questions about your rules, such as: does a player who uses sexist language ALSO have to use offensive/insulting language in order to be punished?
Forge of Empires - Customer Support 2019-01-15 21:33:35
Hello TwoCents,

It would depend on the context and what was actually said. I am unable to grant you some type of general answer to this question.

With regards,

Panacea
Community Manager
Forge of Empires, U.S.

TwoCents 2019-01-15 21:34:18
and my context was, "girl" "honey" "sweetheart" and "kisses my love"
Forge of Empires - Customer Support 2019-01-15 21:37:09
Hello TwoCents,

I'm very sorry but if you wish to report a player who says this, we will be happy to look at these phrases in context. I will investigate and take the appropriate action(s) if I find rule breaking.

If this conversation is taking place in chat, please take two steps-
1. Press your right button on your mouse and 'Report' the player. This takes a screenshot of the conversation and reports it directly to a group of moderators who handle these promptly.
2. Right click and press'ignore'. This will take him from your chat screen.

If this conversation is taking place via the messaging system, due to our Privacy Rules we can not look in your Messages.
1. Please left click on the player's name. This will bring up a menu that has 'Report'. Press the 'Report' button. It brings up a window for your report. This will capture the message and send it directly to the moderators.

No matter which, please do not engage this person in the future. Once reported using the REPORT feature, we will be able to act on the report. Thank you.

With regards,

Panacea
Community Manager
Forge of Empires, U.S.

TwoCents 2019-01-15 21:38:42
I'm saying, rule-breaking is rule-breaking right? Does it matter why a person is being sexist?
Forge of Empires - Customer Support 2019-01-15 21:42:11
Hello TwoCents,

I'm very sorry but if you wish to report a player who says this, we will be happy to look at these phrases in context. I will investigate and take the appropriate action(s) if I find rule breaking.

With regards,

Panacea
Community Manager
Forge of Empires, U.S.

TwoCents 2019-01-15 21:43:28
You are aware that I've reported players like this in the past and you haven't found their behavior to be "insulting/offensive" even though it was sexist, correct?
Forge of Empires - Customer Support 2019-01-15 21:45:03
Hello TwoCents,

You have no idea the outcome of the reports you've submitted. We will not divulge the outcome of any report or any action/lack of action taken with another player. I'm very sorry but if you wish to report a player who says this, we will be happy to look at these phrases in context. I will investigate and take the appropriate action(s) if I find rule breaking.

With regards,

Panacea
Community Manager
Forge of Empires, U.S.

TwoCents 2019-01-15 21:46:42

I know that a person/persons wasn't sanctioned for an action if they are freely able to repeat the action 12 days in a row...
Forge of Empires - Customer Support 2019-01-15 21:47:23
Hello TwoCents,

You have no idea the outcome of the reports you've submitted. We will not divulge the outcome of any report or any action/lack of action taken with another player. I'm very sorry but if you wish to report a player who says this, we will be happy to look at these phrases in context. I will investigate and take the appropriate action(s) if I find rule breaking.

With regards,

Panacea
Community Manager
Forge of Empires, U.S.

TwoCents 2019-01-15 21:48:14
hahaha... so I report people, nothing happens to them, no sanctions are taken, and then you say "report these players." What's the point of doing something so futile since you don't punish them?
Forge of Empires - Customer Support 2019-01-24 01:38:34
Hello TwoCents,

As we've discussed, you do not know the actions taken with other players as we will not divulge the outcome of any report or any action/lack of action taken with another player. I'm very sorry but if you wish to report a player, we will be happy to look at these phrases in context. I will investigate and take the appropriate action(s) if I find rule breaking.

Enjoy the game.

With regards,

Panacea
Community Manager
Forge of Empires, U.S.

TwoCents 2019-01-24 02:04:40
What's the point of doing something so futile since you don't punish them?
Forge of Empires - Customer Support 2019-02-02 22:45:47
Hello TwoCents,

As we've discussed, you do not know the actions taken with other players as we will not divulge the

outcome of any report or any action/lack of action taken with another player. I'm very sorry but if you wish to report a player, we will be happy to look at these phrases in context. I will investigate and take the appropriate action(s) if I find rule breaking.

Enjoy the game.

With regards,

Panacea
Community Manager
Forge of Empires, U.S.

TwoCents 2019-02-02 22:54:43
I know the actions you've taken, don't make the mistake of thinking I don't.
Forge of Empires - Customer Support 2019-02-02 23:02:53
Hello TwoCents,

Thank you for keeping such close tabs on me. I appreciate your interest in the game.

With regards,

Panacea
Community Manager
Forge of Empires, U.S.

TwoCents 2019-02-02 23:09:58
You're welcome.
TwoCents 2019-02-02 23:28:21
You're welcome.
TwoCents 2019-02-02 23:51:16
You're welcome.

- You failed to answer the original question of the ticket. Is there a rule regarding sexism which prevents "honey, girl" and other instances of men making diminutive and derogatory comments to women?

**Forge of Empires - Customer Support 2019-02-03 02:26:36**

Hello TwoCents,

Our Game Rule regarding Communication would address this under the "insulting" arena dependent on how the conversation developed.

InnoGames does not accept any publications that the Forge of Empires Team considers illegal, insulting, offensive, threatening, abusive, real-life-aggressive, sexually explicit, pornographic (including, but not limited to drawings and animations), profanity, politically extreme, religiously fanatic, endangering youth, racist, playing down the use of illegal drugs or alcohol, or promoting the use of said substances or in any way inappropriate. Posting links to such content is also not allowed.

However, if you are looking for a specific rule which uses the word "sexism" there is none.

With regards,

Panacea
Community Manager
Forge of Empires, U.S.

### You 2019-02-03 02:34:44

actually, you are mistaken. Your terms and conditions specifically prohibit both gender discrimination and sexism and yet they are conspicuously absent from your game rules. Isn't that strange that the ONLY protected status as required by law omitted by your rules is that dealing with BOTH gender discrimination and sexism? InnoGames is specifically endorsing gender discrimination and sexism and the proof exists in your gross negligence in understanding of the terms and conditions.

### You 2019-02-03 02:37:26

The fifth bullet point under article 12.3 in case you need to look it up.

### Forge of Empires - Customer Support 2019-02-03 02:40:48

Hello TwoCents,

You asked specifically about our Game Rules. You did not ask me about our Terms and Conditions.

Our Terms and Conditions refer to sexism as such:

12.3 As User, you will refrain from any action that endangers or disrupts the operation and functionality of the Games and the successful collaboration with other users. In particular, you are prohibited from

- using or publishing content tantamount to mobbing, or threatening, harassing, insulting or defamatory content, or publishing or linking to corresponding material on a third party website, irrespective of whether this content affects other users, our employees or other persons or companies;
- using, placing or publishing discriminatory content (e.g. hate speeches against groups of persons, in particular based on race, ethnic origin, religion, disability, gender, age, veteran status

Exhibit 10 – Forge of Empires Support Tickets: TwoCents Submitted by Plaintiff Penny Quinteros
Case: 19-CV-1402 RSM - 1192

or sexual orientation), or content that is political, immoral, pornographic, morally reprehensible, offensive, violent, glorifies violence, *sexist*, right-wing or left-wing or that violates laws, in particular child protection laws and the Interstate Treaty on the Protection of Minors; or linking to corresponding material on a third party website or advertising, offering for sale or otherwise promote offending products contravening the law, in particular child protection laws;

Is there anything else you wish to know?

With regards,

Panacea
Community Manager
Forge of Empires, U.S.

### You 2019-02-03 02:45:06

so it is not an obligation for users to refrain from engaging in discriminatory actions based on gender, and to refrain from sexism? or you don't believe that your terms and conditions are game rules?

### Forge of Empires - Customer Support 2019-02-03 04:13:30

Hello TwoCents,

First, I apologize in that I should have included our Terms and Conditions in answering your original question.  As to whether players have "an obligation to refrain from engaging in discriminatory actions based on gender and to refrain from sexism", players have an obligation to follow the game rules (including the Terms and Conditions).  However, not all do- nor are they going to 100% of the time.  If a player says something in global chat, you have the right to report the conversation.  Its our jobs as moderators to uphold the rules (including  the Terms and Conditions.  It is up to every player to abide by the game rules and in this case, the Terms and Conditions).  However, the player reporting would have no way to know the results of this report as we only discuss such actions with player themselves.

With regards,

Panacea
Community Manager
Forge of Empires, U.S.

### You 2019-02-03 04:21:29

Right, but as we've discussed, you don't enforce the rule of sexism. You treat it as less-grave than those say... about antisemitism or racism when in fact it is an equally grave issue.

**Forge of Empires - Customer Support 2019-02-03 04:26:00**

Hello TwoCents,

We treat all the terms listed in the rules/TC with equal gravity (with the exception of nazism which even I will admit is handled more severely.)

Enjoy the game.

With regards,

Panacea
Community Manager
Forge of Empires, U.S.

**You 2019-02-03 04:34:37**

Maybe you just don't understand what is/is not sexist then... expecting the women players to conform to one standard is sexist, calling them honey or sweetie is sexist. If people where there saying "nigger" it wouldn't take a dozen reports to make you yank his ass asap.

**Forge of Empires - Customer Support 2019-02-03 15:29:47**

Hello TwoCents,

As we've discussed, you do not know the actions taken with other players as we will not divulge the outcome of any report or any action/lack of action taken with another player. I'm very sorry but if you wish to report a player, we will be happy to look at these phrases in context. I will investigate and take the appropriate action(s) if I find rule breaking.

Enjoy the game.

With regards,

Panacea
Community Manager
Forge of Empires, U.S.

**You 2019-02-03 15:37:38**

Exhibit 10 – Forge of Empires Support Tickets: TwoCents Submitted by Plaintiff Penny Quinteros
Case: 19-CV-1402 RSM - 1194

Maybe you don't realize that your actions are seen and recognized. If a person is committing blatant sexism, it's pretty obvious when they haven't been sanctioned for doing so.... they keep doing it without interruption!

### You 2019-02-03 15:38:39

You can't hide behind your story of "you don't know what we do." I DO know what you do. I know that when a person is passing around a photo of a woman's breasts they should be kicked out of the game... not be chitchatting about the cold weather.

### You 2019-02-03 15:39:22

and just a question... is there any context in which it's OK to be sexist?

### Forge of Empires - Customer Support 2019-02-03 20:24:06

Hello TwoCents,

We can not ban a player who may or may not have "passed around" a photo "of a woman's breasts" months ago. It would have to be a current report(s) which include such a photo and not a report where it is referred to in past tense. If a player posts such a photo in chat, then yes, action would be taken. If a player refers to "women's breasts" then yes, action would be taken. However, what a player "passes around" via Facebook or email is out of our purview.

With regards,

Panacea
Community Manager
Forge of Empires, U.S.

### You 2019-02-03 20:32:16

actually you can. It's against your terms and conditions. Article 12.3 bullet 11. More importantly, you were the one who was just arguing to me that you CAN take action against people who aren't reported. Additionally, we're not talking "months and months" ago. This happened just a few weeks ago with Caon64, I reported him several times. You have it document IN CHAT and in my tickets.

### You 2019-02-03 20:33:49

Your terms and conditions say "making publicly accessible" I would assume that posting something FROM here, TO facebook is making something "publicly" accessible. Start banning people and then maybe my image wouldn't be floating around facebook.

**You 2019-02-03 20:35:36**

And just frankly, if you are aware of an image of my body being transmitted via facebook or email, then you need to make that information available to me so that I may include it in a report to the FBI. It is a crime, and you can't withhold knowledge of it.

**Forge of Empires - Customer Support 2019-02-04 01:33:30**

Hello TwoCents,

On January 16th, you made the following report:

- 18:52: TwoCents: Honestly Caon, do the right thing. That's all I'm asking
- 18:52: Caon64: I am reporting nothing and will trust my friends..
- 18:53: TwoCents: your friends who sent you a photo of another woman's breasts...
- 18:53: TwoCents: that you open and viewed...
- 18:53: Caon64: I did see the photo and I know you hurt many.
- 18:53: TwoCents: because they're just such upstanding citizens?
- 18:53: Caon64: I do not judge..
- 18:53: Caon64: well, a quaint saying...
- 18:53: TwoCents: clearly, you're judging
- 18:53: Caon64: all do judge.
- 18:53: TwoCents: this is a matter for the game moderators

We investigated and took any action that was appropriate.  We will not divulge the outcome of any report or any action/lack of action taken with another player.

However, this player acknowledged viewing a photo which may or may not have been you based on this conversation nor do we know when this occurred.

I am unaware of _any_ image of _your_ body being transmitted via facebook or email nor does this conversation confirm that there is such a photo (this conversation references "another woman".  We do not know where the photo you are referring to came into existence nor how it became a part of chat on FoE. If you wish to provide information for our investigation to provide historical reference, please feel free to do so.

With regards,

Panacea
Community Manager
Forge of Empires, U.S.

**You 2019-02-04 02:09:41**

Isn't it your job to investigate when rules are reported as being broken? I mean that's what you always tell me "we'll investigate." ... I am telling you that a picture of my breasts was transmitted without my permission across your servers. I don't know how the image was obtained. I always suspected it was one of your moderators who thought it'd be funny to spread it around. Either way, it's being transmitted across your servers, so you need to fix it.

### Forge of Empires - Customer Support 2019-02-04 02:14:07

Hello TwoCents,

My question is how did it get to be on chat to begin with? You must have exchanged it with someone-who? when? on private FOE chat? on Facebook? via email? You to who? Who was originally responsible for the leak of information?

With regards,

Panacea
Community Manager
Forge of Empires, U.S.

### You 2019-02-04 02:14:59

Why don't you look at the OTHER report from that night, the one occuring in global chat (which I also reported). It detailed out that it was my picture he had received.

### Forge of Empires - Customer Support 2019-02-04 02:17:39

Hello TwoCents,

I am doing my very best to assist you as I realize this is important to you.  Please answer the questions that are central to the investigation.

My question is how did it get to be on chat to begin with? You must have exchanged it with someone-who? when? on private FOE chat? on Facebook? via email? You to who? Who was originally responsible for the leak of information?

With regards,

Panacea
Community Manager
Forge of Empires, U.S.

Exhibit 10 – Forge of Empires Support Tickets: TwoCents Submitted by Plaintiff Penny Quinteros
Case: 19-CV-1402 RSM - 1197

**You 2019-02-04 02:24:15**

I'll send you a screenshot of it, one second

**Forge of Empires - Customer Support 2019-02-04 02:39:24**

Hello TwoCents,

I DO NOT want a copy of the photo nor to be responsible for its security while in my possession. Should it be sent to me, it will be immediately deleted.

Please answer the questions I've raised:

My question is how did it get to be on chat to begin with? You must have exchanged it with someone-who? when? on private FOE chat? on Facebook? via email? You to who? Who was originally responsible for the leak of information?


With regards,

Panacea
Community Manager
Forge of Empires, U.S.

**You 2019-02-04 02:47:40**

it's not a copy of the photo. It's a copy of the conversation surrounding who I sent it to.

**Forge of Empires - Customer Support 2019-02-04 02:52:22**

Hello TwoCents,

I'll be happy to look at it and use it to locate the official report. In the meantime, please answer the questions I've raised:

My question is how did it get to be on chat to begin with? You must have exchanged it with someone-who? when? on private FOE chat? on Facebook? via email? You to who? Who was originally responsible for the leak of information?


With regards,

Panacea
Community Manager
Forge of Empires, U.S.

### You 2019-02-04 03:05:01

As you can see from the screenshot. I was asked by Gensmoky and Me38mag to send them a photo of my breasts to "prove" I was a woman and not a man named "derek" aka D12UNK. I was manipulated into thinking I HAD to prove I was a woman and that was the only reason they wanted the photo. I was forced to send it "quickly" otherwise they wouldn't count it as proof, so I sent a prnt.sc link of the photo to Gensmoky via whisper. I told him both in global chat and in whisper NOT to share the photo link with anyone else. He maintains to this day that he did NOT share the link with anyone else, but he is also the only person I sent it to. I believe it was a moderator who accessed the link and shared it with Me38Mag who was originally responsible for the "leak." Because the next day I was told by TommyV72 that he had received it from Me38Mag and also Me38 was joking in global chat with his wife DrowsyDragon about the photo.

I never "filed" an official report the night I sent the photo.... I didn't realize that I was being manipulated into sending it. I thought I was legitimately correcting an error on the part of my friend Gensmoky. Asking me to file a report at that time would have been like asking the grandma who is scammed over the telephone by a person pretending to be her grandson who's in jail... gee grandma, why didn't you record the phone call!?

What I DID do that night was file a report about Rigenator and other players for being offensive. When I pointed this out AT THE TIME to your other moderators, they refused to even attempt to find the other reports I had filed to see documented evidence of the conversation I just attached for you.

### You 2019-02-04 03:07:44

I'm sorry, the guy who they were accusing me of being was "drew" not "derek"...

### Forge of Empires - Customer Support 2019-02-04 04:59:30

Hello TwoCents,

As you've acknowledged, it was a mistake and you were scammed.  For that I am very sorry.  At least you had the foresight to screenshot this conversation.  One fallacy is that a moderator "leaked" the photo.  Moderators do not have access to private whisper conversation nor any attachments. The "leak" would have to have been player to player. If we have proof that a player is sending that photo (or any photo of a sexual or graphic nature) then action will be taken. However, the players aren't attaching photos, they are sending a link. That makes it very difficult to trace/track.  If you see anyone send the link, report it. I'm sorry for your sake that this occurred and we will work with you to see that it is not

sent any longer.

With regards,

Panacea
Community Manager
Forge of Empires, U.S.

**You 2019-02-04 11:46:46**

I don't consider it a "mistake." I have every right to send a photo of myself to whomever I choose. It is they who violated both my trust and the law. I did nothing wrong. Your "kind" words are about 2.5 years too late. You have let people harass me over this incident for all that time... You've done nothing to prevent this harassment even though gender descrimination and sexism is specifically against your terms and conditions. I don't see a lot of men getting asked to send photos of their penises to prove they are men, this is specifically a form of privacy-invasion targeting women.

Instead of banning the people in global chat who say to me gems like "less talking more photo-taking," etc... you have the nerve to say you've NEVER seen gender harassment in YOUR game...

Instead of taking actual action you perpetuate the problem by somehow thinking of me as a "psycho troublemaker" and perma-banning me from chat for things that aren't even against the rules.

Do you have any idea how sexist you are being to have me interacting with men and women you continue to violate my privacy illegally via your game, while being so inequitable as banning me for saying "don't buy goods from this person he will cheat you of fps"?

My only "mistake" in this endeavor was trusting InnoGames to enforce their game rules and take a woman's privacy violation as a serious matter.

**You 2019-02-12 17:03:21**

I don't consider it a "mistake." I have every right to send a photo of myself to whomever I choose. It is they who violated both my trust and the law. I did nothing wrong. Your "kind" words are about 2.5 years too late. You have let people harass me over this incident for all that time... You've done nothing to prevent this harassment even though gender descrimination and sexism is specifically against your terms and conditions. I don't see a lot of men getting asked to send photos of their penises to prove they are men, this is specifically a form of privacy-invasion targeting women.

Instead of banning the people in global chat who say to me gems like "less talking more photo-taking," etc... you have the nerve to say you've NEVER seen gender harassment in YOUR game...

Instead of taking actual action you perpetuate the problem by somehow thinking of me as a "psycho troublemaker" and perma-banning me from chat for things that aren't even against the rules.

Do you have any idea how sexist you are being to have me interacting with men and women you continue to violate my privacy illegally via your game, while being so inequitable as banning me for saying "don't buy goods from this person he will cheat you of fps"?

My only "mistake" in this endeavor was trusting InnoGames to enforce their game rules and take a woman's privacy violation as a serious matter.

### You 2019-02-12 21:01:54

I don't consider it a "mistake." I have every right to send a photo of myself to whomever I choose. It is they who violated both my trust and the law. I did nothing wrong. Your "kind" words are about 2.5 years too late. You have let people harass me over this incident for all that time... You've done nothing to prevent this harassment even though gender descrimination and sexism is specifically against your terms and conditions. I don't see a lot of men getting asked to send photos of their penises to prove they are men, this is specifically a form of privacy-invasion targeting women.

Instead of banning the people in global chat who say to me gems like "less talking more photo-taking," etc... you have the nerve to say you've NEVER seen gender harassment in YOUR game...

Instead of taking actual action you perpetuate the problem by somehow thinking of me as a "psycho troublemaker" and perma-banning me from chat for things that aren't even against the rules.

Do you have any idea how sexist you are being to have me interacting with men and women you continue to violate my privacy illegally via your game, while being so inequitable as banning me for saying "don't buy goods from this person he will cheat you of fps"?

My only "mistake" in this endeavor was trusting InnoGames to enforce their game rules and take a woman's privacy violation as a serious matter.

### Forge of Empires - Customer Support 2019-02-12 21:20:46

Hello TwoCents,

You released the photograph in question to a player(s) within the game. You were scammed. For that you have our sympathy. However, it is impossible for us to place the toothpaste back into the tube. Had you not wished said player(s) to see or discuss the photograph, the onus was on you not to release it. We will however, uphold the game rules should that or any other pornographic photograph or the release of any real life information be released.

Exhibit 10 – Forge of Empires Support Tickets: TwoCents Submitted by Plaintiff Penny Quinteros
Case: 19-CV-1402 RSM - 1201

This ticket is now concluded.

With regards,

Panacea
Community Manager
Forge of Empires, U.S.

---

This ticket has been closed and can no longer be replied to.

**Attachments**

# This ticket currently has no attachments.

# View ticket

# While you're at it 1.3

**You 2019-02-12 21:17:35**

Hello TwoCents,

The rules were changed in 2015 and have been available for all players every day on the PC Welcome page, the forum and from Support.

This ticket is now concluded.

With regards,

Panacea
Community Manager
Forge of Empires, U.S.

- The rules were actually changed more recently than 2015. I have proof.

**Forge of Empires - Customer Support 2019-02-12 21:21:29**

Hello TwoCents,

This ticket has been concluded.

With regards,

Panacea
Community Manager
Forge of Empires, U.S.

---

This ticket has been closed and can no longer be replied to.

**Attachments**

**This ticket currently has no attachments.**

# View ticket

# The Chat-Ban slows down my system

**You 2019-01-15 23:13:00**

As previously stated chat-bans slow down a person's connection to forge of empires, creating difficulty in performing GvG related activities.

**Forge of Empires - Customer Support 2019-01-16 09:55:39**

Hello TwoCents,

While I understand that this may make GVG more difficult for you, that is something you should have considered while we repeatedly asked you to quit insulting and spamming your fellow players on chat. The chat mute will stay in place.

With regards,

Panacea
Community Manager
Forge of Empires, U.S.

**You 2019-01-16 11:15:55**

Considering I didn't insult or spam anyone, I think you're mistaken. If you thought I needed to correct my behavior then it would've been appropriate for you to tell me what exactly I said that was wrong and allowed me the chance to air my disagreement. Instead you went with "you

insulted fellow players" to which I just had to guess what you meant... something I'm not gonna do. By not answering and "toying" with me in such a way, you failed to give me the opportunity to correct my behavior. If however this is from criticizing blacklisted's goods practices (my guess). I told you I wasn't going to follow "special" rules just for me. You fail to penalize any of the 50 players I had repeating the same thing in other worlds... If you spent close to 9k on a service, you'd expect to be treated fairly too...

**Forge of Empires - Customer Support 2019-01-24 01:46:33**

Hello TwoCents,

We do treat you, and all our players, fairly in the sense that all are expected to abide by the game rules and that any player who violates a game rule is subject to appropriate action related to that rule.  You state you did not insult or spam anyone. We disagree. We provided you with a number of examples of your statements from global chat. These weren't "special rules", these were simply game rules you did not follow. We appreciate you as a player and hope that you enjoy the game.

With regards,

Panacea
Community Manager
Forge of Empires, U.S.

**You 2019-01-24 01:59:35**

Will someone not fire you already? You have a defecit in your reasoning skills. The rules themselves are unfair because you apply them differently. I've shown you a thousand examples and you still maintain the old tired line... "it's fair because you broke ghe rules"

**Forge of Empires - Customer Support 2019-01-24 02:02:43**

Hello TwoCents,

I am sorry you wish to have me fired. I thought we had a nice relationship after all our discussions.  We do not apply them differently although you have gone to great lengths to tell me that we are biased, sexist and misogynistic in our application of the game rules. However, you violated the game rules and will have to abide by the actions imposed.

Enjoy the game.

With regards,

Panacea
Community Manager
Forge of Empires, U.S.

**You 2019-01-24 02:03:56**

Have you any formal training on political or legal or systematic rule systems?

**Forge of Empires - Customer Support 2019-01-24 02:07:20**

Hello TwoCents,

I will not be giving you any personal information. Do you have any game specific questions today?

With regards,

Panacea
Community Manager
Forge of Empires, U.S.

**You 2019-01-24 02:08:37**

This IS a game-specfic question... what qualifications do you have to decide if your system is fairly structured and arbitrated?

**Forge of Empires - Customer Support 2019-01-24 02:09:20**

Hello TwoCents,

I will not be giving you any personal information. Do you have any game specific questions today?

With regards,

Panacea
Community Manager
Forge of Empires, U.S.

**You 2019-01-24 02:09:52**

This IS a game-specfic question... what qualifications do you have to decide if your system is fairly structured and arbitrated?

**Forge of Empires - Customer Support 2019-01-24 02:10:56**

Hello TwoCents,

I will not be giving you any personal information. Enjoy the game.

With regards,

Panacea
Community Manager
Forge of Empires, U.S.

**You 2019-01-24 02:13:51**

So you think that your system is fair? What if I could establish for you that it's not... because unlike you, I have studied it... what would you do about it?

**Forge of Empires - Customer Support 2019-01-24 02:17:24**

Hello TwoCents,

It certainly depends. If you had a valid argument, I'm sure that the game developers would take your argument under advisement. They may/may not make changes in future adaptation of the rules which are normally reviewed and revised when needed. The last rules revisions were 01-09-2015.

And you have no idea if I have or have not studied "it" as I have not provided you personal information.

Enjoy the game.

With regards,

Panacea
Community Manager
Forge of Empires, U.S.

**You 2019-01-24 02:27:52**

I can tell based upon your blatant ignorance.

**You 2019-01-24 02:31:35**

Your argument is, that the rules apply equally to all people, correct? Anyone who breaks the rules can be sanctioned and it doesn't matter if other people also breaking the rules do not get sanctioned. Is that a fair summary of your position?

**Forge of Empires - Customer Support 2019-01-24 02:38:10**

Hello TwoCents,

I am not going to argue semantics at this point. I have repeatedly stated that all players are held

to the rules of the game and are expected to abide by these rules. Any player who violates the rules is open to appropriate action.

Enjoy the game.

With regards,

Panacea
Community Manager
Forge of Empires, U.S.

### You 2019-01-24 02:39:24

You said if I could prove to you that your rules are unfair you would notify the game developers no? Now it's "semantics?"

### Forge of Empires - Customer Support 2019-01-24 02:51:18

Hello TwoCents,

If you wish to "prove" the rules are unfair, please feel free to do so.  Thank you.

With regards,

Panacea
Community Manager
Forge of Empires, U.S.

### You 2019-01-24 02:54:55

Alright, then please provide an explanation for why the rules are "fair" as-is?

### Forge of Empires - Customer Support 2019-01-24 02:56:33

Hello TwoCents,

That is not something we have to do. You are the one who says they are not.  If you wish to "prove" the rules are unfair, please feel free to do so.  Thank you.

With regards,

Panacea
Community Manager
Forge of Empires, U.S.

### You 2019-01-24 02:58:35

Alright, they are unfair because they result in a disparity of outcomes. They are Jim-Crow laws. They appear fair on their surface, but disproportionately apply only to the people reported and not to all people who break the rules.

**You 2019-01-24 03:00:32**

That is 100% proof that they are unfair. You claim they apply to everyone equally, but in processing them you only apply them to the group of individuals reported.

**Forge of Empires - Customer Support 2019-01-24 03:01:25**

Hello TwoCents,

Thank you for your assessment. I will be happy to forward this assessment to the Community and to the game developers.  Enjoy the game.

With regards,

Panacea
Community Manager
Forge of Empires, U.S.

**You 2019-01-24 03:02:56**

So, your rules are unfair, please remove the sanctions you've applied to my account by enforcement of these unfair rules.

**Forge of Empires - Customer Support 2019-01-24 03:07:24**

Hello TwoCents,

No.  Just because you believe there to be unfairness in the rules does not mean any unfairness exists.  I am trying to be fair in presenting your viewpoint to your fellow players and the game developers but if you prefer me to just say "They are fair" and make a decision, then I am agreeable to that as well.

With regards,

Panacea
Community Manager
Forge of Empires, U.S.

**You 2019-01-24 03:09:18**

Well considering I just proved they are unfair, I doubt you can claim fairness unless you're psychotic and can't understand logic.

**Forge of Empires - Customer Support 2019-01-24 03:13:06**

Hello TwoCents,

Saying "Alright, they are unfair because they result in a disparity of outcomes. They are Jim-Crow laws. They appear fair on their surface, but disproportionately apply only to the people reported and not to all people who break the rules." is not proof. That is a statement of opinion. Should you wish to prove this opinion, we are certainly open to hearing your proof.

With regards,

Panacea
Community Manager
Forge of Empires, U.S.

**You 2019-01-24 03:13:43**

You claim your rules apply to everyone equally and that makes them fair. They don't. They only apply to the subset of individuals who have been identified/reported to you. It is a logical fallacy to say that the rules apply to everyone. They are, by logical deduction UNFAIR.

**You 2019-01-24 03:15:31**

I'll try to use littler words so you can understand it... logical deductions aren't opinions, they are facts deduced from other facts.

**You 2019-01-24 03:26:29**

Jeesh Panacea, what did you study in school? HomeEc? If I said: All things made of water are wet, the ocean is made of water, therefore the ocean is wet. Would you say "that's just an opinion." Or "I've never seen the ocean be wet".... You're supporting what is the foundation of your rule-system with anecdotes and fallacies....

**You 2019-01-24 03:32:10**

And fuck "my fellow players"... it isn't UP to my fellow players to decide if InnoGames has to follow the law or not... It's not even up to InnoGames to decide if they want to follow the law or not. They are required to do so if they want to provide a service in the United States of America.

**Forge of Empires - Customer Support 2019-02-02 23:52:32**

Hello TwoCents,

Again, I must ask you to remain civil when speaking with me or any other moderators here in Support.

While I agree that the majority of players receiving any type of action on their accounts fall into the "subset" of reported players, that is one way players who are violating the rules are identified. However, it is not the only means of identification.  All players who play the game abide by the same game rules.  Any player who violates the game rules are subject to some type of action to their account.

Abide by the rules and enjoy the game.

With regards,

Panacea
Community Manager
Forge of Empires, U.S.

**You 2019-02-02 23:55:33**

you asking me to modify my language when speaking to a person in a power position is a form of gender discrimination. Please refrain from forcing me to speak to you in a specific way.

You have a very short memory. Your moderators have told me on numerous occasions that the ONLY way they can take action against a player is if they are reported.

**Forge of Empires - Customer Support 2019-02-03 00:00:38**

Hello TwoCents,

All moderators may not be aware of all of the ways players may be identified when a rule is violated. Different levels of moderators are trained on different aspects of the player accounts.

No one has asked you to modify your language other than to say that foul language will not be tolerated in Support any more than it is in the game.

With regards,

Panacea
Community Manager
Forge of Empires, U.S.

**You 2019-02-03 00:01:33**

So what you're saying is that you subject me to the interpretation of your rules by moderators who aren't adequately trained?

**Forge of Empires - Customer Support 2019-02-03 00:06:02**

Hello TwoCents,

Absolutely not. I am saying that some aspects of identifying players who may be violating game rules are only handled by my level of game moderator. I fail to see what is so difficulty about that concept.

I wouldn't want to hold up your game so I will let you get back to playing.  Enjoy the game.

With regards,

Panacea
Community Manager
Forge of Empires, U.S.

**You 2019-02-03 00:09:22**

So what you're saying is that you leave interpretation of your game rules up to moderators who aren't adequately trained and who are providing me incorrect information.

**Forge of Empires - Customer Support 2019-02-03 00:15:25**

Hello TwoCents,

I know you are an intelligent person and I know you can read.This is a team, each with certain abilities and all with the same set of game rules applied.  All are trained, all do their best to give you accurate information.  I've read back through your nearly 600 tickets and no where do I see that a moderator informed you that the "only" method of detection of a player violating a game rules. I do see where they informed you that you must use the 'Report' feature to report a player violating a game rule within chat as that is the way we have of capturing the conversation for documentation. Those are two different things.

With regards,

Panacea
Community Manager
Forge of Empires, U.S.

**You 2019-02-03 00:19:28**

Yes Panacea, one does not get accepted into law school without knowing how to read. Have you checked your email to me when discussing my photo incident?

**You 2019-02-03 00:21:19**

Also, if I could please bring your attention to the first sentence of the following statement:

Forge of Empires - Customer Support2016-11-28 09:06:16
I apologize but we are not able to act on anything that is not reported through our report feature. We are not able to take action solely on the claim of one player without supporting documentation. This would be considered Hearsay. Please ask the other player who received the message to report the message for you.

Respectfully,

Seriak
Co-Community Manager
U.S. Forge of Empires

**Forge of Empires - Customer Support 2019-02-03 00:24:21**

Hello TwoCents,

Seriak was referencing the fact you were informing of an incident involving our global chat feature.  Any conversation occurring on Global Chat and that might possibly be in violation of our Game Rules must be reported using the 'Report' function.  This captures the entire conversation for documentation that can be attached to the player's file.

With regards,

Panacea
Community Manager
Forge of Empires, U.S.

**You 2019-02-03 00:25:26**

Forge of Empires - Customer Support2016-11-29 10:07:56
We are not permitted to view any messages or chat that have not been reported to us through the report feature due to privacy laws. I apologize for any inconvenience.

Respectfully,

Seriak
Co-Community Manager
U.S. Forge of Empires

**You 2019-02-03 00:26:06**

He specifically said it was due to "privacy laws"... not due to my particular situation. You're a smart person and I know you know how to read if you try really hard.

**Forge of Empires - Customer Support 2019-02-03 00:31:23**

Hello TwoCents,

All players must use the 'Report' feature to report any conversation in Global Chat- not just your "particular situation".  This captures the entire conversation for documentation that can be attached to the player's file.

Enjoy the game.

With regards,

Panacea
Community Manager
Forge of Empires, U.S.

**You 2019-02-03 00:33:17**

So what you're saying then is that only sections 3, 4 and 9 of your rules are unfair? i.e anything that deals with communication between players. i.e the very things I've only ever been accused of violating?

**Forge of Empires - Customer Support 2019-02-03 00:36:00**

Hello TwoCents,

I'm unsure as to why you view sections 3,04, and 9 to be unfair.  All players are held to the same rules.

With regards,

Panacea
Community Manager
Forge of Empires, U.S.

**You 2019-02-03 00:36:31**

Well, that's not true, only the players are reported are held to these rules. Since you are not allowed to look at messages without them being reported.

**You 2019-02-03 00:37:53**

Let's imagine for a minute there was a police force that only investigated criminals who have been reported to them as violating the law.... people could murder each other wantonly and so long as they were "popular" (not reported) they could get away with it without repercussions. Would that SEEM very fair to you?

**You 2019-02-03 00:41:05**

Meanwhile the poor unpopular women who lived out in the woods would be getting burned at the stake because someone reported them as being witches... oh wait, that actually happened under a system of rules very similar to what you advocate as "fair."

**You 2019-02-12 17:04:57**

Meanwhile the poor unpopular women who lived out in the woods would be getting burned at the stake because someone reported them as being witches... oh wait, that actually happened under a system of rules very similar to what you advocate as "fair."

**You 2019-02-12 21:01:22**

Meanwhile the poor unpopular women who lived out in the woods would be getting burned at the stake because someone reported them as being witches... oh wait, that actually happened under a system of rules very similar to what you advocate as "fair."

**Forge of Empires - Customer Support 2019-02-12 21:22:38**

Hello TwoCents,

While I understand that this may make GVG more difficult for you, that is something you should have considered while we repeatedly asked you to quit insulting and spamming your fellow players on chat. The chat mute will stay in place.

This ticket is now concluded.

With regards,

Panacea
Community Manager
Forge of Empires, U.S.

---

This ticket has been closed and can no longer be replied to.

**Attachments**

**This ticket currently has no attachments.**

# View ticket

Exhibit 10 – Forge of Empires Support Tickets: TwoCents Submitted by Plaintiff Penny Quinteros
Case: 19-CV-1402 RSM - 1214

# Date and Time of Warnings/Bans/Chat Bans and other

**You 2019-01-15 08:10:37**

Please detail out for me the exact date and time of all warnings, bans, chat-bans and other disciplinary action or sanctions taken against my account since I started playing as well as the number of "points" assigned to each infraction and the stated reason for such. Thank You

**Forge of Empires - Customer Support 2019-01-15 10:54:55**

Hello TwoCents,

That information will not be provided. If you wished to keep up with it, you had every opportunity to do so.

With regards,

Panacea
Community Manager
Forge of Empires, U.S.

**You 2019-01-15 11:04:14**

Oh, I have it, but your information apparently differs from mine, for example these chat-bans don't actually give a message. Unless I happen to check my chat by refreshing it and looking at my messages, no way to know when they're on or not . So I am asking for a detailed record from you.

**Forge of Empires - Customer Support 2019-01-15 11:39:55**

Hello TwoCents,

That information will not be provided. If you wished to keep up with it, you had every opportunity to do so.

With regards,

Panacea
Community Manager
Forge of Empires, U.S.

**You 2019-01-15 11:44:02**

Exhibit 10 – Forge of Empires Support Tickets: TwoCents Submitted by Plaintiff Penny Quinteros
Case: 19-CV-1402 RSM - 1215

That's my point, I didn't have the opportunity because you never provided me the information... at all... ever.

**Forge of Empires - Customer Support 2019-01-15 11:53:51**

Hello TwoCents,

You were told that the chat mute began on 2019-01-10 on several occasions.

With regards,

Panacea
Community Manager
Forge of Empires, U.S.

**You 2019-01-15 11:54:55**

Which others, when did they start, when did they end, and how many points were awarded for them?

**Forge of Empires - Customer Support 2019-01-15 11:57:09**

Hello TwoCents,

That information will not be provided. If you wished to keep up with it, you had every opportunity to do so.

With regards,

Panacea
Community Manager
Forge of Empires, U.S.

**You 2019-01-15 12:00:54**

How would I have "had that opportunity?" Would you have notified me of a chat-ban?

**Forge of Empires - Customer Support 2019-01-15 13:45:07**

Hello TwoCents,

As an intelligent person I'm sure you could think of numerous ways to keep track of bans and chat mutes if you so desired. However, this is not information we will be providing.

With regards,

Panacea
Community Manager
Forge of Empires, U.S.

**You 2019-01-15 13:55:15**

No, that's not my question. How would I KNOW a chat-mute was in place if I didn't accidentally stumble upon it by refreshing my chat to see what I'd typed wasn't displayed anymore?

**Forge of Empires - Customer Support 2019-01-15 21:04:48**

Hello TwoCents,

In your case, you wrote one of your numerous tickets before I even had a chance to write you about the chat ban.  However, in answer to one of your numerous tickets, I told you of the chat ban and that it began on 2019-1-10,

With regards,

Panacea
Community Manager
Forge of Empires, U.S.

**You 2019-01-15 21:14:25**

And what about the other ones?

**Forge of Empires - Customer Support 2019-01-15 21:17:36**

Hello TwoCents,

We will not be going over completed bans or chat mutes.  They are completed and over.

With regards,

Panacea
Community Manager
Forge of Empires, U.S.

**You 2019-01-15 21:26:56**

Right, but how would I know which ones were put in place? It's just random if I get messages on them or not. You instituted one over the Christmas holiday and I don't even know when it started. I got no message (for at least 2 days) AND it was just an accident I even found out about it. You want to use these "bans" to show a level of intent and progressive discipline... then you

need to establish when they occurred. For all I know you've put 50 of them on my various worlds and I'd have had no idea.

**Forge of Empires - Customer Support 2019-01-15 21:28:16**

Hello TwoCents,

I'm certainly sorry you feel this way. The easiest way to see when a ban was in place would be to read through your tickets and take notes.  We will not be going over completed bans or chat mutes.  They are completed and over.

With regards,

Panacea
Community Manager
Forge of Empires, U.S.

**You 2019-01-15 21:30:04**

But like I said, the new chat-ban doesn't send out any sort of auto-message regarding it being put into place or being removed. Therefore I have no way to know when it was instituted or not.

**Forge of Empires - Customer Support 2019-01-15 21:31:19**

Hello TwoCents,

We will certainly take this under advisement for a game enhancement. .Thank you for reporting this potential issue to us, TwoCents. I apologize for any inconvenience this issue may have caused and will pass this on to the developers of the game.

With regards,

Panacea
Community Manager
Forge of Empires, U.S.

**You 2019-01-15 21:39:42**

Well, my point remains. When have I been subjected to this form of discipline? Please tell me when the incident(s) started and when they ended.

**Forge of Empires - Customer Support 2019-01-24 01:33:56**

Hello TwoCents,

We do not provide lists of "forms of discipline".  I apologize for any inconvenience. Enjoy the

game.

With regards,

Panacea
Community Manager
Forge of Empires, U.S.

**You 2019-01-24 02:06:11**

You don't tell people when they've received disciplinary measures or not? Is this Nazi-Germany? When did you become the SS?

**Forge of Empires - Customer Support 2019-01-24 02:08:56**

Hello TwoCents,

And you think OUR statements are sexist? We do tell players when they have received a disciplinary measure/action.  We do not provide a cumulative list of actions. Should the player wish this, they should take notes when they receive an action.

With regards,

Panacea
Community Manager
Forge of Empires, U.S.

**You 2019-01-24 02:12:09**

Well since you never told me about them in the first place, You broke your own policy and now have to correct it. SS... Secret police enforcing secret rules in the dark... sounds like an apt comparison to me.

**You 2019-02-02 23:12:02**

Well since you never told me about them in the first place, You broke your own policy and now have to correct it. SS... Secret police enforcing secret rules in the dark... sounds like an apt comparison to me.

**Forge of Empires - Customer Support 2019-02-02 23:21:50**

Hello TwoCents,

Please refrain from any comments regarding the "Secret Police" or any references to Nazism.  This will result in having your game terminated. There is no gray area here.  Please be careful.

Enjoy the game.

With regards,

Panacea
Community Manager
Forge of Empires, U.S.

**You 2019-02-02 23:27:16**

Why? You act like the people who were alive during WW2 aren't around anymore. There are certainly a lot of people who were Nazi's living in Germany still. You can't erase history.

**You 2019-02-02 23:34:35**

Besides, my statement was an appropriate comparison of two totalitarian regimes who enforce their unfair rules via secrecy and intimidation... such as threatening "this will result in having your game terminated."

**Forge of Empires - Customer Support 2019-02-02 23:42:53**

Hello TwoCents,

I'm simply giving you fair and ample warning. Anti-semitism and Nazism are taken very seriously.

With regards,

Panacea
Community Manager
Forge of Empires, U.S.

**You 2019-02-02 23:50:59**

There is no anti-semitism here. I am making an analogy to a factual historical event, but asserting no opinion as to the merits of said event. And accusing one of being a nazi would actually be the opposite of anti-semitism.

**Forge of Empires - Customer Support 2019-02-03 00:09:12**

Hello TwoCents,

I am simply giving you adequate and early warning.

With regards,

Panacea
Community Manager
Forge of Empires, U.S.

**You 2019-02-03 00:11:10**

Alright, you are like the DINA Chilean secret police under the dictatorial regime of Augusto Pinochet. You enforce arbitrary and capricious rules under the cover of secrecy. Does my modification of language make you feel less nazi-affronted?

**You 2019-02-12 17:08:15**

Alright, you are like the DINA Chilean secret police under the dictatorial regime of Augusto Pinochet. You enforce arbitrary and capricious rules under the cover of secrecy. Does my modification of language make you feel less nazi-affronted?

**You 2019-02-12 21:00:21**

Alright, you are like the DINA Chilean secret police under the dictatorial regime of Augusto Pinochet. You enforce arbitrary and capricious rules under the cover of secrecy. Does my modification of language make you feel less nazi-affronted?

**Forge of Empires - Customer Support 2019-02-12 21:23:29**

Hello TwoCents,

That information will not be provided.   Enjoy the game.

This ticket is now concluded.

With regards,

Panacea
Community Manager
Forge of Empires, U.S.

---

This ticket has been closed and can no longer be replied to.

## Attachments

This ticket currently has no attachments.

# View ticket

# Alts Sir Baldi Dejvi 1.2

**You 2019-02-12 21:22:40**

Reported players: Sir Baldy, Dejvi the unstopable

TwoCents 2019-01-29 15:01:00
these players are alts, you won't do shit about it, enjoy the game, with regards Panaceas
Forge of Empires - Customer Support 2019-01-29 22:52:17
Hello TwoCents,

Thank you for bringing this matter to our attention. We appreciate all players that help the Forge team to keep our game running without rule breakers. TwoCents, I will investigate and take the appropriate action(s) if I find rule breaking.

With regards,

Panacea
Community Manager
Forge of Empires, U.S.

TwoCents 2019-01-29 22:59:06
you forgot "enjoy the game"
Forge of Empires - Customer Support 2019-01-30 02:19:26
Hello TwoCents,

Enjoy the game.

With regards,

Panacea
Community Manager
Forge of Empires, U.S.

TwoCents 2019-01-30 02:34:23
There we go... that's the Panacea we all know and love.
TwoCents 2019-01-30 02:47:01
There we go... that's the Panacea we all know and love.
TwoCents 2019-01-30 11:13:50
There we go... that's the Panacea we all know and love.
TwoCents 2019-01-30 23:20:44
There we go... that's the Panacea we all know and love.

TwoCents 2019-01-30 23:52:58
There we go... that's the Panacea we all know and love.
TwoCents 2019-01-31 02:09:46
There we go... that's the Panacea we all know and love.
TwoCents 2019-02-07 23:22:21
There we go... that's the Panacea we all know and love.
TwoCents 2019-02-12 17:03:02
There we go... that's the Panacea we all know and love.
TwoCents 2019-02-12 21:02:04
There we go... that's the Panacea we all know and love.
Forge of Empires - Customer Support 2019-02-12 21:14:17
Hello TwoCents,

Thank you for bringing this matter to our attention. We appreciate all players that help the Forge team to keep our game running without rule breakers. TwoCents, I will investigate and take the appropriate action(s) if I find rule breaking.

This ticket is now concluded.

With regards,

Panacea
Community Manager
Forge of Empires, U.S.

-- There we go... that's the Panacea we all know and love.

**Forge of Empires - Customer Support 2019-02-12 21:23:51**

Hello TwoCents,

This ticket is now concluded.

With regards,

Panacea
Community Manager
Forge of Empires, U.S.

This ticket has been closed and can no longer be replied to.

## Attachments

This ticket currently has no attachments.

# View ticket

# Is Forge of Empires supposed to be a fair game?

**You 2019-01-14 21:20:48**

Is Forge of Empires supposed to be a fair game?

**Forge of Empires - Customer Support 2019-01-14 21:25:17**

Hello TwoCents,

Thank you for contacting Support. I'm SLK350 and I'll be happy to assist you!

Fair is a relative adjective. Do you have a question about a specific circumstance?

Kind regards,

SLK350
Ingame Moderator
Forge of Empires, U.S.

**You 2019-01-14 23:21:43**

No, I mean in general.

**You 2019-01-14 23:24:32**

Please pass this ticket on to Panacea. This question is really for the US community manager.

**Forge of Empires - Customer Support 2019-01-15 04:19:11**

Hello TwoCents,

Do you have a question about a specific circumstance?

With regards,

Panacea
Community Manager
Forge of Empires, U.S.

**You 2019-01-15 07:12:57**

Yes, in general, it is your job to maintain fairness in the game right? So, that involves all players getting the equal opportunity to achieve aims, play unrestricted, etc?

**Forge of Empires - Customer Support 2019-01-15 10:53:19**

Hello TwoCents,

In general, Forge of Empires is a fair game. Those players that play and do not violate game rules can play unrestricted. Those players that violate game rules are subject to game bans or chat mutes or a variety of restrictions.

With regards,

Panacea
Community Manager
Forge of Empires, U.S.

**You 2019-01-15 11:07:02**

So it's basic premise is that all players can play equally, have equal access to support, equal opportunity to purchase premium services etc?

**Forge of Empires - Customer Support 2019-01-15 11:39:23**

Hello TwoCents,

In general, Forge of Empires is a fair game. Those players that play and do not violate game rules can play unrestricted. Those players that violate game rules are subject to game bans or chat mutes or a variety of restrictions.

With regards,

Panacea
Community Manager
Forge of Empires, U.S.

**You 2019-01-15 11:44:57**

And you want it to be child-friendly aka a PG rating so that kids can play?

Exhibit 10 – Forge of Empires Support Tickets: TwoCents Submitted by Plaintiff Penny Quinteros
Case: 19-CV-1402 RSM - 1225

**Forge of Empires - Customer Support 2019-01-15 11:50:54**

Hello TwoCents,

In general, Forge of Empires is a fair game. Those players that play and do not violate game rules can play unrestricted. Those players that violate game rules are subject to game bans or chat mutes or a variety of restrictions.

With regards,

Panacea
Community Manager
Forge of Empires, U.S.

**You 2019-01-15 11:56:21**

Is it supposed to be child-friendly?

**Forge of Empires - Customer Support 2019-01-15 21:20:28**

Hello TwoCents,

In general, Forge of Empires is a fair game. Those players that play and do not violate game rules can play unrestricted. Those players that violate game rules are subject to game bans or chat mutes or a variety of restrictions.

With regards,

Panacea
Community Manager
Forge of Empires, U.S.

**You 2019-01-15 21:23:42**

Is Forge of Empires supposed to be child-friendly and PG rated?

**Forge of Empires - Customer Support 2019-01-15 21:33:50**

Hello TwoCents,

In general, Forge of Empires is a fair game. Those players that play and do not violate game rules can play unrestricted. Those players that violate game rules are subject to game bans or chat mutes or a variety of restrictions.

With regards,

Panacea
Community Manager
Forge of Empires, U.S.

**You 2019-01-15 21:34:55**

My question changed, but your answer didn't. Is Forge of Empires intended to be child-friendly?

**Forge of Empires - Customer Support 2019-01-15 21:36:09**

Hello TwoCents,

In general, Forge of Empires is a family friendly game.  However, our Terms and Conditions state you must be 16 years old to play. Those players that play and do not violate game rules can play unrestricted. Those players that violate game rules are subject to game bans or chat mutes or a variety of restrictions.

With regards,

Panacea
Community Manager
Forge of Empires, U.S.

**You 2019-01-15 21:37:41**

"I have reduced your ban it will end 1 hour from now, please refrain from using profanity, personally attacking other players or saying things in chat that violate our communications rules.

We realize this is a war game, and at times tensions can run high...however please keep in mind we advertise this as a game anyone can play and as a result many children play this game...we try to keep the chat to a PG rating to protect players and we ask that you abide by those rules.

Thank you!

Respectfully,

Maestro
Ingame Moderator
U.S. Forge of Empires"

-So your moderator was lying then about the reasons why he had to put in this ban?

**Forge of Empires - Customer Support 2019-01-15 21:41:45**

Hello TwoCents,

No, I would say he was correct- although that ticket must have been from years ago.

With regards,

Panacea
Community Manager
Forge of Empires, U.S.

**You 2019-01-15 21:42:29**

so you freely break your terms of service allowing children to play?

**Forge of Empires - Customer Support 2019-01-15 21:43:59**

Hello TwoCents,

We are not always privy to the ages of our players. Like all rules, it is up to the player to abide by them.

With regards,

Panacea
Community Manager
Forge of Empires, U.S.

**You 2019-01-15 21:44:49**

Well terms of service is a contract not a "rule" intended only for the players... It's your obligation to uphold your end of it, which includes not putting in rules regarding "PG" behavior when you intend no children to play.

**Forge of Empires - Customer Support 2019-01-15 21:46:10**

Hello TwoCents,

You are certainly entitled to your opinion. Should you not like how we are managing FoE, please feel free to find another game more to your taste.

With regards,

Panacea
Community Manager
Forge of Empires, U.S.

**You 2019-01-15 21:47:25**

Exhibit 10 – Forge of Empires Support Tickets: TwoCents Submitted by Plaintiff Penny Quinteros
Case: 19-CV-1402 RSM - 1228

Actually, it's your responsibility to uphold your end of the contract. It's not my responsibility to force you to do so.

**Forge of Empires - Customer Support 2019-01-15 21:48:03**

You are certainly entitled to your opinion. Should you not like how we are managing FoE, please feel free to find another game more to your taste.

With regards,

Panacea
Community Manager
Forge of Empires, U.S.

**You 2019-01-15 21:48:42**

It's not an "opinion" unless you mean a judicial opinion. You are required to uphold your end of a contract.

**You 2019-01-15 21:50:56**

I mean, afterall, I've spent $8,600 for this service, I expect you to uphold your end of the contract. Just like if I spent $8,600 buying a used car.

**Forge of Empires - Customer Support 2019-01-24 01:42:49**

Hello TwoCents,

If you feel that Forge of Empires is not a fair game, you are welcome to report this and you have. Your views that Forge is a sexist game is well documented. If you feel there are certain rules which create this, please let me know which and how you feel they should be changed. I will be happy to include these changes on our Forum to see if these meet the approval of our gaming community. It is why we have a Suggestions page in our Community Forum.

Enjoy the game.

With regards,

Panacea
Community Manager
Forge of Empires, U.S.

**You 2019-01-24 02:02:34**

I don't think that "bringing it to the gaming community" would be any more effective than a black man going into a kkk rally to ask them to be less racist. It's not UP to the gaming

community to prevent gender-discrimination in your game. It's part of the law- you don't get to choose whether to be sexist or not.

**Forge of Empires - Customer Support 2019-02-02 22:46:48**

Hello TwoCents,

Thank you for your feedback.

With regards,

Panacea
Community Manager
Forge of Empires, U.S.

**You 2019-02-02 22:54:20**

I see you're not actually interested in creating a fair gaming-environment.

**Forge of Empires - Customer Support 2019-02-02 23:04:21**

Hello TwoCents,

There is a distinct difference in opinion here over what is a "fair gaming-environment".  We think we have a very fair gaming environment, you do not.  Thank you for your feedback.

With regards,

Panacea
Community Manager
Forge of Empires, U.S.

**You 2019-02-02 23:09:35**

there is no difference of opinion when things are true and false. This isn't a matter of "agreeing to disagree" there is only one right answer which you need to accept.

**Forge of Empires - Customer Support 2019-02-02 23:20:05**

Hello TwoCents,

I am sorry to inform you that the game will not be changing to conform to your definition of "true" or "fair".  Enjoy the game as it is.

With regards,

Panacea
Community Manager
Forge of Empires, U.S.

**You 2019-02-02 23:28:07**

Well, there is really only one definition of true and fair. It's not open to debate. Your game isn't fair. It doesn't meet even the most basic requirements.

**You 2019-02-12 17:08:24**

Well, there is really only one definition of true and fair. It's not open to debate. Your game isn't fair. It doesn't meet even the most basic requirements.

**You 2019-02-12 21:00:08**

Well, there is really only one definition of true and fair. It's not open to debate. Your game isn't fair. It doesn't meet even the most basic requirements.

**Forge of Empires - Customer Support 2019-02-12 21:24:31**

Hello TwoCents,

Those players that play and do not violate game rules can play unrestricted. Those players that violate game rules are subject to game bans or chat mutes or a variety of restrictions.

This ticket is concluded.

With regards,

Panacea
Community Manager
Forge of Empires, U.S.

---

This ticket has been closed and can no longer be replied to.

## Attachments

This ticket currently has no attachments.

# View ticket

Exhibit 10 – Forge of Empires Support Tickets: TwoCents Submitted by Plaintiff Penny Quinteros
Case: 19-CV-1402 RSM - 1231

# An Administrator found your in game behavior - 2/11/19

**You 2019-02-11 21:09:47**

Exactly what was this for?

**Forge of Empires - Customer Support 2019-02-11 21:31:10**

Hello TwoCents,

When you receive a report about being punished it means one or more messages were reported as being in violation of the Communications Rules. Usually this is because you have sent profanity, personal insults or otherwise offensive content through either the message or chat system.

Rule Violation: Insulting Another Player

- 13:35: TwoCents: cuz you suck
- 13:39: TwoCents: no, I won't be doing that
- 15:16: TwoCents: do not go to Forge of Titans
- 15:16: TwoCents: Dv-6 lives there
- 15:18: TwoCents: I don't know
- 15:18: TwoCents: my guild is awesome
- 15:18: TwoCents: there'd be no reason
- 15:18: TwoCents: not everyone hates me
- 15:19: TwoCents: just the people who are idiots
- 15:19: TwoCents: great, add me :D
- 15:20: TwoCents: It's probably a badge of honor that so many people devote their lives to making up "special threads" about me
- 15:20: TwoCents: really, it touches me

Please review the GAME RULES to ensure you do not violate them again.

With regards,

Panacea
Community Manager
Forge of Empires, U.S.

**You 2019-02-11 21:32:13**

what is the problem with this? I don't see anything offensive at all, in any of my language...

**Forge of Empires - Customer Support 2019-02-11 21:33:50**

Hello TwoCents,

While I agree it is marginal, the other player was offended that you said he sucked and as both of you were throwing insults, I had to cite both or neither.

Enjoy the game.

With regards,

Panacea
Community Manager
Forge of Empires, U.S.

**You 2019-02-11 21:36:04**

I disagree. The word "suck" is a homonym. It has multiple meanings and you have no way of knowing which one I was using at the time. AND I wasn't talking to dv-6 when I said it. I was referring to someone's city (if memory serves correctly).

**You 2019-02-11 21:40:25**

dv-6 didn't come into the conversation until an hour and 37 minutes AFTER I told whomever it was "cuz you suck"

**You 2019-02-11 21:41:59**

Please post the entire global conversation surrounding 13:35 here so I may review it.

**Forge of Empires - Customer Support 2019-02-11 22:42:52**

Hello TwoCents,

There is no ban here. Simply a warning.  We will not be posting the entire conversation.  We will not tell you who reported the conversation.  This is concluded.

Enjoy the game.

With regards,

Panacea

Exhibit 10 – Forge of Empires Support Tickets: TwoCents Submitted by Plaintiff Penny Quinteros
Case: 19-CV-1402 RSM - 1233

Community Manager
Forge of Empires, U.S.

### You 2019-02-11 22:59:45

I don't need you to tell me who reported the conversation. I need you to post the entire chat so that I may review my language in context to find out why you think it was offensive. This is publicly available information. I actually have a screenshot of the dv-6 conversation. Unfortunately I forgot to randomly take a screenshot of my conversation where nothing of note occurred...

### You 2019-02-11 23:03:12

It is NOT concluded. As you have told me in the past. your discipline is progressive, therefore a warning is just like getting a partial ban... it's something you need to remove, because it's NOT offensive. You can't keep punishing me for things that aren't against the game rules.

### Forge of Empires - Customer Support 2019-02-12 02:03:10

Hello TwoCents,

This time it is nothing but a warning. This example is not cumulative. We agreed that your sentence "cuz you suck" was marginal but we wanted to call your attention to it.  You will not be provided any other player's information or participation in the conversation.    This is concluded.

Enjoy the game.

With regards,

Panacea
Community Manager
Forge of Empires, U.S.

### You 2019-02-12 02:17:19

I don't even know what it was in reference to. I know that my sentence earlier was my saying "no I won't be doing that" to a person named 123ertdf who asked me to call him "fluff." I don't think it's against the rules to every say that a person sucks... so I'm not sure what you would be "drawing my attention to." I suppose I'll just have to use my memory...

### You 2019-02-12 02:19:49

I remember, this was to Caon64. He was talking about moving guilds. Thank you.

Exhibit 10 – Forge of Empires Support Tickets: TwoCents Submitted by Plaintiff Penny Quinteros
Case: 19-CV-1402 RSM - 1234

**You 2019-02-12 15:43:31**

I'll just tell him he sucks every time I see him from not until the end of time then. Thank you!

**Forge of Empires - Customer Support 2019-02-12 16:26:30**

Hello TwoCents,

It was marginal once. On a repeated pattern? Not marginal and it will count as an insult and will be cumulative.

With regards,

Panacea
Community Manager
Forge of Empires, U.S.

**You 2019-02-12 16:33:47**

like I said, suck is a homonym and fits within the confines of your "exception" to the rules. and frankly... you suck.

**Forge of Empires - Customer Support 2019-02-12 16:35:43**

Hello TwoCents,

I appreciate the feedback.  However, I have now informed you of how the rule will be enforced.  It was marginal once. As a repeated pattern it will not be considered marginal and it will count as an insult and will be cumulative.

With regards,

Panacea
Community Manager
Forge of Empires, U.S.

**You 2019-02-12 16:36:45**

Well, your opinion is wrong, therefore it is my duty to force you to change said error.

**You 2019-02-12 16:38:11**

do you ban everyone who says "you suck?"

Exhibit 10 – Forge of Empires Support Tickets: TwoCents Submitted by Plaintiff Penny Quinteros
Case: 19-CV-1402 RSM - 1235

**Forge of Empires - Customer Support 2019-02-12 16:41:00**

Hello TwoCents,

As we have discussed on numerous occasions, it depends on how many times the player has been reported and violated a game rule. Two players having said the same thing at the same time might have two different actions taken.

In the case of the above "you suck", you received zero actions other than a warning not to insult other players.

With regards,

Panacea
Community Manager
Forge of Empires, U.S.

**You 2019-02-12 16:41:13**

because a thing either breaks a rule or it doesn't. It's simple logic. If it is against the game rules then I can't do it. If it is within the game rules, then I can. You have already stated above that saying "You Suck" is within the game rules and you only had to "punish" me because for some unknown reason you thought it was "proper" to punish both people when 1 person was being an offensive asshole and the other wasn't... So. If you're going to write things like that, you're going to have to abide by them. Saying "You Suck" isn't against your game rules, no matter if I do it once, or a thousand times.

**Forge of Empires - Customer Support 2019-02-12 16:42:50**

Hello TwoCents,

I'm afraid that isn't how it works.  I have now informed you of how the rule will be enforced.  It was marginal once. As a repeated pattern it will not be considered marginal and it will count as an insult and will be cumulative.

With regards,

Panacea
Community Manager
Forge of Empires, U.S.

**You 2019-02-12 16:44:31**

Well where in your rules does it say that "cumulative patterns" are against the rules?

**Forge of Empires - Customer Support 2019-02-12 16:44:54**

Hello TwoCents,

As the Game Rules state: The Community Management of the US version of Forge of Empires are the final arbiters of any rules dispute. Their interpretation of these rules is final.

With regards,

Panacea
Community Manager
Forge of Empires, U.S.

**You 2019-02-12 16:46:05**

Specifically, I want to see the rule that says, "things that are not offensive may become offensive if done in a cumulative pattern." For example, does saying "I love you" become offensive if done in a cumulative pattern? exactly how many times must something that is non-offensive be said in order to be counted as offensive?

**You 2019-02-12 16:48:11**

Well, as stated before, the rules ACTUALLY state that the Community Manager of the International Version of the rules is the final arbiter. Not you.

**You 2019-02-12 16:49:17**

And frankly... too fucking bad. I'll be doing it because you were a little cunt and refused to post the global conversation here. I guess poor little Caon64 is gonna have to grow a pair because you were a slimy bitch.

**Forge of Empires - Customer Support 2019-02-12 16:52:08**

Hello TwoCents,

As I've told you, if you play on the U.S. server, the rules ACTUALLY state that the Community Manager of the U.S. version of the rules is the final arbiter and that is me. If you want the Community Manager of the International version of the rules, you'll have to begin a game on the International server.

Again, either remain civil or Support will not assist you in any manner.

Exhibit 10 – Forge of Empires Support Tickets: TwoCents Submitted by Plaintiff Penny Quinteros
Case: 19-CV-1402 RSM - 1237

With regards,

Panacea
Community Manager
Forge of Empires, U.S.

### You 2019-02-12 17:00:25

well, you can SAY whatever you want. But what actually is TRUE is what is written down.

### You 2019-02-12 17:00:53

You remain civil with me, and I'll remain civil with you.

### You 2019-02-12 17:02:24

And since you didn't properly notify the Forge of Empire community of your "rule change" that you added in... it's meaningless.

### You 2019-02-12 17:16:20

Oh, and by "civil" Panacea... I don't mean the smarmy false niceties of "please, thank you, and enjoy the game." I mean... FUCKING LISTEN to what I'm telling you without assuming I am either mistaken or crazy.

### You 2019-02-12 17:18:47

you fucking jump to conclusions before you even know anything... and the conclusion is ALWAYS "TwoCents is wrong"...

### You 2019-02-12 20:59:43

you fucking jump to conclusions before you even know anything... and the conclusion is ALWAYS "TwoCents is wrong"...

### Forge of Empires - Customer Support 2019-02-12 21:25:36

Hello TwoCents,

Abide by the rules and enjoy the game. CLICK HERE to review the Game Rules

This ticket is now concluded.

Exhibit 10 – Forge of Empires Support Tickets: TwoCents Submitted by Plaintiff Penny Quinteros
Case: 19-CV-1402 RSM - 1238

With regards,

Panacea
Community Manager
Forge of Empires, U.S.

---

This ticket has been closed and can no longer be replied to.

**Attachments**

# This ticket currently has no attachments.

# View ticket

# Player using a script

**You 2019-02-11 20:06:33**

I need to report the player who set the siege for the guild Ascension today on CA sector 23,18 for using a script to set the siege. Thank You.

**Forge of Empires - Customer Support 2019-02-11 21:14:24**

Hello TwoCents,

Thank you for bringing this matter to our attention. We appreciate all players that help the Forge team to keep our game running without rule breakers. TwoCents, I will investigate and take the appropriate action(s) if I find rule breaking.

With regards,

Panacea
Community Manager
Forge of Empires, U.S.

**You 2019-02-11 21:15:18**

Well, this is something you're gonna have to actually investigate, not just send platitudes about.

**You 2019-02-11 21:23:18**

You know this is Y-world right?

**Forge of Empires - Customer Support 2019-02-11 21:26:52**

Hello TwoCents,

No, as you submitted this ticket under Jaims why would we know this was Yorkton?

With regards,

Panacea
Community Manager
Forge of Empires, U.S.

**You 2019-02-11 21:29:12**

I'm sorry, I didn't realize it said Jaims. It is for Yorkton.

**You 2019-02-12 21:02:39**

I'm sorry, I didn't realize it said Jaims. It is for Yorkton.

**Forge of Empires - Customer Support 2019-02-12 21:26:32**

Hello TwoCents,

Thank you for bringing this matter to our attention. We appreciate all players that help the Forge team to keep our game running without rule breakers. TwoCents, I will investigate and take the appropriate action(s) if I find rule breaking.

This ticket is now concluded.

With regards,

Panacea
Community Manager
Forge of Empires, U.S.

---

This ticket has been closed and can no longer be replied to.

## Attachments

Exhibit 10 – Forge of Empires Support Tickets: TwoCents Submitted by Plaintiff Penny Quinteros
Case: 19-CV-1402 RSM - 1240

**This ticket currently has no attachments.**

# View ticket

# Aprusfire - jacking off in global

**You 2019-02-11 19:42:35**

Would you please ban Aprusfire pre-recalc. I don't know about you, but I find him pretending to jack-off in global chat to be offensive... I mean, it doesn't rise to the level of calling someone an FP-stealer... but it's still offensive...

**Forge of Empires - Customer Support 2019-02-11 21:34:26**

Hello TwoCents,

Thank you for bringing this matter to our attention. We appreciate all players that help the Forge team to keep our game running without rule breakers. TwoCents, I will investigate and take the appropriate action(s) if I find rule breaking.

With regards,

Panacea
Community Manager
Forge of Empires, U.S.

**You 2019-02-11 21:36:49**

so... I get the platitude of "we'll investigate" while Aprus is still talking in global chat right this minute... and instead I'm getting a warning for saying, "you suck"

**Forge of Empires - Customer Support 2019-02-11 22:40:44**

Hello TwoCents,

Thank you for bringing this matter to our attention. We appreciate all players that help the Forge team to keep our game running without rule breakers. TwoCents, I will investigate and take the appropriate action(s) if I find rule breaking.

With regards,

Panacea
Community Manager
Forge of Empires, U.S.

**You 2019-02-11 23:00:14**

you suck versus "you're making me so hard, I'm gonna fap fap fap..."

**Forge of Empires - Customer Support 2019-02-12 02:04:32**

Hello TwoCents,

Thank you for bringing this matter to our attention. We appreciate all players that help the Forge team to keep our game running without rule breakers. TwoCents, I will investigate and take the appropriate action(s) if I find rule breaking.

As we have discussed, you will not be provided with information regarding the actions taken with other players.

With regards,

Panacea
Community Manager
Forge of Empires, U.S.

**You 2019-02-12 02:14:34**

*sigh*... in other words, this player will not be punished because you have no accountability for your actions or inactions.

**You 2019-02-12 15:43:40**

*sigh*... in other words, this player will not be punished because you have no accountability for your actions or inactions.

**Forge of Empires - Customer Support 2019-02-12 16:24:48**

Hello TwoCents,

As we have discussed, you will not be provided with information regarding the actions taken with other players.

With regards,

Panacea
Community Manager
Forge of Empires, U.S.

**You 2019-02-12 16:33:58**

*sigh*... in other words, this player will not be punished because you have no accountability for your actions or inactions.

### You 2019-02-12 16:44:41

*sigh*... in other words, this player will not be punished because you have no accountability for your actions or inactions.

### You 2019-02-12 16:46:14

*sigh*... in other words, this player will not be punished because you have no accountability for your actions or inactions.

### You 2019-02-12 17:02:33

*sigh*... in other words, this player will not be punished because you have no accountability for your actions or inactions.

### You 2019-02-12 21:02:26

*sigh*... in other words, this player will not be punished because you have no accountability for your actions or inactions.

### Forge of Empires - Customer Support 2019-02-12 21:27:12

Hello TwoCents,

Thank you for bringing this matter to our attention. We appreciate all players that help the Forge team to keep our game running without rule breakers. TwoCents, I will investigate and take the appropriate action(s) if I find rule breaking.

This ticket is now concluded.

With regards,

Panacea
Community Manager
Forge of Empires, U.S.

---

This ticket has been closed and can no longer be replied to.

## Attachments

Exhibit 10 – Forge of Empires Support Tickets: TwoCents Submitted by Plaintiff Penny Quinteros
Case: 19-CV-1402 RSM - 1243

**This ticket currently has no attachments.**

# View ticket

# Caon64 - insulting behavior 1.2

**You 2019-02-12 21:37:41**

Caon64 - insulting behavior
Reported players: Caon64

TwoCents 2019-01-21 21:40:02
Panacea this is the dozenth time I've reported Caon64 for accusing me of being a cheater. As we all know, that is a heinous activity that results in being permanently banned from chat.... doesn't it?
Forge of Empires - Customer Support 2019-01-21 23:50:27
Hello TwoCents,

Thank you for bringing this matter to our attention. We appreciate all players that help the Forge team to keep our game running without rule breakers. TwoCents, I will investigate and take the appropriate action(s) if I find rule breaking.

With regards,

Panacea
Community Manager
Forge of Empires, U.S.

TwoCents 2019-01-21 23:56:50
yeah... right... how about "appropriate and EQUAL" action...
Forge of Empires - Customer Support 2019-01-22 08:12:38
Hello TwoCents,

As each player may have various histories by which they may or may not have had warnings, bans or mutes in the past, all of these factor into what action is taken with a current infraction. Because of this, two players may say the exact same thing on the same day and time and have two different actions taken. We have explained this to you on numerous occasions. Having said this, we take the same approach with the same rules to the same players so from that aspect, we do take appropriate and equal action to players with the same infraction.

Enjoy the game.

With regards,

Panacea
Community Manager
Forge of Empires, U.S.

TwoCents 2019-01-22 19:12:43
Yes, so a person who calls me a cheater for months, should've resulted in multiple warnings and hence the man is continuing despite your intervention.
Forge of Empires - Customer Support 2019-01-22 19:27:10
Hello TwoCents,

I suggest you report the player when/if he says you are a cheater and we will then take appropriate action.

With regards,

Panacea
Community Manager
Forge of Empires, U.S.

TwoCents 2019-01-22 19:58:38
the last dozen times don't count?
Forge of Empires - Customer Support 2019-01-22 20:26:12
Hello TwoCents,

If you wish continued action, then that requires continued reporting. Sometimes reports do not require action, etc. Thank you.

With regards,

Panacea
Community Manager
Forge of Empires, U.S.

TwoCents 2019-01-22 20:33:06
exactly how many times do I have to report someone for calling me a cheater in order for you permanently ban him? Because you did it on OTHER people's reports after 3 times.
TwoCents 2019-01-22 20:34:11
Plus, let's keep in mind that he's calling me a cheater META to the game... as in... not "you are cheating a person of forge points"... but an actual cheater, whereas I kept my responses to in-game activities, something sanctioned by your rules.
TwoCents 2019-01-22 20:34:43
Plus, also keep in mind that my actions were specifically sanctioned by you until you had a "mood of the day" change of heart...
Forge of Empires - Customer Support 2019-01-22 21:09:17
Hello TwoCents,

This is a little like someone being pulled over by the police and saying, "The blue car was going faster than me and you didn't stop him!" All players are held to the game rules. What you did or didn't do has no bearing on what other players did or didn't do. All are held to the same 55 mile an hour speed limit- or game rules, in this case.

With regards,

Panacea
Community Manager
Forge of Empires, U.S.

TwoCents 2019-01-22 21:16:23
Well, it's sort of like the one woman among 1,000 male drivers getting pulled over when all were going the same speed....
Forge of Empires - Customer Support 2019-01-22 21:24:11
Hello TwoCents,

Perhaps to you it seems that way. I've been playing FoE for six years and in that time, I've never had the first "sexist" anything happen within my game or chat. I don't know that anyone knows I'm female except a few guildmates. Some may know based on the avatar I've selected. But regardless, I've never had any trouble or anything troubling. However, I am sorry you feel this continues to happen to you.

With regards,

Panacea
Community Manager
Forge of Empires, U.S.

TwoCents 2019-01-22 21:31:37
maybe you just don't notice it.... are you trying to suggest that there isn't rampant sexism in video games?

Or are you saying that asking me for a picture to "prove" I'm a woman isn't sexist? Or people sexually harassing me for years afterwords for being a "butthurt dumb fucking bitch" isn't in some way gender-discrimination?

Your own game designers just went to a conference where the topic of sexism in games was discussed... perhaps relating it to your own narrow-experiences isn't giving you the full scope of the situation.
TwoCents 2019-01-22 21:40:19
And let's just be clear. I don't "feel" like it's happening to me. It IS happening to me. You, Julie/Panacea, whatever you want to call yourself allow a man to call me a cheater on at least a dozen occasions that I have documented. You haven't sanctioned him on any of these incidents... I KNOW you haven't because he continues to talk in global chat without interruption after you've acknowledged the reports.

Exhibit 10 – Forge of Empires Support Tickets: TwoCents Submitted by Plaintiff Penny Quinteros
Case: 19-CV-1402 RSM - 1246

Yet, I use in-game phraseology to state that someone is cheating other people of forge points. I did it on three occasions. Of these three occasions I got a week long ban that you refused to explain (a day long ban for mysterious spamming) another week long ban that you refused to explain, and then permanently banned...

You're right... there is NOTHING fishy going on there... *rolls eyes*
Forge of Empires - Customer Support 2019-01-22 23:09:07
Hello TwoCents,

You do not know the outcome of actions taken with another player. You may "think" you do, but you do not. We do not discuss the actions taken with another player with anyone except that player. If you wish continued action, then that requires continued reporting. Sometimes reports do not require action, etc. Thank you.

With regards,

Panacea
Community Manager
Forge of Empires, U.S.

TwoCents 2019-01-23 00:08:05
I know when people are talking in global chat and when they aren't. I know that you haven't given any week-long muffles or perma-muffles people who call ME a cheater over and over for months...
Forge of Empires - Customer Support 2019-01-23 09:47:48
Hello TwoCents,

Then, as I said, please continue to report. Reporting is the only way action will ever be taken for those violating chat rules.

With regards,

Panacea
Community Manager
Forge of Empires, U.S.

TwoCents 2019-01-23 11:04:20
How many times do you have recorded that I've reported him?
Forge of Empires - Customer Support 2019-01-23 18:29:51
Hello TwoCents,

As I've told you on numerous occasions, we do not discuss another player's account with anyone other than that player.

With regards,

Panacea
Community Manager
Forge of Empires, U.S.

TwoCents 2019-01-23 18:53:54
I'm not asking for information about another player's account. I'm asking how many times I've reported someone... data collected from me based upon my action and therefore something you are required to release.
Forge of Empires - Customer Support 2019-01-23 21:06:13
Hello TwoCents,

I'm afraid that's not how its done. We do not discuss another player's account with anyone other than that player.

With regards,

Panacea
Community Manager
Forge of Empires, U.S.

TwoCents 2019-01-24 01:00:10
I'm afraid that you're mistaken... I'm asking for my personal information. How many reports have I made over the last week?
Forge of Empires - Customer Support 2019-01-24 02:18:30
Hello TwoCents,

We do not keep lists of "how many reports have I made over the last week". If you wish to maintain lists of reports, you will have to make notes as you do them.

With regards,

Panacea
Community Manager
Forge of Empires, U.S.

TwoCents 2019-01-24 02:24:28
Well, I do of course (keep notes) but I want to make sure that your accounting agrees with mine and they aren't just shuffled off for no reason.
Forge of Empires - Customer Support 2019-02-02 23:45:29
Hello TwoCents,

We do not keep lists of "how many reports have I made over the last week". If you wish to maintain lists of reports, you will have to make notes as you do them.

With regards,

Panacea
Community Manager
Forge of Empires, U.S.


TwoCents 2019-02-02 23:49:17
who says I'm not? I'm simply illustrating for you the fact that you don't enforce your rules equally.
Forge of Empires - Customer Support 2019-02-02 23:55:15
Hello TwoCents,

You are certainly entitled to your own opinion.

With regards,

Panacea
Community Manager
Forge of Empires, U.S.


TwoCents 2019-02-02 23:55:51
As you are entitled to your delusions.
TwoCents 2019-02-03 00:05:27
As you are entitled to your delusions.
TwoCents 2019-02-03 00:11:33
As you are entitled to your delusions.
TwoCents 2019-02-12 17:05:13
As you are entitled to your delusions.
TwoCents 2019-02-12 21:01:08
As you are entitled to your delusions.
Forge of Empires - Customer Support 2019-02-12 21:11:46
Hello TwoCents,

As each player may have various histories by which they may or may not have had warnings, bans or mutes in the past, all of these factor into what action is taken with a current infraction. Because of this, two players may say the exact same thing on the same day and time and have two different actions taken. We have explained this to you on numerous occasions. Having said this, we take the same approach with the same rules to the same players so from that aspect, we do take appropriate and equal action to players with the same infraction.

This ticket is now concluded.

With regards,

Panacea
Community Manager
Forge of Empires, U.S.

-This player sexually harassed me over a photo that InnoGames allowed to be illegally transmitted over there servers and did NOTHING to stop. This player has harassed me on at least 3 documented incidents... And has called me a cheater at least a dozen times and you're saying "his history" isn't enough to start banning him!!!!!!!!!! Exactly who are you trying to foo here bitch?

**Forge of Empires - Customer Support 2019-02-12 21:41:50**

Hello TwoCents,

Thank you for bringing this matter to our attention. We appreciate all players that help the Forge team to keep our game running without rule breakers. TwoCents, I will investigate and take the appropriate action(s) if I find rule breaking.

This ticket is concluded.

With regards,

Panacea
Community Manager
Forge of Empires, U.S.

---

This ticket has been closed and can no longer be replied to.

**Attachments**

**This ticket currently has no attachments.**

# View ticket

# Reparations 1.2

**You 2019-02-12 21:32:41**

Reparations
TwoCents 2019-01-21 20:36:29
Just letting you know that you owe my guild 50,000 of each type of good and 5,000 troops each for your illegal actions.
Forge of Empires - Customer Support 2019-01-21 22:55:39
Hello TwoCents,

Exhibit 10 – Forge of Empires Support Tickets: TwoCents Submitted by Plaintiff Penny Quinteros
Case: 19-CV-1402 RSM - 1250

I am sorry but as they game is functioning correctly, no renumeration is indicated. Enjoy the game.

With regards,

Panacea
Community Manager
Forge of Empires, U.S.


TwoCents 2019-01-21 23:20:24
I'm sorry, you're right... the game IS functioning correctly... as sexist as you created it to be...
TwoCents 2019-01-21 23:57:22
Well, isn't that what you just said? Your game is running as it's supposed to... which means that the sexist outcomes are built into the structure of the game?
Forge of Empires - Customer Support 2019-01-22 08:07:21
Hello TwoCents,

Please do not try to read more into a sentence than what I have typed. Enjoy the game.

With regards,

Panacea
Community Manager
Forge of Empires, U.S.


TwoCents 2019-01-22 19:12:56
Why not? You do it all the time.
TwoCents 2019-01-22 19:58:53
Why not? You do it all the time.
TwoCents 2019-01-22 21:45:36
Why not? You do it all the time.
TwoCents 2019-01-23 00:08:14
Why not? You do it all the time.
TwoCents 2019-02-02 23:12:17
Why not? You do it all the time.
Forge of Empires - Customer Support 2019-02-02 23:20:32
Hello TwoCents,

Enjoy the game.

With regards,

Panacea
Community Manager
Forge of Empires, U.S.

TwoCents 2019-02-02 23:27:32
Why not? You do it all the time.
TwoCents 2019-02-12 17:08:36
Why not? You do it all the time.
TwoCents 2019-02-12 20:59:57
Why not? You do it all the time.
Forge of Empires - Customer Support 2019-02-12 21:10:45
Hello TwoCents,

There will be no reparations of any kind to your guild. This ticket is now concluded.

With regards,

Panacea
Community Manager
Forge of Empires, U.S.


Just letting you know that you owe my guild 100,000 of each type of good and 1,000 troops each for your illegal actions.

**Forge of Empires - Customer Support 2019-02-12 21:42:14**

Hello TwoCents,

There will be no reparations of any kind to your guild. This ticket is now concluded.

With regards,

Panacea
Community Manager
Forge of Empires, U.S.

___

This ticket has been closed and can no longer be replied to.

**Attachments**

**This ticket currently has no attachments.**

# View ticket

# The Chat-Ban slows down my system 1.2

**You 2019-02-12 21:27:41**

The Chat-Ban slows down my system
TwoCents 2019-01-15 23:13:00
As previously stated chat-bans slow down a person's connection to forge of empires, creating difficulty in performing GvG related activities.
Forge of Empires - Customer Support 2019-01-16 09:55:39
Hello TwoCents,

While I understand that this may make GVG more difficult for you, that is something you should have considered while we repeatedly asked you to quit insulting and spamming your fellow players on chat. The chat mute will stay in place.

With regards,

Panacea
Community Manager
Forge of Empires, U.S.

TwoCents 2019-01-16 11:15:55
Considering I didn't insult or spam anyone, I think you're mistaken. If you thought I needed to correct my behavior then it would've been appropriate for you to tell me what exactly I said that was wrong and allowed me the chance to air my disagreement. Instead you went with "you insulted fellow players" to which I just had to guess what you meant... something I'm not gonna do. By not answering and "toying" with me in such a way, you failed to give me the opportunity to correct my behavior. If however this is from criticizing blacklisted's goods practices (my guess). I told you I wasn't going to follow "special" rules just for me. You fail to penalize any of the 50 players I had repeating the same thing in other worlds... If you spent close to 9k on a service, you'd expect to be treated fairly too...
Forge of Empires - Customer Support 2019-01-24 01:46:33
Hello TwoCents,

We do treat you, and all our players, fairly in the sense that all are expected to abide by the game rules and that any player who violates a game rule is subject to appropriate action related to that rule. You state you did not insult or spam anyone. We disagree. We provided you with a number of examples of your statements from global chat. These weren't "special rules", these were simply game rules you did not follow. We appreciate you as a player and hope that you enjoy the game.

With regards,

Panacea
Community Manager

Forge of Empires, U.S.

TwoCents 2019-01-24 01:59:35
Will someone not fire you already? You have a defecit in your reasoning skills. The rules themselves are unfair because you apply them differently. I've shown you a thousand examples and you still maintain the old tired line... "it's fair because you broke ghe rules"
Forge of Empires - Customer Support 2019-01-24 02:02:43
Hello TwoCents,

I am sorry you wish to have me fired. I thought we had a nice relationship after all our discussions. We do not apply them differently although you have gone to great lengths to tell me that we are biased, sexist and misogynistic in our application of the game rules. However, you violated the game rules and will have to abide by the actions imposed.

Enjoy the game.

With regards,

Panacea
Community Manager
Forge of Empires, U.S.

TwoCents 2019-01-24 02:03:56
Have you any formal training on political or legal or systematic rule systems?
Forge of Empires - Customer Support 2019-01-24 02:07:20
Hello TwoCents,

I will not be giving you any personal information. Do you have any game specific questions today?

With regards,

Panacea
Community Manager
Forge of Empires, U.S.

TwoCents 2019-01-24 02:08:37
This IS a game-specfic question... what qualifications do you have to decide if your system is fairly structured and arbitrated?
Forge of Empires - Customer Support 2019-01-24 02:09:20
Hello TwoCents,

I will not be giving you any personal information. Do you have any game specific questions today?

With regards,

Panacea
Community Manager
Forge of Empires, U.S.

TwoCents 2019-01-24 02:09:52
This IS a game-specfic question... what qualifications do you have to decide if your system is fairly structured and arbitrated?
Forge of Empires - Customer Support 2019-01-24 02:10:56
Hello TwoCents,

I will not be giving you any personal information. Enjoy the game.

With regards,

Panacea
Community Manager
Forge of Empires, U.S.

TwoCents 2019-01-24 02:13:51
So you think that your system is fair? What if I could establish for you that it's not... because unlike you, I have studied it... what would you do about it?
Forge of Empires - Customer Support 2019-01-24 02:17:24
Hello TwoCents,

It certainly depends. If you had a valid argument, I'm sure that the game developers would take your argument under advisement. They may/may not make changes in future adaptation of the rules which are normally reviewed and revised when needed. The last rules revisions were 01-09-2015.

And you have no idea if I have or have not studied "it" as I have not provided you personal information.

Enjoy the game.

With regards,

Panacea
Community Manager
Forge of Empires, U.S.

TwoCents 2019-01-24 02:27:52
I can tell based upon your blatent ignorance.
TwoCents 2019-01-24 02:31:35
Your argument is, that the rules apply equally to all people, correct? Anyone who breaks the rules can be sanctioned and it doesn't matter if other people also breaking the rules do not get

sanctioned. Is that a fair summary of your position?
Forge of Empires - Customer Support 2019-01-24 02:38:10
Hello TwoCents,

I am not going to argue semantics at this point. I have repeatedly stated that all players are held to the rules of the game and are expected to abide by these rules. Any player who violates the rules is open to appropriate action.

Enjoy the game.

With regards,

Panacea
Community Manager
Forge of Empires, U.S.

TwoCents 2019-01-24 02:39:24
You said if I could prove to you that your rules are unfair you would notify the game developers no? Now it's "semantics?"
Forge of Empires - Customer Support 2019-01-24 02:51:18
Hello TwoCents,

If you wish to "prove" the rules are unfair, please feel free to do so. Thank you.

With regards,

Panacea
Community Manager
Forge of Empires, U.S.

TwoCents 2019-01-24 02:54:55
Alright, then please provide an explanation for why the rules are "fair" as-is?
Forge of Empires - Customer Support 2019-01-24 02:56:33
Hello TwoCents,

That is not something we have to do. You are the one who says they are not. If you wish to "prove" the rules are unfair, please feel free to do so. Thank you.

With regards,

Panacea
Community Manager
Forge of Empires, U.S.

TwoCents 2019-01-24 02:58:35
Alright, they are unfair because they result in a disparity of outcomes. They are Jim-Crow laws.

They appear fair on their surface, but disproportionately apply only to the people reported and not to all people who break the rules.
TwoCents 2019-01-24 03:00:32
That is 100% proof that they are unfair. You claim they apply to everyone equally, but in processing them you only apply them to the group of individuals reported.
Forge of Empires - Customer Support 2019-01-24 03:01:25
Hello TwoCents,

Thank you for your assessment. I will be happy to forward this assessment to the Community and to the game developers. Enjoy the game.

With regards,

Panacea
Community Manager
Forge of Empires, U.S.

TwoCents 2019-01-24 03:02:56
So, your rules are unfair, please remove the sanctions you've applied to my account by enforcement of these unfair rules.
Forge of Empires - Customer Support 2019-01-24 03:07:24
Hello TwoCents,

No. Just because you believe there to be unfairness in the rules does not mean any unfairness exists. I am trying to be fair in presenting your viewpoint to your fellow players and the game developers but if you prefer me to just say "They are fair" and make a decision, then I am agreeable to that as well.

With regards,

Panacea
Community Manager
Forge of Empires, U.S.

TwoCents 2019-01-24 03:09:18
Well considering I just proved they are unfair, I doubt you can claim fairness unless you're psychotic and can't understand logic.
Forge of Empires - Customer Support 2019-01-24 03:13:06
Hello TwoCents,

Saying "Alright, they are unfair because they result in a disparity of outcomes. They are Jim-Crow laws. They appear fair on their surface, but disproportionately apply only to the people reported and not to all people who break the rules." is not proof. That is a statement of opinion. Should you wish to prove this opinion, we are certainly open to hearing your proof.

With regards,

Panacea
Community Manager
Forge of Empires, U.S.

TwoCents 2019-01-24 03:13:43
You claim your rules apply to everyone equally and that makes them fair. They don't. They only apply to the subset of individuals who have been identified/reported to you. It is a logical fallacy to say that the rules apply to everyone. They are, by logical deduction UNFAIR.
TwoCents 2019-01-24 03:15:31
I'll try to use littler words so you can understand it... logical deductions aren't opinions, they are facts deduced from other facts.
TwoCents 2019-01-24 03:26:29
Jeesh Panacea, what did you study in school? HomeEc? If I said: All things made of water are wet, the ocean is made of water, therefore the ocean is wet. Would you say "that's just an opinion." Or "I've never seen the ocean be wet".... You're supporting what is the foundation of your rule-system with anecdotes and fallacies....
TwoCents 2019-01-24 03:32:10
And fuck "my fellow players"... it isn't UP to my fellow players to decide if InnoGames has to follow the law or not... It's not even up to InnoGames to decide if they want to follow the law or not. They are required to do so if they want to provide a service in the United States of America.
Forge of Empires - Customer Support 2019-02-02 23:52:32
Hello TwoCents,

Again, I must ask you to remain civil when speaking with me or any other moderators here in Support.

While I agree that the majority of players receiving any type of action on their accounts fall into the "subset" of reported players, that is one way players who are violating the rules are identified. However, it is not the only means of identification. All players who play the game abide by the same game rules. Any player who violates the game rules are subject to some type of action to their account.

Abide by the rules and enjoy the game.

With regards,

Panacea
Community Manager
Forge of Empires, U.S.

TwoCents 2019-02-02 23:55:33
you asking me to modify my language when speaking to a person in a power position is a form of gender discrimination. Please refrain from forcing me to speak to you in a specific way.

You have a very short memory. Your moderators have told me on numerous occasions that the

ONLY way they can take action against a player is if they are reported.
Forge of Empires - Customer Support 2019-02-03 00:00:38
Hello TwoCents,

All moderators may not be aware of all of the ways players may be identified when a rule is violated. Different levels of moderators are trained on different aspects of the player accounts.

No one has asked you to modify your language other than to say that foul language will not be tolerated in Support any more than it is in the game.

With regards,

Panacea
Community Manager
Forge of Empires, U.S.


TwoCents 2019-02-03 00:01:33
So what you're saying is that you subject me to the interpretation of your rules by moderators who aren't adequately trained?
Forge of Empires - Customer Support 2019-02-03 00:06:02
Hello TwoCents,

Absolutely not. I am saying that some aspects of identifying players who may be violating game rules are only handled by my level of game moderator. I fail to see what is so difficulty about that concept.

I wouldn't want to hold up your game so I will let you get back to playing. Enjoy the game.

With regards,

Panacea
Community Manager
Forge of Empires, U.S.


TwoCents 2019-02-03 00:09:22
So what you're saying is that you leave interpretation of your game rules up to moderators who aren't adequately trained and who are providing me incorrect information.
Forge of Empires - Customer Support 2019-02-03 00:15:25
Hello TwoCents,

I know you are an intelligent person and I know you can read.This is a team, each with certain abilities and all with the same set of game rules applied. All are trained, all do their best to give you accurate information. I've read back through your nearly 600 tickets and no where do I see that a moderator informed you that the "only" method of detection of a player violating a game rules. I do see where they informed you that you must use the 'Report' feature to report a player violating a game rule within chat as that is the way we have of capturing the conversation for

documentation. Those are two different things.

With regards,

Panacea
Community Manager
Forge of Empires, U.S.

TwoCents 2019-02-03 00:19:28
Yes Panacea, one does not get accepted into law school without knowing how to read. Have you checked your email to me when discussing my photo incident?
TwoCents 2019-02-03 00:21:19
Also, if I could please bring your attention to the first sentence of the following statement:

Forge of Empires - Customer Support2016-11-28 09:06:16
I apologize but we are not able to act on anything that is not reported through our report feature. We are not able to take action solely on the claim of one player without supporting documentation. This would be considered Hearsay. Please ask the other player who received the message to report the message for you.

Respectfully,

Seriak
Co-Community Manager
U.S. Forge of Empires
Forge of Empires - Customer Support 2019-02-03 00:24:21
Hello TwoCents,

Seriak was referencing the fact you were informing of an incident involving our global chat feature. Any conversation occurring on Global Chat and that might possibly be in violation of our Game Rules must be reported using the 'Report' function. This captures the entire conversation for documentation that can be attached to the player's file.

With regards,

Panacea
Community Manager
Forge of Empires, U.S.

TwoCents 2019-02-03 00:25:26
Forge of Empires - Customer Support2016-11-29 10:07:56
We are not permitted to view any messages or chat that have not been reported to us through the report feature due to privacy laws. I apologize for any inconvenience.

Respectfully,

Seriak
Co-Community Manager
U.S. Forge of Empires
TwoCents 2019-02-03 00:26:06
He specifically said it was due to "privacy laws"... not due to my particular situation. You're a smart person and I know you know how to read if you try really hard.
Forge of Empires - Customer Support 2019-02-03 00:31:23
Hello TwoCents,

All players must use the 'Report' feature to report any conversation in Global Chat- not just your "particular situation". This captures the entire conversation for documentation that can be attached to the player's file.

Enjoy the game.

With regards,

Panacea
Community Manager
Forge of Empires, U.S.


TwoCents 2019-02-03 00:33:17
So what you're saying then is that only sections 3, 4 and 9 of your rules are unfair? i.e anything that deals with communication between players. i.e the very things I've only ever been accused of violating?
Forge of Empires - Customer Support 2019-02-03 00:36:00
Hello TwoCents,

I'm unsure as to why you view sections 3,04, and 9 to be unfair. All players are held to the same rules.

With regards,

Panacea
Community Manager
Forge of Empires, U.S.


TwoCents 2019-02-03 00:36:31
Well, that's not true, only the players are reported are held to these rules. Since you are not allowed to look at messages without them being reported.
TwoCents 2019-02-03 00:37:53
Let's imagine for a minute there was a police force that only investigated criminals who have been reported to them as violating the law.... people could murder each other wantonly and so long as they were "popular" (not reported) they could get away with it without repercussions. Would that SEEM very fair to you?
TwoCents 2019-02-03 00:41:05

Exhibit 10 – Forge of Empires Support Tickets: TwoCents Submitted by Plaintiff Penny Quinteros
Case: 19-CV-1402 RSM - 1261

Meanwhile the poor unpopular women who lived out in the woods would be getting burned at the stake because someone reported them as being witches... oh wait, that actually happened under a system of rules very similar to what you advocate as "fair."
TwoCents 2019-02-12 17:04:57
Meanwhile the poor unpopular women who lived out in the woods would be getting burned at the stake because someone reported them as being witches... oh wait, that actually happened under a system of rules very similar to what you advocate as "fair."
TwoCents 2019-02-12 21:01:22
Meanwhile the poor unpopular women who lived out in the woods would be getting burned at the stake because someone reported them as being witches... oh wait, that actually happened under a system of rules very similar to what you advocate as "fair."
Forge of Empires - Customer Support 2019-02-12 21:22:38
Hello TwoCents,

While I understand that this may make GVG more difficult for you, that is something you should have considered while we repeatedly asked you to quit insulting and spamming your fellow players on chat. The chat mute will stay in place.

This ticket is now concluded.

With regards,

Panacea
Community Manager
Forge of Empires, U.S.


-- While I understand that you CLAIM I did something wrong, empirically I did nothing wrong. Therefore I couldn't have prepared for your capricious maliciousness. You made up special rules just for me to follow, and you targeted me for harassment and denial of service.

**Forge of Empires - Customer Support 2019-02-12 21:42:52**

Hello TwoCents,

The chat mute will stay in place.  This ticket is concluded.

With regards,

Panacea
Community Manager
Forge of Empires, U.S.

**You 2019-02-12 21:43:35**

I'm not asking for you to remove it. I'm waiting for my lawyer to sue you.

**Forge of Empires - Customer Support 2019-02-12 21:44:24**

Hello TwoCents,

Please be aware that the Forge of Empires support team is in no way shape or form, responsible for legal issues. Please inform your lawyer to contact our legal department in Hamburg, Germany. Our address data is as follows:
InnoGames GmbH
Friesenstraße 13
20097 Hamburg
Germany


With regards,

Panacea
Community Manager
Forge of Empires, U.S.

**You 2019-02-12 21:44:25**

It's better with it in place, so that the statue of limitations doesn't expire... so please... leave your illegal denial of service in place as LONG as you think you want to cunt.

---

This ticket has been closed and can no longer be replied to.

**Attachments**

**This ticket currently has no attachments.**

# View ticket

# DrowsyDragon - Ain't he got a pretty mouth pa! 1.2

**You 2019-02-12 21:56:48**

DrowsyDragon - Ain't he got a pretty mouth pa!
Reported players: DrowsyDragon

TwoCents 2019-01-24 13:45:20
I specifically was banned in June of 2017 for saying "Aint he got a pretty mouth pa".

Your moderator Sgt Bothari said that it was sexually explicit content. These are his exact words, "A quote from a rape scene in "Deliverance" could not possibly have any other meaning."

However, for some reason, you're not banning someone else saying the exact same phrase: "10:16: DrowsyDragon: he got a real purty mouth, ain't he?"

Could you please explain your hypocrisy to me?
Forge of Empires - Customer Support 2019-01-24 20:35:39
Hello TwoCents,

Thank you for bringing this matter to our attention, we appreciate all players that help the Forge team to keep our game running without rule breakers. I will investigate and take the appropriate action(s) if I find rule breaking.

If this conversation is taking place in chat, please take two steps-
1. Press your right button on your mouse and 'Report' the player. This takes a screenshot of the conversation and reports it directly to a group of moderators who handle these promptly.
2. Right click and press'ignore'. This will take him from your chat screen.

If this conversation is taking place via the messaging system, due to our Privacy Rules we can not look in your Messages.
1. Please left click on the player's name. This will bring up a menu that has 'Report'. Press the 'Report' button. It brings up a window for your report. This will capture the message and send it directly to the moderators.

No matter which, please do not engage this person in the future. Once reported using the REPORT feature, we will be able to act on the report. Thank you.

With regards,

Panacea
Community Manager
Forge of Empires, U.S.

TwoCents 2019-01-25 01:27:15
If you'll please reexamine my post, my question wasn't how to report someone, but how does InnoGames explain it's hypocrisy?
Forge of Empires - Customer Support 2019-01-25 02:19:59
Hello TwoCents,

How do you know any hypocrisy exists? I am unable to discuss the actions taken with another player. However, all players abide the same game rules. TwoCents, I will investigate and take the appropriate action(s) if I find rule breaking.

With regards,

Exhibit 10 – Forge of Empires Support Tickets: TwoCents Submitted by Plaintiff Penny Quinteros
Case: 19-CV-1402 RSM - 1264

Panacea
Community Manager
Forge of Empires, U.S.

TwoCents 2019-01-25 02:26:39
I know hypocrisy exists because I talk to other players...
Forge of Empires - Customer Support 2019-01-25 14:28:58
Hello TwoCents,

I suggest you let us handle this based on facts. Thank you for reporting.

With regards,

Panacea
Community Manager
Forge of Empires, U.S.

TwoCents 2019-01-25 15:17:18
I'm asking you for an explanation of your hypocrisy, not to "handle" anything. I want to know why you ban me when you don't ban other people for the exact same thing. I've alleged it is because of your gender-discrimination. Do you have an alternate explanation for your hypocrisy? Or is my conclusion correct?
Forge of Empires - Customer Support 2019-01-25 16:05:24
Hello TwoCents,

You have no idea what is happening on the accounts of other players. I am unable to discuss the actions taken with another player. However, all players abide the same game rules. TwoCents, I will investigate and take the appropriate action(s) if I find rule breaking.

With regards,

Panacea
Community Manager
Forge of Empires, U.S.

TwoCents 2019-01-25 17:04:33
I'm no so much concerned about if PLAYERS abide by the same rules, but if the moderators and yourself enforce them equally and fairly. I'd rather no players were subjected to your capricious and arbitrary enforcement of vague rules.
TwoCents 2019-01-25 18:55:38
Could you please explain why she is now allowed to spam global chat with non-nonsensical quotes for 30ish minutes when I can't send an actual message related to the game without it being called "spamming"?
Forge of Empires - Customer Support 2019-01-25 22:59:26
Hello TwoCents,

You reported the player and the appropriate action(s) have been taken if the report has been validated.

Enjoy the game.

With regards,

Panacea
Community Manager
Forge of Empires, U.S.

TwoCents 2019-01-26 00:51:01
lol... you're such a liar sometimes
TwoCents 2019-01-28 20:14:52
lol... you're such a liar sometimes
TwoCents 2019-02-07 23:22:51
lol... you're such a liar sometimes
TwoCents 2019-02-12 17:02:44
lol... you're such a liar sometimes
TwoCents 2019-02-12 21:02:14
lol... you're such a liar sometimes
Forge of Empires - Customer Support 2019-02-12 21:13:38
Hello TwoCents,

Thank you for bringing this matter to our attention, we appreciate all players that help the Forge team to keep our game running without rule breakers. I will investigate and take the appropriate action(s) if I find rule breaking.

If this conversation is taking place in chat, please take two steps-
1. Press your right button on your mouse and 'Report' the player. This takes a screenshot of the conversation and reports it directly to a group of moderators who handle these promptly.
2. Right click and press'ignore'. This will take him from your chat screen.

If this conversation is taking place via the messaging system, due to our Privacy Rules we can not look in your Messages.
1. Please left click on the player's name. This will bring up a menu that has 'Report'. Press the 'Report' button. It brings up a window for your report. This will capture the message and send it directly to the moderators.

This ticket is now concluded.

With regards,

Panacea
Community Manager

Exhibit 10 – Forge of Empires Support Tickets: TwoCents Submitted by Plaintiff Penny Quinteros
Case: 19-CV-1402 RSM - 1266

Forge of Empires, U.S.

THE RULES APPLY TO EVERYONE OR NO ONE!

**Forge of Empires - Customer Support 2019-02-12 21:57:53**

Hello TwoCents,

Thank you for bringing this matter to our attention, we appreciate all players that help the Forge team to keep our game running without rule breakers. I will investigate and take the appropriate action(s) if I find rule breaking.

If this conversation is taking place in chat, please take two steps-
1. Press your right button on your mouse and 'Report' the player. This takes a screenshot of the conversation and reports it directly to a group of moderators who handle these promptly.
2. Right click and press'ignore'. This will take him from your chat screen.

If this conversation is taking place via the messaging system, due to our Privacy Rules we can not look in your Messages.
1. Please left click on the player's name. This will bring up a menu that has 'Report'. Press the 'Report' button. It brings up a window for your report. This will capture the message and send it directly to the moderators.

This ticket is now concluded.

With regards,

Panacea
Community Manager
Forge of Empires, U.S.

---

This ticket has been closed and can no longer be replied to.

**Attachments**

This ticket currently has no attachments.

# View ticket

# The Chat-Ban slows down my system 1.3

**You 2019-02-12 21:50:37**

The Chat-Ban slows down my system 1.2
TwoCents 2019-02-12 21:27:41
The Chat-Ban slows down my system
TwoCents 2019-01-15 23:13:00
As previously stated chat-bans slow down a person's connection to forge of empires, creating difficulty in performing GvG related activities.
Forge of Empires - Customer Support 2019-01-16 09:55:39
Hello TwoCents,

While I understand that this may make GVG more difficult for you, that is something you should have considered while we repeatedly asked you to quit insulting and spamming your fellow players on chat. The chat mute will stay in place.

With regards,

Panacea
Community Manager
Forge of Empires, U.S.


TwoCents 2019-01-16 11:15:55
Considering I didn't insult or spam anyone, I think you're mistaken. If you thought I needed to correct my behavior then it would've been appropriate for you to tell me what exactly I said that was wrong and allowed me the chance to air my disagreement. Instead you went with "you insulted fellow players" to which I just had to guess what you meant... something I'm not gonna do. By not answering and "toying" with me in such a way, you failed to give me the opportunity to correct my behavior. If however this is from criticizing blacklisted's goods practices (my guess). I told you I wasn't going to follow "special" rules just for me. You fail to penalize any of the 50 players I had repeating the same thing in other worlds... If you spent close to 9k on a service, you'd expect to be treated fairly too...
Forge of Empires - Customer Support 2019-01-24 01:46:33
Hello TwoCents,

We do treat you, and all our players, fairly in the sense that all are expected to abide by the game rules and that any player who violates a game rule is subject to appropriate action related to that rule. You state you did not insult or spam anyone. We disagree. We provided you with a number of examples of your statements from global chat. These weren't "special rules", these were simply game rules you did not follow. We appreciate you as a player and hope that you enjoy the game.

With regards,

Panacea
Community Manager
Forge of Empires, U.S.

Exhibit 10 – Forge of Empires Support Tickets: TwoCents Submitted by Plaintiff Penny Quinteros
Case: 19-CV-1402 RSM - 1268

TwoCents 2019-01-24 01:59:35
Will someone not fire you already? You have a defecit in your reasoning skills. The rules themselves are unfair because you apply them differently. I've shown you a thousand examples and you still maintain the old tired line... "it's fair because you broke ghe rules"
Forge of Empires - Customer Support 2019-01-24 02:02:43
Hello TwoCents,

I am sorry you wish to have me fired. I thought we had a nice relationship after all our discussions. We do not apply them differently although you have gone to great lengths to tell me that we are biased, sexist and misogynistic in our application of the game rules. However, you violated the game rules and will have to abide by the actions imposed.

Enjoy the game.

With regards,

Panacea
Community Manager
Forge of Empires, U.S.

TwoCents 2019-01-24 02:03:56
Have you any formal training on political or legal or systematic rule systems?
Forge of Empires - Customer Support 2019-01-24 02:07:20
Hello TwoCents,

I will not be giving you any personal information. Do you have any game specific questions today?

With regards,

Panacea
Community Manager
Forge of Empires, U.S.

TwoCents 2019-01-24 02:08:37
This IS a game-specfic question... what qualifications do you have to decide if your system is fairly structured and arbitrated?
Forge of Empires - Customer Support 2019-01-24 02:09:20
Hello TwoCents,

I will not be giving you any personal information. Do you have any game specific questions today?

With regards,

Panacea
Community Manager
Forge of Empires, U.S.

TwoCents 2019-01-24 02:09:52
This IS a game-specfic question... what qualifications do you have to decide if your system is fairly structured and arbitrated?
Forge of Empires - Customer Support 2019-01-24 02:10:56
Hello TwoCents,

I will not be giving you any personal information. Enjoy the game.

With regards,

Panacea
Community Manager
Forge of Empires, U.S.

TwoCents 2019-01-24 02:13:51
So you think that your system is fair? What if I could establish for you that it's not... because unlike you, I have studied it... what would you do about it?
Forge of Empires - Customer Support 2019-01-24 02:17:24
Hello TwoCents,

It certainly depends. If you had a valid argument, I'm sure that the game developers would take your argument under advisement. They may/may not make changes in future adaptation of the rules which are normally reviewed and revised when needed. The last rules revisions were 01-09-2015.

And you have no idea if I have or have not studied "it" as I have not provided you personal information.

Enjoy the game.

With regards,

Panacea
Community Manager
Forge of Empires, U.S.

TwoCents 2019-01-24 02:27:52
I can tell based upon your blatent ignorance.
TwoCents 2019-01-24 02:31:35
Your argument is, that the rules apply equally to all people, correct? Anyone who breaks the rules can be sanctioned and it doesn't matter if other people also breaking the rules do not get sanctioned. Is that a fair summary of your position?

Forge of Empires - Customer Support 2019-01-24 02:38:10
Hello TwoCents,

I am not going to argue semantics at this point. I have repeatedly stated that all players are held to the rules of the game and are expected to abide by these rules. Any player who violates the rules is open to appropriate action.

Enjoy the game.

With regards,

Panacea
Community Manager
Forge of Empires, U.S.

TwoCents 2019-01-24 02:39:24
You said if I could prove to you that your rules are unfair you would notify the game developers no? Now it's "semantics?"
Forge of Empires - Customer Support 2019-01-24 02:51:18
Hello TwoCents,

If you wish to "prove" the rules are unfair, please feel free to do so. Thank you.

With regards,

Panacea
Community Manager
Forge of Empires, U.S.

TwoCents 2019-01-24 02:54:55
Alright, then please provide an explanation for why the rules are "fair" as-is?
Forge of Empires - Customer Support 2019-01-24 02:56:33
Hello TwoCents,

That is not something we have to do. You are the one who says they are not. If you wish to "prove" the rules are unfair, please feel free to do so. Thank you.

With regards,

Panacea
Community Manager
Forge of Empires, U.S.

TwoCents 2019-01-24 02:58:35
Alright, they are unfair because they result in a disparity of outcomes. They are Jim-Crow laws. They appear fair on their surface, but disproportionately apply only to the people reported and

not to all people who break the rules.
TwoCents 2019-01-24 03:00:32
That is 100% proof that they are unfair. You claim they apply to everyone equally, but in processing them you only apply them to the group of individuals reported.
Forge of Empires - Customer Support 2019-01-24 03:01:25
Hello TwoCents,

Thank you for your assessment. I will be happy to forward this assessment to the Community and to the game developers. Enjoy the game.

With regards,

Panacea
Community Manager
Forge of Empires, U.S.

TwoCents 2019-01-24 03:02:56
So, your rules are unfair, please remove the sanctions you've applied to my account by enforcement of these unfair rules.
Forge of Empires - Customer Support 2019-01-24 03:07:24
Hello TwoCents,

No. Just because you believe there to be unfairness in the rules does not mean any unfairness exists. I am trying to be fair in presenting your viewpoint to your fellow players and the game developers but if you prefer me to just say "They are fair" and make a decision, then I am agreeable to that as well.

With regards,

Panacea
Community Manager
Forge of Empires, U.S.

TwoCents 2019-01-24 03:09:18
Well considering I just proved they are unfair, I doubt you can claim fairness unless you're psychotic and can't understand logic.
Forge of Empires - Customer Support 2019-01-24 03:13:06
Hello TwoCents,

Saying "Alright, they are unfair because they result in a disparity of outcomes. They are Jim-Crow laws. They appear fair on their surface, but disproportionately apply only to the people reported and not to all people who break the rules." is not proof. That is a statement of opinion. Should you wish to prove this opinion, we are certainly open to hearing your proof.

With regards,

Panacea
Community Manager
Forge of Empires, U.S.


TwoCents 2019-01-24 03:13:43
You claim your rules apply to everyone equally and that makes them fair. They don't. They only apply to the subset of individuals who have been identified/reported to you. It is a logical fallacy to say that the rules apply to everyone. They are, by logical deduction UNFAIR.
TwoCents 2019-01-24 03:15:31
I'll try to use littler words so you can understand it... logical deductions aren't opinions, they are facts deduced from other facts.
TwoCents 2019-01-24 03:26:29
Jeesh Panacea, what did you study in school? HomeEc? If I said: All things made of water are wet, the ocean is made of water, therefore the ocean is wet. Would you say "that's just an opinion." Or "I've never seen the ocean be wet".... You're supporting what is the foundation of your rule-system with anecdotes and fallacies....
TwoCents 2019-01-24 03:32:10
And fuck "my fellow players"... it isn't UP to my fellow players to decide if InnoGames has to follow the law or not... It's not even up to InnoGames to decide if they want to follow the law or not. They are required to do so if they want to provide a service in the United States of America.
Forge of Empires - Customer Support 2019-02-02 23:52:32
Hello TwoCents,

Again, I must ask you to remain civil when speaking with me or any other moderators here in Support.

While I agree that the majority of players receiving any type of action on their accounts fall into the "subset" of reported players, that is one way players who are violating the rules are identified. However, it is not the only means of identification. All players who play the game abide by the same game rules. Any player who violates the game rules are subject to some type of action to their account.

Abide by the rules and enjoy the game.

With regards,

Panacea
Community Manager
Forge of Empires, U.S.


TwoCents 2019-02-02 23:55:33
you asking me to modify my language when speaking to a person in a power position is a form of gender discrimination. Please refrain from forcing me to speak to you in a specific way.

You have a very short memory. Your moderators have told me on numerous occasions that the ONLY way they can take action against a player is if they are reported.

Forge of Empires - Customer Support 2019-02-03 00:00:38
Hello TwoCents,

All moderators may not be aware of all of the ways players may be identified when a rule is violated. Different levels of moderators are trained on different aspects of the player accounts.

No one has asked you to modify your language other than to say that foul language will not be tolerated in Support any more than it is in the game.

With regards,

Panacea
Community Manager
Forge of Empires, U.S.

TwoCents 2019-02-03 00:01:33
So what you're saying is that you subject me to the interpretation of your rules by moderators who aren't adequately trained?
Forge of Empires - Customer Support 2019-02-03 00:06:02
Hello TwoCents,

Absolutely not. I am saying that some aspects of identifying players who may be violating game rules are only handled by my level of game moderator. I fail to see what is so difficulty about that concept.

I wouldn't want to hold up your game so I will let you get back to playing. Enjoy the game.

With regards,

Panacea
Community Manager
Forge of Empires, U.S.

TwoCents 2019-02-03 00:09:22
So what you're saying is that you leave interpretation of your game rules up to moderators who aren't adequately trained and who are providing me incorrect information.
Forge of Empires - Customer Support 2019-02-03 00:15:25
Hello TwoCents,

I know you are an intelligent person and I know you can read.This is a team, each with certain abilities and all with the same set of game rules applied. All are trained, all do their best to give you accurate information. I've read back through your nearly 600 tickets and no where do I see that a moderator informed you that the "only" method of detection of a player violating a game rules. I do see where they informed you that you must use the 'Report' feature to report a player violating a game rule within chat as that is the way we have of capturing the conversation for documentation. Those are two different things.

Exhibit 10 – Forge of Empires Support Tickets: TwoCents Submitted by Plaintiff Penny Quinteros
Case: 19-CV-1402 RSM - 1274

With regards,

Panacea
Community Manager
Forge of Empires, U.S.


TwoCents 2019-02-03 00:19:28
Yes Panacea, one does not get accepted into law school without knowing how to read. Have you checked your email to me when discussing my photo incident?
TwoCents 2019-02-03 00:21:19
Also, if I could please bring your attention to the first sentence of the following statement:

Forge of Empires - Customer Support2016-11-28 09:06:16
I apologize but we are not able to act on anything that is not reported through our report feature. We are not able to take action solely on the claim of one player without supporting documentation. This would be considered Hearsay. Please ask the other player who received the message to report the message for you.

Respectfully,

Seriak
Co-Community Manager
U.S. Forge of Empires
Forge of Empires - Customer Support 2019-02-03 00:24:21
Hello TwoCents,

Seriak was referencing the fact you were informing of an incident involving our global chat feature. Any conversation occurring on Global Chat and that might possibly be in violation of our Game Rules must be reported using the 'Report' function. This captures the entire conversation for documentation that can be attached to the player's file.

With regards,

Panacea
Community Manager
Forge of Empires, U.S.


TwoCents 2019-02-03 00:25:26
Forge of Empires - Customer Support2016-11-29 10:07:56
We are not permitted to view any messages or chat that have not been reported to us through the report feature due to privacy laws. I apologize for any inconvenience.

Respectfully,

Seriak

Co-Community Manager
U.S. Forge of Empires
TwoCents 2019-02-03 00:26:06
He specifically said it was due to "privacy laws"... not due to my particular situation. You're a smart person and I know you know how to read if you try really hard.
Forge of Empires - Customer Support 2019-02-03 00:31:23
Hello TwoCents,

All players must use the 'Report' feature to report any conversation in Global Chat- not just your "particular situation". This captures the entire conversation for documentation that can be attached to the player's file.

Enjoy the game.

With regards,

Panacea
Community Manager
Forge of Empires, U.S.


TwoCents 2019-02-03 00:33:17
So what you're saying then is that only sections 3, 4 and 9 of your rules are unfair? i.e anything that deals with communication between players. i.e the very things I've only ever been accused of violating?
Forge of Empires - Customer Support 2019-02-03 00:36:00
Hello TwoCents,

I'm unsure as to why you view sections 3,04, and 9 to be unfair. All players are held to the same rules.

With regards,

Panacea
Community Manager
Forge of Empires, U.S.


TwoCents 2019-02-03 00:36:31
Well, that's not true, only the players are reported are held to these rules. Since you are not allowed to look at messages without them being reported.
TwoCents 2019-02-03 00:37:53
Let's imagine for a minute there was a police force that only investigated criminals who have been reported to them as violating the law.... people could murder each other wantonly and so long as they were "popular" (not reported) they could get away with it without repercussions. Would that SEEM very fair to you?
TwoCents 2019-02-03 00:41:05
Meanwhile the poor unpopular women who lived out in the woods would be getting burned at

the stake because someone reported them as being witches... oh wait, that actually happened under a system of rules very similar to what you advocate as "fair."
TwoCents 2019-02-12 17:04:57
Meanwhile the poor unpopular women who lived out in the woods would be getting burned at the stake because someone reported them as being witches... oh wait, that actually happened under a system of rules very similar to what you advocate as "fair."
TwoCents 2019-02-12 21:01:22
Meanwhile the poor unpopular women who lived out in the woods would be getting burned at the stake because someone reported them as being witches... oh wait, that actually happened under a system of rules very similar to what you advocate as "fair."
Forge of Empires - Customer Support 2019-02-12 21:22:38
Hello TwoCents,

While I understand that this may make GVG more difficult for you, that is something you should have considered while we repeatedly asked you to quit insulting and spamming your fellow players on chat. The chat mute will stay in place.

This ticket is now concluded.

With regards,

Panacea
Community Manager
Forge of Empires, U.S.


-- While I understand that you CLAIM I did something wrong, empirically I did nothing wrong. Therefore I couldn't have prepared for your capricious maliciousness. You made up special rules just for me to follow, and you targeted me for harassment and denial of service.
Forge of Empires - Customer Support 2019-02-12 21:42:52
Hello TwoCents,

The chat mute will stay in place. This ticket is concluded.

With regards,

Panacea
Community Manager
Forge of Empires, U.S.

TwoCents 2019-02-12 21:43:35
I'm not asking for you to remove it. I'm waiting for my lawyer to sue you.
Forge of Empires - Customer Support 2019-02-12 21:44:24
Hello TwoCents,

Please be aware that the Forge of Empires support team is in no way shape or form, responsible

for legal issues. Please inform your lawyer to contact our legal department in Hamburg, Germany. Our address data is as follows:
InnoGames GmbH
Friesenstraße 13
20097 Hamburg
Germany


With regards,

Panacea
Community Manager
Forge of Empires, U.S.

TwoCents 2019-02-12 21:44:25
It's better with it in place, so that the statue of limitations doesn't expire... so please... leave your illegal denial of service in place as LONG as you think you want to cunt.

**Forge of Empires - Customer Support 2019-02-12 21:58:20**

Hello TwoCents,

Please be aware that the Forge of Empires support team is in no way shape or form, responsible for legal issues. Please inform your lawyer to contact our legal department in Hamburg, Germany. Our address data is as follows:
InnoGames GmbH
Friesenstraße 13
20097 Hamburg
Germany

With regards,

Panacea
Community Manager
Forge of Empires, U.S.

---

This ticket has been closed and can no longer be replied to.

## Attachments

This ticket currently has no attachments.

# View ticket

# B-Radley Maximus - spamming global chat 1.4

**You 2019-02-12 22:51:32**

B-Radley Maximus - spamming global chat 1.3
Reported players: B-Radley Maximus

TwoCents 2019-02-12 22:16:11
New B-Radley Maximus - insulting behavior 3
Reported players: B-Radley Maximus

TwoCents 2019-02-12 21:45:36
B-Radley Maximus - spamming global chat
Reported players: B-Radley Maximus

TwoCents 2019-01-23 12:43:27
This player keeps spamming global chat with the following messages:

18:30: B-Radley Maximus: Selling FE, TE, CE, PME goods. Best prices and best seller to work with guaranteed~!

And before you say "report him via the system"... I've already reported him several times and he's not stopping.
Forge of Empires - Customer Support 2019-01-23 12:53:52
Hello TwoCents,

Thank you for contacting Support. I'm SLK350 and I'll be happy to assist you!

Unfortunately, I can not access messages or chat from this ticket. It must be reported from the player reporting tool. I'm not sure what you described is against the rules. But, then again, I can not speak for the Moderators that answer the reported messages.

Kind regards,

SLK350
Ingame Moderator
Forge of Empires, U.S.
TwoCents 2019-01-23 12:59:45
Read again, I DID report it.
TwoCents 2019-01-23 13:00:41

It is obviously against the rules based upon the precedent Panacea has set regarding spamming "repeating messages with similar topics over the course of time."
TwoCents 2019-01-23 13:02:06
Which is why I'm wondering why you're not enforcing the rules your community manager has set into place...
TwoCents 2019-01-23 13:03:18
09:57: King Koch The Great: Selling ARC / AO / CF / TRAZ Goods Dirt Cheap! Send message for info! :)

here is another player doing it right now.
Forge of Empires - Customer Support 2019-01-23 13:11:37
I didn't say you didn't report it.

I explained that we have no access to messages through this system. This means that I can not verify anything you are saying. Which also means I can take no action. Again, this must be reported through the player reporting tool.

You are asking for an answer. I am trying to explain why someone posting about selling goods may not be banned. This in itself is NOT a breach of the rules. Again, because I do not have access to the actual report, I can only speculate.

https://en.wiki.forgeofempires.com/index.php?title=Rules

Kind regards,

SLK350
Ingame Moderator
Forge of Empires, U.S.
TwoCents 2019-01-23 18:57:34
The problems you have with your "systems" not functioning between each other isn't really my problem. Get better systems if they don't work the way you need them too.
I'm telling you that I properly reported someone spamming chat repeatedly and I'm wondering why you haven't taken action to fix it. Lame excuses aren't gonna cut it.
In point of fact, anyone selling goods in global chat IS spamming by rule... therefore you should be warning/banning everyone doing it.
Forge of Empires - Customer Support 2019-01-23 21:02:42
Thank you for bringing this matter to our attention, we appreciate all players that help the Forge team to keep our game running without rule breakers. I will investigate and take the appropriate action(s) if I find rule breaking.

If this conversation is taking place in chat, please take two steps-
1. Press your right button on your mouse and 'Report' the player. This takes a screenshot of the conversation and reports it directly to a group of moderators who handle these promptly.
2. Right click and press 'ignore'. This will take him from your chat screen.

If this conversation is taking place via the messaging system, due to our Privacy Rules we can

not look in your Messages.
1. Please left click on the player's name. This will bring up a menu that has 'Report'. Press the 'Report' button. It brings up a window for your report. This will capture the message and send it directly to the moderators.

No matter which, please do not engage this person in the future. Once reported using the REPORT feature, we will be able to act on the report. Thank you.

With regards,

Panacea
Community Manager
Forge of Empires, U.S.

TwoCents 2019-01-24 01:01:33
According to the rules posted by your moderator, I'd like to speak to the community manager of the international version of the game (since he/she is the final arbiter)
Forge of Empires - Customer Support 2019-01-24 02:06:18
Hello TwoCents,

The International Community Manager is the final arbiter of the International server of Forge of Empires. The U.S. Community Manager is the final arbiter of the U.S. server of Forge of Empires. The Danish Community Manager is the final arbiter of the Danish server of Forge of Empires. The Mexico Community Manager is the... well, you get the picture. You play on the U.S. server so you get the U.S. Community Manager who is me.

With regards,

Panacea
Community Manager
Forge of Empires, U.S.

TwoCents 2019-01-24 02:07:36
Then why did your moderator mislead me with your published rules?
Forge of Empires - Customer Support 2019-01-24 02:10:31
Hello TwoCents,

I am unsure what you read that you may have misunderstood however, our rules are clear and have been provided to you.

The Community Management of the US version of Forge of Empires are the final arbiters of any rules dispute. Their interpretation of these rules is final.

With regards,

Panacea
Community Manager
Forge of Empires, U.S.

TwoCents 2019-01-24 02:15:00
You can see the link the moderator provided right... is he/she just stupid then? Or did he/she purposefully mislead me?
Forge of Empires - Customer Support 2019-01-24 02:23:41
Hello TwoCents,

The moderator was not stupid. That version is from the wiki which is shared with the International version of the game as we are all English speaking. We have made the appropriate and much needed alteration to the rules to reflect both versions. Thank you for calling this to our attention.

Enjoy the game.

With regards,

Panacea
Community Manager
Forge of Empires, U.S.

TwoCents 2019-01-24 02:27:15
seeing as how my dispute started BEFORE you changed the rules, I insist you honor the terms of our agreement that were inforce at the time.
Forge of Empires - Customer Support 2019-01-24 02:30:35
Hello TwoCents,

Simply because you were directed to the wiki which had the International rules posted on them, that requires our apology to you, nothing more. The rules for the U.S. Forge of Empires has not changed since 2015 and are posted on the browser game itself which you play daily and on our forum.

Enjoy the game.

With regards,

Panacea
Community Manager
Forge of Empires, U.S.

TwoCents 2019-01-24 02:32:52
Actually what it does is create a mutually binding written contract between us based upon what the "rules" of this game are. We are both required to follow them. Aren't we?
Forge of Empires - Customer Support 2019-01-24 02:38:55

Exhibit 10 – Forge of Empires Support Tickets: TwoCents Submitted by Plaintiff Penny Quinteros
Case: 19-CV-1402 RSM - 1282

Hello TwoCents,

The rules for the U.S. Forge of Empires have not changed since 2015 and are posted on the browser game itself and on our forum.

With regards,

Panacea
Community Manager
Forge of Empires, U.S.

TwoCents 2019-01-24 02:42:51
Well, I hate to point out that you are in breech of the contract you created. You DID just change your rules as you so pointedly noted. The rules in effect before the change clearly stated that you ARE NOT the final arbiter of rule disputes, so I'd like to speak with the person who is. You are required to uphold the contract or it becomes null and void (and thus any punishment I've received for breaking said contract would be an illegal denial of service).
TwoCents 2019-01-24 02:48:46
Speaking of, may I please have a copy of the game rules that were in effect when I actually started my account and agreed to our contract? I think that was 2011...
Forge of Empires - Customer Support 2019-01-24 02:54:33
Hello TwoCents,

When the rules changed you were notified and given a period of time to either agree to the new rules and play or to no longer play the game. You elected to agree to the new rules and continue to play. Therefore, the "old" rules are null and void to use your wording.

Again, you abide by the Forge of Empire rules for the version you are playing. I am the Community Manager of the U.S. server and an InnoGames employee. As such, all aspects of the game, rules, players, and moderators are my responsibility. As the Game Rules state:
The Community Management of the US version of Forge of Empires are the final arbiters of any rules dispute. Their interpretation of these rules is final.

With regards,

Panacea
Community Manager
Forge of Empires, U.S.

TwoCents 2019-01-24 02:55:39
Actually, I wasn't. At no time was I notified of any rule changes.
TwoCents 2019-01-24 02:56:47
So if you would please be so kind as to give me a copy of the 2011 rules, which are in effect for me since you failed in your obligation to notify me of any changes.
Forge of Empires - Customer Support 2019-01-24 02:59:51

Hello TwoCents,

Every player was notified of the changes ingame. There was an ingame announcement on Sept 1, 2015:
We have updated the game...
We have updated the game rules. You can find the detailed description of the changes on the community forum (please click the arrow to read it). Yours, Forge of Empires Team

Enjoy the game.

With regards,

Panacea
Community Manager
Forge of Empires, U.S.


TwoCents 2019-01-24 03:01:07
I didn't get that message because I wasn't playing in 2015
TwoCents 2019-01-24 03:01:55
I didn't come back until 2016, and there was no such announcement in my game.
Forge of Empires - Customer Support 2019-01-24 03:04:56
Hello TwoCents,

It would still be in your messages until you read it. Even if you "came back in 2016" the "new" rules would have been on the front page of your Welcome page for your review at any time. It is the player's responsibility to be familiar with the rules.

Enjoy the game.

With regards,

Panacea
Community Manager
Forge of Empires, U.S.


TwoCents 2019-01-24 03:08:09
The message system deletes messages older than 6 months. There was no message regarding rule changes in my inbox or anywhere else. You failed to notify me of rule changes, so theold rules are still in effect.
TwoCents 2019-01-24 03:10:35
Exactly where did I sign or agree to the term "it is the player's responsibility to be aware of rule changes." I don't recall signing that...
Forge of Empires - Customer Support 2019-01-24 03:15:49
Hello TwoCents,

No one is required to "sign that". I never said ""it is the player's responsibility to be aware of rule

Exhibit 10 – Forge of Empires Support Tickets: TwoCents Submitted by Plaintiff Penny Quinteros
Case: 19-CV-1402 RSM - 1284

changes." I said "It is the player's responsibility to be familiar with the rules. "

Every game has rules. It is the player's responsibility to know and abide by the rules. Every day. The posted rules from 2015 would have been in effect whenever you 'returned' to the game. The "old rules" were not.

Enjoy the game.

With regards,

Panacea
Community Manager
Forge of Empires, U.S.

TwoCents 2019-01-24 03:18:23
Well how was I to know there were "posted rules" or that these posted rules had changed... Not all games post rules, so it's false to say I should've assumed they were there and gone looking for them.
TwoCents 2019-01-24 03:19:49
you are required to notify me of rule changes based upon our contract. You didn't, therefore you cannot hold me to the stipulations in the new rules.
Forge of Empires - Customer Support 2019-02-02 23:45:06
Hello TwoCents,

All players were notified of rule changes. You state you weren't playing the game at the time but that does not relieve you of the obligation to know and follow the game rules. You agree to the Terms and Conditions by playing the game.

Enjoy the game.

With regards,

Panacea
Community Manager
Forge of Empires, U.S.

TwoCents 2019-02-02 23:49:56
I disagree, your terms and conditions specifically state that you must notify me of rule changes. You are equally obliged to follow your contract as I am.
Forge of Empires - Customer Support 2019-02-02 23:54:47
Hello TwoCents,

We did inform all players of the rules via ingame notification and on the forum. You have continued to play the game even after being informed of the rules. As per the Terms and Conditions, if you did not/do not wish to play by the game rules, you can notify the game in writing and close your account.

We certainly hope you reconsider and continue to play and enjoy the game.

With regards,

Panacea
Community Manager
Forge of Empires, U.S.

TwoCents 2019-02-02 23:57:12
Actually, you didn't. You missed me. If you look at my gaming log you can verify that is correct. I still haven't been properly informed of the changes to your game rules. Exactly what changes were made? Where is the copy of the old rules that I can compare them to?
And you can refund me the $9,000 I spent on a service made under false pretenses (assuming I were to close my account).
Forge of Empires - Customer Support 2019-02-03 00:02:54
Hello TwoCents,

Again, as in numerous times past, here are the Game Rules:
https://us0.forgeofempires.com/page/the_game/rules/
Rules
1. One account per player
Each player may have only one account per world. Each account may have only one user and may not be logged into or played by any other player.
Sharing your password with another person is forbidden.
Knowing, storing, or asking passwords for other players' accounts is forbidden. If another player sends you their password, you must always report them.
Examples:
It is allowed for two or more players to use the same computer and/or internet connection, provided each player only controls the actions of his/her assigned account (please contact support to make them aware).
It is forbidden to create multiple accounts on a single world for any reason.
It is allowed to use the same account to play on multiple worlds.
It is allowed to use multiple accounts to play Forge of Empires but never on the same world.
You may not access (or have access to) any account that does not belong to you, on any world.
It is forbidden to play for another player if they are temporarily away, or for any other reason.
It is forbidden to force entry into an account or attempt to trick another player into giving you their login information.
It is forbidden to ask another player for their login information.
2. Sharing a device and/or internet connection
It is allowed for two or more players to use the same computer and/or internet connection, provided each player only controls the actions of his/her account (please contact Support to make them aware).
Examples:
It is allowed for you and your brother to each have your own account on Forge of Empires provided that you both only have access to your own account.

Exhibit 10 – Forge of Empires Support Tickets: TwoCents Submitted by Plaintiff Penny Quinteros
Case: 19-CV-1402 RSM - 1286

It is allowed to login at your work or school provided that only you have access to your account.

3. Communication

InnoGames does not accept any publications that the Forge of Empires Team considers illegal, insulting, offensive, threatening, abusive, real-life-aggressive, sexually explicit, pornographic (including, but not limited to drawings and animations), profanity, politically extreme, religiously fanatic, endangering youth, racist, playing down the use of illegal drugs or alcohol, or promoting the use of said substances or in any way inappropriate. Posting links to such content is also not allowed.

Spamming other players with in-game mails or chat messages is abusive and will not be tolerated.

It is against the rules to impersonate any staff member or suggest acquaintances with them in order to force any kind of behavior.

Examples:

It is forbidden to use inappropriate names,

It is forbidden to advertise competitors' games, post inappropriate content or links to such, post links to moneymaking sites or links to competitors' games.

It is allowed to refer to a player as a noob or to criticize their way of playing using appropriate language.

Threats are only allowed when they relate to the game and not real life. For example, saying that you will attack someone with your units if he does not give you Forge Points is allowed.

However, it is not allowed to say that you will find someone and beat him up if he does not give you Forge Points.

Using only capital letters, or spamming the same message repeatedly in the chat room is not permitted as it is poor chat etiquette.

We ask players to not use account names that include whole e-mail addresses, full names or telephone numbers, for player safety and safety of personal data.

Encouraging other players to break rules is forbidden.

4. Language

This Forge of Empires server is an English game. The use of other languages in the game is forbidden. This means all communication and all publications must be in English.

A short phrase or a universally known saying in another language is permitted, provided that this is translated to English either directly following or preceding it. It is not necessary to translate proper names.

Support requests must also be created in understandable English, otherwise an answer might be not be given.

5. Transfer of accounts and Diamonds

It is not allowed to play accounts for commercial purposes. It is not allowed to sell, buy, trade or offer accounts in exchange for Diamonds or any other benefit.

It is not allowed to exchange in-game items (e.g. goods, Forge Points etc.) for Diamonds or outside benefits (such as money, vouchers etc.).

An account can be transferred for free to another person. A prior express approval from the Support team must be given. An account may only be transferred once.

Diamonds may only be used by the account that bought them. Transferring Diamonds to another account is not possible.

6. Bots and scripts

It is strictly forbidden to use bots or scripts.

Examples:

It is strictly forbidden to use bots or scripts that automatically collect your resources.

It is not allowed to use click-bots or scripts that minimize your manual clicks.

You may not use programs that mimic premium features or provide an unfair advantage.

7. Bugs

Each player is required to report serious errors immediately to the Forge of Empires Team. A player is not allowed to knowingly take advantage of bugs.

If you notice that a player is abusing a bug in the game you must report him.

If you notice a spelling error or typo, you are not obligated to report it, however you are encouraged to do so for the improvement of the game

8. Pushing

Operating a push account or knowingly benefiting from it is forbidden. A push account is an account that is mainly used to help another account while neglecting other parts of the game. This means that it is not allowed to use an account solely for the purpose of helping another account grow, or to knowingly receive benefits or any kind of support from such account.

Trades in any form (goods, Forge Points, etc.) that involve multiple worlds are forbidden.

9. Miscellaneous

Please treat other Forge of Empires Community members with respect. Following the rules helps to create a fun and fair environment for everyone.

The Community Management of the US version of Forge of Empires are the final arbiters of any rules dispute. Their interpretation of these rules is final.

Forge of Empires Team reserves the right to exclude anyone from the game. Bans can be appealed via the Support System.

Please be aware that in-game items can be removed from an account as a punishment, and that Diamonds aren't refunded to players who are banned for breaking our rules.

If you believe someone is breaking the rules, you can contact the Support Team.

Knowingly benefiting from another player breaking the rules is prohibited. If you think you have benefited from a breach of rules, you must report this.

It is not allowed to mistreat the Support Team or abuse the Support system.

These rules can be adapted to different cases in the interests of maintaining fair play within the game.

10. Account deletion

Game accounts may be deleted after 30 days of inactivity. Please note that any Diamonds left on the account will remain on the master account and will not be deleted, unless a complete account deletion has been requested.

Rules Revised: 01.09.2015

You are only entitled to any purchase made within the past 14 days. Do I need to ask our Payment Team to begin refunds for that time period?

With regards,

Panacea
Community Manager
Forge of Empires, U.S.

Exhibit 10 – Forge of Empires Support Tickets: TwoCents Submitted by Plaintiff Penny Quinteros

Case: 19-CV-1402 RSM - 1288

TwoCents 2019-02-03 00:03:08

In the State of Washington, I'm actually allowed to ask for triple damages under the law for your violations, so you can pay me back $27,000 (assuming I were to close my account due to your breach of contract).

TwoCents 2019-02-03 00:05:15

unfair and deceptive trade practices. Your "clickwrap" agreement doesn't protect you against gross negligence. I'm allowed to ask for whatever is reasonable under the law.

Forge of Empires - Customer Support 2019-02-03 00:07:05

Hello TwoCents,

Please be aware that the Forge of Empires support team is in no way shape or form, responsible for legal issues. Please inform your lawyer to contact our legal department in Hamburg, Germany. Our address data is as follows:

InnoGames GmbH
Friesenstraße 13
20097 Hamburg
Germany


With regards,

Panacea
Community Manager
Forge of Empires, U.S.


TwoCents 2019-02-03 00:08:29

Which is exactly why I haven't appealed my "permanent chat muffle"... I'm leaving it up to my lawyer to handle :D

TwoCents 2019-02-03 00:11:24

Which is exactly why I haven't appealed my "permanent chat muffle"... I'm leaving it up to my lawyer to handle :D

TwoCents 2019-02-12 17:05:27

Which is exactly why I haven't appealed my "permanent chat muffle"... I'm leaving it up to my lawyer to handle :D

TwoCents 2019-02-12 21:00:37

Which is exactly why I haven't appealed my "permanent chat muffle"... I'm leaving it up to my lawyer to handle :D

Forge of Empires - Customer Support 2019-02-12 21:12:39

Hello TwoCents,

Thank you for bringing this matter to our attention, we appreciate all players that help the Forge team to keep our game running without rule breakers. I will investigate and take the appropriate action(s) if I find rule breaking.

If this conversation is taking place in chat, please take two steps-

Exhibit 10 – Forge of Empires Support Tickets: TwoCents Submitted by Plaintiff Penny Quinteros
Case: 19-CV-1402 RSM - 1289

1. Press your right button on your mouse and 'Report' the player. This takes a screenshot of the conversation and reports it directly to a group of moderators who handle these promptly.
2. Right click and press'ignore'. This will take him from your chat screen.

If this conversation is taking place via the messaging system, due to our Privacy Rules we can not look in your Messages.
1. Please left click on the player's name. This will bring up a menu that has 'Report'. Press the 'Report' button. It brings up a window for your report. This will capture the message and send it directly to the moderators.

This ticket is now concluded.

With regards,

Panacea
Community Manager
Forge of Empires, U.S.


IF YOU'RE GOING TO HAVE A RULE IT NEEDS TO APPLY TO EVERYONE. IF MY TYPING IN GLOBAL CHAT IS SPAMMING THEN SO IS HIS!
Forge of Empires - Customer Support 2019-02-12 21:58:46
Hello TwoCents,

Thank you for bringing this matter to our attention, we appreciate all players that help the Forge team to keep our game running without rule breakers. I will investigate and take the appropriate action(s) if I find rule breaking.

If this conversation is taking place in chat, please take two steps-
1. Press your right button on your mouse and 'Report' the player. This takes a screenshot of the conversation and reports it directly to a group of moderators who handle these promptly.
2. Right click and press'ignore'. This will take him from your chat screen.

If this conversation is taking place via the messaging system, due to our Privacy Rules we can not look in your Messages.
1. Please left click on the player's name. This will bring up a menu that has 'Report'. Press the 'Report' button. It brings up a window for your report. This will capture the message and send it directly to the moderators.

This ticket is now concluded.

With regards,

Panacea
Community Manager
Forge of Empires, U.S.

IF YOU'RE GOING TO HAVE A RULE IT NEEDS TO APPLY TO EVERYONE!
Forge of Empires - Customer Support 2019-02-12 22:27:48
New Hello TwoCents,

Thank you for bringing this matter to our attention, we appreciate all players that help the Forge team to keep our game running without rule breakers. I will investigate and take the appropriate action(s) if I find rule breaking.

If this conversation is taking place in chat, please take two steps-
1. Press your right button on your mouse and 'Report' the player. This takes a screenshot of the conversation and reports it directly to a group of moderators who handle these promptly.
2. Right click and press'ignore'. This will take him from your chat screen.

If this conversation is taking place via the messaging system, due to our Privacy Rules we can not look in your Messages.
1. Please left click on the player's name. This will bring up a menu that has 'Report'. Press the 'Report' button. It brings up a window for your report. This will capture the message and send it directly to the moderators.

This ticket is now concluded.

With regards,

Panacea
Community Manager
Forge of Empires, U.S.

**Forge of Empires - Customer Support 2019-02-12 23:05:58**

Hello TwoCents,

This ticket is now concluded.

With regards,

Panacea
Community Manager
Forge of Empires, U.S.

This ticket has been closed and can no longer be replied to.

**Attachments**

Exhibit 10 – Forge of Empires Support Tickets: TwoCents Submitted by Plaintiff Penny Quinteros
Case: 19-CV-1402 RSM - 1291

This ticket currently has no attachments.

# View ticket

# Diamond purchase on T world 1.3

**You 2019-02-12 22:45:13**

Diamond purchase on T world 1.2
TwoCents 2019-02-12 22:10:02
Diamond purchase on T world
TwoCents 2019-01-25 18:05:39
I'm trying to buy a starter-package of diamonds on T world and the computer isn't letting me do so.
Forge of Empires - Customer Support 2019-01-25 22:48:58
Hello TwoCents,

What seems to be the issue? When you press the '+' button, what happens? At what point do you run into difficulty? Be as detailed as possible in order for us to be able to assist you. Any screenshots are helpful. Thank you.

With regards,

Panacea
Community Manager
Forge of Empires, U.S.

TwoCents 2019-01-25 22:58:29
I type in my credit card numer and it says "invalid card"... I checked it several times. It did allow me to complete the purchase with paypal. Does it only allow new world incentives once per payment type?
Forge of Empires - Customer Support 2019-01-25 23:10:45
Hello TwoCents,

The package you selected 'Special Starter package XL' should be allowed to be purchased more than once in my experience. However, I will verify this once Payments opens in the morning. I am glad you were able to use PayPal which would have been my next suggestion as many credit cards place limits on the number of international transactions that may be purchased at one time. Yours may be one of these and may need to be pre-approved for international transactions.

I apologize for the inconvenience.

With regards,

Panacea
Community Manager
Forge of Empires, U.S.

TwoCents 2019-01-28 20:15:14
And? Did you get an answer or were you just blowing smoke up my ass?
Forge of Empires - Customer Support 2019-01-28 23:21:41
Hello TwoCents,

I apologize for the delay. Players are allowed to purchase one Special Starter package of each type (S, M, L , XL).

With regards,

Panacea
Community Manager
Forge of Empires, U.S.

TwoCents 2019-01-29 01:05:12
well, that sucks.
TwoCents 2019-01-29 12:08:54
well that sucks
Forge of Empires - Customer Support 2019-01-29 21:01:24
Hello TwoCents,

I'm sorry but those are the restrictions on those packages. Enjoy the game.

With regards,

Panacea
Community Manager
Forge of Empires, U.S.

TwoCents 2019-01-29 22:58:52
why?
Forge of Empires - Customer Support 2019-01-30 02:26:03
Hello TwoCents,

There are many decisions made as not to allow diamond players to gain too large an advantage over players who are not purchasing diamonds. This is one of those.

Enjoy the game.

With regards,

Panacea
Community Manager
Forge of Empires, U.S.

TwoCents 2019-01-30 02:33:44
omg, that was the funniest thing you've said in weeks. People are spending more than it costs to buy a new CAR! Blacklisted is the #1 guild on all the US servers because they bought their way there. Y world has only been open 1 year.... people have been working YEARS AND YEARS AND YEARS and these plutocratic fucks make all their efforts useless... and this is your answer to it?! Jesus fucking christ woman... wake up!
Forge of Empires - Customer Support 2019-01-30 02:40:36
Hello TwoCents,

I suggest if you do not like our answers, that you quit writing to Support for those answers. We do our best to provide you with accurate responses in a timely manner of which you cuss, demean, belittle the moderators, me included, who take their time to answer you.

InnoGames keeps track of those players "spending more ....than a car". They watch how these players impact the game and make adjustments to the game (periodically) in order to limit such impact although I appreciate you calling our attention to the matter.

With regards,

Panacea
Community Manager
Forge of Empires, U.S.

TwoCents 2019-01-30 02:46:44
I suggest you provide support instead of making up prevaricating puff-ball answers.
TwoCents 2019-01-30 02:48:23
Do the "adjustments to the game" that InnoGames make include handcuffing the only people fighting against the plutocrats by putting inequitable bans on them?
Forge of Empires - Customer Support 2019-01-30 23:03:24
Hello TwoCents,

All players abide by the same game rules.

Enjoy the game.

With regards,

Panacea
Community Manager
Forge of Empires, U.S.

Exhibit 10 – Forge of Empires Support Tickets: TwoCents Submitted by Plaintiff Penny Quinteros
Case: 19-CV-1402 RSM - 1294

TwoCents 2019-01-30 23:20:30
actually they don't. only the players that get reported are subject to the sanctions.
Forge of Empires - Customer Support 2019-01-30 23:31:42
Hello TwoCents,

Thank you for your interpretation of our policies but the game rules are published and all players are subject to them.

Enjoy the game.

With regards,

Panacea
Community Manager
Forge of Empires, U.S.

TwoCents 2019-01-30 23:52:47
There is no interpretation. You yourself have told me that only players that get reported are subject to punishment. That you can't and don't go searching through chat to moderate the game. Therefore only the people getting reported are subject to the rules.
Forge of Empires - Customer Support 2019-01-31 01:44:57
Hello TwoCents,

The game rules are published and all players are subject to them.

With regards,

Panacea
Community Manager
Forge of Empires, U.S.

TwoCents 2019-01-31 02:08:53
except only the unpopular ones are ACTUALLY subject to them.
TwoCents 2019-02-07 23:22:39
except only the unpopular ones are ACTUALLY subject to them.
TwoCents 2019-02-12 17:02:53
New except only the unpopular ones are ACTUALLY subject to them.
Forge of Empires - Customer Support 2019-02-12 22:15:06
Hello TwoCents,

Players are allowed to purchase one Special Starter package of each type (S, M, L , XL).
I'm sorry but those are the restrictions on those packages.

Enjoy the game. This ticket is concluded.

With regards,

Panacea
Community Manager
Forge of Empires, U.S.

GREAT! Now explain to me how your system can be called "fair" when you are only looking at the subset of players who have been reported from other players.

**Forge of Empires - Customer Support 2019-02-12 23:07:02**

Hello TwoCents,

That was addressed on a different ticket. This ticket was about diamond packages.  Players are allowed to purchase one Special Starter package of each type (S, M, L , XL).
I'm sorry but those are the restrictions on those packages.

Enjoy the game. This ticket is concluded.

With regards,

Panacea
Community Manager
Forge of Empires, U.S.

---

This ticket has been closed and can no longer be replied to.

**Attachments**

This ticket currently has no attachments.

# View ticket

# Diamond purchase on T world 1.4

**You 2019-02-12 23:13:31**

Diamond purchase on T world 1.3
TwoCents 2019-02-12 22:45:13
Diamond purchase on T world 1.2
TwoCents 2019-02-12 22:10:02

Exhibit 10 – Forge of Empires Support Tickets: TwoCents Submitted by Plaintiff Penny Quinteros
Case: 19-CV-1402 RSM - 1296

Diamond purchase on T world
TwoCents 2019-01-25 18:05:39
I'm trying to buy a starter-package of diamonds on T world and the computer isn't letting me do so.
Forge of Empires - Customer Support 2019-01-25 22:48:58
Hello TwoCents,

What seems to be the issue? When you press the '+' button, what happens? At what point do you run into difficulty? Be as detailed as possible in order for us to be able to assist you. Any screenshots are helpful. Thank you.

With regards,

Panacea
Community Manager
Forge of Empires, U.S.

TwoCents 2019-01-25 22:58:29
I type in my credit card numer and it says "invalid card"... I checked it several times. It did allow me to complete the purchase with paypal. Does it only allow new world incentives once per payment type?
Forge of Empires - Customer Support 2019-01-25 23:10:45
Hello TwoCents,

The package you selected 'Special Starter package XL' should be allowed to be purchased more than once in my experience. However, I will verify this once Payments opens in the morning. I am glad you were able to use PayPal which would have been my next suggestion as many credit cards place limits on the number of international transactions that may be purchased at one time. Yours may be one of these and may need to be pre-approved for international transactions.

I apologize for the inconvenience.

With regards,

Panacea
Community Manager
Forge of Empires, U.S.

TwoCents 2019-01-28 20:15:14
And? Did you get an answer or were you just blowing smoke up my ass?
Forge of Empires - Customer Support 2019-01-28 23:21:41
Hello TwoCents,

I apologize for the delay. Players are allowed to purchase one Special Starter package of each type (S, M, L , XL).

With regards,

Panacea
Community Manager
Forge of Empires, U.S.

TwoCents 2019-01-29 01:05:12
well, that sucks.
TwoCents 2019-01-29 12:08:54
well that sucks
Forge of Empires - Customer Support 2019-01-29 21:01:24
Hello TwoCents,

I'm sorry but those are the restrictions on those packages. Enjoy the game.

With regards,

Panacea
Community Manager
Forge of Empires, U.S.

TwoCents 2019-01-29 22:58:52
why?
Forge of Empires - Customer Support 2019-01-30 02:26:03
Hello TwoCents,

There are many decisions made as not to allow diamond players to gain too large an advantage over players who are not purchasing diamonds. This is one of those.

Enjoy the game.

With regards,

Panacea
Community Manager
Forge of Empires, U.S.

TwoCents 2019-01-30 02:33:44
omg, that was the funniest thing you've said in weeks. People are spending more than it costs to buy a new CAR! Blacklisted is the #1 guild on all the US servers because they bought their way there. Y world has only been open 1 year.... people have been working YEARS AND YEARS AND YEARS and these plutocratic fucks make all their efforts useless... and this is your answer to it?! Jesus fucking christ woman... wake up!
Forge of Empires - Customer Support 2019-01-30 02:40:36
Hello TwoCents,

I suggest if you do not like our answers, that you quit writing to Support for those answers. We do our best to provide you with accurate responses in a timely manner of which you cuss, demean, belittle the moderators, me included, who take their time to answer you.

InnoGames keeps track of those players "spending more ....than a car". They watch how these players impact the game and make adjustments to the game (periodically) in order to limit such impact although I appreciate you calling our attention to the matter.

With regards,

Panacea
Community Manager
Forge of Empires, U.S.

TwoCents 2019-01-30 02:46:44
I suggest you provide support instead of making up prevaricating puff-ball answers.
TwoCents 2019-01-30 02:48:23
Do the "adjustments to the game" that InnoGames make include handcuffing the only people fighting against the plutocrats by putting inequitable bans on them?
Forge of Empires - Customer Support 2019-01-30 23:03:24
Hello TwoCents,

All players abide by the same game rules.

Enjoy the game.

With regards,

Panacea
Community Manager
Forge of Empires, U.S.

TwoCents 2019-01-30 23:20:30
actually they don't. only the players that get reported are subject to the sanctions.
Forge of Empires - Customer Support 2019-01-30 23:31:42
Hello TwoCents,

Thank you for your interpretation of our policies but the game rules are published and all players are subject to them.

Enjoy the game.

With regards,

Panacea
Community Manager

Forge of Empires, U.S.

TwoCents 2019-01-30 23:52:47
There is no interpretation. You yourself have told me that only players that get reported are subject to punishment. That you can't and don't go searching through chat to moderate the game. Therefore only the people getting reported are subject to the rules.
Forge of Empires - Customer Support 2019-01-31 01:44:57
Hello TwoCents,

The game rules are published and all players are subject to them.

With regards,

Panacea
Community Manager
Forge of Empires, U.S.

TwoCents 2019-01-31 02:08:53
except only the unpopular ones are ACTUALLY subject to them.
TwoCents 2019-02-07 23:22:39
except only the unpopular ones are ACTUALLY subject to them.
TwoCents 2019-02-12 17:02:53
New except only the unpopular ones are ACTUALLY subject to them.
Forge of Empires - Customer Support 2019-02-12 22:15:06
Hello TwoCents,

Players are allowed to purchase one Special Starter package of each type (S, M, L , XL).
I'm sorry but those are the restrictions on those packages.

Enjoy the game. This ticket is concluded.

With regards,

Panacea
Community Manager
Forge of Empires, U.S.

GREAT! Now explain to me how your system can be called "fair" when you are only looking at the subset of players who have been reported from other players.
Forge of Empires - Customer Support 2019-02-12 23:07:02
Hello TwoCents,

That was addressed on a different ticket. This ticket was about diamond packages. Players are allowed to purchase one Special Starter package of each type (S, M, L , XL).
I'm sorry but those are the restrictions on those packages.

Exhibit 10 – Forge of Empires Support Tickets: TwoCents Submitted by Plaintiff Penny Quinteros
Case: 19-CV-1402 RSM - 1300

Enjoy the game. This ticket is concluded.

With regards,

Panacea
Community Manager
Forge of Empires, U.S.

- This was my question unique to this ticket. So it was being handled on THIS ticket. Do the "adjustments to the game" that InnoGames make include handcuffing the only people fighting against the plutocrats by putting inequitable bans on them?

This ticket has been closed and can no longer be replied to.

## Attachments

This ticket currently has no attachments.

# View ticket

# Bryndolph - Claiming association with the moderators

**You 2019-02-12 23:35:27**

So, my allegation is that you're not punishing these players who repeatedly harass me. Then I see a player actually STATING that you don't punish him... how exactly do you reconcile the fact?

This ticket has been closed and can no longer be replied to.

## Attachments

This ticket currently has no attachments.

# View ticket

# PLEASE OMG! PLEASE STOP THESE FUCKERS!

**You 2019-02-12 23:48:53**

Would you please stop these fuckers from posting links all day every day to random stupid songs? They fill up global chat with their trash, and may I remind you, it's also against the game rules to be posting to copyrighted material!

---

This ticket has been closed and can no longer be replied to.

## Attachments

This ticket currently has no attachments.

# View ticket

# B-Radley Maximus - spamming global chat 1.5

**You 2019-02-13 03:15:40**

B-Radley Maximus - spamming global chat 1.3
Reported players: B-Radley Maximus

TwoCents 2019-02-12 22:16:11
New B-Radley Maximus - insulting behavior 3
Reported players: B-Radley Maximus

TwoCents 2019-02-12 21:45:36
B-Radley Maximus - spamming global chat
Reported players: B-Radley Maximus

TwoCents 2019-01-23 12:43:27
This player keeps spamming global chat with the following messages:

18:30: B-Radley Maximus: Selling FE, TE, CE, PME goods. Best prices and best seller to work with guaranteed~!

Exhibit 10 – Forge of Empires Support Tickets: TwoCents Submitted by Plaintiff Penny Quinteros
Case: 19-CV-1402 RSM - 1302

And before you say "report him via the system"... I've already reported him several times and he's not stopping.
Forge of Empires - Customer Support 2019-01-23 12:53:52
Hello TwoCents,

Thank you for contacting Support. I'm SLK350 and I'll be happy to assist you!

Unfortunately, I can not access messages or chat from this ticket. It must be reported from the player reporting tool. I'm not sure what you described is against the rules. But, then again, I can not speak for the Moderators that answer the reported messages.

Kind regards,

SLK350
Ingame Moderator
Forge of Empires, U.S.
TwoCents 2019-01-23 12:59:45
Read again, I DID report it.
TwoCents 2019-01-23 13:00:41
It is obviously against the rules based upon the precedent Panacea has set regarding spamming "repeating messages with similar topics over the course of time."
TwoCents 2019-01-23 13:02:06
Which is why I'm wondering why you're not enforcing the rules your community manager has set into place...
TwoCents 2019-01-23 13:03:18
09:57: King Koch The Great: Selling ARC / AO / CF / TRAZ Goods Dirt Cheap! Send message for info! :)

here is another player doing it right now.
Forge of Empires - Customer Support 2019-01-23 13:11:37
I didn't say you didn't report it.

I explained that we have no access to messages through this system. This means that I can not verify anything you are saying. Which also means I can take no action. Again, this must be reported through the player reporting tool.

You are asking for an answer. I am trying to explain why someone posting about selling goods may not be banned. This in itself is NOT a breach of the rules. Again, because I do not have access to the actual report, I can only speculate.

https://en.wiki.forgeofempires.com/index.php?title=Rules

Kind regards,

SLK350
Ingame Moderator

Exhibit 10 – Forge of Empires Support Tickets: TwoCents Submitted by Plaintiff Penny Quinteros
Case: 19-CV-1402 RSM - 1303

Forge of Empires, U.S.
TwoCents 2019-01-23 18:57:34
The problems you have with your "systems" not functioning between each other isn't really my problem. Get better systems if they don't work the way you need them too.
I'm telling you that I properly reported someone spamming chat repeatedly and I'm wondering why you haven't taken action to fix it. Lame excuses aren't gonna cut it.
In point of fact, anyone selling goods in global chat IS spamming by rule... therefore you should be warning/banning everyone doing it.
Forge of Empires - Customer Support 2019-01-23 21:02:42
Thank you for bringing this matter to our attention, we appreciate all players that help the Forge team to keep our game running without rule breakers. I will investigate and take the appropriate action(s) if I find rule breaking.

If this conversation is taking place in chat, please take two steps-
1. Press your right button on your mouse and 'Report' the player. This takes a screenshot of the conversation and reports it directly to a group of moderators who handle these promptly.
2. Right click and press'ignore'. This will take him from your chat screen.

If this conversation is taking place via the messaging system, due to our Privacy Rules we can not look in your Messages.
1. Please left click on the player's name. This will bring up a menu that has 'Report'. Press the 'Report' button. It brings up a window for your report. This will capture the message and send it directly to the moderators.

No matter which, please do not engage this person in the future. Once reported using the REPORT feature, we will be able to act on the report. Thank you.

With regards,

Panacea
Community Manager
Forge of Empires, U.S.

TwoCents 2019-01-24 01:01:33
According to the rules posted by your moderator, I'd like to speak to the community manager of the international version of the game (since he/she is the final arbiter)
Forge of Empires - Customer Support 2019-01-24 02:06:18
Hello TwoCents,

The International Community Manager is the final arbiter of the International server of Forge of Empires. The U.S. Community Manager is the final arbiter of the U.S. server of Forge of Empires. The Danish Community Manager is the final arbiter of the Danish server of Forge of Empires. The Mexico Community Manager is the... well, you get the picture. You play on the U.S. server so you get the U.S. Community Manager who is me.

With regards,

Exhibit 10 – Forge of Empires Support Tickets: TwoCents Submitted by Plaintiff Penny Quinteros
Case: 19-CV-1402 RSM - 1304

Panacea
Community Manager
Forge of Empires, U.S.

TwoCents 2019-01-24 02:07:36
Then why did your moderator mislead me with your published rules?
Forge of Empires - Customer Support 2019-01-24 02:10:31
Hello TwoCents,

I am unsure what you read that you may have misunderstood however, our rules are clear and have been provided to you.

The Community Management of the US version of Forge of Empires are the final arbiters of any rules dispute. Their interpretation of these rules is final.


With regards,

Panacea
Community Manager
Forge of Empires, U.S.

TwoCents 2019-01-24 02:15:00
You can see the link the moderator provided right... is he/she just stupid then? Or did he/she purposefully mislead me?
Forge of Empires - Customer Support 2019-01-24 02:23:41
Hello TwoCents,

The moderator was not stupid. That version is from the wiki which is shared with the International version of the game as we are all English speaking. We have made the appropriate and much needed alteration to the rules to reflect both versions. Thank you for calling this to our attention.

Enjoy the game.

With regards,

Panacea
Community Manager
Forge of Empires, U.S.

TwoCents 2019-01-24 02:27:15
seeing as how my dispute started BEFORE you changed the rules, I insist you honor the terms of our agreement that were inforce at the time.
Forge of Empires - Customer Support 2019-01-24 02:30:35

Hello TwoCents,

Simply because you were directed to the wiki which had the International rules posted on them, that requires our apology to you, nothing more. The rules for the U.S. Forge of Empires has not changed since 2015 and are posted on the browser game itself which you play daily and on our forum.

Enjoy the game.

With regards,

Panacea
Community Manager
Forge of Empires, U.S.


TwoCents 2019-01-24 02:32:52
Actually what it does is create a mutually binding written contract between us based upon what the "rules" of this game are. We are both required to follow them. Aren't we?
Forge of Empires - Customer Support 2019-01-24 02:38:55
Hello TwoCents,

The rules for the U.S. Forge of Empires have not changed since 2015 and are posted on the browser game itself and on our forum.

With regards,

Panacea
Community Manager
Forge of Empires, U.S.


TwoCents 2019-01-24 02:42:51
Well, I hate to point out that you are in breech of the contract you created. You DID just change your rules as you so pointedly noted. The rules in effect before the change clearly stated that you ARE NOT the final arbiter of rule disputes, so I'd like to speak with the person who is. You are required to uphold the contract or it becomes null and void (and thus any punishment I've received for breaking said contract would be an illegal denial of service).
TwoCents 2019-01-24 02:48:46
Speaking of, may I please have a copy of the game rules that were in effect when I actually started my account and agreed to our contract? I think that was 2011...
Forge of Empires - Customer Support 2019-01-24 02:54:33
Hello TwoCents,

When the rules changed you were notified and given a period of time to either agree to the new rules and play or to no longer play the game. You elected to agree to the new rules and continue to play. Therefore, the "old" rules are null and void to use your wording.

Again, you abide by the Forge of Empire rules for the version you are playing. I am the Community Manager of the U.S. server and an InnoGames employee. As such, all aspects of the game, rules, players, and moderators are my responsibility. As the Game Rules state:
The Community Management of the US version of Forge of Empires are the final arbiters of any rules dispute. Their interpretation of these rules is final.


With regards,

Panacea
Community Manager
Forge of Empires, U.S.


TwoCents 2019-01-24 02:55:39
Actually, I wasn't. At no time was I notified of any rule changes.
TwoCents 2019-01-24 02:56:47
So if you would please be so kind as to give me a copy of the 2011 rules, which are in effect for me since you failed in your obligation to notify me of any changes.
Forge of Empires - Customer Support 2019-01-24 02:59:51
Hello TwoCents,

Every player was notified of the changes ingame. There was an ingame announcement on Sept 1, 2015:
We have updated the game...
We have updated the game rules. You can find the detailed description of the changes on the community forum (please click the arrow to read it). Yours, Forge of Empires Team

Enjoy the game.

With regards,

Panacea
Community Manager
Forge of Empires, U.S.


TwoCents 2019-01-24 03:01:07
I didn't get that message because I wasn't playing in 2015
TwoCents 2019-01-24 03:01:55
I didn't come back until 2016, and there was no such announcement in my game.
Forge of Empires - Customer Support 2019-01-24 03:04:56
Hello TwoCents,

It would still be in your messages until you read it. Even if you "came back in 2016" the "new" rules would have been on the front page of your Welcome page for your review at any time. It is the player's responsibility to be familiar with the rules.

Enjoy the game.

With regards,

Panacea
Community Manager
Forge of Empires, U.S.

TwoCents 2019-01-24 03:08:09
The message system deletes messages older than 6 months. There was no message regarding rule changes in my inbox or anywhere else. You failed to notify me of rule changes, so theold rules are still in effect.
TwoCents 2019-01-24 03:10:35
Exactly where did I sign or agree to the term "it is the player's responsibility to be aware of rule changes." I don't recall signing that...
Forge of Empires - Customer Support 2019-01-24 03:15:49
Hello TwoCents,

No one is required to "sign that". I never said ""it is the player's responsibility to be aware of rule changes." I said "It is the player's responsibility to be familiar with the rules. "

Every game has rules. It is the player's responsibility to know and abide by the rules. Every day. The posted rules from 2015 would have been in effect whenever you 'returned' to the game. The "old rules" were not.

Enjoy the game.

With regards,

Panacea
Community Manager
Forge of Empires, U.S.

TwoCents 2019-01-24 03:18:23
Well how was I to know there were "posted rules" or that these posted rules had changed... Not all games post rules, so it's false to say I should've assumed they were there and gone looking for them.
TwoCents 2019-01-24 03:19:49
you are required to notify me of rule changes based upon our contract. You didn't, therefore you cannot hold me to the stipulations in the new rules.
Forge of Empires - Customer Support 2019-02-02 23:45:06
Hello TwoCents,

All players were notified of rule changes. You state you weren't playing the game at the time but that does not relieve you of the obligation to know and follow the game rules. You agree to the Terms and Conditions by playing the game.

Exhibit 10 – Forge of Empires Support Tickets: TwoCents Submitted by Plaintiff Penny Quinteros
Case: 19-CV-1402 RSM - 1308

Enjoy the game.

With regards,

Panacea
Community Manager
Forge of Empires, U.S.

TwoCents 2019-02-02 23:49:56
I disagree, your terms and conditions specifically state that you must notify me of rule changes. You are equally obliged to follow your contract as I am.
Forge of Empires - Customer Support 2019-02-02 23:54:47
Hello TwoCents,

We did inform all players of the rules via ingame notification and on the forum. You have continued to play the game even after being informed of the rules. As per the Terms and Conditions, if you did not/do not wish to play by the game rules, you can notify the game in writing and close your account.

We certainly hope you reconsider and continue to play and enjoy the game.

With regards,

Panacea
Community Manager
Forge of Empires, U.S.

TwoCents 2019-02-02 23:57:12
Actually, you didn't. You missed me. If you look at my gaming log you can verify that is correct. I still haven't been properly informed of the changes to your game rules. Exactly what changes were made? Where is the copy of the old rules that I can compare them to?
And you can refund me the $9,000 I spent on a service made under false pretenses (assuming I were to close my account).
Forge of Empires - Customer Support 2019-02-03 00:02:54
Hello TwoCents,

Again, as in numerous times past, here are the Game Rules:
https://us0.forgeofempires.com/page/the_game/rules/
Rules
1. One account per player
Each player may have only one account per world. Each account may have only one user and may not be logged into or played by any other player.
Sharing your password with another person is forbidden.
Knowing, storing, or asking passwords for other players' accounts is forbidden. If another player sends you their password, you must always report them.

Examples:

It is allowed for two or more players to use the same computer and/or internet connection, provided each player only controls the actions of his/her assigned account (please contact support to make them aware).

It is forbidden to create multiple accounts on a single world for any reason.

It is allowed to use the same account to play on multiple worlds.

It is allowed to use multiple accounts to play Forge of Empires but never on the same world.

You may not access (or have access to) any account that does not belong to you, on any world.

It is forbidden to play for another player if they are temporarily away, or for any other reason.

It is forbidden to force entry into an account or attempt to trick another player into giving you their login information.

It is forbidden to ask another player for their login information.

2. Sharing a device and/or internet connection

It is allowed for two or more players to use the same computer and/or internet connection, provided each player only controls the actions of his/her account (please contact Support to make them aware).

Examples:

It is allowed for you and your brother to each have your own account on Forge of Empires provided that you both only have access to your own account.

It is allowed to login at your work or school provided that only you have access to your account.

3. Communication

InnoGames does not accept any publications that the Forge of Empires Team considers illegal, insulting, offensive, threatening, abusive, real-life-aggressive, sexually explicit, pornographic (including, but not limited to drawings and animations), profanity, politically extreme, religiously fanatic, endangering youth, racist, playing down the use of illegal drugs or alcohol, or promoting the use of said substances or in any way inappropriate. Posting links to such content is also not allowed.

Spamming other players with in-game mails or chat messages is abusive and will not be tolerated.

It is against the rules to impersonate any staff member or suggest acquaintances with them in order to force any kind of behavior.

Examples:

It is forbidden to use inappropriate names,

It is forbidden to advertise competitors' games, post inappropriate content or links to such, post links to moneymaking sites or links to competitors' games.

It is allowed to refer to a player as a noob or to criticize their way of playing using appropriate language.

Threats are only allowed when they relate to the game and not real life. For example, saying that you will attack someone with your units if he does not give you Forge Points is allowed.

However, it is not allowed to say that you will find someone and beat him up if he does not give you Forge Points.

Using only capital letters, or spamming the same message repeatedly in the chat room is not permitted as it is poor chat etiquette.

We ask players to not use account names that include whole e-mail addresses, full names or telephone numbers, for player safety and safety of personal data.

Encouraging other players to break rules is forbidden.

4. Language

This Forge of Empires server is an English game. The use of other languages in the game is forbidden. This means all communication and all publications must be in English.

A short phrase or a universally known saying in another language is permitted, provided that this is translated to English either directly following or preceding it. It is not necessary to translate proper names.

Support requests must also be created in understandable English, otherwise an answer might be not be given.

5. Transfer of accounts and Diamonds

It is not allowed to play accounts for commercial purposes. It is not allowed to sell, buy, trade or offer accounts in exchange for Diamonds or any other benefit.

It is not allowed to exchange in-game items (e.g. goods, Forge Points etc.) for Diamonds or outside benefits (such as money, vouchers etc.).

An account can be transferred for free to another person. A prior express approval from the Support team must be given. An account may only be transferred once.

Diamonds may only be used by the account that bought them. Transferring Diamonds to another account is not possible.

6. Bots and scripts

It is strictly forbidden to use bots or scripts.

Examples:

It is strictly forbidden to use bots or scripts that automatically collect your resources.

It is not allowed to use click-bots or scripts that minimize your manual clicks.

You may not use programs that mimic premium features or provide an unfair advantage.

7. Bugs

Each player is required to report serious errors immediately to the Forge of Empires Team. A player is not allowed to knowingly take advantage of bugs.

If you notice that a player is abusing a bug in the game you must report him.

If you notice a spelling error or typo, you are not obligated to report it, however you are encouraged to do so for the improvement of the game

8. Pushing

Operating a push account or knowingly benefiting from it is forbidden. A push account is an account that is mainly used to help another account while neglecting other parts of the game. This means that it is not allowed to use an account solely for the purpose of helping another account grow, or to knowingly receive benefits or any kind of support from such account.

Trades in any form (goods, Forge Points, etc.) that involve multiple worlds are forbidden.

9. Miscellaneous

Please treat other Forge of Empires Community members with respect. Following the rules helps to create a fun and fair environment for everyone.

The Community Management of the US version of Forge of Empires are the final arbiters of any rules dispute. Their interpretation of these rules is final.

Forge of Empires Team reserves the right to exclude anyone from the game. Bans can be appealed via the Support System.

Please be aware that in-game items can be removed from an account as a punishment, and that Diamonds aren't refunded to players who are banned for breaking our rules.

If you believe someone is breaking the rules, you can contact the Support Team.

Knowingly benefiting from another player breaking the rules is prohibited. If you think you have

benefited from a breach of rules, you must report this.

It is not allowed to mistreat the Support Team or abuse the Support system.

These rules can be adapted to different cases in the interests of maintaining fair play within the game.

10. Account deletion

Game accounts may be deleted after 30 days of inactivity. Please note that any Diamonds left on the account will remain on the master account and will not be deleted, unless a complete account deletion has been requested.

Rules Revised: 01.09.2015


You are only entitled to any purchase made within the past 14 days. Do I need to ask our Payment Team to begin refunds for that time period?

With regards,

Panacea
Community Manager
Forge of Empires, U.S.


TwoCents 2019-02-03 00:03:08

In the State of Washington, I'm actually allowed to ask for triple damages under the law for your violations, so you can pay me back $27,000 (assuming I were to close my account due to your breach of contract).

TwoCents 2019-02-03 00:05:15

unfair and deceptive trade practices. Your "clickwrap" agreement doesn't protect you against gross negligence. I'm allowed to ask for whatever is reasonable under the law.

Forge of Empires - Customer Support 2019-02-03 00:07:05

Hello TwoCents,

Please be aware that the Forge of Empires support team is in no way shape or form, responsible for legal issues. Please inform your lawyer to contact our legal department in Hamburg, Germany. Our address data is as follows:

InnoGames GmbH
Friesenstraße 13
20097 Hamburg
Germany


With regards,

Panacea
Community Manager
Forge of Empires, U.S.


TwoCents 2019-02-03 00:08:29

Which is exactly why I haven't appealed my "permanent chat muffle"... I'm leaving it up to my lawyer to handle :D
TwoCents 2019-02-03 00:11:24
Which is exactly why I haven't appealed my "permanent chat muffle"... I'm leaving it up to my lawyer to handle :D
TwoCents 2019-02-12 17:05:27
Which is exactly why I haven't appealed my "permanent chat muffle"... I'm leaving it up to my lawyer to handle :D
TwoCents 2019-02-12 21:00:37
Which is exactly why I haven't appealed my "permanent chat muffle"... I'm leaving it up to my lawyer to handle :D
Forge of Empires - Customer Support 2019-02-12 21:12:39
Hello TwoCents,

Thank you for bringing this matter to our attention, we appreciate all players that help the Forge team to keep our game running without rule breakers. I will investigate and take the appropriate action(s) if I find rule breaking.

If this conversation is taking place in chat, please take two steps-
1. Press your right button on your mouse and 'Report' the player. This takes a screenshot of the conversation and reports it directly to a group of moderators who handle these promptly.
2. Right click and press'ignore'. This will take him from your chat screen.

If this conversation is taking place via the messaging system, due to our Privacy Rules we can not look in your Messages.
1. Please left click on the player's name. This will bring up a menu that has 'Report'. Press the 'Report' button. It brings up a window for your report. This will capture the message and send it directly to the moderators.

This ticket is now concluded.

With regards,

Panacea
Community Manager
Forge of Empires, U.S.


IF YOU'RE GOING TO HAVE A RULE IT NEEDS TO APPLY TO EVERYONE. IF MY TYPING IN GLOBAL CHAT IS SPAMMING THEN SO IS HIS!
Forge of Empires - Customer Support 2019-02-12 21:58:46
Hello TwoCents,

Thank you for bringing this matter to our attention, we appreciate all players that help the Forge team to keep our game running without rule breakers. I will investigate and take the appropriate action(s) if I find rule breaking.

If this conversation is taking place in chat, please take two steps-
1. Press your right button on your mouse and 'Report' the player. This takes a screenshot of the conversation and reports it directly to a group of moderators who handle these promptly.
2. Right click and press'ignore'. This will take him from your chat screen.

If this conversation is taking place via the messaging system, due to our Privacy Rules we can not look in your Messages.
1. Please left click on the player's name. This will bring up a menu that has 'Report'. Press the 'Report' button. It brings up a window for your report. This will capture the message and send it directly to the moderators.

This ticket is now concluded.

With regards,

Panacea
Community Manager
Forge of Empires, U.S.

IF YOU'RE GOING TO HAVE A RULE IT NEEDS TO APPLY TO EVERYONE!
Forge of Empires - Customer Support 2019-02-12 22:27:48
New Hello TwoCents,

Thank you for bringing this matter to our attention, we appreciate all players that help the Forge team to keep our game running without rule breakers. I will investigate and take the appropriate action(s) if I find rule breaking.

If this conversation is taking place in chat, please take two steps-
1. Press your right button on your mouse and 'Report' the player. This takes a screenshot of the conversation and reports it directly to a group of moderators who handle these promptly.
2. Right click and press'ignore'. This will take him from your chat screen.

If this conversation is taking place via the messaging system, due to our Privacy Rules we can not look in your Messages.
1. Please left click on the player's name. This will bring up a menu that has 'Report'. Press the 'Report' button. It brings up a window for your report. This will capture the message and send it directly to the moderators.

This ticket is now concluded.

With regards,

Panacea
Community Manager
Forge of Empires, U.S.

Forge of Empires - Customer Support 2019-02-12 23:05:58
New Hello TwoCents,

This ticket is now concluded.

With regards,

Panacea
Community Manager
Forge of Empires, U.S.

IF YOU'RE GOING TO HAVE A RULE IT NEEDS TO APPLY TO EVERYONE. IF MY TYPING IN GLOBAL CHAT IS SPAMMING THEN SO IS HIS!

---

This ticket has been closed and can no longer be replied to.

**Attachments**

**This ticket currently has no attachments.**

# View ticket

# The Chat-Ban slows down my system 1.4

**You 2019-02-13 03:22:10**

The Chat-Ban slows down my system 1.3
TwoCents 2019-02-12 21:50:37
The Chat-Ban slows down my system 1.2
TwoCents 2019-02-12 21:27:41
The Chat-Ban slows down my system
TwoCents 2019-01-15 23:13:00
As previously stated chat-bans slow down a person's connection to forge of empires, creating difficulty in performing GvG related activities.
Forge of Empires - Customer Support 2019-01-16 09:55:39
Hello TwoCents,

While I understand that this may make GVG more difficult for you, that is something you should have considered while we repeatedly asked you to quit insulting and spamming your fellow players on chat. The chat mute will stay in place.

With regards,

Exhibit 10 – Forge of Empires Support Tickets: TwoCents Submitted by Plaintiff Penny Quinteros
Case: 19-CV-1402 RSM - 1315

Panacea
Community Manager
Forge of Empires, U.S.

TwoCents 2019-01-16 11:15:55
Considering I didn't insult or spam anyone, I think you're mistaken. If you thought I needed to correct my behavior then it would've been appropriate for you to tell me what exactly I said that was wrong and allowed me the chance to air my disagreement. Instead you went with "you insulted fellow players" to which I just had to guess what you meant... something I'm not gonna do. By not answering and "toying" with me in such a way, you failed to give me the opportunity to correct my behavior. If however this is from criticizing blacklisted's goods practices (my guess). I told you I wasn't going to follow "special" rules just for me. You fail to penalize any of the 50 players I had repeating the same thing in other worlds... If you spent close to 9k on a service, you'd expect to be treated fairly too...
Forge of Empires - Customer Support 2019-01-24 01:46:33
Hello TwoCents,

We do treat you, and all our players, fairly in the sense that all are expected to abide by the game rules and that any player who violates a game rule is subject to appropriate action related to that rule. You state you did not insult or spam anyone. We disagree. We provided you with a number of examples of your statements from global chat. These weren't "special rules", these were simply game rules you did not follow. We appreciate you as a player and hope that you enjoy the game.

With regards,

Panacea
Community Manager
Forge of Empires, U.S.

TwoCents 2019-01-24 01:59:35
Will someone not fire you already? You have a defecit in your reasoning skills. The rules themselves are unfair because you apply them differently. I've shown you a thousand examples and you still maintain the old tired line... "it's fair because you broke ghe rules"
Forge of Empires - Customer Support 2019-01-24 02:02:43
Hello TwoCents,

I am sorry you wish to have me fired. I thought we had a nice relationship after all our discussions. We do not apply them differently although you have gone to great lengths to tell me that we are biased, sexist and misogynistic in our application of the game rules. However, you violated the game rules and will have to abide by the actions imposed.

Enjoy the game.

With regards,

Panacea
Community Manager
Forge of Empires, U.S.

TwoCents 2019-01-24 02:03:56
Have you any formal training on political or legal or systematic rule systems?
Forge of Empires - Customer Support 2019-01-24 02:07:20
Hello TwoCents,

I will not be giving you any personal information. Do you have any game specific questions today?

With regards,

Panacea
Community Manager
Forge of Empires, U.S.

TwoCents 2019-01-24 02:08:37
This IS a game-specfic question... what qualifications do you have to decide if your system is fairly structured and arbitrated?
Forge of Empires - Customer Support 2019-01-24 02:09:20
Hello TwoCents,

I will not be giving you any personal information. Do you have any game specific questions today?

With regards,

Panacea
Community Manager
Forge of Empires, U.S.

TwoCents 2019-01-24 02:09:52
This IS a game-specfic question... what qualifications do you have to decide if your system is fairly structured and arbitrated?
Forge of Empires - Customer Support 2019-01-24 02:10:56
Hello TwoCents,

I will not be giving you any personal information. Enjoy the game.

With regards,

Panacea
Community Manager
Forge of Empires, U.S.

TwoCents 2019-01-24 02:13:51
So you think that your system is fair? What if I could establish for you that it's not... because unlike you, I have studied it... what would you do about it?
Forge of Empires - Customer Support 2019-01-24 02:17:24
Hello TwoCents,

It certainly depends. If you had a valid argument, I'm sure that the game developers would take your argument under advisement. They may/may not make changes in future adaptation of the rules which are normally reviewed and revised when needed. The last rules revisions were 01-09-2015.

And you have no idea if I have or have not studied "it" as I have not provided you personal information.

Enjoy the game.

With regards,

Panacea
Community Manager
Forge of Empires, U.S.

TwoCents 2019-01-24 02:27:52
I can tell based upon your blatent ignorance.
TwoCents 2019-01-24 02:31:35
Your argument is, that the rules apply equally to all people, correct? Anyone who breaks the rules can be sanctioned and it doesn't matter if other people also breaking the rules do not get sanctioned. Is that a fair summary of your position?
Forge of Empires - Customer Support 2019-01-24 02:38:10
Hello TwoCents,

I am not going to argue semantics at this point. I have repeatedly stated that all players are held to the rules of the game and are expected to abide by these rules. Any player who violates the rules is open to appropriate action.

Enjoy the game.

With regards,

Panacea
Community Manager
Forge of Empires, U.S.

TwoCents 2019-01-24 02:39:24
You said if I could prove to you that your rules are unfair you would notify the game developers

no? Now it's "semantics?"
Forge of Empires - Customer Support 2019-01-24 02:51:18
Hello TwoCents,

If you wish to "prove" the rules are unfair, please feel free to do so. Thank you.

With regards,

Panacea
Community Manager
Forge of Empires, U.S.


TwoCents 2019-01-24 02:54:55
Alright, then please provide an explanation for why the rules are "fair" as-is?
Forge of Empires - Customer Support 2019-01-24 02:56:33
Hello TwoCents,

That is not something we have to do. You are the one who says they are not. If you wish to "prove" the rules are unfair, please feel free to do so. Thank you.

With regards,

Panacea
Community Manager
Forge of Empires, U.S.


TwoCents 2019-01-24 02:58:35
Alright, they are unfair because they result in a disparity of outcomes. They are Jim-Crow laws. They appear fair on their surface, but disproportionately apply only to the people reported and not to all people who break the rules.
TwoCents 2019-01-24 03:00:32
That is 100% proof that they are unfair. You claim they apply to everyone equally, but in processing them you only apply them to the group of individuals reported.
Forge of Empires - Customer Support 2019-01-24 03:01:25
Hello TwoCents,

Thank you for your assessment. I will be happy to forward this assessment to the Community and to the game developers. Enjoy the game.

With regards,

Panacea
Community Manager
Forge of Empires, U.S.


TwoCents 2019-01-24 03:02:56

Exhibit 10 – Forge of Empires Support Tickets: TwoCents Submitted by Plaintiff Penny Quinteros
Case: 19-CV-1402 RSM - 1319

So, your rules are unfair, please remove the sanctions you've applied to my account by enforcement of these unfair rules.
Forge of Empires - Customer Support 2019-01-24 03:07:24
Hello TwoCents,

No. Just because you believe there to be unfairness in the rules does not mean any unfairness exists. I am trying to be fair in presenting your viewpoint to your fellow players and the game developers but if you prefer me to just say "They are fair" and make a decision, then I am agreeable to that as well.

With regards,

Panacea
Community Manager
Forge of Empires, U.S.


TwoCents 2019-01-24 03:09:18
Well considering I just proved they are unfair, I doubt you can claim fairness unless you're psychotic and can't understand logic.
Forge of Empires - Customer Support 2019-01-24 03:13:06
Hello TwoCents,

Saying "Alright, they are unfair because they result in a disparity of outcomes. They are Jim-Crow laws. They appear fair on their surface, but disproportionately apply only to the people reported and not to all people who break the rules." is not proof. That is a statement of opinion. Should you wish to prove this opinion, we are certainly open to hearing your proof.

With regards,

Panacea
Community Manager
Forge of Empires, U.S.


TwoCents 2019-01-24 03:13:43
You claim your rules apply to everyone equally and that makes them fair. They don't. They only apply to the subset of individuals who have been identified/reported to you. It is a logical fallacy to say that the rules apply to everyone. They are, by logical deduction UNFAIR.
TwoCents 2019-01-24 03:15:31
I'll try to use littler words so you can understand it... logical deductions aren't opinions, they are facts deduced from other facts.
TwoCents 2019-01-24 03:26:29
Jeesh Panacea, what did you study in school? HomeEc? If I said: All things made of water are wet, the ocean is made of water, therefore the ocean is wet. Would you say "that's just an opinion." Or "I've never seen the ocean be wet".... You're supporting what is the foundation of your rule-system with anecdotes and fallacies....
TwoCents 2019-01-24 03:32:10

And fuck "my fellow players"... it isn't UP to my fellow players to decide if InnoGames has to follow the law or not... It's not even up to InnoGames to decide if they want to follow the law or not. They are required to do so if they want to provide a service in the United States of America.
Forge of Empires - Customer Support 2019-02-02 23:52:32
Hello TwoCents,

Again, I must ask you to remain civil when speaking with me or any other moderators here in Support.

While I agree that the majority of players receiving any type of action on their accounts fall into the "subset" of reported players, that is one way players who are violating the rules are identified. However, it is not the only means of identification. All players who play the game abide by the same game rules. Any player who violates the game rules are subject to some type of action to their account.

Abide by the rules and enjoy the game.

With regards,

Panacea
Community Manager
Forge of Empires, U.S.

TwoCents 2019-02-02 23:55:33
you asking me to modify my language when speaking to a person in a power position is a form of gender discrimination. Please refrain from forcing me to speak to you in a specific way.

You have a very short memory. Your moderators have told me on numerous occasions that the ONLY way they can take action against a player is if they are reported.
Forge of Empires - Customer Support 2019-02-03 00:00:38
Hello TwoCents,

All moderators may not be aware of all of the ways players may be identified when a rule is violated. Different levels of moderators are trained on different aspects of the player accounts.

No one has asked you to modify your language other than to say that foul language will not be tolerated in Support any more than it is in the game.

With regards,

Panacea
Community Manager
Forge of Empires, U.S.

TwoCents 2019-02-03 00:01:33
So what you're saying is that you subject me to the interpretation of your rules by moderators

who aren't adequately trained?
Forge of Empires - Customer Support 2019-02-03 00:06:02
Hello TwoCents,

Absolutely not. I am saying that some aspects of identifying players who may be violating game rules are only handled by my level of game moderator. I fail to see what is so difficulty about that concept.

I wouldn't want to hold up your game so I will let you get back to playing. Enjoy the game.

With regards,

Panacea
Community Manager
Forge of Empires, U.S.

TwoCents 2019-02-03 00:09:22
So what you're saying is that you leave interpretation of your game rules up to moderators who aren't adequately trained and who are providing me incorrect information.
Forge of Empires - Customer Support 2019-02-03 00:15:25
Hello TwoCents,

I know you are an intelligent person and I know you can read.This is a team, each with certain abilities and all with the same set of game rules applied. All are trained, all do their best to give you accurate information. I've read back through your nearly 600 tickets and no where do I see that a moderator informed you that the "only" method of detection of a player violating a game rules. I do see where they informed you that you must use the 'Report' feature to report a player violating a game rule within chat as that is the way we have of capturing the conversation for documentation. Those are two different things.

With regards,

Panacea
Community Manager
Forge of Empires, U.S.

TwoCents 2019-02-03 00:19:28
Yes Panacea, one does not get accepted into law school without knowing how to read. Have you checked your email to me when discussing my photo incident?
TwoCents 2019-02-03 00:21:19
Also, if I could please bring your attention to the first sentence of the following statement:

Forge of Empires - Customer Support2016-11-28 09:06:16
I apologize but we are not able to act on anything that is not reported through our report feature. We are not able to take action solely on the claim of one player without supporting documentation. This would be considered Hearsay. Please ask the other player who received the

message to report the message for you.

Respectfully,

Seriak
Co-Community Manager
U.S. Forge of Empires
Forge of Empires - Customer Support 2019-02-03 00:24:21
Hello TwoCents,

Seriak was referencing the fact you were informing of an incident involving our global chat feature. Any conversation occurring on Global Chat and that might possibly be in violation of our Game Rules must be reported using the 'Report' function. This captures the entire conversation for documentation that can be attached to the player's file.

With regards,

Panacea
Community Manager
Forge of Empires, U.S.

TwoCents 2019-02-03 00:25:26
Forge of Empires - Customer Support2016-11-29 10:07:56
We are not permitted to view any messages or chat that have not been reported to us through the report feature due to privacy laws. I apologize for any inconvenience.

Respectfully,

Seriak
Co-Community Manager
U.S. Forge of Empires
TwoCents 2019-02-03 00:26:06
He specifically said it was due to "privacy laws"... not due to my particular situation. You're a smart person and I know you know how to read if you try really hard.
Forge of Empires - Customer Support 2019-02-03 00:31:23
Hello TwoCents,

All players must use the 'Report' feature to report any conversation in Global Chat- not just your "particular situation". This captures the entire conversation for documentation that can be attached to the player's file.

Enjoy the game.

With regards,

Panacea

Exhibit 10 – Forge of Empires Support Tickets: TwoCents Submitted by Plaintiff Penny Quinteros
Case: 19-CV-1402 RSM - 1323

Community Manager
Forge of Empires, U.S.


TwoCents 2019-02-03 00:33:17
So what you're saying then is that only sections 3, 4 and 9 of your rules are unfair? i.e anything that deals with communication between players. i.e the very things I've only ever been accused of violating?
Forge of Empires - Customer Support 2019-02-03 00:36:00
Hello TwoCents,

I'm unsure as to why you view sections 3,04, and 9 to be unfair. All players are held to the same rules.

With regards,

Panacea
Community Manager
Forge of Empires, U.S.


TwoCents 2019-02-03 00:36:31
Well, that's not true, only the players are reported are held to these rules. Since you are not allowed to look at messages without them being reported.
TwoCents 2019-02-03 00:37:53
Let's imagine for a minute there was a police force that only investigated criminals who have been reported to them as violating the law.... people could murder each other wantonly and so long as they were "popular" (not reported) they could get away with it without repercussions. Would that SEEM very fair to you?
TwoCents 2019-02-03 00:41:05
Meanwhile the poor unpopular women who lived out in the woods would be getting burned at the stake because someone reported them as being witches... oh wait, that actually happened under a system of rules very similar to what you advocate as "fair."
TwoCents 2019-02-12 17:04:57
Meanwhile the poor unpopular women who lived out in the woods would be getting burned at the stake because someone reported them as being witches... oh wait, that actually happened under a system of rules very similar to what you advocate as "fair."
TwoCents 2019-02-12 21:01:22
Meanwhile the poor unpopular women who lived out in the woods would be getting burned at the stake because someone reported them as being witches... oh wait, that actually happened under a system of rules very similar to what you advocate as "fair."
Forge of Empires - Customer Support 2019-02-12 21:22:38
Hello TwoCents,

While I understand that this may make GVG more difficult for you, that is something you should have considered while we repeatedly asked you to quit insulting and spamming your fellow players on chat. The chat mute will stay in place.

This ticket is now concluded.

With regards,

Panacea
Community Manager
Forge of Empires, U.S.


-- While I understand that you CLAIM I did something wrong, empirically I did nothing wrong. Therefore I couldn't have prepared for your capricious maliciousness. You made up special rules just for me to follow, and you targeted me for harassment and denial of service.
Forge of Empires - Customer Support 2019-02-12 21:42:52
Hello TwoCents,

The chat mute will stay in place. This ticket is concluded.

With regards,

Panacea
Community Manager
Forge of Empires, U.S.

TwoCents 2019-02-12 21:43:35
I'm not asking for you to remove it. I'm waiting for my lawyer to sue you.
Forge of Empires - Customer Support 2019-02-12 21:44:24
Hello TwoCents,

Please be aware that the Forge of Empires support team is in no way shape or form, responsible for legal issues. Please inform your lawyer to contact our legal department in Hamburg, Germany. Our address data is as follows:
InnoGames GmbH
Friesenstraße 13
20097 Hamburg
Germany


With regards,

Panacea
Community Manager
Forge of Empires, U.S.

TwoCents 2019-02-12 21:44:25
It's better with it in place, so that the statue of limitations doesn't expire... so please... leave your illegal denial of service in place as LONG as you think you want to cunt.

Forge of Empires - Customer Support 2019-02-12 21:58:20
Hello TwoCents,

Please be aware that the Forge of Empires support team is in no way shape or form, responsible for legal issues. Please inform your lawyer to contact our legal department in Hamburg, Germany. Our address data is as follows:
InnoGames GmbH
Friesenstraße 13
20097 Hamburg
Germany

With regards,

Panacea
Community Manager
Forge of Empires, U.S.

-
-- While I understand that you CLAIM I did something wrong, empirically I did nothing wrong. Therefore I couldn't have prepared for your capricious maliciousness. You made up special rules just for me to follow, and you targeted me for harassment and denial of service.

This ticket has been closed and can no longer be replied to.

**Attachments**

**This ticket currently has no attachments.**

# View ticket

# DrowsyDragon - Ain't he got a pretty mouth pa! 1.3

**You 2019-02-13 03:27:36**

DrowsyDragon - Ain't he got a pretty mouth pa!
Reported players: DrowsyDragon

TwoCents 2019-01-24 13:45:20
I specifically was banned in June of 2017 for saying "Aint he got a pretty mouth pa".

Your moderator Sgt Bothari said that it was sexually explicit content. These are his exact words,

Exhibit 10 – Forge of Empires Support Tickets: TwoCents Submitted by Plaintiff Penny Quinteros
Case: 19-CV-1402 RSM - 1326

"A quote from a rape scene in "Deliverance" could not possibly have any other meaning."

However, for some reason, you're not banning someone else saying the exact same phrase:
"10:16: DrowsyDragon: he got a real purty mouth, ain't he?"

Could you please explain your hypocrisy to me?
Forge of Empires - Customer Support 2019-01-24 20:35:39
Hello TwoCents,

Thank you for bringing this matter to our attention, we appreciate all players that help the Forge team to keep our game running without rule breakers. I will investigate and take the appropriate action(s) if I find rule breaking.

If this conversation is taking place in chat, please take two steps-
1. Press your right button on your mouse and 'Report' the player. This takes a screenshot of the conversation and reports it directly to a group of moderators who handle these promptly.
2. Right click and press'ignore'. This will take him from your chat screen.

If this conversation is taking place via the messaging system, due to our Privacy Rules we can not look in your Messages.
1. Please left click on the player's name. This will bring up a menu that has 'Report'. Press the 'Report' button. It brings up a window for your report. This will capture the message and send it directly to the moderators.

No matter which, please do not engage this person in the future. Once reported using the REPORT feature, we will be able to act on the report. Thank you.

With regards,

Panacea
Community Manager
Forge of Empires, U.S.

TwoCents 2019-01-25 01:27:15
If you'll please reexamine my post, my question wasn't how to report someone, but how does InnoGames explain it's hypocrisy?
Forge of Empires - Customer Support 2019-01-25 02:19:59
Hello TwoCents,

How do you know any hypocrisy exists? I am unable to discuss the actions taken with another player. However, all players abide the same game rules. TwoCents, I will investigate and take the appropriate action(s) if I find rule breaking.

With regards,

Panacea

Community Manager
Forge of Empires, U.S.

TwoCents 2019-01-25 02:26:39
I know hypocrisy exists because I talk to other players...
Forge of Empires - Customer Support 2019-01-25 14:28:58
Hello TwoCents,

I suggest you let us handle this based on facts. Thank you for reporting.

With regards,

Panacea
Community Manager
Forge of Empires, U.S.

TwoCents 2019-01-25 15:17:18
I'm asking you for an explanation of your hypocrisy, not to "handle" anything. I want to know
why you ban me when you don't ban other people for the exact same thing. I've alleged it is
because of your gender-discrimination. Do you have an alternate explanation for your hypocrisy?
Or is my conclusion correct?
Forge of Empires - Customer Support 2019-01-25 16:05:24
Hello TwoCents,

You have no idea what is happening on the accounts of other players. I am unable to discuss the
actions taken with another player. However, all players abide the same game rules. TwoCents, I
will investigate and take the appropriate action(s) if I find rule breaking.

With regards,

Panacea
Community Manager
Forge of Empires, U.S.

TwoCents 2019-01-25 17:04:33
I'm no so much concerned about if PLAYERS abide by the same rules, but if the moderators and
yourself enforce them equally and fairly. I'd rather no players were subjected to your capricious
and arbitrary enforcement of vague rules.
TwoCents 2019-01-25 18:55:38
Could you please explain why she is now allowed to spam global chat with non-nonsensical
quotes for 30ish minutes when I can't send an actual message related to the game without it being
called "spamming"?
Forge of Empires - Customer Support 2019-01-25 22:59:26
Hello TwoCents,

You reported the player and the appropriate action(s) have been taken if the report has been

validated.

Enjoy the game.

With regards,

Panacea
Community Manager
Forge of Empires, U.S.

TwoCents 2019-01-26 00:51:01
lol... you're such a liar sometimes
TwoCents 2019-01-28 20:14:52
lol... you're such a liar sometimes
TwoCents 2019-02-07 23:22:51
lol... you're such a liar sometimes
TwoCents 2019-02-12 17:02:44
lol... you're such a liar sometimes
TwoCents 2019-02-12 21:02:14
lol... you're such a liar sometimes
Forge of Empires - Customer Support 2019-02-12 21:13:38
Hello TwoCents,

Thank you for bringing this matter to our attention, we appreciate all players that help the Forge team to keep our game running without rule breakers. I will investigate and take the appropriate action(s) if I find rule breaking.

If this conversation is taking place in chat, please take two steps-
1. Press your right button on your mouse and 'Report' the player. This takes a screenshot of the conversation and reports it directly to a group of moderators who handle these promptly.
2. Right click and press 'ignore'. This will take him from your chat screen.

If this conversation is taking place via the messaging system, due to our Privacy Rules we can not look in your Messages.
1. Please left click on the player's name. This will bring up a menu that has 'Report'. Press the 'Report' button. It brings up a window for your report. This will capture the message and send it directly to the moderators.

This ticket is now concluded.

With regards,

Panacea
Community Manager
Forge of Empires, U.S.

THE RULES APPLY TO EVERYONE OR NO ONE!
Forge of Empires - Customer Support 2019-02-12 21:57:53
New Hello TwoCents,

Thank you for bringing this matter to our attention, we appreciate all players that help the Forge team to keep our game running without rule breakers. I will investigate and take the appropriate action(s) if I find rule breaking.

If this conversation is taking place in chat, please take two steps-
1. Press your right button on your mouse and 'Report' the player. This takes a screenshot of the conversation and reports it directly to a group of moderators who handle these promptly.
2. Right click and press 'ignore'. This will take him from your chat screen.

If this conversation is taking place via the messaging system, due to our Privacy Rules we can not look in your Messages.
1. Please left click on the player's name. This will bring up a menu that has 'Report'. Press the 'Report' button. It brings up a window for your report. This will capture the message and send it directly to the moderators.

This ticket is now concluded.

With regards,

Panacea
Community Manager
Forge of Empires, U.S.

- THE RULES APPLY TO EVERYONE OR NO ONE!

---

This ticket has been closed and can no longer be replied to.

**Attachments**

**This ticket currently has no attachments.**

# View ticket

# DrowsyDragon - Ain't he got a pretty mouth pa! 1.4

**You 2019-02-13 03:43:32**

Exhibit 10 – Forge of Empires Support Tickets: TwoCents Submitted by Plaintiff Penny Quinteros
Case: 19-CV-1402 RSM - 1330

DrowsyDragon - Ain't he got a pretty mouth pa!
Reported players: DrowsyDragon

TwoCents 2019-01-24 13:45:20
I specifically was banned in June of 2017 for saying "Aint he got a pretty mouth pa".

Your moderator Sgt Bothari said that it was sexually explicit content. These are his exact words, "A quote from a rape scene in "Deliverance" could not possibly have any other meaning."

However, for some reason, you're not banning someone else saying the exact same phrase: "10:16: DrowsyDragon: he got a real purty mouth, ain't he?"

Could you please explain your hypocrisy to me?
Forge of Empires - Customer Support 2019-01-24 20:35:39
Hello TwoCents,

Thank you for bringing this matter to our attention, we appreciate all players that help the Forge team to keep our game running without rule breakers. I will investigate and take the appropriate action(s) if I find rule breaking.

If this conversation is taking place in chat, please take two steps-
1. Press your right button on your mouse and 'Report' the player. This takes a screenshot of the conversation and reports it directly to a group of moderators who handle these promptly.
2. Right click and press'ignore'. This will take him from your chat screen.

If this conversation is taking place via the messaging system, due to our Privacy Rules we can not look in your Messages.
1. Please left click on the player's name. This will bring up a menu that has 'Report'. Press the 'Report' button. It brings up a window for your report. This will capture the message and send it directly to the moderators.

No matter which, please do not engage this person in the future. Once reported using the REPORT feature, we will be able to act on the report. Thank you.

With regards,

Panacea
Community Manager
Forge of Empires, U.S.

TwoCents 2019-01-25 01:27:15
If you'll please reexamine my post, my question wasn't how to report someone, but how does InnoGames explain it's hypocrisy?
Forge of Empires - Customer Support 2019-01-25 02:19:59
Hello TwoCents,

How do you know any hypocrisy exists? I am unable to discuss the actions taken with another player. However, all players abide the same game rules. TwoCents, I will investigate and take the appropriate action(s) if I find rule breaking.

With regards,

Panacea
Community Manager
Forge of Empires, U.S.

TwoCents 2019-01-25 02:26:39
I know hypocrisy exists because I talk to other players...
Forge of Empires - Customer Support 2019-01-25 14:28:58
Hello TwoCents,

I suggest you let us handle this based on facts. Thank you for reporting.

With regards,

Panacea
Community Manager
Forge of Empires, U.S.

TwoCents 2019-01-25 15:17:18
I'm asking you for an explanation of your hypocrisy, not to "handle" anything. I want to know why you ban me when you don't ban other people for the exact same thing. I've alleged it is because of your gender-discrimination. Do you have an alternate explanation for your hypocrisy? Or is my conclusion correct?
Forge of Empires - Customer Support 2019-01-25 16:05:24
Hello TwoCents,

You have no idea what is happening on the accounts of other players. I am unable to discuss the actions taken with another player. However, all players abide the same game rules. TwoCents, I will investigate and take the appropriate action(s) if I find rule breaking.

With regards,

Panacea
Community Manager
Forge of Empires, U.S.

TwoCents 2019-01-25 17:04:33
I'm no so much concerned about if PLAYERS abide by the same rules, but if the moderators and yourself enforce them equally and fairly. I'd rather no players were subjected to your capricious and arbitrary enforcement of vague rules.
TwoCents 2019-01-25 18:55:38

Exhibit 10 – Forge of Empires Support Tickets: TwoCents Submitted by Plaintiff Penny Quinteros
Case: 19-CV-1402 RSM - 1332

Could you please explain why she is now allowed to spam global chat with non-nonsensical quotes for 30ish minutes when I can't send an actual message related to the game without it being called "spamming"?

Forge of Empires - Customer Support 2019-01-25 22:59:26
Hello TwoCents,

You reported the player and the appropriate action(s) have been taken if the report has been validated.

Enjoy the game.

With regards,

Panacea
Community Manager
Forge of Empires, U.S.

TwoCents 2019-01-26 00:51:01
lol... you're such a liar sometimes
TwoCents 2019-01-28 20:14:52
lol... you're such a liar sometimes
TwoCents 2019-02-07 23:22:51
lol... you're such a liar sometimes
TwoCents 2019-02-12 17:02:44
lol... you're such a liar sometimes
TwoCents 2019-02-12 21:02:14
lol... you're such a liar sometimes
Forge of Empires - Customer Support 2019-02-12 21:13:38
Hello TwoCents,

Thank you for bringing this matter to our attention, we appreciate all players that help the Forge team to keep our game running without rule breakers. I will investigate and take the appropriate action(s) if I find rule breaking.

If this conversation is taking place in chat, please take two steps-
1. Press your right button on your mouse and 'Report' the player. This takes a screenshot of the conversation and reports it directly to a group of moderators who handle these promptly.
2. Right click and press'ignore'. This will take him from your chat screen.

If this conversation is taking place via the messaging system, due to our Privacy Rules we can not look in your Messages.
1. Please left click on the player's name. This will bring up a menu that has 'Report'. Press the 'Report' button. It brings up a window for your report. This will capture the message and send it directly to the moderators.

This ticket is now concluded.

Exhibit 10 – Forge of Empires Support Tickets: TwoCents Submitted by Plaintiff Penny Quinteros
Case: 19-CV-1402 RSM - 1333

With regards,

Panacea
Community Manager
Forge of Empires, U.S.

THE RULES APPLY TO EVERYONE OR NO ONE!
Forge of Empires - Customer Support 2019-02-12 21:57:53
New Hello TwoCents,

Thank you for bringing this matter to our attention, we appreciate all players that help the Forge team to keep our game running without rule breakers. I will investigate and take the appropriate action(s) if I find rule breaking.

If this conversation is taking place in chat, please take two steps-
1. Press your right button on your mouse and 'Report' the player. This takes a screenshot of the conversation and reports it directly to a group of moderators who handle these promptly.
2. Right click and press'ignore'. This will take him from your chat screen.

If this conversation is taking place via the messaging system, due to our Privacy Rules we can not look in your Messages.
1. Please left click on the player's name. This will bring up a menu that has 'Report'. Press the 'Report' button. It brings up a window for your report. This will capture the message and send it directly to the moderators.

This ticket is now concluded.

With regards,

Panacea
Community Manager
Forge of Empires, U.S.

- THE RULES APPLY TO EVERYONE OR NO ONE!

---

This ticket has been closed and can no longer be replied to.

**Attachments**

**This ticket currently has no attachments.**

# View ticket

# The Chat-Ban slows down my system 1.5

**You 2019-02-13 03:49:48**

The Chat-Ban slows down my system 1.3
TwoCents 2019-02-12 21:50:37
The Chat-Ban slows down my system 1.2
TwoCents 2019-02-12 21:27:41
The Chat-Ban slows down my system
TwoCents 2019-01-15 23:13:00
As previously stated chat-bans slow down a person's connection to forge of empires, creating difficulty in performing GvG related activities.
Forge of Empires - Customer Support 2019-01-16 09:55:39
Hello TwoCents,

While I understand that this may make GVG more difficult for you, that is something you should have considered while we repeatedly asked you to quit insulting and spamming your fellow players on chat. The chat mute will stay in place.

With regards,

Panacea
Community Manager
Forge of Empires, U.S.

TwoCents 2019-01-16 11:15:55
Considering I didn't insult or spam anyone, I think you're mistaken. If you thought I needed to correct my behavior then it would've been appropriate for you to tell me what exactly I said that was wrong and allowed me the chance to air my disagreement. Instead you went with "you insulted fellow players" to which I just had to guess what you meant... something I'm not gonna do. By not answering and "toying" with me in such a way, you failed to give me the opportunity to correct my behavior. If however this is from criticizing blacklisted's goods practices (my guess). I told you I wasn't going to follow "special" rules just for me. You fail to penalize any of the 50 players I had repeating the same thing in other worlds... If you spent close to 9k on a service, you'd expect to be treated fairly too...
Forge of Empires - Customer Support 2019-01-24 01:46:33
Hello TwoCents,

We do treat you, and all our players, fairly in the sense that all are expected to abide by the game rules and that any player who violates a game rule is subject to appropriate action related to that rule. You state you did not insult or spam anyone. We disagree. We provided you with a number of examples of your statements from global chat. These weren't "special rules", these were simply game rules you did not follow. We appreciate you as a player and hope that you enjoy the game.

With regards,

Panacea
Community Manager
Forge of Empires, U.S.

TwoCents 2019-01-24 01:59:35
Will someone not fire you already? You have a defecit in your reasoning skills. The rules themselves are unfair because you apply them differently. I've shown you a thousand examples and you still maintain the old tired line... "it's fair because you broke ghe rules"
Forge of Empires - Customer Support 2019-01-24 02:02:43
Hello TwoCents,

I am sorry you wish to have me fired. I thought we had a nice relationship after all our discussions. We do not apply them differently although you have gone to great lengths to tell me that we are biased, sexist and misogynistic in our application of the game rules. However, you violated the game rules and will have to abide by the actions imposed.

Enjoy the game.

With regards,

Panacea
Community Manager
Forge of Empires, U.S.

TwoCents 2019-01-24 02:03:56
Have you any formal training on political or legal or systematic rule systems?
Forge of Empires - Customer Support 2019-01-24 02:07:20
Hello TwoCents,

I will not be giving you any personal information. Do you have any game specific questions today?

With regards,

Panacea
Community Manager
Forge of Empires, U.S.

TwoCents 2019-01-24 02:08:37
This IS a game-specfic question... what qualifications do you have to decide if your system is fairly structured and arbitrated?
Forge of Empires - Customer Support 2019-01-24 02:09:20
Hello TwoCents,

Exhibit 10 – Forge of Empires Support Tickets: TwoCents Submitted by Plaintiff Penny Quinteros
Case: 19-CV-1402 RSM - 1336

I will not be giving you any personal information. Do you have any game specific questions today?

With regards,

Panacea
Community Manager
Forge of Empires, U.S.

TwoCents 2019-01-24 02:09:52
This IS a game-specfic question... what qualifications do you have to decide if your system is fairly structured and arbitrated?
Forge of Empires - Customer Support 2019-01-24 02:10:56
Hello TwoCents,

I will not be giving you any personal information. Enjoy the game.

With regards,

Panacea
Community Manager
Forge of Empires, U.S.

TwoCents 2019-01-24 02:13:51
So you think that your system is fair? What if I could establish for you that it's not... because unlike you, I have studied it... what would you do about it?
Forge of Empires - Customer Support 2019-01-24 02:17:24
Hello TwoCents,

It certainly depends. If you had a valid argument, I'm sure that the game developers would take your argument under advisement. They may/may not make changes in future adaptation of the rules which are normally reviewed and revised when needed. The last rules revisions were 01-09-2015.

And you have no idea if I have or have not studied "it" as I have not provided you personal information.

Enjoy the game.

With regards,

Panacea
Community Manager
Forge of Empires, U.S.

TwoCents 2019-01-24 02:27:52

I can tell based upon your blatent ignorance.
TwoCents 2019-01-24 02:31:35
Your argument is, that the rules apply equally to all people, correct? Anyone who breaks the rules can be sanctioned and it doesn't matter if other people also breaking the rules do not get sanctioned. Is that a fair summary of your position?
Forge of Empires - Customer Support 2019-01-24 02:38:10
Hello TwoCents,

I am not going to argue semantics at this point. I have repeatedly stated that all players are held to the rules of the game and are expected to abide by these rules. Any player who violates the rules is open to appropriate action.

Enjoy the game.

With regards,

Panacea
Community Manager
Forge of Empires, U.S.

TwoCents 2019-01-24 02:39:24
You said if I could prove to you that your rules are unfair you would notify the game developers no? Now it's "semantics?"
Forge of Empires - Customer Support 2019-01-24 02:51:18
Hello TwoCents,

If you wish to "prove" the rules are unfair, please feel free to do so. Thank you.

With regards,

Panacea
Community Manager
Forge of Empires, U.S.

TwoCents 2019-01-24 02:54:55
Alright, then please provide an explanation for why the rules are "fair" as-is?
Forge of Empires - Customer Support 2019-01-24 02:56:33
Hello TwoCents,

That is not something we have to do. You are the one who says they are not. If you wish to "prove" the rules are unfair, please feel free to do so. Thank you.

With regards,

Panacea
Community Manager

Forge of Empires, U.S.

TwoCents 2019-01-24 02:58:35
Alright, they are unfair because they result in a disparity of outcomes. They are Jim-Crow laws. They appear fair on their surface, but disproportionately apply only to the people reported and not to all people who break the rules.
TwoCents 2019-01-24 03:00:32
That is 100% proof that they are unfair. You claim they apply to everyone equally, but in processing them you only apply them to the group of individuals reported.
Forge of Empires - Customer Support 2019-01-24 03:01:25
Hello TwoCents,

Thank you for your assessment. I will be happy to forward this assessment to the Community and to the game developers. Enjoy the game.

With regards,

Panacea
Community Manager
Forge of Empires, U.S.

TwoCents 2019-01-24 03:02:56
So, your rules are unfair, please remove the sanctions you've applied to my account by enforcement of these unfair rules.
Forge of Empires - Customer Support 2019-01-24 03:07:24
Hello TwoCents,

No. Just because you believe there to be unfairness in the rules does not mean any unfairness exists. I am trying to be fair in presenting your viewpoint to your fellow players and the game developers but if you prefer me to just say "They are fair" and make a decision, then I am agreeable to that as well.

With regards,

Panacea
Community Manager
Forge of Empires, U.S.

TwoCents 2019-01-24 03:09:18
Well considering I just proved they are unfair, I doubt you can claim fairness unless you're psychotic and can't understand logic.
Forge of Empires - Customer Support 2019-01-24 03:13:06
Hello TwoCents,

Saying "Alright, they are unfair because they result in a disparity of outcomes. They are Jim-Crow laws. They appear fair on their surface, but disproportionately apply only to the people

Exhibit 10 – Forge of Empires Support Tickets: TwoCents Submitted by Plaintiff Penny Quinteros
Case: 19-CV-1402 RSM - 1339

reported and not to all people who break the rules." is not proof. That is a statement of opinion. Should you wish to prove this opinion, we are certainly open to hearing your proof.

With regards,

Panacea
Community Manager
Forge of Empires, U.S.


TwoCents 2019-01-24 03:13:43
You claim your rules apply to everyone equally and that makes them fair. They don't. They only apply to the subset of individuals who have been identified/reported to you. It is a logical fallacy to say that the rules apply to everyone. They are, by logical deduction UNFAIR.
TwoCents 2019-01-24 03:15:31
I'll try to use littler words so you can understand it... logical deductions aren't opinions, they are facts deduced from other facts.
TwoCents 2019-01-24 03:26:29
Jeesh Panacea, what did you study in school? HomeEc? If I said: All things made of water are wet, the ocean is made of water, therefore the ocean is wet. Would you say "that's just an opinion." Or "I've never seen the ocean be wet".... You're supporting what is the foundation of your rule-system with anecdotes and fallacies....
TwoCents 2019-01-24 03:32:10
And fuck "my fellow players"... it isn't UP to my fellow players to decide if InnoGames has to follow the law or not... It's not even up to InnoGames to decide if they want to follow the law or not. They are required to do so if they want to provide a service in the United States of America.
Forge of Empires - Customer Support 2019-02-02 23:52:32
Hello TwoCents,

Again, I must ask you to remain civil when speaking with me or any other moderators here in Support.

While I agree that the majority of players receiving any type of action on their accounts fall into the "subset" of reported players, that is one way players who are violating the rules are identified. However, it is not the only means of identification. All players who play the game abide by the same game rules. Any player who violates the game rules are subject to some type of action to their account.

Abide by the rules and enjoy the game.

With regards,

Panacea
Community Manager
Forge of Empires, U.S.


TwoCents 2019-02-02 23:55:33

you asking me to modify my language when speaking to a person in a power position is a form of gender discrimination. Please refrain from forcing me to speak to you in a specific way.

You have a very short memory. Your moderators have told me on numerous occasions that the ONLY way they can take action against a player is if they are reported.
Forge of Empires - Customer Support 2019-02-03 00:00:38
Hello TwoCents,

All moderators may not be aware of all of the ways players may be identified when a rule is violated. Different levels of moderators are trained on different aspects of the player accounts.

No one has asked you to modify your language other than to say that foul language will not be tolerated in Support any more than it is in the game.

With regards,

Panacea
Community Manager
Forge of Empires, U.S.

TwoCents 2019-02-03 00:01:33
So what you're saying is that you subject me to the interpretation of your rules by moderators who aren't adequately trained?
Forge of Empires - Customer Support 2019-02-03 00:06:02
Hello TwoCents,

Absolutely not. I am saying that some aspects of identifying players who may be violating game rules are only handled by my level of game moderator. I fail to see what is so difficulty about that concept.

I wouldn't want to hold up your game so I will let you get back to playing. Enjoy the game.

With regards,

Panacea
Community Manager
Forge of Empires, U.S.

TwoCents 2019-02-03 00:09:22
So what you're saying is that you leave interpretation of your game rules up to moderators who aren't adequately trained and who are providing me incorrect information.
Forge of Empires - Customer Support 2019-02-03 00:15:25
Hello TwoCents,

I know you are an intelligent person and I know you can read.This is a team, each with certain abilities and all with the same set of game rules applied. All are trained, all do their best to give

you accurate information. I've read back through your nearly 600 tickets and no where do I see that a moderator informed you that the "only" method of detection of a player violating a game rules. I do see where they informed you that you must use the 'Report' feature to report a player violating a game rule within chat as that is the way we have of capturing the conversation for documentation. Those are two different things.

With regards,

Panacea
Community Manager
Forge of Empires, U.S.


TwoCents 2019-02-03 00:19:28
Yes Panacea, one does not get accepted into law school without knowing how to read. Have you checked your email to me when discussing my photo incident?
TwoCents 2019-02-03 00:21:19
Also, if I could please bring your attention to the first sentence of the following statement:

Forge of Empires - Customer Support2016-11-28 09:06:16
I apologize but we are not able to act on anything that is not reported through our report feature. We are not able to take action solely on the claim of one player without supporting documentation. This would be considered Hearsay. Please ask the other player who received the message to report the message for you.

Respectfully,

Seriak
Co-Community Manager
U.S. Forge of Empires
Forge of Empires - Customer Support 2019-02-03 00:24:21
Hello TwoCents,

Seriak was referencing the fact you were informing of an incident involving our global chat feature. Any conversation occurring on Global Chat and that might possibly be in violation of our Game Rules must be reported using the 'Report' function. This captures the entire conversation for documentation that can be attached to the player's file.

With regards,

Panacea
Community Manager
Forge of Empires, U.S.


TwoCents 2019-02-03 00:25:26
Forge of Empires - Customer Support2016-11-29 10:07:56
We are not permitted to view any messages or chat that have not been reported to us through the

report feature due to privacy laws. I apologize for any inconvenience.

Respectfully,

Seriak
Co-Community Manager
U.S. Forge of Empires
TwoCents 2019-02-03 00:26:06
He specifically said it was due to "privacy laws"... not due to my particular situation. You're a smart person and I know you know how to read if you try really hard.
Forge of Empires - Customer Support 2019-02-03 00:31:23
Hello TwoCents,

All players must use the 'Report' feature to report any conversation in Global Chat- not just your "particular situation". This captures the entire conversation for documentation that can be attached to the player's file.

Enjoy the game.

With regards,

Panacea
Community Manager
Forge of Empires, U.S.

TwoCents 2019-02-03 00:33:17
So what you're saying then is that only sections 3, 4 and 9 of your rules are unfair? i.e anything that deals with communication between players. i.e the very things I've only ever been accused of violating?
Forge of Empires - Customer Support 2019-02-03 00:36:00
Hello TwoCents,

I'm unsure as to why you view sections 3,04, and 9 to be unfair. All players are held to the same rules.

With regards,

Panacea
Community Manager
Forge of Empires, U.S.

TwoCents 2019-02-03 00:36:31
Well, that's not true, only the players are reported are held to these rules. Since you are not allowed to look at messages without them being reported.
TwoCents 2019-02-03 00:37:53
Let's imagine for a minute there was a police force that only investigated criminals who have

been reported to them as violating the law.... people could murder each other wantonly and so long as they were "popular" (not reported) they could get away with it without repercussions. Would that SEEM very fair to you?
TwoCents 2019-02-03 00:41:05
Meanwhile the poor unpopular women who lived out in the woods would be getting burned at the stake because someone reported them as being witches... oh wait, that actually happened under a system of rules very similar to what you advocate as "fair."
TwoCents 2019-02-12 17:04:57
Meanwhile the poor unpopular women who lived out in the woods would be getting burned at the stake because someone reported them as being witches... oh wait, that actually happened under a system of rules very similar to what you advocate as "fair."
TwoCents 2019-02-12 21:01:22
Meanwhile the poor unpopular women who lived out in the woods would be getting burned at the stake because someone reported them as being witches... oh wait, that actually happened under a system of rules very similar to what you advocate as "fair."
Forge of Empires - Customer Support 2019-02-12 21:22:38
Hello TwoCents,

While I understand that this may make GVG more difficult for you, that is something you should have considered while we repeatedly asked you to quit insulting and spamming your fellow players on chat. The chat mute will stay in place.

This ticket is now concluded.

With regards,

Panacea
Community Manager
Forge of Empires, U.S.


-- While I understand that you CLAIM I did something wrong, empirically I did nothing wrong. Therefore I couldn't have prepared for your capricious maliciousness. You made up special rules just for me to follow, and you targeted me for harassment and denial of service.
Forge of Empires - Customer Support 2019-02-12 21:42:52
Hello TwoCents,

The chat mute will stay in place. This ticket is concluded.

With regards,

Panacea
Community Manager
Forge of Empires, U.S.

TwoCents 2019-02-12 21:43:35

I'm not asking for you to remove it. I'm waiting for my lawyer to sue you.
Forge of Empires - Customer Support 2019-02-12 21:44:24
Hello TwoCents,

Please be aware that the Forge of Empires support team is in no way shape or form, responsible for legal issues. Please inform your lawyer to contact our legal department in Hamburg, Germany. Our address data is as follows:
InnoGames GmbH
Friesenstraße 13
20097 Hamburg
Germany


With regards,

Panacea
Community Manager
Forge of Empires, U.S.


TwoCents 2019-02-12 21:44:25
It's better with it in place, so that the statue of limitations doesn't expire... so please... leave your illegal denial of service in place as LONG as you think you want to cunt.
Forge of Empires - Customer Support 2019-02-12 21:58:20
Hello TwoCents,

Please be aware that the Forge of Empires support team is in no way shape or form, responsible for legal issues. Please inform your lawyer to contact our legal department in Hamburg, Germany. Our address data is as follows:
InnoGames GmbH
Friesenstraße 13
20097 Hamburg
Germany

With regards,

Panacea
Community Manager
Forge of Empires, U.S.


-
-- While I understand that you CLAIM I did something wrong, empirically I did nothing wrong. Therefore I couldn't have prepared for your capricious maliciousness. You made up special rules just for me to follow, and you targeted me for harassment and denial of service.

This ticket has been closed and can no longer be replied to.

Exhibit 10 – Forge of Empires Support Tickets: TwoCents Submitted by Plaintiff Penny Quinteros
Case: 19-CV-1402 RSM - 1345

**Attachments**

This ticket currently has no attachments.

# View ticket

# DrowsyDragon - Ain't he got a pretty mouth pa! 1.5

**You 2019-02-13 04:06:58**

DrowsyDragon - Ain't he got a pretty mouth pa!
Reported players: DrowsyDragon

TwoCents 2019-01-24 13:45:20
I specifically was banned in June of 2017 for saying "Aint he got a pretty mouth pa".

Your moderator Sgt Bothari said that it was sexually explicit content. These are his exact words, "A quote from a rape scene in "Deliverance" could not possibly have any other meaning."

However, for some reason, you're not banning someone else saying the exact same phrase:
"10:16: DrowsyDragon: he got a real purty mouth, ain't he?"

Could you please explain your hypocrisy to me?
Forge of Empires - Customer Support 2019-01-24 20:35:39
Hello TwoCents,

Thank you for bringing this matter to our attention, we appreciate all players that help the Forge team to keep our game running without rule breakers. I will investigate and take the appropriate action(s) if I find rule breaking.

If this conversation is taking place in chat, please take two steps-
1. Press your right button on your mouse and 'Report' the player. This takes a screenshot of the conversation and reports it directly to a group of moderators who handle these promptly.
2. Right click and press'ignore'. This will take him from your chat screen.

If this conversation is taking place via the messaging system, due to our Privacy Rules we can not look in your Messages.
1. Please left click on the player's name. This will bring up a menu that has 'Report'. Press the 'Report' button. It brings up a window for your report. This will capture the message and send it directly to the moderators.

Exhibit 10 – Forge of Empires Support Tickets: TwoCents Submitted by Plaintiff Penny Quinteros
Case: 19-CV-1402 RSM - 1346

No matter which, please do not engage this person in the future. Once reported using the REPORT feature, we will be able to act on the report. Thank you.

With regards,

Panacea
Community Manager
Forge of Empires, U.S.

TwoCents 2019-01-25 01:27:15
If you'll please reexamine my post, my question wasn't how to report someone, but how does InnoGames explain it's hypocrisy?
Forge of Empires - Customer Support 2019-01-25 02:19:59
Hello TwoCents,

How do you know any hypocrisy exists? I am unable to discuss the actions taken with another player. However, all players abide the same game rules. TwoCents, I will investigate and take the appropriate action(s) if I find rule breaking.

With regards,

Panacea
Community Manager
Forge of Empires, U.S.

TwoCents 2019-01-25 02:26:39
I know hypocrisy exists because I talk to other players...
Forge of Empires - Customer Support 2019-01-25 14:28:58
Hello TwoCents,

I suggest you let us handle this based on facts. Thank you for reporting.

With regards,

Panacea
Community Manager
Forge of Empires, U.S.

TwoCents 2019-01-25 15:17:18
I'm asking you for an explanation of your hypocrisy, not to "handle" anything. I want to know why you ban me when you don't ban other people for the exact same thing. I've alleged it is because of your gender-discrimination. Do you have an alternate explanation for your hypocrisy? Or is my conclusion correct?
Forge of Empires - Customer Support 2019-01-25 16:05:24
Hello TwoCents,

You have no idea what is happening on the accounts of other players. I am unable to discuss the actions taken with another player. However, all players abide the same game rules. TwoCents, I will investigate and take the appropriate action(s) if I find rule breaking.

With regards,

Panacea
Community Manager
Forge of Empires, U.S.

TwoCents 2019-01-25 17:04:33
I'm no so much concerned about if PLAYERS abide by the same rules, but if the moderators and yourself enforce them equally and fairly. I'd rather no players were subjected to your capricious and arbitrary enforcement of vague rules.
TwoCents 2019-01-25 18:55:38
Could you please explain why she is now allowed to spam global chat with non-nonsensical quotes for 30ish minutes when I can't send an actual message related to the game without it being called "spamming"?
Forge of Empires - Customer Support 2019-01-25 22:59:26
Hello TwoCents,

You reported the player and the appropriate action(s) have been taken if the report has been validated.

Enjoy the game.

With regards,

Panacea
Community Manager
Forge of Empires, U.S.

TwoCents 2019-01-26 00:51:01
lol... you're such a liar sometimes
TwoCents 2019-01-28 20:14:52
lol... you're such a liar sometimes
TwoCents 2019-02-07 23:22:51
lol... you're such a liar sometimes
TwoCents 2019-02-12 17:02:44
lol... you're such a liar sometimes
TwoCents 2019-02-12 21:02:14
lol... you're such a liar sometimes
Forge of Empires - Customer Support 2019-02-12 21:13:38
Hello TwoCents,

Thank you for bringing this matter to our attention, we appreciate all players that help the Forge team to keep our game running without rule breakers. I will investigate and take the appropriate action(s) if I find rule breaking.

If this conversation is taking place in chat, please take two steps-
1. Press your right button on your mouse and 'Report' the player. This takes a screenshot of the conversation and reports it directly to a group of moderators who handle these promptly.
2. Right click and press'ignore'. This will take him from your chat screen.

If this conversation is taking place via the messaging system, due to our Privacy Rules we can not look in your Messages.
1. Please left click on the player's name. This will bring up a menu that has 'Report'. Press the 'Report' button. It brings up a window for your report. This will capture the message and send it directly to the moderators.

This ticket is now concluded.

With regards,

Panacea
Community Manager
Forge of Empires, U.S.

THE RULES APPLY TO EVERYONE OR NO ONE!
Forge of Empires - Customer Support 2019-02-12 21:57:53
New Hello TwoCents,

Thank you for bringing this matter to our attention, we appreciate all players that help the Forge team to keep our game running without rule breakers. I will investigate and take the appropriate action(s) if I find rule breaking.

If this conversation is taking place in chat, please take two steps-
1. Press your right button on your mouse and 'Report' the player. This takes a screenshot of the conversation and reports it directly to a group of moderators who handle these promptly.
2. Right click and press'ignore'. This will take him from your chat screen.

If this conversation is taking place via the messaging system, due to our Privacy Rules we can not look in your Messages.
1. Please left click on the player's name. This will bring up a menu that has 'Report'. Press the 'Report' button. It brings up a window for your report. This will capture the message and send it directly to the moderators.

This ticket is now concluded.

With regards,

Panacea
Community Manager
Forge of Empires, U.S.

- THE RULES APPLY TO EVERYONE OR NO ONE!

---

This ticket has been closed and can no longer be replied to.

**Attachments**

**This ticket currently has no attachments.**

# View ticket

# Report your Community Management

**You 2019-02-12 22:04:19**

See... there you go again disrespecting me. Didn't we talk about... if you want me to respect you, you'll have to respect me. Respect involves listening honestly and attentively to my concerns. It doesn't involve closing my tickets while giving me smarmy generic canned answers.

You do know that I think you are ACTUALLY discriminating against me right? Even though Forge of Empires is a game, the fact that your company allows ongoing sexual harassment is just disgusting and violating. You hold me to different standards than you hold other players, and you make up rules after the fact just so that you can say I violated something!!

YOU are a dirty filthy bitch. You fucking get down on your knees and suck the rancid dicks of other players. Or let them shove their fists up your anus because you don't have a single brain-cell left. Apparently there is quite seriously a thing as being "fucked stupid." You're living proof.

**Forge of Empires - Customer Support 2019-02-13 03:23:48**

Thanks for your ticket.

For clarity, I would like to explain a couple of things. We have, repeatedly, asked you not to curse or verbally abuse our team. You have patently ignored these requests, and I'm afraid that isn't acceptable by any standard.

InnoGames is a private entity, and whilst as a customer you have a right to service, you don't have a right to verbally abuse our team under any circumstances. This is our game, and as such, we are entitled to choose not to serve you in the instance you choose not to do as we've repeatedly requested. To draw a real world comparison, if you walked in to your local grocery

store and verbally abused staff, the management has the right to remove you from their premises.

It has become fairly apparent that this is untenable whilst you continue to feel your conduct is acceptable. However, in the interests of remaining fair, I will give you a final warning.

If you verbally abuse any member of this team again, via support or otherwise, we will remove your access to support, and impose sanctions on your game account.

Thanks.

Richard Stephenson
Community Manager

**You 2019-02-13 03:31:20**

I have not, once verbally abused any member of your team. On the other hand you have, repeatedly asked me to modify my mode of address to a form of power as a method of silencing my rights as a woman.
https://www.damemagazine.com/2018/08/06/policing-language-is-just-another-way-to-silence-women/

"... broader trend, one in which self-appointed authorities dictate to women how and when to speak, critiquing everything from swearing and word choice to political correctness, accent and volume, or the tastefulness of a joke. "

This is your final warning.

**You 2019-02-13 03:32:19**

"It's easy to ask for respectful discourse when you automatically expect respect," wrote Emma Byrne, author of the popular science book, Swearing Is Good for You. "Asking others not to voice their fury in the name of civility is just another way, conscious or not, of keeping the playing field tilted in your favor."

**You 2019-02-13 03:32:55**

This is a known feminist issue, and I won't allow you to continue your methods of silencing and harassing.

**You 2019-02-13 03:38:16**

Now, instead of focusing on the manner of my language, would you please focus on the substance of my argument?

**Forge of Empires - Customer Support 2019-02-13 03:56:52**

Exhibit 10 – Forge of Empires Support Tickets: TwoCents Submitted by Plaintiff Penny Quinteros
Case: 19-CV-1402 RSM - 1351

To be clear, this is not a case of discrimination. You have, repeatedly, verbally abused the team. To give you a specific instance, from this very ticket:

"YOU are a dirty filthy bitch. You fucking get down on your knees and suck the rancid dicks of other players. Or let them shove their fists up your anus because you don't have a single brain-cell left. Apparently there is quite seriously a thing as being "fucked stupid." You're living proof."

This is just one example of some extremely aggressive and unacceptable language you've displayed innumerable times.

So once again, I will ask you to acknowledge my warning, and cease your abuse of this team.

Kind regards,

Richard Stephenson
Community Manager

**You 2019-02-13 03:59:17**

To be clear this IS a case of discrimination, it's ALWAYS been a case of discrimination and the only time you actually RESPOND is when you want to police my language.

I don't find the above referenced quote to be unacceptable. given the circumstances, nor "extremely aggressive" whatever that means.

What I would like is for you to respond to me with some respect and then MAYBE you'll get some in return.

**Forge of Empires - Customer Support 2019-02-13 04:12:07**

I have at no point treated you with disrespect in any of our correspondence. Once again, this isn't discrimination. I appreciate you perceive it as such, doesn't make it true.

You leave me with a relatively open dilemma. You consider the language above to be acceptable, when clearly it is not. Moreover, it is for us to decide what we deem to be acceptable or not. If you will not accept that this conduct is beyond the pale, then I don't see how we can come to an acceptable middle ground here.

So once more, I need you to accept the warning I have given, and confirm you understand the conduct is not acceptable and will no longer be tolerated, whatsoever. If you refuse to even acknowledge there is an issue here with how you correspond with the team, then frankly you will leave me with no choice but to assume you have no intention of changing your ways.

The ball is in your court.

Kind regards,

Richard Stephenson
Community Manager

**You 2019-02-13 04:25:15**

Actually, I find that you've treated me with great disrespect. You maintain a smarmy attitude and false niceties, but that's not respect by any definition just falseness. You have treated me as if my statements were lies, based upon mental illness, or mistakes.

I try to treat with you honestly and you start off with false assumptions and baseless canned answers. If you want to RESPECT me, then LISTEN TO WHAT I AM WRITING TO YOU! THIS IS ABOUT DISCRIMINATION!

This is your final warning, please stop trying to silence me by asking me to modify or change my language to suit your power-structure.

**Forge of Empires - Customer Support 2019-02-13 04:27:57**

This is our game.

We decide what is or is not acceptable, not you.

If you will not accept my request, then I will remove your access to the support system. I will no longer risk subjecting this team to your abuse.

Kind regards,

Richard Stephenson
Community Manager

**You 2019-02-13 04:34:24**

I'm sorry, I'll have to pass your request on to my legal counsel before I can provide an answer to any "offers." Please allow 72 hours.

**Forge of Empires - Customer Support 2019-02-13 04:39:10**

For clarity, if you subject any individual to any kind of verbal abuse during this time, I will take the aforementioned actions against your account.

Kind regards,

Richard Stephenson
Community Manager

**You 2019-02-13 04:39:47**

For clarity, will you please respond to the substance of my tickets instead of my mode of address?

**You 2019-02-13 04:43:43**

I have dozens of outstanding tickets that need to be addressed and yet you have failed to address them, and instead focus on irrelevant issues such as if I said "please" and "thank you" and was a "good little girl minding my manners." Please start by addressing the substance of the ticket here.

**Forge of Empires - Customer Support 2019-02-13 04:49:44**

Once we have an agreement on how you conduct yourself with this team, then we can return to supporting you. Until this is resolved, however, no, we will not support you in any way.

At no point have I requested you say please and thank you, I have merely asked you to stop verbally attacking this team with a variety of wholly unacceptable language. How you choose to speak with people in your private life, in a private setting, is entirely to you. However, whilst you are in our game, you will abide by our requests. If you choose not to, you will no longer be in our game, and you will no longer be our customer.

I'm unsure if you don't understand, so please allow me to ensure that I'm clear. We aren't in a negotiation here. There are no offers, and no acceptable middle ground. You either accept my proposal, or I will permanently remove your access to support, and place sanctions on your account. There is no other acceptable outcome. Seek any legal counsel you wish, it won't change the result of this conversation, which is that you will agree to treat this team with respect, and you will stop verbally abusing them. Anything short of this is simply not going to happen.

Kind regards,

Richard Stephenson
Community Manager

**You 2019-02-13 04:57:11**

Well, I think you should start by creating a plan of how you're going to better respect me.

Please keep in mind dishonest or unfair trade practices, such as subjecting me to special rules is illegal in my jurisdiction and will result in triple damages of what I have paid for your services. That payment equals about $9,000. So you are opening your company up to a lawsuit of at LEAST $27,000.

**Forge of Empires - Customer Support 2019-02-13 05:12:45**

As has been covered in previous correspondence, if you would like to discuss specific legal issues, please have an International legal representative reach out to our legal team. I'm not going to discuss legalities with you, not now, not ever.

Again, this isn't an open debate where you get to request something from me, and I meet you in the middle. Its an ultimatum. You follow my request, or you will be excluded. So I again ask you to confirm you agree to these terms.

I will not be responding to any further back and forth with you, and I will instruct this team to close your tickets without response until we have your agreement. If you wish to take the time to speak to your legal rep, do so, but we will not support you in the meantime. You have been repeatedly been in gross violation of our most basic requests, and this directive from me is long overdue.

I look forward to hearing your agreement. Until then, I hope you have a great couple of days.

Kind regards,

Richard Stephenson
Community Manager

**You 2019-02-13 05:15:04**

well, I'll wait to hear from you on the matter of respecting me you stupid mother fucker.

**You 2019-02-13 05:16:03**

^^ still not verbal abuse since I haven't said anything.

**You 2019-02-13 05:16:54**

Richard, I'm trying to decide if I should talk to my lawyer or kill myself. Which do you think is the better option?

**You 2019-02-13 05:20:21**

Oh, by the way. I've never VERBALLY abused anyone at InnoGames. I've never SPOKEN to anyone at InnoGames. AND you asked me not to VERBALLY abuse anyone. Which I won't... you stupid piece of shit... Closing this ticket now and I'm not responding to anything more from you! Tata!

This ticket has been closed and can no longer be replied to.

## Attachments

Exhibit 10 – Forge of Empires Support Tickets: TwoCents Submitted by Plaintiff Penny Quinteros
Case: 19-CV-1402 RSM - 1355

**This ticket currently has no attachments.**

# View ticket

# DrowsyDragon - Ain't he got a pretty mouth pa! 1.6

**You 2019-02-13 05:22:03**

DrowsyDragon - Ain't he got a pretty mouth pa! 1.5
Reported players: DrowsyDragon

TwoCents 2019-02-13 04:06:58
New DrowsyDragon - Ain't he got a pretty mouth pa!
Reported players: DrowsyDragon

TwoCents 2019-01-24 13:45:20
I specifically was banned in June of 2017 for saying "Aint he got a pretty mouth pa".

Your moderator Sgt Bothari said that it was sexually explicit content. These are his exact words, "A quote from a rape scene in "Deliverance" could not possibly have any other meaning."

However, for some reason, you're not banning someone else saying the exact same phrase: "10:16: DrowsyDragon: he got a real purty mouth, ain't he?"

Could you please explain your hypocrisy to me?
Forge of Empires - Customer Support 2019-01-24 20:35:39
Hello TwoCents,

Thank you for bringing this matter to our attention, we appreciate all players that help the Forge team to keep our game running without rule breakers. I will investigate and take the appropriate action(s) if I find rule breaking.

If this conversation is taking place in chat, please take two steps-
1. Press your right button on your mouse and 'Report' the player. This takes a screenshot of the conversation and reports it directly to a group of moderators who handle these promptly.
2. Right click and press'ignore'. This will take him from your chat screen.

If this conversation is taking place via the messaging system, due to our Privacy Rules we can not look in your Messages.
1. Please left click on the player's name. This will bring up a menu that has 'Report'. Press the 'Report' button. It brings up a window for your report. This will capture the message and send it directly to the moderators.

Exhibit 10 – Forge of Empires Support Tickets: TwoCents Submitted by Plaintiff Penny Quinteros
Case: 19-CV-1402 RSM - 1356

No matter which, please do not engage this person in the future. Once reported using the REPORT feature, we will be able to act on the report. Thank you.

With regards,

Panacea
Community Manager
Forge of Empires, U.S.

TwoCents 2019-01-25 01:27:15
If you'll please reexamine my post, my question wasn't how to report someone, but how does InnoGames explain it's hypocrisy?
Forge of Empires - Customer Support 2019-01-25 02:19:59
Hello TwoCents,

How do you know any hypocrisy exists? I am unable to discuss the actions taken with another player. However, all players abide the same game rules. TwoCents, I will investigate and take the appropriate action(s) if I find rule breaking.

With regards,

Panacea
Community Manager
Forge of Empires, U.S.

TwoCents 2019-01-25 02:26:39
I know hypocrisy exists because I talk to other players...
Forge of Empires - Customer Support 2019-01-25 14:28:58
Hello TwoCents,

I suggest you let us handle this based on facts. Thank you for reporting.

With regards,

Panacea
Community Manager
Forge of Empires, U.S.

TwoCents 2019-01-25 15:17:18
I'm asking you for an explanation of your hypocrisy, not to "handle" anything. I want to know why you ban me when you don't ban other people for the exact same thing. I've alleged it is because of your gender-discrimination. Do you have an alternate explanation for your hypocrisy? Or is my conclusion correct?
Forge of Empires - Customer Support 2019-01-25 16:05:24
Hello TwoCents,

You have no idea what is happening on the accounts of other players. I am unable to discuss the actions taken with another player. However, all players abide the same game rules. TwoCents, I will investigate and take the appropriate action(s) if I find rule breaking.

With regards,

Panacea
Community Manager
Forge of Empires, U.S.

TwoCents 2019-01-25 17:04:33
I'm no so much concerned about if PLAYERS abide by the same rules, but if the moderators and yourself enforce them equally and fairly. I'd rather no players were subjected to your capricious and arbitrary enforcement of vague rules.
TwoCents 2019-01-25 18:55:38
Could you please explain why she is now allowed to spam global chat with non-nonsensical quotes for 30ish minutes when I can't send an actual message related to the game without it being called "spamming"?
Forge of Empires - Customer Support 2019-01-25 22:59:26
Hello TwoCents,

You reported the player and the appropriate action(s) have been taken if the report has been validated.

Enjoy the game.

With regards,

Panacea
Community Manager
Forge of Empires, U.S.

TwoCents 2019-01-26 00:51:01
lol... you're such a liar sometimes
TwoCents 2019-01-28 20:14:52
lol... you're such a liar sometimes
TwoCents 2019-02-07 23:22:51
lol... you're such a liar sometimes
TwoCents 2019-02-12 17:02:44
lol... you're such a liar sometimes
TwoCents 2019-02-12 21:02:14
lol... you're such a liar sometimes
Forge of Empires - Customer Support 2019-02-12 21:13:38
Hello TwoCents,

Thank you for bringing this matter to our attention, we appreciate all players that help the Forge team to keep our game running without rule breakers. I will investigate and take the appropriate action(s) if I find rule breaking.

If this conversation is taking place in chat, please take two steps-
1. Press your right button on your mouse and 'Report' the player. This takes a screenshot of the conversation and reports it directly to a group of moderators who handle these promptly.
2. Right click and press'ignore'. This will take him from your chat screen.

If this conversation is taking place via the messaging system, due to our Privacy Rules we can not look in your Messages.
1. Please left click on the player's name. This will bring up a menu that has 'Report'. Press the 'Report' button. It brings up a window for your report. This will capture the message and send it directly to the moderators.

This ticket is now concluded.

With regards,

Panacea
Community Manager
Forge of Empires, U.S.

THE RULES APPLY TO EVERYONE OR NO ONE!
Forge of Empires - Customer Support 2019-02-12 21:57:53
New Hello TwoCents,

Thank you for bringing this matter to our attention, we appreciate all players that help the Forge team to keep our game running without rule breakers. I will investigate and take the appropriate action(s) if I find rule breaking.

If this conversation is taking place in chat, please take two steps-
1. Press your right button on your mouse and 'Report' the player. This takes a screenshot of the conversation and reports it directly to a group of moderators who handle these promptly.
2. Right click and press'ignore'. This will take him from your chat screen.

If this conversation is taking place via the messaging system, due to our Privacy Rules we can not look in your Messages.
1. Please left click on the player's name. This will bring up a menu that has 'Report'. Press the 'Report' button. It brings up a window for your report. This will capture the message and send it directly to the moderators.

This ticket is now concluded.

With regards,

Panacea
Community Manager
Forge of Empires, U.S.

- THE RULES APPLY TO EVERYONE OR NO ONE!

---

This ticket has been closed and can no longer be replied to.

## Attachments

This ticket currently has no attachments.

# View ticket

# Please answer my other ticket and stop ignoring me

**You 2020-06-04 13:02:37**

Please answer my other ticket and stop ignoring me

**Forge of Empires - Customer Support 2020-06-04 13:07:46**

Hello TwoCents,

I have passed this along to the appropriate person. thank you for your patience

Kind regards,

Lady Marlena
Community Manager
Forge of Empires, US & EN

**You 2020-06-04 13:16:02**

Lady Marlena,
You have the authority and are the ONLY person with the authority to unblock my Account according to Panacea. Why are you foisting me off on someone else?

**Forge of Empires - Customer Support 2020-06-05 09:46:18**

Hello TwoCents,

thank you for your request.

Your support requests have been answered. We therefore will close this request now.

Thank you for your understanding.

Kind regards,

Fiene
*Team Lead Community Management*

---

This ticket has been closed and can no longer be replied to.

## Attachments

This ticket currently has no attachments.

# View ticket

# Your Rude Behavior

**You 2020-06-28 23:00:24**

I've been waiting since June 19th for a response. I know you've responded to other people (such as Aprusfire) during this period of time. I want to point out that your rude behavior in not answering me in a timely fashion is not going unnoticed.

**Forge of Empires - Customer Support 2020-06-29 02:58:27**

Hello TwoCents,

thank you for contacting the Forge of Empires Support Team.

We have answered your support request and will therefore close this one. Thank you for your understanding.

Kind regards,

Exhibit 10 – Forge of Empires Support Tickets: TwoCents Submitted by Plaintiff Penny Quinteros
Case: 19-CV-1402 RSM - 1361

Fiene
*Team Lead Community Management*

---

This ticket has been closed and can no longer be replied to.

**Attachments**

**This ticket currently has no attachments.**

# View ticket

# Hello! Answer Me, Stop being rude! 1.0

**You 2020-06-29 04:10:25**

HELLO! HELLO!

**Forge of Empires - Customer Support 2020-06-29 08:03:13**

Hello TwoCents,

Thank you for contacting the Forge of Empires Support Team.

I Will pass your ticket to the relevant person.

Thank you for your patience

Kind regards,

Lady Marlena
Community Manager
Forge of Empires, US & EN

**Forge of Empires - Customer Support 2020-07-03 09:42:24**

Hello TwoCents,

thank you for contacting the Forge of Empires Support Team.

Your issue is currently addressed in another support request, therefore we will close this issue. For further comments, please answer directly in the open tickets.

Thank you.

Exhibit 10 – Forge of Empires Support Tickets: TwoCents Submitted by Plaintiff Penny Quinteros
Case: 19-CV-1402 RSM - 1362

Kind regards,

Fiene
*Team Lead Community Management*

---

This ticket has been closed and can no longer be replied to.

**Attachments**

**This ticket currently has no attachments.**

# View ticket

# Please provide me with the total of all money spent on FoE

**You 2020-06-04 05:53:32**

Please provide me with a total for all purchases spent on InnoGames from this account?

**Forge of Empires - Customer Support 2020-06-04 07:48:36**

Hello TwoCents,

Thank you for contacting the Forge of Empires Support Team.


I will pass this along to the appropriate person.

Thank you for your patience.

Kind regards,

Lady Marlena
Community Manager
Forge of Empires, US & EN

**Forge of Empires - Customer Support 2020-06-05 09:34:32**

Hello TwoCents,

thank you for your patience.

**Please find an overview of all your spending listed here:**
Transaction Transaction Date Player Id Country Transaction TypeProduct Amount Currency Provider
81439012 03/04/2016 05:58 751671 US premium 1700 19,99 USD visa_debit-worldpay
82353344 24/04/2016 10:02 751671 US premium 5800 49,99 USD visa_debit-worldpay
82802850 05/05/2016 00:58 751671 US premium 5800 49,99 USD visa_debit-worldpay
83138900 12/05/2016 23:05 751671 US premium 1700 19,99 USD visa_debit-worldpay
83459418 20/05/2016 06:19 751671 US premium 1700 19,99 USD visa_debit-worldpay
84106498 03/06/2016 02:56 751671 US premium 5800 49,99 USD visa_debit-worldpay
84338754 08/06/2016 23:41 751671 US premium 1700 19,99 USD visa_debit-worldpay
84370624 09/06/2016 17:36 751671 US premium 5800 49,99 USD visa_debit-worldpay
84484410 11/06/2016 23:11 751671 US premium 5800 49,99 USD visa_debit-worldpay
84565032 13/06/2016 18:12 751671 US premium 650 9,99 USD visa_debit-worldpay
84627112 15/06/2016 00:17 751671 US premium 1700 19,99 USD visa_debit-worldpay
84676146 15/06/2016 22:11 751671 US premium 1700 19,99 USD visa_debit-worldpay
84687054 16/06/2016 04:01 751671 US premium 1700 19,99 USD visa_debit-worldpay
84774658 17/06/2016 19:35 751671 US bundle 1700 19,99 USD visa_debit-worldpay
84832354 18/06/2016 20:03 751671 US premium 1700 19,99 USD visa_debit-worldpay
84845400 19/06/2016 02:31 751671 US premium 250 4,99 USD visa_debit-worldpay
84845402 19/06/2016 02:32 751671 US premium 250 4,99 USD visa_debit-worldpay
84890096 20/06/2016 03:49 751671 US premium 650 9,99 USD visa_debit-worldpay
85190337 26/06/2016 22:03 751671 US bundle 5800 49,99 USD visa_debit-worldpay
85398305 01/07/2016 19:21 751671 US premium 5800 49,99 USD paypal
85562553 05/07/2016 08:58 751671 US bundle 1700 19,99 USD visa_debit-worldpay
85649097 07/07/2016 08:40 751671 US premium 1700 19,99 USD visa_debit-worldpay
85816545 10/07/2016 22:26 751671 US premium 650 9,99 USD paypal
85857213 12/07/2016 02:29 751671 US premium 250 4,99 USD paypal
85863215 12/07/2016 08:35 751671 US premium 250 4,99 USD paypal
85894543 13/07/2016 01:39 751671 US premium 11000 79,99 USD paypal
85981269 15/07/2016 01:24 751671 US premium 11000 79,99 USD paypal
86025395 16/07/2016 03:12 751671 US premium 1700 19,99 USD paypal
86069039 17/07/2016 06:01 751671 US premium 650 9,99 USD paypal
86072263 17/07/2016 08:55 751671 US premium 5800 49,99 USD visa_debit-worldpay
86073801 17/07/2016 09:53 751671 US premium 1700 19,99 USD visa_debit-worldpay
86103707 18/07/2016 01:27 751671 US premium 11000 79,99 USD paypal
86181211 20/07/2016 01:30 751671 US premium 1700 19,99 USD paypal
86191025 20/07/2016 10:14 751671 US premium 1700 19,99 USD visa_debit-worldpay
86219965 21/07/2016 03:11 751671 US premium 650 9,99 USD paypal
86229391 21/07/2016 11:06 751671 US premium 1700 19,99 USD visa_debit-worldpay
86269455 22/07/2016 04:33 751671 US premium 1700 19,99 USD visa_debit-worldpay
86304855 22/07/2016 21:08 751671 US premium 1700 19,99 USD visa_debit-worldpay
86325413 23/07/2016 08:32 751671 US premium 5800 49,99 USD visa_debit-worldpay
86327673 23/07/2016 09:33 751671 US premium 5800 49,99 USD visa_debit-worldpay
86421855 25/07/2016 03:55 751671 US premium 1700 19,99 USD visa_debit-worldpay

86497427 26/07/2016 21:43 751671 US premium 250 4,99 USD paypal
86507011 27/07/2016 03:12 751671 US premium 650 9,99 USD visa_debit-worldpay
86562675 27/07/2016 23:54 751671 US bundle 11000 79,99 USD paypal
86570011 28/07/2016 03:04 751671 US bundle 1700 19,99 USD paypal
86615595 29/07/2016 05:28 751671 US premium 1700 19,99 USD visa_debit-worldpay
86623199 29/07/2016 10:49 751671 US package 350 5,99 USD paypal
86692765 31/07/2016 01:24 751671 US premium 5800 49,99 USD paypal
86738163 01/08/2016 05:06 751671 US premium 1700 19,99 USD visa_debit-worldpay
86742737 01/08/2016 09:27 751671 US premium 1700 19,99 USD visa_debit-worldpay
86773979 02/08/2016 05:01 751671 US premium 5800 49,99 USD visa_debit-worldpay
86819141 03/08/2016 08:05 751671 US premium 1700 19,99 USD visa_debit-worldpay
86861711 04/08/2016 01:09 751671 US premium 11000 79,99 USD paypal
86912537 05/08/2016 02:38 751671 US premium 11000 79,99 USD paypal
86944083 05/08/2016 18:48 751671 US premium 1700 19,99 USD paypal
86968361 06/08/2016 07:08 751671 US premium 1700 19,99 USD paypal
87012527 07/08/2016 03:10 751671 US premium 11000 79,99 USD paypal
87089803 08/08/2016 17:31 751671 US premium 11000 79,99 USD paypal
87162813 09/08/2016 23:52 751671 US premium 5800 49,99 USD paypal
87332339 13/08/2016 04:29 751671 US premium 1700 19,99 USD visa_debit-worldpay
87333055 13/08/2016 05:08 751671 US premium 1700 19,99 USD visa_debit-worldpay
87336969 13/08/2016 08:08 751671 US premium 1700 19,99 USD visa_debit-worldpay
87468753 16/08/2016 08:08 751671 US premium 11000 79,99 USD paypal
87554413 17/08/2016 22:59 751671 US bundle 11000 79,99 USD paypal
87706929 21/08/2016 06:03 751671 US premium 5800 49,99 USD paypal
87799517 23/08/2016 04:36 751671 US premium 1700 19,99 USD visa_debit-worldpay
87838951 24/08/2016 02:02 751671 US premium 1700 19,99 USD visa_debit-worldpay
87886401 25/08/2016 05:15 751671 US premium 1700 19,99 USD visa_debit-worldpay
87886561 25/08/2016 05:24 751671 US premium 1700 19,99 USD visa_debit-worldpay
87919463 25/08/2016 22:55 751671 US premium 1700 19,99 USD visa_debit-worldpay
87930719 26/08/2016 07:29 751671 US premium 1700 19,99 USD visa_debit-worldpay
88010935 28/08/2016 03:31 751671 US premium 1700 19,99 USD visa_debit-worldpay
88052825 29/08/2016 03:52 751671 US premium 1700 19,99 USD visa_debit-worldpay
88087083 30/08/2016 00:40 751671 US premium 11000 79,99 USD paypal
88405179 06/09/2016 02:24 751671 US premium 1700 19,99 USD visa_debit-worldpay
88405271 06/09/2016 02:29 751671 US premium 1700 19,99 USD visa_debit-worldpay
88409111 06/09/2016 05:52 751671 US premium 1700 19,99 USD visa_debit-worldpay
88495603 07/09/2016 21:03 751671 US premium 11000 79,99 USD paypal
88601349 09/09/2016 10:55 751671 US bundle 1700 19,99 USD visa_debit-worldpay
88640955 10/09/2016 04:39 751671 US premium 5800 49,99 USD paypal
88834457 14/09/2016 19:53 751671 US premium 250 4,99 USD visa_debit-worldpay
88890501 16/09/2016 00:15 751671 US premium 250 4,99 USD paypal
88940549 17/09/2016 04:24 751671 US premium 1700 19,99 USD visa_debit-worldpay
89020215 18/09/2016 21:01 751671 US premium 11000 79,99 USD paypal
89384051 26/09/2016 07:41 751671 US premium 650 9,99 USD paypal
89722977 03/10/2016 02:09 751671 US premium 250 4,99 USD visa_debit-worldpay
90178053 13/10/2016 18:57 751671 US premium 1700 19,99 USD visa_debit-worldpay

90794213 27/10/2016 01:38 751671 US premium 1700 19,99 USD visa_debit-worldpay
91115313 01/11/2016 20:57 751671 US premium 1700 19,99 USD visa_debit-worldpay
91538985 11/11/2016 03:08 751671 US premium 1700 19,99 USD visa_debit-worldpay
92187231 25/11/2016 08:33 751671 US premium 1700 19,99 USD visa_debit-worldpay
92682705 05/12/2016 09:57 751671 US premium 1700 19,99 USD visa_debit-worldpay
92955791 09/12/2016 01:16 751671 US premium 1700 19,99 USD visa_debit-worldpay
93510975 19/12/2016 07:45 751671 US premium 1700 19,99 USD visa_debit-worldpay
95174177 18/01/2017 19:09 751671 US premium 1700 19,99 USD visa_debit-worldpay
95197115 19/01/2017 06:32 751671 US premium 5800 49,99 USD visa_debit-worldpay
95614573 27/01/2017 10:41 751671 US premium 1700 19,99 USD visa_debit-worldpay
96407160 11/02/2017 00:36 751671 US premium 11000 79,99 USD visa_debit-worldpay
97230831 24/02/2017 20:16 751671 US bundle 1700 19,99 USD visa_debit-worldpay
97243537 25/02/2017 01:10 751671 US premium 1700 19,99 USD visa_debit-worldpay
97412993 28/02/2017 07:56 751671 US premium 11000 79,99 USD visa_debit-worldpay
99096925 29/03/2017 05:26 751671 US bundle 11000 79,99 USD visa_debit-worldpay
99734213 07/04/2017 06:10 751671 US premium 11000 79,99 USD visa-wpg
100052773 12/04/2017 03:41 751671 US premium 1700 19,99 USD visa-wpg
100117345 13/04/2017 05:43 751671 US premium 1700 19,99 USD paypal
100286591 15/04/2017 23:52 751671 US premium 1700 19,99 USD visa-wpg
100463211 18/04/2017 20:18 751671 US premium 1700 19,99 USD paypal
100735519 23/04/2017 02:47 751671 US premium 1700 19,99 USD visa-wpg
101031964 28/04/2017 09:42 751671 US premium 1700 19,99 USD visa-wpg
101422988 04/05/2017 23:56 751671 US premium 1700 19,99 USD visa-wpg
101569064 07/05/2017 09:09 751671 US bundle 1700 19,99 USD visa-wpg
102172944 19/05/2017 07:26 751671 US premium 1700 19,99 USD visa-wpg
102755860 30/05/2017 02:14 751671 US premium 250 4,99 USD visa-wpg
102851764 01/06/2017 04:30 751671 US premium 1700 19,99 USD visa-wpg
103649721 17/06/2017 05:55 751671 US premium 1700 19,99 USD visa-wpg
109862583 11/10/2017 16:57 751671 US premium 1700 19,99 USD visa-wpg
110060641 15/10/2017 04:39 751671 US 220 4,99 USD apple
110480105 23/10/2017 01:52 751671 US premium 1700 19,99 USD visa-wpg
111795243 16/11/2017 18:42 751671 US premium 1700 19,99 USD visa-wpg
112032463 21/11/2017 08:10 751671 US bundle 5800 49,99 USD visa-wpg
112620673 03/12/2017 06:22 751671 US premium 5800 49,99 USD paypal
112798775 06/12/2017 05:02 751671 US premium 11000 79,99 USD visa-wpg
113006959 09/12/2017 06:21 751671 US premium 5800 49,99 USD visa-wpg
113012495 09/12/2017 08:54 751671 US premium 1700 19,99 USD visa-wpg
113053105 09/12/2017 23:16 751671 US premium 1700 19,99 USD visa-wpg
113117901 11/12/2017 04:12 751671 US premium 1700 19,99 USD visa-wpg
113285313 14/12/2017 08:29 751671 US premium 1700 19,99 USD visa-wpg
113338225 14/12/2017 21:06 751671 US premium 5800 49,99 USD visa-wpg
113517765 17/12/2017 05:23 751671 US bundle 5800 49,99 USD visa-wpg
113590949 18/12/2017 10:49 751671 US premium 5800 49,99 USD visa-wpg
113693173 20/12/2017 06:21 751671 US premium 5800 49,99 USD visa-wpg
113745913 21/12/2017 02:22 751671 US premium 1700 19,99 USD visa-wpg
113911649 23/12/2017 20:39 751671 US premium 1700 19,99 USD visa-wpg

114044729 26/12/2017 09:44 751671 US premium 1700 19,99 USD visa-wpg
114093043 27/12/2017 02:00 751671 US premium 1700 19,99 USD visa-wpg
114205193 28/12/2017 04:50 751671 US bundle 5800 49,99 USD visa-wpg
114401795 31/12/2017 05:09 751671 US premium 1700 19,99 USD visa-wpg
114591545 03/01/2018 06:12 751671 US premium 1700 19,99 USD visa-wpg
114628374 03/01/2018 19:31 751671 US premium 650 9,99 USD visa-wpg
114658652 04/01/2018 07:42 751671 US 110 2,99 USD apple
114752390 05/01/2018 19:32 751671 US premium 1700 19,99 USD visa-wpg
114761868 05/01/2018 23:02 751671 US premium 1700 19,99 USD visa-wpg
114880848 08/01/2018 02:37 751671 US premium 1700 19,99 USD visa-wpg
115060734 11/01/2018 08:17 751671 US bundle 11000 79,99 USD visa-wpg
115220956 14/01/2018 06:31 751671 US premium 1700 19,99 USD visa-wpg
115407632 17/01/2018 04:16 751671 US bundle 5800 49,99 USD visa-wpg
115790920 22/01/2018 17:06 751671 US premium 5800 49,99 USD visa-wpg
116745933 04/02/2018 19:31 751671 US premium 1700 19,99 USD visa-wpg
116769521 05/02/2018 02:53 751671 US premium 1700 19,99 USD visa-wpg
116990567 09/02/2018 05:19 751671 US premium 1700 19,99 USD visa-wpg
117168817 12/02/2018 00:16 751671 US premium 1700 19,99 USD visa-wpg
117182057 12/02/2018 09:22 751671 US premium 1700 19,99 USD visa-wpg
117313317 14/02/2018 19:53 751671 US premium 1700 19,99 USD visa-wpg
117595729 20/02/2018 02:07 751671 US premium 1700 19,99 USD visa-wpg
117864697 24/02/2018 01:16 751671 US premium 1700 19,99 USD visa-wpg
117866967 24/02/2018 02:21 751671 US premium 1700 19,99 USD visa-wpg
117872095 24/02/2018 05:17 751671 US premium 1700 19,99 USD visa-wpg
117923855 24/02/2018 22:18 751671 US premium 5800 49,99 USD visa-wpg
118067600 27/02/2018 06:31 751671 US premium 5800 49,99 USD visa-wpg
118200110 01/03/2018 02:09 751671 US bundle 5800 49,99 USD visa-wpg
118405746 04/03/2018 06:20 751671 US premium 1700 19,99 USD visa-wpg
118600862 06/03/2018 23:12 751671 US bundle 1700 19,99 USD visa-wpg
118739548 09/03/2018 01:28 751671 US premium 5800 49,99 USD visa-wpg
118856230 10/03/2018 20:22 751671 US premium 1700 19,99 USD visa-wpg
118945478 12/03/2018 03:10 751671 US premium 1700 19,99 USD visa-wpg
118945488 12/03/2018 03:10 751671 US premium 1700 19,99 USD visa-wpg
118996846 12/03/2018 22:19 751671 US premium 1700 19,99 USD visa-wpg
119007342 13/03/2018 02:50 751671 US premium 1700 19,99 USD visa-wpg
119118344 15/03/2018 04:50 751671 US premium 1700 19,99 USD visa-wpg
119794496 26/03/2018 04:56 751671 US premium 1700 19,99 USD visa-wpg
119794852 26/03/2018 05:13 751671 US premium 1700 19,99 USD visa-wpg
119838560 27/03/2018 03:51 751671 US premium 5800 49,99 USD visa-wpg
119839044 27/03/2018 04:18 751671 US premium 1700 19,99 USD visa-wpg
119842232 27/03/2018 06:57 751671 US premium 5800 49,99 USD visa-wpg
120075148 30/03/2018 03:34 751671 US premium 5800 49,99 USD visa-wpg
120078638 30/03/2018 05:35 751671 US premium 5800 49,99 USD visa-wpg
120214242 01/04/2018 05:50 751671 US premium 5800 49,99 USD visa-wpg
120329670 03/04/2018 03:53 751671 US premium 5800 49,99 USD visa-wpg
120453394 05/04/2018 01:25 751671 US premium 5800 49,99 USD visa-wpg

120509730 05/04/2018 17:50 751671 US bundle 11000 79,99 USD visa-wpg
120510610 05/04/2018 17:59 751671 US bundle 5800 49,99 USD visa-wpg
120510750 05/04/2018 18:00 751671 US bundle 5800 49,99 USD visa-wpg
120789422 10/04/2018 07:40 751671 US premium 5800 49,99 USD visa-wpg
120904152 12/04/2018 04:24 751671 US premium 1700 19,99 USD visa-wpg
120909520 12/04/2018 07:33 751671 US premium 1700 19,99 USD visa-wpg
121056836 14/04/2018 05:28 751671 US bundle 5800 49,99 USD visa-wpg
121167044 16/04/2018 03:23 751671 US premium 1700 19,99 USD visa-wpg
121200260 16/04/2018 21:03 751671 US premium 5800 49,99 USD visa-wpg
121324573 19/04/2018 07:54 751671 US premium 1700 19,99 USD visa-wpg
121424521 21/04/2018 05:17 751671 US premium 5800 49,99 USD visa-wpg
121644759 25/04/2018 23:28 751671 US premium 1700 19,99 USD visa-wpg
121740275 27/04/2018 07:45 751671 US bundle 1700 19,99 USD visa-wpg
121846139 29/04/2018 00:21 751671 US premium 1700 19,99 USD visa-wpg
121858031 29/04/2018 08:09 751671 US premium 1700 19,99 USD visa-wpg
122116269 04/05/2018 03:05 751671 US premium 5800 49,99 USD visa-wpg
122345508 09/05/2018 02:15 751671 US premium 5800 49,99 USD visa-wpg
122645604 14/05/2018 19:21 751671 US premium 1700 19,99 USD visa-wpg
123001464 22/05/2018 01:49 751671 US premium 1700 19,99 USD visa-wpg
123001544 22/05/2018 01:55 751671 US premium 1700 19,99 USD visa-wpg
123044798 23/05/2018 01:37 751671 US premium 5800 49,99 USD visa-wpg
123470536 31/05/2018 02:05 751671 US bundle 5800 49,99 USD visa-wpg
124228627 15/06/2018 04:47 751671 US bundle 11000 79,99 USD visa-wpg
124812025 24/06/2018 23:17 751671 US premium 5800 49,99 USD visa-wpg
124910761 27/06/2018 05:34 751671 US premium 5800 49,99 USD visa-wpg
125181787 02/07/2018 04:25 751671 US premium 1700 19,99 USD visa-wpg
125217863 03/07/2018 00:12 751671 US premium 1700 19,99 USD visa-wpg
125260497 03/07/2018 21:20 751671 US premium 5800 49,99 USD visa-wpg
125335533 04/07/2018 18:19 751671 US bundle 5800 49,99 USD visa-wpg
125866795 13/07/2018 08:26 751671 US premium 1700 19,99 USD visa-wpg
126099945 16/07/2018 19:46 751671 US premium 1700 19,99 USD visa-wpg
126282353 20/07/2018 00:43 751671 US 220 4,99 USD apple
126679703 28/07/2018 02:41 751671 US premium 1700 19,99 USD visa-wpg
126716997 28/07/2018 21:14 751671 US premium 1700 19,99 USD visa-wpg
126797685 30/07/2018 16:43 751671 US premium 5800 49,99 USD visa-wpg
126823071 31/07/2018 04:48 751671 US premium 1700 19,99 USD visa-wpg
127448881 10/08/2018 03:41 751671 US premium 1700 19,99 USD visa-wpg
128319485 24/08/2018 06:46 751671 US premium 1700 19,99 USD visa-wpg
128405157 25/08/2018 21:15 751671 US premium 1700 19,99 USD visa-wpg
128419129 26/08/2018 06:11 751671 US premium 1700 19,99 USD visa-wpg
128472279 27/08/2018 10:15 751671 US premium 1700 19,99 USD visa-wpg
128722724 01/09/2018 04:13 751671 US premium 1700 19,99 USD visa-wpg
128779268 02/09/2018 08:51 751671 US premium 1700 19,99 USD visa-wpg
128781336 02/09/2018 09:46 751671 US premium 5800 49,99 USD visa-wpg
128870000 04/09/2018 05:35 751671 US premium 1700 19,99 USD visa-wpg
129059536 08/09/2018 00:33 751671 US premium 1700 19,99 USD visa-wpg

129247846 12/09/2018 02:42 751671 US premium 650 9,99 USD visa-wpg
129801636 20/09/2018 06:06 751671 US bundle 5800 49,99 USD visa-wpg
130208204 27/09/2018 03:58 751671 US bundle 5800 49,99 USD visa-wpg
130489336 01/10/2018 07:22 751671 US premium 5800 49,99 USD visa-wpg
130676150 04/10/2018 04:00 751671 US premium 5800 49,99 USD visa-wpg
130842398 06/10/2018 23:48 751671 US premium 5800 49,99 USD visa-wpg
130903450 08/10/2018 09:45 751671 US premium 1700 19,99 USD visa-wpg
131179516 13/10/2018 07:27 751671 US premium 5800 49,99 USD visa-wpg
131485770 19/10/2018 04:35 751671 US premium 1700 19,99 USD visa-wpg
131523842 19/10/2018 22:17 751671 US premium 5800 49,99 USD visa-wpg
131579676 20/10/2018 23:20 751671 US premium 5800 49,99 USD visa-wpg
131690786 23/10/2018 06:51 751671 US premium 5800 49,99 USD visa-wpg
132075958 30/10/2018 02:46 751671 US premium 5800 49,99 USD visa-wpg
132360425 04/11/2018 00:32 751671 US premium 5800 49,99 USD visa-wpg
132496253 06/11/2018 18:48 751671 US bundle 5800 49,99 USD visa-wpg
132522151 07/11/2018 05:18 751671 US bundle 5800 49,99 USD visa-wpg
132670463 10/11/2018 03:59 751671 US premium 5800 49,99 USD visa-wpg
132721857 11/11/2018 08:46 751671 US premium 5800 49,99 USD visa-wpg
133063299 17/11/2018 22:43 751671 US package 6500 49,99 USD visa-wpg
133458523 25/11/2018 07:10 751671 US premium 1700 19,99 USD visa-wpg
133579757 28/11/2018 03:44 751671 US premium 5800 49,99 USD visa-wpg
133771625 02/12/2018 05:19 751671 US premium 5800 49,99 USD visa-wpg
134355365 10/12/2018 05:48 751671 US premium 250 4,99 USD visa-wpg
134400145 11/12/2018 00:02 751671 US premium 5800 49,99 USD visa-wpg
134607921 13/12/2018 18:39 751671 US premium 5800 49,99 USD visa-wpg
134955285 19/12/2018 05:39 751671 US bundle 11000 79,99 USD visa-wpg
135657387 30/12/2018 05:04 751671 US premium 11000 79,99 USD visa-wpg
135986435 04/01/2019 02:31 751671 US premium 5800 49,99 USD visa-wpg
136099589 06/01/2019 06:02 751671 US premium 5800 49,99 USD visa-wpg
136145939 07/01/2019 02:56 751671 US premium 5800 49,99 USD visa-wpg
136186155 08/01/2019 03:15 751671 US premium 5800 49,99 USD visa-wpg
136412132 12/01/2019 03:19 751671 US package 6500 49,99 USD visa-wpg
136519046 14/01/2019 05:39 751671 US premium 1700 19,99 USD visa-wpg
136520408 14/01/2019 06:45 751671 US premium 5800 49,99 USD visa-wpg
137115038 22/01/2019 18:27 751671 US bundle 1700 21,99 USD visa-wpg
137306036 26/01/2019 00:05 751671 US package 6500 54,99 USD paypal
137465326 28/01/2019 20:01 751671 US premium 5800 54,99 USD paypal
137580754 30/01/2019 05:12 751671 US bundle 5800 54,99 USD paypal
137770036 01/02/2019 23:49 751671 US premium 5800 54,99 USD paypal
137776500 02/02/2019 02:05 751671 US premium 5800 54,99 USD paypal
137856058 03/02/2019 03:15 751671 US premium 5800 54,99 USD paypal
137959768 04/02/2019 02:16 751671 US premium 11000 87,99 USD paypal
138414325 12/02/2019 21:07 751671 US premium 5800 54,99 USD paypal

If you have any further questions regarding this matter, please feel free to contact us again. We hope you continue to enjoy Forge of Empires and our current Archaeology Event.

Kind regards,

Fiene
*Team Lead Community Management*

**You 2020-06-05 15:11:42**

What is the sum total please?

**You 2020-06-05 15:14:16**

Also, FYI, every purchase I made after 7/2016 was AFTER your material breach of our contract and therefore property of mine that you are illegally denying me access to.

**Forge of Empires - Customer Support 2020-06-08 02:11:38**

Hello TwoCents,

thank you for your answer.

The total amount of your spendings have been 9,121.32 USD.

Kind regards,

Fiene
*Team Lead Community Management*

**You 2020-06-10 02:11:15**

That's a lot of money that was taken away from me because of your company's bad behavior.

**Forge of Empires - Customer Support 2020-06-11 11:24:30**

Hello TwoCents,

thank you for your reply.

You have purchased certain ingame items with these purchases, which have given you the promised service, for example purchasing Diamonds for buying ressources for negotiations.

We have delivered this and you could use your Diamonds accordingly.

Thank you for your understanding.

Kind regards,

Fiene
*Team Lead Community Management*

**You 2020-06-11 15:00:56**

Actually, I was not able to use the benefit of those diamonds since Feb 2019 because of your inappropriate ban. So therefore you haven't allowed me to "use your Diamonds accordingly."

**Forge of Empires - Customer Support 2020-06-15 11:26:08**

Hello TwoCents,

Thanks for returning our message.

Please, keep in mind that all players are equal under the rules of the game. Participating in a specific alliance, being at the top of the ranking or acquiring premium currency through purchases, does not make a player different from the others, as everyone is treated equally. If the rules of the game are neglected or broken, we must act appropriately (even if premium has been purchased recently).

Should you have any questions or comments, please don't hesitate to return this message.

Kind regards,

Diego
Community Management Specialist
InnoGames GmbH

**You 2020-06-15 11:36:22**

All players aren't equal under the game, as evidenced by what happened to me. I was targeted and harassed and I was banned while my attackers were not.

**Forge of Empires - Customer Support 2020-06-18 13:33:44**

Hello TwoCents,

Thank you for your response.

W'e're sorry you feel that way however we can not provide you with any information regarding other players.

If you have any other questions, please let us know.

Kind regards,

Melany Eshuis
Community Management Specialist
InnoGames GmbH

**You 2020-06-18 15:56:36**

I'm not asking you to provide me with information about other players. I'm stating that based upon 3 years of dedicated research it is a fact that you do not treat players equally. So please, treat me with respect and do not quote lies to me.

**Forge of Empires - Customer Support 2020-06-19 06:10:44**

Hello TwoCents,

Thanks for your message.

What we are trying to say is that cannot confirm what exaclty happened torwards any of those reported accounts. You claim that there was a different treatment level and we do understand where does it come from, but please allow us to explain it better:

The rule states you should not insult other players, but it doesn't stablish which punishment should be applied. A punishment may vary from a warning to a temporary or permanent ban. For example, we cannot ban a player for calling someone else a 'newbie', even if the reporter claims to be insulted. In a similar way, we cannot just give a warning to a player who's insulting or using pejorative language towards another player. Also, when previous warnings are neglected and it turns into a recurring case, we have to take actions from our side to prevent this to continue.

That said, two or more players can report the same breach of rules (e.g. rule §3: Communication), but that doesn't necessarily mean that the infractions are at the same level. Please keep in mind that we're not confirming it was the case regarding those reported accounts.

We hope this answers your question, but in case it doesn't, feel free to return this ticket.

Kind regards,

Diego
Community Management Specialist
InnoGames GmbH

**You 2020-06-19 15:05:39**

Please see my ticket "DrowsyDragon - ain't he got a pretty mouth pa! 1.6"

DrowsyDragon and I used the exact same quote, in the exact same way. I got a ban and she didn't

even get a warning. How does that mesh with your understanding you tried to explain above.

You need to acknowledge that your understanding is based upon your assumptions of how the rules are meant to be enforced, but reality shows that that ideal hasn't been transferred into the actual practice of how your moderators ban people. They ban the people they don't like and don't give fairness or equality a second thought.

Your game rules specifically state, "It is allowed to refer to a player as a noob or TO CRITICIZE THEIR WAY OF PLAYING using appropriate language."

All of my bans on Yorkton (and eventually what led to my ultimate banning) were for telling people not to buy goods from a few certain players because they would be cheated of forge points. I got banned repeatedly for saying that when you DO NOT BAN other players for the same language. I've seen people say similar things a thousand times over in the game... how do you justify any of my Y-world bans?

**You 2020-06-19 15:15:08**

Let me illustrate my point: ... please review my game account and tell me all of the bans/punishments I received in the 6 months leading up to Feb. 2019 when my game account was permanently banned.

Please describe what the ban or punishment enacted was, how long it lasted, and what exact language of action of mine the ban was for.

Please provide a list of how many tickets of mine were sent in to appeal these bans/punishments/muffles using appropriate language that did not "insult" your moderators.

**Forge of Empires - Customer Support 2020-06-25 03:57:35**

Hello TwoCents,

thank you for your reply.

Please understand, that we will not discuss other players with you, as this falls under the data protection regulations.

The last ban that has been applied to your account was the permanent ban we applied globally to all of your worlds. This ban was applied because you have insulted our support staff repeatedly. You have received warnings to stop this kind of behavior, which unfortunately didn't help.

In 2019 you haven't been banned otherwise, we have only applied a chat mute to your account, as you have repeatedly insulted players in the global chat as well.

Besides this you have been banned in December 2018 and in February 2018 for abusive and insulting language towards other players.

Kind regards,

Fiene
*Team Lead Community Management*

**You 2020-06-25 04:19:17**

I don't need you to tell me about other players. My permanent ban was inappropriate since I wasn't subject to the rules at that time and was not warned my account was in jeopardy.

Go back and look at that 2019 chat muffle... it was because I told players not to buy goods from certain players because they were cheating them of fps. That's not exactly a mutable offense.

I doubt the December 2018 and Feb 2018 bans were insulting either...

So you need to stop staying that my account was permabanned for insulting players... it was permabanned over the moderator insults you're claiming occurred.

**You 2020-06-25 04:38:10**

You might have the "goal" of treating all players equally. You might even think that you're achieving that goal with your rudimentary system of "gut justice" you've set up. But in reality, you're moderators are allowed to target certain players and give breaks to other players... and that's not fair.

**You 2020-06-25 05:04:05**

My I point out your rude behavior here so you can see what I'm talking about when I say your moderators aren't respecting me... You responded to me 06/19/2020. I responded back 06/19/2020. You then waited 6 full days to respond back again... when you do respond you're doing it at 1am my time, AND your system purposefully delays the emails sent out to notify my for 15 minutes so that I can't answer you immediately. Do you recognize how that is dismissive of my concerns? Your company is purposefully trying to make me not get answers to my questions or perhaps is trying to make me so frustrated I'll just "go away"... that's not respect. When I message you, I should get an answer back in a timely fashion and at an appropriate time so that I can respond. You should be giving me a real opportunity to have a frank discussion with someone who can actually help resolve the issues I'm experiencing, not just pushing me to the side so you don't have to deal with me.

The "muffle" in 2019 was for telling players not to buy goods from other players in global chat.

The December 2018 incident was made up out of thin air. I wasn't logged into my computer at the time Panacea claimed I had insulted other players.... her assertions that I insulted someone are completely fabricated. I did not insult a player when I wasn't playing the game. There is NO WAY that that could've happened. As I told her at the time in my appeal. Then the moderators

told me that I had to wait until Panacea was back from vacation to appeal it, and then by that time the "ban/illegal denial of service" had expired, and so I was told "it's over, it can no longer be appealed".

Do you see why I'm claiming that you are treating players unfairly.... I GOT BANNED FOR SOMETHING THAT HAPPENED WHEN I WASN'T EVEN LOGGED IN!

**You 2020-06-25 05:07:33**

I did not recieve a warning to "stop insulting your support staff repeatedly."

I was warned that I needed to agree to the special rule of not verbally abusing your team. To date, I have not once verbally abused your team, yet my account was banned regardless of my compliance with your stated request.

**Forge of Empires - Customer Support 2020-06-29 03:02:46**

Hello TwoCents,

thank you for your reply.

We apologize for the delay of our answers. Because of the increased ticket income, we are unfortunately not able to answer all players on time.

Please be informed, that our support system is based on a ticket system and not on a chat system. We therefore don't offer a service to have a chat. Instead we are answering the tickets when we are able to.

Please list all the open questions that you still have left over and we will do our best to answer them to your satisfaction. Why your account has been banned has been answered repeatedly though.

Thank you for your understanding.

Kind regards,

Fiene
*Team Lead Community Management*

**You 2020-06-29 03:11:35**

I'm sorry, but you're mistaken, the question of why my account has been banned has not been answered at all, since you continue to make mistaken statements about it showing that you haven't thoroughly researched the issue.

(1) I was not asked to stop insulting the moderators. Richard Stephenson asked me to stop

verbally abusing people. I did not verbally abuse people then, and I have not done so now. Even if I had "verbally abused" people, he offered to ban me from support but not the game, which he reneged on. He offered to give me a second chance, I accepted it, followed his rule to the letter and he perma-banned me anyway.

(2) You insist that I was banned for "insulting players" but you haven't provided a single instance showing what language I supposedly used or when. By your own admission above, It had been at least 1 year since I had insulted anyone (except for the telling people not to spend forge points with a person and being mysteriously banned while I hadn't played). You apparently keep relying on Panacea's notes to tell me that those bans were for "insulting" but in reality... her notes are not correct. Even if they were correct, I had served my punishments for those instances LONG before I got banned. You cannot and should not punish me twice for the same offense.

**Forge of Empires - Customer Support 2020-07-03 09:28:03**

Hello TwoCents,

thank you for your reply.

Your account has been permenantly banned, because you have insulted and offended our support team via our ticket support.

You have been informed about the consequences in our support ticket from February 13, 2019. Unfortunately the insults didn't stop, which is why we have applied the mentioned consequence.

Insulting someone in a support ticket counts for us as verbally abusing someone, as this simply means that you have insulted us with words, which can also be delivered in written form.

Thank you for your understanding.

Kind regards,

Fiene
*Team Lead Community Management*

**You 2020-07-03 13:07:53**

1. If my account had been banned for insulting the support team, why didn't you just ban me from support and leave my game account open? Wouldn't that have resolved the issue? You banned me from the game not to protect the support-team but in retaliation and anger over hurt feelings, and that's not fair.

2. I was not warned of the consequences. He never said my game account was going to be banned. Warnings of that nature should be clear and unambiguous.

3. Mysterious translations of generally known words known only to the Forge of Empires Support team are not a clear and unambiguous warning since I'm the one reading them.

**Forge of Empires - Customer Support 2020-07-06 05:34:33**

Hello TwoCents,

thank you for your replay.

As the original inquiry has been handled and the discussion about the ban of your game account is being discussed in another ticket, we ill close this one to ensure a better overview of your questions.

We however will answer to your questions:

1. If my account had been banned for insulting the support team, why didn't you just ban me from support and leave my game account open? Wouldn't that have resolved the issue? You banned me from the game not to protect the support-team but in retaliation and anger over hurt feelings, and that's not fair.

As part of our community we need to ensure, that you are able to contact the Customer Support in case of questions. Banning someone from this therefore was not an option that we wanted to take. Our Terms and Conditions also apply to all communication, including the support tool. Insulting in tickets is therefore as unwelcome as in the game itself. We have also warned you about the consequences of your actions beforehand and you would have been able to prevent this outcome.

2. I was not warned of the consequences. He never said my game account was going to be banned. Warnings of that nature should be clear and unambiguous.

We have repeatetly informed you about changing the way you address members of the Support Teams or we will place sanctions on your game account, which we have done.

3. Mysterious translations of generally known words known only to the Forge of Empires Support team are not a clear and unambiguous warning since I'm the one reading them.

Please eloborate on this. What kind of 'Mysterious translations' do you mean?

Kind regards,

Fiene
*Team Lead Community Management*

This ticket has been closed and can no longer be replied to.

**Attachments**

This ticket currently has no attachments.

# View ticket

# Lady Marlena- A request.

**You 2020-06-04 13:18:37**

I would like any notes, comments, internal documentation, the name of players who have reported me and the times and dates and any other internal communications about my account to be sent to me.

**Forge of Empires - Customer Support 2020-06-04 14:32:14**

Hello TwoCents,

I have passed your ticket on to the appropriate person.  Thank you for your patience.

Kind regards,

Lady Marlena
Community Manager
Forge of Empires, US & EN

**You 2020-06-04 15:20:49**

I still don't understand why YOU aren't the appropriate person. Could you please explain that?

**You 2020-06-04 18:58:03**

It says in the rules: "The Community Management of the US version of Forge of Empires are the final arbiters of any rules dispute. Their interpretation of these rules is final."... You are the Community Management of the US version of Forge of empires. You are the final arbiter of the rules. Why do you keep passing along my tickets?

**Forge of Empires - Customer Support 2020-06-05 09:37:09**

Hello TwoCents,

thank you for your inquiry.

We will working on your request and will get back to you as soon as possible. Thank you for your understanding and your patience.

Kind regards,

Fiene
*Team Lead Community Management*

**You 2020-06-05 15:12:34**

As I said, your authority is not recognized here Fiene, because it does not comply with the game rules.

**Forge of Empires - Customer Support 2020-06-08 02:12:50**

Hello TwoCents,

thank you for your reply.

As Team Lead Community Management I am also part of the US Team for Forge of Empires, as I supervise this market as well.

Kind regards,

Fiene
*Team Lead Community Management*

**You 2020-06-08 03:00:55**

Yet, that isn't what it says in the rules. You state things in the rules that you are not following... They are YOUR rules, if they're not correct, then change them. Otherwise... abide by them. It's the same thing I've been saying all along... You're making up rules as you go.

**Forge of Empires - Customer Support 2020-06-10 01:59:32**

Hello TwoCents,

thank you for your patience.

We have processed your request but we will not be able to provide you the data you wish for, as we are not obliged to hand any notes, comments, internal documentation and the name of the players who have reported you.

Especially if this information involves the privacy of Third Parties, which is the case for the player reports. We need to ensure that these reports can be anonymized in the future as well.

Thank you for your understanding.

Kind regards,

Fiene
*Team Lead Community Management*

**You 2020-06-10 02:03:41**

It's ok. Just make sure it's not deleted or in any way tampered with as it is evidence.

**Forge of Empires - Customer Support 2020-06-11 11:18:03**

Hello TwoCents,

thank you for your response.

If you have any other questions, please let us know.

Kind regards,

Fiene
*Team Lead Community Management*

**You 2020-06-11 15:01:57**

Yes, you mentioned that there was data that was being erased regarding reports and other things that were put into the system. You need to take action to prevent deletion of this. Please send me back a list of the actions you are taking to prevent deletion of this evidence?

**Forge of Empires - Customer Support 2020-06-15 11:20:43**

Hello TwoCents,

Thanks for reaching out.

We are really sorry to say that, but unfortunately, your request is out of our scope. The community management team cannot provide this requested list of actions, as we are not able to discuss any legal matters with you or provide you with information about our internal processes. For anything not-related to in-game support, please get in touch with the appropriate legal channel.

Should you have any questions or comments related to game support, please don't hesitate to return this message.

Kind regards,

Diego
Community Management Specialist
InnoGames GmbH

**You 2020-06-15 11:35:43**

What is the difference between a "Team Lead Community Management" and a "Community Management Specialist"... Panacea always insisted that she was the highest level of management as the "US Community Manager"... I'm confused why I should listen to you.

**Forge of Empires - Customer Support 2020-06-15 11:44:31**

Hello TwoCents,

Thanks for returning.

That is correct. The Community Manager is the highest level of management for support requests, and as a local CM she was responsible for supporting the US market. As a Community Specialist, I am providing support to Community Managers with their duties.

Feel free to return this message in case you have any other questions.

Kind regards,

Diego
Community Management Specialist
InnoGames GmbH

**You 2020-06-15 11:52:03**

Well, what I'd really like to know is why, after I was reporting and reporting that Panacea was abusing her position in order to target me, I wasn't allowed to speak with anyone above her. Even after emailing into your game and calling.

**You 2020-06-15 11:52:56**

Clearly you have people available. Why was I forced to work with the woman who did things like allowing the Community Managers to take on the fictional names of "sadistic rapists."

**Forge of Empires - Customer Support 2020-06-18 14:19:57**

Hello TwoCents,

Thank you for your response.

We take every request serious and look in to it on our side, however we are not forced to report back on any actions we've taken. Part of the duties of the US Community Manager is to oversee the support tickets. As Community Manager Specialists we are providing support to Community Managers with their duties.

If you have any other questions, please let us know.

Kind regards,

Melany Eshuis
Community Management Specialist
InnoGames GmbH

**You 2020-06-18 15:49:48**

Actually, what you did was brush my complaint off in the most disrespectful kind of way. I expect an actual answer, not platitudes. WHY was I left at the mercy of a sexist Community Manager?

**Forge of Empires - Customer Support 2020-06-19 05:44:47**

Hello TwoCents,

Thanks for your message.

That question was already responded in our previous contact:
*"The Community Manager is the highest level of management for support requests, and as a local CM she was responsible for supporting the US market."*

We comprehend that you were not satisfied with being responded by our previous Community Manager, but she was the responsible person for the whole US market (when it comes to any topic related to support). A support team has different moderation levels, and it seems that our supporters were not able to handle your requests anymore, thus our previous CM took them over and was responding you since then. Nevertheless, most of your support tickets turned into a field of legal requests, and that's not even in our scope of work anymore.

The support system is a place for in-game subjects: ban appeals, breach of rules, questions, bug reports, login issues and so on. That said, we kindly ask you to use our legal channel for any legal request you might have.

Kind regards,

Diego
Community Management Specialist
InnoGames GmbH

**You 2020-06-19 15:09:53**

Well, then you should try not to let racist, sexist moderators be "the responsible person for the whole US market"... seems like a bad business decision to me...

"most of your support tickets turned into a field of legal requests"... your support team is trying to enforce a contract which is fundamentally a legal instrument. I have a right to request the contract be enforced as-written and not changed on the fly based upon your moderators whims.

I'm sorry if I use legal language when appealing my ban. I generally think appealing a decision involves pointing out fallacies in logic that caused the other party to make the error in the first place. Pointing out these fallacies can often look like "legal arguments." I suggest you properly train your staff to understand what a ban-appeal process would actually look like. If it's not pointing out the mistakes the other person made, then what do most ban-appeals look like?

**Forge of Empires - Customer Support 2020-06-29 03:05:42**

Hello TwoCents,

thank you for your response.

We do not tolerate such a behavior from our Moderators or Community Managers side. If you have the suspicion that one of our Support Staff is treating players in this way, please let us know.

Thank you for your assistance.

Kind regards,

Fiene
*Team Lead Community Management*

**You 2020-06-29 03:15:27**

Well, I have about 200 tickets that allege that very thing. I sent in emails and even called your main offices in Germany to report it..... It seems to me that that is exactly the behavior you tolerated from your moderators.

You are aware there was a moderator called Sgt. Bothari right? And that the name "Sgt. Bothari" belongs to a fictional sadistic character who used rape to torture women?... How can you even claim with a straight face "we do not tolerate such a behavior...."

**You 2020-06-29 03:39:39**

Just in case you are not clear.... THIS IS ME LETTING YOU KNOW!!!

Your Moderator Panacea engaged in racist and sexist behavior leading to her ultimately banning me.

She helped distribute and promulgate a photograph of myself. She unfairly targeted me for bans based upon my gender. She unfairly targeted me for bans based upon my status as being a "mixed race couple" with Aprusfire. She targeted Aprusfire for being black.....

THIS IS MY REPORT TELLING YOU THESE THINGS, AND I EXPECT YOU TO TAKE IT SERIOUSLY AND INVESTIGATE IT!!!!!

**Forge of Empires - Customer Support 2020-07-03 09:31:46**

Hello TwoCents,

thank you for your reply.

St. Bothari, as well as Panacea are no longer part of our Community Management team. If our current Community Management team is treating you in an unfair way, please let us know and we will investigate the issue.

Thank you for your understanding.

Kind regards,

Fiene
*Team Lead Community Management*

**You 2020-07-03 12:32:53**

Fiene ... the damage is already done... they've ALREADY treated me unfairly. I'm asking you to FIX it.

**Forge of Empires - Customer Support 2020-07-06 05:18:36**

Hello TwoCents,

thank you for your reply.

Unfortunately it is not possible for us, at this point to check the single cases and investigate, if those cases has been handled correctly or not.

We do know, that you feel treated unfairly from our side and we truly regret, that it has come to this level. However, we are unable to check all your claims in detail anymore, as the reported messages are no longer available for us. Therefore we can't double check, if those have been handled in the correct manner.

We can only make sure, that all future reports will be handled according to our Terms and Conditions and Game Rules and that every player receives the same treatment.

Thank you.

Kind regards,

Fiene
*Team Lead Community Management*

**You 2020-07-06 06:39:25**

Right... so why are you assuming that I'm lying about them when you can't even go back and check them? You should instead assume that your valuable customer is telling the truth about what happened.

**You 2020-07-06 07:05:20**

I don't quite get why your company won't listen to me. Do you just assume that all women are emotional psychopaths or something? Right from the very beginning you were dismissive of my concerns and you're still doing it to this day.

"We do know that you feel treated unfairly." I don't FEEL treated unfairly. I WAS treated unfairly. I've pointed to several logical instances where I WAS treated unfairly. I was banned for reciting a T.S. Elliot poem for crying out loud...

I've identified an exact instance where I was banned for saying the exact quote that someone else said a year later and didn't even get punished at all for.

Get it through your mind.... I WAS treated unfairly.

**You 2020-07-06 07:15:24**

How about this. I would like to make a complaint that YOU are treating me unfairly.

You refuse to acknowledge what I have to say. You attempt to placate me, but you do not address substantive issues. You treat everything I say as if it were tainted or not true.

You don't even have the data to check. I've told you for a long time that Panacea was discriminating against me, but instead of acknowledging that the data is lost and accepting that what I'm saying is true, you take the word of the person discriminating against me at face-value.

Not to mention, those documents you claim are deleted are evidence in a federal lawsuit in the United States District Court. How can your company just go about "losing" valuable evidence and you don't think that at all bolsters what I'm saying to you?

**You 2020-07-06 07:43:42**

Look at the first two paragraphs of that fateful ticket that you claim was what got me banned:

"See... there you go again disrespecting me. Didn't we talk about... if you want me to respect you, you'll have to respect me. Respect involves listening honestly and attentively to my concerns. It doesn't involve closing my tickets while giving me smarmy generic canned answers.

You do know that I think you are ACTUALLY discriminating against me right? Even though Forge of Empires is a game, the fact that your company allows ongoing sexual harassment is just disgusting and violating. You hold me to different standards than you hold other players, and you make up rules after the fact just so that you can say I violated something!!"

I told you guys that I felt like you were RAPING me. You were VIOLATING me. You need to take responsibility for your actions. Dismissing everything I have to say to you is not treating me fairly...

Instead you wanted to quibble that I used a few strong words and wasn't giving YOU as much respect as you deserved... Look at what I said in that message... you were trying to censor my expressions of hurt, anger, and rage at your companies' actions.

That in of itself is sexist behavior... I'm complaining about you violating my body... and you answer with "tsk tsk, mind your manners..."

**Forge of Empires - Customer Support 2020-07-09 02:29:59**

Hello TwoCents,

thank you for your reply.

We have never said or written, that we do not believe your claims. However, as mentioned already, we are unable to investigate the cases you have presented in more detail, as the necessary chat messages are no longer available to us.

Because of Data Protection Regulations we have tight retention times on evidence like chat messages, meaning they are automatically removed from our systems after a set period of time.

We have looked through your tickets and could not find a report of the shared photo, except in tickets from November 2016, while the photo was shared already a couple of months prior to that. You also stated yourself, that you haven't seen them destributing the picture yourself, but only heard about. We could also not find a report made by at the time the picture was originally shared. If the link has been reported ingame by someone it is not visible to us anymore, therefore we can't verify anymore if this report has been treated correctly or not.

We are sorry about not being able to deliver you the answers that you seek. We can only make sure, that all reports will be treated in an appropriate manner in the future.

Kind regards,

Fiene
*Team Lead Community Management*

**You 2020-07-09 03:42:49**

New Your company is currently represented in a lawsuit against me by a lawyer. If you continue to respond to my tickets, please be aware that I will use the information you say to me for my own purposes in court.

I'm sure you're aware that you recently banned Aprusfire. During discussion with Aprus, he sent me a copy of the screenshots of what he was banned for. HE was banned because he said that someone was his girlfriend and liked to "rub his gooseneck". Here is a screenshot of a man stating "Lady 2 Cents is my girlfriend, she looks great nude, while playing forge of empires and ****"

... This man was not punished for his harassment against me. That is bias.

**Forge of Empires - Customer Support 2020-07-15 03:28:47**

New Hello TwoCents,

thank you for your reply.

Please understand, that we will not dicuss any other accounts with you. As your request is being addressed in another support request already, we will close this ticket for a better overview.

Kind regards,

Fiene
*Team Lead Community Management*

---

This ticket has been closed and can no longer be replied to.

**Attachments**

**This ticket currently has no attachments.**

# View ticket

Exhibit 10 – Forge of Empires Support Tickets: TwoCents Submitted by Plaintiff Penny Quinteros
Case: 19-CV-1402 RSM - 1387

# A list of every ban, warning, or other punishments

**You 2020-07-02 23:30:21**

Hello,
I'd like a list of every warning, ban, or other punishment or notations of breach of rules on my account since I opened it in 2011. I'd like to have a detailed explanation giving me the exact words I supposedly said or the things that I did that caused the infraction as well as the rationale at the time for why it was against the "rules." Thank You.

**Forge of Empires - Customer Support 2020-07-03 05:57:23**

Hello TwoCents,

Thank you for contacting the Forge of Empires Support Team.  I will pass this to the relevant person.


Kind regards,

Lady Marlena
Community Manager
Forge of Empires, US & EN

**You 2020-07-03 06:20:12**

you are the relevant person. You are the US Community Manager are you not?

**Forge of Empires - Customer Support 2020-07-03 09:46:40**

Hello TwoCents,

thank you for contacting the Forge of Empires Support Team.

We have received your request and will handle it accordingly. It may take some days for us to come back to you with an answer.

Please note that processing of your request may take up to 21 days. We will reply as soon as possible.

We ask for your patience and understanding.

Exhibit 10 – Forge of Empires Support Tickets: TwoCents Submitted by Plaintiff Penny Quinteros
Case: 19-CV-1402 RSM - 1388

Kind regards,

Fiene
*Team Lead Community Management*

### You 2020-07-03 13:44:43

Alright, I will allow you time to compile it, but please don't purposefully wait 21 days just to tell me it's not available. It's very important and I need it as soon as you can get it to me.

### Forge of Empires - Customer Support 2020-07-09 02:06:34

Hello TwoCents,

thank you for your patience.

please find all the data that we still have available about the placed bans against your game account here. Because of retention periods for chat messages, we no longer have the chat messages available that you have been banned for.

Your account was globally banned on our game 2019-02-13 for the following reason: ou have been globally banned from our game for repeated abuse of the support team. This ban is permanent in nature.

**The following information was still available for us on the world Jaims:**

- You have been banned 2016-07-16 for the following reason: Each player may have one account per world. Each account may have only one owner and may not be logged into or played by any other person. Sharing your password with another player on any world you play is forbidden. It is forbidden to create multiple accounts, and to support and trade between them. You may appeal via the support system. The account has been unbanned again on 2016-07-16
- You have been banned 2016-11-26 for the following reason: Your ingame behavior has been reported and confirmed to be offensive or otherwise against our game rules. Please make sure you interact with other players in a friendly manner. The account was unbanned again 2016-11-27.
- You have been banned 2017-01-12 for the following reason: Your ingame behavior has been reported and confirmed to be offensive or otherwise against our game rules. Please make sure you interact with other players in a friendly manner. The account was unbanned again 2017-01-12.
- You have been banned 2017-01-17 for the following reason: Your ingame behavior has been reported and confirmed to be offensive or otherwise against our game rules. Please make sure you interact with other players in a friendly manner. The account was unbanned again 2017-01-17.

- You have been banned 2017-05-19 for the following reason: Your ingame behavior has been reported and confirmed to be offensive or otherwise against our game rules. Please make sure you interact with other players in a friendly manner. The account was unbanned again 2017-05-21.
- You have been banned 2017-06-20 for the following reason: Your ingame behavior has been reported and confirmed to be offensive or otherwise against our game rules. Please make sure you interact with other players in a friendly manner. The account was unbanned again 2017-06-22.
- You have been banned 2018-02-20 for the following reason: Your ingame behavior has been reported and confirmed to be offensive or otherwise against our game rules. Please make sure you interact with other players in a friendly manner.The account was unbanned again 2018-02-21.

**The information we have available for the world Cirgard:**

- You have been banned 2017-06-21 for the following reason: Your ingame behavior has been reported and confirmed to be offensive or otherwise against our game rules. Please make sure you interact with other players in a friendly manner. The account was unbanned again 2017-06-00.

**The information we have available for the world Yorkton:**

- You have been banned 2018-12-11 for the following reason: Your ingame behavior has been reported and confirmed to be offensive or otherwise against our game rules. Please make sure you interact with other players in a friendly manner. The account was unbanned again 2018-12-11.
- You have received a chat mute on 2019-01-15.

**The information we have available about Support Bans:**

- You have been banned from the Support 2017-06-22 for the following reason: Insulting and offending the Support Team. The ban was lifted again 2017-06-22.

Kind regards,

Fiene
*Team Lead Community Management*

**You 2020-07-09 03:46:32**

When were the warnings and/or muffles?

**Forge of Empires - Customer Support 2020-07-15 03:26:37**

Hello TwoCents,

thank you for your reply.

Warnings issued through support tickets have been delivered to you on:

- 13 Feb 2019, 03:23
- 13 Feb 2019, 03:56
- 13 Feb 2019, 04:12
- 13 Feb 2019, 04:27
- 13 Feb 2019, 04:39
- 13 Feb 2019, 04:49

Kind regards,

Fiene
*Team Lead Community Management*

**You 2020-07-15 03:30:36**

I'm talking about administrator warnings that were sent to my game-account, not support ticket "verbal" warnings that were sent to me in a snarky conversation at 1am.

**You 2020-07-15 03:44:17**

• 13 Feb 2019, 03:23
If you verbally abuse any member of this team again, via support or otherwise, we will remove your access to support, and impose sanctions on your game account.
• 13 Feb 2019, 03:56
So once again, I will ask you to acknowledge my warning, and cease your abuse of this team.
• 13 Feb 2019, 04:12
So once more, I need you to accept the warning I have given, and confirm you understand the conduct is not acceptable and will no longer be tolerated, whatsoever. If you refuse to even acknowledge there is an issue here with how you correspond with the team, then frankly you will leave me with no choice but to assume you have no intention of changing your ways.
• 13 Feb 2019, 04:27
If you will not accept my request, then I will remove your access to the support system. I will no longer risk subjecting this team to your abuse.
• 13 Feb 2019, 04:39

For clarity, if you subject any individual to any kind of verbal abuse during this time, I will take the aforementioned actions against your account.

• 13 Feb 2019, 04:49

I'm unsure if you don't understand, so please allow me to ensure that I'm clear. We aren't in a negotiation here. There are no offers, and no acceptable middle ground. You either accept my proposal, or I will permanently remove your access to support, and place sanctions on your account. There is no other acceptable outcome. Seek any legal counsel you wish, it won't change the result of this conversation, which is that you will agree to treat this team with respect, and you will stop verbally abusing them. Anything short of this is simply not going to happen.

I assume from your response to the previous ticket that you think this is about Richard Stephenson's and my conversation. First, Richard Stephenson was the Community Manager for the International Servers. As the rules clearly state, and as I was told on dozens of occasions - the International Community Manager did NOT have the final authority to ban my game account or ban me from support - either one. Look it up. It's in your rules.

Second, As you can see, not once did Richard Stephenson mention that he would ban my game account. He said he would "sanction" my game account. The canon of textual interpretations for the English language indicate that if two words are next to each other... in this case "BAN from support and SANCTION game account" then the second word should be interpreted so as NOT to make it redundant. That means the word sanction can have ANY meaning EXCEPT "ban."

Third, I was warned not to verbally assault your team. I have never verbally assaulted your team. I should have a clear warning with clear directions on what I can and cannot do.

**Forge of Empires - Customer Support 2020-07-21 02:23:40**

Hello TwoCents,

thank you for your reply.

The orginial request of this ticket has been answered. We will not discuss the sanctions taken against your account in this one. Please write any open questions regarding that matter in the open ticket.

Richard has not been the Community Manager of the International market by that time but a Community Manager responsible for the US market as well. Sanctions also include the posibility to ban your account.

For a better overview of the situation we will now close this ticket as well.

Kind regards,

Fiene
*Team Lead Community Management*

---

This ticket has been closed and can no longer be replied to.

**Attachments**

# This ticket currently has no attachments.

# View ticket

# What would you have done?

**You 2020-06-15 13:12:15**

Hello,
I want to send this message to you to address something you said in the other message thread, but I don't want to derail the focus of the other message which is what I was actually banned for. This ticket is simply asking you to understand the full situation when replying to my tickets. Please put yourself in my shoes here.

You said, "Finally, for players who are using the chat to provoke and insult, there are different ways to deal with this. Those players can be muted in-the game (with 'ignore' feature) and reported. Please, remember that any potential breach of rules should be analyzed by our support team, as we are here to also prevent any in-game abuse. We do not recommend to fight fire with fire, as responding any insult with another insult doesn't solve anything."

I hope after reading this, you'll realize why "ignore and report" is an entirely unsatisfactory answer.

Sometime in 2016 I was in a guild called Inferno with Aprusfire. It's my understanding that Aprusfire also recently got a permanent ban, and so this is relevant to that as well. Aprus and I were both very popular in the game. I was the recruiter for Inferno and he was the guild founder. So I came up with this idea that it would be good buzz for our guild if we were seen to be dating in a fictional romance. I thought it would bring a little pizazz and mystery to our guild and people would want to join.

So Aprus was on-board with the show and we started to pretend to have a little romance, and it actually

worked to bring people into the guild, but certain people in the world went crazy... like absolutely crazy. I can only attribute this to the interracial aspects of our relationship, since he is black and I'm white. This craziness culminated when a player called xxTheDukexx told me I was "nothing but a pig for Aprus." (yes, he was reported and nothing happened to him).

Aprusfire at this point wanted to stop our fiction because he was done with the insults, I didn't because I didn't want to give in to the racist attitudes. We fought and I ended up leaving Inferno over it.

Afterwards, the players at the core of the insults over the romance turned their harassment on me telling other players that I wasn't actually a woman at all, instead I was a male much-hated player called D12UNK (named Drew). And that I was also cheating with 14 alternate characters. Several times every day I would get called "Drew" or told I should stop lying to people about my gender. I reported all of this and nothing happened. They targeted my friends and my friends started to unfriend me. One of my long-time friends from several worlds said he was going to unfriend me in global chat in J. I asked him why and he said that he hated Drew and felt I was playing him. I told him it wasn't true and I was a woman. Me38Mag (one of the main harassers along with his wife DrowsyDragon) told me that I had to "prove" I was a woman in order for them to stop harassing me.I asked how I would be able to do that, and he came up with the idea that I should send my long-time friend and trusted third-party a photo of my breasts with a note. I did this. I reported them during this conversation for the harassment and insulting language, but wasn't aware that they were just scamming me for the photo. Apparently I was also reported during my whisper with my friend which allowed one of your moderators to steal the link to the photo and give it to my harassers.

Anyway, long story shortened... the photo was transmitted to dozens or hundreds of players via your game and people started harassing me viciously calling me "slut" "whore" stupid dumb bitch" etc. My previous tickets will show that I both reported these players and eventually put them on ignore for an entire YEAR.

But the problem with your ignore feature is two-fold.
(1) I couldn't report the people harassing me when they were on ignore. They were free to harass me endlessly.
(2) Even though I couldn't see their comments, other people could. Your company encouraged me to invite my real life friends and family into this game. So my children, my husband, my nephews, my father, my brothers in law, could all see people calling me a dirty slut repeatedly. My game-friends could still see it, as could everyone in global. And so the harassment was able to be more effective because I couldn't respond and my friends started to drop me because I was "too much drama" and it made the game harder. I also couldn't talk in global chat anymore because all of the new people coming in started to get told very bad things about me. Several guilds kicked me out because it was "too much." One of the harassers went ghost just for the sole purpose of attacking whatever guild I happened to be in. The game was functionally becoming much-much harder.

I've come to the conclusion that your moderator (Panacea) refused to stop the harassment of me. She didn't take any action to ban the people harassing me or Aprus because, no offense, but she is an older woman from the deep south of the United States, Georgia. She has certain "ideals" of how white women should act, and it doesn't involve dating black men or being scammed to send out a photo.

So, without any recourse, and with essentially my entire social group still being exposed to the vitriolic hatred, and my game I've put 7 years of effort into becoming almost unplayable, I had no choice but to un-ignore the other parties, so I could document the harassment, ensure it was reported to your company, and so that I could respond and stop the wave of friends unfriending me and guilds kicking me out.

So my question to you is, what would you have done in the same situation? Exactly how is a woman exposed to that much harassment and sexual abuse supposed to react? Please... tell me...

**Forge of Empires - Customer Support 2020-06-15 13:18:26**

Hello TwoCents,

Thank you for contacting the Forge of Empires Support Team.

I will pass this message to the appropriate person, thank you for your patience.

Kind regards,

Lady Marlena
Community Manager
Forge of Empires, US & EN

**You 2020-06-15 13:22:23**

So, even though I understand that you mean it well, when you say, not to fight fire with fire, it's actually coming across as very condescending and dismissive of the problem I'm dealing with. It shows that you don't understand the scope or complexity of the issue at hand. Please, little catch-phrase blurbs, aren't an actual solution and are part of the disrespect your company keeps showing me.

**Forge of Empires - Customer Support 2020-06-18 15:16:02**

Hello TwoCents,

Thank you for your response and understanding our intention. However we have always replied with the utmost respect and will continue to do so. We acknowledge the complexity of the issue at hand, but we do expect this respect to go both ways.

Exhibit 10 – Forge of Empires Support Tickets: TwoCents Submitted by Plaintiff Penny Quinteros
Case: 19-CV-1402 RSM - 1395

If you have any other questions, please let us know.

Kind regards,

Melany Eshuis
Community Management Specialist
InnoGames GmbH

### You 2020-06-18 15:48:32

"mansplaining" is not respect. I feel like I've treated you with the exact amount of respect that you've shown me.

### You 2020-06-18 16:04:54

I'm sorry, "Melany" but you are dismissive, flippant and combative. Please transfer my request to someone who can speak with me without insulting me.

### You 2020-06-18 17:57:17

Just to point out why I say that...you took 3 days to answer my question. My actual question was... "what would you have done?" and you totally ignored that actual question in order to give me some script about "we've always responded with the utmost respect."...

If I had wanted to know if you felt you responded with respect, I would've asked that. Now you're going to make me wait hours or days again, just to get the answer to the original question I asked... unless you go off on a tangent about "respect" when this thread is about actual or imagined solutions that were available to me to prevent harassment.

### Forge of Empires - Customer Support 2020-06-19 09:16:38

Hello TwoCents,

Thanks for providing us with a summary of the story behind this issue.

We are really sorry that this happened to you in the game. I will try to respond a few specific points you have raised in this ticket, please let me know in case I miss something.

*"I couldn't report the people harassing me when they were on ignore. They were free to harass me endlessly."*

Other players will always report any bad behavior in the global chat, even when it's not an insult towards themselves. If you ignored them, they would still be reported (not from their own friends, but certainly from someone else).

*"I asked how I would be able to do that, and he came up with the idea that I should send my long-time friend and trusted third-party a photo of my breasts with a note. I did this."*
That's really sad to hear that another person tried to take advantage of you, but you didn't need to prove anything to anyone. Also, we recommend the players not to share any personal data in the game, sharing a picture of yourself is even worse (specially an 'intimate' picture). There's absolutely nothing we can do to prevent players from asking and/or sending forbidden content to each other, but we are always warning about it through the rules (when reported, we can also ban players for abusive comments in the global chat).

*"So my question to you is, what would you have done in the same situation? Exactly how is a woman exposed to that much harassment and sexual abuse supposed to react?"*
Since you have asked, I'll honestly and respectfully answer to your question:

1.  First of all, I would not send any pictures to any player, as that's too personal and against the rules. As I said before, you didn't need to prove anything to any player.
2.  But if the damage was already done, I would report it immediately. Not only to the support teams to take action, but also to the local authorities (without redirecting my anger with insults towards the support team).


Should you have any other question, please feel free to return this message.

Kind regards,

Diego
Community Management Specialist
InnoGames GmbH

### You 2020-06-19 14:01:29

Diego,

(1) The players were not being reported by others. Even if they were they were not getting punished for their behavior because the community manager Panacea was helping them harass me.

(2) Your rules specifically state that sending photos of others through your servers without the person's written permission is against the games rules and will not be tolerated. You say there is "There's absolutely nothing we can do to prevent players from asking and/or sending forbidden content to each other, but we are always warning about it through the rules (when reported, we can also ban players for

abusive comments in the global chat)."... Then why is it specifically against the terms and conditions of the game-play? You say you enforce the rules equally, but in this case you allowed players to break it freely for months.

(3) If I had been AWARE that I was being manipulated and scammed, I wouldn't have sent the photo. Of course I know now that the man soliciting me for my photo knew ALL ALONG that I was a woman, it was only in the moment that I thought he was legitimately mistaken as to my identity and I was "correcting" him. Your moderators WERE aware, and did nothing to protect me. I did report it to both the local authorities, the German authorities, and the FBI... no one did anything...

(4) the anger that was displayed towards your Community Management was because they were not dealing with cheating players in Y world, not over what occurred with my picture in J (although I likely was on the very edge from the J world incident). Panacea banned me repeatedly for telling other players "do not buy goods from this player, they will cheat you of forge points."... I've NEVER heard of players being banned for in-game talk like that. NEVER.
... The guild that I was talking about "fisting her anus" was because she was being used as a puppet by players who where in a forge-point for cash scheme costing InnoGames hundreds of thousands of dollars. I warned her of this scheme, other players sent in proof of it, and she did NOTHING except ban me in return.
... The day that I used that particular insult was when she muffled (banned) my account while she was going on a vacation. I wasn't even on my account at the time the supposed banning incident took place. Think about that, I was banned for something that "occurred" when my account hadn't been logged in for days. The woman literally banned me for no reason at all.

... I don't know how many times I have to say this to you... SHE WAS ONE OF THE PEOPLE HARASSING ME! I feel I had every right to tell her exactly what I did.

### Forge of Empires - Customer Support 2020-06-29 02:41:09

Hello TwoCents,

thank you for your reply.

We are very sorry to hear, that this happened to such an extend within our game.

We do have a certain protection in our game to prevent players from sending pictures in the game, as we do not allow to attach any picture or files to in-game messages.

We also have a system in place, that mark links as spam when being shared in chat. To circumvent this, the link needs to be manipulated in a way that our system doesn't deteckt it as a link anymore. That you were still able to share a link with your photo shows, that you knowingly manipulated the link in a way, that it would be send to others.

Being able to share a picture of yourself in the game also means, that you have uploaded this picture most likely on a third party website and therefore also gave away control over this picture. Something that we never recommend.

Of course you are the victim in this and having your picture distributed to a lot of people you don't know hurts. Even though the picture may have have been deleted by us ingame on time, it could still be shared again and again and we wouldn't have been able to stop it from being spreaded, as long as the picture was still uploaded somewhere. In this case, the picture needs to be deleted from the uploader page immediately. If its still being shared, because a player may have saved it, then reporting it to the authorities is the best option.

We can't view the records of the reported messages you have mentioned anymore, therefore we can't investigate if those were acted upon or not. We are not allowed to store those messages for a longer period of time than necessary.

Being insulted, mistreated and harrassed in-game is nothing that InnoGames tolerates and we will act on those reports, if we get to know them. However, it is never a good idea to also start harassing and insulting the offensive party or even the support team, as we will also act upon this as well. It doesn't mean that we don't understand the reason behind it, but our Game Rules are clear in this aspect.

Thank you for your understanding.

Kind regards,

Fiene
*Team Lead Community Management*

### You 2020-06-29 03:03:04

I think you need to re-think your attitude on this.

The problem is not that I shared a photo, or that a photo was shared at all. The problem is that you allowed a group of men to control your game to such an extend that they were able to use it to specifically target me over my gender. They were able to harass my friends to get them to unfriend me, target my guilds to get my guilds to kick me out, and generally make the game miserable for me to play simply because I was a woman. They manipulated me to get them to send the photo in the first place, your moderators intercepted it via the report system and RESENT it!

I would say that harassing a woman in such a way is a bannable offense... but you appear not to think so. I've sent you messages of Caon64 admitting he's seen and sent around the photograph AND that he thinks it's "no big deal" and won't report the people who sent it to him. Clearly he is engaging in gender-

harassment.

When I sought out help from your moderators, they did NOTHING except for ban me. I don't know why you think it's "not a good idea to start harassing and insulting the offensive party..." that seems to me to be the only viable solution since the people who were SUPPOSED to be helping me.

Your game rules offer no support to you on this issue, because once you have breached our contract so thoroughly, I am under no obligation to continue following it. I gave you 3+ years of good-faith effort. I even did not insult the people harassing me over the last year before I was banned. But Panacea simply refused to identify that a problem existed and it was coming from the way she moderated the game.

You do not need to lecture me on having shared the photo or what to do with it. I deleted it within hours of when it was uploaded. It is copyrighted with the US copyright office. Anyone sharing it in game or without will be subject to a civil lawsuit.

I am not asking you to stop the spread of the photograph at this point. I'm asking you to stop the gender-harassment that accompanies it. People should not be allowed to joke about it, mention it, call it a trivial/whiny problem. That is gender-discrimination that you are allowing to continue repeatedly to this day.

https://www.cnn.com/2020/06/25/tech/gaming-metoo-twitch/index.html

InnoGames needs to join the rest of the gaming community to recognize that this is a problem and my reaction is simply that... a reaction based upon being put in a very bad position. I ask you not to censure my emotions over my traumatic event.

### Forge of Empires - Customer Support 2020-07-03 09:19:37

Hello TwoCents,

thank you for your response.

We are sorry, that you have suffered this kind of harassment in our game and we can understand your frustration about this.

Unfortunately, we aren't able anymore to trace back, if all this communication has been properly reported to us and how those reports have been acted on, as the data is not available anymore.

We an only make sure, that we act on cases of harassment, insults etc. in the adequate way next time. Therefore please make sure, that any kind of harassment, offensives and such are reported to us in a timely manner, if it should happen again.

Exhibit 10 – Forge of Empires Support Tickets: TwoCents Submitted by Plaintiff Penny Quinteros
Case: 19-CV-1402 RSM - 1400

Thank you for your understanding.

Kind regards,

Fiene
*Team Lead Community Management*

### You 2020-07-03 13:43:15

Your moderators were biased. I know you want to think that your moderator Panacea was not biased... no one wants to hear bad things about their friends and co-workers, but the bottom line is that you cannot prove that she wasn't because you've deleted the evidence.

You have no reason not to believe that what I'm telling you is the truth, only your own stubbornness. I ask that you respect me, and believe me.

I get the impression that you think this is something that I am "making up" after the fact to get out of bans or perhaps because I "regret" sending out my photo. Please go back and look at my earliest tickets...

on July 16, 2016 in a ticket entitled "How Do I Report A Moderator for Inappropriate Bias," I reported that I suspected a moderator was acting inappropriately in order to assist players who wanted to harass me out of the game. That was 9 days BEFORE my photo was even sent out.

You can see that Panacea did not take serious action, but instead just blew me off. Can you imagine? If she had taken action at that time instead of just callously dismissing my complaints, it would've saved me a lot of heartache.

I'd like to point out that I played from 2012-2016 with just 1 support ticket regarding help with plundering. The first thing I did when other players started targeting me with the assistance of moderators was reach out to your Community Manager. If she had taken my complaints seriously instead of treating me like a "hysterical woman" and dismissing me, it would've saved me from getting harassed out of the game at all.

### Forge of Empires - Customer Support 2020-07-09 01:49:17

Hello TwoCents,

thank you for your reply.

We have never said, that we don't believe you, but unfortunately it is hard for us to investigate on those old cases, when we don't have any data anymore. Especially when most Supporters and Community

Managers from that time are no longer in our services.

We have a new team available for the US market now. If you notice anything, or feel not properly treated by them, then please let us know and we will make sure to investigate it thouroughly.

Kind regards,

Fiene
*Team Lead Community Management*

**You 2020-07-15 03:35:44**

So... you do not have any proof that your community manager acted appropriately. I HAVE proof that she did not... but I'm still banned because why?

You have no proof that I did any of those things listed. You are relying on a broken and flawed system. I am telling you something that is true. You are stubbornly repeating the same lines based upon dogma... ergo it is apparent that you do not believe me. If you believed me, I would no longer be banned.

I do not care if you have a NEW team.... I was banned for what occurred with your OLD team. You are continuing to enforce the OLD team's decisions... therefore you are acting with the same biases that they did.

**Forge of Empires - Customer Support 2020-07-21 02:26:00**

Hello TwoCents,

thank you for your reply.

The ban on your account is valid and will not be lifted. The discussion about this currently takes place in another ticket. For a better overview of this matter we will now close this ticket.

Kind regards,

Fiene
*Team Lead Community Management*

---

This ticket has been closed and can no longer be replied to.

## Attachments

Exhibit 10 – Forge of Empires Support Tickets: TwoCents Submitted by Plaintiff Penny Quinteros
Case: 19-CV-1402 RSM - 1402

# This ticket currently has no attachments.

# View ticket

# Report to InnoGames

**You 2020-07-21 04:19:02**

You are punishing me because I was the victim of sexual abuse on your game. Guess what... victims of sexual abuse can't always control their emotions when they are dealing with the people abusing them...

Richard Stephenson sexually harassed me, and then wanted to control the way I reacted to his abuse... it just simply isn't logical to expect that of any human being... It was inappropriate of him to try and control my reactions to his abuse.

Read that ticket again...Read what I wrote independently of what he wrote. I ASKED the man for 72 hours to consult an attorney and cool off. He knew it was 1am and that I was upset beyond belief. Yet HE was the one who couldn't stop pushing and pushing me... He was sexually abusing me and then was trying to get me to treat him like my "master"... the entire conversation should be disregarded when considering my behavior.

**Forge of Empires - Customer Support 2020-07-21 05:16:09**

Hello TwoCents,

Thank you for contacting the Forge of Empires Support Team.


I will pass this to the relevant person dealing with your tickets.

Thank you for your patience

Kind regards,

Lady Marlena
Community Manager
Forge of Empires, US & EN

**Forge of Empires - Customer Support 2020-07-24 09:38:23**

New Hello TwoCents,

thank you for your report.

There is already a ticket open about this issue. Please answer to this ticket and we will investigate the issue. Thank you.
For a better overview, this ticket will be closed now.

Kind regards,

Fiene
*Team Lead Community Management*

---

This ticket has been closed and can no longer be replied to.

**Attachments**

**This ticket currently has no attachments.**

# View ticket

# Panacea's exact status

**You 2020-07-06 07:09:59**

You've told me, "St. Bothari, as well as Panacea are no longer part of our Community Management team. If our current Community Management team is treating you in an unfair way, please let us know and we will investigate the issue."

I've been told by a reputable source that Panacea answered a ticket for him last week. SO my question is... Is Panacea still an employee of InnoGames? Or has the company parted ways with her?

**Forge of Empires - Customer Support 2020-07-06 07:12:03**

Hello TwoCents,

Thank you for contacting the Forge of Empires Support Team.


I will forward this to the relevant person.  Thank you for your patience.

Kind regards,

Exhibit 10 – Forge of Empires Support Tickets: TwoCents Submitted by Plaintiff Penny Quinteros
Case: 19-CV-1402 RSM - 1404

Lady Marlena
Community Manager
Forge of Empires, US & EN

**Forge of Empires - Customer Support 2020-07-09 02:09:43**

Hello TwoCents,

thank you for contacting the Forge of Empires Support Team.

Panacea is no longer the Community Manager for the US version of Forge of Empires, therefore she was or is not able to answer any support tickets anymore.

Further answers to the status of Panacea will not be provided.

Kind regards,

Fiene
*Team Lead Community Management*

**You 2020-07-15 03:33:06**

I have a legal interest in knowing Panacea's exact status within your company. What are you trying to hide/cover up?

**Forge of Empires - Customer Support 2020-07-21 02:24:42**

Hello TwoCents,

thank you for your reply.

In this case we recommend you getting in touch with the authorities to obtain this kind of information. We are not allowed to provide this kind of data.

Kind regards,

Fiene
*Team Lead Community Management*

**You 2020-07-21 05:27:00**

New You really don't know how the American Legal systems works, do you... I will write to her attorney.

**Forge of Empires - Customer Support 2020-07-24 09:39:09**

New Hello TwoCents,

thank you for your reply.

In this case we see that the matter of the ticket has been solved and we will close this ticket now.

Kind regards,

Fiene
*Team Lead Community Management*

---

This ticket has been closed and can no longer be replied to.

**Attachments**

**This ticket currently has no attachments.**

# View ticket

# Lady Marlena

**You 2020-07-21 05:18:39**

Could you ask Fiene to stop being rude and answer my tickets a little more expeditiously? I'm waiting 8 or more days between each response when I know other players are getting responses within 24 hours.

**Forge of Empires - Customer Support 2020-07-21 05:35:22**

Hello TwoCents,

Thank you for contacting the Forge of Empires Support Team.

I will pass this this on to her,

thank you for your patience.

Kind regards,

Lady Marlena
Community Manager
Forge of Empires, US & EN

Exhibit 10 – Forge of Empires Support Tickets: TwoCents Submitted by Plaintiff Penny Quinteros
Case: 19-CV-1402 RSM - 1406

**You 2020-07-21 05:47:34**

It's been 17 months... I have no patience for these kinds of games.

**You 2020-07-21 05:48:22**

Why don't you guys just call me? My phone number is 206-661-8292

**Forge of Empires - Customer Support 2020-07-24 09:42:12**

Hello TwoCents,

thank you for your reply.

We apologize for the delay in our answers. All your tickets have received an answer now. I also apologize if my answer come across as rude to you. This has been not my intention.

Unfortunately we do not offer any telephone support. Please also be adviced, that your telephone number is personal information that should not be shared everywhere. We have made sure, that this information will not be disclosed to others.

For a better overview of your questions, we will close this ticket as well. Should you have any further questions, please refer to the still open tickets. Thank you.

Kind regards,

Fiene
*Team Lead Community Management*

This ticket has been closed and can no longer be replied to.

**Attachments**

**This ticket currently has no attachments.**

# View ticket

# Please Unban my Account

**You 2020-06-04 06:01:38**

Please unban my account. I think a year and a half is enough punishment when I have done nothing wrong.

**Forge of Empires - Customer Support 2020-06-04 07:33:58**

Hello TwoCents,

Thank you for contacting the Forge of Empires Support Team.

Your appeal has been passed on for consideration and we will be in contact with you again soon.

Thank you for your patience.

Kind regards,

Lady Marlena
Community Manager
Forge of Empires, US & EN

**Forge of Empires - Customer Support 2020-06-04 10:41:33**

Hello TwoCents,

thank you for your response.

Your account will not be unbanned. You have severely insulted players and also our support team, which we will not tolerate.

You have been warned before the ban has been applied to your account, that this action will be taken. The decision will not be revoked.

Kind regards,

Fiene
*Team Lead Community Management*

**You 2020-06-04 12:54:23**

May I remind you that "severely insulting" players and the support team is NOT against the rules as they are written? Additionally I was not subject to the rules at the time these incidents occurred since your company had already materially breached our terms of service contract. As far as the "warning"... I was warned not to VERBALLY insult someone. I made a special point to clarify if it was VERBAL and it was confirmed to be a VERBAL insult... My conversation with you is a text-based message and therefore cannot be VERBAL, so your "warning" was meaningless.

**You 2020-06-04 12:59:02**

I'm sorry, I was wasn't warned not to Verbally INSULT someone, I was specifically warned not to "Verbally ASSAULT" someone, both the term "verbally" and "assault" did not apply to my actions at the time of the warning.

**You 2020-06-04 13:07:52**

Assault meaning to "make a physical attack on" or to act in a criminal or tortious way, The elements of assault under both common-law and codified law are: Purposeful or knowingly; causing reasonable apprehension of IMMINENT harmful or offensive contact. There is no way I could have "Assaulted" anyone on the Forge of Empires team, and it really is not my fault if your moderators use language they don't understand and don't know how to use. I can only be held responsible for what they actually have communicated to me.

**You 2020-06-04 13:30:51**

Please identify the SPECIFIC game rule(s) that you think I have broken? If you're going to take away my valuable account, I think I deserve to see the specific contractual language that you are relying on to do so...

**Forge of Empires - Customer Support 2020-06-05 09:45:29**

Hello TwoCents,

thank you for your answer.

Our Terms and Conditions (Art. 12.3)  as well as our Game Rules clearly state that we do

not accept any publications that the Forge of Empires Team considers illegal, insulting, offensive, threatening, abusive, real-life-aggressive, sexually explicit, pornographic (including, but not limited to drawings and animations), profanity, politically extreme, religiously fanatic, endangering youth, racist, playing down the use of illegal drugs or alcohol, or promoting the use of said substances or in any way inappropriate.

The content that you have confronted us various Support Request and also addressed to players in the game was content that has violated both, our Terms and Conditions, as well as our Game Rules.

Therefore we are entitled to remove the access to your account and cancel the contract that you had with us. A contract cancelation results in the account we offer to be banned.

Kind regards,

Fiene
*Team Lead Community Management*

**You 2020-06-05 15:02:27**

(1) You have yet to establish that I agreed to the Terms and Conditions. Remember I started my account while your game was still in its Beta phase and do not believe that I re-agreed to the Terms at any time.

(2) If I did agree to the Terms and Conditions, a contract binds both parties. I gave up my right to act in any manner I please IN EXCHANGE for your agreements on certain issues:
Article 12.3 states:
-duplicating or making publicly accessible an image of another person without the relevant person's written approval; (is prohibited)
Article 13.3 states:
- If we become aware of illegal content or content pursuant to Art. 12.3, such content will be removed immediately.

You became aware that people were duplicating and making publicly accessible an image of me without my written approval in July 2016. I wrote and reported via the appropriate channels DOZENS of times, and yet you failed to comply with your obligations under our contract. Therefore you materially breached the contract which I timely notified you of also on dozens of occasions. Once you breach your obligations you have relieved me of any further obligations under the contract... therefore I wasn't subject to Art. 12.3 at the time of my banning and you had no legitimate standing to ban my account.

(3) As noted above, I wasn't subject to the game rules due to your material breach, BUT even if I were, The game rules state that:

"INNOGAMES does not accept any publications that the Forge of Empires Team considers illegal, insulting, offensive, threatening, abusive, real-life-aggressive, sexually explicit, pornographic (including, but not limited to drawings and animations), profanity, politically extreme, religiously fanatic, endangering youth, racist, playing down the use of illegal drugs or alcohol, or promoting the use of said substances or in any way inappropriate."

that is an obligation on Innogames and is an affirmative duty on your part. It says nothing about my obligations which are identified with phrases such as:
It is forbidden to use inappropriate names
It is not allowed to play accounts for commercial purposes
A player is not allowed to knowingly take advantage of bugs.

I noticed that you conveniently left off the actual subject of that rules sentence you pointed out to me indicating it is a duty on InnoGames's part, that type of behavior illustrates that you are already aware of

the problems with that rule as written and simply want to use it anyway to try to force me to capitulate to punishment and an illegal taking of my property. I won't. What you have done here is neither legal nor authorized by contract. Please stop and allow me access to my account again.

### Forge of Empires - Customer Support 2020-06-08 02:05:38

Hello TwoCents,

thank you for your reply.

You have reported the sharing of pictures of yourself in the chat on November 27, 2016, while the actual sharing happened, according to your report on July 25, 2016 or July 26, 2016.

We take the privacy of our players very important and would have been able to act on the case the moment it happened. However we haven't received the report on time. 4 Months later we aren't able to identify who has shared what in any of our channels, as all messages have been deleted by the systems by that time.

We are sorry, that a picture of yourself have been shared in the chat, as we do understand that this violated your privacy rights.

However, we have never received a message from you, that you are withdrawing from your contract with us.

Kind regards,

Fiene
*Team Lead Community Management*

### You 2020-06-08 02:58:15

That's not true. I ALSO reported people in the chat on July 25th, and I have screenshots to prove it.

### You 2020-06-08 02:59:47

I don't have to message you that I am WITHDRAWING my contract. A withdrawal is a cancellation, which is different from my notifying you of a material breach of contract. It's a legally recognized difference as I posted in my above link.

### You 2020-06-08 03:14:34

I have played your game since Beta Phase (pre 2012). I have two brother in laws, 3 nephews, a husband, two kids, and countless friends who play this game and whom I have recruited. I had a dozen worlds, and had no problems in any of those worlds for all those years. You allowed one of your moderators to steal my photograph and transmit it to strangers. You allowed players to come along to sexually harass me, you refused to enforce the rules against them, even though they were continually transmitting my copyrighted photograph and insulting me on a daily basis over it. AND THEN, you allowed your US Community Manager to make up special rules just for me to follow in an effort to get me to capitulate to the abusers... I told you on numerous occasions this was occurring. I BEGGED to speak to someone higher than Panacea. I emailed your company. And you allowed your Community Manager to keep pushing me to my breaking point... putting on chat bans and other "special" punishments she made up for me. Exactly where does that sound like I was the one who did something wrong?

### You 2020-06-08 03:27:04

My dad and brother at one point played this game... do you really think I wanted my father, my brother, my husband, and two of my sister's husbands to see people calling me a "slut" and "psycho whore" on a daily basis while you guys did nothing about it?

### Forge of Empires - Customer Support 2020-06-08 04:09:00

Hello TwoCents,

thank you for your reply.

Please let us know, when you have reported the message for the first time. We can only find a report from November 2016. Please also let us know, which player had shared these images, so we can investigate this as well.

The same goes for the mentioned insults as well. If you let us know, when those happened or which players may have been involved we may be able to investigate this as well.

Thank you.

Kind regards,

Fiene
*Team Lead Community Management*

### You 2020-06-08 05:14:32

(1) You have made several assumptions that are not correct and I would like to correct them now.
(a) I did report the players involved dozens of times for gender harassment, before, during, and after the

photo incident. I specifically reported Me38Mag and DrowsyDragon were referring to me as D12UNK OR Drew and making people think that I was that specific male player. They told my friends that I was a man, and was just pretending to be a female to play for sympathy. I clicked "report player" and reported using the words "gender harassment" for several weeks before they manipulated me for my photo and nothing was done to prevent them from continuing with their behavior. (See ticket titled "Moderators being biased and sexist 1.3 01/09/2019" for further information).

(b)When they used your game to manipulate me out of my photo, they targeted my friends to stop playing or assisting me in the game play. I specifically reported everyone on my chat screen involved for "offensive and rude behavior." This included Me38Mag, GenSmoky(a long-time friend from another world who was being targeted as above to no longer assist me), Rigenator (who actually was on my side) and other players. I did not use the phrase "extortion and exploitation of my gender" because at the time I wasn't AWARE of the scam. I thought they legitimately thought I was a man and that I "proving" to them that I wasn't. It wasn't until later that I was told that they knew I was a woman all along and were just targeting me.

(c) At that time, I sent the photograph to just GenSmoky because I trusted him as a neutral third-party. I sent a link to it via whisper. GenSmoky is prepared to testify in court that he did not distribute the photograph, but that he did use the "report" feature in our whisper.

(d) it is my contention that your moderators should have recognized the sex-discrimination that was occurring and ban the people involved. And, in fact they DID recognize it and acted not to stop it, but to support it by: independently opening the link made available to them via the reported whisper, screen-shotting it, and then using a different account to send the new link to Me38Mag, DrowsyDragon and others. Your moderators covered up the reports I made or simply disregarded the behavior taking place.

(e) The next day after I sent GenSmoky a link to the picture, people were laughing about the photograph in global chat (Me38Mag, DrowsyDragon, TommyV and others). I reported these people via the chat feature. I believe I reported them for "offensive behavior"... again your moderators failed to recognize and/or encouraged the sex-discrimination taking place.

(f) These players spent the next few YEARS posting the link to my copyrighted photograph publicly in their guild chat. They sent the link to every new member who joined the Space Balls guild. I reported every single new member of Space Balls. I reported every single person who insulted me in global chat over the photograph.

(g) it wasn't until November 2016 that I thought to put in a TICKET saying that they were transmitting my photo without my permission, but that was not the first REPORT that your moderation team received. In fact, I even emailed your main-office to report the ongoing and continual gender-discrimination.

(h) These players continued to transmit my photograph and I continued to report it until as recently as January 16th 2019, when I reported Caon64 (who wasn't even playing in 2016) for stating publicly in Global Chat that he had seen and distributed the photo himself. I've included a link to that conversation that Panacea ignored and did not sanction Caon for.

(2) I reported your breach of contract to you as early as
07/16/2016 in a ticket titled "How Do I Report Game Moderators for Inappropriate Bias?" where I said that: "I had been targeted by a particular guild for "reporting" in a manner that I feel rises to

harassment." In addition I pointed out inappropriate behavior from your moderation team when they "leaked" information to a player about my 8 year old son's account... in particular that he was a child and related to me.

11/27/2016 in a ticket titled "Game moderators not responding to tickets" I stated that the moderators were doing things that were not in our terms or service or contract.

07/06/2017 in a ticket titled "Failure to answer this issue from earlier this year" where I said that the moderators "freely break or abuse game rules as it suits them."

12/12/2018 in a ticket titled "Denial of Service" stating that I was being denied service based upon the moderators breaking the rules/contract.

01/24/2019 in a ticket titled "B-Radley Maximus - spamming global chat" I specifically stated that we had a mutually binding contract and I felt your company was "in bre[a]ch of the contract you created," and that continuing to breach the contract made it null and void. [in fact it doesn't make the contract null and void, I am still entitled to sue you for damages for your failure to uphold the contract based upon the law].

02/03/2019 in a ticket titled "B-Radley Maximus - insulting behavior 3" I again notified you that you were in breach of our contract.

- In fact, these are just some of the numerous times that I notified you that you were unfairly applying the game rules, and not enforcing them against others. A quick search of my tickets indicated 467 times (give or take the time my language was parroted back to me).

(3) As I stated, Panacea was simply not interested in enforcing the game rules against players engaging in sexual based discrimination. In fact she wasn't even AWARE that this was specifically against the terms of service until I pointed it out to her. (See "ticket 01/14/2019 titled: Question regarding previous ticket" in which she stated: Hello TwoCents,We do not give out answer to questions such as these. This may be taken out of context. THERE IS NOT A RULE WHICH ADDRESSES SEXISM DIRECTLY which is what led to the answer you received." ... it is in your General Terms and Conditions and your Community Manager wasn't even aware of it. Additionally Panacea told me that because SHE had not been the victim of sexism, she felt that it didn't exist in the game at all... (Ticket 02-12-2019 Caon64 - insulting behavior 1.2).

(4) Your company as stated above, breached our contract. I was under no obligation to continue my responsibilities under the contract.

### You 2020-06-08 05:23:48

As to your question about the insults... I have over 1,000 screenshots of insults against me. I dutifully reported each one at the time I took the screenshot. It will require too much effort to identify each one, but I will try to attach 5-10 tonight.

I am in law school and have class tomorrow. It is 2:23am here. Your customer service is inconvenient to say the least..

Exhibit 10 – Forge of Empires Support Tickets: TwoCents Submitted by Plaintiff Penny Quinteros
Case: 19-CV-1402 RSM - 1414

**You 2020-06-08 05:53:53**

Sorry apparently I've reached my "attachment limit"

**Forge of Empires - Customer Support 2020-06-10 02:05:35**

Hello TwoCents,

thank you for our reports.

Unfortunately the attachements only show blank images without any content.

We will investigate the mentioned cases as best as possible, which may not be fully possible after this time, as a lot of data is not present in our systems anymore.

However we will investigate the mentioned players. But we will not be able to provide you with any information about these players, and possible actions taken on their accounts, as this would violate Data Protection Regulations.

Thank you for your understanding.

Kind regards,

Fiene
*Team Lead Community Management*

**You 2020-06-10 02:08:30**

If the attachments only show blank images, it is because your system is incorrect.

I don't need you to "investigate" the other players. I need you to recognize that you breached our contract first. Because of your breach, I wasn't subject to the limitations that you are stating caused my ban.

**Forge of Empires - Customer Support 2020-06-11 11:20:52**

Hello TwoCents,

thank you for your reply.

I am sorry, but we are unable to answer your request and can't provide you with the wished statement.

Exhibit 10 – Forge of Empires Support Tickets: TwoCents Submitted by Plaintiff Penny Quinteros
Case: 19-CV-1402 RSM - 1415

Our Customer Support is only able to handle requests related to our game Forge of Empires, that are related to:

- game related questions
- problems with other players
- technical support
- payment problems
- ban appeals


We have communicated the reason for the ban of your account with you and the reasons why we will not lift the ban again.
We are not able to discuss any legal matters with your or provide you with information about our internal processes.

To have those answered, please get in touch with the appropriate legal channel. This also includes discussion about reports from your side, that haven't been addressed properly in your opinion.

Thank you for your understanding.

Kind regards,

Fiene
*Team Lead Community Management*

## You 2020-06-11 15:00:10

This is a ban appeal, therefore it is strictly within your wheelhouse. I haven't asked you any legal questions. I've communicated to you, the reason for my ban was inappropriate therefore it should be removed. You are the "Team Lead Community Management" this is apparently your decision based upon your stated rules.

It's not even a difficult decision on your part. You can clearly see that Panacea unfairly applied the rules to target me. She was obligated to apply those rules fairly. That's what I'm asking you to do now.

Please review that last ticket where you said that I had been "warned" about receiving a permanent ban. Please review what Stephenson actually warned me about and determine if that is something I violated. He told me not to VERBALLY ASSAULT anyone or I would be banned... You have a good grasp of the English language, please tell me how it would even have been possible for me to achieve a "verbal assault" of any of the moderators.

He warned me not to do a thing, I NEVER did that thing, and yet I was still banned... how is that fair?

**You 2020-06-11 15:11:32**

What Panacea did was punitive, not preventative. She wasn't trying to keep me from breaking the game rules, instead she was trying to hurt my feelings by keeping me away from my friends, husband and kids. That's why she specifically targeted Jaims and Yorkton.

Obviously the behavior that supposedly caused the ban would not reoccur, unless you also plan on tormenting me over my gender for 3 years. And to say that you're protecting people within the game is also farcical. I've been freely allowed to make as many accounts there as I want to continue "insulting" them if that was my desire or goal.

My desire has always been to stop them from harassing me. Once Panacea proved she wasn't going to do it, I had to resort to self-help methods. If you're taking a more active and balanced hand, then there is no reason to keep me banned.

**You 2020-06-11 15:33:25**

Look at it this way... I've proven that I can play this game without incident for years over multiple worlds. The people who were targeting by excessively reporting me haven't proven that at all. I have no doubt they've continued to receive reports about their behavior from other people.

I'm a skilled and purposeful player. My desire is not to sit in chat all day, but to play GvG. Perhaps as a test you could allow me back into my TwoCents account with a global chat ban on the world of Jaims. You have new tools available to you now that can prevent an endless stream of insults back and forth. The only thing is, please be aware that I won't tolerate these other players insulting me, if I'm not allowed to respond.

**Forge of Empires - Customer Support 2020-06-15 11:36:56**

Hello TwoCents,

Thank you for your message.

For your request regarding Fiene's decision about your account punishment, she already responded to that one:

- ***Fiene***: *"We have communicated the reason for the ban of your account with you and the reasons why we will not lift the ban again. "*

We have also checked the previous tickets as you requested, but concerning the warning from Richard, it seems he was simply trying to reach an agreement to ensure that our support team would not be treated with disrespect:

- **Richard**: *"I look forward to hearing your agreement. Until then, I hope you have a great couple of days."*

After his last message, you wrote to him:

- *"well, I'll wait to hear from you on the matter of respecting me **you stupid mother fucker.**"*

Finally, for players who are using the chat to provoke and insult, there are different ways to deal with this. Those players can be muted in-the game (with 'ignore' feature) and reported. Please, remember that any potential breach of rules should be analyzed by our support team, as we are here to also prevent any in-game abuse. We do not recommend to fight fire with fire, as responding any insult with another insult doesn't solve anything.

We truly hope you understand.

Kind regards,

Diego
Community Management Specialist
InnoGames GmbH

## You 2020-06-15 11:39:31

I actually don't think Fiene responded to me. I asked her what the reason for the ban was, she said I was warned repeatedly to stop doing something "insulting moderators" but I was never warned to stop insulting moderators.

Richard wasn't trying to get an agreement to treat the support team with respect. He was trying to get an agreement so that I would not verbally abuse the support team. It's impossible for me to have violated that agreement. As none of my language was either verbal nor constituting assault.

"Provoking and insulting" are not against your game rules. Why would you mute anyone for those things?

## You 2020-06-15 11:41:20

I appreciate that you don't think "fighting fire with fire" solves anything, but I think it solves a great many things and would appreciate your not putting your false-psychological beliefs upon me.

## You 2020-06-15 12:05:03

Also, if you'd please examine that "warning" Richard gave me. He said that he would remove my access to support, not permanently ban my account. He never indicated my game account was in jeopardy (for "verbal assault" which I've never done).

**Forge of Empires - Customer Support 2020-06-18 14:04:09**

Hello TwoCents,

Thank you for your response.

In his first message Richard mentioned:

"If you verbally abuse any member of this team again, via support or otherwise, we will remove your access to support, and impose sanctions on your game account".

Regarding your ban, Fiene answered as following:

"Your account will not be unbanned. You have severely insulted players and also our support team, which we will not tolerate.

You have been warned before the ban has been applied to your account, that this action will be taken. The decision will not be revoked. "

And specified further with:

"Our Terms and Conditions (Art. 12.3)  as well as our Game Rules clearly state that we do

not accept any publications that the Forge of Empires Team considers illegal, insulting, offensive, threatening, abusive, real-life-aggressive, sexually explicit, pornographic (including, but not limited to drawings and animations), profanity, politically extreme, religiously fanatic, endangering youth, racist, playing down the use of illegal drugs or alcohol, or promoting the use of said substances or in any way inappropriate.

The content that you have confronted us various Support Request and also addressed to players in the game was content that has violated both, our Terms and Conditions, as well as our Game Rules.

Therefore we are entitled to remove the access to your account and cancel the contract that you had with us. A contract cancelation results in the account we offer to be banned. "

If anything is unclear or you have any other questions, please let us know.

Kind regards,

Melany Eshuis
Community Management Specialist
InnoGames GmbH

## You 2020-06-18 15:55:18

(1) You have yet to establish that I was at all subject to the terms and conditions. As I said above which you are ignoring. Please don't quote rules to me until you prove that I am subject to those rules.

(2) EXACTLY my point! Richard Stephenson wrote that I was not allowed to VERBALLY ABUSE the team. Since I have never verbally spoken with the team, this couldn't serve as a warning for what eventually occurred. I have never and will never "verbally abuse" any member of the support team. If Richard Stephenson wanted to tell me to stop writing insulting messages, he could have and SHOULD have used that phrase. I cannot be held responsible to guess what he might've meant, only what he actually communicated to me.

(3) I was NEVER warned that my game account was in jeopardy. Please post exactly where you think I was warned about that in my ticket with Richard Stephenson, because it DID NOT HAPPEN!

## Forge of Empires - Customer Support 2020-06-19 08:09:03

Hello TwoCents,

Thanks for your message.

Please don't quote rules to me until you prove that I am subject to those rules.
Upon registering an account in one of our games, you consequently confirm to have read and accepted our terms and rules. As soon as you insult another player, you neglect the rules you've agreed to follow.

I was NEVER warned that my game account was in jeopardy.
As explained before, you have severely insulted players and also our support team members.

Should you have any other questions, feel free to return this message.

Kind regards,

Diego

Exhibit 10 – Forge of Empires Support Tickets: TwoCents Submitted by Plaintiff Penny Quinteros
Case: 19-CV-1402 RSM - 1420

Community Management Specialist
InnoGames GmbH

**You 2020-06-19 14:36:38**

(1.) As I stated above, I registered my account when the game was in its beta phase. Before live game-play (even before there were great-buildings). I didn't agree to any rules. I took an absence from the game, a system of terms and conditions popped up, I exited not agreeing to them, when I came back in the terms and conditions screen was gone. Your system does NOT require every player to agree to the terms and conditions, so please don't rely on "it's our process" to prove I was subject to those rules. Actually look at your system logs. Did I EVER click the box saying that I would agree to those terms and conditions? Plus, even if I did, your material breach of that contract would've relieved me of all responsibility further under those rules.

(2) I was NEVER warned my game account was in jeopardy. My game account was banned not for insulting players, but for "insult[ing]... our support members." Richard Stephenson did not warn me regarding "insulting support members." He specifically used the phrase "verbal assault" over and over. If Stephenson meant "stop insulting our support members OR I'll ban your game account" then that's what he should've said. HE DID NOT SAY THAT. Here is the quote you're relying on:

"If you verbally abuse any member of this team again, via support or otherwise, we will remove your access to support, and impose sanctions on your game account"

Is ENGLISH a second language for all of your moderators?

... He specifically said that he would ban me from SUPPORT for verbal abuse...
Verbal: adjective
"expressed in spoken words; oral rather than written"

I couldn't have violated his special rule he was adopting because I never used oral communication. It's impossible.

... Furthermore he said that he would BAN me from support but ALLOW my game account to continue.
Sanction: noun
"authoritative permission or approval as for an action."
"something that serves to support an action, condition, etc."
verb
"to authorize, approve, or allow:
"to ratify or confirm"

Richard Stephenson promised he would allow my game account to continue and just ban me from support if I verbally abused someone. But that isn't at all the actions he actually took. Are you trying to tell me that I don't deserve a warning before losing my account of 7 years worth close to $10,000?

Exhibit 10 – Forge of Empires Support Tickets: TwoCents Submitted by Plaintiff Penny Quinteros
Case: 19-CV-1402 RSM - 1421

**You 2020-06-19 15:55:19**

"As explained before, you have severely insulted players and also our support team members."

Please stop saying that my game account was banned because I "severely insulted players." That is not true. My game account was not banned for that. It's a moot point.

**You 2020-06-20 03:13:33**

Can you not find it in your heart to have a little sympathy for me? I was sexually harassed for years, and your moderator targeted me to try to get me out of the game. I sent so many polite messages to her and she rudely dismissed them so that I didn't have anyone to turn to. Eventually I just snapped.

I'm not a danger to anyone in this game... even before my ban I hadn't been engaging with the players who were constantly insulting me for months.

If I wanted to go insult those people, I could've done it repeatedly over the last 18 months. There has been nothing stopping me from making new accounts to "severely insult" the support team or the players if that was my goal. I'm not going to get bored and go away, so the best strategy would be to let me have my valuable account back so I have an actual reason to stay on good behavior.

**You 2020-06-22 05:51:40**

I have somewhere around 18,000 hours of game-play on this game. Of which I estimate 17,980 hours were played without any problems. That's a 99.9% rate of good behavior to a .1% ratio of bad behavior. The problem that occurred was not my fault I just got swept up in it and eventually after years of it I let my emotions get the best of me.... 1/1,000th of the time I spent here. Your system is set up to overly-penalize long-term players more than short-term players. You get a ban in 1 year and those "points" never go away. Eventually all your long-term players will be banned out of the game, because no one can respond perfectly in every situation. So what looks to you like egregious behavior just looking at the negative stuff, is really long stretches of great behavior, interrupted by very short stints of not-great behavior.

**Forge of Empires - Customer Support 2020-06-29 02:57:24**

Hello TwoCents,

thank you for your response.

I am sorry, but your account will not be unbanned. We are sorry that you have experienced insults and provocations within our game, but this doesn't mean that you are being allowed to insult our Support Staff.

We have mentioned in previous conversations, that continuing to insult us will result in your game account being banned. We have given you a last warning, but you didn't want to stop your behavior but continued. We will not tolerate such a behavior. Therefore the ban will not be lifted.

You have knowingly taken the risk of your account being permenantly banned.

Kind regards,

Fiene
*Team Lead Community Management*

### You 2020-06-29 03:13:22

I'm sorry, but that's not true. I was told not to "verbally assault" players....

You seem to be asking me to read Richard Stephenson's mind and give him the benefit of the doubt, but I was under no obligation to do so. I did exactly what he said. EXACTLY. If he wanted to ask me to stop insulting the moderators then he should've said "stop insulting the moderators."

### You 2020-06-29 03:21:28

I really mean it... are you not understanding my point for some reason because of language difficulties?

Verbal abuse does not mean the same thing as insulting, but you keep saying I was warned about insulting the moderators. I was never warned about that issue...

The moderator asked me not to verbally abuse people and I have not. If you want to ask me to stop insulting moderators, then you should give me my warning on that issue now, and reopen my game account so that I can comply.

### You 2020-06-29 03:22:15

Do I have to wait another 10 days for an answer again?

### You 2020-06-29 03:25:48

Please address the above points:

(1) I registered my account in beta-phase and you have yet to establish that I was subject to the rules you're trying to hold against me.

(2) I was never warned my game account was in jeopardy. I was told my moderator support would be banned and my game account would be allowed. This isn't what happened.

Don't I deserve a fair, straight-forward warning or is that reserved just for the men?

**Forge of Empires - Customer Support 2020-07-03 09:29:38**

Hello TwoCents,

thank you for your reply.

Your account has been permenantly banned, because you have insulted and offended our support team via our ticket support.

You have been informed about the consequences in our support ticket from February 13, 2019. Unfortunately the insults didn't stop, which is why we have applied the mentioned consequence.

Insulting someone in a support ticket counts for us as verbally abusing someone, as this simply means that you have insulted us with words, which can also be delivered in written form.

Thank you for your understanding.

Kind regards,

Fiene
*Team Lead Community Management*

**You 2020-07-03 12:55:54**

"insulting someone in a support ticket counts for us as verbally abusing someone"...

I think I deserved a fair warning that my valuable account was in jeopardy, not one that had a mysterious translation only known to the Forge of Empires support team...

Verbal means spoken or oral communication in English, that is what he warned me about. If he wanted to tell me not to insult someone, he had plenty of opportunity to do so after I told him that I had never verbally abused anyone since I had never spoken to anyone in the game. He again insisted that "verbal abuse" was what he was talking about.

**Forge of Empires - Customer Support 2020-07-06 05:22:31**

Hello TwoCents,

thank you for response.

You have received a fair warning via support and you have also reacted to them. The warning therefore was valid.
The ban will not be revoked.

Kind regards,

Fiene
*Team Lead Community Management*

### You 2020-07-06 06:35:16

I did NOT receive a fair warning. It wasn't intelligible. Further, the man never told me he would BAN my game account. He said he would "sanction" my game account. Sanction does NOT mean BAN in any language.

Even your own rules indicates punishments can be, "Please be aware that in-game items can be removed from an account as a punishment,"... how was I supposed to know that a "sanction" meant all-out-permanent-ban of your game account? I can't read Stephenson's mind.

### You 2020-07-06 06:36:41

You keep saying, "it was fair, it was fair"... but PROVE it. Point to unambiguous language that I don't have to guess at the meaning. Show me where he said, "your game account will be permanently banned if you insult the moderators again."...... HE NEVER SAID THAT.

### You 2020-07-06 07:27:03

I really need to email you in real time, or call you in real time or something. This is just ridiculous. Why don't you skype me or Discord me or something?

You closed this ticket before I could respond:
Hello TwoCents,

thank you for your replay.

As the original inquiry has been handled and the discussion about the ban of your game account is being discussed in another ticket, we ill close this one to ensure a better overview of your questions.

Exhibit 10 – Forge of Empires Support Tickets: TwoCents Submitted by Plaintiff Penny Quinteros
Case: 19-CV-1402 RSM - 1425

We however will answer to your questions:

1. If my account had been banned for insulting the support team, why didn't you just ban me from support and leave my game account open? Wouldn't that have resolved the issue? You banned me from the game not to protect the support-team but in retaliation and anger over hurt feelings, and that's not fair.

As part of our community we need to ensure, that you are able to contact the Customer Support in case of questions. Banning someone from this therefore was not an option that we wanted to take. Our Terms and Conditions also apply to all communication, including the support tool. Insulting in tickets is therefore as unwelcome as in the game itself. We have also warned you about the consequences of your actions beforehand and you would have been able to prevent this outcome.

2. I was not warned of the consequences. He never said my game account was going to be banned. Warnings of that nature should be clear and unambiguous.

We have repeatetly informed you about changing the way you address members of the Support Teams or we will place sanctions on your game account, which we have done.

3. Mysterious translations of generally known words known only to the Forge of Empires Support team are not a clear and unambiguous warning since I'm the one reading them.

Please eloborate on this. What kind of 'Mysterious translations' do you mean?

Kind regards,

Fiene
Team Lead Community Management

-- The word "sanction" means to allow or permit. The canons of textual interpretation for ambiguities in the English Language indicate that when there are two words in a sentence and one interpretation makes the second word redundant, that word should be interpreted to mean the non-redundant phraseology. It's called the "Rule Against Surplusage."

-- Therefore when Stephenson said he would "ban your support and sanction your game account." It was impossible that he meant "ban your support and ban your game account," because it would have made the word "sanction" redundant in its contronym meaning.

--IF I had actually known he was going to permanently BAN my game account. I NEVER would've talked to the man again. He never told me that he was going to ban my game account, and I never had the impression that's what he meant. Obviously, I love TwoCents and would die to keep her. I would never

have jeopardized her. I sincerely thought he was just going to ban me from support, which is what he said -- and frankly being banned from support would've been for the best since apparently no one on your side of things believes a word I say anyways.

### Forge of Empires - Customer Support 2020-07-09 02:12:57

Hello TwoCents,

thank you for your response.

You have received multiple warnings from our side. We have made clear to you, that we will not tolerate further offenses and insults in our direction. You didn't stop but continued with your inappropriate behavior.

We have all means to take the necessary actions in order to protect our players and our support staff from further abuse. In thise case by placing a permanent ban on your account. The ban is valid and will not be lifted.

Kind regards,

Fiene
*Team Lead Community Management*

### You 2020-07-09 03:38:07

Your company is currently represented in a lawsuit against me by a lawyer. If you continue to respond to my tickets, please be aware that I will use the information you say to me for my own purposes in court.

I NEVER received a warning that my game account was at risk of being banned. No matter how many times you say "you have received multiple warnings" it doesn't make it true.

You aren't protecting anyone. You are exposing your company to legal liability for gender-bias.

### Forge of Empires - Customer Support 2020-07-15 03:21:32

Hello TwoCents,

thank you for your reply.

Should you have any other questions regarding your account please let us know.

Kind regards,

Exhibit 10 – Forge of Empires Support Tickets: TwoCents Submitted by Plaintiff Penny Quinteros
Case: 19-CV-1402 RSM - 1427

Fiene
*Team Lead Community Management*

## You 2020-07-15 03:32:08

Yes, here is my question. You stated, "We have all means to take the necessary actions in order to protect our players and our support staff from further abuse. In thise case by placing a permanent ban on your account. The ban is valid and will not be lifted."

How does allowing me to contact you through support, and play in Forge of Empires with baby-accounts I have no connection or feel any loss for if they're banned protect your players or support staff?

## Forge of Empires - Customer Support 2020-07-21 02:20:20

Hello TwoCents,

thank you for your reply.

Since the ban of your account TwoCents you have stopped offending and abusing our Support Team via the Support system. This didn't happen, even after we asked you multiple times to stop it.

Should you start insulting players and our Support Team again, we will take the same actions again.

Kind regards,

Fiene
*Team Lead Community Management*

## You 2020-07-21 03:43:43

First, I did never "abuse" your moderators, that's a different word that you should stop using because it causes confusion.

The reason I stopped insulting your moderators was because I filed a lawsuit in order to resolve this in court...Since you all impertinently will not listen to me or believe a word I said, I had no choice. It had nothing to do with the ban. I'm not sure that your goal as a Community Manager should be to embroil your company in complicated and drawn out lawsuits....

I hadn't insulted anyone in your game for over a year with TwoCents BEFORE I was banned... so logically, the ban had nothing to do with my insulting or not insulting anyone in the game.

The bottom line here is that the word "sanction" COULD mean a permanent ban... or it COULD mean muting my game account, or it COULD mean a temporary ban, or it COULD mean taking away one of my great buildings. or it COULD mean to ALLOW my game account... it could mean a thousand things...

... a long-term player who has spent thousands of dollars on this game deserves more than a wishy-washy statement that could be read any number of ways. I DESERVED an exact warning, I've been a loyal and long-term patron of yours for years.

### You 2020-07-21 04:02:59

Just a point of clarification also... I was never once asked to stop "offending" your moderators.

### Forge of Empires - Customer Support 2020-07-24 09:35:45

Hello TwoCents,

thank you for your reply.

Your game account has not been banned permanently because you have insulted other players in the game, but our Support Staff. We have warned you that further insults will not be without consequences.

Kind regards,

Fiene
*Team Lead Community Management*

### You 2020-07-24 12:50:38

Look... here is my point in black and white:

Richard Stephenson on January 7, 2019 - only a month before my game-ban - In a ticket titled "Moderator being biased and sexist 1.3"

"As you know, not all reported messages lead to sanctions, and not all sanctions lead to bans."

I did not receive a fair warning because I was told that Richard Stephenson would "sanction" my account, not that he would permanently ban my account.

---

### Reply



## Attachments

Caon I've seen the photo.png                    2020-06-08 05:16

Panacea admitting she saw the report of caon and d    2020-06-08 05:16

2C is a tranny.png                              2020-06-08 05:33

xxTheDukexx insulting me saying my husband likes p    2020-06-08 05:35

Max Bowner ranting at me.png                    2020-06-08 05:53

# View ticket

# Administrator Warnings

**You 2020-07-21 03:57:32**

Please... you closed my tickets without responding to my question. I asked for a list of all the Administrator Warnings (where it sends out a message to your in-game account saying "An administrator has found your behavior to be offensive..." [or something of that nature]).

I don't really care what Richard Stephenson said to me in the heat of the moment at 1am. It was entirely inappropriate for him to respond like he did, particularly since he was one of the men sexually harassing me.

**Forge of Empires - Customer Support 2020-07-21 05:16:09**

Hello TwoCents,

Thank you for contacting the Forge of Empires Support Team.


I will pass this to the relevant person dealing with your tickets.

Exhibit 10 – Forge of Empires Support Tickets: TwoCents Submitted by Plaintiff Penny Quinteros
Case: 19-CV-1402 RSM - 1430

Thank you for your patience

Kind regards,

Lady Marlena
Community Manager
Forge of Empires, US & EN

### Forge of Empires - Customer Support 2020-07-24 09:37:16

Hello TwoCents,

thank you for your reply.

We have forwarded you all the warnings that have been applied to your account, as well as the warnings that you have received via ticket as well.

Please provide us with more information when our employee Richard has sexually harrassed you.

Kind regards,

Fiene
*Team Lead Community Management*

### You 2020-07-24 13:51:58

You only gave me the bans, not the administrator warnings.

As to the other issue:

Richard Stephenson gaslighted me. He tried to make me think that my concerns over moderator biased were "all in my head" or due to some mis-perceived "life experiences," and he acts as if I was in some way crazy, delusional, or unreasonable. Because of his misconceptions, he stonewalled me so that my actual concerns about discrimination by your moderation team got brushed aside and did not reach Inno-Games management. He ignored and belittled my concerns. Go read the full tickets I am listing here. You'll see what I mean.

I sent the man a detailed explanation of my concerns and this is his answer to me:

Title: Moderator being biased and sexist 1.3"
Date 01-08-2019 05:29:20
"To keep my response succinct. You are not being held to special rules, merely the same rules as any

other player. I can appreciate your life experiences may lead you to draw a different conclusion, however, it simply isn't the case."

(It wasn't my "life experiences" leading me to draw the conclusion that I was being held to special rules, it was the fact that your game managers were banning/muting me for saying "don't buy goods from this person..." But Stephenson "mansplains" it to me by saying "it simply isn't the case." It is dismissive and arrogant and sexist to claim that my "life experiences" somehow make me unable to see "reality.")

Date: 01-08-2019 05:29:20
"The reality is simple. Your insistence in using the support system in the manner you've grown accustomed to is merely harming your cause."

(I'm telling him of overt gender discrimination and he's telling me that in "reality" I should stop complaining so much.)

Date: 01-08-2019 06:56:20
"Alright, I can't say I didn't try to reason with you. I appreciate your time, and I'm sorry that you're unable, or unwilling, to have a reasonable conversation about your issues.
Take care.
Kind regards,
Richard Stephenson"

(I am a well-educated woman with a master's degree in writing, and the man is acting like what I sent him wasn't "reasonable"... It was a well-reasoned and detailed report of the discrimination your company was ACTUALLY engaging in and he's brushing it off like it's just all in my head. I'm an employee of the United States Government (former now) - I was admitted to and have a perfect standing in law school... The only reason that he sees my communications as "unreasonable" are because of his innate misconceptions about me.)

Date: 01-08-2019 07:09:14
"TwoCents -
Well, I am a reasonable person. I'm smart, educated and generally well-mannered. I do however find your above statement to be very insulting."
(He closed the ticket without even responding. Highlighting what I said above that... my concerns were being sneered at and ignored.)

Ticket: "Enamiccug - taking advantage of your systems"
Date: 12-18-2018 00:57:34
TwoCents: ...Although I've reviewed ALL of your moderators statements, you always keep referring to the ability to speak in GLOBAL chat having been taken away. You state that I'm able to play the rest of the game as-is, but that's not true. You also removed my ability to whisper people and to speak in guild chat which prevents me from rallying defense...

Date: 12-18-2018 06:11:33
Hello TwoCents,
Thank you for bringing this matter to our attention. We appreciate all players that help the Forge team to keep our game running without rule breakers. {PLAYER_NAME}, I will investigate and take the appropriate action(s) if I find rule breaking.
Kind regards,
Richard Stephenson
Community Manager

Ticket: Panacea - breaking your own rules
I sent in a detailed statement showing how there were "special rules" being applied to me.

"Hello TwoCents,
Thank you for bringing this matter to our attention. We appreciate all players that help the Forge team to keep our game running without rule breakers. {PLAYER_NAME}, I will investigate and take the appropriate action(s) if I find rule breaking.
Kind regards,
Richard Stephenson
Community Manager"

(The man refuses to actually read any ticket I send in, and just closes everything with a generic script that doesn't even apply).

Ticket: "Report Your Community Management"
Date: 02-12-2019 22:04:19

TwoCents: I have to go to extreme lengths to get an actual answer, since every single other ticket I put in had been closed without answer. I tell Richard Stephenson that he is trying to silence me, that he doesn't answer when I have actual concerns or speak nicely, therefore I have to speak in a rude way in order to get any sort of response.

Richard Stephenson:
"I have at no point treated you with disrespect in any of our correspondence. Once again, this isn't discrimination. I appreciate you perceive it as such, doesn't make it true."

(That is a bald-faced lie...he had insulted me by questioning my language as irrational, he refused to look into any issue I brought up to him, instead telling me that I shouldn't complain so much, and even here... he attributes the gender-discrimination to my "perceptions" which aren't "true."...

What makes this discrimination isn't my perceptions, it is the fact that your moderators stole my picture illegally, gave it to players in the game, directly harassed me and allowed other players to harass me

about it for years, and your Community Management spent years hiding it, ignoring and belittling my concerns, and trying to make me think I was crazy for even suggesting that you treat female players differently than male players.)

**You 2020-07-24 14:02:27**

Just read the first line of the ticket "Report your Community Management"... if he hadn't closed EVERY SINGLE TICKET I sent with an ACTUAL, POLITE, and WELL-REASONED concern then that ticket wouldn't have been sent in the way it was.

By NOT LISTENING to me, and NOT BELIEVING me, and PRETENDING MY CONCERNS OVER HARASSMENT WEREN'T REALITY... that is discrimination... and it was the DIRECT cause of the thing that got me banned, because I didn't want to take his mansplaining, dismissive, arrogantly entitled and sexist behavior any more.

Rate our helpfulness!

**Reply**



**Attachments**

This ticket currently has no attachments.

# Contents

**View ticket** ...........................................................................................................................2

How to stop Plundering ..........................................................................................................2

    **Attachments**....................................................................................................................2

**View ticket** ...........................................................................................................................3

My kids and I play from the same account ..............................................................................3

    **Attachments**....................................................................................................................6

**View ticket** ...........................................................................................................................6

Font has significantly changed ...............................................................................................6

    **Attachments**....................................................................................................................7

**View ticket** ...........................................................................................................................8

Visa Gift Cards ........................................................................................................................8

    **Attachments**....................................................................................................................8

**View ticket** ...........................................................................................................................8

Appeal TwoCents ....................................................................................................................9

**Attachments** ................................................................................................................... 10

**View ticket** ...................................................................................................................... 10

I received a systems admin warning but don't know why ...................................................... 10

    **Attachments** ............................................................................................................... 12

This ticket currently has no attachments.  View ticket .......................................................... 12

How Do I Report Game Moderators for Inappropriate Bias? ................................................. 12

    Attachments ................................................................................................................... 14

This ticket currently has no attachments.  View ticket .......................................................... 14

Missing Medals ................................................................................................................... 14

    Attachments ................................................................................................................... 15

This ticket currently has no attachments.  View ticket .......................................................... 15

Message system not working properly ................................................................................. 15

    Attachments ................................................................................................................... 16

View ticket .......................................................................................................................... 16

Diamond refund possiiblity? ............................................................................................... 16

    Attachments ................................................................................................................... 18

This ticket currently has no attachments.  View ticket .......................................................... 18

My GE map shows a hidden relic icon, but none is visible ..................................................... 18

    Attachments ................................................................................................................... 20

This ticket currently has no attachments.  View ticket .......................................................... 20

Diamonds disappeared ....................................................................................................... 20

    Attachments ................................................................................................................... 21

This ticket currently has no attachments.  View ticket .......................................................... 21

Appeal TwoCents ................................................................................................................ 21

    Attachments ................................................................................................................... 22

This ticket currently has no attachments.  View ticket .......................................................... 22

Appeal TwoCents ................................................................................................................ 22

    Attachments ................................................................................................................... 23

View ticket .......................................................................................................................... 23

Formal complaint against game moderators ........................................................................ 23

    Attachments ................................................................................................................... 24

Exhibit 10 – Forge of Empires Support Tickets: TwoCents Submitted by Plaintiff Penny Quinteros

View ticket ...........................................................................................................................................24

I haven't received a response to my initial complaints ...........................................................................24

    Attachments.........................................................................................................................................25

This ticket currently has no attachments.  View ticket...........................................................................25

Appeal TwoCents ....................................................................................................................................25

    Attachments.........................................................................................................................................25

View ticket ...........................................................................................................................................26

Still haven't received any answers to my complaints..............................................................................26

    Attachments.........................................................................................................................................26

View ticket ...........................................................................................................................................26

Game moderators not responding to tickets ...........................................................................................26

    Attachments.........................................................................................................................................29

This ticket currently has no attachments.  View ticket...........................................................................29

Appeal TwoCents ....................................................................................................................................29

    Attachments.........................................................................................................................................29

This ticket currently has no attachments.  View ticket...........................................................................30

Appeal TwoCents ....................................................................................................................................30

    **Attachments**...................................................................................................................................38

View ticket ...........................................................................................................................................38

transmitting a photography of me without my permission ....................................................................38

    Attachments.........................................................................................................................................42

This ticket currently has no attachments.  View ticket...........................................................................42

Appeal TwoCents ....................................................................................................................................42

    **Attachments**...................................................................................................................................46

View ticket ...........................................................................................................................................46

Your game doesn't work ..........................................................................................................................46

    Attachments.........................................................................................................................................47

This ticket currently has no attachments.  View ticket...........................................................................47

Blueprint swap error ................................................................................................................................47

    Attachments.........................................................................................................................................48

This ticket currently has no attachments.  View ticket...........................................................................48

Appeal TwoCents ...................................................................................................................48

    Attachments................................................................................................................49

This ticket currently has no attachments.  View ticket..........................................................49

Appeal TwoCents ...................................................................................................................49

    Attachments................................................................................................................50

This ticket currently has no attachments.  View ticket..........................................................50

Appeal TwoCents ...................................................................................................................50

    Attachments................................................................................................................51

This ticket currently has no attachments.  View ticket..........................................................51

Appeal TwoCents ...................................................................................................................51

    Attachments................................................................................................................52

This ticket currently has no attachments.  View ticket..........................................................52

Appeal TwoCents ...................................................................................................................52

    Attachments................................................................................................................53

This ticket currently has no attachments.  View ticket..........................................................53

I'm being denied service without an explanation...................................................................53

    Attachments................................................................................................................54

This ticket currently has no attachments.  View ticket..........................................................54

I need the name of the moderator who banned me................................................................54

    Attachments................................................................................................................55

This ticket currently has no attachments.  View ticket..........................................................55

Please wake up the Community Moderator.............................................................................55

    Attachments................................................................................................................56

This ticket currently has no attachments.  View ticket..........................................................56

Ban Appeal .............................................................................................................................56

    Attachments................................................................................................................56

This ticket currently has no attachments.  View ticket..........................................................57

I can't log in and I did nothing wrong. ...................................................................................57

    Attachments................................................................................................................57

View ticket ..............................................................................................................................58

Appeal TwoCents ...................................................................................................................58

Attachments.................................................................................................................................60

This ticket currently has no attachments.  View ticket...........................................................60

Appeal TwoCents .........................................................................................................................60

Attachments.................................................................................................................................61

This ticket currently has no attachments.  View ticket...........................................................61

Appeal TwoCents .........................................................................................................................61

Attachments.................................................................................................................................61

This ticket currently has no attachments.  View ticket...........................................................62

Violation of game rule Communication section .........................................................................62

Attachments.................................................................................................................................62

This ticket currently has no attachments.  View ticket...........................................................63

Please allow me to log back in, so I can report players maki ....................................................63

Attachments.................................................................................................................................63

This ticket currently has no attachments.  View ticket...........................................................63

Preventing me from doing GE! ...................................................................................................63

Attachments.................................................................................................................................64

This ticket currently has no attachments.  View ticket...........................................................64

Could you please describe how to put in an appeal of a ban f..................................................64

Attachments.................................................................................................................................65

This ticket currently has no attachments.  View ticket...........................................................65

Violation of game rule section 3: offensive behavior ...............................................................65

Attachments.................................................................................................................................66

This ticket currently has no attachments.  View ticket...........................................................66

Violation of game rule section 3: Illegal activity .......................................................................66

Attachments.................................................................................................................................69

This ticket currently has no attachments.  View ticket...........................................................69

Support Center is Broken............................................................................................................69

Attachments.................................................................................................................................71

This ticket currently has no attachments.  View ticket...........................................................71

Violation of game rule section 3: spamming .............................................................................71

Attachments.................................................................................................................................72

Exhibit 10 – Forge of Empires Support Tickets: TwoCents Submitted by Plaintiff Penny Quinteros
Case: 19-CV-1402 RSM - 1439

This ticket currently has no attachments.  View ticket.............................................................................72

Theory of Poetics ....................................................................................................................72

    Attachments...........................................................................................................................73

This ticket currently has no attachments.  View ticket.............................................................................73

Violation of game rule section 3: spamming ........................................................................73

    Attachments...........................................................................................................................74

This ticket currently has no attachments.  View ticket.............................................................................75

Violation of game rules section 3: Profanity and offensive b.................................................75

    Attachments...........................................................................................................................76

View ticket ...........................................................................................................................76

Breach of Game Rules Section 3: Profanity ..........................................................................76

    Attachments...........................................................................................................................78

This ticket currently has no attachments.  View ticket.............................................................................78

Violation of game rule section 3: Racism..............................................................................78

    Attachments...........................................................................................................................79

This ticket currently has no attachments.  View ticket.............................................................................80

Breach of Game Rules Section 3: promoting the use of alcohol .............................................80

    Attachments...........................................................................................................................81

This ticket currently has no attachments.  View ticket.............................................................................82

Breach of Game Rules Section 3: Profanity, promoting the use .............................................82

    Attachments...........................................................................................................................83

View ticket ...........................................................................................................................83

Violation of game rule section three, second bullet...............................................................83

    Attachments...........................................................................................................................84

View ticket ...........................................................................................................................85

Violation of game rule section 3: Racism..............................................................................85

    Attachments...........................................................................................................................86

This ticket currently has no attachments.  View ticket.............................................................................86

Tickets being closed without answers ..................................................................................86

    Attachments...........................................................................................................................87

This ticket currently has no attachments.  View ticket.............................................................................87

How do I Report a Game Moderator for Intentionally Failing t.................................................................87

    Attachments.................................................................................................................................88

This ticket currently has no attachments.  View ticket.........................................................................88

Violation of game rule section 3: Profanity .........................................................................................88

    Attachments.................................................................................................................................90

This ticket currently has no attachments.  View ticket.........................................................................90

Compensation request for biased moderators......................................................................................90

    Attachments.................................................................................................................................90

This ticket currently has no attachments.  View ticket.........................................................................91

TwoCents Ban Appeal ......................................................................................................................91

    Attachments.................................................................................................................................92

This ticket currently has no attachments.  View ticket.........................................................................92

You keep closing my tickets without giving me the chance to .................................................................92

    Attachments.................................................................................................................................93

This ticket currently has no attachments.  View ticket.........................................................................93

Breach of Game Rules Section 4 ........................................................................................................93

    Attachments.................................................................................................................................95

This ticket currently has no attachments.  View ticket.........................................................................95

How do I file a mobile appeal?..........................................................................................................95

    Attachments.................................................................................................................................95

This ticket currently has no attachments.  View ticket.........................................................................96

Violation of game rule section 3: Racism............................................................................................96

    Attachments.................................................................................................................................99

This ticket currently has no attachments.  View ticket.........................................................................99

Conflicting Answers.........................................................................................................................99

    Attachments...............................................................................................................................100

This ticket currently has no attachments.  View ticket.......................................................................100

Violation of game rule section 3: Profanity .......................................................................................100

    Attachments...............................................................................................................................102

This ticket currently has no attachments.  View ticket.......................................................................102

Question regarding ticket ...............................................................................................................102

Attachments...................................................................................................................103

This ticket currently has no attachments.  View ticket..........................................................103

How do I Report a Game Moderator for Intentionally Failing t...............................................103

Attachments...................................................................................................................104

View ticket .......................................................................................................................104

Appeal TwoCents ..............................................................................................................104

**Attachments**...................................................................................................................112

**View ticket** .......................................................................................................................112

Report Moderator for Inappropriate Activity ......................................................................113

**Attachments**...................................................................................................................117

**View ticket** .......................................................................................................................117

Missing Diamonds.............................................................................................................117

**Attachments**...................................................................................................................118

**View ticket** .......................................................................................................................118

Push Account Notice-Jordoj2004 and SimplyAshley .............................................................119

**Attachments**...................................................................................................................119

**View ticket** .......................................................................................................................119

Tavern Boost ....................................................................................................................119

**Attachments**...................................................................................................................121

This ticket currently has no attachments.  View ticket..........................................................121

what does it mean... ..........................................................................................................121

**Attachments**...................................................................................................................121

**View ticket** .......................................................................................................................122

Clear Push Accounts..........................................................................................................122

**Attachments**...................................................................................................................122

This ticket currently has no attachments.  View ticket..........................................................122

Guild has Sexist name .......................................................................................................122

**Attachments**...................................................................................................................123

**View ticket** .......................................................................................................................123

Plunder goods not appearing.............................................................................................123

**Attachments**...................................................................................................................124

This ticket currently has no attachments.  View ticket............................................................................. 124

Lag caused accidental diamond purchase ................................................................................... 124

     **Attachments**................................................................................................................. 124

**View ticket** ............................................................................................................................... 125

Guild systematically offering cash $ in exchange for goods ...................................................... 125

     **Attachments**................................................................................................................. 126

This ticket currently has no attachments.  View ticket............................................................. 126

Server crash caused double negotiation..................................................................................... 126

     **Attachments**................................................................................................................. 127

This ticket currently has no attachments.  View ticket............................................................. 127

Plunder before good pops up ..................................................................................................... 127

     **Attachments**................................................................................................................. 135

**View ticket** ............................................................................................................................... 135

Profanity...................................................................................................................................... 135

     **Attachments**................................................................................................................. 136

**View ticket** ............................................................................................................................... 137

Plunder resulted in coin deduction............................................................................................ 137

     **Attachments**................................................................................................................. 141

This ticket currently has no attachments.  View ticket............................................................. 141

Content error .............................................................................................................................. 141

     **Attachments**................................................................................................................. 142

This ticket currently has no attachments.  View ticket............................................................. 142

Appeal TwoCents ........................................................................................................................ 142

     **Attachments**................................................................................................................. 143

**View ticket** ............................................................................................................................... 143

Appeal of Ban.............................................................................................................................. 143

     **Attachments**................................................................................................................. 143

**View ticket** ............................................................................................................................... 144

Appeal TwoCents ........................................................................................................................ 144

     **Attachments**................................................................................................................. 144

**View ticket** ............................................................................................................................... 144

Why were my tickets "Appeal of Ban" and "Appeal TwoCents" cl .........................................................144

    **Attachments**.............................................................................................................................145

This ticket currently has no attachments.  View ticket...........................................................................145

Appeal TwoCents .................................................................................................................................145

    **Attachments**.............................................................................................................................146

This ticket currently has no attachments.  View ticket...........................................................................146

Ban Appeal ..........................................................................................................................................146

    **Attachments**.............................................................................................................................147

This ticket currently has no attachments.  View ticket...........................................................................147

Ban Appeal ..........................................................................................................................................147

    **Attachments**.............................................................................................................................148

**View ticket** ........................................................................................................................................148

I'd like to report the moderator Babajaga for being offensiv .................................................................148

    **Attachments**.............................................................................................................................149

This ticket currently has no attachments.  View ticket...........................................................................149

Violation of the 1964 Civil Rights Act....................................................................................................149

    **Attachments**.............................................................................................................................152

**View ticket** ........................................................................................................................................152

Why can't I report players collectively? It's not against th ......................................................................152

    **Attachments**.............................................................................................................................153

**View ticket** ........................................................................................................................................153

Ban Appeal TwoCents (Retroactive) .....................................................................................................153

    **Attachments**.............................................................................................................................154

**View ticket** ........................................................................................................................................154

Records Request ..................................................................................................................................154

    **Attachments**.............................................................................................................................155

This ticket currently has no attachments.  View ticket...........................................................................155

Moderators denying me equal access to services ..................................................................................155

    **Attachments**.............................................................................................................................156

**View ticket** ........................................................................................................................................156

I'd like to report every player in Jaims of engaging in offe....................................................................156

**Attachments** .................................................................................................................. 161

**View ticket** ...................................................................................................................... 161

Discrimination .................................................................................................................. 161

    **Attachments** ............................................................................................................ 163

This ticket currently has no attachments.  View ticket ..................................................... 163

Moderators releasing information ................................................................................... 163

    **Attachments** ............................................................................................................ 165

**View ticket** ...................................................................................................................... 165

I'd like to appeal ALL the bans on my record. ................................................................. 165

    **Attachments** ............................................................................................................ 167

This ticket currently has no attachments.  View ticket ..................................................... 167

what was I banned for? ..................................................................................................... 167

    Attachments .............................................................................................................. 185

This ticket currently has no attachments.  View ticket ..................................................... 185

Discrimination .................................................................................................................. 185

    **Attachments** ............................................................................................................ 186

**View ticket** ...................................................................................................................... 186

Sexually Explicit Conduct ................................................................................................. 186

    **Attachments** ............................................................................................................ 186

**View ticket** ...................................................................................................................... 187

Sexually Explicit Behavior2 ............................................................................................... 187

    **Attachments** ............................................................................................................ 187

**View ticket** ...................................................................................................................... 187

Wrong pic .......................................................................................................................... 187

    **Attachments** ............................................................................................................ 189

This ticket currently has no attachments.  View ticket ..................................................... 189

Support System ................................................................................................................. 189

    **Attachments** ............................................................................................................ 189

**View ticket** ...................................................................................................................... 190

Support System isn't working .......................................................................................... 190

    **Attachments** ............................................................................................................ 190

Exhibit 10 – Forge of Empires Support Tickets: TwoCents Submitted by Plaintiff Penny Quinteros
Case: 19-CV-1402 RSM - 1445

**View ticket** ...................................................................................................................................... 190

More Offensive Behavior! .................................................................................................................. 190

    **Attachments** ............................................................................................................................ 191

**View ticket** ...................................................................................................................................... 191

I'd like to report every player in Jaims of engaging in offe ........................................................ 191

    **Attachments** ............................................................................................................................ 193

**View ticket** ...................................................................................................................................... 193

Sexually Explicit Conduct ................................................................................................................. 193

    **Attachments** ............................................................................................................................ 195

This ticket currently has no attachments.  View ticket ................................................................ 195

when are Babajaga and Panacea getting fired? ............................................................................ 195

    **Attachments** ............................................................................................................................ 195

This ticket currently has no attachments.  View ticket ................................................................ 195

Land Glitch ......................................................................................................................................... 195

    **Attachments** ............................................................................................................................ 197

This ticket currently has no attachments.  View ticket ................................................................ 197

Discrimination ................................................................................................................................... 197

    **Attachments** ............................................................................................................................ 199

This ticket currently has no attachments.  View ticket ................................................................ 199

Request for Records .......................................................................................................................... 199

    **Attachments** ............................................................................................................................ 203

**View ticket** ...................................................................................................................................... 203

Offensive Behavior ........................................................................................................................... 203

    **Attachments** ............................................................................................................................ 204

This ticket currently has no attachments.  View ticket ................................................................ 204

Can you explain why you closed my tickets "Sexually Explicit ................................................... 204

    **Attachments** ............................................................................................................................ 205

View ticket .......................................................................................................................................... 206

I would like to file a complaint against the moderator who b ..................................................... 206

    Attachments ................................................................................................................................ 215

**View ticket** ...................................................................................................................................... 215

Sexually Explicit Behavior.................................................................................................................216

    **Attachments**.................................................................................................................218

**View ticket** ...................................................................................................................218

What was I banned for?.....................................................................................................218

    **Attachments** .................................................................................................................221

**View ticket** ...................................................................................................................221

I'd like to appeal all bans on my record as they are all the ...................................................221

    **Attachments**.................................................................................................................221

**View ticket** ...................................................................................................................222

What was I possibly banned for?........................................................................................222

    **Attachments**.................................................................................................................222

**View ticket** ...................................................................................................................222

Why are moderators not answering my tickets?..................................................................222

    **Attachments**.................................................................................................................223

**View ticket** ...................................................................................................................224

Why are moderators not answering my tickets?..................................................................224

    **Attachments**.................................................................................................................224

**View ticket** ...................................................................................................................224

I'd like to appeal my ban...................................................................................................224

    **Attachments**.................................................................................................................225

This ticket currently has no attachments.  View ticket........................................................225

Using the term "clusterf*ck" to avoid censorship. ...............................................................225

    **Attachments**.................................................................................................................228

This ticket currently has no attachments.  View ticket........................................................229

Failure to answer this issue from earlier this year...............................................................229

    **Attachments**.................................................................................................................229

This ticket currently has no attachments.  View ticket........................................................230

Why aren't moderators answering my tickets?....................................................................230

    **Attachments**.................................................................................................................230

**View ticket** ...................................................................................................................230

Ban Appeal for incident of 01/17/2017 ..............................................................................230

Exhibit 10 – Forge of Empires Support Tickets: TwoCents Submitted by Plaintiff Penny Quinteros
Case: 19-CV-1402 RSM - 1447

**Attachments** ................................................................................................................ 231

This ticket currently has no attachments.  View ticket ............................................ 231

Using the term "freeking" as a psydo-swearing .................................................... 231

    **Attachments** ............................................................................................................ 234

**View ticket** ............................................................................................................. 234

Ban Appeal for incident of 01/17/2017 ................................................................ 235

    **Attachments** ............................................................................................................ 235

**View ticket** ............................................................................................................. 235

Appeal Ban ............................................................................................................. 235

    **Attachments** ............................................................................................................ 236

This ticket currently has no attachments.  View ticket ............................................ 236

Appeal of Ban ......................................................................................................... 236

    **Attachments** ............................................................................................................ 236

This ticket currently has no attachments.  View ticket ............................................ 237

Using the term "clusterf*ck" to avoid censorship. ................................................ 237

    **Attachments** ............................................................................................................ 237

This ticket currently has no attachments.  View ticket ............................................ 237

Ban Appeal .............................................................................................................. 237

    **Attachments** ............................................................................................................ 238

This ticket currently has no attachments.  View ticket ............................................ 238

Here's what I want to know ...................................................................................... 238

    **Attachments** ............................................................................................................ 239

This ticket currently has no attachments.  View ticket ............................................ 239

Delete my Account .................................................................................................. 239

    **Attachments** ............................................................................................................ 241

**View ticket** ............................................................................................................. 241

Delete My Account .................................................................................................. 241

    **Attachments** ............................................................................................................ 242

This ticket currently has no attachments.  View ticket ............................................ 242

Question .................................................................................................................. 242

    **Attachments** ............................................................................................................ 242

This ticket currently has no attachments.  View ticket..........................................................................242

Question.................................................................................................................................................242

    **Attachments**..................................................................................................................................243

**View ticket** .........................................................................................................................................243

Question.................................................................................................................................................243

    **Attachments**..................................................................................................................................244

**View ticket** .........................................................................................................................................244

Moderator not answering my tickets ....................................................................................................245

    **Attachments**..................................................................................................................................245

**View ticket** .........................................................................................................................................245

Something is broken with my game account..........................................................................................245

    **Attachments**..................................................................................................................................246

This ticket currently has no attachments.  View ticket..........................................................................246

Why aren't the mods answering my questions ......................................................................................246

    **Attachments**..................................................................................................................................247

**View ticket** .........................................................................................................................................247

Support system not working...................................................................................................................247

    **Attachments**..................................................................................................................................247

This ticket currently has no attachments.  View ticket..........................................................................247

Moderators aren't answering my tickets................................................................................................247

    **Attachments**..................................................................................................................................248

This ticket currently has no attachments.  View ticket..........................................................................248

Appeal TwoCents ...................................................................................................................................248

    **Attachments**..................................................................................................................................249

This ticket currently has no attachments.  View ticket..........................................................................249

can't log into my account.......................................................................................................................249

    **Attachments**..................................................................................................................................249

**View ticket** .........................................................................................................................................249

How do I report a moderator?................................................................................................................250

    **Attachments**..................................................................................................................................250

This ticket currently has no attachments.  View ticket..........................................................................250

Question regarding a previous ticket.................................................................................................250

       **Attachments**...........................................................................................................................251

This ticket currently has no attachments.  View ticket.....................................................................251

Report a player....................................................................................................................................251

       **Attachments**...........................................................................................................................252

**View ticket** ....................................................................................................................................252

Support System not working...............................................................................................................252

       **Attachments**...........................................................................................................................253

**View ticket** ....................................................................................................................................254

Seriak doesn't read ............................................................................................................................254

       **Attachments**...........................................................................................................................254

**View ticket** ....................................................................................................................................254

Player funneling points to an alt........................................................................................................254

       **Attachments**...........................................................................................................................256

**View ticket** ....................................................................................................................................256

Appeal Two Cents ...............................................................................................................................256

       **Attachments**...........................................................................................................................257

This ticket currently has no attachments.  View ticket.....................................................................257

You still haven't explained why I can't log into my account ...............................................................257

       **Attachments**...........................................................................................................................257

**View ticket** ....................................................................................................................................257

Report system has a bug......................................................................................................................257

       **Attachments**...........................................................................................................................260

This ticket currently has no attachments.  View ticket.....................................................................260

Appeal Two Cents ...............................................................................................................................260

       **Attachments**...........................................................................................................................260

**View ticket** ....................................................................................................................................260

Player funneling points to an alt........................................................................................................261

       **Attachments**...........................................................................................................................261

**View ticket** ....................................................................................................................................261

Report system has a bug......................................................................................................................261

**Attachments**................................................................................................................................262

**View ticket** ................................................................................................................................262

MODERATOR THREATENING A CHILD..................................................................................................262

**Attachments**................................................................................................................................263

**View ticket** ................................................................................................................................263

Duplicate Ticket ................................................................................................................................263

**Attachments**................................................................................................................................263

**View ticket** ................................................................................................................................263

Number to call Germany.....................................................................................................................264

**Attachments**................................................................................................................................264

**View ticket** ................................................................................................................................265

Derek Zoolander ................................................................................................................................265

**Attachments**................................................................................................................................265

**View ticket** ................................................................................................................................265

Derek Zoolander ................................................................................................................................265

**Attachments**................................................................................................................................266

This ticket currently has no attachments.  View ticket........................................................................266

Question..............................................................................................................................................266

**Attachments**................................................................................................................................267

This ticket currently has no attachments.  View ticket........................................................................267

Exactly how is notifying you of a glitch in your system a "d ................................................................267

**Attachments**................................................................................................................................267

**View ticket** ................................................................................................................................267

How do I get Zoolander fired? ............................................................................................................267

**Attachments**................................................................................................................................268

This ticket currently has no attachments.  View ticket........................................................................268

Why are moderators denying me service?...........................................................................................268

**Attachments**................................................................................................................................269

**View ticket** ................................................................................................................................269

How do I get Zoolander fired? ............................................................................................................269

**Attachments**................................................................................................................................269

**View ticket** ................................................................................................................270

What is the Three Pump Rule for FoE? ...........................................................................270

    **Attachments** ...........................................................................................................270

This ticket currently has no attachments.  View ticket ..................................................270

This is America! YO! We're talking Life, Liberty and the Pur .........................................270

    **Attachments** ...........................................................................................................270

This ticket currently has no attachments.  View ticket ..................................................270

Appeal TwoCents ...........................................................................................................270

    Attachments ...............................................................................................................288

This ticket currently has no attachments.  View ticket ..................................................288

Life! Liberty and the Pursuit of Pump-itude! ...................................................................288

    **Attachments** ...........................................................................................................288

**View ticket** ................................................................................................................288

Life, Liberty, and the Pursuit of Pump-itude ...................................................................288

    **Attachments** ...........................................................................................................289

This ticket currently has no attachments.  View ticket ..................................................289

Why Can't a person do three pumps? ............................................................................289

    **Attachments** ...........................................................................................................289

This ticket currently has no attachments.  View ticket ..................................................289

I demand to be able to do three pumps! ........................................................................289

    **Attachments** ...........................................................................................................289

**View ticket** ................................................................................................................290

#ThreePumps!!! .............................................................................................................290

    **Attachments** ...........................................................................................................290

**View ticket** ................................................................................................................290

give me three pumps or give me death! .........................................................................290

    **Attachments** ...........................................................................................................290

**View ticket** ................................................................................................................290

Anything less than 3 pumps is unamerican .....................................................................290

    **Attachments** ...........................................................................................................291

**View ticket** ................................................................................................................291

THEY CAN NEVER TAKE OUR FREEDOM!!!............................................................................291

    **Attachments**............................................................................291

**View ticket** ............................................................................291

Give Me Three Pumps! ............................................................................291

    **Attachments**............................................................................292

This ticket currently has no attachments.  View ticket............................................292

Is it against the game rules to release a person's private i............................................................292

    **Attachments**............................................................................296

**View ticket** ............................................................................296

    **Is it against the game rules to release a person's private i**............................................296

    **Attachments**............................................................................296

**View ticket** ............................................................................297

Please sign the three pump petition............................................................................297

    **Attachments**............................................................................297

**View ticket** ............................................................................297

Three Pump Revolution! ............................................................................297

    **Attachments**............................................................................297

**View ticket** ............................................................................297

How is letting you know about a unique game bug a "duplicate ............................................297

    **Attachments**............................................................................298

This ticket currently has no attachments.  View ticket............................................298

What is the number to call Germany?............................................................................298

    **Attachments**............................................................................299

**View ticket** ............................................................................299

Is it against the game rules to release a person's private i............................................................299

    **Attachments**............................................................................299

This ticket currently has no attachments.  View ticket............................................300

Is it against the game rules to release a person's private i............................................................300

    **Attachments**............................................................................300

This ticket currently has no attachments.  View ticket............................................300

Player funneling points to an alt............................................................................300

**Attachments** ................................................................................................................. 300

This ticket currently has no attachments.  View ticket ........................................................ 300

What is the number to call Germany? ................................................................................. 300

**Attachments** ................................................................................................................. 301

This ticket currently has no attachments.  View ticket ........................................................ 301

Why are you breaking your terms of service? ..................................................................... 301

**Attachments** ................................................................................................................. 302

**View ticket** ................................................................................................................... 302

What is the number to call Germany? ................................................................................. 302

**Attachments** ................................................................................................................. 302

**View ticket** ................................................................................................................... 303

What is the FoE Three Pump rule? ..................................................................................... 303

**Attachments** ................................................................................................................. 303

This ticket currently has no attachments.  View ticket ........................................................ 303

Seriously, what is your three pump rule? ........................................................................... 303

**Attachments** ................................................................................................................. 303

This ticket currently has no attachments.  View ticket ........................................................ 303

Unban screen is insulting ................................................................................................... 303

**Attachments** ................................................................................................................. 304

This ticket currently has no attachments.  View ticket ........................................................ 304

Reports of other players ..................................................................................................... 304

**Attachments** ................................................................................................................. 305

This ticket currently has no attachments.  View ticket ........................................................ 305

Did you receive my reports? ............................................................................................... 305

**Attachments** ................................................................................................................. 306

**View ticket** ................................................................................................................... 306

Peaceful Protest .................................................................................................................. 306

**Attachments** ................................................................................................................. 306

**View ticket** ................................................................................................................... 307

Appeal TwoCents ............................................................................................................... 307

**Attachments** ................................................................................................................. 307

Exhibit 10 – Forge of Empires Support Tickets: TwoCents Submitted by Plaintiff Penny Quinteros
Case: 19-CV-1402 RSM - 1454

**View ticket** ........................................................................................................................... 307

Appeal TwoCents .................................................................................................................... 307

    **Attachments** ................................................................................................................. 314

**View ticket** ........................................................................................................................... 314

Appeal TwoCents .................................................................................................................... 314

    **Attachments** ................................................................................................................. 314

This ticket currently has no attachments.  View ticket ........................................................ 314

Continuation of Appeal .......................................................................................................... 314

    **Attachments** ................................................................................................................. 315

This ticket currently has no attachments.  View ticket ........................................................ 315

Continuation of Appeal .......................................................................................................... 315

    **Attachments** ................................................................................................................. 316

**View ticket** ........................................................................................................................... 316

Continuation of Appeal .......................................................................................................... 316

    **Attachments** ................................................................................................................. 317

This ticket currently has no attachments.  View ticket ........................................................ 317

Continuation of Appeal .......................................................................................................... 317

    **Attachments** ................................................................................................................. 318

This ticket currently has no attachments.  View ticket ........................................................ 318

Continuation of Appeal .......................................................................................................... 318

    **Attachments** ................................................................................................................. 318

**View ticket** ........................................................................................................................... 319

Continuation of Appeal .......................................................................................................... 319

    **Attachments** ................................................................................................................. 319

**View ticket** ........................................................................................................................... 319

Continuation of Appeal .......................................................................................................... 319

    **Attachments** ................................................................................................................. 320

This ticket currently has no attachments.  View ticket ........................................................ 320

Continuation of Appeal .......................................................................................................... 320

    **Attachments** ................................................................................................................. 321

**View ticket** ........................................................................................................................... 321

Continuation of Appeal ........................................................................................................... 321

    **Attachments** ....................................................................................................... 321

**View ticket** ........................................................................................................... 322

Continuation of Appeal ........................................................................................................... 322

    **Attachments** ....................................................................................................... 322

This ticket currently has no attachments.  View ticket ........................................................... 322

Continuation of Appeal ........................................................................................................... 322

    **Attachments** ....................................................................................................... 323

**View ticket** ........................................................................................................... 323

Continuation of Appeal ........................................................................................................... 323

    **Attachments** ....................................................................................................... 324

**View ticket** ........................................................................................................... 324

Continuation of Appeal ........................................................................................................... 324

    **Attachments** ....................................................................................................... 324

This ticket currently has no attachments.  View ticket ........................................................... 324

Continuation of Appeal ........................................................................................................... 324

    **Attachments** ....................................................................................................... 325

**View ticket** ........................................................................................................... 325

Continuation of Appeal ........................................................................................................... 325

    **Attachments** ....................................................................................................... 326

**View ticket** ........................................................................................................... 326

Report follow up ..................................................................................................................... 326

    **Attachments** ....................................................................................................... 326

This ticket currently has no attachments.  View ticket ........................................................... 327

Pre-ban protest notice ............................................................................................................ 327

    **Attachments** ....................................................................................................... 327

**View ticket** ........................................................................................................... 327

Please review the last message ............................................................................................... 327

    **Attachments** ....................................................................................................... 328

This ticket currently has no attachments.  View ticket ........................................................... 328

Continuation of Appeal ........................................................................................................... 328

**Attachments**................................................................................................................329

This ticket currently has no attachments.  View ticket..........................................................329

I'd like to report a moderator for misconduct ......................................................................329

    Attachments..................................................................................................................340

This ticket currently has no attachments.  View ticket..........................................................340

Alt Accounts ......................................................................................................................340

    **Attachments**..............................................................................................................340

**View ticket** ........................................................................................................................341

Player has harassing guild profile .......................................................................................341

    **Attachments**..............................................................................................................341

**View ticket** ........................................................................................................................342

Offensive Guild Profile .......................................................................................................342

    **Attachments**..............................................................................................................343

**View ticket** ........................................................................................................................343

Why can't I attack my neighbors?........................................................................................343

    **Attachments**..............................................................................................................344

This ticket currently has no attachments.  View ticket..........................................................344

Lost rewards/forge points....................................................................................................344

    **Attachments**..............................................................................................................346

**View ticket** ........................................................................................................................346

Want to buy Store building set on Y World but it only shows...................................................346

    **Attachments**..............................................................................................................347

**View ticket** ........................................................................................................................347

Accidentally Deleted Aviary ................................................................................................347

    **Attachments**..............................................................................................................349

View ticket ........................................................................................................................349

Discrimination in Forums ....................................................................................................349

    Attachments..................................................................................................................351

View ticket ........................................................................................................................351

Discrimination in guild forums.............................................................................................351

    Attachments..................................................................................................................357

Exhibit 10 – Forge of Empires Support Tickets: TwoCents Submitted by Plaintiff Penny Quinteros
Case: 19-CV-1402 RSM - 1457

**View ticket** ................................................................................................................................ 357

"Collect All" has a glitch ............................................................................................................. 357

    **Attachments** ....................................................................................................................... 359

View ticket .................................................................................................................................. 359

The Guild Metalheads is using a bot to alert them to attacks ................................................. 359

    **Attachments** ....................................................................................................................... 361

**View ticket** ................................................................................................................................ 361

Beta Server Account .................................................................................................................. 361

    **Attachments** ....................................................................................................................... 361

This ticket currently has no attachments.  View ticket .......................................................... 362

Forge Point Packs ...................................................................................................................... 362

    **Attachments** ....................................................................................................................... 364

**View ticket** ................................................................................................................................ 364

Player sold account ................................................................................................................... 364

    **Attachments** ....................................................................................................................... 365

This ticket currently has no attachments.  View ticket .......................................................... 365

    **incorrect progressive discipline/ ban appeal** ................................................................ 365

    **Attachments** ....................................................................................................................... 368

This ticket currently has no attachments.  View ticket .......................................................... 368

Request for Records .................................................................................................................. 368

    **Attachments** ....................................................................................................................... 369

**View ticket** ................................................................................................................................ 369

Please delete my worlds ........................................................................................................... 369

    **Attachments** ....................................................................................................................... 371

**View ticket** ................................................................................................................................ 372

Offensive Guild name ................................................................................................................ 372

    **Attachments** ....................................................................................................................... 380

**View ticket** ................................................................................................................................ 381

Napoleon Quest .......................................................................................................................... 381

    **Attachments** ....................................................................................................................... 382

This ticket currently has no attachments.  View ticket .......................................................... 382

Player using alts/push account ....................................................................................................... 382

    **Attachments** ........................................................................................................................... 383

**View ticket** ................................................................................................................................ 383

7 daily challenges completed, but didn't give me the weekly .................................................. 383

    **Attachments** ........................................................................................................................... 391

**View ticket** ................................................................................................................................ 391

Guild with Offensive/Sexist name................................................................................................ 391

    **Attachments** ........................................................................................................................... 392

This ticket currently has no attachments.  View ticket........................................................... 392

Stuck on Quest ............................................................................................................................. 392

    **Attachments** ........................................................................................................................... 395

This ticket currently has no attachments.  View ticket........................................................... 395

Did not receive my last Tholos upgrade with silver award ..................................................... 395

    **Attachments** ........................................................................................................................... 396

**View ticket** ................................................................................................................................ 397

English school................................................................................................................................ 397

    **Attachments** ........................................................................................................................... 397

**View ticket** ................................................................................................................................ 397

Why Are You Closing my Tickets Without Answers? ................................................................ 397

    **Attachments** ........................................................................................................................... 398

This ticket currently has no attachments.  View ticket........................................................... 398

Complaint against moderator John Wick.................................................................................... 398

    **Attachments** ........................................................................................................................... 403

**View ticket** ................................................................................................................................ 403

Player Cheating ............................................................................................................................ 403

    **Attachments** ........................................................................................................................... 404

**View ticket** ................................................................................................................................ 404

Your game lag cost me 50+ troops .............................................................................................. 404

    **Attachments** ........................................................................................................................... 406

**View ticket** ................................................................................................................................ 406

Permission to sell Arc goods to my kids...................................................................................... 406

**Attachments**................................................................................................................................407

This ticket currently has no attachments.  View ticket........................................................................407

I got a message that my behavior was "offensive"...........................................................................407

**Attachments**................................................................................................................................410

**View ticket** ................................................................................................................................410

GvG sector showing never-ending siege...........................................................................................410

**Attachments**................................................................................................................................411

**View ticket** ................................................................................................................................411

Player with Alts pushing up his buildings.........................................................................................411

**Attachments**................................................................................................................................412

This ticket currently has no attachments.  View ticket........................................................................412

Player using alt accounts to get profit .............................................................................................412

**Attachments**................................................................................................................................414

This ticket currently has no attachments.  View ticket........................................................................414

Player with offensive guild title ......................................................................................................414

**Attachments**................................................................................................................................415

**View ticket** ................................................................................................................................415

You found my behavior to be "offensive" again and I'm appeal ............................................................415

**Attachments**................................................................................................................................416

This ticket currently has no attachments.  View ticket........................................................................416

I was told (again) that my behavior was "offensive" ...........................................................................416

Attachments................................................................................................................................424

This ticket currently has no attachments.  View ticket........................................................................425

Please refrain from insulting me......................................................................................................425

**Attachments**................................................................................................................................426

This ticket currently has no attachments.  View ticket........................................................................426

Ticket Duplicate Question...............................................................................................................426

**Attachments**................................................................................................................................427

View ticket ...................................................................................................................................427

Arc not giving bonuses when disconnected ......................................................................................427

Attachments................................................................................................................................434

Exhibit 10 – Forge of Empires Support Tickets: TwoCents Submitted by Plaintiff Penny Quinteros
Case: 19-CV-1402 RSM - 1460

This ticket currently has no attachments.  View ticket.............................................................................434

Player with Alt..........................................................................................................................434

     **Attachments**..................................................................................................................434

**View ticket** ............................................................................................................................434

Player with Inappropriate Name.................................................................................................435

     **Attachments**..................................................................................................................435

This ticket currently has no attachments.  View ticket.............................................................435

Player with Inappropriate Name.................................................................................................435

     **Attachments**..................................................................................................................436

This ticket currently has no attachments.  View ticket.............................................................436

Appeal of all bans......................................................................................................................436

     **Attachments**..................................................................................................................439

**View ticket** ............................................................................................................................439

What language is it that you find "insulting"...............................................................................439

     **Attachments**..................................................................................................................444

This ticket currently has no attachments.  View ticket.............................................................444

Please Identify Why You Closed my tickets .................................................................................444

     **Attachments**..................................................................................................................444

**View ticket** ............................................................................................................................444

Moderators abusing support system...........................................................................................444

     **Attachments**..................................................................................................................448

**View ticket** ............................................................................................................................448

Max Bowner question.................................................................................................................448

     **Attachments**..................................................................................................................450

This ticket currently has no attachments.  View ticket.............................................................450

Player with an alt ......................................................................................................................450

     **Attachments**..................................................................................................................451

This ticket currently has no attachments.  View ticket.............................................................451

Player being sexist in global chat ...............................................................................................451

     **Attachments**..................................................................................................................452

This ticket currently has no attachments.  View ticket.............................................................452

Player is an alt ..........................................................................................................................452

    **Attachments**........................................................................................................................453

This ticket currently has no attachments.  View ticket............................................................453

Player is an alt - you've taken no action ................................................................................453

    **Attachments**........................................................................................................................454

This ticket currently has no attachments.  View ticket............................................................454

Hello, Man who named himself after a sadistic mass-rapist!....................................................454

    **Attachments**........................................................................................................................454

This ticket currently has no attachments.  View ticket............................................................454

Question....................................................................................................................................454

    **Attachments**........................................................................................................................457

This ticket currently has no attachments.  View ticket............................................................457

Dear man who enjoys being known as a sexual psychopath......................................................457

    **Attachments**........................................................................................................................458

**View ticket** ............................................................................................................................458

Players are alts ..........................................................................................................................458

    **Attachments**........................................................................................................................460

**View ticket** ............................................................................................................................460

Nov 16, 2018 appeal 1.2 ...........................................................................................................460

    **Attachments**........................................................................................................................461

**View ticket** ............................................................................................................................462

Profain Profile Message ............................................................................................................462

    **Attachments**........................................................................................................................463

This ticket currently has no attachments.  View ticket............................................................463

Nov 16, 2018 appeal 1.3 ...........................................................................................................463

    **Attachments**........................................................................................................................466

This ticket currently has no attachments.  View ticket............................................................467

Ban Appeal of 12-10-18 Unknown.............................................................................................467

    **Attachments**........................................................................................................................467

**View ticket** ............................................................................................................................467

This player said I needed to show people love ..........................................................................467

**Attachments**................................................................................................................468

This ticket currently has no attachments.  View ticket.............................................................468

A player talked about the weather ...........................................................................................468

    **Attachments**................................................................................................................469

**View ticket** ...........................................................................................................................469

Player abusing game system....................................................................................................469

    **Attachments**................................................................................................................472

This ticket currently has no attachments.  View ticket.............................................................472

Sending friend requests, but I didn't get one ..........................................................................472

    **Attachments**................................................................................................................473

This ticket currently has no attachments.  View ticket.............................................................473

A Guild of Alts ........................................................................................................................473

    **Attachments**................................................................................................................475

**View ticket** ...........................................................................................................................475

Player with offensive profile....................................................................................................475

    **Attachments**................................................................................................................477

**View ticket** ...........................................................................................................................477

Player with an Alt - Messaging people......................................................................................477

    **Attachments**................................................................................................................478

This ticket currently has no attachments.  View ticket.............................................................478

A player with an alt messaging people .....................................................................................478

    **Attachments**................................................................................................................479

This ticket currently has no attachments.  View ticket.............................................................479

Let's Talk Reasonably ..............................................................................................................479

    **Attachments**................................................................................................................481

**View ticket** ...........................................................................................................................481

An appeal of all bans on my record ..........................................................................................481

    **Attachments**................................................................................................................495

**View ticket** ...........................................................................................................................495

Still Waiting .............................................................................................................................495

    **Attachments**................................................................................................................496

This ticket currently has no attachments.  View ticket...........................................................................496

Panacea-read this .............................................................................................................................496

     **Attachments**.............................................................................................................................496

**View ticket** ...................................................................................................................................497

I am being denied service ...............................................................................................................497

     **Attachments**.............................................................................................................................497

**View ticket** ...................................................................................................................................497

Player advertising goods in global chat ..........................................................................................498

     **Attachments**.............................................................................................................................498

**View ticket** ...................................................................................................................................498

Panacea - you need to fix this. ........................................................................................................498

     **Attachments**.............................................................................................................................499

This ticket currently has no attachments.  View ticket...........................................................499

Panacea-hello?.................................................................................................................................499

     **Attachments**.............................................................................................................................500

**View ticket** ...................................................................................................................................500

Sampeanut- authorization ...............................................................................................................500

     **Attachments**.............................................................................................................................501

**View ticket** ...................................................................................................................................501

Denial of Service .............................................................................................................................502

     **Attachments**.............................................................................................................................502

This ticket currently has no attachments.  View ticket...........................................................502

Did you move the highlight unattached units button?.........................................................................502

     **Attachments**.............................................................................................................................506

**View ticket** ...................................................................................................................................507

Unable to see my messages in global chat ......................................................................................507

     **Attachments**.............................................................................................................................510

This ticket currently has no attachments.  View ticket...........................................................510

Denial Of Service 1.2 .......................................................................................................................510

     **Attachments**.............................................................................................................................511

**View ticket** ...................................................................................................................................511

Please explain ....................................................................................................................511

    **Attachments**.............................................................................................................511

**View ticket** .....................................................................................................................512

Zero Hedge - insulting behavior.......................................................................................512

    **Attachments**.............................................................................................................512

**View ticket** .....................................................................................................................512

Bartholomeu the GOAT - Insulting behavior ..................................................................512

    **Attachments**.............................................................................................................513

This ticket currently has no attachments.  View ticket.....................................................513

ChacheMaster - insulting behavior ..................................................................................513

    **Attachments**.............................................................................................................514

**View ticket** .....................................................................................................................514

Enamiccug - insulting behavior ........................................................................................514

    **Attachments**.............................................................................................................515

**View ticket** .....................................................................................................................515

Dem4oy - insulting behavior............................................................................................515

    **Attachments**.............................................................................................................516

**View ticket** .....................................................................................................................516

Waiting for an answer, 72 hours and counting ................................................................516

    **Attachments**.............................................................................................................516

This ticket currently has no attachments.  View ticket.....................................................517

Report the Community Manager for discrimination .........................................................517

    **Attachments**.............................................................................................................517

**View ticket** .....................................................................................................................518

Please provide me with your names and the county you live in ..........................................518

    **Attachments**.............................................................................................................518

**View ticket** .....................................................................................................................518

SpakyPD - insulting behavior ...........................................................................................518

    **Attachments**.............................................................................................................519

**View ticket** .....................................................................................................................519

B-Radley Maximus - insulting behavior ...........................................................................519

**Attachments** ..................................................................................................................... 520

This ticket currently has no attachments.  View ticket ........................................................ 520

Longhorn51 - Insulting Behavior ......................................................................................... 520

    **Attachments** ............................................................................................................. 520

This ticket currently has no attachments.  View ticket ........................................................ 521

Hobbit237 - Sexually Explicit guild tag ............................................................................... 521

    **Attachments** ............................................................................................................. 521

This ticket currently has no attachments.  View ticket ........................................................ 521

Please provide me with your names and the county 1.2 ...................................................... 521

    **Attachments** ............................................................................................................. 524

This ticket currently has no attachments.  View ticket ........................................................ 524

xSparkyx188 - insulting behavior ........................................................................................ 524

    **Attachments** ............................................................................................................. 525

**View ticket** .................................................................................................................... 525

Petersand - insulting behavior ............................................................................................ 525

    **Attachments** ............................................................................................................. 526

This ticket currently has no attachments.  View ticket ........................................................ 526

Boadicea 980 the Avenger - insulting behavior .................................................................. 526

    **Attachments** ............................................................................................................. 527

**View ticket** .................................................................................................................... 527

L3tt3mhang - insulting behavior ......................................................................................... 527

    **Attachments** ............................................................................................................. 528

This ticket currently has no attachments.  View ticket ........................................................ 528

Mats the Hairfair - insulting behavior ................................................................................. 528

    **Attachments** ............................................................................................................. 529

**View ticket** .................................................................................................................... 529

Irene 800 the Blessed - Insulting Behavior ......................................................................... 529

    **Attachments** ............................................................................................................. 530

This ticket currently has no attachments.  View ticket ........................................................ 530

Frydotguy - Insulting Behavior ........................................................................................... 530

    **Attachments** ............................................................................................................. 531

This ticket currently has no attachments.  View ticket............................................................................531

TheMinKoo - Insulting Behavior.............................................................................................531

    **Attachments**..................................................................................................................532

This ticket currently has no attachments.  View ticket............................................................................532

Nellagor - Insulting Behavior..................................................................................................532

    **Attachments**..................................................................................................................533

**View ticket** ...........................................................................................................................533

Elevator - Insulting Behavior..................................................................................................533

    **Attachments**..................................................................................................................534

This ticket currently has no attachments.  View ticket............................................................................534

Parksfather - insulting behavior.............................................................................................534

    **Attachments**..................................................................................................................535

This ticket currently has no attachments.  View ticket............................................................................535

Rudolph - insulting behavior..................................................................................................535

    **Attachments**..................................................................................................................536

This ticket currently has no attachments.  View ticket............................................................................536

DirtyOlMan - insulting behavior.............................................................................................536

    **Attachments**..................................................................................................................537

**View ticket** ...........................................................................................................................537

BeardedPapa - insulting behavior..........................................................................................537

    **Attachments**..................................................................................................................538

This ticket currently has no attachments.  View ticket............................................................................538

ColdDriven - Insulting Behavior .............................................................................................538

    **Attachments**..................................................................................................................539

This ticket currently has no attachments.  View ticket............................................................................539

Droknows - insulting behavior ...............................................................................................539

    **Attachments**..................................................................................................................540

This ticket currently has no attachments.  View ticket............................................................................540

Daddio02 - insulting behavior................................................................................................540

    **Attachments**..................................................................................................................541

This ticket currently has no attachments.  View ticket............................................................................541

Jynx87 - insulting behavior ............................................................................................541

    **Attachments**............................................................................................................542

This ticket currently has no attachments.  View ticket.........................................................542

SirLoopsALot - insulting behavior .....................................................................................542

    **Attachments**............................................................................................................543

This ticket currently has no attachments.  View ticket.........................................................543

Monkeynurse - insulting behavior .....................................................................................543

    **Attachments**............................................................................................................544

This ticket currently has no attachments.  View ticket.........................................................544

BaconForever - insulting behavior .....................................................................................544

    **Attachments**............................................................................................................545

**View ticket** ...............................................................................................................545

Alexander 2108 the Great - Insulting Behavior......................................................................545

    **Attachments**............................................................................................................546

**View ticket** ...............................................................................................................546

Zach Attack1 - insulting behavior......................................................................................546

    **Attachments**............................................................................................................547

**View ticket** ...............................................................................................................547

Regina George the GOAT - Offensive guild tag.....................................................................547

    **Attachments**............................................................................................................548

**View ticket** ...............................................................................................................548

Kaliek - Insulting Behavior...............................................................................................548

    **Attachments**............................................................................................................549

**View ticket** ...............................................................................................................549

Lord of the Fireswamp - insulting behavior .........................................................................549

    **Attachments**............................................................................................................550

**View ticket** ...............................................................................................................550

RiceNugget - insulting behavior ........................................................................................550

    **Attachments**............................................................................................................551

**View ticket** ...............................................................................................................551

King Perry the Great - insulting behavior.............................................................................551

**Attachments** ................................................................................................................................ 552

**View ticket** ................................................................................................................................ 552

QueenEris - insulting behavior ................................................................................................... 552

**Attachments** ................................................................................................................................ 553

**View ticket** ................................................................................................................................ 553

Meeeeeee bfg - insulting behavior .............................................................................................. 553

**Attachments** ................................................................................................................................ 554

**View ticket** ................................................................................................................................ 554

Layla17 - Insulting Behavior ....................................................................................................... 554

**Attachments** ................................................................................................................................ 555

**View ticket** ................................................................................................................................ 555

Professor Kills - Insulting Behavior ............................................................................................ 555

**Attachments** ................................................................................................................................ 556

**View ticket** ................................................................................................................................ 556

Scio11 - Insulting Behavior ......................................................................................................... 556

**Attachments** ................................................................................................................................ 557

**View ticket** ................................................................................................................................ 557

Geo Durden - Insulting Behavior ................................................................................................ 557

**Attachments** ................................................................................................................................ 558

This ticket currently has no attachments.  View ticket ............................................................. 558

EmpressGina - Insulting Behavior .............................................................................................. 558

**Attachments** ................................................................................................................................ 559

**View ticket** ................................................................................................................................ 559

The Full Monte - Insulting Behavior ........................................................................................... 559

**Attachments** ................................................................................................................................ 560

This ticket currently has no attachments.  View ticket ............................................................. 560

Princess Pomp - insulting behavior ............................................................................................ 560

**Attachments** ................................................................................................................................ 561

This ticket currently has no attachments.  View ticket ............................................................. 561

The Great Tumbler - Insulting Behavior ..................................................................................... 561

**Attachments** ................................................................................................................................ 562

This ticket currently has no attachments.  View ticket...........................................................................562

Parksdad - Insulting behavior......................................................................................................562

    **Attachments**.........................................................................................................................563

**View ticket** ...............................................................................................................................564

King Koch The Great - Insulting Behavior......................................................................................564

    **Attachments**.........................................................................................................................565

This ticket currently has no attachments.  View ticket...........................................................565

RogueT1 - Insulting Behavior .......................................................................................................565

    **Attachments**.........................................................................................................................566

This ticket currently has no attachments.  View ticket...........................................................566

Stello the Marshmellow - Insulting Behavior................................................................................566

    **Attachments**.........................................................................................................................567

**View ticket** ...............................................................................................................................567

Dwruss - insulting behavior..........................................................................................................567

    **Attachments**.........................................................................................................................568

This ticket currently has no attachments.  View ticket...........................................................568

The1truetardis - insulting behavior ..............................................................................................568

    **Attachments**.........................................................................................................................568

**View ticket** ...............................................................................................................................569

Cass the Cunning - insulting behavior..........................................................................................569

    **Attachments**.........................................................................................................................569

This ticket currently has no attachments.  View ticket...........................................................569

gaiafist - insulting behavior..........................................................................................................569

    **Attachments**.........................................................................................................................570

This ticket currently has no attachments.  View ticket...........................................................570

Morphe - insulting behavior .........................................................................................................570

    **Attachments**.........................................................................................................................571

This ticket currently has no attachments.  View ticket...........................................................571

Vespasian 1010 the Just - insulting behavior................................................................................571

    **Attachments**.........................................................................................................................571

This ticket currently has no attachments.  View ticket...........................................................571

Flying Monkey the Bold - Insulting Behavior ........................................................................... 571

    **Attachments** ............................................................................................................. 572

This ticket currently has no attachments.  View ticket ........................................................... 572

Rockslare - insulting behavior ............................................................................................... 572

    **Attachments** ............................................................................................................. 573

This ticket currently has no attachments.  View ticket ........................................................... 573

Lost in Thought - insulting behavior ...................................................................................... 573

    **Attachments** ............................................................................................................. 573

This ticket currently has no attachments.  View ticket ........................................................... 573

Pyroc - insulting behavior .................................................................................................... 573

    **Attachments** ............................................................................................................. 574

This ticket currently has no attachments.  View ticket ........................................................... 574

Solon 428 the Bloody - insulting behavior ............................................................................. 574

    **Attachments** ............................................................................................................. 575

This ticket currently has no attachments.  View ticket ........................................................... 575

Straight Rider - Insulting Behavior ........................................................................................ 575

    **Attachments** ............................................................................................................. 575

This ticket currently has no attachments.  View ticket ........................................................... 575

Laird Peace - insulting behavior ............................................................................................ 575

    **Attachments** ............................................................................................................. 576

**View ticket** ...................................................................................................................... 576

The Buck Guy - Insulting Behavior ........................................................................................ 576

    **Attachments** ............................................................................................................. 577

This ticket currently has no attachments.  View ticket ........................................................... 577

BPR1 - insulting behavior ..................................................................................................... 577

    **Attachments** ............................................................................................................. 578

This ticket currently has no attachments.  View ticket ........................................................... 578

Leona the Leopard - insulting behavior ................................................................................. 578

    **Attachments** ............................................................................................................. 578

**View ticket** ...................................................................................................................... 578

Mudernova - insulting behavior............................................................................................ 578

**Attachments** ................................................................................................................579

This ticket currently has no attachments.  View ticket ........................................................579

Meatcoin - insulting behavior ...............................................................................................579

    **Attachments** ...........................................................................................................580

**View ticket** .......................................................................................................................580

Derrick the Bold - insulting behavior ....................................................................................580

    **Attachments** ...........................................................................................................580

This ticket currently has no attachments.  View ticket ........................................................581

TwoCents - Sleeping ..............................................................................................................581

    **Attachments** ...........................................................................................................581

**View ticket** .......................................................................................................................581

Christina burris - insulting behavior .....................................................................................581

    **Attachments** ...........................................................................................................582

**View ticket** .......................................................................................................................582

Constance 1794 the Hard - Insulting behavior .....................................................................582

    **Attachments** ...........................................................................................................583

**View ticket** .......................................................................................................................583

Aqueia the First - insulting behavior ....................................................................................583

    **Attachments** ...........................................................................................................584

This ticket currently has no attachments.  View ticket ........................................................584

TwoCents - Sleeping ..............................................................................................................584

    **Attachments** ...........................................................................................................584

**View ticket** .......................................................................................................................584

Metalboxer94284 - insulting behavior ..................................................................................584

    **Attachments** ...........................................................................................................585

This ticket currently has no attachments.  View ticket ........................................................585

Bishop200 - insulting behavior .............................................................................................585

    **Attachments** ...........................................................................................................586

**View ticket** .......................................................................................................................586

JadesDynasty89 - insulting behavior.....................................................................................586

    **Attachments** ...........................................................................................................587

This ticket currently has no attachments.  View ticket..........................................................................587

Please stop closing my tickets without giving me the chance..................................................587

    **Attachments**..................................................................................................588

**View ticket** ....................................................................................................588

I'm not having difficulty locating the tickets........................................................................588

    **Attachments**..................................................................................................589

**View ticket** ....................................................................................................589

Why are you denying me service..........................................................................................589

    **Attachments**..................................................................................................590

**View ticket** ....................................................................................................590

Denial of Service 1.3............................................................................................................590

    **Attachments**..................................................................................................590

**View ticket** ....................................................................................................590

Bartholomeu the GOAT - Insulting behavior 2......................................................................591

    **Attachments**..................................................................................................591

This ticket currently has no attachments.  View ticket..........................................................591

Enamiccug - insulting behavior 2 .........................................................................................591

    **Attachments**..................................................................................................592

**View ticket** ....................................................................................................592

The Great Tumbler - Insulting Behavior 2.............................................................................592

    **Attachments**..................................................................................................592

**View ticket** ....................................................................................................593

Parksdad - insulting behavior 2............................................................................................593

    **Attachments**..................................................................................................593

**View ticket** ....................................................................................................593

EmpressGina - Insulting Behavior 2 .....................................................................................593

    **Attachments**..................................................................................................594

This ticket currently has no attachments.  View ticket..........................................................594

The Full Monte - Insulting Behavior 2...................................................................................594

    **Attachments**..................................................................................................595

**View ticket** ....................................................................................................595

Princess Pomp - insulting behavior 2 ...................................................................................... 595

**Attachments** ........................................................................................................... 595

**View ticket** ............................................................................................................... 595

Hobbit237 - sexuall explicit game tag 2 ................................................................................ 595

**Attachments** ........................................................................................................... 596

This ticket currently has no attachments.  View ticket ....................................................... 596

Longhorn51 - Insulting Behavior 2 ........................................................................................ 596

**Attachments** ........................................................................................................... 597

**View ticket** ............................................................................................................... 597

King Koch The Great - Insulting Behavior 2 ........................................................................... 597

**Attachments** ........................................................................................................... 597

This ticket currently has no attachments.  View ticket ....................................................... 597

RogueT1 - Insulting Behavior 2 ............................................................................................. 597

**Attachments** ........................................................................................................... 598

**View ticket** ............................................................................................................... 598

B-Radley Maximus - insulting behavior 2 .............................................................................. 598

**Attachments** ........................................................................................................... 599

**View ticket** ............................................................................................................... 599

SpakyPD - insulting behavior 2 ............................................................................................. 599

**Attachments** ........................................................................................................... 599

**View ticket** ............................................................................................................... 599

Zero Hedge - insulting behavior 2 ........................................................................................ 600

**Attachments** ........................................................................................................... 600

**View ticket** ............................................................................................................... 601

Panacea - breaking your own rules ....................................................................................... 601

**Attachments** ........................................................................................................... 602

**View ticket** ............................................................................................................... 602

Enamiccug - taking advantage of your systems ................................................................... 602

**Attachments** ........................................................................................................... 602

**View ticket** ............................................................................................................... 603

ChacheMaster - insulting behavior 2 .................................................................................... 603

**Attachments**................................................................................................................603

**View ticket** ...................................................................................................................603

Dem4oy - insulting behavior 2 ..........................................................................................603

    **Attachments**................................................................................................................604

**View ticket** ...................................................................................................................604

Still Banned - Past Timeframe ...........................................................................................604

    **Attachments**................................................................................................................605

**View ticket** ...................................................................................................................605

N1ght Fury 2 - insulting behavior in global chat ................................................................605

    **Attachments**................................................................................................................605

**View ticket** ...................................................................................................................606

Denial of Service 1.4.........................................................................................................606

    **Attachments**................................................................................................................606

This ticket currently has no attachments.  View ticket........................................................606

Denial of Service 1.8.........................................................................................................606

    **Attachments**................................................................................................................607

**View ticket** ...................................................................................................................607

A Metaphor for your consideration ...................................................................................607

    **Attachments**................................................................................................................608

This ticket currently has no attachments.  View ticket........................................................608

Denial of Service 1.7.........................................................................................................608

    **Attachments**................................................................................................................608

**View ticket** ...................................................................................................................608

Denial of Service 1.6.........................................................................................................608

    **Attachments**................................................................................................................609

This ticket currently has no attachments.  View ticket........................................................609

Denial of Service 1.5.........................................................................................................609

    **Attachments**................................................................................................................610

This ticket currently has no attachments.  View ticket........................................................610

Denial of Service 1.9.........................................................................................................610

    **Attachments**................................................................................................................610

**View ticket** ...........................................................................................................611

Geo Durden - insultign behavior ............................................................................611

    **Attachments**............................................................................................611

**View ticket** ...........................................................................................................611

Scio11 - Insulting Behavior 1.2................................................................................611

    **Attachments** ...........................................................................................612

**View ticket** ...........................................................................................................612

Professor Kills ...........................................................................................................612

    **Attachments** ...........................................................................................613

**View ticket** ...........................................................................................................613

Stello the Marshmellow - Insulting Behavior 2.......................................................613

    **Attachments**............................................................................................613

This ticket currently has no attachments.  View ticket...........................................614

Layla17 - Insulting Behavior 2 .................................................................................614

    **Attachments** ...........................................................................................614

This ticket currently has no attachments.  View ticket...........................................614

Parksfather - alts parksdad .....................................................................................614

    **Attachments**............................................................................................615

This ticket currently has no attachments.  View ticket...........................................615

Enamiccug - insulting behavior !!!! ..........................................................................615

    **Attachments**............................................................................................616

**View ticket** ...........................................................................................................616

Please answer my tickets..........................................................................................616

    **Attachments**............................................................................................617

View ticket ................................................................................................................617

Ban in Yorktown Chat ..............................................................................................617

    Attachments............................................................................................623

**View ticket** ...........................................................................................................623

My illegal and inappropriate ban has expired .........................................................623

    **Attachments**............................................................................................625

View ticket ................................................................................................................625

Exhibit 10 – Forge of Empires Support Tickets: TwoCents Submitted by Plaintiff Penny Quinteros
Case: 19-CV-1402 RSM - 1476

Appeal TwoCents ................................................................................................................ 625

      **Attachments** ............................................................................................................... 644

**View ticket** ..................................................................................................................... 644

Appeal TwoCents ................................................................................................................ 644

      **Attachments** ............................................................................................................... 667

This ticket currently has no attachments.  View ticket ....................................................... 667

Your game-lag caused me to lose a sector .......................................................................... 667

      Attachments ................................................................................................................ 673

This ticket currently has no attachments.  View ticket ....................................................... 673

Appeal TwoCents ................................................................................................................ 673

      **Attachments** ............................................................................................................... 674

This ticket currently has no attachments.  View ticket ....................................................... 674

Ban of Yorkton Chat ............................................................................................................ 674

      **Attachments** ............................................................................................................... 678

**View ticket** ..................................................................................................................... 679

Appeal TwoCents ................................................................................................................ 679

      **Attachments** ............................................................................................................... 698

This ticket currently has no attachments.  View ticket ....................................................... 698

Ban of Yorkton Chat ............................................................................................................ 698

      **Attachments** ............................................................................................................... 703

This ticket currently has no attachments.  View ticket ....................................................... 703

Appeal TwoCents ................................................................................................................ 703

      **Attachments** ............................................................................................................... 722

**View ticket** ..................................................................................................................... 722

Appeal TwoCents ................................................................................................................ 722

      **Attachments** ............................................................................................................... 741

**View ticket** ..................................................................................................................... 741

Appeal TwoCents ................................................................................................................ 741

      **Attachments** ............................................................................................................... 760

**View ticket** ..................................................................................................................... 760

Appeal TwoCents ................................................................................................................ 761

**Attachments**................................................................................................................780

**View ticket** .................................................................................................................780

Elevator - Insulting Behavior 2 .......................................................................................780

**Attachments**................................................................................................................780

**View ticket** .................................................................................................................781

Appeal TwoCents .............................................................................................................781

**Attachments**................................................................................................................800

**View ticket** .................................................................................................................800

A Metaphor for your consideration 1.2 ...........................................................................800

**Attachments**................................................................................................................801

This ticket currently has no attachments.  View ticket.............................................801

Appeal TwoCents .............................................................................................................801

**Attachments**................................................................................................................820

This ticket currently has no attachments.  View ticket.............................................820

Seriak - Question for you .................................................................................................820

**Attachments**................................................................................................................822

This ticket currently has no attachments.  View ticket.............................................822

A Metaphor for your consideration 1.3 ...........................................................................822

**Attachments**................................................................................................................823

**View ticket** .................................................................................................................823

Appeal TwoCents .............................................................................................................823

**Attachments**................................................................................................................843

**View ticket** .................................................................................................................843

For your review ................................................................................................................843

**Attachments**................................................................................................................844

This ticket currently has no attachments.  View ticket.............................................844

Appeal TwoCents .............................................................................................................844

**Attachments**................................................................................................................864

**View ticket** .................................................................................................................864

This player attacked me and it hurt my feelings................................................................864

**Attachments**................................................................................................................867

This ticket currently has no attachments.  View ticket.................................................................................867

A player attacked me and it hurt my feelings...........................................................................867

    **Attachments**.................................................................................................................871

**View ticket** ...........................................................................................................................871

A player attacked me and it hurt my feelings...........................................................................871

    **Attachments**.................................................................................................................875

**View ticket** ...........................................................................................................................875

BA player stuck on quest............................................................................................................875

    **Attachments**.................................................................................................................876

**View ticket** ...........................................................................................................................876

Can't type in chat ......................................................................................................................876

    **Attachments**.................................................................................................................877

This ticket currently has no attachments.  View ticket.................................................................877

Excuse Me... ..............................................................................................................................877

    **Attachments**.................................................................................................................878

**View ticket** ...........................................................................................................................878

Can't type in Chat......................................................................................................................878

    **Attachments**.................................................................................................................879

This ticket currently has no attachments.  View ticket.................................................................879

Still waiting for the bug to be fixed...........................................................................................879

    **Attachments**.................................................................................................................879

**View ticket** ...........................................................................................................................879

Hello, Man you named himself after a sexual-psychopath... ......................................................879

    **Attachments**.................................................................................................................880

This ticket currently has no attachments.  View ticket.................................................................880

Man who finds enjoyment in rapist-names.................................................................................880

    **Attachments**.................................................................................................................880

This ticket currently has no attachments.  View ticket.................................................................880

You sexist piece of ....................................................................................................................880

    **Attachments**.................................................................................................................881

This ticket currently has no attachments.  View ticket.................................................................881

Can't type in chat ........................................................................................................881

    **Attachments**.................................................................................................885

This ticket currently has no attachments.  View ticket..........................................................885

Did you ban the people earlier? ...................................................................................885

    **Attachments**.................................................................................................885

This ticket currently has no attachments.  View ticket..........................................................885

Stop focusing on irrelevant issues ................................................................................886

    **Attachments**.................................................................................................886

**View ticket** ..........................................................................................................886

Stop closing my tickets when you haven't answered them.................................................886

    **Attachments**.................................................................................................887

This ticket currently has no attachments.  View ticket..........................................................887

Stop closing my tickets when you haven't answered them 1.2............................................887

    **Attachments**.................................................................................................888

This ticket currently has no attachments.  View ticket..........................................................888

Stop closing my tickets when you haven't answered them 1.3............................................888

    **Attachments**.................................................................................................888

**View ticket** ..........................................................................................................889

Call the woman on the fucking phone ............................................................................889

    **Attachments**.................................................................................................890

This ticket currently has no attachments.  View ticket..........................................................890

Sexism - Silencing.....................................................................................................890

    **Attachments**.................................................................................................891

This ticket currently has no attachments.  View ticket..........................................................891

Are you gonna un-ban me or what? ................................................................................891

    **Attachments**.................................................................................................891

**View ticket** ..........................................................................................................892

Are you going to remove my ban or what? ......................................................................892

    **Attachments**.................................................................................................892

This ticket currently has no attachments.  View ticket..........................................................892

Sexism 1.2 ..............................................................................................................892

**Attachments**........................................................................................................................894

This ticket currently has no attachments.  View ticket........................................................894

Why can't I scout a province? ..............................................................................................894

    **Attachments**....................................................................................................................894

This ticket currently has no attachments.  View ticket........................................................894

Get someone here who can answer my questions................................................................894

    **Attachments**....................................................................................................................895

**View ticket** ........................................................................................................................895

When are you going to un-ban me. .....................................................................................896

    **Attachments**....................................................................................................................896

This ticket currently has no attachments.  View ticket........................................................896

When are you going to un-ban me? ......................................................................................896

    **Attachments**....................................................................................................................897

This ticket currently has no attachments.  View ticket........................................................897

When are you going to unban me? .......................................................................................897

    **Attachments**....................................................................................................................897

This ticket currently has no attachments.  View ticket........................................................898

Why was I banned?................................................................................................................898

    **Attachments**....................................................................................................................898

**View ticket** ........................................................................................................................898

Moderator being biased and sexist ......................................................................................898

    **Attachments**....................................................................................................................899

**View ticket** ........................................................................................................................899

Appeal TwoCents ..................................................................................................................899

    **Attachments**....................................................................................................................901

**View ticket** ........................................................................................................................901

Why was I banned?................................................................................................................901

    **Attachments**....................................................................................................................902

This ticket currently has no attachments.  View ticket........................................................902

Moderators being biased and sexist.....................................................................................902

    **Attachments**....................................................................................................................904

Exhibit 10 – Forge of Empires Support Tickets: TwoCents Submitted by Plaintiff Penny Quinteros
Case: 19-CV-1402 RSM - 1481

This ticket currently has no attachments.  View ticket.............................................................................904

When are you going to unban me? ..........................................................................................904

    **Attachments**.............................................................................................................906

This ticket currently has no attachments.  View ticket.............................................................................906

When are you going to un-ban me? ..........................................................................................906

    **Attachments**.............................................................................................................908

**View ticket** .......................................................................................................908

Why was I banned? 1.2.............................................................................................................908

    **Attachments**.............................................................................................................910

**View ticket** .......................................................................................................910

Why was I banned 1.3?.............................................................................................................910

    **Attachments**.............................................................................................................912

This ticket currently has no attachments.  View ticket.............................................................................912

Are you a football fan?.............................................................................................................912

    **Attachments**.............................................................................................................912

**View ticket** .......................................................................................................913

Are you a football fan?.............................................................................................................913

    **Attachments**.............................................................................................................914

This ticket currently has no attachments.  View ticket.............................................................................914

Are you a football fan 1.3?.............................................................................................................914

    **Attachments**.............................................................................................................916

This ticket currently has no attachments.  View ticket.............................................................................916

Are you a football fan 1.5?.............................................................................................................916

    **Attachments**.............................................................................................................918

This ticket currently has no attachments.  View ticket.............................................................................918

Appeal TwoCents 1.2 re unknown incident starting in Dec 2018...........................................................918

    **Attachments**.............................................................................................................920

**View ticket** .......................................................................................................920

Why was I banned 1.4.............................................................................................................920

    **Attachments**.............................................................................................................922

**View ticket** .......................................................................................................922

When are you going to un-ban me 1.2 ...........................................................................................922

    **Attachments**...........................................................................................925

**View ticket** ...........................................................................................925

Are you a football fan 1.4?...........................................................................................925

    **Attachments**...........................................................................................927

**View ticket** ...........................................................................................927

Sexism 1.3 ...........................................................................................928

    **Attachments**...........................................................................................929

**View ticket** ...........................................................................................930

Appeal TwoCents 1.3 Re unknow incident occuring Dec 2018...........................................................................................930

    **Attachments**...........................................................................................932

**View ticket** ...........................................................................................932

Are you a football fan 1.6 ...........................................................................................932

    **Attachments**...........................................................................................934

**View ticket** ...........................................................................................934

Sexism 1.5 ...........................................................................................934

    **Attachments**...........................................................................................937

This ticket currently has no attachments.  View ticket...........................................................................................937

When are you going to un-ban me? ...........................................................................................937

    **Attachments**...........................................................................................940

**View ticket** ...........................................................................................940

When are you going to un-ban me? ...........................................................................................940

    **Attachments**...........................................................................................944

**View ticket** ...........................................................................................944

Sexism 1.6 ...........................................................................................944

    **Attachments**...........................................................................................946

**View ticket** ...........................................................................................947

Are you a football fan 1.7 ...........................................................................................947

    **Attachments**...........................................................................................949

**View ticket** ...........................................................................................949

Why was I banned 1.5?...........................................................................................950

**Attachments**..................................................................................................................952

This ticket currently has no attachments.  View ticket.........................................................952

Are you a football fan 1.8?...................................................................................................952

**Attachments**..................................................................................................................955

This ticket currently has no attachments.  View ticket.........................................................955

I didn't insult you .................................................................................................................955

**Attachments**..................................................................................................................958

**View ticket** .......................................................................................................................958

Moderators being biased and sexist.....................................................................................958

**Attachments**..................................................................................................................963

**View ticket** .......................................................................................................................963

Moderators being biased and sexist.....................................................................................963

**Attachments**..................................................................................................................969

**View ticket** .......................................................................................................................969

Are you a football fan 1.9?...................................................................................................969

**Attachments**..................................................................................................................973

**View ticket** .......................................................................................................................973

Appeal TwoCents 1.5 re unknown incident starting in Dec 2018.........................................973

**Attachments**..................................................................................................................976

This ticket currently has no attachments.  View ticket.........................................................976

Oh the irony..... ...................................................................................................................976

**Attachments**..................................................................................................................977

**View ticket** .......................................................................................................................977

Did a Ban exist?...................................................................................................................977

**Attachments**..................................................................................................................980

This ticket currently has no attachments.  View ticket.........................................................980

Are you a football fan 1.10 ..................................................................................................980

**Attachments**..................................................................................................................984

This ticket currently has no attachments.  View ticket.........................................................984

Appeal TwoCents 1.4 re unknown incident starting in Dec 2018.........................................984

**Attachments**..................................................................................................................988

**View ticket** ......................................................................................................................988

Appeal TwoCents 1.6 re unknown incident starting in Dec 2018..........................................988

   **Attachments**...............................................................................................992

This ticket currently has no attachments.  View ticket.................................................992

Are you a football fan 1.11 .................................................................................................992

   **Attachments**...............................................................................................996

This ticket currently has no attachments.  View ticket.................................................996

Appeal TwoCents 1.7 re unknown incident starting in Dec 2018..........................................996

   **Attachments**.............................................................................................1000

This ticket currently has no attachments.  View ticket...............................................1001

Are you a football fan 1.12 ...............................................................................................1001

   **Attachments**.............................................................................................1005

This ticket currently has no attachments.  View ticket...............................................1005

Are you a football fan 1.13 ...............................................................................................1006

   **Attachments**.............................................................................................1010

This ticket currently has no attachments.  View ticket...............................................1011

Appeal TwoCents 1.7 re unknown incident starting in Dec 2018........................................1011

   **Attachments**.............................................................................................1016

**View ticket** ....................................................................................................................1016

Moderators being biased and sexist 1.2............................................................................1016

   **Attachments**.............................................................................................1028

**View ticket** ....................................................................................................................1028

Moderators being biased and sexist 1.3............................................................................1028

   **Attachments**.............................................................................................1040

**View ticket** ....................................................................................................................1040

Why isn't my chat working properly?.................................................................................1040

   **Attachments**.............................................................................................1040

This ticket currently has no attachments.  View ticket...............................................1040

Regina George the Goat......................................................................................................1041

   **Attachments**.............................................................................................1041

**View ticket** ....................................................................................................................1041

Arcadius-Alt 1.0........................................................................................................................1041

    **Attachments**.................................................................................................................1042

This ticket currently has no attachments.  View ticket.......................................................1042

KenD26 Alt 1.0 .......................................................................................................................1042

    **Attachments**.................................................................................................................1043

This ticket currently has no attachments.  View ticket.......................................................1043

Tual the Mighty - Alt .............................................................................................................1043

    **Attachments**.................................................................................................................1044

This ticket currently has no attachments.  View ticket.......................................................1044

Chat not working properly......................................................................................................1044

    **Attachments**.................................................................................................................1045

**View ticket** .........................................................................................................................1045

Player with an Alt....................................................................................................................1045

    **Attachments**.................................................................................................................1046

This ticket currently has no attachments.  View ticket.......................................................1046

Appeal TwoCents 1.8 re unknown incident starting in Dec 2018.......................................1047

    **Attachments**.................................................................................................................1052

View ticket .............................................................................................................................1053

When are you going to un-ban me? .......................................................................................1053

    Attachments....................................................................................................................1063

This ticket currently has no attachments.  View ticket.......................................................1063

Why was I banned?..................................................................................................................1063

    **Attachments**.................................................................................................................1064

**View ticket** .........................................................................................................................1064

Sexism 1.7 ...............................................................................................................................1064

    **Attachments**.................................................................................................................1071

This ticket currently has no attachments.  View ticket.......................................................1072

When are you going to un-ban me? .......................................................................................1072

    Attachments....................................................................................................................1075

This ticket currently has no attachments.  View ticket.......................................................1075

Did a Ban exist? 1.2................................................................................................................1075

**Attachments** ................................................................................................................ 1081

**View ticket** ................................................................................................................ 1081

Oh the irony 1.2 ............................................................................................................ 1081

**Attachments** ................................................................................................................ 1086

**View ticket** ................................................................................................................ 1086

Lag caused diamond purchase ..................................................................................... 1086

**Attachments** ................................................................................................................ 1087

**View ticket** ................................................................................................................ 1088

Did a Ban exist? 1.3 ...................................................................................................... 1088

**Attachments** ................................................................................................................ 1094

**View ticket** ................................................................................................................ 1094

Oh the iron 1.3 .............................................................................................................. 1094

**Attachments** ................................................................................................................ 1099

This ticket currently has no attachments.  View ticket ................................................ 1099

Won't let us move HQ ................................................................................................... 1099

**Attachments** ................................................................................................................ 1099

**View ticket** ................................................................................................................ 1099

$$ How Much? 1.0 ........................................................................................................ 1100

**Attachments** ................................................................................................................ 1103

This ticket currently has no attachments.  View ticket ................................................ 1103

Caon64 - transmitting and viewing photo of me via your serve .................................. 1103

**Attachments** ................................................................................................................ 1110

This ticket currently has no attachments.  View ticket ................................................ 1110

Are you a football fan 1.14 ........................................................................................... 1110

**Attachments** ................................................................................................................ 1121

**View ticket** ................................................................................................................ 1122

Unjust - you know it is .................................................................................................. 1122

**Attachments** ................................................................................................................ 1123

**View ticket** ................................................................................................................ 1123

Guild with offensive name FUPA .................................................................................. 1123

**Attachments** ................................................................................................................ 1124

This ticket currently has no attachments.  View ticket.........................................................................1124

Question regarding previous ticket ......................................................................................1124

    **Attachments**..................................................................................................................1131

This ticket currently has no attachments.  View ticket.........................................................................1131

While you're at it...................................................................................................................1131

    **Attachments**..................................................................................................................1131

**View ticket** ...........................................................................................................................1132

Spartan3331 - Question ........................................................................................................1132

    **Attachments**..................................................................................................................1134

**View ticket** ...........................................................................................................................1135

An Administrator found your in game behavior - 2/11/19 1.4.........................................................1135

    **Attachments**..................................................................................................................1135

This ticket currently has no attachments.  View ticket.........................................................................1135

An Administrator found your in game behavior - 2/11/19 1.3.........................................................1135

    **Attachments**..................................................................................................................1136

**View ticket** ...........................................................................................................................1136

An Administrator found your in game behavior - 2/11/19 1.5.........................................................1136

    **Attachments**..................................................................................................................1137

This ticket currently has no attachments.  View ticket.........................................................................1137

An Administrator found your in game behavior - 2/11/19 1.2.........................................................1137

    **Attachments**..................................................................................................................1137

This ticket currently has no attachments.  View ticket.........................................................................1138

Didn't get my last Colosus upgrade ......................................................................................1138

    **Attachments**..................................................................................................................1140

**View ticket** ...........................................................................................................................1140

YOUR GAME FUCKED UP 1.6..................................................................................................1140

    **Attachments**..................................................................................................................1141

This ticket currently has no attachments.  View ticket.........................................................................1141

YOUR GAME FUCKED UP 1.5..................................................................................................1141

    **Attachments**..................................................................................................................1141

This ticket currently has no attachments.  View ticket.........................................................................1142

YOUR GAME FUCKED UP 1.4.................................................................................................1142

     **Attachments**...........................................................................................................1142

This ticket currently has no attachments.  View ticket........................................................1142

YOUR GAME FUCKED UP 1.2.................................................................................................1142

     **Attachments**...........................................................................................................1143

This ticket currently has no attachments.  View ticket........................................................1143

YOUR GAME FUCKED UP 1.3.................................................................................................1143

     **Attachments**...........................................................................................................1144

This ticket currently has no attachments.  View ticket........................................................1144

YOUR GAME FUCKED UP.......................................................................................................1144

     **Attachments**...........................................................................................................1145

This ticket currently has no attachments.  View ticket........................................................1145

YOUR GAME FUCKED UP 1.7.................................................................................................1145

     **Attachments**...........................................................................................................1145

This ticket currently has no attachments.  View ticket........................................................1146

YOUR GAME FUCKED UP 1.8.................................................................................................1146

     **Attachments**...........................................................................................................1146

This ticket currently has no attachments.  View ticket........................................................1146

Diamond purchase on T world...............................................................................................1146

     **Attachments**...........................................................................................................1151

This ticket currently has no attachments.  View ticket........................................................1151

YOUR GAME FUCKED UP 1.9.................................................................................................1151

     **Attachments**...........................................................................................................1151

This ticket currently has no attachments.  View ticket........................................................1152

YOUR GAME FUCKED UP 2.0.................................................................................................1152

     **Attachments**...........................................................................................................1152

This ticket currently has no attachments.  View ticket........................................................1152

Reparations ...........................................................................................................................1152

     **Attachments**...........................................................................................................1155

This ticket currently has no attachments.  View ticket........................................................1155

Caon64 - insulting behavior ..................................................................................................1155

**Attachments**........................................................................................................1162

This ticket currently has no attachments.  View ticket........................................................1162

B-Radley Maximus - spamming global chat ..........................................................................1162

Attachments....................................................................................................1176

This ticket currently has no attachments.  View ticket........................................................1176

DrowsyDragon - Ain't he got a pretty mouth pa! .................................................................1177

**Attachments**........................................................................................................1180

**View ticket** .........................................................................................................1181

Alts Sir Baldy Dejvi ...............................................................................................................1181

**Attachments**........................................................................................................1183

This ticket currently has no attachments.  View ticket........................................................1183

While you're at it 1.2..............................................................................................................1183

**Attachments**........................................................................................................1185

This ticket currently has no attachments.  View ticket........................................................1185

Question regarding previous ticket 1.2 ...............................................................................1185

Attachments....................................................................................................1202

This ticket currently has no attachments.  View ticket........................................................1202

While you're at it 1.3..............................................................................................................1202

**Attachments**........................................................................................................1203

This ticket currently has no attachments.  View ticket........................................................1203

The Chat-Ban slows down my system...................................................................................1203

**Attachments**........................................................................................................1214

This ticket currently has no attachments.  View ticket........................................................1214

Date and Time of Warnings/Bans/Chat Bans and other.......................................................1215

**Attachments**........................................................................................................1221

**View ticket** .........................................................................................................1222

Alts Sir Baldi Dejvi 1.2 ..........................................................................................................1222

**Attachments**........................................................................................................1223

**View ticket** .........................................................................................................1224

Is Forge of Empires supposed to be a fair game?.................................................................1224

**Attachments**........................................................................................................1231

View ticket ................................................................................................................................1231

An Administrator found your in game behavior - 2/11/19................................................................1232

      Attachments...............................................................................................................1239

This ticket currently has no attachments.  View ticket...................................................................1239

Player using a script ......................................................................................................................1239

      **Attachments**............................................................................................................1240

This ticket currently has no attachments.  View ticket...................................................................1241

Aprusfire - jacking off in global .....................................................................................................1241

      **Attachments**............................................................................................................1243

This ticket currently has no attachments.  View ticket...................................................................1244

Caon64 - insulting behavior 1.2 .....................................................................................................1244

      **Attachments**............................................................................................................1250

This ticket currently has no attachments.  View ticket...................................................................1250

Reparations 1.2 .............................................................................................................................1250

      **Attachments**............................................................................................................1252

This ticket currently has no attachments.  View ticket...................................................................1252

The Chat-Ban slows down my system 1.2........................................................................................1253

      **Attachments**............................................................................................................1263

This ticket currently has no attachments.  View ticket...................................................................1263

DrowsyDragon - Ain't he got a pretty mouth pa! 1.2 ......................................................................1263

      **Attachments**............................................................................................................1267

**View ticket** ..................................................................................................................................1267

The Chat-Ban slows down my system 1.3........................................................................................1267

      **Attachments**............................................................................................................1278

**View ticket** ..................................................................................................................................1279

B-Radley Maximus - spamming global chat 1.4 ...............................................................................1279

      **Attachments**............................................................................................................1291

**View ticket** ..................................................................................................................................1292

Diamond purchase on T world 1.3...................................................................................................1292

      **Attachments**............................................................................................................1296

**View ticket** ..................................................................................................................................1296

Diamond purchase on T world 1.4 .................................................................................................1296

     **Attachments** ..................................................................................................................1301

**View ticket** ...................................................................................................................................1301

Bryndolph - Claiming association with the moderators ....................................................................1301

     **Attachments** ..................................................................................................................1301

**View ticket** ...................................................................................................................................1301

PLEASE OMG! PLEASE STOP THESE FUCKERS! ...............................................................................1302

     **Attachments** ..................................................................................................................1302

**View ticket** ...................................................................................................................................1302

B-Radley Maximus - spamming global chat 1.5 ................................................................................1302

     **Attachments** ..................................................................................................................1315

This ticket currently has no attachments.  View ticket.......................................................................1315

The Chat-Ban slows down my system 1.4 ..........................................................................................1315

     **Attachments** ..................................................................................................................1326

This ticket currently has no attachments.  View ticket.......................................................................1326

DrowsyDragon - Ain't he got a pretty mouth pa! 1.3 ........................................................................1326

     **Attachments** ..................................................................................................................1330

This ticket currently has no attachments.  View ticket.......................................................................1330

DrowsyDragon - Ain't he got a pretty mouth pa! 1.4 ........................................................................1330

     **Attachments** ..................................................................................................................1334

This ticket currently has no attachments.  View ticket.......................................................................1334

The Chat-Ban slows down my system 1.5 ..........................................................................................1335

     **Attachments** ..................................................................................................................1346

**View ticket** ...................................................................................................................................1346

DrowsyDragon - Ain't he got a pretty mouth pa! 1.5 ........................................................................1346

     **Attachments** ..................................................................................................................1350

This ticket currently has no attachments.  View ticket.......................................................................1350

Report your Community Management.................................................................................................1350

     **Attachments** ..................................................................................................................1355

This ticket currently has no attachments.  View ticket.......................................................................1356

DrowsyDragon - Ain't he got a pretty mouth pa! 1.6 ........................................................................1356

**Attachments**................................................................................................................1360

**View ticket** ...................................................................................................................1360

Please answer my other ticket and stop ignoring me ........................................................1360

    **Attachments**..........................................................................................................1361

**View ticket** ...................................................................................................................1361

Your Rude Behavior .........................................................................................................1361

    **Attachments**..........................................................................................................1362

This ticket currently has no attachments.  View ticket.....................................................1362

Hello! Answer Me, Stop being rude! 1.0.............................................................................1362

    **Attachments**..........................................................................................................1363

This ticket currently has no attachments.  View ticket.....................................................1363

Please provide me with the total of all money spent on FoE .............................................1363

    **Attachments**..........................................................................................................1378

**View ticket** ...................................................................................................................1378

Lady Marlena- A request...................................................................................................1378

    **Attachments**..........................................................................................................1387

This ticket currently has no attachments.  View ticket.....................................................1387

A list of every ban, warning, or other punishments ..........................................................1388

    Attachments........................................................................................................1393

This ticket currently has no attachments.  View ticket.....................................................1393

What would you have done? ..............................................................................................1393

    Attachments........................................................................................................1402

This ticket currently has no attachments.  View ticket.....................................................1403

Report to InnoGames..........................................................................................................1403

    **Attachments**..........................................................................................................1404

This ticket currently has no attachments.  View ticket.....................................................1404

Panacea's exact status .......................................................................................................1404

    **Attachments**..........................................................................................................1406

This ticket currently has no attachments.  View ticket.....................................................1406

Lady Marlena ....................................................................................................................1406

    **Attachments**..........................................................................................................1407

This ticket currently has no attachments.  View ticket ........................................................................ 1407

Please Unban my Account ................................................................................................................. 1407

    Attachments ................................................................................................................................ 1430

View ticket ......................................................................................................................................... 1430

Administrator Warnings .................................................................................................................... 1430

    Attachments ................................................................................................................................ 1434