UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| PENNY QUINTEROS filing as TWOCENTS (a pseudonym),<br><br>Plaintiff,<br><br>v.<br><br>INNOGAMES, HENDRIK KLINDWORTH, MICHAEL ZILLMER, JULIE (Jill) BLAN, RICHARD STEPHENSON,<br><br>Defendants. | CASE NO. 19-cv-01402 RSM<br><br>ORDER GRANTING STIPULATED MOTION EXTENDING TIME FOR DEFENDANTS INNOGAMES, HENDRIK KLINDWORTH, MICHAEL ZILLMER, AND RICHARD STEPHENSON TO RESPOND TO PLAINTIFF'S FIRST AMENDED COMPLAINT |

**ORDER**

Based on the Stipulation of the Plaintiff and Defendants InnoGames, Hendrik Klindworth, Michael Zillmer, and Richard Stephenson, IT IS HEREBY ORDERED that the deadline for Defendants Innogames, Hendrik Klindworth, Michael Zillmer, and Richard Stephenson to answer or otherwise respond to Plaintiff's First Amended Complaint is September 14, 2020.

DATED this 3rd day of August, 2020.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

ORDER RE STIPULATED MOTION EXTENDING TIME TO
RESPOND TO PLAINTIFF'S COMPLAINT - 1
CASE NO. 19-cv-01402 RSM

SUMMIT LAW GROUP, PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104-2682
Telephone:  (206) 676-7000
Fax:  (206) 676-7001

1
2  Presented by:
3
   SUMMIT LAW GROUP, PLLC
4
5
   By _____
6  Diana Siri Breaux, WSBA #46112
   315 Fifth Avenue S, Suite 1000
7  Seattle, WA 98104
   dianab@summitlaw.com
8
   *Attorneys for Defendants InnoGames,*
9  *Richard Stephenson, Michael Zillmer,*
   *and Hendrik Klindworth*
10
   4836-6173-1782, v. 1
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

ORDER RE STIPULATED MOTION EXTENDING TIME TO
RESPOND TO PLAINTIFF'S COMPLAINT - 2
CASE NO. 19-cv-01402 RSM

SUMMIT LAW GROUP, PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104-2682
Telephone:  (206) 676-7000
Fax:   (206) 676-7001