The Honorable Ricardo S. Martinez

# UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF WASHINGTON
### AT SEATTLE

| | |
|---|---|
| PENNY QUINTEROS filing as TWOCENTS (a pseudonym), | CASE NO. 19-cv-01402 RSM |
| Plaintiff, | ORDER FOR WITHDRAWAL AND SUBSTITUTION OF COUNSEL |
| v. | Note on Motion Calendar: August 19, 2020 |
| INNOGAMES, HENDRIK KLINDWORTH, MICHAEL ZILLMER, JULIE (Jill) BLAN, RICHARD STEPHENSON, | |
| Defendants. | |

This matter came before the Court on the stipulated motion of *Pro Se* Plaintiff Penny Quinteros, Phil Haas and Haas Law, P.S., and Diana Siri Breaux and Summit Law Group, PLLC to substitute in Diana Siri Breaux and Summit Law Group, PLLC for Defendant Julie (Jill) Blan in this matter pursuant to LCR 83.2. The Court has considered the pleadings and papers filed in connection with said motion and all other matters properly before the Court. Therefore, IT IS HEREBY ORDERED that the Motion is GRANTED.

ORDER FOR WITHDRAWAL AND SUBSTITUTION OF COUNSEL - 1

CASE NO. 19-cv-01402 RSM

SUMMIT LAW GROUP, PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104-2682
Telephone: (206) 676-7000
Fax: (206) 676-7001

DATED this 20th day of August, 2020.

_____
RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

Presented by:

SUMMIT LAW GROUP, PLLC

By _____
Diana Siri Breaux, WSBA #46112
315 Fifth Avenue S, Suite 1000
Seattle, WA 98104
*dianab@summitlaw.com*

4811-3303-5208, v. 1

ORDER FOR WITHDRAWAL AND
SUBSTITUTION OF COUNSEL - 2

CASE NO. 19-cv-01402 RSM

SUMMIT LAW GROUP, PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104-2682
Telephone: (206) 676-7000
Fax: (206) 676-7001