The Honorable Ricardo S. Martinez

# UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF WASHINGTON
### AT SEATTLE

| | |
|---|---|
| PENNY QUINTEROS filing as TWOCENTS (a pseudonym), <br><br> v. <br><br> INNOGAMES, HENDRIK KLINDWORTH, MICHAEL ZILLMER, JULIE (Jill) BLAN, RICHARD STEPHENSON, <br><br> Defendants. | CASE NO. 19-cv-01402 RSM <br><br> ORDER GRANTING STIPULATED MOTION EXTENDING TIME FOR DEFENDANT JULIE (JILL) BLAN TO RESPOND TO PLAINTIFF'S COMPLAINT |

## **ORDER**

Based on the Stipulation of the Plaintiff and Defendants, IT IS HEREBY ORDERED that the deadline for Defendant Julie (Jill) Blan to answer or otherwise respond to Plaintiff's Complaint is September 14, 2020.

DATED this 20th day of August, 2020.

*[signature]*

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

ORDER RE STIPULATED MOTION EXTENDING TIME TO RESPOND TO PLAINTIFF'S COMPLAINT - 1
CASE NO. 19-cv-01402 RSM

SUMMIT LAW GROUP, PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104-2682
Telephone: (206) 676-7000
Fax: (206) 676-7001

Presented by:

SUMMIT LAW GROUP, PLLC

By _____
Diana Siri Breaux, WSBA #46112
315 Fifth Avenue S, Suite 1000
Seattle, WA 98104
dianab@summitlaw.com

*Attorneys for Defendants InnoGames,
Richard Stephenson, Michael Zillmer,
Hendrik Klindworth, and Julie Blan*

4847-0472-3394, v. 1

ORDER RE STIPULATED MOTION EXTENDING TIME TO
RESPOND TO PLAINTIFF'S COMPLAINT - 2
CASE NO. 19-cv-01402 RSM

SUMMIT LAW GROUP, PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104-2682
Telephone: (206) 676-7000
Fax: (206) 676-7001