UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| PENNY QUINTEROS,<br><br>Plaintiff,<br><br>v.<br><br>INNOGAMES, et al.,<br><br>Defendants. | CASE NO. C19-1402RSM<br><br>ORDER GRANTING MOTION FOR SCHEDULING ORDER |

This matter comes before the Court on Plaintiff Penny Quinteros's Motion for Scheduling Order. Dkt. #101. On January 8, 2024, the Ninth Circuit affirmed in part and reversed and remanded in part this Court's Order Granting Defendant's Motion to Dismiss. Dkt. #100. The Ninth Circuit ruled that "the district court properly found Quinteros failed to state a claim as to all the claims raised in the complaint." *Id*. at 3. However, for some claims, the Ninth Circuit affirmed dismissal on different grounds. *Id*. The Ninth Circuit concluded that this Court abused it discretion in denying Plaintiff leave to amend, reversed and remanded so that she could be "given more than one opportunity to cure the deficiencies in her pleading." *Id*. at 11. The Mandate was issued on January 30, 2024. Dkt. #102.

//

ORDER GRANTING MOTION FOR SCHEDULING ORDER - 1

Plaintiff now asks the Court to "enter a scheduling order identifying the date when the amended complaint should be filed by." Dkt. #101. Defendants have not filed a response brief or otherwise communicated with the Court. Given all of the above and the remainder of the record, the Court FINDS and ORDERS that Plaintiff shall have thirty (30) days from the date of this Order to file an amended complaint consistent with the Ninth Circuit's rulings. If Plaintiff fail to do so, this case will be closed.

DATED this 6th day of February, 2024.

*(signature)*

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

ORDER GRANTING MOTION FOR SCHEDULING ORDER - 2