The Honorable Ricardo S. Martinez

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| PENNY QUINTEROS,<br><br>        Plaintiff,<br><br>    v.<br><br>INNOGAMES, HENDRIK KLINDWORTH,<br>MICHAEL ZILLMER, JULIE (JILL) BLAN,<br>RICHARD STEPHENSON,<br><br>        Defendants. | CASE NO. 19-cv-01402 RSM<br><br>STIPULATED MOTION AND ORDER EXTENDING TIME FOR DEFENDANTS TO ANSWER PLAINTIFF'S SECOND AMENDED COMPLAINT FOR A CIVIL CASE<br><br>NOTE FOR MOTION:  March 25, 2024 |

## STIPULATION

This Stipulated Motion is entered into by Plaintiff Penny Quinteros ("Plaintiff"), Pro Se, and by Defendants, by and through their counsel, with reference to the following:

WHEREAS, Plaintiff filed her Second Amended Complaint on March 6, 2024 (Dkt. #104).

WHEREAS, the Parties have stipulated and agreed, by Plaintiff, Pro Se, and by Defendants, through their counsel, that the deadline for Defendants to file and serve their Answer to the Second Amended Complaint is extended sixty (60) days to May 19, 2024.

IT IS SO STIPULATED.

Stipulated and agreed to on March 25, 2024.

By:s/ Penny Quinteros (with authorization given)
    Penny Quinteros, WSBA #60753
    19338 133rd PL SE
    Renton, WA 98058
    elilyn@comcast.net

    *Pro Se Plaintiff*


SUMMIT LAW GROUP, PLLC

By: s/ Diana Siri Breaux
    Diana Siri Breaux, WSBA #46112
    315 Fifth Avenue S, Suite 1000
    Seattle, WA 98104
    dianab@summitlaw.com


PHILLIPS NIZER LLP

Alan Behr (admitted Pro Hac Vice)
Elizabeth A. Adinolfi (admitted Pro Hac Vice)
485 Lexington Avenue
New York, NY 10017
abehr@phillipsnizer.com
eadinolfi@phillipsnizer.com

*Attorneys for Defendants*

STIPULATION AND ORDER EXTENDING TIME FOR
DEFENDANTS TO ANSWER PLAINTIFF'S SECOND
AMENDED COMPLAINT FOR A CIVIL CASE - 2
CASE NO. 19-cv-01402 RSM

SUMMIT LAW GROUP, PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104-2682
Telephone: (206) 676-7000
Fax: (206) 676-7001

1

## <u>ORDER</u>

2
IT IS SO ORDERED.

3

4
DATED this 26th day of March, 2024.

5

6

7

8
RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

STIPULATION AND ORDER EXTENDING TIME FOR
DEFENDANTS TO ANSWER PLAINTIFF'S SECOND
AMENDED COMPLAINT FOR A CIVIL CASE - 3
CASE NO. 19-cv-01402 RSM

SUMMIT LAW GROUP, PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104-2682
Telephone:  (206) 676-7000
Fax:  (206) 676-7001