The Honorable Ricardo S. Martinez

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF
WASHINGTON AT SEATTLE

| | |
|---|---|
| PENNY QUINTEROS,<br><br>                Plaintiff,<br><br>        v.<br><br>INNOGAMES, HENDRIK KLINDWORTH,<br>MICHAEL ZILLMER, JULIE (JILL) BLAN,<br>RICHARD STEPHENSON,<br><br>                Defendants. | CASE NO. 19-cv-01402 RSM<br><br>STIPULATED MOTION AND ORDER<br>ALLOWING PLAINTIFF'S THIRD<br>AMENDED COMPLAINT AND<br>ALLOWING EXTENDED TIME FOR<br>DEFENDANTS' RESPONSE |

<u>STIPULATION</u>

This Stipulated Motion is entered into by Plaintiff Penny Quinteros ("Plaintiff"), Pro Se, and by Defendants, by and through their counsel, with reference to the following:

WHEREAS, the Parties have stipulated that Plaintiff may file a Third Amended Complaint to replace the Second Amended Complaint filed March 6, 2024 (Dkt. #104). The Third Amended Complaint is filed concurrently with this motion.

WHEREAS, the Parties have stipulated and agreed, by Plaintiff, Pro Se, and by Defendants, through their counsel, that the deadline for Defendants to file and serve their Answer to the Third Amended Complaint, is extended thirty (30) days to June 17, 2024.

IT IS SO STIPULATED.

STIPULATION AND ORDER ALLOWING PLAINTIFF'S THIRD
AMENDED COMPLAINT AND ALLOWING EXTENDED TIME
FOR DEFENDANTS' RESPONSE - 1
CASE NO. 19-cv-01402 RSM

1

2                                      **ORDER**

3          IT IS SO ORDERED.

4

5          DATED this 17th day of May, 2024.

6

7

8                                    _____
                                     RICARDO S. MARTINEZ
9                                    UNITED STATES DISTRICT JUDGE

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

STIPULATION AND ORDER ALLOWING PLAINTIFF'S THIRD
AMENDED COMPLAINT AND ALLOWING EXTENDED TIME
FOR DEFENDANTS' RESPONSE - 2
CASE NO. 19-cv-01402 RSM