The Honorable Ricardo S. Martinez

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| PENNY QUINTEROS,<br><br>Plaintiff,<br><br>v.<br><br>INNOGAMES, HENDRIK KLINDWORTH, MICHAEL ZILLMER, JULIE (JILL) BLAN, RICHARD STEPHENSON,<br><br>Defendants. | CASE NO. 19-cv-01402 RSM<br><br>STIPULATED MOTION AND ORDER EXTENDING TIME FOR DEFENDANTS TO ANSWER PLAINTIFF'S THIRD AMENDED COMPLAINT<br><br>NOTE FOR MOTION:  June 17, 2024 |

## STIPULATION

This Stipulated Motion is entered into by Plaintiff Penny Quinteros ("Plaintiff"), Pro Se, and by Defendants, by and through their counsel, with reference to the following:

WHEREAS, Plaintiff filed her Third Amended Complaint on May 16, 2024 (Dkt. #107-2).

WHEREAS, the deadline for Defendants to file and serve their Answer to the Third Amended Complaint is currently set for June 17, 2024 (Dkt. #108).

WHEREAS, the Parties have stipulated and agreed, by Plaintiff, Pro Se, and by Defendants, through their counsel, that the deadline for Defendants to file and serve their Answer to the Third Amended Complaint is extended by 14 days to July 1, 2024.

IT IS SO STIPULATED.

STIPULATION AND ORDER EXTENDING TIME FOR DEFENDANTS TO ANSWER PLAINTIFF'S THIRD AMENDED COMPLAINT - 1
CASE NO. 19-cv-01402 RSM

SUMMIT LAW GROUP, PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104-2682
Telephone:  (206) 676-7000
Fax:  (206) 676-7001

| | |
|---|---|
| 1 | Stipulated and agreed to on June 16, 2024. |
| 2 | By: s/ Penny Quinteros (with email authorization) |
| | Penny Quinteros, WSBA #60753 |
| 3 | 19338 133rd PL SE |
| | Renton, WA 98058 |
| 4 | elilyn@comcast.net |
| 5 | *Pro Se Plaintiff* |
| 6 | |
| 7 | SUMMIT LAW GROUP, PLLC |
| 8 | By: s/ Diana Siri Breaux |
| | Diana Siri Breaux, WSBA #46112 |
| 9 | 315 Fifth Avenue S, Suite 1000 |
| | Seattle, WA 98104 |
| 10 | dianab@summitlaw.com |
| 11 | PHILLIPS NIZER LLP |
| 12 | Alan Behr (admitted Pro Hac Vice) |
| 13 | Elizabeth A. Adinolfi (admitted Pro Hac Vice) |
| | 485 Lexington Avenue |
| 14 | New York, NY 10017 |
| | abehr@phillipsnizer.com |
| 15 | eadinolfi@phillipsnizer.com |
| 16 | *Attorneys for Defendants* |

STIPULATION AND ORDER EXTENDING TIME FOR
DEFENDANTS TO ANSWER PLAINTIFF'S THIRD AMENDED
COMPLAINT - 2
CASE NO. 19-cv-01402 RSM

|    |                                                                                                                                     |
|----|-------------------------------------------------------------------------------------------------------------------------------------|
| 1  | Stipulated and agreed to on June 16, 2024.                                                                                          |
| 2  | By: s/ Penny Quinteros (with email authorization)                                                                                   |
| 3  |     Penny Quinteros, WSBA #60753<br>    19338 133rd PL SE                                    |
| 4  |     Renton, WA 98058<br>    elilyn@comcast.net                                               |
| 5  | *Pro Se Plaintiff*                                                                                                                  |
| 6  |                                                                                                                                     |
| 7  | SUMMIT LAW GROUP, PLLC                                                                                                              |
| 8  | By: s/ Diana Siri Breaux<br>    Diana Siri Breaux, WSBA #46112                                                   |
| 9  |     315 Fifth Avenue S, Suite 1000<br>    Seattle, WA 98104                                  |
| 10 |     dianab@summitlaw.com                                                                                        |
| 11 | PHILLIPS NIZER LLP                                                                                                                  |
| 12 | Alan Behr (admitted Pro Hac Vice)                                                                                                   |
| 13 | Elizabeth A. Adinolfi (admitted Pro Hac Vice)<br>485 Lexington Avenue                                                                |
| 14 | New York, NY 10017<br>abehr@phillipsnizer.com                                                                                       |
| 15 | eadinolfi@phillipsnizer.com                                                                                                         |
| 16 | *Attorneys for Defendants*                                                                                                          |
| 17 |                                                                                                                                     |
| 18 |                                                                                                                                     |
| 19 |                                                                                                                                     |
| 20 |                                                                                                                                     |
| 21 |                                                                                                                                     |
| 22 |                                                                                                                                     |
| 23 |                                                                                                                                     |
| 24 |                                                                                                                                     |
| 25 |                                                                                                                                     |
| 26 |                                                                                                                                     |

STIPULATION AND ORDER EXTENDING TIME FOR DEFENDANTS TO ANSWER PLAINTIFF'S THIRD AMENDED COMPLAINT - 2
CASE NO. 19-cv-01402 RSM

## **ORDER**

IT IS SO ORDERED.

DATED this 18th day of June, 2024.

                                   RICARDO S. MARTINEZ
                                   UNITED STATES DISTRICT JUDGE

STIPULATION AND ORDER EXTENDING TIME FOR DEFENDANTS TO ANSWER PLAINTIFF'S THIRD AMENDED COMPLAINT - 3
CASE NO. 19-cv-01402 RSM

SUMMIT LAW GROUP, PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104-2682
Telephone: (206) 676-7000
Fax: (206) 676-7001