The Honorable Ricardo S. Martinez

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

PENNY QUINTEROS filing as TWOCENTS
(a pseudonym),

                        Plaintiff,

        v.

INNOGAMES, HENDRIK KLINDWORTH,
MICHAEL ZILLMER, JULIE (JILL) BLAN,
RICHARD STEPHENSON,

                        Defendants.

CASE NO. 19-cv-01402 RSM

DEFENDANTS' UNOPPOSED MOTION
TO SEAL EXHIBIT A TO THE
DECLARATION OF ALAN BEHR IN
SUPPORT OF DEFENDANTS' MOTION
TO DISMISS PLAINTIFF'S THIRD
AMENDED COMPLAINT

NOTE FOR MOTION:  JULY 1, 2024

        In the Third Amended Complaint, Plaintiff makes various claims directed to the alleged sensitivity of the photograph that is the subject of her Copyright claim and addressed throughout the Third Amended Complaint.  Plaintiff obtained a copy of the photograph from the U.S. Copyright Office, attached as Exhibit A to the Declaration of Alan Behr.  Given Plaintiff's allegations about the photograph, on July 1, 2024, counsel for Defendants, Diana Breaux, conferred with Ms. Quinteros by telephone to see if she would consent to the public filing of the photograph.  Plaintiff opposed.  Accordingly, and as discussed with Ms. Quinteros, Defendants are filing the exhibit under seal, so that Plaintiff can, in her response to this motion, provide the justification for maintaining the exhibit under seal.  As set forth in the contemporaneously filed

DEFENDANTS' UNOPPOSED MOTION TO SEAL
EXHIBIT A TO THE DECLARATION OF ALAN BEHR IN
SUPPORT OF DEFENDANTS' MOTION TO DISMISS
PLAINTIFF'S THIRD AMENDED COMPLAINT - 1
CASE NO. 19-cv-01402 RSM

SUMMIT LAW GROUP, PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104-2682
Telephone:  (206) 676-7000
Fax:  (206) 676-7001

Motion to Dismiss, Defendants maintain that there is nothing in the subject photograph that is sensitive, a violation of the right of privacy and publicity, or a violation of any applicable statute.

DATED this 1st day of July, 2024.

Respectfully submitted,

SUMMIT LAW GROUP, PLLC

I CERTIFY THAT THIS MEMORANDUM CONTAINS 162 WORDS, IN COMPLIANCE WITH THE LOCAL CIVIL RULES.

By s/Diana Siri Breaux
    Diana Siri Breaux, WSBA #46112
    315 Fifth Avenue S, Suite 1000
    Seattle, WA 98104
    dianab@summitlaw.com

PHILLIPS NIZER LLP

    Alan Behr (admitted Pro Hac Vice)
    Elizabeth A. Adinolfi (admitted Pro Hac Vice)
    Judith Swartz (admitted Pro Hac Vice)
    485 Lexington Avenue
    New York, NY 10017
    abehr@phillipsnizer.com
    eadinolfi@phillipsnizer.com
    jswartz@phillipsnizer.com

*Attorneys for Defendants*

DEFENDANTS' UNOPPOSED MOTION TO SEAL
EXHIBIT A TO THE DECLARATION OF ALAN BEHR IN
SUPPORT OF DEFENDANTS' MOTION TO DISMISS
PLAINTIFF'S THIRD AMENDED COMPLAINT - 2
CASE NO. 19-cv-01402 RSM

SUMMIT LAW GROUP, PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104-2682
Telephone: (206) 676-7000
Fax: (206) 676-7001