# EXHIBIT A

*LIBRARY OF CONGRESS*

*Copyright Office*
*of the United States*

*WASHINGTON, D.C.*

**THIS IS TO CERTIFY** that the attached color photocopies are a true representation of the work entitled **PICTURE OF WOMAN WITH SHIRT UPLIFTED AND NOTE SAYING "LOVE, TWO"** deposited in the Copyright Office with claim of copyright registered under number **VAu 1-372-984**.

**THIS IS TO CERTIFY ALSO**, that due to the nature of the work deposited, the attached photocopies are the best possible electrostatic positive prints available.

**THIS IS TO CERTIFY FURTHER**, that deposits submitted electronically bear no identifying marks.

**IN WITNESS WHEREOF,** the seal of this Office is affixed hereto on April 19, 2018.

Shira Perlmutter
United States Register of Copyrights and Director

By:   Angela Hightower
Supervisory Copyright Specialist
Records Research and Certification Division
Office of Copyright Records

Use of this material is governed by the U.S. copyright law 17 U.S.C. 101 et seq.

