UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| PENNY QUINTEROS filing as TWOCENTS (a pseudonym),<br><br>　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>INNOGAMES, HENDRIK KLINDWORTH, MICHAEL ZILLMER, JULIE (JILL) BLAN, RICHARD STEPHENSON,<br><br>　　　　　　　　　Defendants. | Case No. 19-cv-01402-RSM<br><br>ORDER GRANTING MOTION TO EXTEND TIME TO RESPOND TO MOTION TO DISMISS |

THIS MATTER having come on for consideration of the REVISED STIPULATED MOTION TO EXTEND TIME TO RESPOND TO MOTION TO DISMISS, Dkt. #120, and being duly advised in the premises, it is ORDERED as follows:  The deadline for Plaintiff to file an opposition to the motion to dismiss is extended until August 1, 2024.  The reply brief deadline is extended to August 7, 2024.

DATED this 23rd day of July, 2024.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

ORDER - 1